```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
       CIVIL DOCKET ENTRIES FOR CASE A04-0043--CV (JKS)
            "ALLSTATE INSURANCE CO V CHARLES HERRON"

        Including terminated parties, excluding terminated counsel
```

```
   Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
 Magistrate Judge:
    Referral Rule:
            Filed: 03/02/04
           Closed: NO

     Jurisdiction: (4) Diversity (see citizenship of parties)
    PLF Diversity: (5) Incorporated and Principal Place of Business in Another State
    DEF Diversity: (1) Citizen of This State

   Nature of Suit: (110) Insurance

           Origin: (1) Original Proceeding
           Demand:
      Filing fee: Paid $150.00 on 03/02/04 receipt # 00122584
         Trial by: Jury
```

Parties of Record:                              Counsel of Record:

| | | |
|---|---|---|
| PLF 1.1 | ALLSTATE INSURANCE COS | Mark E. Wilkerson<br>Wilkerson Hozubin et al<br>310 K Street, Suite 405<br>Anchorage, AK 99501<br>907-276-5297<br>FAX 907-276-5291 |
| DEF 1.1 | HERRON, CHARLES | Mark A. Sandberg<br>Sandberg Wuestenfeld et al<br>701 W. 8th Avenue, Suite 1100<br>Anchorage, AK 99501<br>907-276-6363<br>FAX 907-276-3528 |

```
┌─────────────────────────────────────────────────────────────────────────────┐
│              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA           │
│                CIVIL DOCKET ENTRIES FOR CASE A04-0043--CV (JKS)                │
│                    "ALLSTATE INSURANCE CO V CHARLES HERRON"                    │
├─────────────────────────────────────────────────────────────────────────────┤
│                              For all filing dates                              │
└─────────────────────────────────────────────────────────────────────────────┘
```

```
   Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
  Magistrate Judge:
     Referral Rule:
             Filed: 03/02/04
            Closed: NO

      Jurisdiction: (4) Diversity (see citizenship of parties)
     PLF Diversity: (5) Incorporated and Principal Place of Business in Another State
     DEF Diversity: (1) Citizen of This State

    Nature of Suit: (110) Insurance

            Origin: (1) Original Proceeding
            Demand:
        Filing fee: Paid $150.00 on 03/02/04 receipt # 00122584
          Trial by: Jury
```

| Document # | Filed | Docket text |
|---|---|---|
| 1 - 1 | 03/02/04 | Complaint w/exhs filed; Summons issued. |
| 2 - 1 | 05/06/04 | DEF 1 Attorney Appearance of Roger F. Holmes. |
| 3 - 1 | 05/06/04 | DEF 1 Jury Demand. |
| 4 - 1 | 05/07/04 | PLF 1 motion to determine law of the case re: Wilkerson & Associates' representation of Allstate w/att exhs. |
| 5 - 1 | 05/07/04 | PLF 1 motion for expedited consideration of motion to determine law of the case w/att memo & aff. |
| 6 - 1 | 05/07/04 | PLF 1 Limited Attorney Appearance of Gary Zipkin (GUESS) on issue of Wilerson & Assoc representation of PLF 1 and mot at dkt # 4. |
| 7 - 1 | 05/10/04 | JKS Minute Order granting mot for exp consideration of mot to determine law of the case (5-1); parties to meet and confer and if able to resolve issue, cnsl for def to file a stat rpt by 05/14/04; if unable to resolve issue, def to file oppo by 05/14/04; reply due 05/17/04. cc: cnsl |
| 8 - 1 | 05/10/04 | PLF 1 Return of Service Executed re: DEF 1. |
| 9 - 1 | 05/13/04 | PLF 1 reply to opposition to PLF 1 motion to determine law of the case re: Wilkerson & Associates' representation of Allstate (4-1). |
| 10 - 1 | 05/14/04 | DEF 1 limited non-oppo to PLF 1 mot to determine law of the case re: Wilkerson & Associates' representation of Allstate (4-1) w/att exhs. |
| 11 - 1 | 05/19/04 | JKS Order granting mot to determine law of the case re: Wilkerson & Associates' representation (4-1); crt has determined that there is no conflict of interest and M. Wilkerson is not disqualified from representing Allstate. cc: cnsl |
| 12 - 1 | 05/20/04 | PLF 1 Complaint (Amended) w/att exhs. |
| 13 - 1 | 05/25/04 | DEF 1 motion to decline discretionary jurisdiction or in the alternative stay proceedings w/att exhs. |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET ENTRIES FOR CASE A04-0043--CV (JKS)
"ALLSTATE INSURANCE CO V CHARLES HERRON"

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 14 - 1 | 06/14/04 | PLF 1 oppo to DEF 1 mot to decline discretionary jurisdiction or in the alternative stay proceedings (13-1) w/att exhs. |
| 15 - 1 | 06/16/04 | PLF 1 Errata re: oppo to DEF 1 motion to decline discretionary jurisdiction or in the alternative stay proceedings (13-1). |
| 16 - 1 | 06/16/04 | DEF 1 Answer to Amended Complaint. |
| 17 - 1 | 06/18/04 | JKS Minute Order re: initial case stat rpt/case S&P; Rule 16(b) rpt is due w/i 28 days from svc of this ord. cc: cnsl |
| 18 - 1 | 06/24/04 | DEF 1 reply to opposition to DEF 1 motion to decline discretionary jurisdiction or in the alternative stay proceedings (13-1) w/att exhs. |
| 19 - 1 | 07/08/04 | PLF 1 motion for summary judgment w/att exhs. |
| 20 - 1 | 07/13/04 | JKS Order denying motion to decline discretionary jurisdiction or in the alternative stay (13-1). cc: cnsl |
| 21 - 1 | 07/19/04 | PLF 1; DEF 1 Report of Parties/ Planning Meeting. |
| 22 - 1 | 07/21/04 | PLF 1; DEF 1 Stipulation for extention of time until 08/06/04 to file opposition to motion for summary judgment. |
| 22 - 2 | 07/22/04 | Order granting stip for ext of time until 08/06/04 to file oppo to mot for sj (22-1). cc: cnsl |
| 23 - 1 | 08/03/04 | JKS S&P Order setting pt ddlns: Original disc 04/18/05; Disp mots ddln 5/18/04; Estimate of trial 4 days. cc: cnsl |
| 24 - 1 | 08/06/04 | DEF 1 motion for withdrawal by attorney R. Holmes and substitution of Mark Sandberg. |
| 25 - 1 | 08/06/04 | PLF 1 Stipulation for 30 day ext of time to oppose pltf's mot for SJ. |
| 24 - 2 | 08/10/04 | JKS Order granting motion for withdrawal by attorney R. Holmes and substitution of Mark Sandberg (24-1). cc: cnsl |
| 25 - 2 | 08/10/04 | JKS Order granting stipulation for 30 day ext of time to oppose pltf's mot for SJ (25-1). cc: cnsl |
| 26 - 1 | 08/17/04 | PLF 1; DEF 1 Stipulation to file mot to dismiss or substitute parties w/in 30 days. |
| 26 - 2 | 08/19/04 | JKS Order granting Stipulation to file mot to dismiss or substitute parties w/in 30 days (26-1); ddlns re: initial discolosures, prelim wit lists and prelim jnt statement of issues and adding parties vacated pending submission and resolution of anticipated mot to dismiss or substitute parties.  cc: cnsl |
| 27 - 1 | 09/07/04 | Stipulation for extension of time of 14 days to file defendant's opposition to  plaintiff's motion for summary judgment. |
| 27 - 2 | 09/08/04 | Order granting stipulation for extension of time of 14 days to file defendant's opposition to plf's motion for sj (27-1).  cc: cnsl |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET ENTRIES FOR CASE A04-0043--CV (JKS)
"ALLSTATE INSURANCE CO V CHARLES HERRON"

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 28 - 1 | 09/14/04 | DEF 1 motion to dismiss or substitute parties w/att memo. |
| 29 - 1 | 09/14/04 | DEF 1 motion to stay. |
| 30 - 1 | 09/22/04 | PLF 1; DEF 1 Stipulation to stay further briefing re pltf's pend mot for SJ until a reasonable time after the crt resolves def's pend mot to dismiss or substitute parties. |
| 31 - 1 | 09/29/04 | PLF 1 opposition to DEF 1 motion to dismiss or substitute parties (28-1) w/att exhs. |
| 30 - 2 | 10/06/04 | JKS Order granting stipulation to stay further briefing re pltf's pend mot for SJ until after crt resolves pend mot to dimiss or substitute parties (30-1); terminating in light of this order: motion to stay (29-1); staying motion for summary judgment (19-1). cc: cnsl |
| 32 - 1 | 10/12/04 | DEF 1 reply to opposition to DEF 1 motion to dismiss or substitute parties (28-1). |
| 33 - 1 | 10/18/04 | PLF 1 Unopposed motion to supplement plaintiff's opposition to motion to dismiss. |
| 34 - 1 | 10/29/04 | JKS Minute Order denying motion to dismiss or substitute parties (28-1), unopposed motion to supplement plaintiff's opposition to motion to dismiss (33-1); this order is w/o prejudice to amendment of the complaint to name Trailov & Kenick as add party defs in light of the apparent assignment of Herron's right. cc: cnsl |
| 35 - 1 | 11/03/04 | JKS AMENDED Scheduling and Planning Order setting pretrial deadlines: Discovery to close 06/20/05; Dispositive motions deadline 07/20/05. cc: cnsl |
| 36 - 1 | 11/09/04 | JKS Minute Order that def Herron's response to mot (19-1) is due on/before 11/29/04; if response is filed plf may reply as provided by LR; if no response crt will proceed to decide sj mot.  cc: cnsl |
| 37 - 1 | 11/16/04 | PLF 1; DEF 1 Stipulation for ext of time (to 11/19) to exchange initial disclosures & file prelim witness lists. |
| 38 - 1 | 11/17/04 | PLF 1; DEF 1 Stipulation for ext of time (to 11/19) to exchange initial disclosures, preliminary witness lists & file the joint statement of issues. |
| 39 - 1 | 11/18/04 | JKS Order granting stipulation for ext of time (to 11/19) to exchange initial disclosures & file prelim witness lists (37-1). cc: cnsl |
| 40 - 1 | 11/18/04 | Stipulation for extension of time for parties to exchange initial disclosures & to file joint statement of issues. |
| 41 - 1 | 11/19/04 | PLF 1 Preliminary Witness List. |
| 42 - 1 | 11/23/04 | JKS Order granting stipulation ext of time to 11/24 to exchange initial disclosures & to file joint statement of issues (40-1). cc: cnsl |
| 43 - 1 | 11/24/04 | JKS Order granting stipulation for ext of time (to 11/19) to exchange initial disclosures, preliminary witness lists, & file joint statement of issues (38-1). cc: cnsl |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET ENTRIES FOR CASE A04-0043--CV (JKS)
"ALLSTATE INSURANCE CO V CHARLES HERRON"

For all filing dates

| Document # | | Filed | Docket text |
|---|---|---|---|
| 44 - | 1 | 11/24/04 | PLF 1 Statement of issues. |
| 45 - | 1 | 11/24/04 | Stipulation for extention until 12/1/04 to file defendant's opposition to plf's mot for SJ. |
| 46 - | 1 | 11/24/04 | DEF 1 Statement of issues. |
| 47 - | 1 | 11/24/04 | DEF 1 Preliminary Witness List. |
| 45 - | 2 | 11/29/04 | Order granting stipulation for extention until 12/1/04 to file defendant's opposition (45-1).  cc: cnsl |
| 48 - | 1 | 12/01/04 | PLF 1 Preliminary Witness List. |
| 49 - | 1 | 12/01/04 | DEF 1 motion to accept overlength brief pursuant to Local Rule 10.1(1) w/att prop oppo to mot for sj. |
| 50 - | 1 | 12/01/04 | DEF 1 Request for Oral Argument re: PLF 1 motion for summary judgment (19-1). |
| 51 - | 1 | 12/07/04 | JKS Order granting motion to accept overlength brief pursuant to Local Rule 10.1(1) (49-1). cc: cnsl |
| 52 - | 1 | 12/07/04 | DEF 1 opposition to PLF 1 motion for summary judgment (19-1) w/att exhs. |
| 53 - | 1 | 12/08/04 | PLF 1 Unopposed motion & memo to amend declaratory judgment complaint (w/att 2nd amended complaint) |
| 54 - | 1 | 12/08/04 | PLF 1; DEF 1 Stipulation for pltf to file 2nd amended compalint for declaratory relief. |
| 55 - | 1 | 12/08/04 | PLF 1; DEF 1 Stipulation for ext of time for pltf to file reply to oppo to mot for summary judgment & pltf's non-oppo to def's over-length brief. |
| 54 - | 2 | 12/10/04 | JKS Order granting stipulation for pltf to file 2nd amended compalint for declaratory relief (54-1). cc: cnsl |
| 56 - | 1 | 12/10/04 | JKS Order granting unopposed motion & memo to amend declaratory judgment complaint (53-1). cc: cnsl |
| 57 - | 1 | 12/10/04 | JKS Order granting stipulation for ext of time for pltf to file reply to oppo to mot for SJ (55-1). cc: cnsl |
| 58 - | 1 | 12/10/04 | PLF 1 Complaint (Second Amended). |
| 59 - | 1 | 12/20/04 | PLF 1 Errata to first amended complaint w/att exhs. |
| 60 - | 1 | 12/21/04 | JKS Minute Order re pltf to require an answer or apply for default due w/in 20 days. cc: cnsl |
| 61 - | 1 | 12/22/04 | PLF 1 Notice of ratification. |
| 62 - | 1 | 01/14/05 | JDR Minute Order (warning) re pltf to require def's answer or apply for dflt re amended complaint due 1/28/05. cc: cnsl |
| 63 - | 1 | 01/20/05 | PLF 1; DEF 1 stipulation for ext of time (to 2/10) to file reply to oppo to mot for SJ. |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET ENTRIES FOR CASE A04-0043--CV (JKS)
"ALLSTATE INSURANCE CO V CHARLES HERRON"

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 64 - 1 | 01/21/05 | JKS Order granting stipulation for ext of time (to 2/10) to file reply to oppo to mot for SJ (63-1). cc: cnsl |
| 65 - 1 | 01/28/05 | DEF 1 Unopposed motion for one-day ext of time to file answer to the 2nd Amended Complaint. |
| 66 - 1 | 01/31/05 | DEF 1 Answer to Second Amended Complaint. |
| 65 - 2 | 02/04/05 | JWS Order granting Unopposed motion for one-day ext of time to file answer to the 2nd Ame (65-1).  cc: cnsl |
| 67 - 1 | 02/09/05 | PLF 1 Stipulation for ext of time to 3/1 to file reply to oppo to mot for SJ. |
| 68 - 1 | 02/14/05 | JWS Order approving stip for ext of time to 3/1 to file reply to oppo to mot for SJ (67-1). cc: cnsl |
| 68A- 1 | 03/01/05 | NOT USED |
| 69 - 1 | 03/01/05 | PLF 1 reply to opposition to PLF 1 motion for summary judgment (19-1). |
| 70 - 1 | 03/21/05 | DEF 1 motion to compel w/att aff, memo & exhs. |
| 71 - 1 | 03/21/05 | DEF 1 Unopposed motion concerning deadlines; vacate 3/22/05 ddlns and reschedule them a reasonable time after pending mots are decided. |
| 71 - 2 | 03/30/05 | JWS Order granting motion Unopposed motion concerning deadlines (71-1); 3/22/05 ddlns are vacated and will be rescheduled after pending mots are decided. cc: cnsl |
| 72 - 1 | 03/30/05 | Doc #72 not used. |
| 73 - 1 | 04/05/05 | PLF 1; DEF 1 Stipulation for ext of time to 4/8 to file oppo to mot to compel. |
| 74 - 1 | 04/07/05 | JKS Order approving stip for ext of time to 4/8 to file oppo to mot to compel (73-1). cc: cnsl |
| 75 - 1 | 04/08/05 | PLF 1 opposition to DEF 1 motion to compel (70-1) w/att exhs. |
| 76 - 1 | 04/14/05 | DEF 1 Stipulation for extension of time until 4/22/05 for defendant to file his reply to the mot to compel. |
| 76 - 2 | 04/14/05 | JKS Order granting stipulation for extension of time until 4/22/05 for defendant to file (76-1). cc: cnsl |
| 77 - 1 | 04/22/05 | DEF 1 Unopposed motion for 1-day ext of time to file reply to mot to compel. |
| 78 - 1 | 04/25/05 | DEF 1 reply to opposition to DEF 1 motion to compel (70-1). |
| 77 - 2 | 04/26/05 | JKS Order granting unopposed motion for 1-day ext of time to file reply to mot to compel (77-1). cc: cnsl |
| 79 - 1 | 05/16/05 | JKS Order denying motion for summary judgment (19-1); granting/denying motion to compel (70-1); parties are directed to proceed as directed. cc: cnsl |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET ENTRIES FOR CASE A04-0043--CV (JKS)
"ALLSTATE INSURANCE CO V CHARLES HERRON"

---

For all filing dates

---

| Document # | Filed | Docket text |
|---|---|---|
| 80 - 1 | 06/20/05 | DEF 1 Status Report. |
| 81 - 1 | 06/27/05 | DEF 1 Proposed schedule. |
| 81 - 2 | 07/01/05 | JKS Order setting the following dates: Discovery to close 12/30/05; Expert witness list & final revised witness lists 9/30/05. cc: cnsl |
| 82 - 1 | 09/15/05 | PLF 1; DEF 1 Stipulation for ext of time to 11/15 for expert disclosures & final witness lists. |
| 83 - 1 | 09/19/05 | JKS Order granting stipulation for ext of time to 11/15 for expert disclosures & final witness lists (82-1). cc: cnsl |
| 84 - 1 | 11/01/05 | DEF 1 motion (joint) for ext of deadlines. |
| 84 - 2 | 11/03/05 | JWS Order granting motion (joint) for ext of deadlines (84-1) & setting the following dates: Discovery to close 05/01/06; Dispositive motions deadline 06/01/06. cc: cnsl |
| 85 - 1 | 11/21/05 | PLF 1; DEF 1 Stipulation for confidentiality agreement and order. |
| 85 - 2 | 11/29/05 | JKS Order granting stipulation for confidentiality agreement and order (85-1). cc: cnsl |