Mark E. Wilkerson, Esq.
Wilkerson, Hozubin & Burke
310 K Street, Suite 405
Phone: 907 276-5297
Fax: 907 276-5291
E-mail: mark@wilkersonlaw.net
AK Bar #8310157

Attorneys for Plaintiff Allstate

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ALLSTATE INSURANCE COMPANIES, )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>CHARLES HERRON, )<br>)<br>Defendant. )<br>_____ ) | Case No. A04-0043 CV (TMB) |

## JOINT REQUEST FOR EXTENSION OF TIME FOR EXPERT DISCLOSURES AND FINAL WITNESS LISTS

COME NOW the parties, through their undersigned counsel, and request that the deadlines for expert disclosures and final witness lists, currently due March 1, 2006, be extended to May 1, 2006.    This extension is necessary to complete key depositions.

The previously scheduled depositions of six Allstate employees were not completed.  Rescheduling the remaining three has been complicated by Allstate's counsel's trial and travel schedule, and the Allstate employees' availability.    These depositions now are scheduled the week of March 6, 2006.

WILKERSON,
HOZUBIN &
BURKE
310 K STREET, SUITE 405
ANCHORAGE, AK 99501
TEL: (907) 276-5297
FAX: (907) 276-5291

The parties have worked cooperatively and diligently to schedule the depositions of prior counsel for Allstate's insured (James Valcarce), the tort victims, Trailov and Kenick, and their counsel Michele Power. Two of these depositions were scheduled in Bethel, Alaska, but one had to be rescheduled due to a shift in the Federal Court's schedule in a trial involving Allstate's counsel. They are now set for February 13, 2006. The depositions of Trailov and Kenick have been set for February 21, 2006.

All of these depositions should be completed by March 15, but additional time is then necessary for the transcripts to be reviewed by experts for both parties prior to the exchange of expert reports.

WILKERSON, HOZUBIN & BURKE
Attorneys for Plaintiff

DATED: 2-10-06

BY: _____
Mark E. Wilkerson
AK Bar No. 8310157

SANDBERG, WUESTENFELD & COREY
Attorneys for Defendant

DATED: 13 Feb 06

BY: _____
Mark A. Sandberg
AK Bar No. 7510084

WILKERSON,
HOZUBIN &
BURKE
310 K STREET, SUITE 405
ANCHORAGE, AK 99501
TEL: (907) 276-5297
FAX: (907) 276-5291

1000/788/dec action/Stip Exten.8

Mark E. Wilkerson, Esq.
Wilkerson, Hozubin & Burke
310 K Street, Suite 405
Phone: 907 276-5297
Fax: 907 276-5291
E-mail: mark@wilkersonlaw.net
AK Bar #8310157

Attorneys for Plaintiff Allstate

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

ALLSTATE INSURANCE COMPANIES,  )
                               )
                Plaintiffs,    )
                               )
    vs.                        )
                               )
CHARLES HERRON,                )
                               )
                Defendant.     )
_____)Case No. A04-0043 CV (TMB)

**PROPOSED**
**ORDER GRANTING JOINT REQUEST FOR EXTENSION OF TIME FOR EXPERT
WITNESS DISCLOSURES AND FINAL WITNESS LISTS**

IT IS SO ORDERED that pursuant to the parties' Joint Request for Extension of Time, the deadline for expert disclosures and final witness lists is extended from March 1, 2006, to May 1, 2006.


DATED:_____          _____
                                TIMOTHY M. BURGESS
                                U.S. District Court Judge

WILKERSON,
HOZUBIN &
BURKE
310 K STREET, SUITE 405
ANCHORAGE, AK 99501
TEL: (907) 276-5297
FAX: (907) 276-5291