Mark A. Sandberg, Esq.
SANDBERG, WUESTENFELD & COREY, PC
701 West 8th Avenue, Suite 1100
Anchorage, AK 99501
Tel:    907-276-6363
Fax:   907-276-3528

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| ALLSTATE INSURANCE COMPANIES, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CHARLES HERRON, ) <br> ) <br> Defendant. ) <br> _____) | Case No. 3:04-0043 CV (TMB) |

**STIPULATION FOR EXTENSION OF TIME**

COME NOW the parties, through their counsel, and hereby stipulate to a 30 day extension of time, until Thursday, June 1, 2006, in which to exchange expert disclosures and final witness lists (currently due Monday, May 1, 2006). This extension is needed in order to allow more time for both parties' experts to review the depositions most recently taken in this case.

Dated this 14th day of April, 2006.

/ Mark A. Sandberg
701 W 8th Avenue, Ste. 1100
Anchorage, Alaska 99501
Phone: (907) 276-6363
Fax: (907) 276-3528
E-Mail: msandberg@aol.com
ABA: 7510084
Stipulation for Extension of Time
Allstate v. Herron, Case No. 3:04-0043 Civ. (TMB)
Page 1

Dated this 14th day of April, 2006.

/ Mark E. Wilkerson (Consent Given)
Wilkerson & Associates
310 K Street, Ste. 405
Anchorage, Alaska 99501
Phone: (907) 276-5297
Fax: (907) 276-5291
E-Mail: mark@wilkersonlaw.net
ABA: 8310157

CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of April 2006 a copy of the foregoing was served electronically on:

Mark Wilkerson
Wilkerson & Associates
310 K Street, Suite 405
Anchorage, Alaska  99501


s/Mark A. Sandberg

Stipulation for Extension of Time
Allstate v. Herron, Case No. 3:04-0043 Civ. (TMB)
Page 2

Mark A. Sandberg, Esq.
SANDBERG, WUESTENFELD & COREY, PC
701 West 8th Avenue, Suite 1100
Anchorage, AK 99501
Tel:   907-276-6363
Fax:  907-276-3528

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| ALLSTATE INSURANCE COMPANIES,  )<br>　　　　　　　　　　　　　　　　　　　　)<br>　　　　Plaintiff,　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　　　　)<br>　v.　　　　　　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　　　　)<br>CHARLES HERRON,　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　　　　) Case No. A04-0043 CV (JKS)<br>　　　　Defendant.　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　　　　) | |

ORDER GRANTING
STIPULATION FOR EXTENSION OF TIME

　　　　IT IS SO ORDERED that the parties shall have until Thursday, June 1, 2006, in which to exchange expert disclosures and final witness lists.

DATED:_____

　　　　　　　　　　　　　　　　　　　　　　　　Timothy M. Burgess
　　　　　　　　　　　　　　　　　　　　　　　　Judge of the U.S. District Court

Order for Stipulation for Extension of Time
<u>Allstate v. Herron</u>, Case No. 3:04-0043 Civ. (TMB)
Page 3