TABLE OF CONTENTS
ALLSTATE VS HERRON

I.  INTRODUCTION……………………………………………………..PAGE 2

II. PROCEDURAL HISTORY…………………………………………..PAGE 5

III. HERRON'S CLAIMS ARE ASSIGNABLE……………………………PAGE 7

IV. THE FACTUAL RECORD SHOWS THAT HERRON HAD VIABLE CLAIMS AGAINST ALLSTATE AND BERRY TO ASSIGN TO KENICK…...PAGE 9

V.  UNDER ALASKA LAW, HERRON HAD VIABLE CLAIMS AGAINST ALLSTATE……………………………………………………......PAGE 26

VI. THE COURT SHOULD DECLINE TO DECLARE MORE THAN THE ASSIGNABILITY ISSUES………………...……………………….PAGE 37