Mark A. Sandberg, Esq.
SANDBERG, WUESTENFELD & COREY, PC
701 West 8th Avenue, Suite 1100
Anchorage, AK 99501
Tel:    907-276-6363
Fax:   907-276-3528

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| ALLSTATE INSURANCE COMPANIES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| CHARLES HERRON, | ) |
| | ) Case No. 3:04-0043 CV (TMB) |
| Defendant. | ) |
| | ) |

**MOTION FOR SUMMARY JUDGMENT**

Charles Herron (Herron) requests that this Court:

1. Declare that Herron possessed viable claims against Allstate Insurance Company (Allstate) on April 2, 2004; and

2. Declare that such claims are assignable under Alaska law; and

3. Declare that Herron's claims were properly assigned by Charles Herron to Mary Kenick (Kenick) on April 2, 2004; and

4. Decline to adjudicate any further issues.

This motion is supported by the attached memorandum and exhibits.

/ Mark A. Sandberg
701 W 8th Avenue, Ste. 1100
Anchorage, Alaska 99501
Phone: (907) 276-6363
Fax: (907) 276-3528
E-Mail: msandberg@aol.com
ABA: 7510084

CERTIFICATE OF SERVICE

I hereby certify that on this ___
day of April 2006 a copy of the
foregoing was served
electronically and
by regular U.S. Mail on:

Mark Wilkerson
Wilkerson & Associates
310 K Street, Suite 405
Anchorage, Alaska  99501

s/Mark A. Sandberg

Motion for Summary Judgment
Allstate v. Herron, Case No. A04-0043 Civ. (TMB)
Page 2