Mark A. Sandberg, Esq.
SANDBERG, WUESTENFELD & COREY, PC
701 West 8th Avenue, Suite 1100
Anchorage, AK 99501
Tel:   907-276-6363
Fax:   907-276-3528

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| ALLSTATE INSURANCE COMPANIES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| CHARLES HERRON, | ) |
| | ) Case No. 3:04-0043 CV (TMB) |
| Defendant. | ) |
| | ) |

**ORDER GRANTING**
**MOTION FOR SUMMARY JUDGMENT**

The defendant's motion for summary judgment is GRANTED. The Court determines that Charles Herron did possess viable claims against Allstate on April 2, 2004, that those claims were assignable under Alaska law and that Herron properly assigned them. The Court declines to make any further decisions concerning this dispute, since all other issues are presented in the existing state court actions which also includes parties and issues not before this Court.

ORDER
Allstate v. Herron, Case No. 3:04-0043 Civ. (TMB)
Page 1

DATED:_____

                                                  Timothy M. Burgess
                                                Judge of the U.S. District Court

CERTIFICATE OF SERVICE

I hereby certify that on this \_\_\_
day of _____ 2006 a copy of the
foregoing was served
electronically and
by regular U.S. Mail on:

Mark A. Sandberg, Esq.
Sandberg, Wuestenfeld & Corey
701 W 8th Avenue, Ste. 1100
Anchorage, Alaska 99501

Mark Wilkerson
Wilkerson & Associates
310 K Street, Suite 405
Anchorage, Alaska 99501

_____

ORDER
Allstate v. Herron, Case No. A04-0043 Civ. (TMB)
Page 2