1  010533

```
SSP221-1

                                                           HERRON
332 275109  4   DOL: 09 - 14 - 2002   INSD: MARGARET   TRAILOV
ID: 04                ANGELINA
HOME PHONE: (907)543-1993   BUS PHONE: ( )   -              HRS:
                PASSENGER   STMT EMPL NAME:   SCOTT  A MILLAR
                            STATEMENT TYPE:   OTHER - MED PAY
                                              (0=NONE 1=FAV 2=UNFAV)
DATE: 05 - 02 - 2003
EFFECT ON INSD LIAB AND/OR CLMT DAMAGES:
NOTIFY:
ANALYSIS:
MED PAY
GATHERED RECORDS AND FILE FORWARDED THIS DAY.
05/02/2003

PF5-SCHED F/U   PF7-BACKWD   PF8-FRWD   PF9-PRINT   PF11-PREV STMT   PF12-NEXT STMT
*** ONLY EMPLOYEE JC4N CAN UPDATE THE STATEMENT YOU HAVE SELECTED ***

                                                                              1000037
```

```
SSP221-1

                                                           HERRON
332 275109  4   DOL: 09 - 14 - 2002   INSD: MARGARET   FAULKNER
ID: 05                TRACY
HOME PHONE: (907)543-3264   BUS PHONE: ( )   -              HRS:
                PASSENGER   STMT EMPL NAME:   CRAIG J ELKINS
                            STATEMENT TYPE:   PL COMMENTS
                                              (0=NONE 1=FAV 2=UNFAV)
DATE: 05 - 02 - 2003                                         PAGE: 1 OF 1
EFFECT ON INSD LIAB AND/OR CLMT DAMAGES:
NOTIFY:
ANALYSIS:
CLOSED CC05
NO BILLS TODATE
NO MED LIEN NOTICED
FYI---SET SUBRO TO ND---C
NOTIFY USED ON 05/02/2003, SENT TO: JC4N
05/02/2003

PF5-SCHED F/U   PF7-BACKWD   PF8-FRWD   PF9-PRINT   PF11-PREV STMT   PF12-NEXT STMT
*** ONLY EMPLOYEE DJ1E CAN UPDATE THE STATEMENT YOU HAVE SELECTED ***

                                                                              1000038
```

```
EFFECT ON INSD LIAB AND/OR CLMT DAMAGES:
NOTIFY:
ANALYSIS:
    KATHY
    GIVE ME AN IDEA OF WHAT PENDING AA07 DISPOSITION STATUS IS
    THANKS
    C
NOTIFY USED ON 05/02/2003, SENT TO: DH1T
05/02/2003
```

---

```
SSP221-1
                                                                                PAGE:  1 OF  2
*** ONLY EMPLOYEE DJ1F CAN UPDATE THE STATEMENT YOU HAVE SELECTED ***
PF5-SCHED F/U    PF7-BACKWD    PF8-FRWD    PF9-PRINT    PF11-PREV STMT    PF12-NEXT STMT
                                    INVOLVED PERSON STATEMENT
332 275109 4   DOL: 09 - 14 - 2002      INSD: MARGARET          HERRON
ID: 04         ANGELINA                       TRAILOV
               PASSENGER
HOME PHONE: (907)543-1993               BUS PHONE: (   )    -              HRS: -
DATE: 05 - 02 - 2003                    STMT EMPL NAME: CRAIG       J ELKINS
                                        STATEMENT TYPE:  PL COMMENTS
                                                        (0=NONE 1=FAV 2= UNFAV)
EFFECT ON INSD LIAB AND/OR CLMT DAMAGES:
NOTIFY:
ANALYSIS:
    THANKS FOR THE QUICK RESPONSE
    OK ON 25K WORKING AUTO TO CONCLUDE MEDICAL CLAIM COVERAGE UNDER
    THIS AUTO POLICY
    SEND EXHAUST LETTER TO 04 ATTY
    ALSO MAY WANT TO INQUIRE WITH 04 ATTY IF 04 PARENT HAS
    AUTO MEDICAL COVERAGE POLICY FOR ANY ADDITIONAL NOT COVERED THIS
    POLICY-- IF NOT DIRECT LIENS FILED SEE WHERE 04 ATTY WOULD LIKE FUNDS
    DIRECTED
    CE
NOTIFY USED ON 05/02/2003, SENT TO: JC4N
05/02/2003
```

100039

---

```
NOTIFY USED ON 05/02/2003, SENT TO: DH1T
05/02/2003
PF5-SCHED F/U    PF7-BACKWD    PF8-FRWD    PF9-PRINT    PF11-PREV STMT    PF12-NEXT STMT
*** ONLY EMPLOYEE DJ1F CAN UPDATE THE STATEMENT YOU HAVE SELECTED ***
                                                                                PAGE:  2 OF  2
                                   INVOLVED PERSON STATEMENT
332 275109 4   DOL: 09 - 14 - 2002      INSD: MARGARET          HERRON
DESK: AKB
```

100040

```
                                                                     1   010524

SSP221-1                                                            SSP221-1

ID: 04                ANGELINA                                       HERRON
                      PASSENGER
HOME PHONE: (907)543-1993         BUS PHONE: ( )    -
                                  STMT EMPL NAME: CRAIG    J ELKINS      HRS:
DATE: 05 - 02 - 2003              STATEMENT TYPE: PL COMMENTS
                                  (0=NONE 1=FAV 2= UNFAV)
EFFECT ON INSD LIAB AND/OR CLMT DAMAGES:

ANALYSIS:
07/15/2003

                                                                               PAGE:   1 OF   1
PF5-SCHED F/U   PF7-BACKWD   PF8-FRWD   PF9-PRINT   PF11-PREV STMT   PF12-NEXT STMT
*** ONLY EMPLOYEE DJ1F CAN UPDATE THE STATEMENT YOU HAVE SELECTED ***
DESK: AKB                         INVOLVED PERSON STATEMENT
332 275109 4   DOL: 09 - 14 - 2002   INSD: MARGARET
ID: 04               ANGELINA                        TRAILOV
                     PASSENGER
HOME PHONE: (907)543-1993         BUS PHONE: ( )    -
                                  STMT EMPL NAME: CRAIG    J ELKINS      HRS:
DATE: 05 - 06 - 2003              STATEMENT TYPE: PL COMMENTS
                                  (0=NONE 1=FAV 2= UNFAV)
EFFECT ON INSD LIAB AND/OR CLMT DAMAGES:
NOTIFY:
KATHY
ANALYSIS:
     PLEASE ADVISE ON 3/3/03 REQUEST ON FILE HANDLING AS
REFERRAL STAUS
LET ME KNOW
CE
NOTIFY USED ON 05/06/2003, SENT TO: DHTT
05/06/2003

                                                                               PAGE:   1 OF   1
PF5-SCHED F/U   PF7-BACKWD   PF8-FRWD   PF9-PRINT   PF11-PREV STMT   PF12-NEXT STMT
*** ONLY EMPLOYEE DJ1F CAN UPDATE THE STATEMENT YOU HAVE SELECTED ***
DESK: AKB                         INVOLVED PERSON STATEMENT
332 275109 4   DOL: 09
```

100041

100042

```
010535
```

SSP221-1

```
332 275109  4   DOL: 09 - 14 - 2002   INSD: KENICK        MARGARET       HERRON
ID: 07        MARY
              OTHER
HOME PHONE: (907)543-1993          BUS PHONE: (    )    -              HRS:  -
                                   STMT EMPL NAME:  KATHY     J BERRY
                                   STATEMENT TYPE:  OTHER  -  RE PL COMMEN
DATE: 05 - 12 - 2003                                     (0=NONE 1=FAV 2= UNFAV)
EFFECT ON INSD LIAB AND/OR CLMT DAMAGES:
NOTIFY:
ANALYSIS:
RE PL COMMENTS
07 MARY IS MAKING AN NIED CLAIM.  WE NEED MORE DOCUMENTATION TO SUBSTANTIATE
THE CLAIM.
NOTIFY USED ON 05/12/2003, SENT TO: DJ1F
05/12/2003
```

PF5-SCHED F/U   PF7-BACKWD   PF8-FRWD   PF9-PRINT   PF11-PREV STMT   PF12-NEXT STMT

```
                                                                PAGE:   1 OF  1
```

100043

---

SSP221-1

```
DESK: AKB
332 275109  4   DOL: 09 - 14 - 2002   INVOLVED PERSON STATEMENT
ID: 04                                INSD: MARGARET
                                            TRAILOV
                                            HERRON
              ANGELINA
              PASSENGER
HOME PHONE: (907)543-1993          BUS PHONE: (    )    -              HRS:  -
                                   STMT EMPL NAME:  KATHY     J BERRY
                                   STATEMENT TYPE:  OTHER  -  H.O. REFERRA
DATE: 05 - 21 - 2003                                     (0=NONE 1=FAV 2= UNFAV)
EFFECT ON INSD LIAB AND/OR CLMT DAMAGES:
NOTIFY:
ANALYSIS:
H.O. REFERRAL EMAILED TO JOE GRAZULIS YESTERDAY.
05/21/2003
```

PF5-SCHED F/U   PF7-BACKWD   PF8-FRWD   PF9-PRINT   PF11-PREV STMT   PF12-NEXT STMT

100044

```
SSP221-1                               INVOLVED PERSON STATEMENT                    PAGE:    1 OF  2
DESK: AKB                                                                    INSD: MARGARET      HERRON
332 275109  4   DOL: 09 - 14 - 2002
ID: 04          ANGELINA                                                              HERRON
                PASSENGER
HOME PHONE: (907)543-1993           BUS PHONE: (    ) -                        HRS:
                                    STMT EMPL NAME:   KATHY    J BERRY
                                    STATEMENT TYPE:   OTHER  - MATRIX
                                                      (0=NONE 1=FAV 2= UNFAV)
DATE: 05 - 23 - 2003
NOTIFY:
ANALYSIS:
EFFECT ON INSD LIAB AND/OR CLMT DAMAGES:
MATRIX
MAWA IN FILE.
05/23/2003

SSP221-1
DESK: AKB                                                                    INSD: MARGARET      HERRON
332 275109  4   DOL: 09 - 14 - 2002
ID: 02          CHARLES                                                               HERRON
                DRIVER
HOME PHONE: (907)543-4377           BUS PHONE: (    ) -                        HRS:
                                    STMT EMPL NAME:   KATHY    J BERRY
                                    STATEMENT TYPE:   OTHER  - T/C JIM VALC
                                                      (0=NONE 1=FAV 2= UNFAV)
DATE: 05 - 28 - 2003
NOTIFY:
ANALYSIS:
T/C JIM VALCARCE, RETD HIS CALL. HE REPS 02 CHARLES FOR CRIMINAL CHARGES.
02 PLED NO CONTEST TO DWI, A MISDEMEANOR, BUT WAS CONVICTED OF NO FELONY CHARGES.
NO RESTITUTION WAS ORDERED. VALCARCE APPARENTLY TOLD THE JUDGE THIS WAS
BEING DEALT WITH IN THE CIVIL SYSTEM.
EFFECT ON INSD LIAB AND/OR CLMT DAMAGES:
05/28/2003
SPOKE WITH JIM VALCARCE. PER HIS VM MESSAGE OF YESTERDAY WHEN I WAS OUT OF THE OFFICE, THE HEARING
WAS YESTERDAY AFTERNOON.
WE DISCUSSED THAT FILE BEING REVIEWED FOR AUTHO AND THAT WE ARE TO RESPOND
TO PLTF ATTY BY THE END OF THE MONTH. VALCARCE FEELS 04 ANGELINA'S CASE
IS WORTH LIMITS. WE DISCUSSED THAT MOM IS MAKING NIED CLAIM. HE DOES NOT
FEEL THAT IS A GOOD CASE FOR PLTF, BASED ON WHAT HE KNOWS.
```

100045

100046

```
SSP221-1                                                    SSP221-1

PF5-SCHED F/U  PF7-BACKWD  PF8-FRWD  PF9-PRINT  PF11-PREV STMT  PF12-NEXT STMT

                                      INVOLVED PERSON STATEMENT                        PAGE:  1 OF 4

DESK: AKB                                                      INSD:  MARGARET   HERRON
332 275109 4   DOL: 09 - 14 - 2002                                    HERRON
ID: 04                                              ANGELINA
                                                    TRAILOV
                          PASSENGER
HOME PHONE: (907)543-1993                  BUS PHONE: (  )    -            HRS:
                                           STMT EMPL NAME:  KAREN
DATE: 05 - 29 - 2003                       STATEMENT TYPE:  PL COMMENTS    M PETERSEN
                                                            (0=NONE 1=FAV 2=UNFAV)
ANALYSIS:
KATHY, LORI
NEED TO OPEN SU
04 HAD OVER 39K MEDS (25K PAID DIRECT TO ATTY UNDER MED PAY) SIGNIFICANT
OBJECTIVE INJURY, BETHEL VENUE
REQUEST AUTHO FROM HOME OFFICE WITH EC RECOMMENDATIONS IN 09-PF8 SCREEN
PLEASE NOTE THERE ARE SEVERAL LIEN NOTICES
THE ANS LIEN HAS BEEN RECORDED IN COURT.  WE NEED TO ASSURE THIS IS PAID
WITH LIAB SETTLEMENT.
ATTY HAS DEMANDED POL LIM FOR 04, AND FOR NIED CLAIM FOR HER MOTHER

*** ONLY EMPLOYEE DMON CAN UPDATE THE STATEMENT YOU HAVE SELECTED ***
```

```
                                                       1   010526

SSP221-1

PF5-SCHED F/U  PF7-BACKWD  PF8-FRWD  PF9-PRINT  PF11-PREV STMT  PF12-NEXT STMT

332 275109 4   DOL: 09 - 14 - 2002          INSD:  MARGARET    HERRON
ID: 02                                             HERRON
                         DRIVER
                         CHARLES
HOME PHONE: (907)543-4377                   BUS PHONE: (  )    -            HRS:
                                            STMT EMPL NAME:  KATHY     J   BERRY
DATE: 05 - 28 - 2003                        STATEMENT TYPE:  OTHER - 1/C JIM VALC
EFFECT ON INSD LIAB AND/OR CLMT DAMAGES:                     (0=NONE 1=FAV 2=UNFAV)

ANALYSIS:
05/28/2003
```

REDACTED

100047

100048

```
SSP221-1
DESK: AKB
332 275109 4      DOL: 09-14-2002       INVOLVED PERSON STATEMENT
ID: 04                                  INSD: TRAILOV
                  ANGELINA                                              HRS:
HOME PHONE: (907)543-1993    BUS PHONE: ( )   -
                  PASSENGER              STMT EMPL NAME: KAREN   M PETERSEN
DATE: 05-29-2003                         STATEMENT TYPE: PL COMMENTS
                                         EFFECT ON INSD LIAB AND/OR CLMT DAMAGES: (0=NONE 1=FAV 2=UNFAV)

ANALYSIS:
05/29/2003
TO MAKING RECOMMENDATION TO HOME OFFICE.
I DO NOT FEEL WE HAVE SUFFICIENT INFO TO DETERMINE IF CLMT MOTHER HAS A
VALID NIED CLAIM. IF SHE DOES, WOULD BE LIAB ONLY, REVIEW POLICY, I DO NOT
THINK SHE WOULD QUALIFY AS AN INSURED UNDER UIM.
THE EMERGENCY ROOM RECORD REFLECTS CLMT WAS BROUGHT IN AT 1:45 A.M.
IT IS UNCLEAR WHEN MOTHER WAS NOTIFIED OF INJURY AND WHEN SHE ARRIVED AT
HOSPITAL, OR WHAT CONDITION CLMT WAS IN.
THERE IS NOTE THAT FAMILY AT BEDSIDE AT 5:21AM
ATTY AGREES THAT MOTHER DID NOT HAVE "SENSORY AND CONTEMPORANEOUS OBSERVANCE
OF THE ACCIDENT" BUT FEELS THAT HER OBSERVATION OF INJURIES WAS CLOSE ENOUGH
TO TIME OF ACCIDENT THAT THE COURTS WOULD ALLOW NIED CLAIM.

PF5-SCHED F/U   PF7-BACKWD   PF8-FRWD   PF9-PRINT   PF11-PREV STMT   PF12-NEXT STMT
*** ONLY EMPLOYEE DMON CAN UPDATE THE STATEMENT YOU HAVE SELECTED ***
```

REDACTED

```
SSP221-1                                                                PAGE: 3 OF 4
DESK: AKB
332 275109 4      DOL: 09-14-2002       INVOLVED PERSON STATEMENT
ID: 04                                  INSD: TRAILOV
                  ANGELINA                                              HRS:
HOME PHONE: (907)543-1993    BUS PHONE: ( )   -                         HERRON
                  PASSENGER              STMT EMPL NAME: KAREN   M PETERSEN
DATE: 05-29-2003                         STATEMENT TYPE: PL COMMENTS
                                         EFFECT ON INSD LIAB AND/OR CLMT DAMAGES: (0=NONE 1=FAV 2=UNFAV)

ANALYSIS:
05/29/2003
WE NEED TO KNOW WHEN SHE WAS NOTIFIED OF 04 INJURIES, AND WHEN SHE ARRIVED AT
THE HOSPITAL
ATTY LETTER STATES.. "APPROXIMATELY ONE HOUR AFTER HAVING BEEN AWAKENED IN THE
NIGHT WITH A REPORT OF THE ACCIDENT, MARY KENICK RACED TO THE HOSPITAL"
THIS WOULD INFER THAT SHE SPENT 1 HOUR ASSIMILATING INFO BEFORE GOING TO THE
HOSPITAL...THE ATTORNEY MIGHT HAVE MEANT SOMETHING DIFFERENT??
BARRING OTHER INFO FROM LEGAL COUNSEL ON VALIDITY AND VALUE..
CONDUCTED FURTHER INVESTIGATION. I AM ANTICIPATING THE INVESTIGATION WILL
PF5-SCHED F/U   PF7-BACKWD   PF8-FRWD   PF9-PRINT   PF11-PREV STMT   PF12-NEXT STMT
*** ONLY EMPLOYEE DMON CAN UPDATE THE STATEMENT YOU HAVE SELECTED ***
```

1 010537

100050

100049

```
PF5-SC      F/U     PF7-BACKWD   PF8-FRWD    PF9-PRINT    PF      PREV STMT    PF12-NEXT STMT
*** ONLI, EMPLOYEE DMON CAN UPDATE THE STATEMENT YOU HAVE SELECTED ***
DESK: AKB                        INVOLVED PERSON STATEMENT
332 275109  4    DOL: 09 - 14 - 2002    INSD: MARGARET         PAGE:    4 OF  4
ID: 04                                                          HERRON
            ANGELINA                     -       TRAILOV
            PASSENGER
HOME PHONE: (907)543-1993        BUS PHONE: (    )   -                  HRS:    -
                                 STMT EMPL NAME:  KAREN     M PETERSEN
DATE: 05 - 29 - 2003             STATEMENT TYPE:  PL COMMENTS
EFFECT ON INSD LIAB AND/OR CLMT DAMAGES:  (0=NONE  1=FAV  2=UNFAV)

ANALYSIS:
05/29/2003
CREATE SOME EXPENSE, THUS THE REASON FOR OFFER.
I WOULD CONSIDER ASSIGNING DEF COUNSEL TO REVIEW DOCUMENTATION, DETERMINE
IF THERE IS INFORMATION AVAILABLE (AT HOSPITAL?) THAT WOULD GIVE BETTER
TIME FRAME ON MOTHER'S NOTIFICATION AND ARRIVAL.
IN ADDITION, INTERVIEW OF MOTHER WOULD BE APPROPRIATE.
COULD THEN CONSUL1 ON VALIDITY AND VALUE.
KP
05/29/2003
NOTIFY USED ON 05/29/2003, SENT TO: DHTT

PF5-SCHED F/U   PF7-BACKWD   PF8-FRWD   PF9-PRINT   PF11-PREV STMT   PF12-NEXT STMT
*** ONLY EMPLOYEE DMON CAN UPDATE THE STATEMENT YOU HAVE SELECTED ***
```

1000051

701119

```
SSP221-1

CLAIM NUMBER: 3322751094                    LOSS DATE: 09/14/02        POLICY: 020469309
INSURED: MARGARET HERRON
DATE      DESK                              CUSTOMER CARE MESSAGE
091602    HX5        LEVEL 0 DUE TO INJURIES INVOLVED
090403    AKB
```

```
SSP221-1

PF2-OPTIONS MENU   PF9-PRT SCREEN
DESK: AKB                        *** CLAIM DIARY ***             PAGE: 001 OF MANY
CLAIM NUMBER: 3322751094                LOSS DATE: 09/14/02      POLICY: 020469309
INSURED: MARGARET HERRON
DATE      DESK                          NARRATIVE                                   APPL
091602 AGT PROMISE LINE CREDITED TO                                                  LRS *
           MALONE & CO. 257286 907-543-2934.                                            *
           RECEIVED AT 7230 - GREAT LAKES SERVICE CNTR AT 08:35 PM EDT.                 *
           ASSIGNED TO 3320 - ANCHORAGE (907) 338-7750.                                 *
           CONTACT MARAGARET HERRON ON 09/16/02 BETWEEN                                 *
           05:00 PM AND 05:00 AM ADT AT (907) 543-4377.                                 *
           INJURIES INVOLVED, INSURED VEHICLE LEFT THE ROAD COLLIDING W                 *
           ITH A A TELEPHONE POLE                                                       *
           INJURED PASSENGER WAS MEDIVACED TO ANCHORAGE.  OTHER 2 PASSE                 *
           NGERS DID NOT SEE A DOCTOR AT THE TIME OF THE CLAIM (SAT AM)                 *
           DRIVER+DWI                                                                   *
HX5 09:28 PM EDT - EPL LOSS REPORT NOT COMPLETED,                                    CMGR *
           CLEARED TO LRS MENU - LRS9                                                   *
           IIB DATA WILL BE RELEASED AFTER 7 DAY HOLD FOR 10 02                      IIB *
```

100075

100076

```
SSP221-1

DESK: AKB                   *** CLAIM DIARY ***              PAGE: 003 OF MANY
CLAIM NUMBER: 3322751094    LOSS DATE: 09/14/02               POLICY: 020469309
INSURED: MARGARET HERRON
DATE    DESK                       NARRATIVE
091602  HX5                     MARGARET HERRON                                  CCM
                        CAN BE REACHED AT HOME, (907)543-4377                    CNVS
            LEVEL 0 DUE TO INJURIES INVOLVED                                     APPL
            ***** AUTHORITIES NOTIFIED *****                                     LRS   *
            THIS POLICE DEPARTMENT WAS CONTACTED REGARDING THIS CLAIM.
            BETHEL POLICE

            CASE NUMBER:
            ***** DIARY CHECKLIST ITEMS *****
            ADVISED INSURED OF NO COLLISION COVERAGE.
            H04 PAGED ODR AT 9:56P EST, BOX 9076, RHG
            SRV DESK LOCATION CHANGED AT 18:44 ADT FROM DPH3 -                   LRS   *
                R VANZANT IN 3320 - ANCHORAGE
                TO DPH3 - R VANZANT
            APP CLAIM EMPLOYEE NOTIFICATION SENT TO AGENT - 000057286

                                                                                 100079
```

```
SSP221-1

PF4-PREV PAGE  PF9-PRT SCREEN
DESK: AKB                   *** CLAIM DIARY ***              PAGE: 004 OF MANY
CLAIM NUMBER: 3322751094    LOSS DATE: 09/14/02               POLICY: 020469309
INSURED: MARGARET HERRON
DATE    DESK                       NARRATIVE
091602  SRV HH 01, HERRON, THE COMP COVERAGE WAS OPENED BECAUSE THERE WA  CCS     APPL
            S GLASS DAMAGE TO THE AUTO. THE SUBRO INDICATOR HAS BEEN SE
            T TO: Y, BECAUSE THE CLAIMANT DRIVER WAS CITED.
            AUTO LOSS HISTORY TRANSACTION GENERATED
            ***** SYSTEM GENERATED MESSAGES *****                                 CNVS  *
            UPDATE APPLIED TO INSURED DRIVER INFORMATION BY RENEE VANZAN
            T IN MCO 332 ROC 07
            UPDATE APPLIED TO INSURED INFORMATION BY RENEE VANZANT IN MC
            O 332 ROC 07
            AUTOMATIC UNDERWRITING REF. MALE Y/D RESTRICTED WORK/SCH USE LRS  *
092102  16
            CLAIM WAS ACKNOWLEDGED AT 11:05 ADT BY                       CCS   *
            DPH3 - RENEE VANZANT
            ID01 ZNEG ENTERED AS 100% BY ID: DPH3, MCO: 332; ZNEG
            UPDATED FROM 000%; NAME: RENEE VANZANT
092502  AUTO LOSS HISTORY TRANSACTION GENERATED

PF4-PREV PAGE  PF9-PRT SCREEN
CURRENT SCREEN PRINTED
                                                                                 100080
```

1 010547