1  010533

SSP221-1

```
332 275109 4    DOL: 09 - 14 - 2002    INSD: MARGARET         HERRON
ID: 04                           ANGELINA      TRAILOV
                                 PASSENGER
HOME PHONE: (907)543-1993        BUS PHONE: (    )    -           HRS: -
                                 STMT EMPL NAME: SCOTT    A MILLAR
                                 STATEMENT TYPE: OTHER - MED PAY
                                                 (0=NONE 1=FAV 2=UNFAV)
DATE: 05 - 02 - 2003
DESK: AKB
EFFECT ON INSD LIAB AND/OR CLMT DAMAGES:
NOTIFY:
ANALYSIS:
MED PAY
GATHERED RECORDS AND FILE FORWARDED THIS DAY.
05/02/2003
```

PAGE: 1 OF 1

1000037

PF5-SCHED F/U  PF7-BACKWD  PF8-FRWD  PF9-PRINT  PF11-PREV STMT  PF12-NEXT STMT
*** ONLY EMPLOYEE JC4N CAN UPDATE THE STATEMENT YOU HAVE SELECTED ***

SSP221-1

```
332 275109 4    DOL: 09 - 14 - 2002    INSD: MARGARET         HERRON
ID: 05                           TRACY         FAULKNER
                                 PASSENGER
HOME PHONE: (907)543-3264        BUS PHONE: (    )    -           HRS: -
                                 STMT EMPL NAME: CRAIG    J ELKINS
                                 STATEMENT TYPE: PL COMMENTS
                                                 (0=NONE 1=FAV 2=UNFAV)
DATE: 05 - 02 - 2003
DESK: AKB
EFFECT ON INSD LIAB AND/OR CLMT DAMAGES:
NOTIFY:
ANALYSIS:
CLOSED CC05
NO BILLS TODATE
NO MED LIEN NOTICED
FYI---SET SUBRO TO NO---C
NOTIFY USED ON 05/02/2003, SENT TO: JC4N
05/02/2003
```

1000038

PF5-SCHED F/U  PF7-BACKWD  PF8-FRWD  PF9-PRINT  PF11-PREV STMT  PF12-NEXT STMT
*** ONLY EMPLOYEE DJ1E CAN UPDATE THE STATEMENT YOU HAVE SELECTED ***

```
                                                                              SSP221-1
EFFECT ON INSD LIAB AND/OR CLMT DAMAGES:
NOTIFY:
ANALYSIS:
    KATHY
    GIVE ME AN IDEA OF WHAT PENDING AA07 DISPOSITION STATUS IS
    THANKS
    C
    NOTIFY USED ON 05/02/2003, SENT TO: DH1T
05/02/2003
*** ONLY EMPLOYEE DJ1F CAN UPDATE THE STATEMENT YOU HAVE SELECTED ***
PF5-SCHED F/U   PF7-BACKWD   PF8-FRWD   PF9-PRINT   PF11-PREV STMT   PF12-NEXT STMT
                                                                     PAGE:  1 OF  2
```

100039

```
                                                                              SSP221-1
DATE: 05 - 02 - 2003                                INVOLVED PERSON STATEMENT
                                                    INSD: MARGARET      HERRON
332 275109 4     DOL: 09 - 14 - 2002                                    TRAILOV
ID: 04           ANGELINA                           STMT EMPL NAME: CRAIG   J ELKINS
                 PASSENGER                          STATEMENT TYPE: PL COMMENTS    HRS:  -
HOME PHONE: (907)543-1993       BUS PHONE: (   ) -            (0=NONE 1=FAV 2=UNFAV)
EFFECT ON INSD LIAB AND/OR CLMT DAMAGES:
NOTIFY:
ANALYSIS:
    THANKS FOR THE QUICK RESPONSE
    OK ON 25K WORKING AUTO TO CONCLUDE MEDICAL CLAIM COVERAGE UNDER
    THIS AUTO POLICY
    SEND EXHAUST LETTER TO 04 ATTY
    ALSO MAY WANT TO INQUIRE WITH 04 ATTY IF 04 PARENT HAS
    AUTO MEDICAL COVERAGE POLICY FOR ANY ADDITIONAL NOT COVERED THIS
    POLICY-- IF NOT DIRECT LIENS FILED SEE WHERE 04 ATTY WOULD LIKE FUNDS
    DIRECTED
    CE
    NOTIFY USED ON 05/02/2003, SENT TO: JC4N
05/02/2003
*** ONLY EMPLOYEE DJ1F CAN UPDATE THE STATEMENT YOU HAVE SELECTED ***
PF5-SCHED F/U   PF7-BACKWD   PF8-FRWD   PF9-PRINT   PF11-PREV STMT   PF12-NEXT STMT
                                                                     PAGE:  2 OF  2
```

100040

```
                                                                                      010524

SSP221-1                                                                              SSP221-1

ID: 04       ANGELINA              TRAILOV                                            HERRON     MARGARET
             PASSENGER
HOME PHONE: (907)543-1993                BUS PHONE: (   )     -                       HRS:
DATE: 05 - 02 - 2003                     STMT EMPL NAME: CRAIG      J ELKINS
332 275109 4  DOL: 09 - 14 - 2002  INSD: MARGARET                                     STATEMENT TYPE: PL COMMENTS
ID: 04                                   TRAILOV                                      (0=NONE 1=FAV 2= UNFAV)
EFFECT ON INSD LIAB AND/OR CLMT DAMAGES:
ANALYSIS:
07/15/2003

*** ONLY EMPLOYEE DJ1F CAN UPDATE THE STATEMENT YOU HAVE SELECTED ***
PF5-SCHED F/U  PF7-BACKWD  PF8-FRWD  PF9-PRINT  PF11-PREV STMT  PF12-NEXT STMT
                                                                                      PAGE:  1 OF  1
                                                                                                            100041

ID: 04       ANGELINA              TRAILOV                                            HERRON
             PASSENGER
HOME PHONE: (907)543-1993                BUS PHONE: (   )     -                       HRS:
DATE: 05 - 06 - 2003                     STMT EMPL NAME: CRAIG      J ELKINS
332 275109 4  DOL: 09 - 14 - 2002  INSD: MARGARET                                     STATEMENT TYPE: PL COMMENTS
ID: 04                                   TRAILOV                                      (0=NONE 1=FAV 2= UNFAV)
EFFECT ON INSD LIAB AND/OR CLMT DAMAGES:
ANALYSIS:
KATHY
   PLEASE ADVISE ON 3/3/03 REQUEST ON FILE HANDLING AS
REFERRAL STAUS
LET ME KNOW
CE
NOTIFY USED ON 05/06/2003, SENT TO: DHTT
05/06/2003

*** ONLY EMPLOYEE DJ1F CAN UPDATE THE STATEMENT YOU HAVE SELECTED ***
PF5-SCHED F/U  PF7-BACKWD  PF8-FRWD  PF9-PRINT  PF11-PREV STMT  PF12-NEXT STMT
DESK: AKB                                                                             PAGE:  1 OF  1
332 275109 4  DOL: 09                                                                                       100042
```

```
010535
```

SSP221-1

```
332 275109 4   DOL: 09 - 14 - 2002   INSD: KENICK        MARGARET       HERRON
ID: 07              MARY
                    OTHER
HOME PHONE: (907)543-1993        BUS PHONE: (   )   -              HRS:    -
                                 STMT EMPL NAME: KATHY     J BERRY
DATE: 05 - 12 - 2003             STATEMENT TYPE: OTHER  -  RE PL COMMEN
EFFECT ON INSD LIAB AND/OR CLMT DAMAGES:        (0=NONE 1=FAV 2=UNFAV)
NOTIFY:
ANALYSIS:
RE PL COMMENTS
07 MARY IS MAKING AN NIED CLAIM. WE NEED MORE DOCUMENTATION TO SUBSTANTIATE
THE CLAIM.
NOTIFY USED ON 05/12/2003, SENT TO: DJ1F
05/12/2003
```

PF5-SCHED F/U   PF7-BACKWD   PF8-FRWD   PF9-PRINT   PF11-PREV STMT   PF12-NEXT STMT

```
                                                                  100043
```

SSP221-1

```
DESK: AKB                                                  PAGE:  1 OF  1
332 275109 4   DOL: 09 - 14 - 2002   INVOLVED PERSON STATEMENT
ID: 04              ANGELINA         INSD: MARGARET       HERRON
                    PASSENGER              TRAILOV
HOME PHONE: (907)543-1993        BUS PHONE: (   )   -              HRS:    -
                                 STMT EMPL NAME: KATHY    J BERRY
DATE: 05 - 21 - 2003             STATEMENT TYPE: OTHER - H.O. REFERRA
EFFECT ON INSD LIAB AND/OR CLMT DAMAGES:        (0=NONE 1=FAV 2= UNFAV)
NOTIFY:
ANALYSIS:
H.O. REFERRAL EMAILED TO JOE GRAZULIS YESTERDAY.
05/21/2003
```

PF5-SCHED F/U   PF7-BACKWD   PF8-FRWD   PF9-PRINT   PF11-PREV STMT   PF12-NEXT STMT

```
                                                                  100044
```

```
SSP221-1                                                              PAGE:  1 OF  2
DESK: AKB                                                    INVOLVED PERSON STATEMENT
332 275109 4   DOL: 09 - 14 - 2002     INSD: MARGARET                HERRON
ID: 04         ANGELINA                                                          HRS:
               PASSENGER
HOME PHONE: (907)543-1993    BUS PHONE: (   )   -
                             STMT EMPL NAME: KATHY    J BERRY
                             STATEMENT TYPE: OTHER - MATRIX
                                             (0=NONE 1=FAV 2= UNFAV)
DATE: 05 - 23 - 2003
EFFECT ON INSD LIAB AND/OR CLMT DAMAGES:
NOTIFY:
ANALYSIS:
MATRIX
MAWA IN FILE.
05/23/2003
```

```
SSP221-1                                                              PAGE:  1 OF  2
DESK: AKB                                                    INVOLVED PERSON STATEMENT
332 275109 4   DOL: 09 - 14 - 2002     INSD: MARGARET                HERRON
ID: 02         CHARLES                                                           HRS:
               DRIVER
HOME PHONE: (907)543-4377    BUS PHONE: (   )   -
                             STMT EMPL NAME: KATHY    J BERRY
                             STATEMENT TYPE: OTHER - T/C JIM VALC
                                             (0=NONE 1=FAV 2= UNFAV)
DATE: 05 - 28 - 2003
EFFECT ON INSD LIAB AND/OR CLMT DAMAGES:
NOTIFY:
ANALYSIS:
05/28/2003
SPOKE WITH JIM VALCARCE. 02 PLED NO CONTEST TO DWI, A MISDEMEANOR, BUT
T/C JIM VALCARCE, RETD HIS CALL. HE REPS 02 CHARLES FOR CRIMINAL CHARGES.
WAS CONVICTED OF NO FELONY CHARGES.
PER HIS VM MESSAGE OF YESTERDAY WHEN I WAS OUT OF THE OFFICE, THE HEARING
NO RESTITUTION WAS ORDERED.  VALCARCE APPARENTLY TOLD THE JUDGE THIS WAS
WAS YESTERDAY AFTERNOON.
BEING DEALT WITH IN THE CIVIL SYSTEM.
WE DISCUSSED THAT FILE BEING REVIEWED FOR AUTHO AND THAT WE ARE TO RESPOND
TO PLTF ATTY BY THE END OF THE MONTH. VALCARCE FEELS 04 ANGELINA'S CASE
IS WORTH LIMITS.  WE DISCUSSED THAT MOM IS MAKING NIED CLAIM. HE DOES NOT
FEEL THAT IS A GOOD CASE FOR PLTF, BASED ON WHAT HE KNOWS.
```

100045

100046

```
SSP221-1                                                    SSP221-1

PF5-SCHED F/U   PF7-BACKWD   PF8-FRWD   PF9-PRINT   PF11-PREV STMT   PF12-NEXT STMT

DESK: MRD                                                                                    HERRON
332 275109 4   DOL: 09 - 14 - 2002   INSD: MARGARET HERRON                        HRS:
ID: 02                        DRIVER
                              CHARLES
HOME PHONE: (907)543-4377              BUS PHONE: ( ) -
                                       STMT EMPL NAME: KATHY J BERRY
                                       STATEMENT TYPE: OTHER - I/C JIM VALC
DATE: 05 - 28 - 2003                                  (0=NONE 1=FAV 2- UNFAV)
EFFECT ON INSD LIAB AND/OR CLMT DAMAGES:

ANALYSIS:
05/28/2003
```

```
PF5-SCHED F/U   PF7-BACKWD   PF8-FRWD   PF9-PRINT   PF11-PREV STMT   PF12-NEXT STMT

                          INVOLVED PERSON STATEMENT                        PAGE:  1 OF 4
332 275109 4   DOL: 09 - 14 - 2002   INSD: MARGARET HERRON                 HRS:
ID: 04                        PASSENGER
                              ANGELINA
                              TRAILOV
HOME PHONE: (907)543-1993              BUS PHONE: ( ) -
                                       STMT EMPL NAME: KAREN M PETERSEN
                                       STATEMENT TYPE: PL COMMENTS
DATE: 05 - 29 - 2003                                  (0=NONE 1=FAV 2= UNFAV)
EFFECT ON INSD LIAB AND/OR CLMT DAMAGES:

ANALYSIS:
KATHY, LORI
NEED TO OPEN SU
04 HAD OVER 39K MEDS (25K PAID DIRECT TO ATTY UNDER MED PAY) SIGNIFICANT
OBJECTIVE INJURY, BETHEL VENUE
REQUEST AUTHO FROM HOME OFFICE WITH EC RECOMMENDATIONS IN 09-PF8 SCREEN
PLEASE NOTE THERE ARE SEVERAL LIEN NOTICES
THE ANS LIEN HAS BEEN RECORDED IN COURT. WE NEED TO ASSURE THIS IS PAID
WITH LIAB SETTLEMENT.
ATTY HAS DEMANDED POL LIM FOR 04, AND FOR NIED CLAIM FOR HER MOTHER

*** ONLY EMPLOYEE DMON CAN UPDATE THE STATEMENT YOU HAVE SELECTED ***
```

REDACTED

010526

100047

100048

```
SSP221-1
DESK: AKB
332 275109 4    DOL: 09 - 14 - 2002          INVOLVED PERSON STATEMENT
ID: 04                                       INSD: TRAILOV
                                                                        HERRON
HOME PHONE: (907)543-1993    BUS PHONE: (   )  -            HRS:
             ANGELINA                  STMT EMPL NAME: KAREN M PETERSEN
             PASSENGER                 STATEMENT TYPE: PL COMMENTS
DATE: 05 - 29 - 2003                                  (0=NONE 1=FAV 2=UNFAV)
EFFECT ON INSD LIAB AND/OR CLMT DAMAGES:

ANALYSIS:
05/29/2003
IN MAKING RECOMMENDATION TO HOME OFFICE.
I DO NOT FEEL WE HAVE SUFFICIENT INFO TO DETERMINE IF CLMT MOTHER HAS A
VALID NIED CLAIM. IF SHE DOES, WOULD BE LIAB ONLY, REVIEW POLICY, I DO NOT
THINK SHE WOULD QUALIFY AS AN INSURED UNDER UIM.
THE EMERGENCY ROOM RECORD REFLECTS CLMT WAS BROUGHT IN AT 1:45 A.M.
IT IS UNCLEAR WHEN MOTHER WAS NOTIFIED OF INJURY AND WHEN SHE ARRIVED AT
HOSPITAL, OR WHAT CONDITION CLMT WAS IN.
THERE IS NOTE THAT FAMILY AT BEDSIDE AT 5:21 AM
ATTY AGREES THAT MOTHER DID NOT HAVE "SENSORY AND CONTEMPORANEOUS OBSERVANCE
OF THE ACCIDENT" BUT FEELS THAT HER OBSERVATION OF INJURIES WAS CLOSE ENOUGH
TO TIME OF ACCIDENT THAT THE COURTS WOULD ALLOW NIED CLAIM
PF5-SCHED F/U   PF8-FRWD  PF9-PRINT  PF11-PREV STMT  PF12-NEXT STMT
*** ONLY EMPLOYEE DMON CAN UPDATE THE STATEMENT YOU HAVE SELECTED ***
```

```
SSP221-1                                                           PAGE: 3 OF 4
DESK: AKB
332 275109 4    DOL: 09 - 14 - 2002          INVOLVED PERSON STATEMENT
ID: 04                                       INSD: TRAILOV
                                                                        HERRON
HOME PHONE: (907)543-1993    BUS PHONE: (   )  -            HRS:
             ANGELINA                  STMT EMPL NAME: KAREN M PETERSEN
             PASSENGER                 STATEMENT TYPE: PL COMMENTS
DATE: 05 - 29 - 2003                                  (0=NONE 1=FAV 2=UNFAV)
EFFECT ON INSD LIAB AND/OR CLMT DAMAGES:

ANALYSIS:
05/29/2003
WE NEED TO KNOW WHEN SHE WAS NOTIFIED OF 04 INJURIES, AND WHEN SHE ARRIVED AT
THE HOSPITAL.
ATTY LETTER STATES.. "APPROXIMATELY ONE HOUR AFTER HAVING BEEN AWAKENED IN THE
NIGHT WITH A REPORT OF THE ACCIDENT, MARY KENICK RACED TO THE HOSPITAL"

THIS WOULD INFER THAT SHE SPENT 1 HOUR ASSIMILATING INFO BEFORE GOING TO THE
HOSPITAL...THE ATTORNEY MIGHT HAVE MEANT SOMETHING DIFFERENT??

BARRING OTHER INFO FROM REDACTED COUNSEL ON VALIDITY AND VALUE..
                                                UNTIL WE HAVE
CONDUCTED FURTHER INVESTIGATION, I AM ANTICIPATING THE INVESTIGATION WILL
PF5-SCHED F/U   PF7-BACKWD  PF8-FRWD  PF9-PRINT  PF11-PREV STMT  PF12-NEXT STMT
*** ONLY EMPLOYEE DMON CAN UPDATE THE STATEMENT YOU HAVE SELECTED ***
```

010537

100050

100049

```
PF5-SC       F/U    PF7-BACKWD    PF8-FRWD    PF9-PRINT    PF    PREV STMT    PF12-NEXT STMT
*** ONL, EMPLOYEE DMON CAN UPDATE THE STATEMENT YOU HAVE SELECTED ***
DESK: AKB                   INVOLVED PERSON STATEMENT                    PAGE:    4 OF   4
332 275109 4    DOL: 09 - 14 - 2002    INSD: MARGARET        HERRON
ID: 04
          ANGELINA                              TRAILOY
          PASSENGER
HOME PHONE: (907)543-1993    BUS PHONE: (   ) -             HRS: -
                             STMT EMPL NAME:    KAREN   M PETERSEN
DATE: 05 - 29 - 2003         STATEMENT TYPE:   PL COMMENTS
                                               (0=NONE 1=FAV 2=UNFAV)
EFFECT ON INSD LIAB AND/OR CLMT DAMAGES:

ANALYSIS:
05/29/2003
CREATE SOME EXPENSE, THUS THE REASON FOR OFFER.
I WOULD CONSIDER ASSIGNING DEF COUNSEL TO REVIEW DOCUMENTATION, DETERMINE
IF THERE IS INFORMATION AVAILABLE (AT HOSPITAL?) THAT WOULD GIVE BETTER
TIME FRAME ON MOTHER'S NOTIFICATION AND ARRIVAL.
IN ADDITION, INTERVIEW OF MOTHER WOULD BE APPROPRIATE.
COULD THEN CONSULT ON VALIDITY AND VALUE.
KP
05/29/2003
NOTIFY USED ON 05/29/2003, SENT TO: DHTT

PF5-SCHED F/U    PF7-BACKWD    PF8-FRWD    PF9-PRINT    PF11-PREV STMT    PF12-NEXT STMT
*** ONLY EMPLOYEE DMON CAN UPDATE THE STATEMENT YOU HAVE SELECTED ***
```

100051

701119

```
SSP221-1

CLAIM NUMBER: 3322751094                                    POLICY: 020469309
INSURED: MARGARET HERRON                                    LOSS DATE: 09/14/02
DATE       DESK                     CUSTOMER CARE MESSAGE
091602     HX5        LEVEL 0 DUE TO INJURIES INVOLVED
090403     AKB
```

```
SSP221-1

PF2-OPTIONS MENU    PF9-PRT SCREEN
DESK: AKB                    *** CLAIM DIARY ***              PAGE: 001 OF MANY
CLAIM NUMBER: 3322751094                LOSS DATE: 09/14/02   POLICY: 020469309
INSURED: MARGARET HERRON
DATE       DESK                        NARRATIVE                              APPL
091602 AGT PROMISE LINE CREDITED TO                                            LRS *
           MALONE & CO. 257286 907-543-2934.                                       *
           RECEIVED AT 7230 - GREAT LAKES SERVICE CNTR AT 08:35 PM EDT.            *
           ASSIGNED TO 3320 - ANCHORAGE (907) 338-7750.                            *
           CONTACT MARAGARET HERRON ON 09/16/02 BETWEEN                            *
           05:00 PM AND 05:00 AM ADT AT (907) 543-4377.                            *
           INJURIES INVOLVED, INSURED VEHICLE LEFT THE ROAD COLLIDING W            *
           ITH A A TELEPHONE POLE                                                  *
           INJURED PASSENGER WAS MEDIVACED TO ANCHORAGE.  OTHER 2 PASSE            *
           NGERS DID NOT SEE A DOCTOR AT THE TIME OF THE CLAIM (SAT AM)            *
           DRIVER+DWI                                                         CMGR *
HX5 09:28 PM EDT - EPL LOSS REPORT NOT COMPLETED,                                  *
           CLEARED TO LRS MENU - LRS9                                         IIB  *
           IIB DATA WILL BE RELEASED AFTER 7 DAY HOLD FOR 10 02                    *
```

100075

100076

1 010547

SSP221-1

```
DESK: AKB                    *** CLAIM DIARY ***              PAGE: 003 OF MANY
CLAIM NUMBER: 3322751094    LOS DATE: 09/14/02    POLICY: 020469309
INSURED: MARGARET HERRON
DATE    DESK                          NARRATIVE
091602  HX5        MARGARET HERRON                                          CCM  *
                   CAN BE REACHED AT HOME, (907)543-4377                    CNVS *
                   LEVEL 0 DUE TO INJURIES INVOLVED
                   ***** AUTHORITIES NOTIFIED *****
                   THIS POLICE DEPARTMENT WAS CONTACTED REGARDING THIS CLAIM.
                   BETHEL POLICE
                   CASE NUMBER:
                   ***** DIARY CHECKLIST ITEMS *****                        APPL *
                   ADVISED INSURED OF NO COLLISION COVERAGE.                LRS  *
                   PAGED ODR AT 9:56P EST, BOX 9076, RHG
                   SRV DESK LOCATION CHANGED AT 18:44 ADT FROM DPH3 -
                   R VANZANT IN 3320 - ANCHORAGE
                   TO DPH3 - R VANZANT
                   APP CLAIM EMPLOYEE NOTIFICATION SENT TO AGENT - 000057286
```

                                                                     100079

SSP221-1

```
PF4-PREV PAGE  PF9-PRT SCREEN
DESK: AKB                    *** CLAIM DIARY ***              PAGE: 004 OF MANY
CLAIM NUMBER: 3322751094    LOSS DATE: 09/14/02   POLICY: 020469309
INSURED: MARGARET HERRON
DATE    DESK                          NARRATIVE
091602  SRV HH 01, HERRON, THE COMP COVERAGE WAS OPENED BECAUSE THERE WA CCS *
                   S GLASS DAMAGE TO THE AUTO. THE SUBRO INDICATOR HAS BEEN SE
                   T TO: Y, BECAUSE THE CLAIMANT DRIVER WAS CITED.
                   AUTO LOSS HISTORY TRANSACTION GENERATED
                   ***** SYSTEM GENERATED MESSAGES *****                    CNVS *
                   UPDATE APPLIED TO INSURED DRIVER INFORMATION BY RENEE VANZAN
                   T IN MCO 332 ROC 07
                   UPDATE APPLIED TO INSURED INFORMATION BY RENEE VANZANT IN MC
                   O 332 ROC 07
                   AUTOMATIC UNDERWRITING REF, MALE Y/D RESTRICTED WORK/SCH USE LRS *
                   16
092102  DPH3    CLAIM WAS ACKNOWLEDGED AT 11:05 ADT BY                      CCS  *
                - RENEE VANZANT
092502             ID01 ZNEG ENTERED AS 100% BY ID: DPH3, MCO: 332; ZNEG    CCS  *
                   UPDATED FROM 000%; NAME: RENEE VANZANT
                   AUTO LOSS HISTORY TRANSACTION GENERATED
PF4-PREV PAGE  PF9-PRT SCREEN
CURRENT SCREEN PRINTED
```

                                                                     100080