```
                                                                    POLICY: 0204489309
INSURED: MARGARET HERRON
DATE   DESK                              NARRATIVE                              API
092502 SRV GKG-AK LETTER ADDR TO ID 01 - MARGARET HERRON                        OAS *
           CC1:
           CC2:
           MAA-AK LETTER ADDR TO ID 02 - CHARLES HERRON                         LRS *
           CC:
           ID01 ZNEG ENTERED AS 100% BY ID: DPH3, MCO: 332, ZNEG
           UPDATED FROM 100%, NAME: RENEE VANZANT
           POLICE REPORT REQUEST LETTER GENERATED
092602 APP CLAIM EMPLOYEE NOTIFICATION SENT TO AGENT - 000057286
100102 ALH CERT DEC MAILED TO RENEE VANZANT LOC 3320                            LRS *
100302 SSM SM06 SM ADDR TO ID 02 - CHARLES HERRON                               OAS *
           CC1:
           CC2:
101002 AKP ***** SYSTEM GENERATED MESSAGES *****                                CNVS *
           UPDATE APPLIED TO INSURED INFORMATION BY KAREN PETERSEN IN M
           CO 332 ROC 07
                                                                         100081
```

```
PF4-PREV PAGE   PF9-PRT SCREEN
DESK: AKB                     *** CLAIM DIARY ***                PAGE: 006 OF MANY
CLAIM NUMBER: 3322751094    LOSS DATE: 09/14/02           POLICY: 0204469309
INSURED: MARGARET HERRON
DATE   DESK                              NARRATIVE                              APPL
102402 AKB ID 04 - ANGELINA TRAILOV - STATUS LETTER NOT SENT MESSAGE: A OAS *
           TT REP FILE AKB
114402     AUTO LOSS HISTORY TRANSACTION GENERATED                              CCS *
           AUTO LOSS HISTORY TRANSACTION GENERATED                              CCS *
120402 AKP ***** SYSTEM GENERATED MESSAGES *****                                CNVS *
           UPDATE APPLIED TO INSURED INFORMATION BY KAREN PETERSEN IN M
           CO 332 ROC 07
120902 SRV ***** SYSTEM GENERATED MESSAGES *****
           UPDATE APPLIED TO INSURED INFORMATION BY RENEE VANZANT IN MC
           O 332 ROC 07
121202     IIB DATA WILL BE RELEASED AFTER 7 DAY HOLD FOR ID 05                 IIB *
           SM06 SM ADDR TO ID 05 - TRACY FAULKNER                               OAS *
           CC1:
           CC2:
                                                                         100082
PF4-PREV PAGE   PF9-PRT SCREEN
```



```
DESK: AKB                    *** CLAIM DIARY ***              PAGE: 007 OF MANY
CLAIM NUMBER: 3322751094     LOSS DATE: 09/14/02               POLICY: 020469309
INSURED: MARGARET HERRON                NARRATIVE                                        APPL
DATE   DESK
031703 AKB CEF-AK LETTER ADDR TO ID 11 - MEDICAL RECORDS DEPT ALASKA N  OAS   *
           RE: ID 04 - ANGELINA TRAILOV
           CC1:                                                                CCS   *
           CC2:                                                                OAS   *
031803     AUTO LOSS HISTORY TRANSACTION GENERATED
           CEF-AK LETTER ADDR TO ID 11 - MEDICAL RECORDS DEPT ALASKA N
           RE: ID 04 - ANGELINA TRAILOV
           CC1:
           CC2:
           IIB DATA WILL BE RELEASED AFTER 7 DAY HOLD FOR ID 04           IIB   *
           IIB DATA WILL BE RELEASED AFTER 7 DAY HOLD FOR ID 07
032003 AKA MCM    LETTER ADDR TO - TRANSCARE MEDICAL SERVICES, INC.      MBRS
                  RE: ID 04 - TRAILOV, ANGELINA
           MAX    LETTER ADDR TO - ANGELINA TRAILOV
                  RE: ID 04 - TRAILOV, ANGELINA

PF4-PREV PAGE   PF9-PRT SCREEN                                                   100083


DESK: AKB                    *** CLAIM DIARY ***              PAGE: 008 OF MANY
CLAIM NUMBER: 3322751094     LOSS DATE: 09/14/02               POLICY: 020469309
INSURED: MARGARET HERRON                NARRATIVE                                        APPL
DATE   DESK
042803 AKB ID 07 - MARY KENICK - STATUS LETTER NOT SENT MESSAGE: ATTY R OAS   *
       EP AKB                                                               REQUEST RETRACTED
051203 SSM MBX    LETTER ADDR TO - ANGSTAN LAW OFFICE MICHELLE POWER    MBRS
                  RE: ID 04 - TRAILOV, ANGELINA
                  AMOUNT PAID -                                 $24823.12
           MBX    LETTER ADDR TO - ANGSTAN LAW OFFICE MICHELLE POWER
                  RE: ID 04 - ANGELINA TRAILOV
                                                                REQUEST RETRACTED
           MBX    LETTER ADDR TO - ANGSTAM LAW OFFICE MICHELLE POWER
                  RE: ID 04 - TRAILOV, ANGELINA
                  AMOUNT PAID -                                 $24823.12
           MCR    LETTER ADDR TO - ANGSTAM LAW OFFICE MICHELLE POWER
                  RE: ID 04 - TRAILOV, ANGELINA
                  AMOUNT PAID -                                   $176.88
           MCM    LETTER ADDR TO - DENALI ANESTHESIA
                  RE: ID 04 - TRAILOV, ANGELINA

PF4-PREV PAGE   PF9-PRT SCREEN                                                   100084
```

010538



```
INSURED: MARGARET HERRON
DATE   DESK                          NARRATIVE                                                               AF
051203 SSM MAX        LETTER ADDR TO - ANGELINA TRAILOV                                                      MBRS
                        RE: ID 04 - TRAILOV, ANGELINA
       MCM            LETTER ADDR TO - ALASKA IMAGING ASSOCIATES LL
                        RE: ID 04 - TRAILOV, ANGELINA
       MAX            LETTER ADDR TO - ANGELINA TRAILOV
                        RE: ID 04 - TRAILOV, ANGELINA
       MCM            LETTER ADDR TO - ALASKA NATIVE MEDICAL CTR
                        RE: ID 04 - TRAILOV, ANGELINA
       MAX            LETTER ADDR TO - ANGELINA TRAILOV
                        RE: ID 04 - TRAILOV, ANGELINA
       SM06 SM ADDR TO ID 19 - ANGSTMAN LAW OFFICE                                                           OAS *
       CC1:
       CC2:
051903 MCM            LETTER ADDR TO - ALASKA NATIVE MEDICAL CTR                                             MBRS
                        RE: ID 04 - TRAILOV, ANGELINA

                                                                                                       100085
```

```
PF4-PREV PAGE   PF9-PRT SCREEN
                          *** CLAIM DIARY ***                    PAGE: 010 OF 010
DESK: AKB                 LOSS DATE: 09/14/02    POLICY: 020469309
CLAIM NUMBER: 3322751094
INSURED: MARGARET HERRON
DATE   DESK                          NARRATIVE                                                               APPL
051903 SSM MAX        LETTER ADDR TO - ANGELINA TRAILOV                                                      MBRS
                        RE: ID 04 - TRAILOV, ANGELINA
052003 AKP C121 LIST REVIEW. KP                                                                              LRS
052703 SSM MCM        LETTER ADDR TO - ALASKA NATIVE MEDICAL CTR                                             MBRS
                        RE: ID 04 - TRAILOV, ANGELINA
       MAX            LETTER ADDR TO - ANGELINA TRAILOV
                        RE: ID 04 - TRAILOV, ANGELINA
060203 AKP C121 LIST REVIEW.KP                                                                               LRS
062403 AKB RE-INDEX MESSAGE SENT TO IIB FOR ID 02                                                            IIB  *
071603     AUTO LOSS HISTORY TRANSACTION GENERATED                                                           CCS  *
090403 AKB

                                                                                                       100086
```

PF4-PREV PAGE   PF9-PRT SCREEN

L 010549

Page   1

| 09/04/03 | | Medical Bill - Loss History | | | Claim Number: | 3322751094 |
| | | | | | | |

09/04/03                    Medical Bill - Loss History
Injured Person:   ANGELINA TRAILOV                    Claim Number:      3322751094
Policyholder:     MARGARET HERRON                     Injured Person Id: 04
Contact Person:   KATHY BERRY                         Date of Loss:      09/14/2002
Total Loss Paid:  $    25,000.00                      Co-Payment Amount: $        0.00

===============================================================================

| Date Received | Date Paid | Provider | Date From | Date Thru | Billed Amount | Paid Amount |
|---|---|---|---|---|---|---|
| 05/21/03 | | ALASKA NATIVE MEDICAL CTR | 11/05/02 | 11/05/02 | $ 381.00 | $ 0.00 |
| 05/12/03 | | ALASKA NATIVE MEDICAL CTR | 09/14/02 | 09/14/02 | $ 3,883.00 | $ 0.00 |
| 04/28/03 | | ALASKA NATIVE MEDICAL CTR | 09/19/02 | 09/19/02 | $ 609.99 | $ 0.00 |
| 03/17/03 | | TRANSCARE MEDICAL SERVICE | 09/14/02 | 09/14/02 | $ 1,175.00 | $ 0.00 |
| 03/17/03 | | MEDICAL RECORDS DEPT ALAS | 09/14/02 | 09/19/02 | $ 6,533.23 | $ 0.00 |
| 03/17/03 | | DENALI ANESTHESIA | 09/14/02 | 09/14/02 | $ 1,955.00 | $ 0.00 |
| 03/17/03 | 05/12/03 | CITY OF BETHEL | 09/14/02 | 09/14/02 | $ 300.00 | $ 176.88 |
| 03/17/03 | | ALASKA IMAGING ASSOCIATES | 09/14/02 | 09/16/02 | $ 246.00 | $ 0.00 |
| 03/17/03 | 05/12/03 | BUSINESS OFFICE ALASKA RE | 09/14/02 | 09/16/02 | $ 24,823.12 | $ 24,823.12 |

100095

LAW OFFICES OF

*Dennis M. Mestas*
*A Professional Corporation*

745 WEST 4TH AVENUE, SUITE 306
ANCHORAGE, ALASKA 99501
TELEPHONE (907) 277-9496
FAX (907) 272-4354

29 May 2003

Kathy Berry
Allstate Insurance
7033 E. Tudor Road
Anchorage, Alaska 99507-1275

Claim Number:   3322751094 AKB
Your Insured:   Charles Herron
Date of Loss:   September 14, 2002
Our Clients:   Angelina Trailov and Mary Kenick

Dear Ms. Berry:

    I have been retained to file suit, as co-counsel in this matter. As you know the last time-limited policy limits offer in this matter lapsed on May 16, 2003. No further policy limits offers will be made or accepted. Allstate had a great deal of time to investigate and evaluate this clear liability and large damages case. It had more than adequate time to accept the policy limits offers. Separate offers were made for Ms. Trailov and for Ms. Kenick. Allstate never accepted an offer for either. It never made any offer to either of them.

    In our view, Allstate has recklessly exposed its insured, Mr. Charles Herron, to total judgments which will obviously be far in excess of policy limits. Of course, any insured is entitled to fair treatment by his own insurance company. Presumably, Mr. Herron will now be informed by Allstate that he is entitled to an independent attorney of his choice to assess and advise him as to the situation that he is now in, due to Allstate's past refusal to tender the full policy limits in this matter.

    Rather than immediately filing a lawsuit, we are willing to offer to enter into good faith negotiations to settle this matter for the full past and future damages of our clients, if Allstate is willing to assume full responsibility for all those damages in writing. Of course, those damages are far in excess of the policy limits. We wanted to give Allstate the opportunity to now do the right thing and avoid causing further unnecessary distress to both families involved in this matter.


100175

MAY 3 0 2003
RECEIVED

Given the record to date, it would be not only in the interests of the insured, but also in Allstate's interests to now step forward and agree to be responsible for all the damages of Ms. Trailov and Ms. Kenick. If Allstate is willing to assume full responsibility for all the damages, please let me know in writing. We can then agree on how, when and where settlement discussions can take place. We are willing to consider mediation.

This offer shall lapse in 20 days. Suit shall be filed immediately thereafter. Please do not call our office or Mr. Angstman's office regarding this matter. We believe it is important to keep a clear written record at this point.

Sincerely
LAW OFFICES OF DENNIS M. MESTAS, P.C.

Douglas G. Johnson

100176

LAW OFFICES OF
*Dennis M. Mestas*
*A Professional Corporation*
745 WEST 4TH AVENUE, SUITE 306
ANCHORAGE, ALASKA 99501

[Postmark: ANCHORAGE AK, MAY 23 03, U.S. POSTAGE $00.37, H METER 554795]

MAY 30 2003
RECEIVED

KATHY BERRY
ALLSTATE INSURANCE COMPANY
7033 ~~EAST~~ E. TUDOR ROAD
ANCHORAGE   AK   99507-1275

99507+1275 05

100177

## Berry, Kathy

| | |
|---|---|
| **From:** | SWDC Gateway 2 |
| **Posted At:** | Friday, May 30, 2003 4:12 PM |
| **Conversation:** | Your fax has been successfully sent to Myron Angstman at 1 (907) 543-3394. RE: Trailov and Kenick |
| **Posted To:** | Inbox |
| **Subject:** | Your fax has been successfully sent to Myron Angstman at 1 (907) 543-3394. RE: Trailov and Kenick |

```
Your fax has been successfully sent to Myron Angstman at 1 (907) 543-3394. RE: Trailov and
Kenick
-------------------------------------------------------------
From: /o=Allstate/ou=GLDCHUD1/cn=Recipients/cn=cdhtt
-------------------------------------------------------------
Time: 5/30/2003 7:09:38 PM
Sent to 1 (907) 543-3394 with remote ID "907 543 3394"
Result: (0/339;0/0) Successful Send
Page record: 1 - 3
Elapsed time: 01:18 on channel 14
```

100179



**Allstate.**
You're in good hands

Anchorage Market Claim Office
7033 E Tudor Road
Anchorage, AK 99507
Phone Number: 907-269-6174
Office Hours: Monday – Friday 8:00 A.M. – 4:30 P.M.

May 16, 2003

Faxed to 543-3394

Angstman Law Office
Attn: Michele Power
P.O. Box 585
Bethel, AK 99559

COPY

Claim Number:   3322751094 AKB
Our Insured:    Charles Herron
Date of Loss:   September 14, 2002
Your Clients:   Angelina Trailov and Mary Kenick

Dear Ms. Power:

Thank you for the information you faxed today regarding Mary Kenick's claim. Is there any documentation to show why she left her job at USDA, e.g., a letter of resignation, a documented discussion with management, or her application for her new job? Alternatively, did Ms. Kenick discuss issues related to her job with any medical provider? Please provide any documentation there may be relating her job change to Angelina's injury.

With regard to Angelina's claim, unfortunately our evaluation is not completed today as expected. Obviously, this is a claim that needs a thorough review and the policy limits that you have demanded comprise a significant amount of money. Our evaluation will be completed by the end of the month, and I am hoping to respond to your demand sooner than that.

If you have any questions please call me at (907) 269-6174.

Sincerely,

Kathy Berry
Staff Claim Service Adjuster

cc: Margaret Herron
    Charles Herron


100181

Market Claim Office
**Allstate Insurance Company**
7033 E. Tudor Road
Anchorage, AK 99507-1275
Bus: (907) 338-7750



May 9, 2003

Angstman Law Office
Attn: Michele Power
P.O. Box 585
Bethel, AK 99559

| | |
|---|---|
| Claim Number: | 3322751094 AKB |
| Our Insured: | Charles Herron |
| Date of Loss: | September 14, 2002 |
| Your Clients: | Angelina Trailov and Mary Kenick |

Dear Ms. Power:

Thank you for your letter dated April 10, 2003, received in our office April 14, 2003, as well as the additional medical records you included with it.

We are in the process of completing our evaluation of Angelina Trailov's claim and anticipate responding to your demand by your May 16, 2003 deadline.

With regard to Mary Kenick's claim, we do need some type of documentation that her job change resulted from the effects of Angelina's injury and that she is earning less money at her new job. Please provide any documentation that will support Ms. Kenick's claim for negligent infliction of emotional distress.

If you have any questions please call me at (907) 269-6174.

Sincerely,


Kathy Berry
Staff Claim Service Adjuster

cc: Margaret Herron
    Charles Herron

100187