# ANGSTMAN LAW OFFICE

MYRON ANGSTMAN
MICHELE POWER
BRUCE ANDERS
SEAN BROWN

P. O. Box 585
Bethel, Alaska 99559
Tel. (907) 543-2972
Fax (907) 543-3394
angstmanadmin@alaska.com

P.O. Box 1310
Dillingham, Alaska 99576
Tel. (907) 842-2974
Fax (907) 842-3994

April 10, 2003

Kathy Berry
Allstate Insurance
7033 E. Tudor Road
Anchorage, Alaska 99507-1275

RE:  Angelina Trailov and Mary Kenick

Dear Ms. Berry:

Mary Kenick suffered extreme emotional distress as a result of the accident which occurred on September 14, 2002. Prior to the accident, Ms. Kenick successfully performed the duties of her job at the United States Department of Agriculture (UDSA), where she had been employed for seven years. Subsequent to the accident, although nothing about her duties changed, she had difficulty focusing at work and found the stress to be unmanageable. The emotional disruption caused by the negligent infliction of emotional distress on September 14, 2002, forced Ms. Kenick to leave the USDA in search of new job. Ms. Kenick is now employed by AVCP at a significant reduction in pay. Ms. Kenick earned $65,000 per year while employed at the USDA and now earns only $52,000 per year at AVCP. Ms. Kenick has experienced personality changes. Long time friends of Ms. Kenick will testify to the changes which have occurred as a result of the September 14, 2002, incident. To date, Ms. Kenick has not sought counseling, however, she has started to attend church and may seek counseling should her personality changes persist.

Although some of Gina Trailov's damages are obvious, the injury to her brain damage is less so. Since the accident, Gina has been absented minded and forgetful. Although her high school transcript does not necessarily show trouble in school, the significance of her injury should not be minimized. The impact of her moderate traumatic brain injury may not be known for years.

In addition to the permanent brain damage, Gina has experienced back pain. She was treated for

APR 14 2003
RECEIVED


100188

the back pain at the Yukon Kuskokwim Delta Regional Hospital. *See* enclosed medical records.

Ms. Kenick is anxious to resolve both claims and I cannot let this case languish. It is a relatively straightforward case. If your review of the file suggests otherwise, please advise me of your concerns. While the offer dated February 14, 2002, remains open, it will be revoked on May 16, 2003, and a complaint will be filed, unless there is some discussion regarding pre-filing resolution.

I look forward to hearing from you.

Best regards,

Michele Power
Attorney at Law

enclosures

cc: Mary Kenick

100189

Market Claim Office
**Allstate Insurance Company**
7033 E. Tudor Road
Anchorage, AK 99507-1275
Bus: (907) 338-7750



Allstate.
You're in good hands.

March 17, 2003

COPY

Angstman Law Office
Attn: Michele Power
P.O. Box 585
Bethel, AK 99559

| | |
|---|---|
| Claim Number: | 3322751094 AKB |
| Our Insured: | Charles Herron |
| Date of Loss: | September 14, 2002 |
| Your Clients: | Angelina Trailov and Mary Kenick |

Dear Ms. Power:

We are in receipt of your letter dated February 14, 2003, received in our office February 18, 2003. Thank you for the documents you provided.

The information you sent did not include records for treatment following Ms. Trailov's transfer from Alaska Regional Hospital to Alaska Native Medical Center, so we have requested those records. Also, the records we received from Y-K Regional Hospital in January only included treatment on the date of the accident. If Ms. Trailov has received any accident related medical treatment there since that date, please let me know so we can request those, too.

Please advise as to whether or not Ms. Trailov is claiming that this injury negatively affected her schoolwork and, if so, please provide transcripts from her prior two years of school as well as for this school year for comparison.

Last, has Ms. Kenick received any medical treatment related to her NIED claim? If so, please provide those records.

Once all of the necessary information has been received, we will complete our evaluation of the claim and respond to your demand.

If you have any questions please call me at (907) 269-6174.

Sincerely,

Kathy Berry
Staff Claim Service Adjuster

100195

# ANGSTMAN LAW OFFICE

MYRON ANGSTMAN
MICHELE POWER
BRUCE ANDERS
SEAN BROWN

P. O. Box 585
Bethel, Alaska 99559
Tel. (907) 543-2972
Fax (907) 543-3394
angstman@unicom-alaska.com

P.O. Box 1310
Dillingham, Alaska 99576
Tel. (907) 842-2974
Fax (907) 842-3994

February 14, 2003

Kathy Berry
Allstate Insurance Company
Market Claims Office
7033 E. Tudor Road
Anchorage, Alaska 99507

RE:   Angelina Trailov
      Claim #3322751094 AKB

FEB 1 8 2003
RECEIVED

Dear Ms. Berry:

I am in receipt of your letter recognizing our representation of Mary Kenick, mother of Angelina Trailov in the above referenced matter. Angelina Trailov (Gina) was seriously injured in a motor vehicle accident when she was a passenger in Charles Herron's vehicle on September 14, 2002. At the time of the accident, Mr. Herron was intoxicated. Following the accident, Mr. Herron was arrested and charged with Driving While Intoxicated after providing a breath sample of .146, nearly two times the legal limit. See Exhibit 1. Mr. Herron was later convicted of the charge.

As a result of the accident, Gina's head hit and broke the vehicle's side window. She suffered a closed head injury, a left side basilar skull fracture, a left-side broken rib and a punctured lung. She was rendered unconscious and not breathing. Friends performed CPR on Gina, revived her and rushed her to the Yukon Kuskokwim Delta Regional Hospital. See Exhibit 2.

Approximately one hour later after having been awakened in the night with a report of the accident, Mary Kenick raced to the hospital. There to her horror she found Gina screaming and writhing in pain. Gina's face was bloody and blood drained from her ear. Ms. Kenick witnessed health care providers repeatedly attempt to restrain Gina. She attempted to soothe and calm Gina to no avail. Gina was in a state where she did not recognize her mother. This continued until Gina was finally sedated and intubated.

100197

Gina was medivaced to the Alaska Native Medical Center in Anchorage. Ms. Kenick traveled with Gina to Anchorage. Some time later, she traveled with Gina as she was to be transferred to Alaska Regional because Gina's lung was leaking. There, health care providers performed a fiberoptic bronchoscopy.

In addition to the fractured skull, punctured lung and broken rib, Gina suffered bruising to her eye and chin. Following the accident, she intermittently lost her hearing and experienced vertigo and headaches. She experienced a loss of appetite, weight loss, insomnia, and irritability. She was unstable on her legs. She suffered pain in her left shoulder as a result of the broken rib. Currently, Gina experiences occasional intense lower back pain.

The most significant injury, however, was to Gina's brain. The injury occurred when Gina's head slammed into the vehicle's side window causing the side window to break. The impact was so severe that it caused a basilar skull fracture and post-traumatic amnesia. The post-traumatic amnesia was two to three days in length and sufficiently long to qualify for a diagnosis of moderate traumatic brain injury. Gina's compromised mental status and length of post-traumatic amnesia suggest microscopic axonal injury associated with a closed head injury. Subtle persistent higher cortical dysfunction consequent to her injury remains.

Gina's injuries as a result of the accident are serious and permanent. In addition to her pain and suffering, inconvenience and loss of enjoyment of life, Gina missed several days of school. Even when she returned to school, she was unable to function optimally.

In addition to Gina's claim against Mr. Herron, Mary Kenick is making a claim against Mr. Herron for negligent infliction of emotional distress (NIED). Generally, damages are not awarded for NIED in the absence of physical injury. However, a bystander may prevail in a claim for damages if the plaintiff is located near the scene of the accident, the shock results from a direction emotional impact from the sensory and comtemporaneous observance of the accident, and a close relationship exists between the plaintiff and the victim. *See Dillon v. Legg*, 68 Cal. 2d 728, 441 P.2d 912, 920, 69 Cal. Rptr. 72 (Cal. 1968). Alaska courts have taken a liberal approach in applying *Dillon* factors. *See Kallstrom v. United States*, 43 P.3d 162 (Alaska 2002); *Tommy's Elbow Room, Inc. v. Kavorkian*, 727 P.2d 1038 (Alaska 1986). Even though Ms. Kenick did not contemporaneously observe the accident itself, it is our view that her observation was close enough in time to the accident and of the nature intended by Alaska's liberal approach to NIED to withstand a summary judgment challenge.

In addition to Ms. Kenick's NIED claim, she incurred over $34,000 in medical expenses, travel costs and lost wages and it is expected that she will incur future medical expenses, travel costs and lost wages related to Gina's back pain and head trauma. *See* Exhibit 3.

100198

Based on the above, Mary Kenick authorized me to make a policy limits demand plus attorney's fees, costs and interest on behalf of her daughter's claim and a policy limits demand plus attorney's fees, costs and interest to settle her claim. Please convey this to your client and advise me of his response. I look forward to hearing from you.

Best regards,

Michele Power
Attorney at Law

enclosures

cc: Mary Kenick

100199

3.3.03
AKB

# DEMAND

Date Received: 2/18/03

Response Due: None    *limits demand*

    HOF

100200

# ANGSTMAN LAW OFFICE

MYRON ANGSTMAN
MICHELE POWER
BRUCE ANDERS
SEAN BROWN

P. O. Box 585
Bethel, Alaska 99559
Tel. (907) 543-2972
Fax (907) 543-3394
angstmanadmin@alaska.com

P.O. Box 1310
Dillingham, Alaska 99576
Tel. (907) 842-2974
Fax (907) 842-3994

December 10, 2002

Kathy Berry
Allstate Insurance
7033 E. Tudor Road
Anchorage, Alaska 99507

DEC 1 1 2002
RECEIVED

RE:   Angelina Trailov
      Allstate Claim No.  3322751094 AKB

Dear Ms. Berry:

Please be advised that Angelina Trailov will be examined by a neuropsychologist on December 17, 2002. Thereafter, we anticipate making an offer to settle this matter. To that end, please provide me with a copy of Charles Herron's insurance policy at your earliest convenience. I look forward to hearing from you.

Best regards,

Michele Power
Attorney at Law

100203

Allstate Insurance Company
Market Claim Office
7033 E Tudor Rd
Anchorage AK  99507
Bus:     907-338-7750



In reply, please refer to

October 18, 2002

Margaret Herron
P.O. Box 602
Bethel, AK  99559-0602

Claim Number:   3322751094 AKB
Our Insured:       Margaret Herron
Date of Loss:      September 14, 2002
Claimant:            Mary Kenick, as Parent of Angelina Trailov

Dear Ms. Herron:

Please be advised that the claim for Charles' accident has been transferred to me for further handling.  Mary Kenick has retained attorney Michele Power to assist her in settling Angelina Trailov's claim.

If you have any questions or concerns, please call me at 1-800-770-7750 ext. 6174.  You may normally reach me between 8:15 a.m. and 4:45 p.m., Monday through Friday.

Sincerely,


Kathy Berry
Staff Claim Service Adjuster



100205

TRANSFER

DATE: 9/25  CLAIM #: 3322751094

INSD NAME: HERRON  ATTORNEY: _____

DATE OF LOSS: 9/16/02

SUIT FILE: YES ☒  NO ☒       SPLIT FILE: YES ___ NO ✓

MIST FILE? YES ___ NO ✓       COLL/PD RESOLVED? YES N/A NO PD

LIABILITY MATRIX ADDRESSED:  YES ✓  NO ___

LIABILITY INVESTIGATION COMPLETE
(or appropriate waivers, etc)       YES ✓  NO ___

| I/C OPEN | RESERVES | CDS COMPLETED |
|---|---|---|
| AA04 | $25,800 | #01 ✓ |
| CC04 | | #02 ✓ |
| | | #04 ✓ |
| | | #06 ✓ |
| | | #12 ✓ |

COMMENTS: _____

_Jerry Adams_ 9/25/02

---

REP UNIT

TRANSFER TO:    AMK    (AKB)    ALB    ATW

COMMENTS: _See CDS 03-01_

100240