ANCHORAGE MCO
Process Compliance
May 8, 2001

**Documentation:** As I quoted from Christine, "To be in compliance with Unfair Claims Act, you need to document what you do". During the Pending UM/UIM Review by Eva Kennedy and her team, concerns regarding the lack of Documenting/Reporting were identified. This issue needs immediate attention. We also need to do a follow up review to the UM/UIM Reporting Requirements looking at April's receipts in Unrep and transfers to the Rep Units. Home Office recommended a 45day follow up and this follow up schedule should continue until we are satisfied with our results. I know the reviews and spotchecks have started, Gary please pull the findings from the reviews together for me and report this week.

Along the lines of reporting, it's critical that we document the activity and attempts made to locate UM/UIM Rejection Forms. We should note where we have looked and whom we have contacted. All of our steps should be outlined in the file.

Documentation, in general, applies to not only UM/UIM claims but also BI. Again, activity in the file needs to be reflected in the claim reporting.

**Failure To Offer:** We continue to have FTO claims in which the "Dayton Bump" needs to be considered. We have "changed" the process of handling on these types of files. Once this issue has been identified and additional dollars need to be considered, the claim number should be added to the MCO "FTO Log" and an email outlining the case, attempts made to locate the UM/UIM Rejection Form documented, and routed to me for review. My expectation in the write up is similar to the Home Office Referral One Shot. I'll review and grant the authorization, then advise Colleen Reid in Home Office Legal.

**Home Office Referrals:** A log should be maintained in the MCO, listing the Home Office Referrals to include ECL Claims and One Shots in both the Rep and Unrep Units. I recommend putting this log on your Shared Drive so any Claim Rep, Manager, etc. can review. I also expect Gary to monitor high exposure cases in the MCO.

EXHIBIT 6

704348