P-CCSO
Casualty Division
C.
CPCU, AIM

November 30, 1998

Janet Larson
Casualty Process Specialist
Seattle CSA

Re: New Mandatory Home Office Casualty Referral Category

Janet,

In an effort to improve the handling of potentially serious bodily injury or death claims, and assist in the Casualty claim training of our claim force, we will be expanding the Home Office referral categories for the state of **Alaska** effective immediately.

All files opened after December 1, 1998 must be referred (mailed) to the Claim Litigation Group within fourteen (14) days after any of the following specific conditions are first alleged:

- Paraplegia
- Quadriplegia
- Loss of an eye
- Severe burns
- Death
- Brain damage
- Amputation of a limb (leg, arm, hand or foot)

The current CPPP guidelines already require the referral of files with these types of serious injuries for reserve purposes, payout authorization, or close without pay authorization. This new referral category will require the referral of these matters much earlier in the file's development.

Claim files referred pursuant to this new category should be referred to as a " Serious Injury Referral_ in the Referral Seven Point Summary and cover letter. To streamline the referral process, the Referral Seven Point Summary should be limited to one page in most cases. The Frontline Performance Expert should attach a brief cover letter. The file should be kept on a dual suspense at either the FPE or FPL level. As with all files referred to Home Office, it is important that all significant file developments be communicated to Home Office as soon as practiable.    EXHIBIT 7

This requirement applies to all files handled by the P&C company including those in SIU. It applies regardless of policy limits, liability or the veracity of the allegations.

Please communicate this new requirement to MCO management and claim

704346