Mark E. Wilkerson, Esq.
Wilkerson, Hozubin & Burke
310 K Street, Suite 405
Phone: 907 276-5297
Fax: 907 276-5291
E-mail: mark@wilkersonlaw.net
AK Bar #8310157

Attorneys for Plaintiff Allstate

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ALLSTATE INSURANCE COMPANIES, )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>CHARLES HERRON, )<br>)<br>Defendant. )<br>_____) | Case No. A04-0043 CV (TMB) |

**UNOPPOSED MOTION FOR EXTENSION OF TIME**

Allstate, through counsel, Wilkerson Hozubin, moves for an extension of time to file its Opposition to the Motion for Summary Judgment filed by defendant on April 28, 2006. Undersigned's office conferred with counsel for the defendant's office and the parties agree plaintiff shall have until June 16, 2006 to respond to defendant's Motion for Summary Judgment. A proposed order is filed herewith.

\

\

\

DATED this 16th day of May, 2006.

        WILKERSON HOZUBIN
        Attorneys for Plaintiff

By: s/Mark E. Wilkerson
    Mark E. Wilkerson
    310 K Street, Suite 405
    Phone: 907 276-5297
    Fax: 907 276-5291
    E-mail: mark@wilkersonlaw.net
    Attorneys for Plaintiff Allstate
    AK Bar No. 8310157

**CERTIFICATE OF SERVICE**

I hereby certify that on
May 16th, 2006, a true and
correct copy of the foregoing was
served electronically on the following:

Mark A. Sandberg, Esq.
Sandberg, Wuestenfeld & Corey
701 West 8th Avenue, Suite 1100
Anchorage, AK  99501


WILKERSON HOZUBIN

By:   s/Rebecca J. Hozubin
1000.788/plead/Dec Action/Unopp Mtn for Extension