Mark E. Wilkerson, Esq.
Wilkerson, Hozubin & Burke
310 K Street, Suite 405
Phone: 907 276-5297
Fax: 907 276-5291
E-mail: mark@wilkersonlaw.net
AK Bar #8310157

Attorneys for Plaintiff Allstate

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ALLSTATE INSURANCE COMPANIES, | ) |
| Plaintiffs, | ) ) ) |
| vs. | ) ) |
| CHARLES HERRON, | ) ) |
| Defendant. | ) ) |
| | ) Case No. A04-0043 CV (TMB) |

**ORDER GRANTING JOINT REQUEST FOR EXTENSION OF TIME**

IT IS SO ORDERED that plaintiff's response to defendant's Motion for Summary Judgment shall be filed on or before June 16, 2006.

DATED: _____          _____
                                TIMOTHY M. BURGESS
                                U.S. District Court Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on
May 16th, 2006, a true and
correct copy of the foregoing was
served electronically on the following:

Mark A. Sandberg, Esq.
Sandberg, Wuestenfeld & Corey
701 West 8th Avenue, Suite 1100
Anchorage, AK  99501


WILKERSON HOZUBIN

By:   s/Rebecca J. Hozubin
1000.788/plead/Dec Action/Unopp Mtn for Extension- Order