Mark E. Wilkerson, Esq.
Wilkerson Hozubin
310 K Street, Suite 405
Phone: 907 276-5297
Fax: 907 276-5291
E-mail: mark@wilkersonlaw.net
AK Bar #8310157

Attorneys for Plaintiff Allstate

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ALLSTATE INSURANCE COMPANIES, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | |
| ) | |
| CHARLES HERRON, ) | |
| ) | |
| Defendant. ) | |
| )Case No. A04-0043 CV (TMB) | |

**JOINT STATUS REPORT**

COME NOW the parties, through counsel, and pursuant to the court's May 8, 2006 order hereby report as follows:

A.   Nature of the case

    1.   The lead attorneys on the case:

        Mark Wilkerson for Allstate
        Mark Sandberg for Charles Herron

    2.   Basis for federal jurisdiction:

        Diversity jurisdiction, 28 U.S.C. §§ 2201 and 1332

    3.   Nature of the claims asserted in the complaint and any counterclaims:

Allstate seeks a ruling that Herron breached the contract of insurance by entering into a confession of judgment with Trailov and Kenick.

Herron seeks a ruling that Allstate breached the contract of insurance prior to his confession. Alternatively, Herron seeks a ruling that he possessed viable claims against Allstate that have been properly assigned to persons who are not parties to this lawsuit.

4. Name of any party that has not been served and the nature of the non-service:

All parties to this action were served.

5. Principle legal issues:

What party, if any, breached the contract of insurance.

6. Principle factual issues:

a. Whether Allstate's claim handling breached the contract of insurance.

b. Whether Herron's conduct breached the contract of insurance.

c. If Herron's conduct did not breach the contract of insurance, whether the amount of damages to which he confessed is reasonable.

B. Discovery

1. Brief description of completed discovery and any remaining discovery:

The parties have exchanged initial disclosures; the parties have exchanged written discovery requests; and the parties have deposed various fact witnesses, and anticipate deposing expert witnesses after the exchange of experts reports, scheduled to occur on June 1, 2006.

    2.   Brief description of any pending motions and anticipated motions:

Herron filed a motion for summary judgment arguing that he possessed viable claims against Allstate that have been properly assigned to other persons not parties to this lawsuit and requesting that the court decline to make further rulings regarding any other issues ; Allstate's opposition is due on or before June 16, 2006.

Allstate anticipates filing an evidentiary motion on or before June 16, 2006 and there may be additional evidentiary motions as the matter proceeds towards trial.

    3.   Brief description of any previously entered rulings on substantive issues:

The court has previously entered a ruling at docket 20 denying Herron's motion regarding jurisdiction; the court denied Allstate's Motion for Summary Judgment at Docket 79; and in the same order the court denied Herron's Motion to Compel additional discovery.

    4.   Any previously filed status reports:

Herron filed a status report on May 20, 2005.

C.   Trial

    1.   If trial is anticipated, how long the trial will take, and whether a jury is requested.

The parties expect the trial to take 6 days, and a jury was not requested.

D.   Settlement

The parties have not discussed settlement, and do not request a settlement conference.

DATED this 22nd day of May, 2006.

                WILKERSON HOZUBIN
                Attorneys for Plaintiff


                By:s/Mark E. Wilkerson
                   Mark E. Wilkerson
                   310 K Street, Suite 405
                   Phone: 907 276-5297
                   Fax: 907 276-5291
                   E-mail: mark@wilkersonlaw.net
                   Attorneys for Plaintiff Allstate
                   AK Bar No. 8310157


DATED this 22nd day of May, 2006.

                SANDBERG, WUESTENFELD & COREY
                Attorneys for Defendant


                By:s/Mark Sandberg
                   Mark Sandberg
                   701 West 8th Avenue, Suite 1100
                   Anchorage, AK  99501
                   Phone: 907 276-6363
                   Fax: 907 276-3528
                   E-mail: msandberg@aol.com
                   Attorneys for Defendant Herron
                   AK Bar No. 7510084