Mark E. Wilkerson, Esq.
Wilkerson Hozubin
310 K Street, Suite 405
Phone: 907 276-5297
Fax: 907 276-5291
E-mail: mark@wilkersonlaw.net
AK Bar #8310157

Attorneys for Plaintiff Allstate

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ALLSTATE INSURANCE COMPANIES,<br><br>             Plaintiffs,<br><br>vs.<br><br>CHARLES HERRON,<br><br>             Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. A04-0043 CV (TMB) |

**JOINT REQUEST FOR EXTENSIONS OF TIME**

COME NOW the parties, through their undersigned counsel, and request that the deadlines for expert disclosures, expert reports, and final witness lists, currently due June 1, 2006, be extended to June 5, 2006.

The parties further request an extension on the deadlines for dispositive motions, discovery motions, and motions in limine from May 31, 2006 to June 16, 2006.

                              WILKERSON HOZUBIN
                              Attorneys for Plaintiff

DATED: 5-30-06          BY: _/s/ Mark E. Wilkerson_
                                      Mark E. Wilkerson
                                      AK Bar No. 8310157

SANDBERG, WUESTENFELD & COREY
Attorneys for Defendant

DATED: 5/29        BY: _____
                       Mark A. Sandberg
                       AK Bar No. 7510084

1000/788/dec action/Stip Exten.9

**WILKERSON HOZUBIN**
310 K STREET, SUITE 405
ANCHORAGE, AK 99501
TEL: (907) 276-5297
FAX: (907) 276-5291

```
Mark E. Wilkerson, Esq.
Wilkerson Hozubin
310 K Street, Suite 405
Phone: 907 276-5297
Fax: 907 276-5291
E-mail: mark@wilkersonlaw.net
AK Bar #8310157
```

Attorneys for Plaintiff Allstate

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ALLSTATE INSURANCE COMPANIES, )<br>                   Plaintiffs,  )<br>vs.                             )<br>CHARLES HERRON,          )<br>                   Defendant.   )<br>_____) | Case No. A04-0043 CV (TMB) |

**PROPOSED**
**ORDER GRANTING JOINT REQUEST FOR EXTENSIONS OF DEADLINES**

IT IS SO ORDERED that pursuant to the parties' Joint Request for Extensions of Time, the deadline for expert disclosures, expert reports and final witness lists is extended from June 1, 2006, to June 5, 2006. Further, the deadline for dispositive motions, discovery motions, and motions in limie is extended from May 31, 2006 to June 16, 2006.

DATED:_____               _____
                                    TIMOTHY M. BURGESS
                                    U.S. District Court Judge

WILKERSON
HOZUBIN
310 K STREET, SUITE 405
ANCHORAGE, AK 99501
TEL: (907) 276-5297
FAX: (907) 276-5291