Mark E. Wilkerson, Esq.
Wilkerson Hozubin
310 K Street, Suite 405
Phone: 907 276-5297
Fax: 907 276-5291
E-mail: mark@wilkersonlaw.net
AK Bar #8310157

Attorneys for Plaintiff Allstate

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ALLSTATE INSURANCE COMPANIES, )<br>)<br>Plaintiffs,    )<br>)<br>vs.                           )<br>)<br>CHARLES HERRON,                )<br>)<br>Defendant.    )<br>_____) | Case No. A04-0043 CV (TMB) |

### MOTION FOR SUMMARY JUDGMENT
### APPLYING THE NONECONOMIC DAGAGES CAP
### AS 09.17.010(b)

Plaintiff Allstate Insurance Companies ("Allstate"), through counsel, Wilkerson Hozubin, moves the court for an order applying the noneconomic damages cap of AS 09.17.010(b) in this case because there is no issue of material fact that Angelina Trailov was not severely injured and Allstate is entitled to application of the damages cap as a matter of law.  This motion is supported by the attached memorandum of law and exhibits. A proposed order is filed herewith.

DATED this 2nd day of June, 2006.

                WILKERSON HOZUBIN
                Attorneys for Plaintiff

By: s/Mark E. Wilkerson
    Mark E. Wilkerson
    310 K Street, Suite 405
    Phone: 907 276-5297
    Fax: 907 276-5291
    E-mail: mark@wilkersonlaw.net
    Attorneys for Plaintiff Allstate
    AK Bar No. 8310157

CERTIFICATE OF SERVICE

I hereby certify that on the
2nd day of June, 2006, a true and correct
copy of the foregoing document was
electronically served on the
following counsel/parties of record:

Mark A. Sandberg, Esq.
Sandberg, Wuestenfeld & Corey
701 West 8th Avenue, Suite 1100
Anchorage, AK  99501

WILKERSON HOZUBIN

By:   /s/Mark Wilkerson

1000/788/plead/Dec Act/MSJ motion-damag