## CONSULTATION

DATE OF CONSULTATION: 11/05/2002

REQUESTED BY: Bethel
CONSULTANT: Thomas R. Gordon, M.D.

DATE OF BIRTH: 5/4/87

REASON FOR CONSULTATION: The patient is a 15-year-old adolescent girl, brought by her mother and referred from Bethel because of head injury and left temporal bone fracture.

HISTORY OF PRESENT ILLNESS: The patient was a passenger in the back seat of a motor vehicle in early September, 2002. The vehicle went off the road and ran into a pole. The patient lost consciousness and has no recollection of the following two days. She does recall getting into the vehicle. She suffered a chest injury with pneumothorax. She required intubation and her mother says that she had stopped breathing. She was evaluated by Dr. Pedro Valdes for her chest injury. She did not have injury to the aorta, as was initially considered. She had hemotympanum on the left and was diagnosed with temporal bone fracture. She had some hearing loss related to that. She initially had some dizziness, headaches, back pain and visual blurriness. Those symptoms have resolved. Her mother states that she still has rib pain. She apparently fractured her left first rib.

She had short-term memory loss initially. For example, she forgot talking to a friend on the telephone. She denies that now. She is back in school and says she is doing fine. She will have parent-teacher conference in the near future. Her hospitalization at Alaska Native Medical Center was between 9/16/02 and 9/19/02.

PAST MEDICAL HISTORY: As noted.

SOCIAL HISTORY: As noted.

REVIEW OF SYSTEMS: She denies double vision, decreased vision, facial sensory loss, difficulty chewing, swallowing or at present hearing. She denies numbness, tingling or weakness in her arms or legs. She denies back pain or headache. She also denies incoordination, although her mother says that at the end of the day, when she is tired, sometimes she seems wobbly.

PHYSICAL EXAMINATION: Well-developed young woman, in no acute distress. Blood pressure 121/60, pulse 67 and regular. Head, eyes, ears, nose and throat - normocephalic, atraumatic. Conjunctivae are clear. Nose and throat - clear. She has cerumen in the right external auditory canal and in the left. The left tympanic membrane is intact with good light reflex, Battle sign is absent. Neck is supple. Lungs are clear. Heart - regular rate and rhythm; no murmur. Extremities are without deformity. Neurological and mental status -

---

**TRAILOV, ANGELINA CHRISTINE**

Alaska Native Medical Center
Anchorage, AK

MEDICAL RECORD #
99-37-5

Exhibit ___A___
Page __1__ of __2__


702750

CONSULTATION - PAGE 2
DATE OF CONSULTATION: 11/05/2002

she is awake, alert and oriented to person, place and time. She is attentive; she can spell "world" backwards accurately. She has normal, fluent speech. She registers 3/3 objects with one trial and then recalls all 3 after a brief interlude. Her affect is normal. Cranial nerves - visual acuity 20/20 o.u. without correction, with a near card. Fundi are normal without papilledema. Visual fields are full to fingers with double simultaneous stimulation. Pupils are 3 millimeters, round and reactive to light and accommodation. Extraocular eye movements are full without nystagmus. She has smooth pursuit while tracking. Facial sensation and bite are normal. Facies are symmetrical with normal smile and eye closure. Auditory acuity is normal to voice and finger-rub. Palate and phonation are normal. Sternocleidomastoid and trapezius muscles are normal. Tongue protrudes in midline. Motor - tone and bulk are normal; there are no abnormal movements. There is no pronator drift. Dexterity is normal for finger-tapping. Finger-to-nose and heel-to-shin are normal. Natural gait and tandem gait are normal. She has normal strength in upper and lower extremities, including the deltoids. She showed no evidence of pain in her left shoulder with deltoid testing on the left. Sensation is normal to touch, tuning fork, joint position, pain and temperature. Romberg is absent. Reflexes are 2+ and equal in upper and lower extremities. Plantars are flexor bilaterally.

ASSESSMENT:
The patient had a head injury with fracture of the temporal bone and cerebrospinal fluid leak into her left ear canal. She has made a good recovery. Her neurological examination is normal.

PLAN:
Diagnostic and therapeutic considerations as above. Follow-up with Neurology as necessary. From a neurological standpoint, no further tests nor therapies would be necessary.

TRG/007/#79784      /
D: 11/05/2002 T: 11/06/2002
cc: Medical Records, Bethel
    File

_____
Thomas R. Gordon, M.D.

---

**TRAILOV, ANGELINA CHRISTINE**

Alaska Native Medical Center
Anchorage, AK

**MEDICAL RECORD #**
99-37-5

Exhibit ___A___
Page __2__ of __2__


702751