**Paul L. Craig, Ph.D.**
American Board of Professional Psychology
Board Certified in Clinical Neuropsychology
4048 Laurel Street, Suite 201
Anchorage, AK 99508

Phone (907) 274-8200                                                        Fax (907) 274-8211

---

## NEUROPSYCHOLOGICAL EVALUATION
### CONFIDENTIAL: FOR PROFESSIONAL USE ONLY

NAME: Angelina "Gina" Trailov                DATE OF BIRTH: 05/04/87
DATE OF EVALUATION: 12/17/02              AGE: 15 years
RACE: Yup'ik and Serbian                       EDUCATION: 10th grade
HANDEDNESS: Right

REFERRAL SOURCE: Michele Power
                                Attorney

### REASON FOR REFERRAL:

To assess this patient's current neuropsychological functioning status post motor vehicle accident incurred on 09/13/02 (the accident apparently occurred at about 1:00 a.m., which may have been on 09/14/02).

### BACKGROUND INFORMATION:

History was obtained through a clinical interview with the patient. In addition, records were made available for review through the referral source. The patient's biological mother, Mary Kenick, was available during the clinical interview as well. Angelina "Gina" Trailov is a 15-year-old right-handed single female of Yup'ik and Serbian heritage. She has never been fluent in Yup'ik. She has spoken some Serbian in the past, but has not used this language for about seven years. She is currently a 10th-grade student in Bethel, Alaska.

When the patient was asked why she was being evaluated, she stated, "I was knocked unconscious" in a car accident on 09/13/02. She stated that a friend was driving the vehicle. The patient was sitting directly behind the driver in the Subaru car. There were two other individuals in the car, including another passenger in the back and a front right seat passenger. The patient was not wearing a seatbelt. She stated that it was a one-car accident. Alcohol was reportedly involved at the time of the accident. Personally, the patient stated that she was not intoxicated, but could feel the effects of the alcohol she had ingested.

Exhibit ___B___
Page __1__ of __12__


702843

Neuropsychological Evaluation
TRAILOV, Angelina "Gina"
Page 2

The patient recalls getting into the Subaru and riding. She has recollection for the driver having trouble disembarking from the sand pit in which the vehicle was located. She believes that retrograde amnesia was a few minutes in duration. Her next recollection following the accident involved opening her eyes at Alaska Regional Hospital (this was probably not the hospital in which she was located, given the information that will be presented below). The patient's mother first saw her about three hours after the accident. At that time, the patient was not opening her eyes. She was observed to be thrashing and screaming in pain. The patient had a left-sided rib fracture and a left-sided basilar skull fracture consequent to the accident. She also suffered from collapsed lungs, and was intubated for about three or four days. Intubation began in Bethel. Depending upon the extent to which the patient suffered from respiratory distress, some anoxic brain injury may have occurred in addition to her closed head injury. In any case, the accident apparently occurred about 1:00 a.m. The patient was at Alaska Native Medical Center by about 7:00 a.m. Very soon thereafter, she was transferred to Alaska Regional Hospital, where she remained for about five days. Thereafter, she returned to Alaska Native Medical Center for about two and a half days, after which she was discharged to the care of her family. Very careful inquiry with the patient revealed that the patient recalled Alaska Native Medical Center, but did not actually recall being at Alaska Regional Hospital, as previously surmised. She does not recall being in more than one hospital, and does not recall being transferred from Alaska Regional Hospital to Alaska Native Medical Center. She only recalls the very end of her hospitalization at Alaska Native Medical Center. She has recollection for learning to walk, and stated that her balance was off.

When asked about any persisting changes noted post-accident, the patient stated that she does not notice any significant changes. Her mother notices that her balance has been poor when she is tired. There also have been some slight problems with nystagmus when she is tired. The mother and the patient do not notice any changes in her thinking. However, the mother stated that the patient may be somewhat more irritable since the accident. The patient agreed that this may very well be the case. No change in school performance is reported.

Other than the intubation, the patient did not undergo any surgical procedures.

When asked about pain complaints, the patient stated that she has suffered from a couple of right temporal focal headaches post-injury. She stated that this has not been a constant problem. She was dizzy immediately following the accident, but this improved over time. She denies tinnitus. Her senses of smell and taste remain intact. She suffered from diplopia after the accident, but this improved over time. She is able to read at present. Other than what is reported above, she does not report any other significant visual changes in association with the accident. Memory is reportedly intact, according to the patient's subjective experience.

The patient stated that she is concerned about losing a lot of hair since the accident. She is not certain why this is occurring. Her menses were only three days long following the accident. After

Exhibit B
Page 2 of 12


702844

Neuropsychological Evaluation
TRAILOV, Angelina "Gina"
Page 3

these first two abbreviated menses, the next two were of normal length compared with her pre-injury menstrual pattern. She has not been feeling hungry and has not been eating as much as usual since the accident. She has lost seven or eight pounds, according to her self-report.

The patient denies any history of other head injuries with loss of consciousness. There is no reported history of seizure disorder, hypoxic events, neurotoxic exposure, encephalitis, chronic infections, or any other neurological diseases or disorders. No other surgical history is reported in the past. She was imbibing some alcohol on the night of the accident, but denied having a significant problem with alcohol abuse historically. She has used no alcohol since the accident. She denies drug usage. She is not a smoker. She denies any psychiatric history. Her basic health history is otherwise unremarkable.

Remote history includes being born in Anchorage. The patient's father was of Serbian heritage. He is a carpenter. His current location is unknown. The parents were separated when the patient was about seven years old, and she remained with her mother, who is of Yup'ik heritage. The mother has been married to an Inupiaq gentleman from Nome. This relationship began about five years ago. The patient was the only child resulting from her biological parents together. The mother and stepfather have two sons, ages three and two years old. The stepfather stays at home and takes care of the children. The patient's mother works for the USDA and is involved in rural development lending. There is no reported family history of neurological diseases or disorders, psychiatric disturbance, or chemical dependency.

Developmental milestones were unremarkable. The patient has her own room in the home. A great-uncle has also been living in the home for about two years.

Educationally, the patient is enrolled in normal classes and is ranked as a 10th-grader. Her reading skills are normal, and she recently has begun reading for pleasure. Her writing skills are intact. Math has always been her weakest subject. She stated that she is taking prealgebra at present. She does not enjoy studying mathematics.

The patient's goal is to complete college. She stated that she is thinking about majoring in business. She enjoys sketching and likes the thought of designing clothing.

The patient denies any change in her peer relationships. She is interacting appropriately with her peers, according to her self-report and according to her mother.

Occupationally, the patient has worked in a clothing department at a store. She started this job in March or April, 2002, and quit the job in August, 2002, when school started. She has not held any other jobs historically.

Sleep is described as satisfactory. The patient sometimes has difficulty falling asleep at night, but


Exhibit P
Page 3 of 12


702845

Neuropsychological Evaluation
TRAILOV, Angelina "Gina"
Page 4

otherwise does not report any problems with sleep hygiene. Appetite is diminished, as stated above. Tearfulness is denied. Other than the irritability previously described, no significant changes in mood are reported. There is no reported history of suicidal ideation, hallucinations, delusions, or paranoid ideation. The patient stated that she does worry about the future frequently.

REVIEW OF RECORDS:

09/14/02 -   Yukon-Kuskokwim Health Corporation Emergency Department handwritten notes suggest that this 15-year-old female had been drinking and was in a motor vehicle accident. The report states that the vehicle ran off the road and the patient hit her head on the window or the seat. The window in the door was broken. A friend (driver) thought she was not breathing and gave mouth-to-mouth resuscitation and did CPR. The patient was brought to the Emergency Room in a different car in the back seat, and was placed in a C-collar and backboard at that time. Consciousness was described as "obtunded." She was diagnosed with alcohol intoxication and motor vehicle accident with closed head injury. Basilar skull fracture was suspected. There was active bleeding out of the left ear, thought to be related to a basilar skull fracture.

09/14/02 -   John Godersky, M.D., completed a consultation at Alaska Native Medical Center. At that time, Dr. Godersky did not see any evidence of intracranial hemorrhage, skull fracture, pneumocephalus, or brain swelling. There was no evidence of ventricular or brain stem compression. Dr. Godersky opined, "This girl probably has a head injury, although it is difficult to assess the severity of this injury in light of the medications she has been receiving. Her head CT scan appears normal."

09/14/02 -   The patient's CT scan of the head was read at Alaska Native Medical Center by Dr. Gregory Kisling. Although Dr. Godersky did not notice a skull fracture when he visually reviewed the CT scans, the neuroradiologist identified a basilar skull fracture passing through the left temporal bone, with fluid in the sphenoid sinus. There was extracranial contusion in the left parietal region, without associated fracture. There was no acute intracranial bleed identified, according to Dr. Kisling.

09/14/02 -   Dr. Pedro Valdes saw the patient at Alaska Regional Hospital following the motor vehicle accident. The records suggest that she sustained a closed head injury and had suffered from respiratory arrest in the field. The record states, "She received CPR by her friends and then was taken to Yukon-Kuskokwim Hospital in Bethel." She apparently was stabilized at the hospital and was intubated. Some pupillary changes were observed initially. Blood alcohol level was 81 mg/dl. Initially, there was concern that she might have transected the aorta. Further evaluation suggested that the aorta was patent, although a left upper lobe injury was suspected, and the patient


Exhibit B
Page 4 of 12

702846

was transferred from Alaska Native Medical Center to Alaska Regional Hospital. The impression was closed head injury with basilar skull fracture by report, as well as blunt chest trauma with anterior mediastinal hematoma and possible contused left upper lobe. Her right upper lobe was collapsed, as evidenced on X-rays.

09/16/02 - The patient was discharged from Alaska Regional Hospital. Through aspiration of thick mucus plugs in the right upper lobe and left upper lobe, the airways were made patent, and there was no further evidence of tracheobronchial trauma. No further invasive procedures were necessary in order to ventilate the patient. The patient was evaluated neurosurgically. It was recommended that her basilar skull fracture be treated conservatively with bed rest. There was no evidence of pneumocephalus on CT scan, and the brain parenchyma was within normal limits. The patient was able to be extubated on 07/15/02 in the afternoon. She was transferred back to Alaska Native Medical Center.

09/17/02 - Tundra Drums news article provided a picture of the Subaru and text stating, "A teenager has been charged with driving while intoxicated after he lost control of his car and struck a telephone pole on VIA Road, seriously injuring a 15-year-old female passenger." The photo of the Subaru suggests that impact with the vehicle was close to where the patient was sitting in the left back seat.

## BEHAVIORAL OBSERVATIONS:

The patient was casually dressed and satisfactorily groomed at the time of testing. She was cooperative with the examiner and seemed to be putting forth her best effort throughout testing. She was an attractive and interpersonally pleasant young woman. There was no evidence of symptom exaggeration in the context of interviewing her. She did not endorse any and all symptoms possible following this type of accident. If anything, she may be tending to minimize difficulties to a slight degree. In any case, the patient appeared to be working fastidiously throughout testing. It is thought that the following test results comprise a reasonable estimate of her current neuropsychological functioning.

Tests administered included:

    Hiscock Digit-Memory Test: Victoria Revision
    Wechsler Intelligence Scale for Children - III
    Peabody Picture Vocabulary Test - III
    Sensory-Perceptual Examination
    Lateral Dominance Examination
    Finger Tapping Test
    Lafayette Grooved Pegboard Test


Exhibit B
Page 5 of 12


702847

Neuropsychological Evaluation
TRAILOV, Angelina "Gina"
Page 6

    Hooper Visual Organization Test
    Benton Visual Form Discrimination Test
    Bender-Gestalt Test
    Controlled Oral Word Association Test
    Boston Naming Test
    Aphasia Screening Test
    California Verbal Learning Test - Children's Version
    Wide Range Assessment of Memory and Learning
    Wechsler Memory Scale - Figural Recall
    Trails A and B
    Tactual Performance Test
    Porteus Mazes Test
    Wisconsin Card-Sorting Test
    Children's Category Test
    Wechsler Individual Achievement Test - II

NOTE: This patient is of Yup'ik and Serbian heritage. She has always spoken English, although she has spoken some Serbian as well. She has been raised in Bethel. Issues pertaining to cultural and linguistic factors that may influence test interpretation will be discussed below.

## MALINGERING SCREENING:

On the Hiscock Digit-Memory Test: Victoria Revision, the patient achieved 46 out of 48 correct, which is suggestive of good effort. This test has the appearance of being sensitive to memory, but in fact is a fairly simple matching task. The patient performed well within normal limits on this task, consistent with good effort during objective testing.

## INTELLECTUAL FUNCTIONING:

On the Wechsler Intelligence Scale for Children - III, Angelina Trailov achieved a verbal I.Q. of 85, a performance I.Q. of 94, and a full-scale I.Q. of 88, placing her in the low-average range of current general intellectual ability. Low-average verbal intellectual ability and average nonverbal intellectual ability have been demonstrated to be normative for Yukon-Kuskokwim Delta youth in the cohort study. These data are not published, and are archived at the CDC. Summary data with which the examiner is familiar suggests that the population performs in the low-average range on verbal intellectual testing and the average range on nonverbal intellectual testing, based upon cultural bias and linguistic factors associated with intellectual testing. Subtest scaled score performances were as follows (average = 10; standard deviation = 3):



Exhibit B
Page 6 of 12



702848

Neuropsychological Evaluation
TRAILOV, Angelina "Gina"
Page 7

| Verbal Subtests | Scaled Score | Performance Subtests | Scaled Score |
|---|---|---|---|
| Information | 9 | Picture Completion | 13 |
| Similarities | 9 | Coding | 7 |
| Arithmetic | 4 | Picture Arrangement | 10 |
| Vocabulary | 8 | Block Design | 10 |
| Comprehension | 7 | Object Assembly | 5 |
| Digit Span | 12 | | |

Inspection of the subtest performances reveals average to low-average verbal comprehension. Perceptual-organizational skills were average. The patient's freedom from distractibility ranged from average to low-average. This patient's pattern of intellectual strengths and weaknesses was not suggestive of any particular decline in intellectual functioning. The patient reported during the clinical interview that she was always weak in mathematics. This may help explain why she performed somewhat poorly on the Arithmetic subtest, which requires the patient to solve arithmetic story-problems without the aid of paper and pencil. However, this task is also sensitive to concentration. The patient may have some subtle problems in this regard. At the same time, this patient was able to recite six digits backward, which is also a task highly dependent upon attention and concentration. Six digits backward is a fairly good performance. Cross-validation of her language skills was obtained using the Peabody Picture Vocabulary Test - III. The patient achieved a standard score of 106, suggesting a normal receptive vocabulary. Again, she has strengths and weaknesses intellectually, but there is not a pattern of test performances on intellectual testing suggestive of any notable change in intellectual functioning thought to be associated with a traumatic brain injury.

SENSORY-PERCEPTUAL:

The patient performed generally within normal limits on sensory-perceptual testing. There was no evidence of any significant problems in this regard. There were no suppressions on double simultaneous stimulation in the tactile, auditory, or visual domains. There were no clinically significant indicators of finger agnosia or astereognosis.

MOTOR:

Lateral dominance examination revealed right hand and foot preference on lateralized motor tasks. The left eye was preferred on lateralized visual tasks. Strength of grip was found to be satisfactory bilaterally (right hand = 23.5 kilograms; left hand = 25.5 kilograms). Pure motor speed was normal bilaterally (right hand = 50.8 oscillations per 10 seconds; left hand = 41.6). Fine motor dexterity skills were satisfactory bilaterally (right hand = 67 seconds for 25 grooved pegs; left hand = 78 seconds).




Neuropsychological Evaluation
TRAILOV, Angelina "Gina"
Page 8

### VISUAL-MOTOR INTEGRATION:

The patient's basic visual-organizational skills were intact when asked to identify objects represented in fragmented fashion on a printed page. Visual form discrimination was normal when asked to match complex geometric designs. Hand-eye coordination for purposes of reproducing geometric designs fell generally within normal limits, with no evidence of rotations, distortions, perseveration, or neglect. The patient was slightly below expected levels with regard to organizing her work on the page. However, she was not unduly sloppy. She started a few of her drawings twice, but basically was competent with regard to drawing and writing. The findings were not suggestive of any significant visual-motor integration limitations.

### LANGUAGE:

Verbal fluency was low-average when asked to generate English words beginning with a specified letter during 60-second intervals. Naming skills were below expected levels (Boston Naming Test = 42 of 60 correct). This could be related to a mild dysnomia, but could also be a reflection of cultural and linguistic bias inherent in the Boston Naming Test. It would be very difficult to state with absolute certainty which factor primarily explains her weak performance on the Boston Naming Test. She did not evidence any word-finding difficulties or dysnomia conversationally during the clinical interview. Her expressive and receptive language abilities as measured on the Aphasia Screening Test were fairly normal. She does not appear to suffer from a primary language disorder, although her ability to name objects on the Boston Naming Test was found to be limited, as discussed above.

### MEMORY:

When the patient was asked to memorize a 15-item shopping list across five successive trials, her performance fell in the average range (standard score = 50). Her delayed recall was commensurate with immediate recall. She demonstrated good ability to organize the list into categories to enhance her efficiency of retrieval. When the patient was confronted with the Wide Range Assessment of Memory and Learning, she performed in the average range (general memory index = 100). Delayed recall was fairly normal. There were a few areas of mild limitation, but nothing suggestive of the type of difficulties that might be expected in the context of residual impairment associated with a traumatic brain injury. Immediate and 30-minute delayed recall of geometric designs was well within normal limits, as evidenced using the original Wechsler Memory Scale drawings. When the patient was not alerted to the fact that she needed to remember information, her memory functioning was not quite as good as might otherwise be expected. For example, she only recalled three of the nine drawings immediately following completion of the Bender-Gestalt Test. Likewise, she could only localize two of the shapes on the Tactual Performance Test during the incidental recall trial. She was able to retrieve nine of the 10 shapes, but was only able to localize two of them. This is suggestive of some problems with incidental memory when she is not primed to process information




702850

Neuropsychological Evaluation
TRAILOV, Angelina "Gina"
Page 9

for purposes of storage and subsequent retrieval. In the everyday setting, the patient may have more subtle memory problems than would be suggested on objective testing, given these weak incidental recall performances.

PROBLEM-SOLVING AND EXECUTIVE FUNCTIONS:

Speed of performance on a visual scanning and sequencing task fell within normal limits during both a simple and a complex sequencing trial (Trails A = 27 seconds; Trails B = 64 seconds). Novel tactual problem-solving skills were excellent when asked to place 10 various-shaped wooden blocks into a form board without the aid of vision (TPT total time = 7.3 minutes). Foresight, judgment, planning, and impulse control on a visual-spatial mazes task fell in the average range (Porteus Test Quotient = 96). Deductive logic and flexibility of thinking as measured on the Wisconsin Card-Sorting Test fell within normal limits (6 of 6 categories completed; 12 perseverative responses). The patient's performance on the Children's Category Test fell in the average range (T score = 46; 35th percentile). This test is sensitive to higher-level hypothetical-deductive reasoning. These performances suggest that the patient's higher-level problem-solving abilities are relatively intact.

ACADEMIC:

Basic academic skills were screened as follows:

| Subtest | Standard Score | Percentile | Age Equivalent |
| --- | --- | --- | --- |
| Word Reading | 97 | 42 | 14.0 |
| Reading Comprehension | 105 | 63 | 16.0 |
| Numerical Operations | 93 | 32 | 13.4 |
| Spelling | 102 | 55 | 16.0 |

Consistent with the patient's self-report, math was her area of weakest performance on academic testing. She does not appear to suffer from a learning disability in any domain. Her academic skills were fairly normal.

DIAGNOSTIC IMPRESSION:

Three months status post motor vehicle accident with moderate traumatic brain injury incurred, based upon the patient's self-report of length of post-traumatic amnesia. Although the clinical interview suggested that post-traumatic amnesia may have been five or more days in duration, in fact, she probably only suffered from two or three days of post-traumatic amnesia. Nevertheless, this is sufficiently long to qualify for a diagnosis of a moderate traumatic brain injury. She suffered from some respiratory distress, but further review of the medical records reduces the likelihood that she suffered from an acute anoxic injury. CT scan was normal, ruling out macroscopic brain injury. Her


Exhibit B
Page 9 of 12


702851

Neuropsychological Evaluation
TRAILOV, Angelina "Gina"
Page 10

compromised mental status and length of post-traumatic amnesia point toward microscopic axonal injury associated with a closed head injury. The patient has enjoyed an excellent recovery, but is thought to have some very subtle persisting higher cortical dysfunction consequent to her injury.

### SUMMARY AND RECOMMENDATIONS:

Angelina Trailov is a 15-year-old right-handed single Yup'ik/Serbian female who has grown up in Bethel. She is in the 10th grade. Unfortunately, on 09/13/02, she was involved in a motor vehicle accident resulting in polytrauma. She had a basilar skull fracture and experienced a couple of days of post-traumatic amnesia, suggestive of a moderate traumatic brain injury. The patient's report of deficits following this injury is relatively minimal. She does admit to being somewhat more irritable, but does not report any changes in her thinking. She had some problems with balance, and also has had some nystagmus when she is tired. Many of these symptoms have been improving over time. Please see the first section of this report for a much more complete review of history.

Given the recency of the injury and given her relatively good neuropsychological performances across a broad array of measures administered, her prognosis appears to be excellent. Her overall level of neurocognitive recovery appears to be good. However, there is evidence of some subtle incidental memory limitations. In the everyday setting, the patient may not be quite as efficient at storing new information as her self-report would suggest. Likewise, her objective memory testing was fairly good when she was prompted that she needed to recall information. It was only when she was tested for incidental memory after being exposed to testing items that her slight memory inefficiency was evidenced. She had some strengths and weaknesses neurocognitively. Some of these weaknesses may be long-standing (e.g. her self-report of being weak in math). Some of her subtle weaknesses may be acquired. There is no question she was putting forth outstanding effort during testing. At the same time, there is no question that she suffered from a moderate traumatic brain injury with excellent recovery overall, but some subtle evidence of persisting neurocognitive limitations, as described above.

Overall, it is anticipated that this patient will continue to recover nicely from her brain injury and other trauma. It may be in her interest to have access to a speech and language pathologist to assist her in learning how to process information efficiently for purposes of incidentally storing important details relative to the information she is processing. She does not complain of any neurocognitive limitations, despite the fact that some incidental memory performances were slightly weak. She also demonstrated some strengths and weaknesses on objective testing that could point to some subtle problems with concentration on some tasks. She performed weakly on a naming task, but this could be cultural rather than acquired.

On a more-probable-than-not basis, the patient will not develop any further problems consequent to this head injury. However, a few caveats need to be stated for the record. First, her history of suffering from a closed head injury increases her likelihood of seizures in the future slightly.




702852

Neuropsychological Evaluation
TRAILOV, Angelina "Gina"
Page 11

Probably she will never have a seizure in her life. However, the likelihood of having a seizure has probably been increased slightly consequent to this brain injury.

Likewise, there is a growing body of research suggesting that there may be at least a statistically significant relationship between closed head injury and Alzheimer's disease later in life. The patient does not need to live in fear that she will develop Alzheimer's disease. However, there is some reason to believe that the patient's probability of developing Alzheimer's disease may have been increased subtly as a result of this brain trauma.

Finally, it should also be mentioned that the patient's cortical reserves probably have been tapped slightly as a result of this injury. In the context of subsequent brain injuries, it would be anticipated that she would have fewer reserves to call upon for purposes of recovery of higher cortical functions. There is a growing body of neuropsychological research regarding this concept. Even with full recovery, some residual limitations with regard to cognitive reserves have been evidenced under hypobaric conditions simulating high altitude and a low-oxygen environment.

The patient seems to be doing relatively well in terms of her adjustment to this unfortunate accident. She should be followed intermittently by a mental health professional to make sure that she does not develop an anxiety disorder and moves forward on a normal trajectory with developmental tasks. For example, she should be encouraged to get her driver's license and to become a driver, despite the fact that she has been involved in a motor vehicle accident. Hopefully, anxiety will not pose a problem for her. She does admit to feeling somewhat more irritable since the accident, which is not terribly surprising. If this is a problem for the patient from a functional perspective, working with a mental health professional on frustration tolerance and cognitive-behavioral management of irritability may be helpful.

Thank you for requesting my opinion regarding this patient. On a positive note, she is enjoying an excellent recovery. At the same time, the significance of her injury should not be minimized, given her good recovery. Finally, it may be worthwhile to consider a reevaluation in approximately one year, to determine the extent to which further improvement in neurocognitive functioning is evidenced. Assuming significant improvement occurs during the coming year, this will provide further support for the notion that she has suffered from a moderate traumatic brain injury with measurable neurocognitive limitations evidenced.

If there are any additional questions or concerns, please do not hesitate to contact me. It was a pleasure having the opportunity to evaluate this interesting young woman.



Paul L. Craig, Ph.D., ABPP
Board Certified in Clinical Neuropsychology

PLC:jvw

Exhibit B
Page 11 of 12

702853

```
DESK: AKB        MBRS - MEDICAL BILL LINE ITEMS              02/25/04 PAGE:    1 OF   1
332 275109 4 DOL: 09/14/2002 INSURED:  HERRON, MARGARET
ID: 04 EIP: TRAILOV, ANGELINA
PROVIDER/SPECIALTY: ALASKA NATIVE MEDICAL CTR         UNKNOWN

DIAGNOSES: 1. 793.1   2. 807.01  3. 801.0   4. V71.4    5.          6.
           7.         8.         9.         10.         11.         12.
 TOTAL INVOICE AMOUNT:         609.99 BILL RECEIVED DATE: 04 - 28 - 03
                                                    REL                        U/R
 FROM      THRU      PROC    MOD  POS     UNITS     DX #   BILLED AMT   RSN    ACT
 091902              31575        11       1.00                504.69   05
 091902              99203   25   11       1.00                105.30   05




 TOTALS # OF LINE ITEMS:     2             TOTAL BILLED:      609.99
                          PRESS ENTER TO CONTINUE


          PF7=BACKWARD  PF8=FORWARD
```

702854