

**THE OFFICES OF RICHARD J. PERRILLO, PH.D.**
FORENSIC, CLINICAL, AND NEUROPSYCHOLOGY

Thursday, February 12, 2004

Mr. Dennis M. Mestas, JD
745 West 4th Avenue, Suite 306
Anchorage, Alaska 99501

Dear Mr. Mestas,

In accordance with your request and the request of Ms. Angelina Trailov, I reviewed the current medical circumstances regarding Ms. Trailov. In addition I conducted a comprehensive Clinical Neuropsychological and Clinical Psychological examination of Ms. Trailov. The examinations took place on 02/03,04/2003 in my Beverly Hills office. Ms. Trailov was evaluated post Moderate Traumatic Brain Injury she sustained in a crash while she was motor vehicle passenger. Per medical reports she was diagnosed as having basilar skull and left temporal lobe fracture, closed head injury, and left upper lobe ateclectasis among other things. (I am frankly suspicious of practitioners who summarize all of the medical records and report "bits and pieces" in their reports. First, the medical records are comprehensive and speak for themselves reflecting the intention of their writer. Secondly, a summary of records involves a "picking and choosing" type of strategy and does not reflect the context or content of the whole record.) She continues with symptoms of dizziness, headaches, coordination difficulty, recent memory loss, word finding difficulty and expressive aphasia.

Enclosed please find my biography that details the highlights of my career. As noted I am Board Certified in Clinical Forensic Neuropsychology have years of experience as both a forensic Clinical and Neuropsychologist and have assessed literally thousands of individuals. Recently I was asked by a judge in the Social Security Administration in the Bay Area to help revise their testing protocol to fairly evaluate the disability status of those individuals who apply for Social Security disability. In addition I have just recently been elected as a member of the American Academy of Forensic Sciences.

*Referral Source/Reason*

Ms. Trailov was self referred and by her attorney for a comprehensive Clinical and Neuropsychological examination relating to an accident

450 NORTH BEDFORD DRIVE
SUITE 200
BEVERLY HILLS
CALIFORNIA
90210-4306

310.858.0379 [T]

1298 SACRAMENTO STREET
SAN FRANCISCO
CALIFORNIA
94108-1937

415.441.7304 [T]
415.441.7341 [F]

NEUROPSYC.COM

Exhibit C
Page 1 of 18


702856

2

whereby Ms. Trailov sustained a moderate closed head injury resulting from a car accident. According to the history as provided by Ms. Trailov she continues to have considerable difficulty with verbal fluency and the oral presentation of words, very sharp frontal headaches, decrease in vision, temperament changes and continued but improving dizziness. Loss of consciousness was noted for 3 or more days with an altered state of consciousness consisting of dizziness, confusion and disorientation for considerable time thereafter with interrupted and episodic memory sequences, incoordination and general incongruence between what she would want to say and her actual words. Neuropsychological testing seemed imperative and was conducted by Dr. Paul Craig's office.

Alaska Native Medical Center records showed abnormal CT brain scan of Ms. Trailov in September 2002 confirming basilar skull fracture within the left temporal bone and contusion in the left parietal region. It is well known in the literature that technological scans of the brain cannot rule out <u>microscopic</u> lesions, shearing, axonal and neuronal damage or brain damage. Meta-analytic studies of the literature by multiple universities including the <u>University of Alaska, Anchorage</u> shows that Neuropsychological tests are the best and most powerful predictor of cognitive dysfunction, dementia and brain injury. Their predictive value is .68 compared with MRI, CT scans, PET scans and SPECT scans (.53-.57), even more powerful than the various scans predicting the presence of cancers. Accordingly, by definition, her head injury is considered to be moderate possibly resulting in profound consequences. (Ms. Trailov's condition was further complicated by blunt chest trauma with anterior mediastinal hematoma and contused left upper lobe.)

After approximately three days of unconsciousness she developed general disorientation symptoms including severe headaches in the frontal and occipital regions, dizziness, and coordination difficulties noting that she trips and falls down often. Considerable Post-Traumatic Amnesia was noted of 3 to 5 days. Continuous and sometimes-severe headaches have not improved since this accident. Post-Concussion Headache Syndrome seems likely. She continues to suffer from these symptoms presently although some improvement has been noted.

The following report is designed to address several questions regarding the status of her past and present condition. Specifically, Ms. Trailov stated that she noticed considerable cognitive changes since the time of her accident and brain injury. Prior to this accident Ms. Trailov stated that she never had these observable behavioral abnormalities and she is simply not


Exhibit C
Page 2 of 18


702857

3
the same person.

This report is to address the following questions: What is the current Clinical and Neuropsychological status of Ms. Trailov? Does her current mental and cognitive status give us adequate information regarding what her condition was like in early 2003 up until the time of this examination? Are her medical records consistent with a claim of brain injury and disability? Is Ms. Trailov disabled presently? Is her condition permanent and stationary or is she likely to recover? What is the most probable causal relationship of current disability and alleged injuries to the head trauma incident? What is her prognosis?

*History, According to Patient*

Ms. Trailov stated that her cognitive and emotional difficulties began on September, 13, 2002 as a result of her accident. It is documented that she had loss of consciousness and altered states for more than 5 days. For example Ms. Trailov states that her boyfriend came to see her with DVD and music and she has no recollection of his visit. She remembers only going to physical therapy once. Her last memory before the accident was that she was sitting in the back seat next to her friend Tracy behind the driver. She does not know if Tracy went to the front of the car. Her next memory was opening her eyes at the second hospital some three days after. Retrograde amnesia and Post-Traumatic Amnesia with loss of consciousness was considerable. Ms. Trailov states that she was confused and dazed afterwards and does not remember talking to people in the hospital. Autopsy studies of brains of individuals with MTBI <u>without</u> loss of consciousness (who died from other causes) have confirmed axonal and neuronal damage. Obviously considerable loss of consciousness and altered states are related to the severity of the injury. Therefore, by definition, Ms. Trailov's brain injury is considered to be Moderate/Severe.

Ms. Trailov states that her confused condition with intermittent memory lasted for at least one month after the accident. She developed intense dizziness for approximately a three-month period and would have difficulty standing. She felt that the room would spin. In addition she developed very sharp frontal headaches which she continues to experience at least twice weekly. Headaches in the occipital region are also noted. Immediately after the accident she developed concussion symptoms including severe headaches as noted above and marked changes in sensory experiences including vision and coordination. Ms.





4

Trailov stated that she fell in her closet while she was trying to get dressed. She states that she unable to walk straight. On the day of this examination she stated that she almost fell getting out of bed. These coordination difficulties especially occur when she is tried. According to her, others observe that she appears "sluggish" and tired, even when she is refreshed. She continues to suffer from these symptoms presently although some improvement has been noted (see below).

Ms. Trailov reported significant changes in memory stating that it is difficult to remember details. She also states that it is difficult for her to remember some events when she was younger. In addition a she stated that she must re-read books and paragraphs for learning to occur. She notes that she cannot remember "things" that happen between her and others. In addition, Ms. Trailov expressed considerable concern about not being able to find the words to express herself. She stated that the oral presentation of words is difficult for her and she is much better at writing. She initially had difficulty in school after the accident but with slow improvements.

On a psychological level Ms. Trailov reported generally some mild mood or temperament changes since the time of her accident. She noted mild depression, which has now improved to premorbid levels. On the other hand she and others experience her as being more irritable, angry and less patient. These changes in her temperament have stayed the same with no improvement noted. As a consequence her relationships with others including her boyfriend are strained and less satisfying. Both she and her mother note that she has withdrawn from others and engages in much less sports and recreational activities. For example she quite cheerleading, something that she really enjoyed. Anxiety and sleeping disturbances were not noted.

*The following are facts based upon years of research regarding complaints following neck, head and brain injuries:

It appears as if individuals are inclined to complain regardless of whether they have sustained a head injury or not. That is, research shows that college students without head injuries complained with the same frequency and distribution of complaints as those individuals with a head injury. This research indicates that complaints per se are not specific to head or brain injury but may be sensitive to such injuries. That is, often times people with documented brain injuries complain (depending upon which part of the brain is affected) of headaches, dizziness, irritability, concentration and




702859

5

memory difficulties, personality changes etc. On the other hand individuals without brain injuries or even head injuries have similar complaints. That is, complaining is not necessarily predictive of brain damage.

On the other hand, researchers such as Oppenheimer, Strich, Jeanette and Teasdale, Alves and Jane, Reitan and Wolfson have demonstrated through years of research that microscopic lesions occur as a result of mild head and neck injuries more often than one would predict based upon the mild nature of such injury. These microscopic lesions can occur because of the effects of rotational as well as acceleration and deceleration forces, among others. Recently, Reitan and Wolfson showed that individuals with continuing complaints after a very mild head injury are 75% more likely to match individuals with documented brain damage. In their recent study 75% of those individuals with very mild head injuries matched their groups of individuals with definitive brain damage. In their group of 20 individuals with very mild head injuries, 7 had no loss of consciousness and 8 had loss of consciousness of less than one minute. It is clear from literature that even very mild head and neck injuries can have devastating consequences on individuals even though the majority of people have no symptoms or mild symptoms that appear to resolve within months. The literature is clear that loss of consciousness is not required for a diagnosis of Mild Traumatic Brain Injury. Autopsy studies of brains of individuals with MTBI without loss of consciousness (who died from other causes) have confirmed axonal and neuronal damage. In addition, brain studies of animals show considerable similarity between injured brains resulting from axonal shearing and those brains, which suffer from dementing conditions such as Alzheimer's. In essence some research suggest that there may be as high as a 60% chance of developing full dementia after a brain injury.

Ms. Trailov noted that she took Ibprofin for pain but not presently. She denied any illicit drug use and smoking. Alcohol consumption is very minimal or not at all.

Ms. Trailov reports no previous head injuries. Ms. Trailov was never diagnosed with dyslexia or a learning disability.* No prior accidents, no unusual childhood disease history, and no history of any learning disability or impairments are noted in her background. Ms. Trailov has never been disabled before prior to her present injury.

*Note: Dr. Craig's data revealed visual motor coordination difficulties at




702860

6

the 14% level, negative influences of time pressure on cognitive performance and the inability to be free from distractibility. In addition the ACID profile would predict a learning disability. All of the above are <u>acquired</u> as a result of Ms. Trailov's brain injury and represent substantial changes to her brain as a result of the 02' accident.

### *Educational Background/Work History*

Ms. Trailov attends Bethel Regional High School in Bethel, Alaska. She stated that she initially got an F in Spanish when she returned to school after the accident. In general her grades declined after the accident. There has been improvement since and she now receives grades of As and Bs. She hopes to finish high school and hopes to study psychology and design in college.*

*In 2000, researchers Segalowitz, Bernstein and Lawson reported abnormal P300 event-related potential decrements in well-functioning university students with a history of mild head injury compared with university students with no such injury. This physiological data suggested that subtle information processing deficits involving attention persist long after the original injury even though on the surface the MHI group appeared to have resolution. Obviously, there are serious implications for competitive edge issues, vocational choices and the ability to fulfill demanding careers with satisfaction. Life and career choices for brain injured individuals are limited compared with individuals without such history (see below).

### *Pre-morbid Intellectual Functioning*

Based on Ms. Trailov's current pre-morbid ability tests it is highly probable that Ms. Trailov's premorbid IQ estimate would fall in the average or above range or an IQ value of 100 to 110 or approximately the 50% to 70% range. Indeed, her current intelligence testing (WASI) verifies this prediction with a Verbal IQ quotient of 99 or the 47% level; a Performance IQ quotient of 108 or the 70% level; a Full Scale IQ quotient of 104 or the 61% level. Similar results were obtained on the North American Adult Reading Test with a Verbal IQ quotient of 95 or the 39% level; a Performance IQ quotient of 103 or the 58% level; a Full Scale IQ quotient of 96 or the 45% level. In addition, on the same examination, Ms. Trailov scored in approximately the 50% range on the Vocabulary subtest. Vocabulary ability is one of the best premorbid indicators of intellectual functioning. Reading ability is another. Dr. Craigs's results showed her at the 63% for Reading Comprehension. Therefore, the normal distribution of test scores applies and thus any



C
6 - 18



702861

7
neuropsychological test scores, which falls at or below the 16% would have significant clinical meaning for this individual.

*A difference of 9 points between Verbal and Performance IQ is significant at the .05 level or the 95% probability level. (75% of the normative population does not have this magnitude of difference.) Ms. Trailov's pattern of difference is <u>opposite</u> to what years of research has shown to be the case for individuals <u>without</u> brain insult. That is, women typically have greater Verbal IQ than their male counterparts and just the opposite pattern exists for men. This opposite pattern of discrepancy (with the same point differential) between Verbal and Performance IQ was observed by Dr. Craig's office in December 2002.

**Note: Dr. Craig's results in December 2002 revealed a Verbal IQ of 85 or the 16% with a Performance IQ of 94 (34%). A Verbal IQ of 16% would mean that 84% of the normative population exceeded her. In contrast, on the same examination, Dr. Craig's results reveal a verbal achievement level between 45% and 63% with significance differences noted between verbal achievement and verbal ability at the .01 and .05 level of significance. These results would indicate that either Ms. Trailov worked exceptionally overtime and achieved substantially higher than her ability level, an untenable conclusion, or she suffered from left hemisphere damage consistent with the medical records. It is estimated at the time of Dr. Craig's office examination, Ms. Trailov had lost approximately 16 IQ points (a whole standard deviation). This conclusion is further supported by the fact that on this current examination considerable improvements were noted both in Verbal, Performance and Full Scale IQ (or ability). The current Verbal ability readings are still not at the level that her achievement would predict. That is, her verbal ability level is predicted to exceed the 50% level. Dr. Craig's argument that this is a normative pattern for Yukon-Kuskokwim Delta youth is not scientifically valid and unpublished and frankly does not make sense given his own data. While there may be some pattern, I am confident the pattern of discrepancy is not as wide as it is for Angelina. In addition to the arguments stated above, the 16% level for the average intellect is not low average but borderline. Also, Angelina's first language is English and she and her mother stated that they do not live a native life style. It is no coincidence that she had a left hemisphere injury with corresponding verbal deficits.

<u>*Clinical and Neuropsychological Testing/Objective Results*</u>

Ms. Trailov was given the <u>Minnesota Multiphasic Personality Inventory-II,</u>





8

and the Personality Assessment Inventory to assess issues of current psychological functioning and syndromes and also to rule out malingering, factitious disorder and/or pre-existing personality dynamics, which may affect current cognitive and psychological functioning.

The Wechsler Abbreviated Intelligence Scale and The North American Adult Reading Test were given to assess premorbid cognitive capacity or ability prior to any brain insult.

The Neuropsychological tests given were the Test of Memory Malingering (TOMM), and the Victoria Symptom Inventory to rule out cognitive malingering or the lack of best effort.

The Comprehensive Trails Making Test, the Finger Tapping Test, and the Grip Strength Test from the original Halstead Reitan Neuropsychological Laboratories was administered to assess for fine and gross motor ability and for possible lateralized brain dysfunction.

The Digit Symbol and Symbol Search subtests from the Wechsler Adult Intelligence Tests were also given to assess psychomotor ability and processing speed.

The Wechsler Memory Scale-III and the California Verbal Learning Test-II were given to test for both verbal and nonverbal memory using both visual and auditory modalities.

The Digit Span Test, Forward and Backwards and the Adaptive Digit Ordering Test were given to assess for attentional capacities and working memory.

The Wisconsin Card Sorting Test, The Categories Test and the Stroop Test were administered for an assessment of frontal lobe activity and executive functioning. The Controlled Word Association Test was also administered.

A series of 12 essentially non-verbal neuropsychological tests from the military workbench, the Department of Defense Automated Neuropsychological Assessment Matrix (ANAM) were also given. These tests were developed by the United States Department of Defense and have been used throughout the military. NASA has recently used parts of this battery to test for cognitive changes of astronauts while in space.




702863

9

In addition the battery has been used to test Gulf War Veterans, and toxic exposure victims in Chernobyl. The <u>ANAM</u> battery is specifically sensitive to issues of cognitive accuracy and mental efficiency, proficiency, reaction time, speed of processing, response time or cognitive productivity and is particularly pertinent for individuals with mental efficiency difficulties. Mental efficiency difficulties are most common in individuals who suffer from various sorts of brain insults. The battery includes a measure of <u>Continuous Performance (CPT).</u>

Ms. Trailov's objective results are compared with the normative population for her age and education level and a population of individuals who are known conclusively to suffer from brain damage or dementing conditions. The resultant conclusions are based upon the clinical interview, examination and comprehensive objective test data and the clinical picture including her real life ability to function. All testing was performed by myself to maximize my clinical observations and impressions. I offer the following opinions based upon my comprehensive examination, clinical intake, observations and the available medical records.

1. <u>Malingering Status:</u> There is consistent agreement among the different objective tests that there is no empirical or experiential evidence of malingering either on a psychological or cognitive level. All psychological and neuropsychological data accurately reflect Ms. Trailov's current condition with no motive on her part to consciously or unconsciously exaggerate or manipulate her condition or symptoms, or failure to give her best effort. In fact just the opposite appears to be true. Ms. Trailov's approach to the testing generally indicated maximum effort with a minimization and denial of current symptoms and syndromes or the minimization of psychological issues and distress and the absence of any motivation for any secondary gains. In addition, Ms. Trailov exceeded all decision rules regarding malingering including the 90% rule for digit recognition tasks

All the clinical psychological and clinical neuropsychological data indicates the absence of malingering and the absence of any pre-existing disorder.

2. <u>Neuropsychological Status:</u> Most of the objective neuropsychological test results (and medical records) indicate that Ms. Trailov is suffering from Mild/Moderate Traumatic Brain Injury and Post Concussion Headache Syndrome. It appears that Ms. Trailov has sustained brain damage, which has resulted in the following:





702864

10

- Verbal Oral Fluency deficits and word finding difficulty indicating left frontal lobe damage. Her performance on the COWAT was 20 words with a mean of 39.3 and SD of 11.6 for the normative population. Female age specific mean is 35.9 with a SD of 9.6. Her percentile ranking is less than 10%. Dr. Craig's office found similar results on the same test with a total performance of 22 words or less than the 10% level. Clearly these results are at odds with her average to above average verbal ability and verbal achievement levels.
- General Attentional Impairment at the 12% level and impairment of ability for Cognitive Flexibility and Shifting. She had particular difficulty with Trails #5 (Trails B) with 2 errors and a performance time of 77 seconds or the 6% level. Norms for her age predict performance time of approximately 45 to 65 seconds for normal performance. The Wisconsin Card Sorting Test and the Categories Test was within normal limits. Attentional impairment was also reflected in Dr. Craig's data.
- Mild auditory verbal memory loss suggestive of left temporal lobe dysfunction with plateauing effects with repeated trials. Proactive interference of subsequent auditory verbal learning is indicated.
- Mild loss of capacity to learn auditory verbal material over successive trials at 9% level. Memory with free recall and with cues is approximately equal. A flat learning slope with repeated trials is indicated at a performance level of approximately 1.5 SD below the mean.
- Cognitive proficiency loss is noted in 3 out of the 11 cognitive nonverbal areas including visual digit scanning and reaction time. Accuracy loss on visual digit scanning, otherwise strong accuracy performance in the other cognitive domains. Processing speed ability is most likely to change as a result of defuse axonal shearing following traumatic head and brain injuries or toxic exposure. In a recent comprehensive research study by Langeluddecke and Lucas in Australia (2003) the processing speed index of the WAIS-III has been shown to be the index most sensitive to brain damage and the index most likely to change after traumatic head injury. It is no coincidence Ms. Trailov fits the pattern of the Traumatic Brain Injury group, a pattern that most closely fits the moderate/severe brain damage group. Unfortunately most employment and educational situations requires both proficiency and accuracy for productivity. More effort spent in achieving accuracy may result in chronic fatigue, frustration and the loss of energy.

Although some general improvements are noted per her report, these results would appear to indicate Organic Brain Syndrome. Accordingly,




11

her neuropsychological functioning appears to be impaired.

Ms. Trailov's objective neuropsychological testing results (some of which are highlighted above) appears to be at extreme odds with her expected cognitive functioning based upon her premorbid estimates indicating cognitive dysfunction or organic brain damage. These much diminished performance levels are far from her premorbid estimates in the 50% to 70% range and represents moderate compromise for this individual. In addition the types of impairments that are currently evidenced by neuropsychological testing would predict a checkered work and educational history. However, further improvements and brain resolution may occur, although the window of opportunity is beginning to narrow. That is, Angelina is beyond the window of predicted recovery, which makes her diagnosis permanent.

3. **Psychological Status:** All the clinical psychological tests, the <u>Minnesota Multiphasic Personality Inventory-A</u> and the <u>Adolescent Psychopathology Scale</u> are all VALID as performed by Ms. Trailov and generally indicate the absence of characterological emotional distress from a pre-existing personality disorder. However, her psychological profile indicates social discomfort and withdrawal consistent with her self-report including the following:

- Social alienation including social embarrassment and social withdrawal due to cognitive limitations as a result of her perceived and real cognitive dysfunction and physical limitations.
- Reactive anxiety, frustration over limitations and heightened irritability and aggressiveness per her report.

Ms. Trailov's impairments are unique to her and not the result of some random finding and appears to be directly related to and caused by her cognitive changes after this trauma since there is no compelling evidence of any cognitive deficits or significant personality disorders in her background. The prognosis for her psychological/emotional states with reactive feelings of anxiety, depression and stress is guarded as her cognitive limitations may cause additional stress especially if she cannot engage in normal school activities without feeling burdened and flooded. Therefore the need for psychological intervention is strongly suggested. It is also suggested that Ms. Trailov participate in a neurocognitive rehabilitation program, which may aid in her recovery progress.

A comprehensive rehabilitation program will help her cope with the




12

increasing frustration, irritability, anxiety, depression and a tendency to isolate herself, consequent to her Traumatic Brain Injury. She may be able to develop compensatory cognitive strategies for verbal fluency. A behavioral approach combined with a neuro-cognitive rehabilitation program is preferred over the use of powerful psychopharmacological intervention because it is well known that medications have neurotoxic effects, which may compromise Ms. Trailov's recovery progress.

*There is some discussion in the literature regarding whether elevations on psychological tests such as the MMPI are due to the consequences of a head and brain injury or due to a pre-existing characterological disorder of the individual. The general thinking at this time is that psychological test elevations are most probably due to organic factors, (that part of the brain which affects emotional regulation is disturbed), if those elevations occur in the presence of neuropsychological impairments. Conversely, psychological elevations without the presence of neuropsychological impairments would seem to indicate a pre-existing psychological condition. However it is likely that head and brain injury can exacerbate a pre-existing psychological condition without an organic involvement.

In Ms. Trailov's case we have an individual who was outgoing and quite extroverted. I suspect that most cheerleaders would be extroverted. However after the accident she began to withdraw from others and actually quit cheerleading. The inability to express oneself orally would result in wanting to retreat from others. Therefore, psychological elevations on these tests are most probably due to the organic nature of her injury as well as reactive depression and anxiety to perceived and real limitations.

This same issue applies to Post Concussion Syndrome and Post Concussion Headache Syndrome. Some researchers have maintained that there is a strong psychological component to the complaints involved with Post Concussion Syndrome. Others have maintained that the individual's complaints are due to the organic nature of brain injury. Reitan and associates in recent studies have shown that individuals with mild head injuries who continue to complain of symptoms including headaches are much more likely to be impaired on neuropsychological measures than those who do not. In fact their research showed that 75% of individuals with continuing complaints from mild head injuries match the results of neuropsychological impairments with those of individuals with known brain damage. Although complaints may be common amongst individuals with and without head injuries individuals with head injuries who




702867

13

continue to complain are much more likely to produce and have neuropsychological impairments that are consistent with the diffuse brain damage pattern of documented brain damaged individuals.

As noted above the prognosis for her psychological/emotional state with the feelings of <u>reactive</u> anxiety, depression and stress is guarded as cognitive limitations may cause additional stress especially in an competitive environment. The need for psychological intervention is suggested. Ms. Trailov needs to be in treatment with Clinical and Neuropsychologist/Psychiatrist to help her cope with her increasing frustration, irritability, anxiety, and depression, which may result from struggling with her vocational and educational options.

<u>4. Summary:</u> Overall Ms. Trailov's profile is remarkable for her mild to moderate impairments in oral verbal fluency, cognitive flexibility, loss of dominant side advantage in gross motor ability, working memory, and attention, and flat auditory verbal learning. In an otherwise average intellect these impairments reflect cognitive changes due to traumatic brain injury sustained after the 02' accident. Cognitive limitations as specified above may make it increasingly more difficult for Angelina to adequately perform any educational and job-related duties. The change in her is now one of capacity rather than motivation.

<u>*Implications:*</u>

<u>Neuropsychological:</u> It is clear from the above test results that Angelina will need neuropsychological monitoring for the next 1 to 3 years to watch for any decreases in cognitive functioning. Each year, she should have a comprehensive neuropsychological examination with smaller screening exams in between. In this way there can be an accurate assessment of her cognitive functioning over time. It should be pointed out that she is at mild risk for seizure disorder and any seizures or blackouts must be reported to this examiner immediately. In addition, Angelina is extremely vulnerable to additional head injuries perhaps with fatal consequences. Also research has shown that brain damage individuals are particularly susceptible to early dementia. The impact that this will have is a checkered educational and employment history

In real life, out in the world, information is contextual with multiple contents and one must be able to shift learning from one content area to another. Auditory verbal learning and memory is fundamental to success in most endeavors. Also in employment, issues of productivity are




702868

14

directly related to cognitive efficiency and proficiency as well as motor ability. Obviously, most educational and employment situations require the ability to be verbally fluid. The scope of employment may be quite limited and will require extensive patience. It should be pointed out that Angelina's areas of strength could be developed and perhaps used. It is clear that this individual had at least average premorbid intelligence and cognitive capacity prior to this accident. She would have been able to accomplish most educational tasks and probably would have had an average to above average educational and employment history with satisfying results. However, her future employment will be limited and will result in a checkered history of employment with a combination of frustration, anxiety, depression, and poor and deficient self-image. An impaired brain is less likely to be motivated to grow and be motivated for new learning experiences. The impaired brain frequently becomes flooded and overwhelmed with the learning of new material. These experiences typically result in a pattern of avoidance and diminish motivations for accomplishment.

Employment for the normal functioning intellect has economic benefits as well as social and psychological benefits and directly affects one's sense of well-being. In our highly competitive world the economic realities are that all opportunities for impaired individuals are far less available than those for the unimpaired. How does Angelina decide her life career in an area where oral verbal fluency competencies are not required? She has already turned to writing as one possible alternative.

As stated above, Angelina must be provided with neuropsychological monitoring for the risks can be devastating if not fatal. It is estimated that Angelina's neuropsychological monitoring combined with NeuroExercise Rehabilitation will cost at least $50,000.00 over the next three years. The nature and extent of Ms. Trailov's physical brain injury makes it unlikely that she will return to premorbid functioning levels. Significant damage to one's brain and central nervous system is rarely reparable in adults. Potential earning loss over life span may exceed $750,000.00 to well over $1,000,000. Careful monitoring of this individual for the next two years is mandatory.

<u>Psychological</u>: It is clear from the test results and my own observations of this girl that she has considerable difficulty expressing herself. For example on the Vocabulary Test, she could not find the words to express what "blame" meant even though she knew its' meaning. Therefore as life progresses and becomes more complicated she may be prone to





702869

15

reactive and more serious depression and anxiety with considerable frustration and attentional difficulties. Her frustration may dramatically increase as time goes by, as other peers are able to financially grow at the normal pace and achieve successes that they dreamed for.

As a consequence Angelina will need repeated psychological intervention and counseling specifically designed to help her with anxiety, depression, anger and frustration and issues surrounding self-image and self-esteem. It is clear that she sees herself as deficient at a time when most teenagers are forming their sense of self. This circumstance will result in her wanting to retreat and withdraw socially from others as she will feel embarrassed by her obvious limitations resulting in a limited social world. She will need psychological intervention on a weekly basis perhaps across her lifespan. She is able to reflect on herself and knows the difference between those areas, which are working, and those that are not. In addition she can reflect on the way she used to be in contrast to the way she is today. This discrepancy will result in additional anxiety and depression for this individual. Clinical psychological intervention must focus upon preserving her self-esteem. This will be a difficult task and one that may span across her life. It is important to note that individuals with serious cognitive impairments are also prone to alcohol and drug abuse as a way to lessen anxiety and frustration resulting from their obvious impairments. In addition, individuals with serious cognitive impairments are also vulnerable and will likely be continuously taken advantage of. Psychological monitoring and intervention will probably exceed $50,000.00. Again, the risks associated with not providing to this individual all that is available are obvious. Annual costs of such services will likely range within $10,000.00 to $15,000.00.

Social: The social consequences for brain damage are quite profound. Most of us enjoy our cognitive ability and rely upon our cognitive ability to navigate the unpredictable and uncertain difficulties and challenges that arise in each of our lives. For Angelina she will always be plagued with her difficulties and having to dealing with a brain in which some parts are operating in their normal fashion and the others has moderate impairment. One only has to think of stroke victims to know how difficult it is for them and those who care for them in dealing with the vagaries of life and its challenges. Thus it is very likely that Angelina will go through intense periods of social withdrawal and wanting to retreat from people who she perceives have abilities that are different from her. Social psychological theory predicts that misery loves miserable company. If true it is likely that Angelina will associate with only those



C
15 - 18



702870

16

individuals who are impaired like her for comfort and reassurance. While on some levels this may be positive, on another level, this may reinforce her image of herself as defective.

<u>Vocational:</u> It is obvious from the above that Angelina's prospects for future employment and educational opportunities are questionable at best if no further improvements occur. Given the new conditions brought on by this accident, it is likely that she will have a checkered work history that may result in considerable anxiety and frustration. It is important that she received vocational rehabilitation as well as cognitive rehabilitation in an attempt to help her better navigate life's travails. Employment opportunities may be limited. Vocational and cognitive rehabilitation probably will be expensive with considerable potential earning loss. It may be that she will never be able to have an active social and vocational life and this reality may developed into a more serious psychological disorder of anxiety, depression and diminished self-esteem as time progresses. Depression and self-esteem issues are obviously a serious concern as no one likes to feel like a burden even to one's children or spouse. The ability to express one's self and feeling good about oneself is something that is too often taken for granted and directly related to feeling needed by others and contributing to life in some fashion. Obviously, the outcome of her cognitive rehabilitation progress and her permanent and stationary status would dictate her vocational options.

<u>Diagnosis:</u> 310.8 Cognitive and Personality Changes Following Organic Brain Damage; Post-Concussion Headache Syndrome.

<u>Prognosis:</u> Guarded. Considering Ms. Trailov's young age, her prognosis may be more promising than would otherwise be the case. However, continuing complaints and deficits over the next year will diminish the probability that she will recover or obtain previous levels of functioning consistent with her previous ability.

<u>Ecological Validity (Interference with work, normal life activities and enjoyment):</u> Moderate.

<u>Recommendations:</u> It is strongly urged that Ms. Trailov adhered to the following recommendations.

- The avoidance of heavy lifting or overexertion for minimum of two years and the avoidance of any activities which require fine motor skills, visual and depth perception, reaction time and safety for self and




702871

17
others.
- The avoidance of any alcoholic beverages.
- Religious adherence to a neuro-exercise rehabilitation program for the next 1 to 3 years with continual monitoring.
- Psychological treatment for reactive depression and anxiety.
- Immediate notification to this examiner or to her neurologist if there is any evidence of seizures or facsimile thereof such as blackouts, blurry or weird visual experience. Ms. Trailov is at minimal risk for developing seizure disorder but should be monitored. Adherence to the above recommendations will significantly reduce the likelihood of seizures. The development of seizure, of course would be very poor prognostic indicator.
- Updated neuropsychological examinations every six months initially and then yearly.
- Healthy diet and weight management to reduce the likelihood of high blood pressure or CVA.
- Driving with extreme caution.

### Summary:

It is clear from the current neuropsychological assessment and psychological assessment results that Ms. Angelina Trailov is an individual who faces considerable difficulties not only at present but also in her future. It must be kept in mind that right now the focus is on Angelina and her well being is dependent upon family and friends. However, there is no assurance that one's family and friends will be constant throughout one's life. Therefore she needs a way to be able to care for herself and needs to have financial stability so that she can focus strictly upon improving herself so that she may have a life that is at minimum less anxiety provoking, depressing and maybe even satisfying.

Medical costs including neuropsychological and psychological costs will continue to rise throughout her life and she must have the ability to be able to afford those services. One must attempt to understand what it will be like for this individual to negotiate and navigate life's uncertainties with its challenges when she grows older and when the people who care for her may not be around. Those of us lucky enough to have normal functioning brains at one point or another face challenges just by living. Those challenges will be magnified one thousand fold to an individual with brain damage and it is incumbent upon us that we provide a substitute ability, that is the ability to afford the services which will help her.




702872

18

Although Angelina may be within the recovery phase of her brain injury, she continues to have significant cognitive limitations and impairments as noted above. It should be noted that up to 75% of individuals with <u>mild</u> traumatic head injuries (let alone moderate/severe) with continuing complaints don't improve and some actually get worse.

The continued occurrence of symptoms after a 17 month period would be a very poor prognostic sign. Acute posttraumatic headaches without resolution within a few days are diagnostic and indicate poor prognosis. All the available evidence including all the objective test data indicates a moderate neuropsychological functioning disorder.

Apportionment of the above due to the onset of Organic Brain Syndrome following 02' accident resulting in Mild Traumatic Brain Injury taking into account all available records and alternative explanations.

If further information is needed, please do not hesitate to contact me.

Sincerely,

Richard J. Perrillo, Ph.D.
Clinical & Neuropsychology
American Psychological Association
Division 40: Clinical Neuropsychology
California Psychological Association
Division 1: Clinical and Professional Psychology
Diplomate, Forensic Clinical Neuropsychology: American Board of Psychological Specialties,
Fellow: American College of Forensic Examiners
National Academy of Neuropsychology
Charter Member: Coalition of Clinical Practitioners in Neuropsychology
American Academy of Forensic Sciences


