```
 1                IN THE UNITED STATES DISTRICT COURT
                       FOR THE DISTRICT OF ALASKA
 2
     ALLSTATE INSURANCE COMPANIES,   )
 3                                   )
                   Plaintiffs,       )
 4                                   )
     v.                              )
 5                                   )
     CHARLES HERRON,                 )
 6                                   )
                   Defendant.        )
 7   _____)
     Case No. A04-0043 Civil
 8
                VIDEOTAPED DEPOSITION OF ANGELINA TRAILOV
 9                       February 21, 2006
10   APPEARANCES:
11        FOR THE PLAINTIFF:         MS. REBECCA J. HOZUBIN
                                     Wilkerson, Hozubin & Burke
12                                   Attorneys at Law
                                     310 K Street, Suite 405
13                                   Anchorage, Alaska  99501
                                     907-276-5297
14
          FOR THE DEFENDANT:         MR. MARK A. SANDBERG
15                                   Sandberg, Wuestenfeld &
                                     Corey
16                                   Attorneys at Law
                                     701 West Eighth Avenue
17                                   Suite 1100
                                     Anchorage, Alaska  99501
18                                   907-276-6363
19        FOR THE DEPONENT:          MR. DENNIS M. MESTAS
                                     Attorney at Law
20                                   745 West Fourth Avenue
                                     Suite 306
21                                   Anchorage, Alaska  99501
                                     907-277-9496
22
                                     MS. MICHELE POWER
23                                   Power & Brown
                                     Attorneys at Law
24                                   P.O. Box 1809
                                     Bethel, Alaska  99559
25                                   907-543-4700
```

Page 2

1       TABLE OF CONTENTS
2   Direct Examination by Ms. Hozubin          3
3   Cross Examination by Mr. Sandberg         26
4   Redirect Examination by Ms. Hozubin       30
5   EXHIBITS MARKED:
6       (None)
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 3

1           PROCEEDINGS
2       (Anchorage, Alaska - 2/21/2006)
3       REPORTER: My name is Joseph Kolasinski, Notary Public in
4   and for the state of Alaska and court reporter for Computer
5   Matrix Court Reporters whose business address is 310 K Street,
6   Suite 200, Anchorage, Alaska. This is the first tape in the
7   videotape deposition of Angelina Trailov -- Trailov. The case
8   is in the United States district court for the district of
9   Alaska, Allstate Insurance Company, versus, Charles Herron.
10  The case number is 3 -- A04-0043 civil. It is the 21st day of
11  February 2006. The time is approximately 1:00 p.m. We are at
12  the office of Computer Matrix Court Reporters, 310 K Street,
13  Suite 200, Anchorage, Alaska. This is being taken on behalf of
14  the plaintiff. Counsel, if you'll please identify yourself for
15  the record stating your representation starting with the
16  plaintiff's attorney.
17      MS. HOZUBIN: Rebecca Hozubin for Allstate.
18      MR. SANDBERG: Mark Sandberg for Mr. Herron.
19      MR. MESTAS: Dennis Mestas for Angelina Trailov.
20      MS. POWER: Michele Power for Angelina Trailov.
21      REPORTER: Thank you. Ma'am, if you'll raise your right
22  hand, I'll swear you in.
23      (Oath administered)
24      MS. TRAILOV: I do.
25              ANGELINA TRAILOV

Page 4

1   having first been duly sworn under oath, testified as follows
2   on:
3              DIRECT EXAMINATION
4       REPORTER: Thank you. Would you state your full name for
5   the record and spell your last name, please?
6   A   Angelina Christine Trailov, T-R-A-I-L-O-V.
7       REPORTER: And a mailing address, please?
8   A   Here? I -- it's 3700 Sharon Gagnon Lane, Anchorage,
9   Alaska, 99508.
10      REPORTER: And a daytime phone number or a message phone,
11  please?
12  A   301-0158.
13      REPORTER: Thank you. Counsel, if there are no
14  stipulations, you may begin.
15  BY MS. HOZUBIN:
16  Q   Ms. Trailov, what is your date of birth?
17  A   May 4th, 1987.
18  Q   And your social security number?
19  A   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.
20  Q   Have you ever gone by any other name?
21  A   Gina.
22  Q   Did you review any documents to prepare for this
23      deposition?
24  A   No.
25  Q   Have you ever been married?

Page 5

1   A   No.
2   Q   Do you have any children?
3   A   No.
4   Q   And when did you -- did you graduate from high school?
5   A   Yes.
6   Q   When did you graduate?
7   A   May of '05.
8   Q   And are you currently attending classes at UAA?
9   A   I am.
10  Q   What sorts of classes are you taking?
11  A   I'm taking a language class, a French class, and a western
12      civilization class, a biology class and an abnormal
13      psychology class.
14  Q   Are you enjoying them?
15  A   I am but it is difficult.
16  Q   Why is it difficult?
17  A   There's a lot of work. A lot of work goes into it
18      and a lot of attention and like note taking and it's
19      hard to stay on top of it.
20  Q   Okay. When did you start taking classes at UAA?
21  A   I arrived on the 18th of January but classes began on the
22      17th. So I did miss a day but it was in January, last
23      month.
24  Q   What sort of degree are you going after?
25  A   I'm undeclared.

2 (Pages 2 to 5)

Page 6

```
 1  Q   Do you have any ideas what you might want to be?
 2  A   I have interests in psychology and photography but we'll
 3      see how that goes.
 4  Q   Okay. Are you working at all?
 5  A   No.
 6  Q   In the last two years had you held any jobs?
 7  A   Yes. I worked at a coffee shop in Bethel.
 8  Q   And when was that?
 9  A   I started maybe in August.
10  Q   August of 2005?
11  A   Yes.
12  Q   Okay. And you worked there until you came here?
13  A   Yes.
14  Q   And prior to that had you held any other jobs?
15  A   One, when I was 14 at a grocery store.
16  Q   And what did you do there?
17  A   I maintained the clothing department and worked the cash
18      register.
19  Q   How long had you done that?
20  A   Three months. It was over the summer.
21  Q   Do you recall being involved in an automobile accident in
22      September of '02?
23  A   Yes.
24  Q   Okay. Can you tell me what you remember about the
25      events leading up to the accident?
```

Page 7

```
 1  A   We were out and there was -- there was a large group of
 2      people and when it came time to leave I -- I was helping
 3      my friend and we -- I remember getting into the car and
 4      that's about it.
 5  Q   Okay. What friend were you helping?
 6  A   Her name was Tracy.
 7  Q   And what were you helping her do?
 8  A   Walk.
 9  Q   Was she inebriated?
10  A   Yes.
11  Q   Yes, okay. How long had you been where you were?
12  A   I don't recall.
13  Q   Okay. Where were you be.....
14  A   It was the sand pit.
15  Q   And what -- do you recall what made you decide to leave at
16      that particular time?
17  A   She had to leave and she needed to leave.
18  Q   When you say she had to leave, did she have someplace else
19      she had to go?
20  A   Home.
21  Q   Curfew?
22  A   Yeah.
23  Q   Okay. And do you recall if you had had any alcohol
24      yourself that night?
25  A   I had.
```

Page 8

```
 1  Q   Do you recall how much you had?
 2  A   No. A couple shots.
 3  Q   And had you taken any medication that day?
 4  A   Nothing.
 5  Q   And that evening did you take any drugs?
 6  A   No.
 7  Q   Do you recall how long you had been at the sand pit before
 8      you left?
 9  A   No.
10  Q   Was anybody else helping you help Tracey?
11  A   Yeah. My -- my cousin Russell. I couldn't carry her by
12      myself.
13  Q   So she was to the point that she actually needed to be
14      physically carried?
15  A   Almost.
16  Q   Almost, okay. Do you remember getting into a vehicle?
17  A   (No audible response)
18  Q   And whose vehicle did you get into?
19  A   Charles.
20  Q   And what sort of vehicle did he have?
21  A   It was a small red car.
22  Q   And do you recall -- did the car have a front seat and a
23      back seat?
24  A   (No audible response)
25  Q   And do you recall what position you were sitting in in the
```

Page 9

```
 1      car?
 2  A   The last I remember I was sitting behind the passenger
 3      seat but that wasn't so by the time we started moving, I
 4      guess.
 5  Q   Okay. Do you know if you were wearing your seatbelt?
 6  A   No.
 7  Q   You don't know or.....
 8  A   I don't recall.....
 9  Q   Okay.
10  A   .....but I was told.
11  Q   And what were you told?
12  A   That I was not.
13  Q   Do you have any other recollections of prior to the
14      accident, just before the accident happened?
15  A   I remember that we had gotten stuck in the sand and then
16      when we started moving again I could say I get like flash
17      memories, like I see photos. But I see the road and that
18      was the end of it.
19  Q   Has your memory improved over time? Have you remembered
20      more things as time has gone by?
21  A   Regarding the accident?
22  Q   Regarding the accident.
23  A   No.
24  Q   You said you got stuck -- stuck in the sand. Was that at
25      the sand pit?
```

Page 10

1  A   Uh-huh. (Affirmative)
2  Q   What is your first recollection after the accident?
3  A   Lying in bed in the hospital.
4  Q   Do you recall who was with you?
5  A   My mother.
6  Q   Do you know which hospital you were at?
7  A   No.
8  Q   Is your memory from the point that you woke up
9      forward fully intact?
10 A   No.
11 Q   Okay. So you remember waking up in the hospital.
12     Your mother was there. What else do you remember
13     about that point in time?
14 A   There were a lot of balloons and flowers. I see some of
15     my friends there but I don't remember talking to them.
16     They said that I was -- that I seemed like I could speak
17     and I was -- that I was there but I don't remember.....
18 Q   Okay.
19 A   .....speaking with them.
20 Q   Okay. What's your next recollection after that?
21 A   I remember going to physical therapy once and then I was
22     released. And I remember going to the mall with my mom.
23 Q   Okay. So after you were released but before you went home
24     to Bethel you went to the mall with your mom?
25 A   Uh-huh. (Affirmative)

Page 11

1  Q   Okay. Do you remember how your mom was when you woke up
2      when she -- when you saw her that she was there?
3  A   Sitting on my side on my left, I believe. I can't be
4      sure.
5  Q   Do you have any recollection of how she was doing
6      emotionally? I mean did -- was she -- how did she appear
7      to you?
8  A   I really don't recall.
9  Q   Okay. What did you do while you were at the mall?
10 A   I hardly remember. I remember I had to use a cane to
11     walk.
12 Q   Which mall did you go to?
13 A   The Dimond maybe.
14 Q   Do you know if -- or let me ask you this way, prior to
15     getting into Charles' car did you know if he was drinking?
16 A   I hadn't seen him drinking.
17 Q   Do you remember seeing him anywhere near the car at the
18     time that you were helping your friend Tracey to the car?
19 A   No.
20 Q   Do you know why you helped Tracey to Charles' car and not
21     somebody else's car?
22 A   I -- I think it was because my cousin Russell was with
23     Charles and he was helping me with her.
24 Q   Tell me about the injuries that you sustained in the
25     accident. What injuries did you have?

Page 12

1  A   I fractured my skull and I fractured my first rib and my
2      lungs were punctured and cut off circulation to my brain.
3  Q   Did you have a back injury as well?
4  A   My back bothered me for awhile. It still does
5      occasionally.
6  Q   How often does it still bother you?
7  A   Once or twice a week.
8  Q   And when it bothers you, describe for me the -- the
9      bother.
10 A   It's like my mid-back, sometimes higher. But it often
11     feels like it needs to be cracked or like realigned. It's
12     kind of like a strong dull ache.
13 Q   When you say sometimes higher, does it go in between your
14     shoulder blades?
15 A   Almost.
16 Q   When was the last time you had any treatment for your
17     back?
18 A   I went to the physical therapist in Bethel but I don't
19     recall when.
20 Q   Do you have any plans to go back to see any doctor or
21     physical therapist for your back in the future?
22 A   If it continues and if it worsens.
23 Q   So you have no set appointments at this time?
24 A   No.
25 Q   Okay. Tell me your understanding of your injury to

Page 13

1      your lung.
2  A   I don't really know what happened but I was told that it
3      was punctured. And that like they -- I think there was
4      some confusion about what happened. I heard that they
5      collapsed first and then I was told later that they didn't
6      collapse but that -- that they just cut off circulation.
7  Q   And who told you it cut off circulation?
8  A   My mom maybe, speaking to the doctor.
9  Q   Since you left the -- the hospital have you had any
10     problems or difficulties with your breathing?
11 A   Yeah. After the accident it was hard for me to take deep
12     breaths and feel like it was a sufficient intake.
13 Q   How long did that feeling last?
14 A   It still occurs when I'm running.
15 Q   How often do you run?
16 A   Since I've been here it hasn't been daily but three to
17     five times a week.
18 Q   You're not running on this ice out there, are you?
19 A   No.
20 Q   Oh, good.
21 A   With the treadmills.
22 Q   How many miles are you able to run?
23 A   One and a half to three miles, depending on the day.
24 Q   And what is your minute pace when you're running?
25 A   Like a 10 minute.

Page 14

1  Q  Ten-minute mile?
2  A  Uh-huh. (Affirmative)
3  Q  Okay. Let's talk about your head injury. Tell me what
4     your understanding is of that.
5  A  I -- that I fractured my -- my skull.
6  Q  Okay. Is it your understanding that you have a brain
7     injury as well?
8  A  Uh-huh. (Affirmative)
9  Q  Okay. Tell me your understanding of that, if you
10    can.
11    MS. POWER: Yeah, and if it doesn't -- if it's not an
12 attorney/client communication. If it's just.....
13 A  It's affected a lot since the accident.
14 Q  Do you have an understanding of what part of your brain is
15    injured?
16 A  No.
17 Q  Tell me how it's affected you since the accident. Well,
18    let -- let's -- actually let's start this way, the
19    accident was in September of '02. Tell me how it affected
20    you between September of '02 and January of '03, in the
21    first three months after the accident.
22 A  A lot of memory problems was the first thing I noted.
23 Q  Short term or long term?
24 A  Both.
25 Q  Describe what sorts of short term memory problems you

Page 15

1     were having.
2  A  I don't know, with things like homework, unless I wrote it
3     down -- I'd have to write it down and keep a lot of notes.
4  Q  Would taking notes help you remember?
5  A  (No audible response)
6     REPORTER: Is that a yes?
7  A  Yes.
8  Q  Oh, I'm sorry. For -- for purposes of transcription I
9     need yes's or no's.
10 A  Okay.
11 Q  Thank you. How did it affect your long term memory?
12 A  There's little stories that my mom will tell me that I
13    won't be able to recall.
14 Q  Have you lost any gaps of your long term memory? For
15    instance, weeks or months in the past other than
16    immediately following the accident?
17 A  Not that I can immediately think of but like there are a
18    lot of things in my childhood that I can't recall.
19 Q  Are there still a lot of things of your childhood that you
20    can recall?
21 A  That I can?
22 Q  Uh-huh. (Affirmative)
23 A  Yeah.
24 Q  How else did your brain injury affect you in those first
25    three months?

Page 16

1  A  I became less social.
2  Q  Tell me about that.
3  A  I used to be more extroverted. I used to enjoy being with
4     my friends. But I'm more introverted now.
5  Q  After the accident in those first -- and we're talking
6     during that first three month period, tell me why you
7     didn't want to be as social or -- or tell me what was the
8     cause of you not -- not being as social.
9  A  There's no real cause I can pinpoint.
10 Q  Okay. Was it something that you just didn't feel like
11    being around your friends or.....
12 A  It wasn't as comfortable.
13 Q  Okay. Anything else during those first three months?
14 A  Not that I was able to note.
15 Q  Okay. Since those first three months have your memory
16    problems improved at all?
17 A  No.
18 Q  Neither short term nor long term?
19 A  (No audible response)
20 Q  Have you ever sought any counseling or any assistance in
21    trying to help your memory problems?
22 A  No.
23 Q  Why not?
24 A  There wasn't much available in Bethel.
25 Q  Do you intend to seek any help now that you're here in

Page 17

1     Anchorage?
2  A  If it continues to bother me.
3  Q  With respect to social -- social situations, has that
4     gotten any better since the first three months?
5  A  No.
6  Q  No.
7  A  I have a few close friends but that's how I prefer to
8     keep it.
9  Q  Do you live on campus?
10 A  I do.
11 Q  And do you have a roommate?
12 A  Yes. But we have single bedrooms. We don't share a
13    bedroom.
14 Q  Okay.
15 A  But I have a roommate.
16 Q  So you share a common living area and then each have your
17    own individual bedrooms?
18 A  Yes.
19 Q  Okay. And how many roommates do you have in your.....
20 A  Just one.
21 Q  Just one. And what's your roommate's name?
22 A  Jamie.
23 Q  And what's her last name?
24 A  I don't know.
25 Q  And which building on campus do you live in?

Page 18

1  A   North Hall.
2  Q   Do you like living on campus?
3  A   It's a good experience. It's different.
4  Q   Okay. Are you involved in any -- any extracurricular
5      activities at UAA?
6  A   No.
7  Q   Do you have any plan for any further future treatment
8      at this point in time, like appointments set or
9      anything for any of your injuries from the accident?
10 A   I have no appointments set.
11 Q   Are you planning on setting any appointments?
12 A   For things such as?
13 Q   Any of your injuries from the accident, whether it's
14     -- whether it's your brain injury, your back injury.
15 A   I'm not sure.
16 Q   Okay. Did your injuries affect your work at high school
17     -- in high school, your schoolwork?
18 A   High school was easier because in Bethel they -- they
19     accommodate to you. It's not so difficult.
20 Q   But it's more difficult now?
21 A   Yes.
22 Q   Tell me -- tell me why it's difficult now.
23 A   The tests are much harder. It's -- it's hard for me to
24     stay motivated to do my studies and to do my reading.
25 Q   Have you developed any -- any habits or anything that

Page 19

1      keep you motivated and -- and encourage yourself to
2      read or get your studies done?
3  A   Study groups. Like for French I have a friend who we're
4      both in the same class. So we do it together.
5  Q   Does that help?
6  A   Yes.
7  Q   How have your test scores been so far at UAA?
8  A   I've taken three tests and I've -- I haven't seen any of
9      them yet but.....
10 Q   Have you written any papers?
11 A   No.
12 Q   How else has your brain injury affected your life?
13     Were you doing more things before the accident that
14     you're no longer doing?
15 A   Such as?
16 Q   Any extracurricular activities?
17 A   In high school I did cheerleading but I'm not doing that
18     here.
19 Q   Okay. Your mom testified earlier and said that there was
20     a period of time that you were not running after the
21     accident, that -- that you ran before the accident and
22     you've started running again but there was a period of
23     time that you didn't?
24 A   Yes.
25 Q   Okay. How long did that period of time last?

Page 20

1  A   I really don't recall.
2  Q   Do you have any other hobbies right now?
3  A   I like to draw.
4  Q   Have you been continuing to do that?
5  A   Uh-huh. (Affirmative)
6  Q   Is that something that you did before and after the
7      accident?
8  A   Uh-huh. (Affirmative)
9  Q   Did the accident cause you to stop drawing at any point in
10     time?
11 A   No.
12 Q   Did the accident affect your interest in drawing?
13 A   Not that I can see.
14 Q   Do you understand that your mom's also making a claim?
15 A   Uh-huh. (Affirmative)
16 Q   Okay. And do you understand that your mom is making a
17     claim for emotional distress that she suffered?
18 A   Yes.
19 Q   Okay. Can you tell me about how your mom was in the year
20     following the accident?
21 A   I didn't really notice anything but I don't know.
22 Q   Did your mom behave different after your accident than she
23     did before?
24 A   She seemed more worried.
25 Q   Did she get angry more often?

Page 21

1  A   No.
2  Q   Did she seem depressed?
3  A   At times.
4  Q   Can you give me any specific examples of those times?
5  A   Unh-unh. (Negative)
6  Q   That needs to be a, no, for the record.
7  A   No.
8  Q   Thank you. Did you see your mom crying frequently after
9      the accident?
10 A   No.
11 Q   Did your mom appear to be having any problems with
12     her husband after the accident?
13 A   Not that I would have seen.
14 Q   Do you recall how long you were in Anchorage before you
15     returned to Bethel after you were released from the
16     hospital?
17 A   I heard it to be a week. I'm not -- I don't recall
18     though.
19 Q   Your mom also testified earlier that she left her job at
20     the USDA in 2003; do you remember that?
21 A   Uh-huh. (Affirmative)
22 Q   Do you know why she left?
23 A   There was a lot of work and it was stressful. It was hard
24     for her.
25 Q   Do you know what the source of her stress was?

Page 22

1  A  No.
2  Q  Had you ever consumed alcohol prior to the accident?
3  A  Yes.
4  Q  Yes. And I'm -- I'm talking prior to the evening before
5     the accident as well?
6  A  Yes.
7  Q  Okay. And had you ever taken any illegal drugs prior to
8     the accident?
9  A  Yes.
10 Q  And what drugs did you take?
11 A  Marijuana.
12 Q  Okay. And have you had occasion to consume alcohol or use
13    marijuana since the accident?
14 A  Yes.
15 Q  Is it a frequent thing that you do?
16 A  No.
17 Q  Would you classify it as occasional?
18 A  Hardly.
19 Q  Hard -- okay. Is that something that occurs here in town
20    or when you're in Bethel?
21 A  I do neither any longer.
22 Q  Oh, when -- well, when you did; was it here in town or in
23    Bethel?
24 A  In Bethel.
25 Q  In Bethel, okay. Do you feel that your injuries, any

Page 23

1     of them, whether it's your back or your head or your
2     brain injury, do you believe that those affect your
3     ability to earn a living?
4  A  Yes.
5  Q  Tell me how.
6  A  It's harder for me to concentrate and to remember things.
7     It's hard for me to stay motivated. And these are things
8     that I think would -- would affect my working. I'm not
9     always as sociable and I have some irritability problems
10    sometimes.
11 Q  When you worked at the coffee shop last summer.....
12 A  Yeah.
13 Q  .....how did that go?
14 A  For the most part it went well.
15 Q  Okay. Did you have any motivation issues with -- with
16    respect to that?
17 A  It was hard to wake up in the morning every day at 6:00.
18 Q  And did you work five days a week at that job?
19 A  About seven.
20 Q  They dragged you in every -- every day?
21 A  Yeah.
22 Q  How many hours a week -- I'm sorry, how many hours a day
23    on average did you work?
24 A  It varied but the most would be eight.
25 Q  And I take it they had you coming to work at 7:00 or

Page 24

1     earlier?
2  A  7:00.
3  Q  7:00. What did you do between high school graduation and
4     that job?
5  A  It was the summer and I was with my friends. Well, one in
6     particular.
7  Q  Which friend were you with?
8  A  Casey. We spent a lot of time together over the summer.
9  Q  And was he considered your boyfriend?
10 A  Oh, she.
11 Q  She, oh, sorry. What's Casey's last name?
12 A  McDonald.
13 Q  What sorts of things did you guys do during the summer?
14 A  We -- there's not much to do in Bethel. But we'd watch a
15    lot of movies and we'd go on the river from time to time
16    with other friends.
17 Q  That sounds like a good summer.
18 A  Yeah.
19 Q  Okay. Do you have plans for the summer yet?
20 A  She and I are planning on taking a road trip through
21    Canada and Montana and Idaho.
22 Q  Wow. What -- what made you decide to do that?
23 A  We have a friend in Canada, a mutual friend. And she
24    wants to -- she got accepted to Montana and I would like
25    to go to Boise just maybe for school later.

Page 25

1  Q  Oh, so you're thinking about actually transferring?
2  A  In a couple years maybe.
3  Q  Do you know people in Boise?
4  A  No.
5  Q  No. What made you choose that school?
6  A  I like the environment of the town, of the city. It's a
7     good city.
8  Q  Have you been there before?
9  A  Yes.
10 Q  Do you currently own a car?
11 A  No.
12 Q  So besides running three to five days a week and attending
13    your classes and studying is there anything else that you
14    do?
15 A  I just hang out with my friends.
16 Q  Do you guys go to the movies?
17 A  Yes.
18 Q  Go to the malls?
19 A  Yes.
20 Q  Thank you, sorry.
21 A  Oh, sorry.
22 Q  You mentioned earlier there's a girl that you study French
23    with. What's her name?
24 A  Jill.
25 Q  Jill. Do you know her last name?

Page 26

1  A  Good.
2  Q  Do you go to Seawolves games?
3  A  I haven't yet.
4  Q  You haven't. No interest in hockey?
5  A  I've been wanting to. There's one coming up that I want
6     to go see. I think it's against Sacramento.
7  Q  Did you know Charles Herron before the accident?
8  A  Vaguely, I knew who he was.
9  Q  Have you had any discussions with him since the accident?
10 A  No.
11 Q  We're almost done. Do you recall the last medical
12    treatment that you had that you relate to the
13    accident; what it was or when it was?
14 A  My visit with Dr. Purlo (ph) in 2003.
15 Q  Have you ever been arrested?
16 A  No.
17    MS. HOZUBIN: That's all I have.
18              ANGELINA TRAILOV
19 testified as follows on:
20              CROSS EXAMINATION
21 BY MR. SANDBERG:
22 Q  Gina, I have a couple questions. I'm Mark Sandberg and I
23    represent Mr. Herron.
24 A  Okay.
25 Q  And I just wanted to ask some more about -- about how

Page 27

1     you're doing. Have you had -- have you experienced
2     problems with your vision as a result of the accident?
3  A  My vision has declined. I used to have a 20/20 vision and
4     now I need glasses because I'm nearsighted now.
5  Q  And that's something that changed after the accident?
6  A  Yes.
7  Q  Has a doctor given you the glasses or who do you go see?
8  A  I have to make another appointment to get my vision
9     checked and get new glasses.
10 Q  Okay. Have you experienced any problems with your
11    balance?
12 A  Yes. When I get tired it's hard for me to walk straight.
13    I bump into things.
14 Q  I think your mom told us that you'd been having problems
15    with that recently?
16 A  Yes.
17 Q  Can you tell us about that?
18 A  Like I said, when I get tired it's hard for me to -- to
19    walk straight. And it's easier for me to get fatigued
20    now. That isn't related to the balance but I am tired
21    more frequently. So the balance is an issue.
22 Q  Have you had any problems with dizziness?
23 A  Yes.
24 Q  Can you tell us about that?
25 A  Right after the accident I was having problems because

Page 28

1     like the whole room would spin. And that went on for two
2     or three months, I'd say. But more recently, I think it
3     was last week, I was having problems with that. It was
4     hard for me to look around too quickly without getting
5     dizzy, without feeling nauseous.
6  Q  Are you able to do something that helps or I mean.....
7  A  I just -- I had to like pause and close my eyes.
8  Q  How often does that happen?
9  A  That was the first time it had happened in -- since the
10    accident I think.
11 Q  Had it happened soon after -- in the period shortly after
12    the accident.....
13 A  Yes.
14 Q  .....had you had that problem?
15 A  Yes.
16 Q  So this was a problem you'd had before; I mean before last
17    week or whenever you were.....
18 A  Yeah.
19 Q  .....telling us about? Okay. How about headaches, have
20    you been having problems with headaches?
21 A  Yes.
22 Q  Tell us about -- about your problems after the accident
23    until now with headaches.
24 A  Right after the accident they were very sharp headaches.
25    Now they're -- they're a bit -- they're dull and they're

Page 29

1     in the frontal temporal. And I've tried -- if -- if it
2     really bothers me, I try to take something like Tylenol
3     for that.
4  Q  How often do you have these headaches?
5  A  More recently it's like one to two times a week.
6  Q  And other than Tylenol what do you do?
7  A  Not much I can do.
8  Q  Just wait?
9  A  (No audible response)
10 Q  How about your ability to pay attention; do you get tired
11    or.....
12 A  Yes. It's hard for me to -- to really listen to things
13    and not -- not -- and stay focused.
14 Q  How about your use of words or -- or language; is that
15    changed after the accident?
16 A  It's hard for me to.....
17 Q  Can you tell us how?
18 A  It's hard for me to express myself. My verbal abilities
19    has declined.
20 Q  Has -- has that gotten better over time or.....
21 A  No.
22 Q  And how about your -- your self image, the way you think
23    of yourself, has that changed because of this accident?
24 A  Yeah.
25 Q  Tell us how.

Page 30

1  A   Right after the accident it's decreased a lot. I don't
2      see myself the same I guess.
3  Q   Is that getting better over time?
4  A   No.
5      MR. SANDBERG: I don't have any more questions.
6      MS. HOZUBIN: Well, that's raised a couple more for me.
7                  ANGELINA TRAILOV
8  testified as follows on:
9                  REDIRECT EXAMINATION
10 BY MS. HOZUBIN:
11 Q   What eye doctor are you going to?
12 A   I don't have one.
13 Q   Who was the eye doctor that diagnosed you as being
14     nearsighted?
15 A   He was in Bethel.
16 Q   And when did he diagnose you?
17 A   It might have been in August or October.
18 Q   Of 2005?
19 A   Yes.
20 Q   Do you remember his name?
21 A   No.
22 Q   You said your vision used to be 20/20. Do you know
23     what it is now?
24 A   Unh-unh. (Negative)
25 Q   Do you currently use glasses or contacts?

Page 31

1  A   No. I need to.
2  Q   When did you first notice that you needed to use glasses
3      or contacts?
4  A   Being in the gym I think, in high school looking across
5      the gym I wasn't able to see faces quite as clearly. I
6      could -- I could tell who they were but it was blurry.
7  Q   And when did that begin?
8  A   I don't recall.
9  Q   Did the doctor in Bethel give you a prescription for
10     glasses or contacts?
11 A   Yes.
12 Q   And have you had it filled?
13 A   No.
14 Q   Do you have a driver's license?
15 A   No.
16 Q   Since the accident have you had any falls, any
17     accidents or any other injuries?
18 A   No.
19 Q   Is there anything that would have occurred that --
20     let me ask that a different way. You reported that
21     you started having dizzy -- dizziness again last
22     week?
23 A   Uh-huh. (Affirmative)
24 Q   Is there any event that precipitated that dizz --
25     that dizziness?

Page 32

1  A   It's been harder for me to feel rested and I think I was
2      really -- I was fatigued. It had been a long day.
3  Q   And when you had that dizzy episode, when you closed your
4      eyes did that make it better?
5  A   If I paused and didn't move, yes.
6  Q   So it wasn't like the episodes you had immediately
7      following the accident where the whole room was spinning?
8  A   For those I'd have to lay down.
9  Q   Okay. Does Tylenol help your headaches?
10 A   Yes.
11 Q   Does -- does Tylenol sometimes help make your
12     headaches go away?
13 A   Yes.
14     MS. HOZUBIN: That's all I have.
15     MR. SANDBERG: Nothing else.
16     REPORTER: Then this concludes the videotape deposition of
17 Angelina Trailov at 1:52 on the 21st of February 2006.
18 (Off record)
19              (END OF PROCEEDINGS)

Page 33

1                  C E R T I F I C A T E
2  UNITED STATES OF AMERICA    )
                                )ss
3  STATE OF ALASKA             )
4      I, Joseph P. Kolasinski, Notary Public in and for the
5  state of Alaska, residing in Anchorage in said state, do hereby
6  certify that the deponent in the foregoing matter was duly
7  sworn to testify to the truth, and nothing but the truth;
8      That said testimony was taken at the time and place
9  therein stated;
10     That the testimony of said witness was recorded
11 electronically and thereafter transcribed under my direction
12 and reduced to print;
13     That the foregoing is a full, complete, and true record of
14 said testimony.
15     I further certify that I am not a relative, nor employee,
16 nor attorney, nor of counsel of any of the parties to the
17 foregoing matter, nor in any way interested in the outcome of
18 the matter therein named.
19     IN WITNESS WHEREOF I have hereunto set my hand and affixed
20 my seal this 4th day of March 2006.
21
22
23              _____
                Joseph P. Kolasinski, Notary Public
                in and for the State of Alaska.
                My Commission Expires: 03/12/2008
24
25

```
                                                              Page 34
 1            WITNESS CERTIFICATE
 2   RE:      ALLSTATE v. HERRON
     CASE NUMBER:   A04-0043 Civil
 3   DEPOSITION OF: Angelina Trailov
     DATE TAKEN:    February 21, 2006
 4
         I hereby certify that I have read the foregoing deposition
 5   and accept it as true and correct, with the following
     exceptions:
 6
     Page    Line         Description
 7
 8   _____
 9   _____
10   _____
11   _____
12   _____
13   _____
14   _____
15   _____
16   _____
17   _____
18   _____
19   _____
20   _____
21   _____
22   _____
     If additional paper is needed, please sign and date each sheet.
23
24        _____
          ANGELINA TRAILOV      DATE
25
```

10 (Page 34)