Mark E. Wilkerson, Esq.
Wilkerson Hozubin
310 K Street, Suite 405
Phone: 907 276-5297
Fax: 907 276-5291
E-mail: mark@wilkersonlaw.net
AK Bar #8310157

Attorneys for Plaintiff Allstate

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ALLSTATE INSURANCE COMPANIES, )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>CHARLES HERRON, )<br>)<br>Defendant. )<br>_____ ) | Case No. A04-0043 CV (TMB) |

**PROPOSED**
**ORDER APPLYING THE NONECONOMIC DAGAGES CAP OF**
**AS 09.17.010(b)**

Allstate Insurance Companies having moved for summary judgment on the issue of application of the noneconomic damages cap of AS 09.17.010(b) in this declaratory judgment action, and the court being duly advised in the premises,

IT IS HEREBY ORDERED that Allstate's motion to apply the noneconomic damages cap, AS 09.17.010(b), is GRANTED. As a matter of law there are no genuine issues of material fact that Angelina Trailov did not suffer a severe physical injury.

DATED this ___ day of _____, 2006.

2

                                                _____
                                                Honorable Timothy M. Burgess
                                                U.S. District Court Judge

2

CERTIFICATE OF SERVICE

I hereby certify that on the
2nd day of June, 2006, a true and correct
copy of the foregoing document was
electronically served on the
following counsel/parties of record:

Mark A. Sandberg, Esq.
Sandberg, Wuestenfeld & Corey
701 West 8th Avenue, Suite 1100
Anchorage, AK  99501

WILKERSON HOZUBIN

By:    /s/Mark Wilkerson


1000/788/plead/Dec Act/damage cap order