Mark A. Sandberg, Esq.
SANDBERG, WUESTENFELD & COREY, PC
701 West 8th Avenue, Suite 1100
Anchorage, AK 99501
Tel:  907-276-6363
Fax:  907-276-3528

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| ALLSTATE INSURANCE COMPANIES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| CHARLES HERRON, ) | |
| ) Case No. 3:04-0043 CV (TMB) | |
| Defendant. ) | |
| _____) | |

**NOTICE OF EXPERT DISCLOSURES**

COMES NOW the defendant, by and through his attorney, and hereby gives notice of submitting his expert report and expert disclosures to the plaintiff.

Dated this 5th day of June, 2006.

/ Mark A. Sandberg_
701 W 8th Avenue, Ste. 1100
Anchorage, Alaska 99501
Phone: (907) 276-6363
Fax: (907) 276-3528
E-Mail: msandberg@aol.com
ABA: 7510084

EXPERT DISCLOSURES
Allstate v. Herron, Case No. 3:04-0043 Civ. (TMB)
Page 1

CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of June 2006 a copy of the foregoing was served electronically on:

Mark Wilkerson
Wilkerson & Associates
310 K Street, Suite 405
Anchorage, Alaska  99501


s/Mark A. Sandberg

EXPERT DISCLOSURES
Allstate v. Herron, Case No. 3:04-0043 Civ. (TMB)
Page 2