Rebecca J. Hozubin
Wilkerson Hozubin
310 K Street, Suite 405
Phone: 907 276-5297
Fax: 907 276-5291
E-mail: rebecca@wilkersonlaw.net
AK Bar No. 9806016

Attorneys for Plaintiff Allstate

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ALLSTATE INSURANCE COMPANIES, ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> CHARLES HERRON, ) <br> ) <br> Defendant. ) <br>_____) | Case No. A04-0043 CV (TMB) |

**MOTION TO BIFURCATE**

Plaintiff Allstate Insurance Companies, through counsel, Wilkerson Hozubin, moves to bifurcate the issue of the reasonableness of the amount Herron confessed from the potentially dispositive issue of whether Herron's or Allstate's conduct amounted to a total breach of the contract of insurance. This motion is supported by the attached Memorandum, and a proposed Order is filed herewith.

DATED this 15th day of June, 2006, at Anchorage, Alaska.

        WILKERSON HOZUBIN
        Attorneys for Plaintiff

By: s/Rebecca J. Hozubin
    Rebecca J. Hozubin
    310 K Street, Suite 405
    Phone: 907 276-5297
    Fax: 907 276-5291
    E-mail: rebecca@wilkersonlaw.net
    Attorneys for Plaintiff Allstate
    AK Bar No. 9806016

**CERTIFICATE OF SERVICE**
I hereby certify that on
June 15, 2006, a true and
correct copy of the foregoing was
served electronically on the following:

Mark A. Sandberg, Esq.
Sandberg, Wuestenfeld & Corey
701 West 8th Avenue, Suite 1100
Anchorage, AK  99501


WILKERSON HOZUBIN

By:   s/Rebecca J. Hozubin
1000.788/plead/Dec Action/Mtn to Bifurcate