Rebecca J. Hozubin
Wilkerson Hozubin
310 K Street, Suite 405
Phone: 907 276-5297
Fax: 907 276-5291
E-mail: rebecca@wilkersonlaw.net
AK Bar #8310157

Attorneys for Plaintiff Allstate

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ALLSTATE INSURANCE COMPANIES, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) |
| | ) |
| CHARLES HERRON, | ) |
| | ) |
| Defendant. | ) |
| | ) Case No. A04-0043 CV (TMB) |

**PROPOSED**
**ORDER GRANTING MOTION TO BIFURCATE**

THIS COURT, having reviewed plaintiff's Motion to Bifurcate, and any and all opposition thereto, finds the motion well taken. The motion is GRANTED.

The two breach of insurance contract claims – (1) whether Allstate's claim handling breached the contract of insurance; and (2) whether Herron's conduct of confessing judgment breached the contract of insurance - shall be tried first. The remaining claim, the reasonableness of the confessed amount, is bifurcated. If, in the first part of the trial, the court finds that Herron's confession/breach was excused by a prior breach by

Allstate, then, immediately upon conclusion of the first part, the parties shall present evidence regarding the reasonableness of the confessed amount.

DATED this \_\_\_\_ day of _____, 2006.

_____
Honorable Timothy M. Burgess
U.S. District Court Judge

CERTIFICATE OF SERVICE
I hereby certify that on
June 15, 2006, a true and
correct copy of the foregoing was
served electronically on the following:

Mark A. Sandberg, Esq.
Sandberg, Wuestenfeld & Corey
701 West 8th Avenue, Suite 1100
Anchorage, AK  99501

WILKERSON HOZUBIN

By: s/Rebecca J. Hozubin
1000/788/plead/Dec Act/Order to Bifurcate

2