Rebecca J. Hozubin
Wilkerson Hozubin
310 K Street, Suite 405
Phone: 907 276-5297
Fax: 907 276-5291
E-mail: rebecca@wilkersonlaw.net
AK Bar #9806016

Attorneys for Plaintiff Allstate

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ALLSTATE INSURANCE COMPANIES, )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>CHARLES HERRON, )<br>)<br>Defendant. )<br>_____) | Case No. A04-0043 CV (TMB) |

**MOTION FOR SUMMARY JUDGMENT DISMISSING**
**MARY KENICK'S NIED CLAIM**

Allstate Insurance Companies, through counsel, Wilkerson Hozubin, moves for an order confirming that Mary Kenick had no cognizable claim for negligent infliction of emotional distress ("NIED") against Charles Herron or, in the alternative, requests the court to rule that Allstate had no contractual obligation to have accepted Kenick's demand for full liability policy limits in connection with her NIED claim.  This motion is supported by the attached memorandum and exhibits and a proposed order is filed herewith.

1

DATED this 15th day of June, 2006.

          WILKERSON HOZUBIN
          Attorneys for Plaintiff

By: s/Rebecca J. Hozubin
    Rebecca J. Hozubin
    310 K Street, Suite 405
    Phone: 907 276-5297
    Fax: 907 276-5291
    E-mail: rebecca@wilkersonlaw.net
    Attorneys for Plaintiff Allstate
    AK Bar No. 9806016

CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of June, 2006, a true and correct copy of the foregoing document was electronically served on the following counsel/parties of record:

Mark A. Sandberg, Esq.
Sandberg, Wuestenfeld & Corey
701 West 8th Avenue, Suite 1100
Anchorage, AK  99501

WILKERSON HOZUBIN

By:   /s/Rebecca J. Hozubin
1000/788/plead/Dec Act/MSJ NIED- mtn