Market Claim Office
**Allstate Insurance Company**
7033 E. Tudor Road
Anchorage, AK 99507-1275
Bus: (907) 338-7750

**Allstate.**
You're in good hands.

March 17, 2003

COPY

Angstman Law Office
Attn: Michele Power
P.O. Box 585
Bethel, AK 99559

| | |
|---|---|
| Claim Number: | 3322751094 AKB |
| Our Insured: | Charles Herron |
| Date of Loss: | September 14, 2002 |
| Your Clients: | Angelina Trailov and Mary Kenick |

Dear Ms. Power:

We are in receipt of your letter dated February 14, 2003, received in our office February 18, 2003. Thank you for the documents you provided.

The information you sent did not include records for treatment following Ms. Trailov's transfer from Alaska Regional Hospital to Alaska Native Medical Center, so we have requested those records. Also, the records we received from Y-K Regional Hospital in January only included treatment on the date of the accident. If Ms. Trailov has received any accident related medical treatment there since that date, please let me know so we can request those, too.

Please advise as to whether or not Ms. Trailov is claiming that this injury negatively affected her schoolwork and, if so, please provide transcripts from her prior two years of school as well as for this school year for comparison.

Last, has Ms. Kenick received any medical treatment related to her NIED claim? If so, please provide those records.

Once all of the necessary information has been received, we will complete our evaluation of the claim and respond to your demand.

If you have any questions please call me at (907) 269-6174.

Sincerely,

Kathy Berry
Staff Claim Service Adjuster

EXHIBIT 3


702936