Market Claim Office
**Allstate Insurance Company**
7033 E. Tudor Road
Anchorage, AK 99507-1275
Bus: (907) 338-7750


You're in good hands.



May 9, 2003

Angstman Law Office
Attn: Michele Power
P.O. Box 585
Bethel, AK 99559

| | |
|---|---|
| Claim Number: | 3322751094 AKB |
| Our Insured: | Charles Herron |
| Date of Loss: | September 14, 2002 |
| Your Clients: | Angelina Trailov and Mary Kenick |

Dear Ms. Power:

Thank you for your letter dated April 10, 2003, received in our office April 14, 2003, as well as the additional medical records you included with it.

We are in the process of completing our evaluation of Angelina Trailov's claim and anticipate responding to your demand by your May 16, 2003 deadline.

With regard to Mary Kenick's claim, we do need some type of documentation that her job change resulted from the effects of Angelina's injury and that she is earning less money at her new job. Please provide any documentation that will support Ms. Kenick's claim for negligent infliction of emotional distress.

If you have any questions please call me at (907) 269-6174.

Sincerely,


Kathy Berry
Staff Claim Service Adjuster

cc: Margaret Herron
     Charles Herron

EXHIBIT 5
702928