# ANGSTMAN LAW OFFICE

MYRON ANGSTMAN
MICHELE POWER
BRUCE ANDERS
SEAN BROWN

P. O. Box 585
Bethel, Alaska 99559
Tel. (907) 543-2972
Fax (907) 543-3394
angstmanadmin@alaska.com

P.O. Box 1310
Dillingham, Alaska 99576
Tel. (907) 842-2974
Fax (907) 842-3994

May 15, 2003

<u>VIA FACSIMILE</u>

Kathy Berry
Allstate Insurance
7033 E. Tudor Road
Anchorage, Alaska 99507-1275

    RE:    Angelina Trailov and Mary Kenick

Dear Ms. Berry:

Pursuant to your recent request, enclosed please find two pay stubs which document the past and future wage loss of Mary Kenick as a result of the emotional distress she suffered following her daughter's accident on September 14, 2002. As the documents show, Ms. Kenick earned $2,785.80 per pay period while employed at the United States Department of Agriculture (UDSA) and now earns only $2,042.25 per pay period at AVCP. This reduction amounts to a wage loss of over $18,000 per year.

Best regards,

Michele Power
Attorney at Law

enclosures

cc: Mary Kenick

EXHIBIT


702924

```
464508 - MARY KENICK                                          05/09/2003        9029525-0000
Earnings   Cur hrs    Cur amt    Ytd hrs    Ytd amt   Taxes/Deds    Cur amt      Ytd amt
=========  =======    =======    =======    =======  ==========    =======      =======
Hourly      75.00     2,042.25    330.00    8,911.66   FWT          251.77      1,058.07
P/L Earned   5.19                  22.86                Fica        127.14        556.66
P/L Avail    5.19                  22.86                FICA Med'l   29.74        130.66
Retro Pay                                    74.25    AK ESC         10.21         44.93


Earnings.:           2,042.25               8,985.91
Less tax.:             418.86               1,792.32
Less Ded.:
Net pay..:           1,623.39               7,193.59


Amount Dep/Pay Account            Message
==============  ================  =====================================


                                                 9029525

                                     05/09/2003  ****************1,623.39


*** ** ** ** ** NON-NEGOTIABLE ** ** ** ** ** NON-NEGOTIABLE ** ** ** ** ***
** One Thousand Six Hundred Twenty Three Dollars and 39 Cents **


        MARY KENICK
        PO BOX 11
        BETHEL AK 99559
```

702925

## RURAL HOUSING SERVICE

### STATEMENT OF EARNINGS AND LEAVE

FORM AD-334 USDA (REV. 10/87)

| SSN | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 574 48 5067 | 02 09 03 | 03 22 03 | 03 | 07 02 2000 | 11 01 | 0127 0007 | 07 50 02 0023 | 99559 0011 4982 | 06 | 12 05 |
| 58,378.00 PA | F/T | 05 09 98 | | 2,040.28 | | | | | | |

### EARNINGS AND DEDUCTIONS

| CODE | ITEM DESCRIPTION | HOURS P/P | YR. TO DATE | AMOUNT P/P | YR TO DATE |
|---|---|---|---|---|---|
| 61 | ANNUAL LEAVE | 20.00 | | | |
| 62 | SICK LEAVE | | 37.00 | | 1,003.81 |
| | | 2.00 | 20.00 | 86.94 | 549.32 |
| ***** | ***** PAY PERIOD HOURS & GROSS PAY ***** | 160.00 | | 2,788.80 | 13,818.00 |
| 76 | SOCIAL SECURITY (OASDI) | | | | |
| 77 | FEDERAL TAX EXEMPTS 501 | | | 131.51 | 651.35 |
| | | | | 348.46 | 1,715.36 |
| 83 | FEHBA - ENROLL COD 452 | | | | |
| 87 | UNION/ASSOCIATION DUES 07  0702 | | | 110.84 | 548.02 |
| | | | | 5.00 | 25.00 |
| **** | ********* TOTAL DEDUCTIONS ********* | | | 778.08 | 3,818.54 |

DD/EFT ROUTING NO. 325272021

### BOND ACCOUNT

| AUTH NO | DENOMINATION | DEDUCTION | BALANCE AVAIL | NO. ISSUED | ISSUE DATE |
|---|---|---|---|---|---|

### YEAR TO DATE LEAVE STATUS

| TYPE | ACCRUED | USED | BALANCE | PROJECTED USE OR LOSS | PT. HRS NEAPP | MAX. C/O |
|---|---|---|---|---|---|---|
| ANN | 18.00 | | 117.00 | 18.00 | | 240.00 |
| SICK | 12.00 | 8.00 | 8.00 | | | LEAVE CATEG |
| COMP | | | | | | 6 |

REMARKS

OFFICIAL PAY DATE 03/05/2003

NAME AND ADDRESS

T-1254  00974     07  4982
MARY KENICK
PO BOX 11
BETHEL, AK 99559-0011

702926



# FAX TRANSMISSION
Angstman Law Office
P.O. Box 585
Bethel, Alaska 99559
(907)543-2972
Fax: (907)543-3394

**TO:** Kathy Berry      **DATE:** May 16, 2003

**FAX #:** 269-6123      **PAGES:** 4 (W/cover page)

**FROM:** Michele Power      **RE:** Angelina Trailov & Mary Kenick

Original/Hard Copy will ___ will not ___ follow by mail.

The information contained within the following facsimile transmission is confidential and privileged. This facsimile is intended to be reviewed only by the above named recipient. If you are not the above named recipient, his/her agent, you are notified that you are not authorized to read, discuss or copy this fax in any manner whatsoever. If you have received this fax in error, please contact Angstman law office at 907-543-2972, collect, or 800-478-5315 immediately.

Comments:

702927