Rebecca J. Hozubin
Wilkerson Hozubin
310 K Street, Suite 405
Phone: 907 276-5297
Fax: 907 276-5291
E-mail: rebecca@wilkersonlaw.net
AK Bar #9806016

Attorneys for Plaintiff Allstate

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ALLSTATE INSURANCE COMPANIES, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) |
| | ) |
| CHARLES HERRON, | ) |
| | ) |
| Defendant. | ) |
| | ) Case No. A04-0043 CV (TMB) |

**PROPOSED**
**ORDER GRANTING MOTION FOR SUMMARY JUDGMENT**
**DISMISSING MARY KENICK'S NIED CLAIM**

THIS COURT, having reviewed plaintiff's Motion for Summary Judgment Dismissing Mary Kenick's NIED claim, and any and all opposition thereto, finds the motion well taken. The motion is GRANTED.

Mary Kenick does not have a cognizable claim for negligent infliction of emotional distress. Therefore, Herron's claim that Allstate committed a total breach of the insurance contract by not accepting Kenick's demand for full policy limits for her NIED claim is hereby dismissed with prejudice.

DATED this ____ day of _____, 2006.

_____
Honorable Timothy M. Burgess
U.S. District Court Judge

CERTIFICATE OF SERVICE
I hereby certify that on the
15th day of June, 2006, a true and
correct copy of the foregoing document was
electronically served on the
following counsel/parties of record:

Mark A. Sandberg, Esq.
Sandberg, Wuestenfeld & Corey
701 West 8th Avenue, Suite 1100
Anchorage, AK  99501

WILKERSON HOZUBIN

By: s/Rebecca J. Hozubin
1000/788/plead/Dec Act/MSJ NIED-Order