Rebecca J. Hozubin
310 K Street, Suite 405
Phone: 907 276-5297
Fax: 907 276-5291
E-mail: rebecca@wilkersonlaw.net
AK Bar No. 9806016

Attorneys for Plaintiff Allstate

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ALLSTATE INSURANCE COMPANIES, )<br>　　　　　　　　　　　　　　　　)<br>　　　　　Plaintiffs,　　)<br>　　　　　　　　　　　　　　　　)<br>　vs.　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　)<br>CHARLES HERRON,　　　　　　　　)<br>　　　　　　　　　　　　　　　　)<br>　　　　　Defendant.　　　)<br>_____) | Case No. A04-0043 CV (TMB) |

**MOTION TO ESTABLISH LAW OF THE CASE**

Allstate, through counsel, Wilkerson Hozubin, moves the court for an order excluding all evidence regarding its alleged mishandling of first-party medical payments claims[1] in this third-party insurer bad faith case. This motion is supported by the attached memorandum and exhibit, and a proposed order is filed herewith.

---

[1] Angelina Trailov, and others, had first-party medical payments coverage from Allstate and received medical payments limits. To the extent Herron seeks to inject a potential underinsured motorist claim into this action and/or seeks to introduce irrelevant evidence regarding Allstate's supposed failure properly to investigate or adjust first-party claims, such evidence should be excluded for the reasons set forth in the memorandum.

1

DATED this 16th day of June, 2006, at Anchorage, Alaska.

           WILKERSON HOZUBIN
           Attorneys for Plaintiff

By: s/Rebecca J. Hozubin
    Rebecca J. Hozubin
    310 K Street, Suite 405
    Phone: 907 276-5297
    Fax: 907 276-5291
    E-mail: rebecca@wilkersonlaw.net
    Attorneys for Plaintiff Allstate
    AK Bar No. 9806016

**CERTIFICATE OF SERVICE**
I hereby certify that on
June 16, 2006, a true and
correct copy of the foregoing was
served electronically on the following:

Mark A. Sandberg, Esq.
Sandberg, Wuestenfeld & Corey
701 West 8th Avenue, Suite 1100
Anchorage, AK  99501


WILKERSON HOZUBIN

By:   s/Rebecca J. Hozubin
1000.788/plead/Dec Action/Mtn to Establish Law of Case