Rebecca J. Hozubin
Wilkerson Hozubin
310 K Street, Suite 405
Phone: 907 276-5297
Fax: 907 276-5291
E-mail: rebecca@wilkersonlaw.net
AK Bar #9806016

Attorneys for Plaintiff Allstate

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| ALLSTATE INSURANCE COMPANIES, | ) |
|---|---|
| Plaintiffs, | ) ) ) |
| vs. | ) ) |
| CHARLES HERRON, | ) ) |
| Defendant. | ) ) |
| | ) Case No. A04-0043 CV (TMB) |

**PROPOSED**
**ORDER GRANTING MOTION TO ESTABLISH LAW OF THE CASE**

THIS COURT, having reviewed plaintiff's Motion to Establish Law of the Case, and any and all opposition thereto, finds the motion well taken. The motion is GRANTED.

Any and all evidence regarding Allstate's handling of first-party claims is excluded from all motion practice and the trial.

DATED this ____ day of _____, 2006.

_____
Honorable Timothy M. Burgess
U.S. District Court Judge

CERTIFICATE OF SERVICE
I hereby certify that on the
16th day of June, 2006, a true
and correct copy of the foregoing
document was electronically served on the
following counsel/parties of record:

Mark A. Sandberg, Esq.
Sandberg, Wuestenfeld & Corey
701 West 8th Avenue, Suite 1100
Anchorage, AK   99501


WILKERSON HOZUBIN

By: s/Rebecca J. Hozubin
1000/788/plead/Dec Act/Mtn to Establish Law of Case-Order