Market Claim Office
**Allstate Insurance Company**
7033 E. Tudor Road
Anchorage, AK 99507-1275
Bus: (907) 338-7750



August 22, 2003

Hedland, Brennan, Heideman & Cooke
Attn: Jim Valcarce
P.O. Box 555
Bethel, AK 99559

Claim Number: 3322751094 AKB
Our Insured:   Margaret Herron
Date of Loss:  September 14, 2003
Your Client:   Charles Herron

Dear Mr. Valcarce:

Per your request, enclosed are copies of the certified declarations page, policy and applicable endorsements explaining the coverage available to Mr. Herron for this accident. If you have any questions please call me at 269-6174.

Sincerely,

Kathy Berry
Kathy Berry
Staff Claim Service Adjuster

cc: Mark Wilkerson

Exhibit ____1____
Page _1_ of _73_

703260

National Support Center
**Allstate Insurance Company**
1819 Electric Road S.W.
Roanoke, VA 24018-1618
Bus: (540) 989-2200



Claim# _332 275 1094_

OCT 0 3 2002
RECEIVED

To Whom It May Concern:

I, Kathy Collard, employee of Allstate Insurance Company, Roanoke, Virginia, do certify

that the enclosed is a copy of Policy Number _020 469 309_,

in the name of _Robert E & Margaret R Herron_,

showing the coverages that were on the policy at the time of loss of _9-14-02_.

_Kathy Collard_
Claim Support

State of Virginia, County of Roanoke

On this _1st_ day of _October_, 2002, before me

personally appeared Kathy Collard to me known to be the person who executed the

foregoing instrument and acknowledged that she executed the same as a free act and

deed.

_Kim Ferguson_
Notary Public

My Commission Expires:

KIM FERGUSON
NOTARY PUBLIC
COMMONWEALTH OF VIRGINIA
MY COMMISSION EXPIRES 12/31/2005

Exhibit 1
Page 2 73

703261

*Malone and CO Inc I*
*Po2169/401 Rdgcrst B*
*Bethel AK 99559*

**Your Quick Insurance Check**

✓ Verify vehicles and drivers listed on the Policy Declarations and ID cards.

✓ Verify the vehicle Identification number (VIN) listed on these documents; its accuracy could affect your premium.

✓ This is not a bill.

Robert E & Margaret R
Herron
PO Bx 602
Bethel AK 99559-0602

### A Copy of Your Policy Declarations

A duplicate of your most recent Policy Declarations has been enclosed for your review.

If you have any questions or concerns about the information listed there, please contact me at (907) 543-2934.

Thanks again — it's a pleasure serving you.

Malone and CO Inc I

AUTO *5101051020823030001411001* Information as of    August 23, 2002

NA1

703262

0208230300141          02057286          Information as of          August 23, 2002

4   73

703263

## Allstate Insurance Company

### RENEWAL
# Auto Policy Declarations

## Summary

**NAMED INSURED(S)**
Robert E & Margaret R
Herron
PO Bx 602
Bethel AK 99559-0602

**YOUR ALLSTATE AGENT IS**
Malone and CO Inc I
(907) 543-2934

Po2169/401 Rdgcrst B
Bethel AK 99559

**YOUR BILL**
lists your payment options.

**POLICY NUMBER**
0 20 469309 12/16

**POLICY PERIOD**
June 16, 2002 to Dec. 16, 2002 at 12:01 a.m. standard time

**DRIVER(S) LISTED**
Robert E          Margaret R
Robert Jr         Charles

**DRIVER(S) EXCLUDED**
None

| VEHICLES COVERED | VEHICLE ID NUMBER | LIENHOLDER |
|---|---|---|
| 1.  93  Ford Truck | 1FTHX26M5PKA20926 | None |
| 2.  85  Subaru | JF1AF21BXFA115695 | None |
| 3.  00  Nissan Frontier | 1NGED27Y5YC344495 | Desert Schools Federal Credit Unio |
| 4.  02  Toy. Truck Tacoma | 5TEHN72NX2Z012472 | Toyota Motor Credit Corp |

## Total Premium

| | |
|---|---|
| Premium for 93 Ford Truck | $263.37 |
| Premium for 85 Subaru | $1,028.54 |
| Premium for 00 Nissan Frontier | $1,503.76 |
| Premium for 02 Toy. Truck Tacoma | $497.15 |
| **TOTAL** | **$3,292.82** |

✓  *Your total premium reflects a combined discount of $1,539.99*

✓  *Your total premium reflects a combined surcharge of $196.03*

*Your Policy Effective Date is June 16, 2002*

*Your premium includes a rate increase approved by the Alaska Division of Insurance.*

Exhibit    1
Page    5    of    73

703264

# Allstate Insurance Company

Policy Number : 0 20 469309 12/16     Your Agent: · Malone and CO Inc I (907) 543-2934
Policy Effective Date: June 16, 2002

COVERAGE FOR VEHICLE # 1

## 1993 Ford Truck

| COVERAGE | LIMITS | | DEDUCTIBLE | PREMIUM |
|---|---|---|---|---|
| Automobile Liability Insurance | | | Not Applicable | $115.70 |
| • Bodily Injury | $100,000 | each person | | |
| | $300,000 | each occurrence | | |
| • Property Damage | $50,000 | each occurrence | | |
| Automobile Medical Payments | $25,000 | each person | Not Applicable | $18.64 |
| Auto Comprehensive Insurance | Actual Cash Value | | $500 | $44.52 |
| Uninsured Motorists Insurance | | | | $84.51 |
| • Bodily Injury | $100,000 | each person | Not Applicable | |
| | $300,000 | each accident | | |
| • Property Damage | $25,000 | each accident | $250 | |
| **Total Premium for 93 Ford Truck** | | | | **$263.37** |

## DISCOUNTS  Your premium for this vehicle reflects the following discounts:

| | | | |
|---|---|---|---|
| Multiple Car | $39.76 | Multiple Policy | $19.88 |
| Utility Car | $6.21 | Premier | $19.88 |

## RATING INFORMATION
This vehicle is driven a maximum of 7,500 miles per year, 0-3 miles to work/school, with no unmarried driver under 25, good driver rate

Information as of
August 23, 2002    **Page**   2
AK010RBD

Exhibit ___1___
Page_6_ of _73_

703265

# Allstate Insurance Compa...y

**Policy Number : 0 20 469309 12/16**    Your Agent:  Malone and CO Inc I  (907) 543-2934
**Policy Effective Date: June 16, 2002**

COVERAGE FOR VEHICLE # 2
## 1985 Subaru

| COVERAGE | LIMITS | | DEDUCTIBLE | PREMIUM |
|---|---|---|---|---|
| Automobile Liability Insurance | | | Not Applicable | $883.25 |
| • Bodily Injury | $100,000 | each person | | |
| | $300,000 | each occurrence | | |
| • Property Damage | $50,000 | each occurrence | | |
| Automobile Medical Payments | $25,000 | each person | Not Applicable | $63.59 |
| Auto Comprehensive Insurance | Actual Cash Value | | $500 | $18.78 |
| Uninsured Motorists Insurance for Bodily Injury | $100,000 | each person | Not Applicable | $62.92 |
| | $300,000 | each accident | | |
| **Total Premium for 85 Subaru** | | | | **$1,028.54** |

## DISCOUNTS
Your premium for this vehicle reflects the following discounts:

| | | | |
|---|---|---|---|
| Good Student | $229.92 | Multiple Car | $94.76 |
| Multiple Policy | $107.29 | Economy Car | $93.03 |

## SURCHARGES
Your premium for this vehicle reflects the following surcharges:

| | | | |
|---|---|---|---|
| Inexperienced Operator | $45.86 | Good Driver Pin-Chargeable Acc | $150.17 |

## RATING INFORMATION
This vehicle is driven a maximum of 7,500 miles per year, 0-3 miles to work/school, unmarried male age 17

AUTO *51000510208230300141 1003*

Exhibit _____ 1

Page ___7___ of __73__

703266

# Allstate Insurance Company

Policy Number : 0 20 469309 12/16      Your Agent:   Malone and CO Inc I  (907) 543-2934
Policy Effective Date: June 16, 2002

COVERAGE FOR VEHICLE # 3

## 2000 Nissan Frontier

| COVERAGE | LIMITS | | DEDUCTIBLE | PREMIUM |
|---|---|---|---|---|
| Automobile Liability Insurance | | | Not Applicable | $601.60 |
| • Bodily Injury | $100,000 | each person | | |
| | $300,000 | each occurrence | | |
| • Property Damage | $50,000 | each occurrence | | |
| Automobile Medical Payments | $25,000 | each person | Not Applicable | $33.19 |
| Auto Collision Insurance | Actual Cash Value | | $500 | $587.55 |
| Auto Comprehensive Insurance | Actual Cash Value | | $500 | $216.70 |
| Uninsured Motorists Insurance | | | | $64.72 |
| • Bodily Injury | $100,000 | each person | Not Applicable | |
| | $300,000 | each accident | | |
| • Property Damage | $25,000 | each accident | $250 | |
| **Total Premium for 00 Nissan Frontier** | | | | **$1,503.76** |

## DISCOUNTS  Your premium for this vehicle reflects the following discounts:

| | | | |
|---|---|---|---|
| Multiple Car | $133.07 | Passive Restraint | $14.22 |
| Multiple Policy | $159.89 | Antilock Brakes | $132.12 |
| Utility Car | $206.91 | | |

## RATING INFORMATION

This vehicle is driven a maximum of 7,500 miles per year, 0-3 miles to work/school, unmarried male age 20, good driver rate

Information as of      **Page**   4
August 23, 2002
AX010RBD

Exhibit____(____
Page__8__of_73



703267

# Allstate Insurance Company

**Policy Number : 0 20 469309 12/16**
**Policy Effective Date: June 16, 2002**

Your Agent:    Malone and CO Inc I  (907) 543-2934

COVERAGE FOR VEHICLE # 4

## 2002 Toy. Truck Tacoma

| COVERAGE | LIMITS | | DEDUCTIBLE | PREMIUM |
|---|---|---|---|---|
| Automobile Liability Insurance | | | Not Applicable | $168.93 |
| • Bodily Injury | $100,000 | each person | | |
| | $300,000 | each occurrence | | |
| • Property Damage | $50,000 | each occurrence | | |
| Automobile Medical Payments | $25,000 | each person | Not Applicable | $15.03 |
| Auto Collision Insurance | Actual Cash Value | | $500 | $179.24 |
| Auto Comprehensive Insurance | Actual Cash Value | | $500 | $69.23 |
| Uninsured Motorists Insurance | | | | $64.72 |
| • Bodily Injury | $100,000 | each person | Not Applicable | |
| | $300,000 | each accident | | |
| • Property Damage | $25,000 | each accident | $250 | |
| **Total Premium for 02 Toy. Truck Tacoma** | | | | **$497.15** |

## DISCOUNTS

Your premium for this vehicle reflects the following discounts:

| | | | |
|---|---|---|---|
| Multiple Car | $77.07 | Passive Restraint | $6.45 |
| Multiple Policy | $48.04 | Antilock Brakes | $38.68 |
| Utility Car | $64.77 | Premier | $48.04 |

## RATING INFORMATION

This vehicle is driven a maximum of 7,500 miles per year, 0-3 miles to work/school, with no unmarried driver under 25, good driver rate

AUTO *510005102082309300141110004*

Information as of
August 23, 2002

**Page    5**
AX010RBD

Exhibit_____ 1

Page___9___ of _73_

703268

# Allstate Insurance Company

Policy Number : 0 20 469309 12/16    Your Agent:    Malone and CO Inc I (907) 543-2934
Policy Effective Date: June 16, 2002

## *Your Policy Documents*

Your auto policy consists of this Policy Declarations and the documents listed below.  Please keep these together.
- Alaska Auto Policy form AU151                    - Alaska Auto Amendatory End form AU1512-9
- Amendment of Policy Provisions form AU2306        - Loss Payable Clause Endorsement form AU166

If you are at least 55 years old and retired, we offer a 55 and Retired Discount that you may be eligible to receive.  For information about additional qualifications, please contact your agent.

IN WITNESS WHEREOF, **Allstate** has caused this policy to be signed by its Secretary and its President at Northbrook, Illinois, and if required by state law, this policy shall not be binding unless countersigned on the Policy Declarations by an authorized agent of **Allstate**.

Edward M. Liddy
President

Robert W. Pike
Secretary



Exhibit_____ I
Page__ 10 of 73

703269

**Allstate Insurance Compa..**

Policy Number : D 20 469309 12/16    Your Agent:   Malone and CO Inc I  (907) 543-2934
Policy Effective Date: June 16, 2002

# Important Notice

## 3rd PARTY DESIGNATION SELECTION FORM

Alaska law permits insured persons 70 years of age or older to designate a third party to receive copies of any cancellation or non-renewal notice. To designate a third party, you must submit a written request or complete this form and mail it to the address listed below.

I, _____, request Allstate to list

Name _____

Address _____

City _____ State _____

Zip Code _____

as third party designee on my insurance policy/policies. I understand that this person will receive copies of all cancellation and non-renewal notices with regard to my insurance policy/policies.

Signature _____ Date _____

Policy Number(s) _____
(Please note: You must list <u>all</u> policies for which you want third party notification)

You may terminate the third party designee named above from your policy by mailing notice to the following address:

Allstate Insurance Company
Allstate Indemnity Company
P. O. Box 40023
1819 Electric Rd. SW
Roanoke, VA 24022-9813

If you have any questions regarding this notice or your policy in general, please contact your Allstate representative.

X7162

AUTO *51000510208230300141105*



Exhibit____ l
Page ll of 73

703270

# Allstate Insurance Company

Policy Number : 0 20 469309 12/16 Your Agent: Malone and CO Inc I (907) 543-2934
Policy Effective Date: June 16, 2002

Exhibit_____ l
Page 12 of 73

703271

# Allstate Insurance Company

Policy Number : 0 20 469309 12/16      Your Agent:    Malone and CO Inc I  (907) 543-2934
Policy Effective Date: June 16, 2002

# Important Notice

## *Optional Lease Or Loan Gap Coverage Is Now Available Under Your Allstate Policy.*

Lease Or Loan Gap Coverage is a new optional coverage now available for an additional premium under your Allstate auto policy. When there has been a total loss due to physical damage or theft of an auto and the amount you owe under the terms of your auto lease or loan exceeds the actual cash value of the auto, Lease Or Loan Gap Coverage would pay the difference between these amounts.

Lease Or Loan Gap Coverage applies only if you pay a separate premium for this coverage, you have both Auto Collision and Auto Comprehensive Insurance in effect under this policy, and the loss is covered under either coverage.  Other terms and conditions may apply.

If you are interested in purchasing Lease Or Loan Gap Coverage, please do not hesitate to contact your Allstate representative.

X67050

AUTO *51000510208230300141100B*



Exhibit _____ 1

Page 13 of 73

703272

**Allstate Insurance Company**

Policy Number : 0 20 469309 12/16       Your Agent:   Malone and CO Inc I  (907) 543-2934
Policy Effective Date: June 16, 2002

# Important Notice

## *Alaska Uninsured And Underinsured Motorists Insurance Offer*

ALLSTATE OFFERS YOU THE OPPORTUNITY TO PURCHASE COVERAGE WHICH, SUBJECT TO THE TERMS AND CONDITIONS OF YOUR POLICY, PROVIDES VALUABLE PROTECTION FOR YOU AND OTHERS LISTED ON YOUR POLICY. **PLEASE READ THIS FORM CAREFULLY.**

Allstate is offering you the opportunity to purchase, change, reject or keep your existing coverage limits for Uninsured and Underinsured Motorists Insurance for Bodily Injury. In addition, you have the opportunity to purchase, reject or keep your existing coverage limit for Uninsured and Underinsured Motorists Insurance for Property Damage. Your enclosed Policy Declarations indicates whether you currently have Uninsured and Underinsured Motorists Insurance for Bodily Injury and/or Property Damage, and if so, your existing limits for these coverages. Please refer to your Policy Declarations while reading this offer.

**Uninsured and Underinsured Motorists Insurance for Bodily Injury**
If you choose and pay the applicable premium for Uninsured and Underinsured Motorists Insurance for Bodily Injury, you and other persons insured by your policy are insured for damages that the insured person is legally entitled to recover from the owner or operator of an uninsured or underinsured auto due to bodily injury sustained by the insured person in an accident involving an uninsured or underinsured auto.

**An Uninsured Auto is:**

- a motor vehicle which has no bodily injury or property damage liability bond or insurance in effect at the time of the accident;
- a motor vehicle insured by an insurance company that denies coverage or becomes insolvent; or
- a hit-and-run motor vehicle, if the identities of the owner and operator are unknown.

**An Underinsured Auto is:**

- a motor vehicle which has a bodily injury or property damage insurance policy or bond in effect and applicable at the time of the accident but in an amount less than the amount the insured person is legally entitled to recover for bodily injury or property damage from the owner or operator of the underinsured motor vehicle.

**Available Coverage Limits and Applicable Premiums**
If you choose to purchase Uninsured and Underinsured Motorists Insurance for Bodily Injury, the premium you will pay for this coverage will vary depending on: (1) the limits you select and (2) the number of vehicles you insure with Allstate under your policy.

The following chart shows the coverage limits available and the cost of Uninsured and Underinsured Motorists Insurance for Bodily Injury. (Keep in mind that your premium will vary depending on the above-listed factors.)

| Uninsured/Underinsured Motorists Coverage for Bodily Injury—Available Limits | 1 vehicle | 2 vehicles | 3 vehicles | 4 vehicles |
|---|---|---|---|---|
| $50,000 each person/$100,000 each accident | $ 38.40 | $ 71.00 | $103.60 | $ 136.20 |
| $100,000 each person/$300,000 each accident | 74.11 | 137.03 | 199.95 | 262.87 |
| $200,000 each person/$300,000 each accident | 97.15 | 179.63 | 262.11 | 344.59 |

**Page 1**

Exhibit  I
Page 14 of 23



703273

# Allstate Insurance Company

Policy Number : 0 20 469309 12/16     Your Agent:   Malone and CO Inc I (907) 543-2934
Policy Effective Date: June 16, 2002

| | | | | |
|---|---|---|---|---|
| $300,000 each person/$300,000 each accident | 105.22 | 194.54 | 283.86 | 373.18 |
| $250,000 each person/$500,000 each accident | 133.25 | 246.37 | 359.49 | 472.61 |
| $300,000 each person/$500,000 each accident | 134.78 | 249.21 | 363.64 | 478.07 |
| $500,000 each person/$500,000 each accident | 149.76 | 276.90 | 404.04 | 531.18 |
| $500,000 each person/$1,000,000 each accident | 163.20 | 301.75 | 440.30 | 578.85 |
| $1,000,000 each person/$1,000,000 each accident | 246.91 | 456.53 | 666.15 | 875.77 |
| $1,000,000 each person/$2,000,000 each accident | 311.42 | 575.81 | 840.20 | 1104.59 |
| $2,000,000 each person/$2,000,000 each accident | 364.80 | 674.50 | 984.20 | 1293.90 |

**You have the following coverage options with respect to Uninsured and Underinsured Motorists Insurance for Bodily Injury:**

1) If you already have Uninsured and Underinsured Motorists Insurance for Bodily Injury, you may keep your current limits as shown on the enclosed Policy Declarations.

2) If you already have Uninsured and Underinsured Motorists Insurance for Bodily Injury, you may elect to change your current limits to any of the other limits listed above.

3) If you already have Uninsured and Underinsured Motorists Insurance for Bodily Injury, you may now elect to drop this coverage completely.

4) If you do not currently have Uninsured and Underinsured Motorists Insurance for Bodily Injury, you may continue to choose not to carry this coverage.

5) If you do not currently have Uninsured and Underinsured Motorists Insurance for Bodily Injury, you may now elect to purchase it at any of the limits listed above.

### *Uninsured and Underinsured Motorists Insurance for Property Damage*

Additionally, Uninsured and Underinsured Motorists Insurance for Property Damage is available. If you choose this coverage and pay the applicable premium, Uninsured and Underinsured Motorists Insurance for Property Damage will pay for covered property damage you are legally entitled to recover from the owner or operator of an uninsured or underinsured auto. You may choose to purchase this coverage at a limit of $25,000 (the only limit available), or you may choose not to carry this protection.

If you choose to purchase Uninsured and Underinsured Motorists Insurance for Property Damage, your premium will vary based on: (1) the number of vehicles you insure with Allstate under your policy; (2) whether or not you have chosen to purchase Auto Collision Insurance; and (3) if you have purchased Auto Collision Insurance, the specific deductible you have selected for that coverage.

The chart below shows the premium for each vehicle insured depending on the above factors.

| If applicable, Collision Insurance, and Deductible Amount | Premium Per Vehicle |
|---|---|
| No Collision Insurance | $10.40 |
| $50 Deductible | $ 0.10 |
| $100 Deductible | $ 0.10 |

AUTO *51000510208230900141107*

Exhibit_____ I_____

Page  15  of  73



703274

# Allstate Insurance Company

Policy Number : 0 20 469309 12/16        Your Agent:   Malone and CO Inc I  (907) 543-2934
Policy Effective Date: June 16, 2002

| $150 Deductible | $ 0.10 |
|---|---|
| $200 Deductible | $ 0.10 |
| $250 Deductible | $ 0.10 |
| $500 Deductible | $ 1.80 |
| $1,000 Deductible | $ 2.20 |

For example, if you have two vehicles insured on your policy, one with a $500 Collision Insurance deductible and one without Collision Insurance, your premium for Uninsured and Underinsured Motorists Insurance for Property Damage for these vehicles would be $12.20 ($1.80 + $10.40).

Your decision regarding Uninsured and Underinsured Motorists Insurance is important, so please consider your options carefully. If you wish to make any changes to your current coverage, please contact your agent. Otherwise, your Uninsured and Underinsured Motorists Insurance coverage, if any, will continue as indicated on your enclosed Policy Declarations.

If you have any questions about this offer or your insurance in general, be sure to contact your agent.

**XC10**

Page 3

Exhibit _____ l
Page _16_ of _73_



703275

## Allstate Insurance Company

Policy Number : D 20 469309 12/16    Your Agent:  Malone and CO Inc I  (907) 543-2934
Policy Effective Date: June 16, 2002

# Important Notice

### *Rental Reimbursement Coverage is available*

Your policy does not currently include Rental Reimbursement Coverage. Rental Reimbursement Coverage, subject to policy terms, limits, and exclusions, provides reimbursement for a rental car in the unfortunate event that your automobile cannot be driven due to a covered collision or comprehensive loss. The following Rental Reimbursement Coverage limits are now available: $20/day, $30/day, $40/day, $50/day, and $100/day. With a reasonable six-month premium, the coverage is truly a great value.

If you have any questions regarding the coverage options described in this notice or would like to change your coverage based on the options available, please contact your Allstate agent.

X6996

AUTO *51000510208230300141108*



Exhibit ____1____
Page _17_ of _73_



703276

**Allstate Insurance Comp    .y**

Policy Number : 0 20 469309 12/16        Your Agent:    Malone and CO Inc I (907) 543-2934
Policy Effective Date: June 16, 2002

# Important Notice

### Information About Our Good Student Discount

We offer a discount on most major coverages of up to 15% that you or a driver on your policy may qualify for
— the Good Student Discount

If a driver in your household is unmarried, under the age of twenty-five, and is currently enrolled as a full-time
student — including home study programs — he or she might qualify for the Good Student Discount. To find
out if you or other drivers on your policy qualify for this discount, please call your Allstate agent. Your agent
can explain the complete qualifications and specific academic requirements.

Please note that if a driver on your policy qualifies for both the Resident Student Discount and the Good
Student Discount, only the Resident Student Discount will apply.

X7127

Exhibit____1_____

Page__18__ of _73_



703277

**Allstate Insurance Company**

Policy Number : 0 20 459309 12/16          Your Agent:   Malone and CO Inc I (907) 543-2934
Policy Effective Date: June 16, 2002

# Important Notice

*Information Regarding The Defensive Driver Discount*

If you or other drivers listed on your Policy Declarations qualify, the Defensive Driver Discount may save you up to 5% on many of the major coverages of your auto policy.

In order to qualify for the Defensive Driver Discount, a driver must:

- be age 55 or older,
- request that the discount apply at the renewal of the policy,
- be the principal operator of a vehicle listed on the Policy Declarations, and
- have voluntarily taken and successfully completed a motor vehicle accident prevention course approved by the Department of Public Safety within the three years prior to requesting the discount.

After successful completion of the course, you must provide your agent with documentation issued by the sponsor of the course that states the date of completion. If you do not currently have an agent, you may submit your documentation to the nearest Allstate agent's office. If all qualifications are met, the Defensive Driver Discount will be applied to your policy at the next renewal for a maximum of three years after completion of the course.

Please note that the discount will be applied for no more than three years after the date of successful completion of an approved course. In order to continue to receive the discount after that time, you will need to once again successfully complete an approved course and provide proof of completion to your agent.

If you have any questions regarding the Defensive Driver Discount or your policy in general, please contact your agent, broker or producer of record.

X6814

AUTO *510005102082303001411009*

Exhibit_____ (
Page __19__ of __73__


703278

**Allstate Insurance Company**

Policy Number : 0 20 469309 12/16    Your Agent:   Malone and CO Inc I  (907) 543-2934
Policy Effective Date: June 16, 2002

# Important Notice

## *Important Information About Your Auto Policy*

The enclosed Policy Declarations lists important information about your policy, such as your address, the vehicles you've insured, the vehicle identification numbers (VIN) assigned to your insured vehicles, the drivers insured, and the coverages and coverage limits you've chosen. Your Policy Declarations also lists any discounts and surcharges applied to your policy.

Because much of the information found on your Policy Declarations is used to help us determine your premium, please be sure to review your Policy Declarations carefully each time you receive one. You may want to add coverage, delete coverage or change your coverage limits—or you may want to change the information concerning the vehicles or drivers your policy insures.

Another thing to keep in mind is that you may now qualify for discounts that you previously were not eligible to receive. For instance, Allstate offers discounts for:

- drivers who are age 55 and over;
- young drivers, including students under the age of 25; and
- drivers who have completed approved driver training courses.

Please contact your Allstate representative for additional information about discount qualifications, as well as other discounts that may be available.

### *Making changes to your policy*
If you need to make a change to any of the information listed on your Policy Declarations, please notify your Allstate representative of the change as soon as possible. With a few exceptions, **any changes will be effective as of the date you notify us.**

If you have any questions about this notice, or if you need to update any of the information listed on the enclosed Policy Declarations, please contact your Allstate representative.

X67101

Exhibit _____ (
Page _20_ of _73_


703279

**Allstate Insurance Company**

Policy Number : 0 20 469309 12/16        Your Agent:   Malone and CO Inc I  (907) 543-2934
Policy Effective Date: June 16, 2002

# Important Notice

### *Request For Review*
You may, by written request, obtain pertinent information concerning the insurance rates affecting you.

You may request, in writing, that we review the manner in which our insurance rates have been applied to you. If you make such a written request for review, we will provide you an opportunity to be heard in person (or through your representative) on that request. If we do not respond to your written request for review within 30 days, or if we reject your request (in which instance you shall receive written notice of this action), you have the right to appeal our action on your request to the Director of Insurance within 30 days after our written notice of rejection (or our failure to respond within 30 days). The Director may, in a hearing held not less than 10 days after written notice is provided to you and to us, affirm or reverse our action on the request for review.

**X5650**

AUTO *51000510208230300141110I0*



Exhibit_____ |_____
Page 21 of 73


703280

Exhibit_____ l_____

Page 22 of 73


703281

AUTO *5102061103002350101* information as of   Jun    2



# Allstate
# Automobile
# Insurance

## *A Quick Guide to This Package*

- **PROOF OF INSURANCE CARD**
  Attached at the right is one Proof of Insurance
  Card for each vehicle protected by the liability
  coverage of this policy. If you accept our renewal
  offer, place a card inside the applicable vehicle.

- **POLICY DECLARATIONS**
  The Policy Declarations section contains detailed
  information about your policy such as drivers,
  vehicles, coverages, limits, and premiums.
  Please take a moment to check this information.

- **IMPORTANT NOTICE**
  The Important Notice section provides you with
  explanations about insurance issues or any other
  policy information that we think may be helpful
  to you.

- **QUESTIONS**
  Do you have any questions about this package?
  Just call your Allstate agent.

This is not a bill.

IDAK

---

### Alaska
### Proof of Insurance Card

## Allstate Insurance Company

Robert E & Margaret R
Herron
PO Bx 602
Bethel AK 99559-0602

| | |
|---|---|
| POLICY NUMBER | YEAR / MAKE / MODEL |
| 0 20 469309 12/16 | 93  Ford Truck |
| EFFECTIVE DATE | VEHICLE ID NUMBER |
| 06/16/02 | 1FTHX26M5PKA20926 |
| EXPIRATION DATE | |
| 12/16/02 | |

*This card should be carried in the vehicle at all times as evidence of insurance.*

### Alaska
### Proof of Insurance Card

## Allstate Insurance Company

Robert E & Margaret R
Herron
PO Bx 602
Bethel AK 99559-0602

| | |
|---|---|
| POLICY NUMBER | YEAR / MAKE / MODEL |
| 0 20 469309 12/16 | 85  Subaru |
| EFFECTIVE DATE | VEHICLE ID NUMBER |
| 06/16/02 | JF1AF21BXFA115695 |
| EXPIRATION DATE | |
| 12/16/02 | |

*This card should be carried in the vehicle at all times as evidence of insurance.*

### Alaska
### Proof of Insurance Card

## Allstate Insurance Company

Robert E & Margaret R
Herron
PO Bx 602
Bethel AK 99559-0602

| | |
|---|---|
| POLICY NUMBER | YEAR / MAKE / MODEL |
| 0 20 469309 12/16 | 00  Nissan Frontier |
| EFFECTIVE DATE | VEHICLE ID NUMBER |
| 06/16/02 | 1NGED27Y5YC344495 |
| EXPIRATION DATE | |
| 12/16/02 | |

*This card should be carried in the vehicle at all times as evidence of insurance.*

### Alaska
### Proof of Insurance Card

## Allstate Insurance Company

Robert E & Margaret R
Herron
PO Bx 602
Bethel AK 99559-0602

| | |
|---|---|
| POLICY NUMBER | YEAR / MAKE / MODEL |
| 0 20 469309 12/16 | 02  Toy. Truck Tacoma |
| EFFECTIVE DATE | VEHICLE ID NUMBER |
| 06/16/02 | 5TEHN72NX2Z012472 |
| EXPIRATION DATE | |
| 12/16/02 | |

*This card should be carried in the vehicle at all times as evidence of insurance.*

Exhibit_____ 1

Page _23_ of _73_



703282

**If you have an accident or loss:**

- Get medical attention If needed.

- Notify the police immediately.

- Obtain names, addresses, phone numbers (work & home) and license plate numbers of all persons involved including passengers and witnesses.

- Contact your Allstate agent as soon as possible.

    Malone and CO Inc I
    (907) 543-2934
    Po2169/401 Rdgcrst B
    Bethel AK 99559

- If you are unable to contact your Allstate agent, call the Allstate Claim Office nearest to your home (check the phone book). If you are out of town, contact the nearest Allstate office.

**If you have an accident or loss:**

- Get medical attention if needed.

- Notify the police immediately.

- Obtain names, addresses, phone numbers (work & home) and license plate numbers of all persons involved including passengers and witnesses.

- Contact your Allstate agent as soon as possible.

    Malone and CO Inc I
    (907) 543-2934
    Po2169/401 Rdgcrst B
    Bethel AK 99559

- If you are unable to contact your Allstate agent, call the Allstate Claim Office nearest to your home (check the phone book). If you are out of town, contact the nearest Allstate office.

**If you have an accident or loss:**

- Get medical attention if needed.

- Notify the police immediately.

- Obtain names, addresses, phone numbers (work & home) and license plate numbers of all persons involved including passengers and witnesses.

- Contact your Allstate agent as soon as possible.

    Malone and CO Inc I
    (907) 543-2934
    Po2169/401 Rdgcrst B
    Bethel AK 99559

- If you are unable to contact your Allstate agent, call the Allstate Claim Office nearest to your home (check the phone book). If you are out of town, contact the nearest Allstate office.

**If you have an accident or loss:**

- Get medical attention If needed.

- Notify the police immediately.

- Obtain names, addresses, phone numbers (work & home) and license plate numbers of all persons involved including passengers and witnesses.

- Contact your Allstate agent as soon as possible.
    Malone and CO Inc I
    (907) 543-2934
    Po2169/401 Rdgcrst B
    Bethel AK 99559

- If you are unable to contact your Allstate agent, call the Allstate Claim Office nearest to your home (check the phone book). If you are out of town, contact the nearest Allstate office.

Exhibit_____ 1

Page 24 of 73



703283



AUTO *5102082303001410101* Information as of  Aug,       2002

# Allstate
# Automobile
# Insurance

## *A Quick Guide to This Package*

- **PROOF OF INSURANCE CARD**
  Attached at the right is one Proof of Insurance
  Card for each vehicle protected by the liability
  coverage of this policy. If you accept our renewal
  offer, place a card inside the applicable vehicle.

- **POLICY DECLARATIONS**
  The Policy Declarations section contains detailed
  information about your policy such as drivers,
  vehicles, coverages, limits, and premiums.
  Please take a moment to check this information.

- **IMPORTANT NOTICE**
  The Important Notice section provides you with
  explanations about insurance issues or any other
  policy information that we think may be helpful
  to you.

- **QUESTIONS**
  Do you have any questions about this package?
  Just call your Allstate agent.

This is not a bill.

IDAK

---

### Alaska
### Proof of Insurance Card

## Allstate Insurance Company
Robert E & Margaret R
Herron
PO Bx 602
Bethel AK 99559-0602

| | |
|---|---|
| POLICY NUMBER | YEAR / MAKE / MODEL |
| 0 20 469309 12/16 | 93  Ford Truck |
| EFFECTIVE DATE | VEHICLE ID NUMBER |
| 05/16/02 | 1FTHX26M5PKA20926 |
| EXPIRATION DATE | |
| 12/16/02 | |

*This card should be carried in the vehicle at all times as evidence of insurance.*

### Alaska
### Proof of Insurance Card

## Allstate Insurance Company
Robert E & Margaret R
Herron
PO Bx 602
Bethel AK 99559-0602

| | |
|---|---|
| POLICY NUMBER | YEAR / MAKE / MODEL |
| 0 20 469309 12/16 | 85  Subaru |
| EFFECTIVE DATE | VEHICLE ID NUMBER |
| 05/16/02 | JF1AF21BXFA115695 |
| EXPIRATION DATE | |
| 12/16/02 | |

*This card should be carried in the vehicle at all times as evidence of insurance.*

### Alaska
### Proof of Insurance Card

## Allstate Insurance Company
Robert E & Margaret R
Herron
PO Bx 602
Bethel AK 99559-0602

| | |
|---|---|
| POLICY NUMBER | YEAR / MAKE / MODEL |
| 0 20 469309 12/16 | 00  Nissan Frontier |
| EFFECTIVE DATE | VEHICLE ID NUMBER |
| 05/16/02 | 1NGED27Y5YC344495 |
| EXPIRATION DATE | |
| 12/16/02 | |

*This card should be carried in the vehicle at all times as evidence of insurance.*

### Alaska
### Proof of Insurance Card

## Allstate Insurance Company
Robert E & Margaret R
Herron
PO Bx 602
Bethel AK 99559-0602

| | |
|---|---|
| POLICY NUMBER | YEAR / MAKE / MODEL |
| 0 20 469309 12/16 | 02  Toy. Truck Tacoma |
| EFFECTIVE DATE | VEHICLE ID NUMBER |
| 05/16/02 | 5TEHN72NX2Z012472 |
| EXPIRATION DATE | |
| 12/16/02 | |

*This card should be carried in the vehicle at all times as evidence of insurance.*

Exhibit_____



703284

**If you have an accident or loss:**

- Get medical attention if needed.

- Notify the police immediately.

- Obtain names, addresses, phone numbers (work & home) and license plate numbers of all persons involved including passengers and witnesses.

- Contact your Allstate agent as soon as possible.

    Malone and CO Inc I
    (907) 543-2934
    Po2169/401 Rdgcrst B
    Bethel AK 99559

- If you are unable to contact your Allstate agent, call the Allstate Claim Office nearest to your home (check the phone book). If you are out of town, contact the nearest Allstate office.

**If you have an accident or loss:**

- Get medical attention if needed.

- Notify the police immediately.

- Obtain names, addresses, phone numbers (work & home) and license plate numbers of all persons involved including passengers and witnesses.

- Contact your Allstate agent as soon as possible.

    Malone and CO Inc I
    (907) 543-2934
    Po2169/401 Rdgcrst B
    Bethel AK 99559

- If you are unable to contact your Allstate agent, call the Allstate Claim Office nearest to your home (check the phone book). If you are out of town, contact the nearest Allstate office.

**If you have an accident or loss:**

- Get medical attention if needed.

- Notify the police immediately.

- Obtain names, addresses, phone numbers (work & home) and license plate numbers of all persons involved including passengers and witnesses.

- Contact your Allstate agent as soon as possible.

    Malone and CO Inc I
    (907) 543-2934
    Po2169/401 Rdgcrst B
    Bethel AK 99559

- If you are unable to contact your Allstate agent, call the Allstate Claim Office nearest to your home (check the phone book). If you are out of town, contact the nearest Allstate office.

**If you have an accident or loss:**

- Get medical attention if needed.

- Notify the police immediately.

- Obtain names, addresses, phone numbers (work & home) and license plate numbers of all persons involved including passengers and witnesses.

- Contact your Allstate agent as soon as possible.

    Malone and CO Inc I
    (907) 543-2934
    Po2169/401 Rdgcrst B
    Bethel AK 99559

- If you are unable to contact your Allstate agent, call the Allstate Claim Office nearest to your home (check the phone book). If you are out of town, contact the nearest Allstate office.

Exhibit _____1_____

Page __26__ of __73__



703285

Exhibit _____ *I*

Page *27* of *73*

703286