

# Allstate
# Automobile
# Policy

Alaska

Allstate®

AU151 (7-89)

703287

Exhibit _____1_____

Page _28_ of _73_

# TABLE OF CONTENTS

|  | Page Number |
|---|---|
| When And Where The Policy Applies | 3 |
| Changes | 3 |
| Duty To Report Autos | 3 |
| Combining Limits Of Two Or More Autos Prohibited | 3 |
| Transfer | 3 |
| Cancellation | 3 |



**Part I — Automobile Liability Insurance (Coverages AA and BB)**

| | Page Number |
|---|---|
| Insuring Agreement | 4 |
| Additional Payments Allstate Will Make | 4 |
| Persons Insured | 5 |
| Insured Autos | 5 |
| Definitions | 6 |
| Exclusions — What is not covered | 6 |
| Financial Responsibility | 7 |
| Limits of Liability | 7 |
| If There Is Other Insurance | 7 |
| Assistance and Cooperation | 8 |
| Action Against Allstate | 8 |
| What To Do In Case Of An Auto Accident Or Claim | 8 |



**Part II — Automobile Medical Payments (Coverage CC)**

| | Page Number |
|---|---|
| Insuring Agreement | 8 |
| Persons Insured | 8 |
| Insured Autos | 9 |
| Definitions | 9 |
| Exclusions — What is not covered | 10 |
| Limits of Liability | 10 |
| If There Is Other Insurance | 11 |
| Assistance and Cooperation | 11 |
| Action Against Allstate | 11 |
| Subrogation Rights | 11 |
| Proof of Claim; Medical Reports | 11 |

**Part III — Automobile Death Indemnity Insurance (Coverage CM)**

| | Page Number |
|---|---|
| Insuring Agreement | 12 |
| Persons Insured | 12 |
| Definitions | 12 |
| Exclusions — What is not covered | 12 |
| Payment of Benefits; Autopsy | 12 |
| Consent of Beneficiary | 12 |
| Proof of Claim; Medical Reports | 13 |



**Part IV — Automobile Disability Income Protection (Coverage CW)**

| | Page Number |
|---|---|
| Insuring Agreement | 13 |
| Persons Insured | 13 |
| Definitions | 13 |
| Exclusions — What is not covered | 14 |
| To Whom and When Payment Is Made | 14 |
| Proof of Claim; Medical Reports | 14 |

**Part V — Uninsured Motorists Insurance (Coverage SS)**

| | Page Number |
|---|---|
| Insuring Agreement | 15 |
| Persons Insured | 15 |
| Definitions | 16 |
| Exclusions — What is not covered | 16 |
| Limits of Liability | 16 |
| If There Is Other Insurance | 17 |
| Proof of Claim; Medical Reports | 17 |
| Assistance and Cooperation | 17 |
| Trust Agreement | 17 |
| Payment of Loss by Allstate | 17 |
| Action Against Allstate | 18 |
| If We Cannot Agree | 18 |


703288

Page 29 of 73

TABLE OF CONTENTS

|  | Page Number |
| --- | --- |
| **Part VI — Protection Against Loss To The Auto (Coverages DD, DE, HH, HE, HF, HG, JJ, UU, ZA, ZZ)** | |

| Insuring Agreements For Each Coverage | 19 |
| Additional Payments Allstate Will Make | |
| Insured Autos | 21 |
| Definitions | 21 |
| Exclusions — What is not covered | 22 |
| Right to Appraisal | 22 |
| Payment of Loss by Allstate | 23 |
| Limits of Liability | 23 |
| If There Is Other Insurance | 24 |
| Action Against Allstate | 24 |
| Subrogation Rights | 24 |
| What You Must Do If There Is A Loss | 24 |

**INDEX OF POLICY PROVISIONS**   26

703289

Exhibit 1
Page 30 of 73

# ALLSTATE

## The Company Named In The Declarations

A Stock Company • Home Office • Northbrook, Illinois

The coverages of this policy apply only when a specific premium is indicated for them on the declarations page. If more than one **auto** is insured, a coverage premium will be shown for each **auto**. **Allstate**, relying upon the declarations, subject to all terms of the policy and for payment of the premiums, makes the following agreements with **you.**

### When And Where The Policy Applies

During the premium period, **your** policy applies to losses to the **auto**, accidents and occurrences within the United States of America, its territories or possessions or Canada, or between their ports.

### Changes

When **Allstate** broadens coverage during the premium period without charge, **you** have the new features if **you** have the coverage. Otherwise, the policy can be changed only by endorsement.

The premium for each **auto** is based on information in **our** possession. Any change(s) in this information will allow **us** to make an adjustment of the policy premium.

Any calculation of **your** premium or changes in **your** coverage will be made using the rules, rates, and forms on file, if required, for **our** use in **your** state.

### Duty To Report Autos

**You** must notify **us** within 60 days when **you** acquire an additional or replacement **auto.** If **you** don't, certain coverages of this policy may not apply.

### Combining Limits Of Two Or More Autos Prohibited

This provision applies only when **you** have two or more **autos** insured in **your** name.

If one of these **autos** is involved in an accident, the coverage limit will be as shown on the declarations page for that **auto.** If none of these **autos** is involved in the accident, **you** may select any single **auto** shown on the declarations page and the coverage limits applicable to that **auto** will apply.

In either case, coverage on any other **auto** may not be added to or stacked upon the coverage of the involved or selected **auto.**

### Transfer

This policy can't be transferred to another person without **our** written consent. However, if **you** die this policy will provide coverage until the end of the premium period for **your** legal representative while acting as such and persons covered on the date of **your** death.

### Cancellation

**You** may cancel this policy by writing and telling **us** on what future date **you** wish to stop coverage.

**Allstate** may cancel part or all of this policy by mailing notice to **you** at **your** last known address. If **we** cancel because **you** didn't pay the premium, the date of cancellation will be at least 10 days after the date of mailing. Otherwise, **we** will give **you** 30 days notice.



703290

Exhibit _____ 1

Page _31_ of _73_



### Part I
**Automobile Liability Insurance
Bodily Injury — Coverage AA
Property Damage — Coverage BB**

**Allstate** will pay for all damages a person insured is legally obligated to pay — because of bodily injury or property damage meaning:

(1) bodily injury, sickness, disease or death to any person, including loss of services; and

(2) damage to or destruction of property, including loss of use.

Under these coverages, **your** policy protects a person insured from claims for accidents arising out of the ownership, maintenance or use, loading or unloading of the **auto we** insure.

**We** will defend a person insured if sued as the result of an **auto** accident. This defense will be supplied even if the suit is groundless, false, or fraudulent. **We** will defend that person at **our** own expense, with counsel of **our** choice, and may settle any claim or suit if **we** feel this is appropriate.

### Additional Payments Allstate Will Make

In defending a person insured under this part, **we** will pay for

(1) loss of wages or salary not to exceed $25 per day. These payments will be made when that person's attendance is required at a trial to defend against a bodily injury suit. **We** will also pay other reasonable expense incurred at **our** request but not other loss of income or earnings.

(2) court costs for defense. **Allstate** shall not be obligated to pay that portion of any prevailing party's attorney's fees awarded by a court under "Alaska Civil Rule 82".

---

Mailing the notice will be proof of notice. A refund, if due, will be proportional to the time **your** policy has been in effect, but cancellation will be effective even though the refund is not made immediately.

After **your** original policy has been in effect for 60 days, **Allstate** won't cancel or reduce **your** coverage during the premium period unless:

(1) the premium isn't paid when due;

(2) **you** or any member of **your** household has had a driver's license suspended or revoked during the last 12 months; or

(3) **Allstate** has mailed notice within the first 60 days that **we** don't intend to continue the policy.

If **we** don't intend to continue the policy beyond any anniversary of its original effective date, **we** will mail **you** notice at least 30 days before the end of the applicable premium period.

703291

Exhibit
Page 32 of 73

# Part I: Continued

which, when combined with judgments and payments, exceeds **our** limits of liability. However, for payment of an additional premium this limitation will not apply and, we shall be liable for such attorney's fees in excess of **our** limits of liability. The premium charge for this protection appears on the declarations page.

(3) interest accruing on damages awarded, until such time as we have paid, formally offered, or deposited in court the amount for which we are liable under this policy. Interest will be paid only on damages which do not exceed **our** limits of liability.

(4) premiums on appeal bonds and on bonds to release attachments, but not in excess of **our** limit of liability. **We** have no obligation, however, to apply for or furnish these bonds.

**We** will repay a person insured for

(1) the cost of any bail bonds required because of an accident or traffic law violation involving the use of the insured **auto**. Payment won't exceed $300 per bond. **We** have no obligation to apply for or furnish a bond.

(2) any expense incurred for first aid to others at the time of an **auto** accident involving the insured **auto**.

**Persons Insured**
(1) While using **your** insured **auto**:

(a) **you**,
(b) any **resident**, and
(c) any other person using it with **your** permission.

(2) While using a non-owned **auto**:
(a) **you**,
(b) any **resident** relative using a four wheel private passenger **auto** or **utility auto**.

(3) Any other person or organization liable for the use of an insured **auto** if the **auto** is not owned or hired by this person or organization.

**Insured Autos**
(1) Any **auto** described on the declarations page and the four wheel private passenger **auto** or **utility auto you** replace it with.

(2) An additional four wheel private passenger **auto** or **utility auto** you acquire ownership of during the premium period. This **auto** will be covered if we insure all other private passenger **autos** or **utility autos** you own. **You** must, however, notify **us** within 60 days of acquiring the **auto** and pay any additional premium.

(3) A substitute four wheel private passenger **auto** or **utility auto**, not owned by **you** or a **resident**, being temporarily used while **your** insured **auto** is being serviced or repaired, or if **your** insured **auto** is stolen or destroyed.

## Part I: Continued

(4) A non-owned auto used by you or a **resident** relative with the permission of the owner. This **auto** must not be available or furnished for the regular use of a person insured.

(5) A trailer, while attached to an insured **auto**, designed for use with a private passenger **auto** or **utility auto**. This trailer can't be used for business purposes with other than a private passenger **auto** or **utility auto**.

## Definitions

(1) "**Allstate**", "**We**", "**Us**", or "**Our**" — means the Allstate Insurance Company or Allstate Indemnity Company as indicated on the declarations page of the policy.

(2) "**Auto**" — means a land motor vehicle designed for use principally upon public roads.

(3) "**Resident**" or "**Reside**" — means the physical presence in **your** household with the intention to continue living there. Unmarried dependent children while temporarily away from home will be considered residents, if they intend to continue to live in **your** household.

(4) "**Utility Auto**" — means an **auto** with a rated load capacity of 2,000 pounds or less of the pick-up body, sedan delivery or panel truck type.

(5) "**You**" or "**Your**" — means the policyholder named on the declarations page and that policyholder's **resident** spouse.

### Exclusions — What is not covered

This coverage does not apply to liability for

(1) **your** insured **auto** while used to carry persons or property for a charge, or any **auto you** are driving while available for hire by the public. This exclusion does not apply to shared expense car pools.

(2) auto business operations such as repairing, servicing, testing, washing, parking, storing, or selling of **autos**. However, coverage does apply to **you**, **resident** relatives, **your** partners or the partnership in the business, or employes of the partnership or of the **resident** relative when using **your** insured **auto**.

(3) a non-owned **auto** while being used in any business or occupation of a person insured. However, coverage does apply while **you**, **your** chauffeur, or domestic servant are using a private passenger **auto** or trailer.

(4) bodily injury to an employee of any insured person arising in the course of employment. Coverage does apply to a domestic employee who is not required to be covered by a workers compensation law or similar law.

(5) anyone other than **you**, for claims made by a co-worker injured in the course of employment.

(6) bodily injury to any person related to a person insured by blood, marriage, or adoption and residing in that person's household.



703293

## Part I: Continued

(7) injury or destruction of property a person insured owns, is in charge of, or rents. However, a private residence or a garage rented by that person is covered.

(8) bodily injury or property damage caused intentionally by, or at the direction of, an insured person.

(9) bodily injury or property damage which would also be covered under nuclear energy liability insurance. This applies even if the limits of that insurance are exhausted.

### Financial Responsibility

When this policy is certified as proof under any motor vehicle financial responsibility law, the insurance under this part will comply with the provisions of that law. This liability coverage will comply to the extent of liability coverage and limits required by the law.

### Limits of Liability

The limits shown on the declarations page are the maximum **we** will pay for any single **auto** accident. The limit stated for each person for bodily injury applies to all damages arising from bodily injury, sickness, disease, or death sustained by one person in any one occurrence. The occurrence limit is **our** total limit of liability for all legal damages for bodily injury sustained by two or more persons in any one occurrence. For property damage, the limit applies to all legal damages arising from each occurrence.

The liability limits apply to each insured **auto** as stated on the declarations page. The limit insuring of more than one person or **auto**

under this policy will not increase **our** liability limits beyond the amount shown for any one **auto**, even though a separate premium is charged for each **auto**. The limits also won't be increased if **you** have other auto insurance policies that apply. There will be no duplication of payments made under the Bodily Injury Liability and Uninsured Motorists Coverages of this policy.

An **auto** and attached trailer are considered one **auto**. Also, an **auto** and a mounted camper unit, topper, cap or canopy are considered one **auto**.

If a single "each occurrence" limit is stated on the declarations page for Automobile Liability Insurance, this limit will be the maximum amount of **Allstate's** liability for both bodily injury and property damage arising out of any one occurrence.

### If There is Other Insurance

If a person insured is using a substitute private passenger **auto** or non-owned **auto**, **our** liability insurance will be excess over other collectible insurance. If more than one policy applies to an accident involving **your** insured **auto**, **we** will bear **our** proportionate share with other collectible liability insurance.

### Assistance and Cooperation

A person insured must assist **us** in making settlements, securing evidence, obtaining witnesses, and in conducting suits. This includes disclosing all facts, and attending hearings and trials. That person must also help **us** recover from anyone who may be jointly responsible.

Exhibit ___ (
Page 35 of 73

## Part I: Continued

We can't be obligated by a person insured voluntarily making any payments or taking other actions except as specified in this policy.

**Action Against Allstate**

No insured person may sue us under this coverage unless there is full compliance with all the terms of this policy.

If liability has been determined by judgment after trial, or by written agreement among the insured, the other person, and us, then whoever obtains this judgment or agreement against a person insured, may sue us up to the limits of this policy. However, no one has the right to join us in a suit to determine legal responsibility.

The bankruptcy or insolvency of a person insured or that person's estate won't relieve **us** of any obligation.

**What To Do In Case Of An Auto Accident Or Claim**

If a person insured has an **auto** accident, **we** must be promptly notified of all details. If a person insured is sued as the result of an **auto** accident, **we** must be notified immediately.

---

### Part II
### Automobile Medical Payments
### Coverage CC

**Allstate** will pay to or on behalf of a person insured all reasonable expenses incurred for necessary treatment actually rendered within one year of the accident because of the bodily injury. Payments will be made only when bodily injury, sickness, disease, or death is caused by an **auto** accident. Ambulance, medical, surgical, X-ray, dental, orthopedic and prosthetic devices, pharmaceuticals, eyeglasses, hearing aids, funeral service expenses, and professional nursing services are covered.

The time period for necessary treatment actually rendered will be extended to five years from the date of the accident if the amount of insurance shown on the declarations page is more than $5,000.

This coverage does not apply to bodily injury, sickness, disease, or death to any person to the extent that treatment is provided or benefits are paid or payable to or on behalf of an injured person under any workers compensation law.

**Persons Insured**

(1) **You** and any **resident** relative who sustains bodily injury while in, on, getting into or out of, or when struck by, an **auto** or trailer. **Your** use of a non-owned **auto** must be with the owner's permission.

(2) Any other person who sustains bodily injury while in, on, getting into or out of

(a) **Your** insured **auto** while being used by **you**, a **resident** relative, or any other person with **your** permission.

---

703295

Exhibit
Page 36 of 73

# Part II: Continued

(b) a non-owned **auto** if the injury results from **your** operation or occupancy.

(c) a non-owned **auto** if the injury results from the operation on **your** behalf by **your** private chauffeur or domestic servant.

(d) a non-owned private passenger **auto** or trailer if the injury results from the operation or occupancy by a **resident** relative.

The use of these **autos** must be with the owner's permission.

**Insured Autos**

(1) Any **auto** described on the declarations page and the four wheel private passenger **auto** or **utility auto** you replace it with.

(2) An additional four wheel private passenger **auto** or **utility auto** you acquire ownership of during the premium period. This **auto** will be covered if we insure all other private passenger **autos** or **utility autos** you own. **You** must, however, notify us within 60 days of acquiring the **auto** and pay any additional premium.

(3) A substitute four wheel private passenger **auto** or **utility auto**, not owned by you or a **resident**, temporarily used while **your** insured **auto** is being serviced or repaired, or if **your** insured **auto** is stolen or destroyed.

(4) A non-owned **auto** used with the permission of the owner. This **auto** must not be available or furnished for the regular use of a person insured.

(5) A trailer, while attached to an insured **auto**, designed for use with a private passenger **auto** or **utility auto**. This trailer can't be used for business purposes with other than a private passenger **auto** or **utility auto**.

**Definitions**

(1) "Allstate", "We", "Us", or "Our" — means the Allstate Insurance Company or Allstate Indemnity Company as indicated on the declarations page of the policy.

(2) "Auto" — means a land motor vehicle designed for use principally upon public roads.

(3) "Resident" or "Reside" — means the physical presence in **your** household with the intention to continue living there. **Your** unmarried dependent children while temporarily away from home will be considered residents, if they intend to continue to live in **your** household.

(4) "Utility Auto" — means an auto with a rated load capacity of 2,000 pounds or less of the pick-up body, sedan delivery or panel truck type.

(5) "You" or "Your" — means the policyholder named on the declarations page and that policyholder's **resident** spouse.

703296

Exhibit 1

Page 37 of 73

## Part II: Continued

**Exclusions — What is not covered**

This coverage does not apply to bodily injury, sickness, disease or death to

(1) **you** or a **resident** relative while in, on, getting into or out of an **auto** owned by **you** or a **resident** relative which is not insured for this coverage.

(2) **you** or a **resident** relative while in, on, getting into or out of, or struck as a pedestrian by:

(a) a vehicle operated on rails or crawler-treads, or

(b) a vehicle or other equipment designed for use principally off public roads, while not upon public roads.

(3) any person while in, on, getting into or out of:

(a) an owned **auto** while available for hire to the public. This exclusion does not apply to shared expense car pools.

(b) an **auto** or trailer while used as a residence or premises.

(4) any person, other than **you** or a **resident** relative, while using a non-owned **auto** which is available for hire by the public, or in auto business operations such as repairing, servicing, testing, washing, parking, storing or selling of **autos**. Coverage is provided for **you**, **your** private chauffeur or domestic servant while using a private passenger **auto** or trailer in any other business or occupation.

(5) any person resulting from any act of war, insurrection, rebellion, or revolution.

(6) any person or dependent of a person who is entitled to benefits provided by the U.S. Government under a contract of employment including past or present military duty.

**Limits of Liability**

The limit shown on the declarations page is the maximum we will pay for all expenses incurred by or for each person as the result of any one **auto** accident.

The medical payments limit applies to each insured **auto** as stated on the declarations page. The insuring of more than one person or **auto** under this policy will not increase our limit beyond the amount shown for any one **auto**, even though a separate premium is charged for each **auto**. The limit also won't be increased if **you** have other auto insurance policies that apply.

**We** will not pay more than $2,000 for any one person for funeral service expenses.

There will be no duplication of payments made under the Bodily Injury Liability and Automobile Medical Payments coverages of this policy. All payments made to or on behalf of any person under this coverage will be considered as advance payments to that person and reduce the damages payable under the Bodily Injury Liability Coverage of this policy.

703297

Exhibit 1

## Part II: Continued

### If There Is Other Insurance

When this coverage applies to a substitute **auto** or non-owned **auto**, **Allstate** will pay only after all other collectible auto medical insurance has been exhausted.

When this coverage applies to a replacement **auto** or additional **auto**, this policy will not apply if **you** have other collectible auto medical insurance.

### Assistance and Cooperation

**You** must assist **us** in making settlements, securing evidence, obtaining witnesses, and conducting suits. This includes disclosing all facts, and attending hearings and trials. **You** must also help **us** to obtain partial payments from anyone who may be jointly responsible.

**We** can't be obligated by **you** voluntarily making any payments or taking other actions except as specified in this policy.

### Action Against Allstate

No one may sue **us** under this coverage unless there is full compliance with all the terms of the policy.

### Subrogation Rights

When **we** pay, a person insured's rights of recovery from anyone else become **ours** up to the amount **we** have paid. The person insured must protect these rights and help **us** enforce them.

### Proof Of Claim; Medical Reports

As soon as possible, **you** or any other person making claim must give **us** written proof of claim including all details reasonably required by **us** to determine the amounts payable.

The injured person may be required to take physical examinations by physicians selected by **us**, as often as **we** reasonably require. The injured person or his representative must authorize **us** to obtain medical reports and copies of medical and employment records.

Exhibit ___1___

Page _39_ of _73_



### Part III
### Automobile Death Indemnity Insurance — Coverage CM

Allstate will pay the benefit shown on the declarations page if an insured person dies as a direct result of bodily injury, sickness or infection caused by an **auto** accident. The injury must be sustained while the insured person is in, on, getting into or out of, or when struck as a pedestrian by an **auto**, trailer or semi-trailer.

Benefits will be paid only if:

**(1)** death occurs within 90 days of the **auto** accident; or

**(2)** death occurs within 1 year of the **auto** accident and the bodily injury has continuously prevented the insured person from performing every duty pertaining to his occupation.

### Persons Insured
The person or persons shown as insured on the declarations page under Coverage CM.

### Definitions
"Allstate", "We", or "Us" — means the Allstate Insurance Company.

"**Auto**" — means a land motor vehicle designed for use principally upon public roads.

### Exclusions - What is not covered
This coverage does not apply to death:

**(1)** sustained in the course of an occupation by any person while:

(a) operating, loading, unloading, assisting on, or performing any other duties related to the use of a

commercial **auto**, or an **auto** hired or rented to others for a charge.

(b) repairing or servicing **autos**, including any related duties.

**(2)** due to suicide, whether sane or insane.

**(3)** due to any act of war, insurrection, rebellion, or revolution.

**(4)** sustained while in, on, getting into or out of, or when struck as a pedestrian by

(a) a vehicle operated on rails or crawler-treads;

(b) a vehicle or other equipment designed for use principally off public roads, while not upon public roads; or

(c) a vehicle when used as a residence or premises.

### Payment of Benefits; Autopsy
The benefit is payable to the deceased insured person's spouse if a resident of the same household at the time of accident. However, if the deceased is a minor, the benefit is payable to any parent who at the time of the accident is a resident of the same household. In all other cases, the benefit is payable to the deceased insured person's estate.

Allstate has the right and must be given the opportunity to make an autopsy where it is not forbidden by law.

703299

Exhibit ____ (

Page 40 of 73

## Part III: Continued

### Consent of Beneficiary

Consent of the beneficiary is not required for cancellation, assignment, change of beneficiary, or any other change under this coverage.

### Proof of Claim; Medical Reports

As soon as possible, we must be given written proof of claim including all details reasonably required by us to determine if benefits are payable.

The deceased insured person's representative must authorize us to obtain medical reports and copies of records.



## Part IV
## Automobile Disability Income Protection Coverage CW

Allstate will pay the weekly benefit shown on the declarations page if an insured person sustains continuous total disability as a direct result of bodily injury, sickness or infection caused by an auto accident. The injury must be sustained while in, on, getting into or out of, or when struck as a pedestrian by an auto, trailer or semi-trailer.

Benefits will be paid only while the insured person is alive and only if the disability:

(1) commences within 20 days of the date of the accident; and

(2) during the first year after commencement, continuously prevents the insured person from performing every duty pertaining to his occupation; and

(3) during the second and subsequent years after commencement, continuously prevents the insured person from engaging in any occupation or employment for wage or profit.

### Persons Insured

The person or persons shown as insured on the declarations page under Coverage CW.

### Definitions

(1) "Allstate", "We", or "Us" — means the Allstate Insurance Company.

(2) "Auto" — means a land motor vehicle designed for use principally upon public roads.



Exhibit ___

Page ___ 41 __ of __ 73

## Part IV: Continued

**Exclusions – What is not covered**

This coverage does not apply to disability:

(1) sustained in the course of an occupation by any person while:

   (a) operating, loading, unloading, assisting on, or performing any other duties related to the use of a commercial **auto**, or an **auto** hired or rented to others for a charge.

   (b) repairing or servicing **autos**, including any related duties.

(2) due to attempted suicide, whether sane or insane.

(3) due to any act of war, insurrection, rebellion or revolution.

(4) sustained while in, on, getting into or out of, or when struck as a pedestrian by

   (a) a vehicle or other equipment operated on rails or crawler-treads;

   (b) a vehicle or other equipment designed for use principally off public roads, while not upon public roads; or

   (c) a vehicle when used as a residence or premises.

**Proof of Claim; Medical Reports**

As soon as possible, the injured person or any other person making claim must give us written proof of claim.

The injured person may be required to take physical examinations by physicians selected by us, as often as we reasonably require. The injured person or his representative must authorize us to obtain medical reports and copies of records.

**To Whom and When Payment is Made**

Weekly benefits are payable to the insured person who is disabled. Accrued weekly benefits are payable every four weeks. Any remaining balance is payable at termination of the disability period. Benefits end upon the death of the insured person.

Page 14

703301



## Part V
## Uninsured Motorists Insurance
## Coverage SS

We will pay damages for bodily injury, sickness, disease or death which a person insured is legally entitled to recover from the owner or operator of an uninsured auto. Injury must be caused by accident and arise out of the ownership, maintenance or use of an uninsured auto.

The right to benefits and the amount payable will be decided by agreement between the person insured and **Allstate**. If we can't agree, the decision will be made by arbitration.

If a person insured sues a person believed responsible for the accident without **our** written consent, we aren't bound by any resulting judgment.

### Persons Insured

**(1) You** and any **resident** relative.

**(2)** Any person while in, on, getting into or out of **your** insured auto.

**(3)** Any other person who is legally entitled to recover because of bodily injury to **you**, a **resident** relative, or an occupant of **your** insured auto.

### An insured auto is a motor vehicle:

**(1)** described on the declarations page, and the **motor vehicle you** replace it with.

**(2) you** acquire ownership of during the premium period. This additional **motor vehicle** will be covered if **Allstate** insures all other private passenger **motor vehicles you** own. **You** must, however, notify **Allstate** within 60 days after **you** acquire the **motor vehicle** and pay any additional premium.

**(3)** not owned by **you** or a **resident relative**, being temporarily used while **your** insured auto is being serviced or repaired, or if **your** insured auto is stolen or destroyed.

**(4)** operated by **you** or **your resident** spouse, with the permission of the owner, but not furnished for **your** regular use.

**(5)** not made available for public hire by an insured person.

### An uninsured auto is:

**(1)** a **motor vehicle** which has no bodily injury liability bond or insurance policy in effect at the time of the accident.

**(2)** a **motor vehicle** covered by a bond or insurance policy which doesn't provide at least the minimum financial security requirements of the state in which **your** insured auto is principally garaged.

**(3)** a **motor vehicle** for which the insurer denies coverage, or the insurer becomes insolvent.

**(4)** a hit-and-run **motor vehicle** which causes bodily injury to a person insured by physical contact with the insured or with a vehicle occupied by that person. The identity of either the operator or owner of the vehicle must be unknown. The accident must be reported within 24 hours to the proper authorities. We must be notified within 30 days. If the person insured was occupying the vehicle at the time of the accident, we have a right to inspect it.


Exhibit ___1___

Page 43 of 73

## Part V: Continued

**An uninsured auto is not:**

(1) a **motor vehicle** that is lawfully self-insured.

(2) a **motor vehicle** owned by any state or federal government or agency of either.

### Definitions

(1) **"Allstate"**, **"We"**, **"Us"**, or **"Our"** — means the Allstate Insurance Company or Allstate Indemnity Company as indicated on the declarations page of the policy.

(2) **"Motor Vehicle"** — means a land motor vehicle or trailer other than

(a) a vehicle or other equipment designed for use principally off public roads, while not upon public roads,

(b) a vehicle operated on rails or crawler-treads, or

(c) a vehicle when used as a residence or premises.

(3) **"Resident"** or **"Reside"** — means the physical presence in **your** household with the intention to continue living there. Unmarried dependent children, while temporarily away from home will be considered residents if they intend to continue to live in **your** household.

(4) **"You"** or **"Your"** — means the policyholder named on the declarations page and that policyholder's **resident** spouse.

### Exclusions — What is not covered

This coverage does not apply to

(1) any person insured who makes a settlement without **our** written consent.

(2) any person injured while in, on, getting into or out of or when struck by an uninsured **motor vehicle** which is not an insured auto but is owned by **you** or a **resident** relative.

(3) any person while in, on, getting into or out of a vehicle **you** own which is insured for this coverage under another policy.

(4) the direct or indirect benefit of any workers compensation or disability benefits insurer, including a self-insurer.

### Limits of Liability

The coverage limit stated on the declarations page for

(1) **"each person"** is the total limit for all damages arising out of bodily injury to one person in any one **motor vehicle** accident.

(2) **"each accident"** is the total limit for all damages arising out of bodily injury to two or more persons in any one **motor vehicle** accident.

The uninsured motorists limits apply to each insured auto as stated on the declarations page. This means the insuring of more than one person or auto under this or other auto policies will not increase **our** uninsured motorists limit of liability beyond the amount shown for any one auto, even though a separate premium is charged for each auto.

Exhibit 1

Page 44 of 73

703303

## Part V: Continued

Damages payable will be reduced by

(1) all amounts paid by the owner or operator of the uninsured auto or anyone else responsible. This includes all sums paid under the bodily injury liability coverage of this or any other auto policy.

(2) all amounts payable under any workers compensation law, disability benefits law, or similar law, Automobile Medical Payments, or any similar automobile medical payments coverage.

### If There Is Other Insurance

If the injured person was in, on, getting into or out of a vehicle **you** do not own which is insured for this coverage under another policy, this coverage will be excess. This means that when the injured person is legally entitled to recover damages in excess of the other policy limit, **we** will only pay the amount by which the limit of liability of this policy exceeds the limit of liability of that policy.

If more than one policy applies to the accident on a primary basis, the total benefits payable to any one person will not exceed the maximum benefits payable by the policy with the highest limit for uninsured motorists coverage. **We** will bear **our** proportionate share with other uninsured motorists benefits. This applies no matter how many autos or auto policies may be involved whether written by **Allstate** or another company.

### Proof of Claim; Medical Reports

As soon as possible, **you** or any other person making claim must give **us** written proof of claim including all details reasonably required by **us** to determine the amounts payable.

The injured person may be required to take physical examinations by physicians selected by **us**, as often as **we** reasonably require. The injured person or his representative must authorize **us** to obtain medical reports and copies of records.

### Assistance and Cooperation

**We** may require the person insured to take appropriate action to preserve all rights to recover damages from anyone responsible for the bodily injury.

### Trust Agreement

When **we** pay any person under this coverage:

(1) **we** are entitled to repayment of amounts paid by **us** and related collection expenses out of the proceeds of any settlement or judgment that person recovers from any responsible party or insurer.

(2) all rights of recovery against any responsible party or insurer must be maintained and preserved for **our** benefit.

(3) injured persons, if **we** request, must take appropriate action in their name to recover damages from any responsible party or insurer. **We** will select the attorney and pay all related costs and fees.

### Payment of Loss by Allstate

Any amount due is payable to the injured person, to the parent or guardian of an injured minor, or to the spouse of any injured person who dies. However, **we** may pay any person lawfully entitled to recover the damages.


703304
Page 17

Exhibit _____ 1

Page 45 of 73

## Part V: Continued

**Action Against Allstate**

No one may sue us under this coverage unless there is full compliance with all the terms of this policy.

**If We Cannot Agree**

If the person insured or we don't agree on that person's right to receive any damages or the amount, then upon the written request of either the disagreement will be settled by arbitration. Arbitration will take place under the rules of the American Arbitration Association unless the person insured or we object.

If either party objects, the following alternative method of arbitration will be used. The person insured will select one arbitrator and we will select another. The two arbitrators will select a third. If they can't agree on a third arbitrator within 30 days, the judge of the court of record in the county of jurisdiction where arbitration is pending will appoint the third arbitrator. The written decision of any two arbitrators will determine the issues. The person insured will pay the arbitrator that person selects and we will pay the one we select. The expense of the third arbitrator and all other expenses of arbitration will be shared equally. However, attorney fees and fees paid to medical and other expert witnesses are not considered arbitration expenses and are to be paid by the party incurring them.

Regardless of the method of arbitration, any award not exceeding the limits of the Financial Responsibility law of Alaska, will be binding and may be entered as a judgment in a proper court.

Regardless of the method of arbitration, when any arbitration award exceeds the Financial Responsibility limits in the State of Alaska, either party has a right to trial on all issues in a court of competent jurisdiction. This right must be exercised within 60 days of the award. Costs, including attorney fees, are to be paid by the party incurring them.

703305

Exhibit ___1___

Page _46_ of _73_



## Part VI
## Protection Against Loss To The Auto

The following coverages apply when indicated on the declarations page. Additional payments, autos insured, definitions, exclusions, and other information applicable to all these coverages appear beginning on page 21.

### COVERAGE DD
Auto Collision Insurance

**Allstate** will pay for loss to **your** insured **auto** or a non-owned **auto** (including insured loss to an attached trailer) from a collision with another object or by upset of that **auto** or trailer. The deductible amount will not be subtracted from the loss payment in collisions involving **your** insured **auto** and another **auto** insured by **us**.

### COVERAGE DE
Diminishing Deductible Auto Collision Insurance

If the loss is $100 or more, **Allstate** will pay for loss to **your** insured **auto** or a non-owned **auto** (including insured loss to an attached trailer) from a collision with another object or by upset of that **auto** or trailer. No deductible applies to losses in excess of $100.

If the loss is between $50 and $100, **you** pay the difference between the amount of loss and $100, and **we** will pay the rest of the loss up to our limits of liability.

If the loss is $50 or less, **we** will not make any payment.

The deductible amount will not be subtracted from the loss payment in collisions involving **your** insured **auto** and another **auto** insured by **us**, even if the loss is $50 or less.

### COVERAGE HH
Auto Comprehensive Insurance

**Allstate** will pay for loss to **your** insured **auto** or a non-owned **auto** not caused by collision. Loss caused by missiles, falling objects, fire, theft or larceny, explosion, earthquake, windstorm, hail, water, flood, malicious mischief or vandalism, and riot or civil commotion is covered. Glass breakage and collision with a bird or animal is covered.

The deductible amount will not be subtracted from the loss payment when the loss is caused by a peril listed under Coverage HE.

### COVERAGE HE
Auto Fire, Lightning and Transportation Insurance

**Allstate** will pay for loss to **your** insured **auto** or a non-owned **auto** due to:

(1) fire or lightning.

(2) smoke or smudge due to a sudden, unusual and faulty operation of any fixed heating equipment serving the premises in which the **auto** is located.

(3) stranding, sinking, burning, collision or derailment of any conveyance in or upon which the **auto** is being transported on land or on water.

### COVERAGE HF
Auto Theft Insurance

**Allstate** will pay for loss to **your** insured **auto** or a non-owned **auto** caused by theft or larceny.



Exhibit ___1___

Page 47 of 73

703306

## Part VI: Continued

### COVERAGE HG
Auto Fire, Lightning, Transportation and
Theft Insurance
**Allstate** will pay for loss to **your** insured **auto**
or a non-owned **auto** caused by any peril under
Coverages **HE** or **HF** above.

### COVERAGE JJ
Towing and Labor Costs
**Allstate** will pay costs for labor done at the
initial place of disablement and for towing,
made necessary by the disablement of **your**
insured **auto** or a non-owned **auto**. The total
limit of **our** liability for each loss is stated on
the declarations page.

### COVERAGE UU
Rental Reimbursement Coverage
If **you** have collision or comprehensive
coverage under this policy and the loss
involves either coverage, **Allstate** will repay
**you** up to $10 per day for **your** cost of renting
an **auto** from a rental agency or garage. **We**
won't pay mileage charges.

If **your** insured **auto** is not driveable, coverage
starts the day after the loss. If it is driveable,
coverage starts the day after the **auto** is taken
to a garage for repairs.

Coverage ends when the first of the following
occurs.

(1)  completion of repairs;

(2)  replacement of the **auto**; or

(3)  ten full days of coverage.

Coverage won't apply if the entire **auto** is
stolen and **you** are eligible under
comprehensive coverage for transportation
expense.

### COVERAGE ZA
Sound System Coverage
**Allstate** will pay for loss to a permanently
installed sound system, its antenna and other
apparatus specifically used with the sound
reproducing, recording, transmitting or
receiving system. Coverage applies only to
equipment permanently attached by bolts,
brackets or in some other manner in any
location not designed by the car's
manufacturer for the installation of a radio.

This coverage applies only if **you** have
comprehensive insurance under this policy.
Coverage ZA makes sound systems, antennas
and other apparatus specifically used with the
sound system insured property under
comprehensive and collision insurance.

### COVERAGE ZZ
Tape Coverage
**Allstate** will pay for loss to any tapes or similar
items used with **auto** sound systems. Coverage
applies to property owned by **you** or a **resident**
relative that is in or upon **your** insured **auto** at
the time of loss. The total limit of **our** liability
for each loss is stated on the declarations
page.

This coverage applies only if **you** have
comprehensive insurance under this policy.
Coverage ZZ makes tapes or similar items
insured property under **your** comprehensive
insurance.

703307

Exhibit ____1____

Page __48__ of __73__

# Part VI: Continued

**Additional Payments Allstate Will Make**

(1) Allstate will pay up to $200 for loss of clothing and personal luggage, including its contents, belonging to you or a resident relative while it is in or upon your insured auto. This provision does not apply if the insured auto is a travel-trailer.

This coverage applies only when:

(a) the loss is caused by collision and you have purchased collision insurance.

(b) the entire auto is stolen, and you have purchased comprehensive insurance.

(c) physical damage is done to the auto and to the clothing and luggage caused by earthquake, explosion, falling objects, fire, lightning, or flood and you have purchased comprehensive insurance.

(2) Allstate will repay you up to $10 for the cost of transportation from the place of theft of your insured auto or disablement of the auto to your destination, if

(a) the entire auto is stolen and you have comprehensive coverage under this policy.

(b) the auto is disabled by a collision or comprehensive loss, and you have the coverage under this policy applicable to the loss.

This provision does not apply if the insured auto is a travel-trailer.

(3) If you have comprehensive insurance under this policy, Allstate will repay up to $10 a day but not more than $300 for each loss for the cost of transportation when the entire auto is stolen. This coverage begins 48 hours after you report the theft to us, but ends when we offer settlement or your auto is returned to use.

(4) If you have purchased collision or comprehensive insurance under this policy, Allstate will pay general average and salvage charges imposed when your insured auto is being transported.

**Insured Autos**

(1) Any auto described on the declarations page and the four wheel private passenger auto or utility auto you replace it with if you notify Allstate within 60 days of the replacement and pay the additional premium.

(2) An additional four wheel private passenger auto or utility auto you acquire ownership of during the premium period. This auto will be covered if Allstate insures all other private passenger autos or utility autos you own. You must, however, notify Allstate within 60 days of acquiring the auto and pay any additional premium.

(3) A substitute four wheel private passenger auto or utility auto, not owned by you or a resident, temporarily used with the permission of the owner while your insured auto is being serviced or repaired, or if your insured auto is stolen or destroyed.

Exhibit 1

Page 49 of 73

## Part VI: Continued

(4) A non-owned four wheel private passenger **auto** used by **you** or a **resident** relative with the permission of the owner. This **auto** must not be available or furnished for the regular use of **you** or any **resident**.

(5) A trailer, while attached to an insured **auto**, designed for use with a private passenger **auto**. This trailer can't be used for business purposes with other than a private passenger **auto** or **utility auto**. Home, office, store, display or passenger trailers, **travel-trailers** or **camper units** are not covered unless described on the declarations page.

### Definitions

(1) "**Allstate**", "**We**", "**Us**", or "**Our**" — means the Allstate Insurance Company or Allstate Indemnity Company as indicated on the declarations page of the policy.

(2) "**Auto**" — means a land motor vehicle designed for use principally upon public roads.

(3) "**Camper unit**" — means an automobile body designed for use as temporary living quarters and constructed as a demountable unit. A camper unit includes caps, toppers, canopies, and all equipment and accessories built into and forming a permanent part of the structure. However, a camper unit will not include radio or television antennas, awnings, cabanas, or equipment designed to create additional living facilities while off a highway.

(4) "**Motor home**" — means a self-propelled vehicle equipped, designed or used as a living quarters.

(5) "**Resident**" or "**Reside**" — means the physical presence in your household with the intention to continue living there. Unmarried dependent children temporarily away from home will be considered residents if they intend to continue to live in **your** household.

(6) "**Travel-trailer**" means a trailer of the house, cabin or camping type equipped or used as a living quarters.

(7) "**Utility Auto**" — means an **auto** with a rated load capacity of 2,000 pounds or less of the pick-up body, sedan delivery or panel truck type.

(8) "**You**" or "**Your**" — means the policyholder named on the declarations page and that policyholder's **resident** spouse.

### Exclusions — What is not covered

These coverages don't apply to

(1) loss caused intentionally by or at the direction of an insured person.

(2) any **auto** used for the transportation of people or property for a fee. This exclusion does not apply to shared expense car pools.

(3) any damage or loss resulting from any act of war, insurrection, rebellion or revolution.

703309

Exhibit ___1___

Page __50__ of __73__

## Part VI: Continued

(4) loss to any non-owned **auto** used in auto business operations such as repairing, servicing, testing, washing, parking, storing or selling of **autos**.

(5) loss due to radioactive contamination.

(6) damage resulting from wear and tear, freezing, mechanical or electrical breakdown unless the damage is the burning of wiring used to connect electrical components, or the result of other loss covered by this policy.

(7) tires unless stolen or damaged by fire, malicious mischief or vandalism. Coverage is provided if the damage to tires occurs at the same time and from the same cause as other loss covered by this policy.

(8) loss to any sound reproducing, recording, transmitting, or receiving system located in **your auto** unless the system is permanently installed

    (a) in the dashboard, or

    (b) in another location specifically designed by the auto's manufacturer for installation of a radio.

Coverages also will not apply to loss to any antenna or other apparatus in or on the **auto** designed for use with those sound systems.

This exclusion will not apply if Coverage ZA is purchased.

(9) loss to any tapes or similar items, unless **you** have tape coverage under this policy.

(10) loss to a **camper unit** whether or not mounted. This exclusion will not apply if **camper unit** coverage is shown as applicable on the declarations page.

(11) loss to appliances, furniture, equipment and accessories that are not built into or forming a permanent part of a **motor home** or **travel-trailer**.

(12) loss to **your motor home** or **your travel-trailer** while rented to anyone else unless a specific premium is shown on the declarations page for the rented vehicle.

### Right to Appraisal

Both **you** and **Allstate** have a right to demand an appraisal of the loss. Each will appoint and pay a competent and disinterested appraiser and will equally share other appraisal expenses. The appraisers, or a judge of a court of record, will select an umpire to decide any differences. Each appraiser will state separately the actual cash value and the amount of loss. An award in writing by any two appraisers will determine the loss amount payable.

### Payment of Loss by Allstate

**Allstate** may pay for the loss in money, or may repair or replace the damaged or stolen property. **We** may, at any time before the loss is paid or the property is replaced, return at **our** own expense any stolen property, either to **you** or at **our** option to the address shown on the declarations page, with payment for any resulting damage. **We** may take all or part of the property at the agreed or appraised value. **We** may settle any claim or loss either with **you** or the owner of the property.

703310

Exhibit 1

Page 61 of 73

# Part VI: Continued

## Limits of Liability

Allstate's limit of liability is the actual cash value of the property or damaged part of the property at the time of loss. The actual cash value will be reduced by the deductible for each coverage as shown on the declarations page. However, **our** liability will not exceed what it would cost to repair or replace the property or part with other of like kind and quality. The limit for loss to any trailer is $500.

An **auto** and attached trailer are considered separate **autos**, and **you** must pay the deductible, if any, on each. Only one deductible will apply to an **auto** with a mounted **camper unit**. If unmounted, a separate deductible will apply to the **auto** and **camper unit**.

## If There Is Other Insurance

If there is other insurance covering the loss at the time of the accident, **we** will pay only **our** share of any damages. **Our** share is determined by adding the limits of this insurance to the limits of all other insurance that applies on the same basis and finding the percentage of the total that **our** limits represent.

When this insurance covers a substitute **auto** or non-owned **auto**, **we** will pay only after all other collectible insurance has been exhausted.

IN WITNESS WHEREOF, Allstate has caused this policy to be signed by its Secretary and its President at Northbrook, Illinois, and, if required by state law, this policy shall not be binding unless countersigned on the declarations page by an authorized agent of Allstate.

*[signature]*
Secretary

*[signature]*
Raymond H. Kiefer
President

When this insurance covers a replacement **auto** or additional **auto**, this policy won't apply if **you** have other collectible insurance.

When more than one coverage is applicable to the loss, **you** may recover under the broadest coverage but not both. However, any Coverage ZA deductible will always apply.

## Action Against Allstate

No one may sue us under this coverage unless there is full compliance with all the terms of this policy.

## Subrogation Rights

When **we** pay, **your** rights of recovery from anyone else become **ours** up to the amount **we** have paid. **You** must protect these rights and help **us** enforce them.

## What You Must Do If There Is A Loss

(1) As soon as possible any person making claim must give **us** written proof of loss, including all details reasonably required by **us**. **We** have the right to inspect the damaged property.

(2) Protect the **auto** from further loss. **We** will pay reasonable expenses to guard against further loss. If **you** don't protect the **auto**, further loss is not covered.

(3) Report all theft losses promptly to the police.

703311

Exhibit 1

Page 52 of 73

*This Endorsement Changes Your Policy — Keep It With Your Policy*

*Amendment Of Policy Provisions*

This endorsement amends all of the following policies: Automobile, Motorcycle, Motorhome, and Personal Umbrella Policy. This endorsement is in addition to all other endorsements which apply to these policies.

It is agreed that the following provision is added to the **General** provisions:

**Conditional Reinstatement**

If **we** mail a cancellation notice because **you** didn't pay the required premium when due and **you** then tender payment by check, draft, or other remittance which is not honored upon presentation, **your** policy will terminate on the date and time shown on the cancellation notice and any notice **we** issue which waives the cancellation or reinstates coverage is void. This means that **Allstate** will not be liable under this policy for claims or damages after the date and time indicated on the cancellation notice.

AU2306

**Allstate**®
You're in good hands.