```
DESK: AKB                    INVOLVED PERSON STATEMENT                 PAGE:  1 OF  2
332 275109 4    DOL: 09 - 14 - 2002   INSD:   MARGARET         HERRON
ID: 01     MARGARET               HERRON
           OWNER
HOME PHONE: (907)543-4377    BUS PHONE: (907)543-4810           HRS:    -
                             STMT EMPL NAME:  H         R VANZANT
DATE: 09 - 16 - 2002         STATEMENT TYPE:  INTERVIEW
EFFECT ON INSD LIAB AND/OR CLMT DAMAGES:  2      (0=NONE 1=FAV 2= UNFAV)
NOTIFY:
ANALYSIS:
CONTACTED INSD - WENT OVER 9STP PLEDGE - DISCUSSED ALL COVERAGES AVAILABLE
AND APPLICABLE TO LOSS.

COVERAGES: NO DD. CC 25K AND AA FOR PSG.

VHC DMGS: TOTAL LOSS. NO DD. O/C HH.  INSD NOT PURSUING ANY CLAIM FOR VHC

DISCUSSED INJURIES: INSD OP O/C FOR SCRATCH ON ARM

OTHER APPLICABLE POLICIES OR INS: NONE
                                                                        703950
LOSS FACTS: INSD OP DRINKING, LOST CONTROL AND HIT POLE.
PF5-SCHED F/U  PF7-BACKWD  PF8-FRWD  PF9-PRINT  PF11-PREV STMT  PF12-NEXT STMT
*** ONLY EMPLOYEE DPH3 CAN UPDATE THE STATEMENT YOU HAVE SELECTED ***
DESK: AKB                    INVOLVED PERSON STATEMENT                 PAGE:  2 OF  2
```

Exhibit 2
Page 1 of 2

```
DESK: AKB                      INVOLVED PERSON STATEMENT                PAGE:   2 OF   2
332 275109 4   DOL: 09 - 14 - 2002  INSD:    MARGARET         HERRON
ID: 01      MARGARET                    HERRON
            OWNER
HOME PHONE: (907)543-4377    BUS PHONE: (907)543-4810            HRS:
                             STMT EMPL NAME:  M       R VANZANT
DATE: 09 - 16 - 2002         STATEMENT TYPE:  INTERVIEW
EFFECT ON INSD LIAB AND/OR CLMT DAMAGES:  2     (0=NONE 1=FAV 2= UNFAV)

ANALYSIS:
09/16/2002
INSD WILL LET ME KNOW OUTCOME OF CHARGES AGAINST OP.
--
LIMITED INFO ON CLMT PSG OTHER THAN MEDIVAC'D TO AK REG. INSD SAYS THEY ARE
NOT SUPPOSED TO HAVE ANY CONTACT WITH PSGS.
--
SHE SAYS THAT SHE CALLED THE OTHER 2 PSGS PARENTS NEXT DAY AND THEY DID NOT
INDICATE ANY INJURIES TO THEM.
--
09/16/2002
                                                                     703951
PF5-SCHED F/U  PF7-BACKWD  PF8-FRWD  PF9-PRINT  PF11-PREV STMT  PF12-NEXT STMT
*** ONLY EMPLOYEE DPH3 CAN UPDATE THE STATEMENT YOU HAVE SELECTED ***
DESK: AKB                      INVOLVED PERSON STATEMENT                PAGE:   1 OF   2
```

Exhibit 2
Page 2 of 2