IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ALLSTATE INSURANCE COMPANIES, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) |
| | ) |
| CHARLES HERRON, | ) |
| | ) |
| Defendant. | ) |
| _____ | )   Case No. A04-0043 CV (JKS) |

**AFFIDAVIT OF RENEE VANZANT**

STATE OF ALASKA        )
                       ) ss.
THIRD JUDICIAL DISTRICT)

RENEE VANZANT, being first duly sworn upon oath, deposes and states as follows:

1. I am a Claims Adjuster with Allstate Insurance Company in Anchorage, Alaska.

2. This is my second affidavit in this matter, and it is based on my personal knowledge.

3. This loss was reported to Allstate on September 16, 2002.

4. On September 16, 2002 I was the adjuster assigned to the Herron/Trailov loss.

5. That same day I spoke with Margaret Herron, our insured, on the telephone. I informed her of the coverages and limits available under the policy, including $25,000 in med-pay

Exhibit 3
Page 1 of 2

for Charles Herron and any passengers, such as Angelina Trailov and, $100,000 in liability coverage for Charles Herron.

6.  Margaret Herron told me that she was in contact with Angelina Trailov's family and would pass on coverage information to her mother, Mary Kenick.

7.  On September 17, 2002, I both called and went to ANMC to provide my contact information to Ms. Trailov's mother. I was not allowed to visit Ms. Trailov because she was a minor and her mother was not there. I left my card and contact information at the nursing station where Angelina Trailov was located.

8.  When I got back to the office, the nursing supervisor called and said they had my card.

FURTHER AFFIANT SAYETH NAUGHT.

DATED: 5/30/06

_____
Renee Vanzant

SUBSCRIBED AND SWORN TO before me this 30 day of May, 2006.

_____
Notary Public in and for the
State of Alaska
My Commission Expires: 10-28-09

1000.788/DJA plead/AffReneeVanzant-2

SHELLEY I. HUGHES
NOTARY PUBLIC
STATE OF ALASKA
My Commission Expires 10/28/09

2

Exhibit 3
Page 2 of 2