# *Attorney New Matter Memo*

## Client Data

Client_____ Bob on behalf of Charles_____          Date___9-14-02_____
Address_____P. O. Box 602_____          File No.____B2586____
_____Bethel, Alaska  99559_____          XX new  ☐ continuation
Tel., business__543-1373 (COB)__ home___543-4377___  Client, **XX** new  existing
Comment(s)___Margaret at work 543-4810___

## File Data

File title_____          Matter code___Criminal Representation___
Matter/issues_____
_____
_____
_____

Statute of limitations issue? ☐yes     ☐no   Deadlines involved? ☐yes ☐no   Conflict of interest? ☐yes ☐no

Estimated amount of money involved, $_____
Adverse party_____          Adverse attorney_____

Address_____          Address_____

Tel_____          Tel_____

## Fee Basis

**X** Flat  ☐ Fixed $_____          ☐ Range $_____ to $_____
Hourly $_____per hour,  **X** plus __COSTS_____% of amount recovered/saved
Contingent ___%___ of amount recovered if case settles or _____% if case goes to Trial
☐ Work done based on all relevant factors:
retainer $_____ per _____ covering _____ hours, additional hours at $_____per hour
☐ Estimated fee $_____          ☐ Other_____

## Billing Arrangement

|  | MONTHLY | QUARTERLY | ON COMPLETION | OTHER |
|---|---|---|---|---|
| Fee | ☐ | ☐ | ☐ | ☐ _____ |
| Disbursements | ☐ | ☐ | ☐ | ☐ _____ |

☐ Retainer  $_____ received __/__/__ , $_____ to fee, $_____ to disbursements
☐ Advance  $_____ received __/__/__   Comment_____

**Comments**_____
_____
_____
_____

**Attorney:**    Jim Valcarce

Exhibit___4___
Page _1_ of _1_