# TRANSFER SHEET

DATE: 9/25   CLAIM #: 3322751094

INSD NAME: HERBIN   ATTORNEY: _____

DATE OF LOSS: 9/16/02

SUIT FILE: YES ☒   NO ☒   SPLIT FILE: YES ___ NO ✓

MIST FILE? YES ___ NO ✓   COLL/PD RESOLVED? YES N/PD NO ___

LIABILITY MATRIX ADDRESSED:   YES ✓   NO ___

LIABILITY INVESTIGATION COMPLETE
(or appropriate waivers, etc)   YES ✓   NO ___

| I/C OPEN | RESERVES | CDS COMPLETED |
|---|---|---|
| AA04 | $25,800 | #01 ✓ |
| CC04 | | #02 ✓ |
| | | #04 ✓ |
| | | #06 ✓ |
| | | #12 ✓ |

COMMENTS: _____

---

## REP UNIT

TRANSFER TO:   AMK   (AKB)   ALB   ATW

COMMENTS: see CDS 03 __

Exhibit 703107 8
Page 1 of 2

```
SEND TO: BERRY KATHRYN        ****  TRANSACTION HISTORY  ****        PAGE:  12 OF 12
CLAIM NUMBER: 3322751094    LINE: 10 AUTO-VOLUNTARY           DESK: AKB  PRIOR: SRV
POLICY NO: 020469309        EFFDT: 06/16/02  FILE LOC: FCO/MCO
INSUREDS NAME: MARGARET HERRON
ACCOUNTING COMPANY: 010 ALLSTATE CASUALTY

DATE    ITCLMT  TRANS TYPE       TRSN P/CAC DRAFTNO MM TRANS AMOUNT         CUR RESERVE
092502  BB06    10 OPEN                00                      0.00
092502  CC02    16 REL L RES-CLS       00                      0.00
092502  CC02    10 OPEN                00                      0.00
092502  CC04    10 OPEN                00                      0.00
092502  AA04    10 OPEN                00                  25,000.00              *
091702  HH01    10 OPEN                00                      0.00




1 INIT REF  2 I/C STAT  3 TRAN HIS  4 DRFT HIS  5 LOSS HIS  6 MUL DSK  7 BI CAT
A PRT CURR SCRN  B PRT CURR FRMT    C PRT MULT FRMTS    D PRIOR SCRN  10 EFT HIS
NEXT SELECTION/TAB:      CLAIM NUMBER/TAB:         ITEM/TAB:       CLMT/TAB:
```

Exhibit 8
Page 2 of 2

704147