LAW OFFICES
## HEDLAND, BRENNAN, HEIDEMAN & COOKE
A PROFESSIONAL CORPORATION

BETHEL:
CHRISTOPHER R. COOKE
JIM J. VALCARCE
KENNETH S. ROOSA
T. WAYNE CARY

ANCHORAGE:
JOHN S. HEDLAND
JAMES T. BRENNAN
SARA E. HEIDEMAN
AMY L. VAUDREUIL
PATRICK M. ANDERSON

251 SEVENTH AVENUE
P.O. BOX 409
BETHEL, ALASKA 99559
(907) 543-2744
FAX (907) 543-2746
E-Mail cookelaw@unicom-alaska.com

ANCHORAGE OFFICE:
1227 WEST NINTH AVENUE
SUITE 300
ANCHORAGE, AK 99501
(907) 279-5528
FAX (907) 278-0877

September 23, 2002

Bob Herron
P.O. Box 602
Bethel, AK 99559
**VIA FACSIMILE: 543-1394**

RE:   Charles Herron

Dear Bob:

Enclosed please find a letter dated September 19, 2002 from Michele Power. Please forward a copy of this letter to your insurance company and ask them to contact Ms. Power directly. If you have any questions, please call.

Sincerely,
HEDLAND, BRENNAN, HEIDEMAN & COOKE

Jim Valcarce
Attorney at Law

JJV:ktg
B2586

Exhibit 9
Page 1 of 1