# Allstate®

ANCHORAGE                                   09/25/02
7033 E. TUDOR ROAD
ANCHORAGE          AK 99507
(907) 338-7750


BETHEL POLICE DEPARTMENT
PO BOX 500
BETHEL           AK 99559


ATTENTION: REPORT DEPT.

PLEASE SEND US A COPY OF YOUR OFFICIAL REPORT ON THE INCIDENT
DESCRIBED BELOW AND RETURN THIS LETTER WITH YOUR REPORT.

THANK YOU FOR YOUR COOPERATION.

SINCERELY,

CLAIM DEPARTMENT
ALLSTATE INSURANCE COMPANY


CLAIM NUMBER: 3322751094 SRV

INSURED: MARGARET HERRON

DATE: 09/14/02   TIME: 01:00 AM

INSURED VEHICLE LICENSE STATE:        LICENSE PLATE:

LOCATION: VIA RD                                BETHEL


NATURE OF INCIDENT: HIT FIXED OBJECT


IF TRAFFIC ACCIDENT, NAMES OF DRIVER(S):

    CHARLES HERRON
    CHARLES HERRON

P.S.   OUR CHECK FOR   $.00 IS ENCLOSED FOR REPORT.

       YOUR CASE NUMBER: 02-1153

702646
Exhibit 10