```
PF4-PREV PAGE  PF9-PRT SCREEN                                              703937
DESK: AK2            *** CLAIM DIARY ***                    PAGE: 005 OF MANY
CLAIM NUMBER: 3322751094    LOSS DATE: 09/14/02    POLICY: 020469309
INSURED: MARGARET HERRON
 DATE    DESK                    NARRATIVE                              APPL
092502  SRV  GKG-AK LETTER ADDR TO ID 01 - MARGARET HERRON               OAS  *
             CC1:
             CC2:
             MAA-AK LETTER ADDR TO ID 02 - CHARLES HERRON                     *
             CC:
             ID01 ZNEG ENTERED AS 100% BY ID: DPH3, MCO: 332; ZNEG            *
              UPDATED FROM 100%; NAME: RENEE VANZANT
             POLICE REPORT REQUEST LETTER GENERATED                      LRS
092602  APP  CLAIM EMPLOYEE NOTIFICATION SENT TO AGENT - 00057286             *
100102  ALH  CERT DEC MAILED TO RENEE VANZANT LOC 3320                   LRS
100302  SSM  SM06 SM ADDR TO ID 02 - CHARLES HERRON                      OAS  *
             CC1:
             CC2:
101002  AKP  ***** SYSTEM GENERATED MESSAGES *****                       CNVS
             UPDATE APPLIED TO INSURED INFORMATION BY KAREN PETERSEN IN M
             CO 332 ROC 07
                                                                         703938
PF4-PREV PAGE  PF9-PRT SCREEN
```

Exhibit 11
Page 1 of 1