```
DESK: AKB                      INVOLVED PERSON STATEMENT
332 275109 4    DOL: 09 - 14 - 2002  INSD: MARGARET          HERRON
 ID: 04    ANGELINA              TRAILOV
           PASSENGER                                              HRS:
HOME PHONE: (907)543-1993    BUS PHONE:
                             STMT EMPL NAME: H       R VANZANT
DATE: 09 - 23 - 2002         STATEMENT TYPE: OTHER - ATTY REP
EFFECT ON INSD LIAB AND/OR CLMT DAMAGES:    (0=NONE 1=FAV 2= UNFAV)
NOTIFY:
ANALYSIS:
ATTY REP
---
INSD LEFT MESS THAT CLMT HAS ATTY
09/25/2002
```

703959

```
PF5-SCHED F/U  PF7-BACKWD  PF8-FRWD  PF9-PRINT  PF11-PREV STMT  PF12-NEXT STMT
*** ONLY EMPLOYEE DPH3 CAN UPDATE THE STATEMENT YOU HAVE SELECTED ***
                        INVOLVED PERSON STATEMENT          PAGE:  1 OF  1
DESK: AKB                            INSD: MARGARET          HERRON
```

Exhibit 14
Page 1 of 1