**Mail Handlers Benefit Plan**
c/o Third Party Recovery Services
P. O. Box 10188
Gaithersburg, MD 20898-0188

Telephone 301-610-0919
Facsimile 301-610-9112
Internet lclark@gordon-barnett.com

October 15, 2002

(D)Herron

~~Ms. Renee R. Vanzant~~ AK.B
Allstate Insurance Company
7033 East Tudor Road
Anchorage, AK 99507

RE Patient: Angelina Kenick
Plan Enrollee: Mary Kenick; ID#: 574465067
Date of Injury: September 14, 2002
Your Reference: Claim # 3322751094 SRV

Dear Ms. Vanzant:

We are writing to notify you that the Mail Handlers Benefit Plan ("MHBP") has a subrogation interest in any settlement or resolution to compensate the MHBP's member as a result of the injury/ies sustained by the above named patient as evidenced by the enclosed executed Lien. We have asked that Ms. Michele Power represent the MHBP's interest in the pending claim or lawsuit.

We are requesting that you take the MHBP subrogation claim into consideration if, and when, the pending claim or lawsuit against your client is resolved, and that the matter not be disposed of without the MHBP subrogation claim being satisfied in an agreed-upon fashion.

We thank you in advance for your cooperation in this matter. Should you have any questions concerning this matter, please feel free to contact me at (301) 610-0919.

Sincerely,

(Ms.) Le Clark
Sr. Recovery Analyst

Encl.

cc: Ms. Michele Power

(lc/ 574465067)

703886
Exhibit 17
Page 1 of 4

September 26, 2002

## LIEN AGAINST PROCEEDS OF RECOVERY/REIMBURSEMENT AGREEMENT

In accordance with the **Liability insurance and third-party actions** provision of the applicable Mail Handlers Benefit Plan ("MHBP" or "Plan") contract statement of benefits (or "brochure"), I(we) __Mary Kenick__, hereby acknowledge that the MHBP possesses a lien on the proceeds of any recovery(ies) that I(we) obtain for the illness(es) or injury(ies) that I(we) sustained on/about __September 14__, 20__02__, as a result of (describe injury/incident) __motor vehicle accident wherein my daughter, Angelina Trailov, sustained serious injuries__

in the City of __Bethel__, State of __Alaska__, as a result of the act(s) or omission(s) of a third party(ies), whether or not I(we) was(were) made whole and I(we) hereby assign to the MHBP the proceeds of any such recovery(ies), whether they be obtained by judgment, settlement, or otherwise, and from whatever source, including, but not limited to, uninsured/underinsured motorist policy(ies). This lien shall extend to the full amount of the benefits that the MHBP pays for expenses incurred in the treatment of those illness(es) or injuries, including, but not limited to, any benefits paid prior to the date on which this Agreement is executed. The MHBP's lien interest in my(our) recovery(ies) shall not be subject to reduction, deduction, or setoff of any sort for any reason unless such reduction, deduction, or setoff is approved in advance in writing by an authorized representative of the MHBP. (The applicable MHBP brochure shall be the one issued for the year in which the covered medical expenses for which the MHBP paid benefits are incurred.) I(we) further acknowledge that the MHBP has no obligation to pay benefits for treatment of the illness(es) or injury(ies) sustained as a result of the above described cause(s) unless or until I(we) execute and return this Agreement.

I(We) also agree to execute any instruments or documents, furnish any and all information and/or assistance, give any/and all appropriate notice(s), and/or take any and all other necessary and related actions as the MHBP shall require to facilitate it in executing this lien/reimbursement Agreement.

I(We) hereby state that I(we) have not given any release or discharge of my(our) right(s) to recover from any other party(ies) for the covered expenses or charges for which the Plan has paid or will pay under this Agreement, and that I(we) have not done nor will not do anything to prejudice the MHBP's lien right(s) with respect to that recovery as set forth herein.

I(We) acknowledge and agree that in the event I(we) fail to comply with the terms of this lien agreement and that, as a result of such failure, the MHBP is not reimbursed for the benefits that it pays in reliance hereupon, the MHBP shall be entitled to take appropriate legal action, without limitation, to obtain such reimbursement, including, but not limited to, withholding future benefits to which I(we) otherwise would be due until such unreimbursed amount is recouped. In the event litigation becomes necessary for the MHBP to enforce its rights under this lien/Reimbursement

**LIEN AGAINST PROCEEDS OF RECOVERY/REIMBURSEMENT AGREEMENT(Continued)**

Agreement, I(we) shall be responsible for paying the legal fees and costs incurred by the MHBP in such action should the MHBP be the prevailing party.

_Mary Kenick_ (signature)    907-543-3858    10/4/02
Signature of Member          Work Phone Number   (Date)
Mary Kenick

_____    _____
Signature of Patient (if not a minor)    (Date)

Michele Power
P.O. Box 585                 907-543-2972
Bethel, Alaska 99559         Attorney's Phone Number
                             907-543-3394
Name and Mailing Address of Your Attorney    Attorney's Fax Number

**Please sign below in the event that you do not intend to pursue a claim or initiate a lawsuit against a third party or your own uninsured or underinsured auto liability policy regarding the accident/injury described above.**

_____    _____
Signature of Patient (if not a minor)    (Date)

If you are pursuing a claim or initiating a lawsuit regarding the accident/injury described above, please provide the information requested below:

Other Party's Attorney:
Name of Attorney
Firm Name
Mailing Address
City, State, Zip Code
Name of Defendant/s

Other Insurance Information:    ( ) PIP/Med Pay/No-Fault   ( ) UM/UIM   (✓) Bodily Injury/Liability
Check appropriate type of coverage
Renee R. Vanzant   1-800-770-7750 x 61
Name of Contact and Phone Number
Allstate Insurance Company
Company Name
1033 E. Tudor Rd
Mailing Address
Anchorage, AK. 99507
City, State, Zip Code
3322751094 SRV
Claim Number



Mail Handlers Benefit Plan
c/o Third Party Recovery Services
P. O. Box 10188
Gaithersburg, MD  20898-0188

Ms. Renee R. Vanzant
Allstate Insurance Company
7033 East Tudor Road
Anchorage, AK  99507

703889

OCT 22 2002
RECEIVED

Exhibit  17
Page  4  of  4