DESK: AKB              INVOLVED PERSON STATEMENT              PAGE:    1 OF    1
332 275109 4   DOL: 09 - 14 - 2002  INSD:    MARGARET        HERRON
ID: 01      MARGARET                    HERRON
            OWNER
HOME PHONE: (907)543-4377    BUS PHONE: (907)543-4810              HRS:    -
                             STMT EMPL NAME:  CRAIG        J ELKINS
DATE: 11 - 07 - 2002         STATEMENT TYPE:  PL COMMENTS
EFFECT ON INSD LIAB AND/OR CLMT DAMAGES:         (0=NONE 1=FAV 2= UNFAV)
NOTIFY:
ANALYSIS:
KATHY
PLEASE REVIEW THAT LETTER TO 04 ATTY DID GO OUT AND DOC SAME
ALSO DOUBLE CHECK YOUR AA RESERVES AND COMMENT ON SAME--
   UPDATE HUB ON 04 AS BEING INJURED AND FOLLOWUP ON P/R..
TO DATE NO SUBROGATION DEMANDS ON LIGHT POLE HAVE BEEEN RECIEVED
ENSURE MAWA SECURED
AND CO-ORD WITH MED PAY ON ANY PENDING MEDICAL BILLING ISSUES   CE
NOTIFY USED ON 11/07/2002, SENT TO: DHTT
11/07/2002

**703969**

PF5-SCHED F/U  PF7-BACKWD  PF8-FRWD  PF9-PRINT  PF11-PREV STMT  PF12-NEXT STMT
*** ONLY EMPLOYEE DJ1F CAN UPDATE THE STATEMENT YOU HAVE SELECTED ***
DESK: AK8              INVOLVED PERSON STATEMENT              PAGE:    1 OF    2
                                   2002  INSD:    MARGARET        HERRON

Exhibit___20___
Page___1___of___1___