```
DESK: AKB                  INVOLVED PERSON STATEMENT                PAGE:  1 OF  2
332 275109 4   DOL: 09 - 14 - 2002  INSD:  MARGARET           HERRON
ID: 01      MARGARET                  HERRON
            OWNER
HOME PHONE: (907)543-4377    BUS PHONE: (907)543-4810           HRS:    -
                             STMT EMPL NAME:  KATHRYN    J BERRY
DATE: 11 - 14 - 2002         STATEMENT TYPE:  OTHER - STATUS
EFFECT ON INSD LIAB AND/OR CLMT DAMAGES:        (0=NONE 1=FAV 2= UNFAV)
NOTIFY:
ANALYSIS:
STATUS                                                          703970
REVIEWED P/R. UPDATED INJURY INFO FOR 04 GINA. ENTERED NEW INJURY INFO
FOR 05 TRACY, WHO WAS INITIALLY THOUGHT TO BE UNINJURED. I WILL SPLIT HER
PART OF THE FILE BACK TO SRV FOR CONTACT.
***
FACTS ARE ADVERSE TO INSD. BAC WAS .146. HOWEVER, WITNESSES INDICATE THAT
ALL PARTIES HAD BEEN DRINKING AND WE WILL NEED TO REVIEW THIS WHEN 04'S
RECORDS ARE RECIEVED. P/R ALSO INDICATES 02 WAS ATTEMPTING TO PERFORM
CPR ON 04 AT SCENE.
***
RESERVES -- SEVERITY OF INJURIES AND LENGTH OF HOSPITALIZATION FOR 04 IS
UNKNOWN. HOWEVER, WE KNOW OF SKULL FX, PUNCTURED LUNG AND RIB FX, AND
PF5-SCHED F/U  PF7-BACKWD  PF8-FRWD  PF9-PRINT  PF11-PREV STMT  PF12-NEXT STMT
DESK: AKB                  INVOLVED PERSON STATEMENT                PAGE:  2 OF  2
```

Exhibit 21
Page 1 of 2

```
DESK: AKB                    INVOLVED PERSON STATEMENT              PAGE:  2 OF  2
332 275109 4   DOL: 09 - 14 - 2002   INSD: MARGARET        HERRON
  ID: 01      MARGARET                     HERRON
              OWNER
HOME PHONE: (907)543-4377    BUS PHONE: (907)543-4810              HRS:
                             STMT EMPL NAME:  KATHRYN    J BERRY
DATE: 11 - 14 - 2002         STATEMENT TYPE:  OTHER - STATUS
EFFECT ON INSD LIAB AND/OR CLMT DAMAGES:          (0=NONE 1=FAV 2= UNFAV)

ANALYSIS:
11/14/2002
GIVEN THE VENUE I HAVE INCREASED RESERVES TO $75,000.
***
LETTER IN FILE TO PLTF ATTY WAS FAXED ON 10/18/02 BUT HARD COPY WAS NOT
SENT, APPARENTLY BECAUSE I WAS GOING TO ENCLOSE MAWA.  PRINTING MAWA AND
SENDING ALONG WITH HARD COPY OF LETTER TODAY.
11/14/2002
NOTIFY USED ON 11/14/2002, SENT TO: DJ1F
```

703971

```
PF5-SCHED F/U  PF7-BACKWD  PF8-FRWD  PF9-PRINT  PF11-PREV STMT  PF12-NEXT STMT
DESK: AKB                    INVOLVED PERSON STATEMENT              PAGE:  1 OF  1
```

Exhibit 21
Page 2 of 2