CITY OF BETHEL
% CLAIMPAY Alaska
HC01 BOX 6031-A
PALMER, AK 99645-9601

REC'D MAR 17 2003    332 2751094

FORWARDING SERVICE REQUESTED

PHONE: (907) 745-5945

| STATEMENT DATE | PAY THIS AMOUNT | ACCT. # |
|---|---|---|
| 10/10/02 | $300.00 | TRAIL00400 |

PAGE: 1

SHOW AMOUNT PAID HERE  $

ADDRESSEE:

ANGELINA TRAILOU
BOX 11
BETHEL, AK 99559-0011

REMIT TO:

CITY OF BETHEL
% CLAIMPAY Alaska
HC01 BOX 6031-A
PALMER, AK 99645-9601

B860*0SD0BVVBK000229

☐ Please check box if address is incorrect or insurance information has changed, and indicate change(s) on reverse side.

PLEASE DETACH AND RETURN TOP PORTION WITH YOUR PAYMENT

## STATEMENT OF ACCOUNT
### For Ambulance Transport

| DATE | FOR | DESCRIPTION | REF | PATIENT | INSURANCE |
|---|---|---|---|---|---|
| 09/14/02 | ANGELINA | EMER AMB SERV ALS SSP | 22477 | 300.00 | |

| 0-30 DAYS CURRENT | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | 91-120 DAYS PAST DUE | >120 DAYS PAST DUE | BALANCE DUE | |
|---|---|---|---|---|---|---|
| | | | | | PATIENT | INSURANCE |
| $300.00 | $0.00 | $0.00 | $0.00 | $0.00 | $300.00 | $0.00 |

NOTES: Acct Billing provided by CLAIMPAY Alaska. MAIL PMTS TO ADDRESS ABOVE.

**PLEASE SIGN AND RETURN THE FOLLOWING with INSURANCE INFO or PAYMENT made TO: CITY OF BETHEL**

At the time of your Ambulance Transport we had NO Record, or an incomplete record of insurance coverage for you. PLEASE SIGN the **RELEASE and ASSIGNMENT** section and complete the form if applicable. If you have MEDICARE (red-white-blue-card), please include the number and suffix listed at the end of the number (ex. "A", "B", "D", "W", etc.) If you have MEDICAID and the sticker shows a "J" or "JP" code, THIS MEANS YOU HAVE MEDICARE. Your COMPLETE Medicare No. is REQUIRED....BEFORE we can bill MEDICAID.

__MEDICARE#_____ (provide suffix ltr at the end) __MEDICAID ID/Sticker_____
__I/We DO NOT HAVE INSURANCE - Responsibility of Pt. or Guardian  __OTHER INSURANCE: Please provide insur. Carrier info.
INSURANCE CARRIERS NAME_____  CARRIERS ADDRESS_____
NAME OF INSURED_____  INSURED'S S.S.#_____
POLICY/GROUP#_____  INSURED'S I.D.#_____  Employed By_____
Pt's Relationship to Insured __Self __Spouse __Child __Other  PT'S S.S.#_____  Pt's Date of Birth_____

**RELEASE and ASSIGNMENT of BENEFITS**
I Assign Medical Benefits and request pmt to CITY OF BETHEL. I authorize use of this form on ALL insurance submissions, authorize the release of any medical information necessary to process my insurance claim(s) and agree that a photocopy of this form may be used in lieu of the original. I further understand that THIS BILL IS MY RESPONSIBILITY and any claims filed with insurance is done so as a courtesy. Your Signature Will Be Kept On File. If you can not pay within 30 days, please call to set up a payment plan. Claims not paid promptly will be turned over to our collection agency.

_____ DATE_____    _____ DATE_____
Patient Signature                  Signature of Insured OR Responsible Party    TRAIL00400

703834

Exhibit 22
Page 1 of 12

10/10/02  15:40  FAX I'      33855              USDA-RD                                                     ☒01

STATEMENT OF ACCOUNT   REC'D MAR 17 2003                    018823R

KENICK MARY   000262152499014060000000000004

332 2751094

**ALASKA REGIONAL HOSPITAL**
P.O. BOX 142044
ANCHORAGE, ALASKA 99514
BUSINESS OFFICE

STATEMENT DATE  09/19/02   PAGE 1 OF 1

| ACCOUNT NUMBER | PATIENT NAME | STATEMENT PERIOD |
|---|---|---|
| 262152499 | TRAILOV ANGELINA CHRISTI | INPATIENT 09/14/02 TO 09/16/02 |

AMOUNT DUE  $0.00

KENICK MARY O
PO BOX 11
BETHEL    AK 99559

MAIL PAYMENT TO
ALASKA REGIONAL HOSPITAL
01406
P.O. BOX 31172
TAMPA, FL 33631-1172

TO RECEIVE PROPER CREDIT, PLEASE RETURN THIS PORTION WITH YOUR PAYMENT
NOTE: SHOULD YOU WISH TO PAY BY CREDIT CARD, SEE AUTHORIZATION NOTICE ON THE BACK.

 

## SUMMARY OF ACCOUNT

 

ALASKA REGIONAL HOSPITAL
P.O. BOX 142044
ANCHORAGE, ALASKA 99514
BUSINESS OFFICE

STATEMENT DATE  09/19/02

| STATEMENT PERIOD | PATIENT NAME | ACCOUNT NUMBER |
|---|---|---|
| 09/14/02 TO 09/16/02 | TRAILOV ANGELINA CHRISTI | 262152499 |

THE INSURANCE CLAIMS OUTSTANDING REPRESENTS OUR ESTIMATE OF INSURANCE LIABILITY BASED ON OUR BEST INFORMATION

| ACCOUNT BALANCE LAST STATEMENT | NEW CHARGES OR ADJUSTMENTS | NEW PAYMENTS OR CREDITS | NEW ACCOUNT ADJUSTMENTS | INSURANCE CLAIMS OUTSTANDING | AMOUNT DUE |
|---|---|---|---|---|---|
| 0.00 | 34840.78 | 0.00 | 10017.66 | 24,823.12 | $0.00 |

| DATE | DESCRIPTION | UNITS | AMOUNT | | DESCRIPTION | UNITS | AMOUNT |
|---|---|---|---|---|---|---|---|
| *09/16/02 | INPATIENT SERVICES | | | | PHARMACY | 15 | 479.05 |
|  | IV SOLUTIONS | 11 | 973.69 | | MED-SURG SUPPLIES | 20 | 1,283.00 |
|  | STERILE SUPPLIES | 11 | 3,260.00 | | SUPPLY/IMPLANTS | 9 | 1,014.01 |
|  | LABORATORY | 3 | 83.82 | | LAB/CHEMISTRY | 6 | 1,366.07 |
|  | LAB/IMMUNOLOGY | 11 | 1,220.87 | | LAB/HEMATOLOGY | 3 | 587.81 |
|  | LAB/BACT-MICRO | 6 | 533.00 | | DX X-RAY/CHEST | 6 | 1,226.22 |
|  | OR SERVICES | 4 | 6,069.04 | | ANESTHESIA | 9 | 1,227.00 |
|  | RESPIRATORY SVC | 2 | 4,667.46 | | SPEECH PATHOL | 1 | 339.00 |
|  | PULMONARY FUNC | 20 | 3,756.25 | | ECHOCARDIOLOGY | 1 | 602.00 |
|  | | | | | ROOM CHARGES | | 6,152.50 |
| *09/16/02 | CONTRACTUAL ADJ | | 10,017.66- | | TOTAL CHARGES | | 34,840.78 |
|  | | | | | ACCOUNT BALANCE | | 24,823.12 |
|  | | | | | ESTIMATED INSURANCE | | 24,823.12 |

\* INDICATES NEW ITEMS SINCE LAST STATEMENT

IF YOU HAVE QUESTIONS REGARDING YOUR ACCOUNT, PLEASE CALL: 907-276-6864

THANK YOU FOR CHOOSING ALASKA REGIONAL HOSPITAL

THIS BILL IS FOR HOSPITAL SERVICES ONLY
PLEASE RETAIN THIS PORTION FOR YOUR RECORDS

Exhibit 22          703835

# STATEMENT

**Alaska Imaging Associates, LLC**
P.O. Box 140349
Anchorage AK 99514-0349

3322751094
AKB
Recd 3/18/03

**Address Service Requested**

Office Hours: Monday - Friday 8AM-5PM
Phone: 907/274-7977

*20 **AUTO**3-DIGIT 995

Mary O Kenick
PO Box 11
Bethel AK 99559-0011

CHECK CREDIT ___ING FOR PAYMENT AND FILL OUT BELOW:
☐ MasterCard ☐ VISA
CARD NUMBER | AMOUNT
NAME ON CARD (PLEASE PRINT) | EXP. DATE
SIGNATURE

| STATEMENT DATE | ACCOUNT # | PAY THIS AMOUNT |
|---|---|---|
| 12/17/2002 | AIA 000356655 | $246.00 |

Patient Name: ANGELINA  Trailov
Date Of Birth: 5/4/87
Primary Ins.: MAIL HANDLERS
Secondary Ins.: IHS/CHS FISCAL

AMOUNT PAID

MAKE CHECK PAYABLE & RE**REC'D MAR 17 2003**

Alaska Imaging Associates, LLC
P.O. Box 140349
Anchorage AK 99514-0349

ALASKA01-0059659-0005217-0224029-001-001711-#005600
☐ PLEASE CHECK BOX IF ABOVE ADDRESS IS INCORRECT AND INDICATE CHANGES ON BACK.

DETACH HERE  AND RETURN THIS TOP PORTION WITH YOUR PAYMENT
USING THE RETURN ENVELOPE ENCLOSED

| DATE | CPT CODE | DIAG CODE | DR # | SERVICE DESCRIPTION | PAYMENT | AMOUNT |
|---|---|---|---|---|---|---|
| 09/15/02 | 71010/26 | 786.50 | 1 | X-RAY CHEST; SINGLE VIE | | $41.00 |
| | | | | Total for Claim: | | $41.00 |
| 09/16/02 | 71010/26 | 959.1 | 2 | X-RAY CHEST; SINGLE VIE | | $41.00 |
| | | | | Total for Claim: | | $41.00 |
| 09/14/02 | 71010/26 | 860.2 | 1 | X-RAY CHEST; SINGLE VIE | | $41.00 |
| 09/14/02 | 71010/26 | 860.2 | 1 | X-RAY CHEST; SINGLE VIE | | $41.00 |
| 09/14/02 | 71010/26 | 959.1 | 1 | X-RAY CHEST; SINGLE VIE | | $41.00 |
| 09/14/02 | 71010/26 | 959.1 | 1 | X-RAY CHEST; SINGLE VIE | | $41.00 |
| | | | | Total for Claim: | | $164.00 |

YOUR ACCOUNT IS PAST DUE. PLEASE REMIT PAYMENT WITHIN 10 DAYS OF THIS STATEMENT DATE. THANK YOU!

**BALANCE DUE: $246.00**

| Patient: ANGELINA | Account Number: AIA 000356655 | Statement Date: 12/17/2002 |
|---|---|---|
| Location: ALASKA REG. HOSPITAL | Performing Physician: CRUZ, BRADLEY M.D. | |

**Doctors Legend**
1 CRUZ, BRADLEY M.D.
2 FAWLEY, HOWARD M.D.

Alaska Imaging Associates, LLC
2751 Debarr Rd.
Ste 330-A
Anchorage AK 99508
IRS# 92-0177956  Phone: 907/274-7977

Exhibit 22
Page 3 of 12

703836

ALASKA01-0059659-0005217-0224029-001-001711-#005600

REC'D MAR 17 2003

332 2751094

MS0375                    S T A T E M E N T                    11/11/02

```
                    DENALI ANESTHESIA, PC                        PAGE:    1
                    PO BOX 202149
                    ANCHORAGE        , AK   99520
                    (907) 258-2149


MARY         O KENICK            ACCOUNT NUMBER: 2204678
PO BOX 11                        PATIENT NAME  : ANGELINA    C TRAILOV
BETHEL, AK 99559


                CODE...    DESCRIPTION .....................

DIAGNOSIS:      862 .29    INTRATHORACIC INJ NEC-CL
                860 .0     TRAUM PNEUMOTHORAX-CLOSE
                870 .8     OPN WND OCULAR ADNEX NEC
                861 .21    LUNG CONTUSION-CLOSED

****************************************************************************
 D.O.S.      CPT ...    DESCRIPTION ..............     PROV          AMOUNT
                    SERVICES RENDERED

09/14/02   00520         CLOSED CHEST (ESOPHAGOSCOPY,   CHENG         1092.50
  TIME 11:10  13:20 C-UNIT 19.0 ANES-G PS-1E   LOC-AI
09/14/02   99140         ANESTHESIA COMPLICATED BY EM   CHENG          115.00
  TIME 00:00  00:00 C-UNIT  1.0 ANES-G PS-     LOC-AI
09/14/02   36489         PLACEMENT OF CENTRAL VENOUS    CHENG          230.00
  TIME 00:00  00:00 C-UNIT  1.0 ANES-G PS-     LOC-AI
09/14/02   36620         ARTERIAL CATHETERIZATION OR    CHENG          172.50
  TIME 00:00  00:00 C-UNIT  1.0 ANES-G PS-     LOC-AI
09/14/02   93312         ECHOCARDIOGRAPHY, REAL TIME    CHENG          345.00
  TIME 00:00  00:00 C-UNIT  1.0 ANES-O PS-     LOC-AI
10/15/02   <BILLED>      SLF     -RESP PARTY                          1610.00
10/16/02   <BILLED>      SLF     -RESP PARTY                          1955.00

           TOTAL ..........................................         $1955.00
```

NOTICE:   THIS IS AN ITEMIZED STATEMENT OF ACTIVITY ON YOUR ACCOUNT

703837

THIS STATEMENT ONLY REFLECTS ACTIVITY FOR THE DATES SHOWN

Exhibit 22

Page 4 of 12

# HEALTH INSURANCE CLAIM FORM

APPROVED OMB-0938-0008

PLEASE DO NOT STAPLE IN THIS AREA

ANGSTMAN LAW OFFICES
P.O. BOX 585
BETHEL, AK 99559    332 275 1094

REC'D MAR 17 2003

| | | |
|---|---|---|
| 1. MEDICARE / MEDICAID / CHAMPUS / CHAMVA / GROUP HEALTH PLAN [X] / FECA BLK LUNG / OTHER | 1a. INSURED'S I.D. NUMBER | (FOR PROGRAM IN ITEM 1) |
| | 574022138 | |
| 2. PATIENT'S NAME: TRAILOV, ANGELINA C. | 3. PATIENT'S BIRTH DATE: 05 04 1987  SEX: F [X] | 4. INSURED'S NAME: KENICK, MARY N. |
| 5. PATIENT'S ADDRESS: PO BOX 11 | 6. PATIENT RELATIONSHIP TO INSURED: Child [X] | 7. INSURED'S ADDRESS: PO BOX 11 |
| CITY: BETHEL  STATE: AK | 8. PATIENT STATUS: Single [X] | CITY: BETHEL  STATE: AK |
| ZIP CODE: 99559  TELEPHONE: (907) 543-1993 | Employed / Full-Time Student [✓] / Part-Time Student | ZIP CODE: 99559  TELEPHONE: ( ) |
| 9. OTHER INSURED'S NAME: KENICK, MARY N. | 10. IS PATIENT'S CONDITION RELATED TO: | 11. INSURED'S POLICY GROUP OR FECA NUMBER: MVA |
| a. OTHER INSURED'S POLICY OR GROUP NUMBER | a. EMPLOYMENT? NO [X] | a. INSURED'S DATE OF BIRTH: 09 30 1961  SEX: F [X] |
| b. OTHER INSURED'S DATE OF BIRTH: 09 30 1961  SEX: F [X] | b. AUTO ACCIDENT? YES [X]  PLACE (State) | b. EMPLOYER'S NAME OR SCHOOL NAME |
| c. EMPLOYER'S NAME OR SCHOOL NAME | c. OTHER ACCIDENT? NO [X] | c. INSURANCE PLAN NAME OR PROGRAM: ANGSTMAN LAW OFFICES |
| d. INSURANCE PLAN NAME OR PROGRAM NAME: MAILHANDLERS BENEFIT PLA | 10d. RESERVED FOR LOCAL USE | d. IS THERE ANOTHER HEALTH BENEFIT PLAN? YES [X] |

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE: SIGNATURE ON FILE    DATE 09 14 2002
13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE: SIGNATURE ON FILE

14. DATE OF CURRENT ILLNESS/INJURY/PREGNANCY:
15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS GIVE FIRST DATE:
16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION:
17. NAME OF REFERRING PHYSICIAN: KISLING, GREGORY M.
17a. I.D. NUMBER OF REFERRING PHYSICIAN:
18. HOSPITALIZATION DATES: FROM 09 14 2002 TO 09 14 2002
19. RESERVED FOR LOCAL USE
20. OUTSIDE LAB? NO [X]

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY:
1. 7931
2. 80701
3. 80100
4. V714

22. MEDICAID RESUBMISSION CODE / ORIGINAL REF. NO.
23. PRIOR AUTHORIZATION NUMBER

| 24. DATE(S) OF SERVICE From - To | Place of Service | Type of Service | PROCEDURES CPT/HCPCS | MODIFIER | DIAGNOSIS CODE | $ CHARGES | DAYS OR UNITS | EPSDT Family Plan | EMG | COB | RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 091402 091402 | 22 | 1 | 70450 | 26 | 1 | 187 00 | 1 | | | | AK4682 |
| 091402 091402 | 22 | 1 | 71010 | 26 | 1 | 50 00 | 1 | | | | AK4682 |
| 091402 091402 | 22 | 1 | 71260 | 26 | 1 | 266 00 | 1 | | | | AK4682 |
| 091402 091402 | 22 | 1 | 72193 | 26 | 1 | 219 00 | 1 | | | | AK4682 |
| 091402 091402 | 22 | 1 | 74160 | 26 | 1 | 281 00 | 1 | | | | AK4682 |

25. FEDERAL TAX I.D. NUMBER: 920162721  EIN [X]
26. PATIENT'S ACCOUNT NO.: 4016788
27. ACCEPT ASSIGNMENT? YES [X]
28. TOTAL CHARGE: $1003.00
29. AMOUNT PAID: $
30. BALANCE DUE: $1003.00

31. SIGNATURE OF PHYSICIAN OR SUPPLIER: GREGORY KISLING DO  DATE 11 13 2002
32. NAME AND ADDRESS OF FACILITY: ALASKA NATIVE MEDICAL C, 4315 DIPLOMACY DR, ANCHORAGE AK 99508
33. PHYSICIAN'S BILLING NAME: ALASKA NATIVE MEDICAL CTR, PO BOX 196678, ANCHORAGE, AK 99519-6678

PAGE 001

FORM HCFA-1500 (12-90)
FORM OWCP-1500    FORM RRB-1500

Exhibit 22
Page 5 of 12


703838

| | | | | | | | | | | APPROVED OMB NO. 0938-0279 |
|---|---|---|---|---|---|---|---|---|---|---|
| ALASKA NATIVE MEDICAL CTR<br>PO BOX 196678<br>ANCHORAGE       AK 995196678<br>9077292460  9077292362 | 2 | REC'D MAR 17 2003 | | | 3 PATIENT CONTROL NO.<br>00003945797 | | | | | TYPE OF BILL<br>131 |
| | | 5 FED. TAX NO.<br>920162721 | 6 STATEMENT COVERS PERIOD<br>FROM  091402 | THROUGH  091402 | 7 COV D. | 8 N-C D. | 9 C-I D. | 10 L-R D. | 11 | |

| 12 PATIENT NAME | 13 PATIENT ADDRESS |
|---|---|
| TRAILOV, ANGELINA C. | P.O. BOX 11         BETHEL         AK 99559 |

| 14 BIRTHDATE | 15 SEX | 16 MS | 17 DATE | 18 HR | 19 TYPE | 20 SRC | 21 D HR | 22 STAT | 23 MEDICAL RECORD NO. | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05041987 | F | S | 091402 | 09 | | 1 | | 01 | 099375 | | | | | | | | |

| 38 | 39 VALUE CODES | 40 VALUE CODES | 41 VALUE CODES |
|---|---|---|---|
| KENICK, MARY N<br>PO BOX 11<br>BETHEL      AK 99559 | | | |

| | 42 REV. CD. | 43 DESCRIPTION | 44 HCPCS/RATES | 45 SERV. DATE | 46 SERV. UNITS | 47 TOTAL CHARGES | 48 NON-COVERED CHARGES | 49 |
|---|---|---|---|---|---|---|---|---|
| 1 | 300 | LABORATORY | 86885 | | 1 | 53 85 | | |
| 2 | 300 | LABORATORY | 86900 | | 1 | 39 98 | | |
| 3 | 300 | LABORATORY | 86901 | | 1 | 31 59 | | |
| 4 | 300 | LABORATORY | 87086 | | 1 | 81 42 | | |
| 5 | 410 | RESPIRATORY SERVICES | | | 3 | 858 47 | | |
| 6 | 450 | EMERGENCY ROOM | | | 2 | 792 37 | | |
| 7 | 001 | TOTAL | | | | 1857 68 | | |

| 50 PAYER | 51 PROVIDER NO. | 52 REL INFO | 53 ASG BEN | 54 PRIOR PAYMENTS | 55 EST. AMOUNT DUE | 56 |
|---|---|---|---|---|---|---|
| A  ANGSTMAN LAW OFFICES | | Y | Y | | 1857 68 | |
| B  MAILHANDLERS BENEFIT PLAN | | Y | Y | | | |
| C | | | | | | |

57  DUE FROM PATIENT >

| 58 INSURED'S NAME | 59 P.REL | 60 CERT.-SSN-HIC-ID NO. | 61 GROUP NAME | 62 INSURANCE GROUP NO. |
|---|---|---|---|---|
| A  KENICK, MARY N. | 03 | 574022138 | MVA | MVA |
| B  KENICK, MARY N. | 03 | 574022138 | | |
| C | | | | |

| 63 TREATMENT AUTHORIZATION CODES | 64 ESC | 65 EMPLOYER NAME | 66 EMPLOYER LOCATION |
|---|---|---|---|
| A | 9 | UNKNOWN | |
| B | 9 | UNKNOWN | |
| C | | | |

| 67 PRIN. DIAG. CD. | 68 CODE | 69 CODE | 70 CODE | 71 CODE | 72 CODE | 73 CODE | 74 CODE | 75 CODE | 76 ADM. DIAG. CD. | 77 E-CODE | 78 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 7931 | 80100 | 80701 | V714 | | | | | | | | |

| 79 P.C. | 80 PRINCIPAL PROCEDURE CODE / DATE | 81 OTHER PROCEDURE CODE / DATE | OTHER PROCEDURE CODE / DATE | 82 ATTENDING PHYS. ID |
|---|---|---|---|---|
| OP 9 | | | | AK293 WILSON FRANCES R |
| | OTHER PROCEDURE CODE / DATE | OTHER PROCEDURE CODE / DATE | OTHER PROCEDURE CODE / DATE | 83 OTHER PHYS. ID |

| 84 REMARKS | ANGSTMAN LAW OFFICES<br>P.O. BOX 585<br>BETHEL, AK  99559 | OTHER PHYS. ID |
|---|---|---|
| | | 85 PROVIDER REPRESENTATIVE  X | 86 DATE 11/30/02 |

UB-92 HCFA-1450    OCR/ORIGINAL    I CERTIFY THE CERTIFICATIONS ON THE REVERSE APPLY TO THIS BILL AND ARE MADE A PART HEREOF.
LASER GENERATED FORM

Exhibit 22
Page 6 of 12
703839

**PLEASE DO NOT STAPLE IN THIS AREA**

ANGSTMAN  FFICES
P.O. BOX 585
BETHEL, AK 99559

REC'D MAR 17 2003

## HEALTH INSURANCE CLAIM FORM

| | PICA | | | | | | | | PICA |
|---|---|---|---|---|---|---|---|---|---|
| 1. MEDICARE | MEDICAID | CHAMPUS | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER | 1a. INSURED'S I.D. NUMBER | (FOR PROGRAM IN ITEM 1) | |
| (Medicare #) | (Medicaid #) | (Sponsor's SSN) | (VA File #) | [X] (SSN or ID) | (SSN) | (ID) | 574022138 | | |

2. PATIENT'S NAME (Last Name, First Name, Middle Initial): **TRAILOV, ANGELINA C.**
3. PATIENT'S BIRTH DATE: **05 04 1987**  SEX: F [X]
4. INSURED'S NAME: **KENICK, MARY N.**
5. PATIENT'S ADDRESS: **PO BOX 11**
6. PATIENT RELATIONSHIP TO INSURED: Child [X]
7. INSURED'S ADDRESS: **PO BOX 11**
CITY: **BETHEL**  STATE: **AK**
8. PATIENT STATUS: Single [X]
CITY: **BETHEL**  STATE: **AK**
ZIP CODE: **99559**  TELEPHONE: **(907) 543-1993**
ZIP CODE: **99559**
9. OTHER INSURED'S NAME: **KENICK, MARY N.**
10. IS PATIENT'S CONDITION RELATED TO:
11. INSURED'S POLICY GROUP OR FECA NUMBER: **MVA**
a. OTHER INSURED'S POLICY OR GROUP NUMBER:
a. EMPLOYMENT? [X] NO
a. INSURED'S DATE OF BIRTH: **09 30 1961**  SEX: F [X]
b. OTHER INSURED'S DATE OF BIRTH: **09 30 1961**  SEX: F [X]
b. AUTO ACCIDENT? [X] YES  PLACE (State):
b. EMPLOYER'S NAME OR SCHOOL NAME:
c. EMPLOYER'S NAME OR SCHOOL NAME:
c. OTHER ACCIDENT? [X] NO
c. INSURANCE PLAN NAME OR PROGRAM NAME: **ANGSTMAN LAW OFFICES**
d. INSURANCE PLAN NAME OR PROGRAM NAME: **MAILHANDLERS BENEFIT PLA**
10d. RESERVED FOR LOCAL USE:
d. IS THERE ANOTHER HEALTH BENEFIT PLAN? [X] YES

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE
SIGNED **SIGNATURE ON FILE**  DATE **09 16 2002**
13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE
SIGNED **SIGNATURE ON FILE**

14. DATE OF CURRENT:
17. NAME OF REFERRING PHYSICIAN: **STEPHENS, BURL**
18. HOSPITALIZATION DATES: FROM **09 16 2002** TO **09 19 2002**
20. OUTSIDE LAB? [X] NO

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY:
1. **80106**
2. **30500**
3. **5180**
4. **78449**

| 24. A DATE(S) OF SERVICE From / To | B Place of Service | C Type of Service | D PROCEDURES CPT/HCPCS / MODIFIER | E DIAGNOSIS CODE | F $ CHARGES | G DAYS OR UNITS | H EPSDT Family Plan | I EMG | J COB | K RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|
| 091602  091602 | 21 | 1 | 71010  26 | 1 | 50.00 | 1 | | | | AK841 |

25. FEDERAL TAX I.D. NUMBER: **920162721**  EIN [X]
26. PATIENT'S ACCOUNT NO.: **3969136**
27. ACCEPT ASSIGNMENT? YES [X]
28. TOTAL CHARGE: **50.00**
29. AMOUNT PAID:
30. BALANCE DUE: **50.00**

31. SIGNATURE OF PHYSICIAN OR SUPPLIER: **BURL STEPHENS MD**  DATE **11 07 2002**
32. NAME AND ADDRESS OF FACILITY: **ALASKA NATIVE MEDICAL C  4315 DIPLOMACY DR  ANCHORAGE  AK 99508**
33. PHYSICIAN'S BILLING NAME: **ALASKA NATIVE MEDICAL CTR  PO BOX 196678  ANCHORAGE, AK 99519-6678**

703840

```
ALASKA NATIVE MEDICAL CTR                              3 PATIENT CONTROL NO.
PO BOX 196678                    REC'D MAR 17 2003      00003969136          111
ANCHORAGE    AK 995196678   5 FED. TAX NO.  6 STATEMENT COVERS PERIOD  7 COV D. 8 N-C D. 9 C-I D. 10 L-R D. 11
9077292460  9077292362          920162721   091602 | 091902  003
12 PATIENT NAME                                13 PATIENT ADDRESS
TRAILOV, ANGELINA C                            P.O. BOX 11        BETHEL        AK 99559
14 BIRTHDATE   15 SEX 16 MS 17 DATE  18 HR 19 TYPE 20 SRC 21 D HR 22 STAT 23 MEDICAL RECORD NO.  CONDITION CODES
05041987       F    S   091602  18   2    4    17    01   099375
32 OCCURRENCE CODE/DATE
01 | 091602

KENICK, MARY N                                 VALUE CODES
PO BOX 11
BETHEL      AK 99559
```

| 42 REV.CD. | 43 DESCRIPTION | 44 HCPCS/RATES | 45 SERV. DATE | 46 SERV. UNITS | 47 TOTAL CHARGES | 48 NON-COVERED CHARGES |
|---|---|---|---|---|---|---|
| 121 | MED-SURG-GY/2 BED | 920.00 | | 2 | 1840.00 | |
| 123 | PEDS /2 BED | 920.00 | | 1 | 920.00 | |
| 250 | PHARMACY | | | 1 | 7.15 | |
| 320 | DX X-RAY | | | 1 | 74.00 | |
| 420 | PHYSICAL THERAPY | | | 5 | 376.05 | |
| 424 | PHYS THERP/EVAL | | | 1 | 54.60 | |
| 430 | OCCUPATIONAL THERAPY | | | 1 | 155.00 | |
| 001 | TOTAL | | | | 3426.80 | |

```
50 PAYER                         51 PROVIDER NO.   54 PRIOR PAYMENTS  55 EST. AMOUNT DUE
ANGSTMAN LAW OFFICES                             Y Y                   3426.80
MAILHANDLERS BENEFIT PLAN                        Y Y

58 INSURED'S NAME            59 P.REL 60 CERT.-SSN-HIC.-ID NO.  61 GROUP NAME   62 INSURANCE GROUP NO.
KENICK, MARY N.               03     574022138                  MVA             MVA
KENICK, MARY N.               03     574022138

63 TREATMENT AUTHORIZATION CODES  64 ESC 65 EMPLOYER NAME    66 EMPLOYER LOCATION
                                   9    UNKNOWN
                                   9    UNKNOWN

67 PRIN. DIAG. CD.  68-75 OTHER DIAG. CODES                                76 ADM. DIAG. CD. 77 E-CODE
80106   30500  5180  78449  38861  38900  8700  E8495                     8505             E8191

79 P.C. 80 PRINCIPAL PROCEDURE CODE/DATE   81 OTHER PROCEDURE     82 ATTENDING PHYS. ID
 9                                                                 AK293 WILSON FRANCES R
                                                                  83 OTHER PHYS. ID

84 REMARKS  ANGSTMAN LAW OFFICES                                  OTHER PHYS. ID
            P.O. BOX 585                                                          703841
            BETHEL, AK 99559
                                                                  Exhibit 22          11/08/02
UB-92 HCFA-1450  APPROVED OMB NO. 0938-0279        OCR/ORIGINAL
                                                                  Page 8 of 12
```

ANGSTMAN LAW OFFICES
P.O. BOX 5[?]
BETHEL, AK 99559

REC'D MAR 17 2003

# HEALTH INSURANCE CLAIM FORM

PICA

1. MEDICARE ( ) MEDICAID ( ) CHAMPUS ( ) CHAMPVA ( ) GROUP HEALTH PLAN [X] FECA BLK LUNG ( ) OTHER ( )
1a. INSURED'S I.D. NUMBER: 574022138

2. PATIENT'S NAME: TRAILOV, ANGELINA C.
3. PATIENT'S BIRTH DATE: 05 04 1987  SEX: F [X]
4. INSURED'S NAME: KENICK, MARY N.

5. PATIENT'S ADDRESS: PO BOX 11
6. PATIENT RELATIONSHIP TO INSURED: Child [X]
7. INSURED'S ADDRESS: PO BOX 11

CITY: BETHEL   STATE: AK
8. PATIENT STATUS: Single [X]
CITY: BETHEL   STATE: AK

ZIP CODE: 99559   TELEPHONE: (907) 543-1993
Employed [X] (checked)
ZIP CODE: 99559   TELEPHONE: ( )

9. OTHER INSURED'S NAME: KENICK, MARY N.
10. IS PATIENT'S CONDITION RELATED TO:
11. INSURED'S POLICY GROUP OR FECA NUMBER: MVA

a. OTHER INSURED'S POLICY OR GROUP NUMBER:
a. EMPLOYMENT? YES [ ] NO [X]
a. INSURED'S DATE OF BIRTH: 09 30 1961  SEX: F [X]

b. OTHER INSURED'S DATE OF BIRTH: 09 30 1961  SEX: F [X]
b. AUTO ACCIDENT? YES [X] NO [ ]   PLACE (State):
b. EMPLOYER'S NAME OR SCHOOL NAME:

c. EMPLOYER'S NAME OR SCHOOL NAME:
c. OTHER ACCIDENT? YES [ ] NO [X]
c. INSURANCE PLAN NAME OR PROGRAM NAME: ANGSTMAN LAW OFFICES

d. INSURANCE PLAN NAME OR PROGRAM NAME: MAILHANDLERS BENEFIT PLA
10d. RESERVED FOR LOCAL USE:
d. IS THERE ANOTHER HEALTH BENEFIT PLAN? YES [X] NO [ ]

12. PATIENT'S SIGNATURE: SIGNATURE ON FILE   DATE: 09 16 2002
13. INSURED'S SIGNATURE: SIGNATURE ON FILE

14. DATE OF CURRENT ILLNESS/INJURY/PREGNANCY:
15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS:
16. DATES PATIENT UNABLE TO WORK:

17. NAME OF REFERRING PHYSICIAN: WERNER, ROBERT
17a. I.D. NUMBER OF REFERRING PHYSICIAN:
18. HOSPITALIZATION DATES: FROM 09 16 2002 TO 09 19 2002

19. RESERVED FOR LOCAL USE:
20. OUTSIDE LAB? YES [ ] NO [X]   $ CHARGES:

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY:
1. 80106
2. 30500
3. 5180
4. 78449

22. MEDICAID RESUBMISSION CODE / ORIGINAL REF. NO.:
23. PRIOR AUTHORIZATION NUMBER:

24. 
| From | To | Place of Service | Type of Service | CPT/HCPCS | MODIFIER | DIAGNOSIS CODE | $ CHARGES | DAYS OR UNITS | EPSDT Family Plan | EMG | COB | RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 09 19 02 | 09 19 02 | 21 | 1 | 99231 | | 1 | 195.75 | 1 | | | | AK3003 |

25. FEDERAL TAX I.D. NUMBER: 920162721  EIN [X]
26. PATIENT'S ACCOUNT NO.: 3969136
27. ACCEPT ASSIGNMENT? YES [X]
28. TOTAL CHARGE: $ 195.75
29. AMOUNT PAID: $
30. BALANCE DUE: $ 195.75

31. SIGNATURE OF PHYSICIAN OR SUPPLIER: ROBERT WERNER MD   DATE: 11 07 2002
32. NAME AND ADDRESS OF FACILITY: ALASKA NATIVE MEDICAL C / 4315 DIPLOMACY DR / ANCHORAGE AK 99508
33. PHYSICIAN'S BILLING NAME: ALASKA NATIVE MEDICAL CTR / PO BOX 196678 / ANCHORAGE, AK 99519-6678

703842

PAGE 001

(APPROVED BY AMA COUNCIL ON MEDICAL SERVICE 8/88)   PLEASE PRINT OR TYPE
APPROVED OMB-0938-0008 FORM HCFA-1500 (12-90), FORM RRB-1500
APPROVED OMB-1215-0055 FORM OWCP-1500   APPROVED OMB-0720-0001 (CHAMPUS)

Exhibit [?]

Page 9 of 12

**The Mail Handlers Benefit Plan**

Mail Handlers Benefit Plan
P.O. Box 45118
Jacksonville, FL 32232-5118
1-800-410-7778

ENROLLEE: MARY KENICK

12/09/02

MARY KENICK
PO BOX 11
BETHEL  AK  99559

REC'D MAR 17 2003

Dear MARY KENICK :

We are currently reviewing the following claim:

| Provider | Date | Charge |
|---|---|---|
| TRANSCARE MEDICAL SERVICES INC | 09/14/02 | 475.00 |
| TRANSCARE MEDICAL SERVICES INC | 09/14/02 | 90.00 |
| TRANSCARE MEDICAL SERVICES INC | 09/14/02 | 45.00 |
| TRANSCARE MEDICAL SERVICES INC | 09/14/02 | 25.00 |
| TRANSCARE MEDICAL SERVICES INC | 09/14/02 | 475.00 |
| TRANSCARE MEDICAL SERVICES INC | 09/14/02 | 40.00 |
| TRANSCARE MEDICAL SERVICES INC | 09/14/02 | 25.00 |

*Ambulance*

Our records show the patient has primary insurance for these services through an automobile insurance company. As a secondary payor, we need a copy of the front and back of the "Explanation of Benefits" (EOB) for the charges above. An EOB is the form you receive from the auto carrier showing how they paid the claim. If the claim was denied or benefits have been exhausted, we will need a letter from the auto carrier to confirm that benefits were not paid. We will then be able to determine what portion of the remaining balance we can pay.

Please return the requested information, along with a copy of this letter to:

MAIL HANDLERS BENEFIT PLAN
P.O.BOX 44242
JACKSONVILLE,FL 32232-5118

If we do not hear from you within the next 30 days, we will assume that you do not wish to pursue this claim and will close our file.

Please feel free to contact a Customer Relations Associate at 1-800-410-7778 if you have any questions.
Sincerely,

Mail Handlers Benefit Plan

18 / 3492        DCN: 02338122382
PATIENT #:  T02338501
PATIENT: ANGELINA KENICK CH
SSN: 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

Exhibit 22
Page 10 of 12


703843

| | | |
|---|---|---|
| ALASKA NATIVE MEDICAL CTR<br>PO BOX 196678<br>ANCHORAGE    AK  995196678<br>9077292460  9077292362 | 2 | APPROVED OMB NO. 0938-0279<br>3 PATIENT CONTROL NO.  4 TYPE OF BILL<br>00004016788    131 |

| 5 FED. TAX NO. | 6 STATEMENT COVERS PERIOD FROM / THROUGH | 7 COV D. | 8 N-C D. | 9 C-I D. | 10 L-R D. | 11 |
|---|---|---|---|---|---|---|
| 920162721 | 091402  091402 | | | | | |

| 12 PATIENT NAME | 13 PATIENT ADDRESS |
|---|---|
| TRAILOV, ANGELINA C. | P.O. BOX 11    BETHEL    AK  99559 |

| 14 BIRTHDATE | 15 SEX | 16 MS | 17 DATE | 18 HR | 19 TYPE | 20 SRC | 21 D HR | 22 STAT | 23 MEDICAL RECORD NO. | CONDITION CODES 24-30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 05041987 | F | S | 091402 | | 09 | 1 | | 01 | 099375 | | |

| 32 OCCURRENCE CODE/DATE | 33 | 34 | 35 | 36 | OCCURRENCE SPAN FROM/THROUGH | 37 |
|---|---|---|---|---|---|---|
| 01 091402 | | | | | | |

38<br>KENICK, MARY N<br>PO BOX 11<br>BETHEL       AK 99559

| 42 REV. CD. | 43 DESCRIPTION | 44 HCPCS/RATES | 45 SERV. DATE | 46 SERV. UNITS | 47 TOTAL CHARGES | 48 NON-COVERED CHARGES |
|---|---|---|---|---|---|---|
| 320 | DX X-RAY | | | 1 | 74 00 | |
| 350 | CT SCAN | | | 4 | 3809 00 | |
| 001 | TOTAL | | | | 3883 00 | |

| 50 PAYER | 51 PROVIDER NO. | 52 REL | 53 ASG BEN | 54 PRIOR PAYMENTS | 55 EST. AMOUNT DUE | 56 |
|---|---|---|---|---|---|---|
| A ANGSTMAN LAW OFFICES | | Y | Y | | 3883 00 | |
| B MAILHANDLERS BENEFIT PLAN | | Y | Y | | | |

57 DUE FROM PATIENT >

| 58 INSURED'S NAME | 59 P.REL | 60 CERT.-SSN-HIC-ID NO. | 61 GROUP NAME | 62 INSURANCE GROUP NO. |
|---|---|---|---|---|
| A KENICK, MARY N. | 03 | 574022138 | MVA | MVA |
| B KENICK, MARY N. | 03 | 574022138 | | |

| 63 TREATMENT AUTHORIZATION CODES | 64 ESC | 65 EMPLOYER NAME | 66 EMPLOYER LOCATION |
|---|---|---|---|
| | 9 | UNKNOWN | |
| | 9 | UNKNOWN | |

| 67 PRIN. DIAG. CD. | 68 CODE | 69 CODE | 70 CODE | 71 CODE | 72 CODE | 73 CODE | 74 CODE | 75 CODE | 76 ADM. DIAG. CD. | 77 E-CODE | 78 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 7931 | 80701 | 80100 | V714 | | | | | | | | |

| 79 P.C. | 80 PRINCIPAL PROCEDURE CODE/DATE | 81 OTHER PROCEDURE | OTHER PROCEDURE | 82 ATTENDING PHYS. ID |
|---|---|---|---|---|
| 9 | | | | AK468 KISLING GREGORY M |
| | | | | 83 OTHER PHYS. ID |

84 REMARKS  ANGSTMAN LAW OFFICES<br>P.O. BOX 585<br>BETHEL, AK   99559

OTHER PHYS. ID

85 PROVIDER REPRESENTATIVE  X                                86 DATE  111402

UB-92 HCFA-1450  LASER GENERATED FORM        OCR/ORIGINAL        I CERTIFY THE CERTIFICATIONS ON THE REVERSE APPLY TO THIS BILL AND ARE MADE A PART HEREOF.

Exhibit 22
Page 11 of 12
703844

MARKET CLAIM OFFICE
7033 E. TUDOR ROAD
ANCHORAGE AK 99507


You're in good hands.

PHONE NUMBER: 907-338-7750
OFFICE HOURS: MONDAY-FRIDAY 8:00-5:30

March 18, 2003

MEDICAL RECORDS DEPT ALASKA NATIVE MEDICAL CENTER
P.O. BOX
ANCHORAGE  AK  99519-6678

COPY

Allstate Insurance Company
Patient:              ANGELINA TRAILOV
Admission Number:     00004016788
Admission Date:       September 14, 2002
Discharge Date:       September 14, 2002
Claim Number:         3322751094  AKB
Soc. Sec. No.:        Unavailable
Date of Birth:        May 4, 1987
Outpatient Date (if any):
<u>Attention: Medical Record Administrator</u>

Please furnish us the information indicated below pertaining to this patient's confinement.

- Admission and discharge summaries.

- Diagnostic test results.

- A complete record of hospital confinement.

- A complete record of out-patient treatment.

X - Itemized statement of patient's account.

- Other:

On any prior confinements, you need show only the dates of admission and discharge, and diagnosis.

A properly completed authorization is enclosed.

Please call me at 907-269-6174 if you have any questions.

Sincerely,


KATHY J. BERRY
Allstate Insurance Company


CEF-AK/1/02/0
1 Enclosure


G52-2

Exhibit  22
Page  12 of 12

703845