## AUTHORIZATION TO FURNISH MEDICAL/EMPLOYMENT INFORMATION

In order to assist with the handling of my claim with Allstate, I authorize my employers and all persons with knowledge of my injuries to furnish employment and medical information to Allstate. My understanding of this authorization is as follows:

INFORMATION TO BE FURNISHED

Allstate may request all information related to my claim, including information related to diagnoses, treatment records and bills, medical histories, assessments of my past, current and expected physical condition as well as current and historical employment, wage and benefits information. Allstate may either review or photocopy this information.

SOURCES OF INFORMATION

Allstate may contact the appropriate medical providers, insurance companies, and employers, and provide them with a copy of this authorization in order to obtain the necessary information.

USE OF PROVIDED INFORMATION

Allstate and its representatives (such as lawyers or medical providers retained by Allstate) will use this information to verify and evaluate my claim in order to determine an appropriate resolution. In some instances, Allstate may also furnish the information to professional organizations whose purpose is to detect and deter insurance fraud (for example, the National Insurance Crime Bureau), and may furnish it to other insurance companies to whom a claim has or may be submitted.

TIME PERIOD OF THIS AUTHORIZATION

*NOV 2 5 2002 RECEIVED*

I understand that this authorization will remain valid until my claim with Allstate is legally concluded. I also understand that I can revoke this authorization at any time by notifying Allstate in writing.

COPIES OF THIS AUTHORIZATION

I can request a copy of this signed authorization at any time from Allstate.

**THIS IS NOT A RELEASE OF MY CLAIM**

I understand that signing this form does not mean I have settled my claim.

_Mary Venick, on behalf of Angelina Traylor_
Signature

_11/20/02_
Date

_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_
Social Security Number

CLAIM NUMBER: 3322751094 AKB
CLAIMANT ID: 04

Allstate Insurance Company

C3448

Exhibit 23
Page 1 of 1

703605