# ANGSTMAN LAW OFFICE

MYRON ANGSTMAN
MICHELE POWER
BRUCE ANDERS
SEAN BROWN

P. O. Box 585
Bethel, Alaska 99559
Tel. (907) 543-2972
Fax (907) 543-3394
angstmanadmin@alaska.com

P.O. Box 1310
Dillingham, Alaska 99576
Tel. (907) 842-2974
Fax (907) 842-3994

December 10, 2002

Kathy Berry
Allstate Insurance
7033 E. Tudor Road
Anchorage, Alaska 99507

DEC 1 1 2002
RECEIVED

    RE:    Angelina Trailov
            Allstate Claim No. 3322751094 AKB

Dear Ms. Berry:

Please be advised that Angelina Trailov will be examined by a neuropsychologist on December 17, 2002. Thereafter, we anticipate making an offer to settle this matter. To that end, please provide me with a copy of Charles Herron's insurance policy at your earliest convenience. I look forward to hearing from you.

Best regards,

Michele Power
Attorney at Law

Exhibit 25
Page 1 of 2

702944

Angstman Law Office
P.O. Box 585
Bethel, Alaska 99559

Kathy Berry
Allstate Insurance
7033 E. Tudor road
Anchorage, AK 99507



DEC 11 2002
RECEIVED

702945

Exhibit 25
Page 2 of 2