Market Claim Office
**Allstate Insurance Company**
7033 E. Tudor Road
Anchorage, AK 99507-1275
Bus: (907) 338-7750



Allstate.
You're in good hands.

January 17, 2003

COPY

Angstman Law Office
Attn: Michele Power
P.O. Box 585
Bethel, AK 99559

| | |
|---|---|
| Claim Number: | 3322751094 AKB |
| Our Insured: | Charles Herron |
| Date of Loss: | September 14, 2002 |
| Your Client: | Mary Kenick, as Parent of Angelina Trailov |

Dear Ms. Power:

Thank you for the authorization for the release of medical records you provided to us. We have requested records from Yukon-Kuskokwim Delta Regional Hospital. We will also need the records from Alaska Native Medical Center, but they require a special release. If you would have Ms. Kenick sign the enclosed form and return it to us, we will request the ANMC records.

Per your request I have also enclosed a copy of the certified declarations page detailing the coverages our insureds carried at the time of this accident.

If you have any questions please call me at (907) 269-6174.

Sincerely,


Kathy Berry
Staff Claim Service Adjuster

Enclosures

Exhibit 26
Page 1 of 2


702942

```
*** ONLY EMPLOYEE DPH3 CAN UPDATE THE STATEMENT YOU HAVE SELECTED ***
                        INVOLVED PERSON STATEMENT              PAGE:  1 OF  1
 DESK: AKB
 332 275109 4    DOL: 09 - 14 - 2002   INSD:  MARGARET     HERRON
 ID: 04     ANGELINA              TRAILOV
            PASSENGER                                             HRS:
 HOME PHONE: (907)543-1993    BUS PHONE:
                              STMT EMPL NAME:   KATHRYN    J BERRY
 DATE: 01 - 17 - 2003         STATEMENT TYPE:  OTHER - REQUESTED RE
 EFFECT ON INSD LIAB AND/OR CLMT DAMAGES:         (0=NONE 1=FAV 2= UNFAV)
 NOTIFY:
 ANALYSIS:
 REQUESTED RECS FROM Y-K DELTA HOSPITAL.
 ***
 SENT CERTIFIED DEC TO PLTF ATTY.  ALSO SEND ANMC MED AUTHO FOR HER CLIENT
 TO SIGN.
 01/17/2003




                                                                   703982
 PF5-SCHED F/U  PF7-BACKWD  PF8-FRWD  PF9-PRINT  PF11-PREV STMT  PF12-NEXT STMT
                                                               PAGE:  1 OF  1
```

Exhibit 26
Page 2 of 2