# ANGSTMAN LAW OFFICE

MYRON ANGSTMAN
MICHELE POWER
BRUCE ANDERS
SEAN BROWN

P.O. BOX 585
Bethel, Alaska 99559
Tel.(907)543-2972
Fax(907)543-3394
angstmanadmin@alaska.com

P.O. BOX 1310
Dillingham, Alaska 99576
Tel.(907)842-2974
Fax(907)842-3994

February 6, 2003

Allstate Insurance Company
ATTN: Kathy Berry
7033 E. Tudor Road
Anchorage, AK 99507-1275

RE: Authorization

Dear Kathy,

Enclosed you will find a Authorization for Release of Information from Mary Kenik on behalf of Angelina Trailov as per your request.

Any questions please give us a call.

Thank you,

Dawn Samuelson

FEB 1 0 2003
RECEIVED

703603

Page 1 of 4

DEPARTMENT OF HEALTH AND HUMAN SERVICES
PUBLIC HEALTH SERVICE
INDIAN HEALTH SERVICE

## AUTHORIZATION FOR RELEASE OF INFORMATION

**Each section must be completed.**

I.   I, _____ , hereby request the disclosure of information from my record.
         (Name of patient)

II.  The information is to be released from:
     Name of Facility: _____
     Address: _____
     City, State: _____
     and is to be provided to:
     Name of Person/organization/facility: *Allstate Insurance Company*
     Address: *7033 E. Tudor Rd*
     City, State: *Anchorage, AK 99507*

III. The purpose or need for this disclosure is:
     _____
     _____

IV.  The information to be released is from my: (Mark one)
     ☐ Medical Record   ☐ Personnel Record   ☐ Other (specify) _____
     and includes: (Mark as appropriate)
     ☐ The entire record, including any information on alcohol or drug abuse contained therein
     ☐ Only information related to (specify): _____
     ☐ Only the period or events from: _____ to _____

V.   I understand that I may revoke this authorization in writing at any time, except to the extent that action has been taken in reliance on this authorization. If this authorization has not been revoked, it will terminate one year from the date of my signature.

     Signature of Patient: *Mary Kenick*                                          1/27/03 (Date)

     Signature of Parent, Guardian
     or Authorized Representative
     (if necessary): _____                                   _____ (Date)

> This information is to be released for the purpose stated above and may not be used by the recipient for any other purpose. Any person who knowingly and willfully requests or obtains any record concerning an individual from a Federal agency under false pretenses shall be guilty of a misdemeanor (5 U.S.C. 552a(i)(3)). In the case of alcohol and drug abuse patient records a falsified authorization of disclosure is also prohibited under 42 CFR 2.31(d).

| PATIENT'S IDENTIFICATION | NAME | RECORD NUMBER |
|---|---|---|
|  | MARY KENICK |  |
|  | **ADDRESS** P.O. Box 11 |  |
|  | **CITY, STATE** Bethel, AK 99559 | **DATE OF BIRTH** 09/30/61 |

HRSA-810
9/84

☆U.S.GPO:1985-0-479-056/39255

Dk: 9c



Exhibit 28
03604

Page 2 of 4

## AUTHORIZATION TO FURNISH MEDICAL/EMPLOYMENT INFORMATION

In order to assist with the handling of my claim with Allstate, I authorize my employers and all persons with knowledge of my injuries to furnish employment and medical information to Allstate. My understanding of this authorization is as follows:

INFORMATION TO BE FURNISHED

Allstate may request all information related to my claim, including information related to diagnoses, treatment records and bills, medical histories, assessments of my past, current and expected physical condition as well as current and historical employment, wage and benefits information. Allstate may either review or photocopy this information.

SOURCES OF INFORMATION

Allstate may contact the appropriate medical providers, insurance companies, and employers, and provide them with a copy of this authorization in order to obtain the necessary information.

USE OF PROVIDED INFORMATION

Allstate and its representatives (such as lawyers or medical providers retained by Allstate) will use this information to verify and evaluate my claim in order to determine an appropriate resolution. In some instances, Allstate may also furnish the information to professional organizations whose purpose is to detect and deter insurance fraud (for example, the National Insurance Crime Bureau), and may furnish it to other insurance companies to whom a claim has or may be submitted.

TIME PERIOD OF THIS AUTHORIZATION

NOV 25 2002
RECEIVED

I understand that this authorization will remain valid until my claim with Allstate is legally concluded. I also understand that I can revoke this authorization at any time by notifying Allstate in writing.

COPIES OF THIS AUTHORIZATION

I can request a copy of this signed authorization at any time from Allstate.

**THIS IS NOT A RELEASE OF MY CLAIM**

I understand that signing this form does not mean I have settled my claim.

_Mary Vernick, on behalf of Angelina Traylor_   _11/20/02_
Signature                                         Date

_574 - 46 - 5067_
Social Security Number

CLAIM NUMBER: 3322751094 AKB
CLAIMANT ID: 04

Allstate Insurance Company

C3448



Exhibit 28
Page 3 of 4
703605



**ANGSTMAN LAW OFFICE**
P.O. Box 585
Bethel, Alaska 99559

AllState Insurance Co.
ATTN: Kathy Berry
7033 E. Tudor Rd.
Anchorage, AK.

RECEIVED
FEB 1 0 2003

Exhibit 28
Page 4 of 4