DESK: AKB                    INVOLVED PERSON STATEMENT              PAGE:    2 OF   2
332 275109 4    DOL: 09 - 14 - 2002    INSD:    MARGARET        HERRON
ID: 01      MARGARET                  HERRON
            OWNER
HOME PHONE: (907)543-4377    BUS PHONE: (907)543-4810              HRS:
                        STMT EMPL NAME: KATHRYN    J BERRY
DATE: 03 - 18 - 2003    STATEMENT TYPE: OTHER - STATUS
EFFECT ON INSD LIAB AND/OR CLMT DAMAGES:        (0=NONE 1=FAV 2= UNFAV)

ANALYSIS:
03/18/2003
***
OPENED AA07 MARY KENICK FOR $5000
***
RESERVES ON 04 GINA OKAY AT $75,000 FOR NOW
***
REQUESTED RECORDS FOR TREATMENT AFTER 9/16/02 FROM ANMC.
***
REQUESTED ITEMIZED BILL FROM ANMC FOR CT SCANS.
03/18/2003

703985

PF5-SCHED F/U  PF7-BACKWD  PF8-FRWD  PF9-PRINT  PF11-PREV STMT  PF12-NEXT STMT

DESK: AKB                    INVOLVED PERSON STATEMENT              PAGE:    1 OF   1

Exhibit____34____

Page___1___of__1__