LAW OFFICES

## HEDLAND, BRENNAN, HEIDEMAN & COOKE
A PROFESSIONAL CORPORATION

BETHEL:
CHRISTOPHER R. COOKE
JIM J. VALCARCE
KENNETH S. ROOSA
T. WAYNE CARY

ANCHORAGE:
JOHN S. HEDLAND
JAMES T. BRENNAN
SARA E. HEIDEMAN
AMY L. VAUDREUIL
PATRICK M. ANDERSON

900 THIRD AVENUE
P.O. BOX 409
BETHEL, ALASKA 99559
(907) 543-2744
FAX (907) 543-2746
E-Mail cookelaw@unicom-alaska.com

ANCHORAGE OFFICE:
1227 WEST NINTH AVENUE
SUITE 300
ANCHORAGE, AK 99501
(907) 279-5528
FAX (907) 278-0877

March 26, 2003

Ms. Kathy Berry,
Staff Claims Service Adjuster
Market Claim Office
Allstate Insurance Company
7033 E. Tudor Road
Anchorage, AK 99507-1275
**By Telefax: (907) 269-6191**

|  |  |
|---|---|
| RE: | Charles Herron |
| Claim Number: | 332751094 AKB |
| Your Insured: | Robert & Margaret Herron |
| Date of Loss: | September 14, 2002 |

Dear Ms. Berry:

I write in response to your letter to my client, Charles Herron, dated March 18, 2003. In regards to your question concerning the status of Mr. Herron's criminal case, please be advised that Mr. Herron pled not guilty and the matter is still pending for trial. Please call if you would like any other information in regards to the status of the charge.

In reviewing the documentation you have provided, it appears that a policy limit offer was conveyed by the Angstman Law Office, which if accepted, would protect Mr. Herron from an adverse judgment above the policy, or any judgment for punitive damages, which through your letter of March 18, 2003, you state that Allstate will not pay. Of course, Mr. Herron will fully cooperate in the defense of this matter, however we request that you carefully evaluate the pending offer, which if rejected, will subject my client to substantial risk of paying claims that you state will not be covered.

Given the facts and circumstances of this case, on behalf of Mr. Herron, we insist you settle Mr. Herron's case within the policy. In the event that you

Exhibit 35
Page 1 of 2

702932

Ms. Berry
March 26, 2003
Page 2 of 2

choose not settle the case, we expect Allstate to pay the full amount of any judgment that may be entered, including any awards for punitive damages.

Sincerely,
HEDLAND, BRENNAN, HEIDEMAN & COOKE

Jim Valcarce
Attorney at Law

JJV: ktg
CC: Client
B2587/01

Exhibit 35
Page 2 of 2

702933