

**Allstate.**
You're in good hands

Anchorage Market Claim Office
7033 E Tudor Road
Anchorage, AK 99507
Phone Number: 907-269-6174
Office Hours: Monday – Friday 8:00 A.M. – 4:30 P.M.

May 16, 2003

Faxed to 543-3394

Angstman Law Office
Attn: Michele Power
P.O. Box 585
Bethel, AK 99559

COPY

| | |
|---|---|
| Claim Number: | 3322751094 AKB |
| Our Insured: | Charles Herron |
| Date of Loss: | September 14, 2002 |
| Your Clients: | Angelina Trailov and Mary Kenick |

Dear Ms. Power:

Thank you for the information you faxed today regarding Mary Kenick's claim. Is there any documentation to show why she left her job at USDA, e.g., a letter of resignation, a documented discussion with management, or her application for her new job? Alternatively, did Ms. Kenick discuss issues related to her job with any medical provider? Please provide any documentation there may be relating her job change to Angelina's injury.

With regard to Angelina's claim, unfortunately our evaluation is not completed today as expected. Obviously, this is a claim that needs a thorough review and the policy limits that you have demanded comprise a significant amount of money. Our evaluation will be completed by the end of the month, and I am hoping to respond to your demand sooner than that.

If you have any questions please call me at (907) 269-6174.

Sincerely,


Kathy Berry
Staff Claim Service Adjuster

cc: Margaret Herron
    Charles Herron

Exhibit 39
Page 1 of 2

702922

Allstate Insurance Company
Phone (907) 269-6174   Fax (907) 269-6123   Email cdhtt@allstate.com

## Berry, Kathy

| | |
|---|---|
| **From:** | The Fax Gateway SWDC 2 |
| **Posted At:** | Friday, May 16, 2003 2:43 PM |
| **Conversation:** | Your fax has been successfully sent to Myron Angstman at 1 (907) 543-3394. RE: Angelina Trailov and Mary Kenick |
| **Posted To:** | Inbox |
| **Subject:** | Your fax has been successfully sent to Myron Angstman at 1 (907) 543-3394. RE: Angelina Trailov and Mary Kenick |

Your fax has been successfully sent to Myron Angstman at 1 (907) 543-3394. RE: Angelina Trailov and Mary Kenick
------------------------------------------------------------
From: /o=Allstate/ou=GLDCHUD1/cn=Recipients/cn=cdhtt
------------------------------------------------------------
Time: 5/16/2003 5:41:21 PM
Sent to 1 (907) 543-3394 with remote ID "907 543 3394"
Result: (0/339;0/0) Successful Send
Page record: 1 - 2
Elapsed time: 00:58 on channel 11

Exhibit 39
Page 2 of 2
702923