```
DESK: AKB              INVOLVED PERSON STATEMENT              PAGE:   1 OF  1
332 275109 4   DOL: 09 - 14 - 2002   INSD:  MARGARET          HERRON
ID: 04     ANGELINA              TRAILOV
           PASSENGER
HOME PHONE: (907)543-1993    BUS PHONE: (   ) -              HRS:      -
                             STMT EMPL NAME:  KATHY      J BERRY
DATE: 06 - 04 - 2003         STATEMENT TYPE:  OTHER - LETTER TO AT
EFFECT ON INSD LIAB AND/OR CLMT DAMAGES:        (0=NONE 1=FAV 2= UNFAV)
NOTIFY:
ANALYSIS:
LETTER TO ATTY DOUGLAS JOHNSON FAXED TODAY WITH COPY OF OUR OFFER MADE
5/30/03, ASKING IF CLMT AGREES TO $112,500 SETTLEMENT.
06/04/2003
```



100053

```
PF5-SCHED F/U   PF7-BACKWD   PF8-FRWD   PF9-PRINT   PF11-PREV STMT   PF12-NEXT STMT
DESK: AKB              INVOLVED PERSON STATEMENT              PAGE:   1 OF  1
332 275109 4   DOL: 09 - 14 - 2002   INSD:  MARGARET          HERRON
ID: 04     ANGELINA              TRAILOV
           PASSENGER
HOME PHONE: (907)543-1993    BUS PHONE: (   ) -              HRS:      -
                             STMT EMPL NAME:  KATHY      J BERRY
DATE: 06 - 04 - 2003         STATEMENT TYPE:  OTHER - LETTER TO PL
EFFECT ON INSD LIAB AND/OR CLMT DAMAGES:        (0=NONE 1=FAV 2= UNFAV)
NOTIFY:
ANALYSIS:
LETTER TO PLTF ATTY ASKING THEM TO CONFIRM THAT MESTAS' OFFICE IS INDEED
CO-COUNSEL.
06/04/2003
```



100054

Exhibit 44

Page 1 of 1

```
PF5-SCHED F/U   PF7-BACKWD   PF8-FRWD   PF9-PRINT   PF11-PREV STMT   PF12-NEXT STMT
```