```
DESK: AKB              INVOLVED PERSON STATEMENT              PAGE:    1 OF   1
332 275109 4    DOL: 09 - 14 - 2002   INSD:    MARGARET      HERRON
ID: 02      CHARLES              HERRON
            DRIVER
HOME PHONE: (907)543-4377   BUS PHONE: (   )   -                HRS:      -
                            STMT EMPL NAME:  KATHY      J BERRY
DATE: 06 - 04 - 2003        STATEMENT TYPE:  OTHER - LETTER TO IN
EFFECT ON INSD LIAB AND/OR CLMT DAMAGES:       (0=NONE 1=FAV 2= UNFAV)
NOTIFY:
ANALYSIS:
LETTER TO INSD ASKING HIM TO CALL ME, WITH COPIES OF LETTER FROM MESTAS'
OFFICE AND OUR RESPONSE, CC 01.
06/04/2003
```

701124

100056

Exhibit 46

Page 1 of 1