```
DESK: AKB                INVOLVED PERSON STATEMENT              PAGE:    1 OF   1
332 275109 4    DOL: 09 - 14 - 2002    INSD:    MARGARET        HERRON
ID: 02    CHARLES                      HERRON
          DRIVER
HOME PHONE: (907)543-4377    BUS PHONE: (   )   -             HRS:    -
                             STMT EMPL NAME:  KATHY      J BERRY
DATE: 06 - 10 - 2003         STATEMENT TYPE:  OTHER - T/C JIM VALC
EFFECT ON INSD LIAB AND/OR CLMT DAMAGES:         (0=NONE 1=FAV 2= UNFAV)
NOTIFY:
ANALYSIS:
T/C JIM VALCARCE.  02 HAS BEEN FORWARDING MY CC'S OF LETTERS TO PLTF ATTY
TO VALCARCE SO HE IS AWARE OF BAD FAITH ALLEGATIONS.  HE BELIEVES PLTF'S
MAY HOLD 04'S CLAIM HOSTAGE (MY INTERPRETATION -- NOT HIS WORDS) AND TRY
TO MEDIATE TO GET A HIGHER SETTLEMENT ON 07'S NIED CLAIM.
JIM STATES THAT IN HIS READING OF THE CORRESPONDENCE, PLTF HAS A POOR CASE
BECAUSE THEY NEVER SET A TIME LINE FOR ACCEPTANCE OR REJECTION OF POLICY
LIMITS OFFER.
TOLD HIM I WOULD KEEP HIM INFORMED AND IT IS OKAY TO DO THIS BY SENDING
CORRESPONDENCE TO 02.
06/10/2003
                                                  701126        100058

PF5-SCHED F/U   PF7-BACKWD   PF8-FRWD   PF9-PRINT   PF11-PREV STMT   PF12-NEXT STMT
```

SSP221-1

Exhibit 47
Page 1 of 1