```
332 275109 4   ID: 04  ANGELINA              TRAILOV
COVERAGE: AA 100,000/300,000 BB 50,000 CC 25,000 HH - 500 SS 100,000/300,000
SU 100,000/300,000


EVALUATION SYSTEM RECOMMENDATION:     HIGH:    64707
                                      LOW:     57247
CLAIM HANDLER RECOMMENDATION:         HIGH:    112500
   DATE:  5 - 30 - 2003               LOW:     112500
   AA  RES TYPE:      AMT:  112500
   SU  RES TYPE:      AMT:       0

EVALUATION CONSULTANT RECOMMENDATION:
   DATE:  5 - 30 - 2003
   AA  RES TYPE:      AMT:  H:  112500
                            L:  112500
   SU  RES TYPE:      AMT:  H:
                            L:
```

704343

```
              INJURY TYPE SELECTED: OBJECTIVE
     PLEASE VERIFY AND CORRECT ON INITIAL CONTACT SCREEN IF NECESSARY
PF8 - EVALUATION COMMENTS        PF9 - PRINT
```

```
DESK: ALB                CDS - EVALUATION REVIEW
332 275109 4   ID: 04  ANGELINA              TRAILOV
COVERAGE: AA 100,000/300,000 BB 50,000 CC 25,000 HH - 500 SS 100,000/300,000
SU 100,000/300,000


EVALUATION SYSTEM RECOMMENDATION:     HIGH:    64707
                                      LOW:     57247
CLAIM HANDLER RECOMMENDATION:         HIGH:    112500
   DATE:  5 - 30 - 2003               LOW:     112500
   AA  RES TYPE:      AMT:  112500
   SU  RES TYPE:      AMT:       0

EVALUATION CONSULTANT RECOMMENDATION:
   DATE:  5 - 30 - 2003
   AA  RES TYPE:      AMT:  H:  112500
                            L:  112500
   SU  RES TYPE:      AMT:  H:       0
                            L:       0
```

704344

```
              INJURY TYPE SELECTED: OBJECTIVE
     PLEASE VERIFY AND CORRECT ON INITIAL CONTACT SCREEN IF NECESSARY
PF8 - EVALUATION COMMENTS        PF9 - PRINT
```

```
DESK: PLB           CDS - EVALUATION REVIEW COMMENTS         PAGE 1 OF 3
332 275109 4   ID: 04  ANGELINA              TRAILOV
EVALUATION CONSULTANT COMMENTS:
ALB  05/30/2003  07:41 PM
REVIEWED FILE FOR AUTHO. ROUTED FILE TO FPE TO REVIEW. BASED ON FPE
5/29 COMMENTS, AUTHO 112,500 GRANTED ON AA04. AUTHO GRANTED BASED ON
BETHEL VENUE. AS WE DISCUSSED, AND AGAIN, FPE NOTES, ADDRESS THAT
ATTY RECVD THE 25K MED PAY, THAT WE HAVE MULT LIENS THAT THEY RESPONSIBLE
FOR BUT THAT SOMEHOW THE ANMC FILED WITH THE COURTS WILL NEED TO BE
RESOLVED EITHER MULTI PARTY CHECK, PAYMENT DIRECT OR SOMETHING FROM
ANMC IN WRITING. ALSO AS WE DISCUSSED, WILL REQUIRE MINOR COURT APPROVAL,
SUGGEST STRUCTURE. MANY OF THE CLAIMS BEING MADE REGARDING MOTHERS DAMAGES
AS WE DISCUSSED ARE DERIVATIVE. AGAIN, BASED ON FPE ENTRY, EXTEND AN OFFER
OF 10K FOR MOMS NIED. IF THAT DOESNT RESOLVE IT, WE WILL REQUIRE FURTHER
INVESTIGATION, DOCUMENTATION AND ASSISTANCE IN MOMS CLAIM. AT THIS POINT
CLMTS ATTY HAS NOT GIVEN NOTICE OF INTENT TO PURSUE A UIM. IF/WHEN THAT
OCCURS, AS WE DISCUSSED, SECURE DEFENSE COUNSEL ASSISTANCE.
ALB  09/15/2005
ATTEMPTED TO ACCESS PF8. UNABLE TO WITHOUT ENTERING VALUE INTO THE SU AS
THE SU WAS OPENED SUBSEQUENT TO THE 5/30/03 REVIEW OF THE AA CLAIM. THEREFOR
ENTERED 0 AT THIS TIME ONLY TO ACCESS.
```

Exhibit 49
Page 1 of 1

704345