```
DESK: AKB                    INVOLVED PERSON STATEMENT                PAGE:   3 OF   4
532 275109 4   DOL: 09 - 14 - 2002  INSD:   MARGARET        HERRON
ID: 04       ANGELINA              TRAILOV
             PASSENGER
HOME PHONE: (907)543-1993   BUS PHONE:                          HRS
                            STMT EMPL NAME:  KAREN       M PETERSEN
DATE: 05 - 29 - 2003        STATEMENT TYPE:  PL COMMENTS              704001
EFFECT ON INSD LIAB AND/OR CLMT DAMAGES:       (0=NONE 1=FAV 2= UNFAV)

ANALYSIS:
05/29/2003
WE NEED TO KNOW WHEN SHE WAS NOTIFIED OF 04 INJURIES, AND WHEN SHE ARRIVED AT
THE HOSPITAL
ATTY LETTER STATES.. "APPROXIMATELY ONE HOUR AFTER HAVING BEEN AWAKENED IN THE
NIGHT WITH A REPORT OF THE ACCIDENT, MARY KENICK RACED TO THE HOSPITAL"

THIS WOULD INFER THAT SHE SPENT 1 HOUR ASSIMILATING INFO BEFORE GOING TO THE
HOSPITAL....THE ATTORNEY MIGHT HAVE MEANT SOMETHING DIFFERENT??

BARRING OTHER INPUT FROM LOCAL COUNSEL ON VALIDITY AND VALUE..
I WOULD CONSIDER OFFERING 10K FOR THE NIED, BUT NO FURTHER, UNTIL WE HAVE
CONDUCTED FURTHER INVESTIGATION. I AM ANTICIPATING THE INVESTIGATION WILL
PF5-SCHED F/U  PF7-BACKWD  PF8-FRWD  PF9-PRINT  PF11-PREV STMT  PF12-NEXT STMT
*** ONLY EMPLOYEE DM0N CAN UPDATE THE STATEMENT YOU HAVE SELECTED ***
DESK: AKB                    INVOLVED PERSON STATEMENT                PAGE:   4 OF   4
```

Exhibit 51
Page 1 of 1