```
DESK: AKB                    INVOLVED PERSON STATEMENT              PAGE:  1 OF  2
332 275109 4   DOL: 09 - 14 - 2002   INSD:  MARGARET         HERRON
ID: 04      ANGELINA              TRAILOV
            PASSENGER
HOME PHONE: (907)543-1993    BUS PHONE:                      HRS:       -
                             STMT EMPL NAME:  CRAIG       J ELKINS
DATE: 05 - 02 - 2003         STATEMENT TYPE:  PL COMMENTS
EFFECT ON INSD LIAB AND/OR CLMT DAMAGES:        (0=NONE 1=FAV 2= UNFAV)
NOTIFY:
ANALYSIS:
THANKS FOR THE QUICK RESPONSE
OK ON 25K WORKING AUTHO TO CONCLUDE MEDICAL CLAIM COVERAGE UNDER
THIS AUTO POLICY
    SEND EXHAUST LETTER TO 04 ATTY
    ALSO MAY WANT TO INQUIRE WITH 04 ATTY IF 04 PARENT HAS
AUTO MEDICAL COVERAGE POLICY FOR ANY ADDITIONAL NOT COVERED THIS
POLICY--- IF NOT DIRECT LIENS FILED SEE WHERE 04 ATTY WOULD LIKE FUNDS
DIRECTED
    CE
NOTIFY USED ON 05/02/2003, SENT TO: JC4N
05/02/2003
NOTIFY USED ON 05/02/2003, SENT TO: DHTT                             703991
PF5-SCHED F/U  PF7-BACKWD  PF8-FRWD  PF9-PRINT  PF11-PREV STMT  PF12-NEXT STMT
*** ONLY EMPLOYEE DJ1F CAN UPDATE THE STATEMENT YOU HAVE SELECTED ***
DESK: AKB                    INVOLVED PERSON STATEMENT              PAGE:  2 OF  2
```

Exhibit 52
Page 1 of 2

MARKET CLAIM OFFICE
7033 E. TUDOR ROAD
ANCHORAGE AK 99507


**Allstate.**
You're in good hands.

PHONE NUMBER: 907-338-7750
OFFICE HOURS: MONDAY-FRIDAY 8:00-5:30

May 12, 2003

ANGSTMAN LAW OFFICE
PO BOX 1310
DILLINGHAM  AK  99576

Allstate Insurance Company
Claim Number: 3322751094 SSM
Our Insured:  MARGARET HERRON
Date of Loss: September 14, 2002

Please be advised medical payments coverage for this claim is now exhausted. Attached is a copy of our medical payment ledger showing the dispersment of your benefit. Please share this letter and the ledger with your providers to aid in their billing your health carrier for any accident related treatment you may still require.  Should you have any questions, please feel free to contact me at (907)269-6124.

Sincerely,


COPY

SCOTT A. MILLAR
Allstate Insurance Company

SM06/0/01/1

G52-2

Exhibit 52

Page 2 of 2


703906