Rebecca J. Hozubin
310 K Street, Suite 405
Phone: 907 276-5297
Fax: 907 276-5291
E-mail: rebecca@wilkersonlaw.net
AK Bar No. 9806016

Attorneys for Plaintiff Allstate

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ALLSTATE INSURANCE COMPANIES, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) |
| | ) |
| CHARLES HERRON, | ) |
| | ) |
| Defendant. | ) |
| | ) Case No. A04-0043 CV (TMB) |

**EXHIBITS SUPPORTING OPPOSITION TO MOTION FOR SUMMARY JUDGMENT**

Exhibit 1:     Herron Allstate Policy

Exhibit 2:     Log notes, bates numbers 703950-703951

Exhibit 3:     Affidavit of Renee Vanzant

Exhibit 4:     Valcarce "Attorney New Matter Memo"

Exhibit 5:     Deposition of Renee Vanzant

Exhibit 6:     Deposition of Craig Elkins

Exhibit 7:     9/19/02 letter from Power to Valcarce

Exhibit 8:     Reserves Sheets (2)

Exhibit 9:     9/23/02 letter from Valcarce to Robert Herron

Exhibit 10:    9/25/02 letter from Allstate to Bethel PD

Exhibit 11:    Log note, bates number 70.938

1

Exhibit 12:   9/25/02 letter from Allstate to Margaret Herron

Exhibit 13:   9/25/02 letter from Allstate to Margaret Herron, with fax post it to Valcarce, and fax to Power

Exhibit 14:   Log note, bates number 703959

Exhibit 15:   Log note, bates number 703958

Exhibit 16:   Deposition of Kathy Berry, 9/30/2005

Exhibit 17:   Mail Handlers Benefit Plan Packet

Exhibit 18:   10/18/02 letter from Allstate to Power

Exhibit 19:   10/26/02 letter from Bethel PD to Allstate

Exhibit 20:   Log note, bates number 703969

Exhibit 21:   Log note, bates numbers 703970-971

Exhibit 22:   Packet of medical bills stamped 3/17/03

Exhibit 23:   Medical authorization dated 11/20/02

Exhibit 24:   Medical Lien dated 11/25/02

Exhibit 25:   12/10/02 letter from Power to Allstate

Exhibit 26:   1/17/03 letter from Allstate to Power

Exhibit 27:   Deposition of Michele Power

Exhibit 28:   2/6/03 letter from Power to Allstate

Exhibit 29:   2/14/03 letter from Power to Allstate

Exhibit 30:   3/17/03 letter from Allstate to Power

Exhibit 31:   Log note, bates number 701100

Exhibit 32:   3/17/03 letter from Allstate to ANMC

Exhibit 33:   3/18/03 letter from Allstate to Herron

Exhibit 34:   Log note, bates number 703985

| | |
|---|---|
| Exhibit 35: | 3/26/03 letter from Valcarce to Allstate |
| Exhibit 36: | 4/10/03 letter from Power to Allstate |
| Exhibit 37: | 5/9/03 letter from Allstate to Power |
| Exhibit 38: | 5/15/03 letter from Power to Allstate |
| Exhibit 39: | 5/16/03 letter from Allstate to Power |
| Exhibit 40: | 5/30/03 letter from Allstate to Power |
| Exhibit 41: | 5/30/03 letter from Allstate to Power stamped "Faxed to DJ" |
| Exhibit 42: | 5/29/03 letter from Johnson to Allstate |
| Exhibit 43: | Deposition of Kathy Berry, 3/14/06 |
| Exhibit 44: | Log note, bates numbers 701121-701122 |
| Exhibit 45: | 6/4/03 letter from Allstate to Johnson |
| Exhibit 46: | Log note, bates number 701124 |
| Exhibit 47: | Log note, bates number 701126 |
| Exhibit 48: | Confession and Assignment Documents |
| Exhibit 49: | Log note, bates numbers 704343-704345 |
| Exhibit 50: | Log note, bates number 704000 |
| Exhibit 51: | Log note, bates number 704001 |
| Exhibit 52: | Log note, bates number 703991 |
| Exhibit 53: | Expert report- Chuck Bean |
| Exhibit 54: | Expert report- Robert A. Lohr |
| Exhibit 55: | Deposition of Mary Kenick |

DATED this 16th day of June, 2006, at Anchorage, Alaska.

           WILKERSON HOZUBIN
           Attorneys for Plaintiff

By: s/Rebecca J. Hozubin
    Rebecca J. Hozubin
    310 K Street, Suite 405
    Phone: 907 276-5297
    Fax: 907 276-5291
    E-mail: rebecca@wilkersonlaw.net
    Attorneys for Plaintiff Allstate
    AK Bar No. 9806016

**CERTIFICATE OF SERVICE**

I hereby certify that on
June 16, 2006, a true and
correct copy of the foregoing was
served electronically on the following:

Mark A. Sandberg, Esq.
Sandberg, Wuestenfeld & Corey
701 West 8th Avenue, Suite 1100
Anchorage, AK  99501

WILKERSON HOZUBIN

By: s/Rebecca J. Hozubin
1000.788/plead/Dec Action/Opp to MSJ- Exhibit List

4