Rebecca J. Hozubin
Wilkerson Hozubin
310 K Street, Suite 405
Phone: 907 276-5297
Fax: 907 276-5291
E-mail: rebecca@wilkersonlaw.net
AK Bar No. 9806016

Attorneys for Plaintiff Allstate

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ALLSTATE INSURANCE COMPANIES, ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> CHARLES HERRON, ) <br> ) <br> Defendant. ) <br>_____) | Case No. A04-0043 CV (TMB) |

**UNOPPOSED MOTION TO ACCEPT OVER-LENGTH BRIEF**

Allstate Insurance Companies, through counsel, Wilkerson Hozubin, moves for leave of court to file its over-length Opposition to Herron's Motion for Summary Judgment. Allstate's brief is nine pages over the limitation listed at Local Rule 10.1. The extra briefing was necessary due to the detailed factual recitation contained therein. Undersigned certifies that her office consulted with Herron's counsel, and he agreed that he would not oppose this request.

DATED this 16th day of June, 2006, at Anchorage, Alaska.

        WILKERSON HOZUBIN
        Attorneys for Plaintiff

By: s/Rebecca J. Hozubin
    Rebecca J. Hozubin
    310 K Street, Suite 405
    Phone: 907 276-5297
    Fax: 907 276-5291
    E-mail: rebecca@wilkersonlaw.net
    Attorneys for Plaintiff Allstate
    AK Bar No. 9806016

**CERTIFICATE OF SERVICE**
I hereby certify that on
June 16, 2006, a true and
correct copy of the foregoing was
served electronically on the following:

Mark A. Sandberg, Esq.
Sandberg, Wuestenfeld & Corey
701 West 8th Avenue, Suite 1100
Anchorage, AK  99501


WILKERSON HOZUBIN

By:   s/Rebecca J. Hozubin
1000.788/plead/Dec Action/Unopp Mtn re Overlength

2