Rebecca J. Hozubin
Wilkerson Hozubin
310 K Street, Suite 405
Phone: 907 276-5297
Fax: 907 276-5291
E-mail: rebecca@wilkersonlaw.net
AK Bar #9806016

Attorneys for Plaintiff Allstate

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ALLSTATE INSURANCE COMPANIES, )<br>                                )<br>         Plaintiffs,           )<br>                                )<br>     vs.                        )<br>                                )<br> CHARLES HERRON,                )<br>                                )<br>         Defendant.             )<br>_____) | Case No. A04-0043 CV (TMB) |

**PROPOSED**
**ORDER GRANTING UNOPPOSED MOTION TO ACCEPT OVERLENGTH BRIEF**

THIS COURT, having reviewed plaintiff's Unopposed Motion to Accept Overlength Brief, finds the motion well taken. The motion is GRANTED.

Plaintiff's Opposition to Motion for Summary Judgment is accepted as filed.

DATED this ____ day of _____, 2006.

_____
Honorable Timothy M. Burgess
U.S. District Court Judge

<u>CERTIFICATE OF SERVICE</u>
I hereby certify that on the
16th day of June, 2006, a true
and correct copy of the foregoing
document was electronically served on the
following counsel/parties of record:

Mark A. Sandberg, Esq.
Sandberg, Wuestenfeld & Corey
701 West 8th Avenue, Suite 1100
Anchorage, AK  99501


WILKERSON HOZUBIN

By: <u>s/Rebecca J. Hozubin</u>
1000/788/plead/Dec Act/Unopp Mtn re Overlength- Order

2