Mark A. Sandberg, Esq.
SANDBERG, WUESTENFELD & COREY, PC
701 West 8th Avenue, Suite 1100
Anchorage, AK 99501
Tel:   907-276-6363
Fax:   907-276-3528

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| ALLSTATE INSURANCE COMPANIES, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CHARLES HERRON, ) <br> ) <br> Defendant. ) <br> _____) | ) Case No. 3:04-0043 CV (TMB) |

**STIPULATION FOR EXTENSION OF TIME**

COME NOW the parties, through their counsel, and hereby stipulate to a sixteen-day extension of time, until Wednesday, July 5, 2006, in which to file their Opposition to Plaintiff's Motion for Summary Judgment Applying the Non-Economic Damages Cap AS 09.17.010(b).

Dated this 19th day of June, 2006.

/ Mark A. Sandberg_
701 W 8th Avenue, Ste. 1100
Anchorage, Alaska 99501
Phone: (907) 276-6363
Fax: (907) 276-3528
E-Mail: msandberg@aol.com
ABA: 7510084

Dated this 19th day of June, 2006.

/ Mark E. Wilkerson (Consent Given)
Wilkerson & Associates
310 K Street, Ste. 405
Anchorage, Alaska 99501
Phone: (907) 276-5297
Fax: (907) 276-5291
E-Mail: mark@wilkersonlaw.net
ABA: 8310157

CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of June 2006 a copy of the foregoing was served electronically on:

Mark Wilkerson
Wilkerson & Associates
310 K Street, Suite 405
Anchorage, Alaska  99501

s/Mark A. Sandberg

Mark A. Sandberg, Esq.
SANDBERG, WUESTENFELD & COREY, PC
701 West 8th Avenue, Suite 1100
Anchorage, AK 99501
Tel:   907-276-6363
Fax:   907-276-3528

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| ALLSTATE INSURANCE COMPANIES, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CHARLES HERRON, ) <br> ) Case No. A04-0043 CV (JKS) <br> Defendant. ) <br> _____ ) | |

ORDER GRANTING
STIPULATION FOR EXTENSION OF TIME

IT IS SO ORDERED that the parties shall have until Wednesday, July 5th, 2006, in which

file their Opposition to Plaintiff's Motion for Summary Judgment Applying the Noneconomic

Damages Cap AS 09.17.010(b).

DATED:_____

Timothy M. Burgess
Judge of the U.S. District Court

Order for Stipulation for Extension of Time
Allstate v. Herron, Case No. 3:04-0043 Civ. (TMB)
Page 3

CERTIFICATE OF SERVICE

I hereby certify that on this _____ day of _____ 2006 a copy of the foregoing was served via _____ on:

Mark A. Sandberg
Sandberg, Wuestenfeld & Corey
701 W 8th Avenue, Ste. 1100
Anchorage, Alaska 99501

Mark Wilkerson
Wilkerson & Associates
310 K Street, Suite 405
Anchorage, Alaska  99501

_____