Rebecca J. Hozubin, Esq.
310 K Street, Suite 405
Phone: 907 276-5297
Fax: 907 276-5291
E-mail: rebecca@wilkersonlaw.net
AK Bar No. 9806016

Attorneys for Plaintiff Allstate Insurance Companies

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ALLSTATE INSURANCE COMPANIES, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) |
| | ) |
| CHARLES HERRON, | ) |
| | ) |
| Defendant. | ) |
| | ) Case No. A04-0043 CV (TMB) |

**TABLE OF CONTENTS**
**PLAINTIFF ALLSTATE'S OPPOSITION TO MOTION TO COMPEL**

**PAGE**

I. INTRODUCTION ................................................................................................. 1

II. HERRON'S CHRONOLOGY OF EVENTS IS INACCURATE AND
    MISLEADING ................................................................................................. 3

III. HERRON HAS NO VALID CLAIMS TO ASSIGN; HERRON CLEARLY
     BREACHED THE DUTY TO COOPERATE IN DEFENSE OF CLAIMS ....... 24

   A. Allstate Properly Investigated and Evaluated This Claim ............................. 28

   B. Allstate Appropriately Kept Its Insured Advised ........................................... 31

   C. There Was No Substantial Likelihood of An Excess Verdict ....................... 32

    D. Allstate Tendered Limits to Trailov; There Was No Breach ........................37

    E. Herron's Unsupported Accusation of Racial Discrimination ........................41

    F. Herron Possesses No Valid Claim for Negligence .......................................42

IV. CONCLUSION ................................................................................................44

DATED this 26th day of June 2006.

                            WILKERSON HOZUBIN

                    By: s/Rebecca J. Hozubin
                        310 K Street, Suite 405
                        Phone: 907 276-5297
                        Fax: 907 276-5291
                        E-mail: Rebecca@Wilkersonlaw.net
                        Attorneys for Plaintiff Allstate
                        AK Bar No. 9806016

CERTIFICATE OF SERVICE
I hereby certify that on the
26th day of June, 2006, I
mailed a true and correct copy
of the foregoing document was
electronically served on the
following counsel/parties of record:

Mark A. Sandberg, Esq.
Sandberg, Wuestenfeld & Corey
701 West 8th Avenue, Suite 1100
Anchorage, AK  99501


WILKERSON HOZUBIN

By: s/Rebecca J. Hozubin
1000/788/plead/Dec Act/Table Contents