Rebecca J. Hozubin, Esq.
310 K Street, Suite 405
Phone: 907 276-5297
Fax: 907 276-5291
E-mail: rebecca@wilkersonlaw.net
AK Bar No. 9806016

Attorneys for Plaintiff Allstate Insurance Companies

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ALLSTATE INSURANCE COMPANIES, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | |
| ) | |
| CHARLES HERRON, ) | |
| ) | |
| Defendant. ) | |
| ) Case No. A04-0043 CV (TMB) | |

**TABLE OF AUTHORITIES**
**PLAINTIFF ALLSTATE'S OPPOSITION TO MOTION FOR SUMMARY JUDGMENT**

**CASES**                                                                                                       **PAGE**

American Policyholder's Ins. Co. v. Baker, 119 N.H. 958 (N.H. 1979) .......................27

Arizona Property & Cas. Ins. Guar. Fund v. Helme, 735 P.2d 451 (1987)...................26

C.P. v. Allstate Ins. Co., 996 P.2d 1216 (Alaska 2000) ......................................... 2, 42

Crisci v. Sec. Ins. Co., 426 P.2d 173, 176 (Cal. 1967).................................................32

Grace v. Ins. Co. of N. America, 944 P.2d 460 (Alaska 1997)....................... 24,26, 27

Great Divide Ins. Co. v. Carpenter ex rel. Reed, 79 P.3d 599 (Alaska 2003)...............26

Guin v. Ha, 591 P.2d 1281, 1291 (Alaska 1979)................................................... 25, 26

Jackson v. Am. Equity Ins. Co., 90 P.3d 136 (Alaska 2004) ..................2, 24, 25, 26, 32

Sauer v. Home Indem. Co., 841 P.2d 176 (Alaska 1992) ............................................ 2

Schultz v. Travelers Indem. Co., 754 P.2d 265 (Alaska 1988) ....................................32

State Farm Mut. Auto Ins. Co. v. Weiford, 831 P.2d 1264 (Alaska 1992) ...................24

**STATUTES**

AS 09.10.070(a)............................................................................................................40

DATED this 26th day of June 2006.

                WILKERSON HOZUBIN

                By: s/Rebecca J. Hozubin
                   310 K Street, Suite 405
                   Phone: 907 276-5297
                   Fax: 907 276-5291
                   E-mail: Rebecca@Wilkersonlaw.net
                   Attorneys for Plaintiff Allstate
                   AK Bar No. 9806016

CERTIFICATE OF SERVICE
I hereby certify that on the
26th day of June, 2006, I
mailed a true and correct copy
of the foregoing document was
electronically served on the
following counsel/parties of record:

Mark A. Sandberg, Esq.
Sandberg, Wuestenfeld & Corey
701 West 8th Avenue, Suite 1100
Anchorage, AK  99501

WILKERSON HOZUBIN

By: s/Rebecca J. Hozubin
1000/788/plead/Dec Act/Table Authorities