Rebecca J. Hozubin, Esq.
310 K Street, Suite 405
Phone: 907 276-5297
Fax: 907 276-5291
E-mail: rebecca@wilkersonlaw.net
AK Bar No. 9806016

Attorneys for Plaintiff Allstate Insurance Companies

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ALLSTATE INSURANCE COMPANIES, )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>CHARLES HERRON, )<br>)<br>Defendant. )<br>_____ ) | Case No. A04-0043 CV (TMB) |

## EXHIBITS SUPPORTING OPPOSITION TO MOTION FOR SUMMARY JUDGMENT

Exhibit 1:   Herron Allstate Policy

Exhibit 2:   Log notes, bates numbers 703950-703951

Exhibit 3:   Affidavit of Renee Vanzant

Exhibit 4:   Valcarce "Attorney New Matter Memo"

Exhibit 5:   Deposition of Renee Vanzant

Exhibit 6:   Deposition of Craig Elkins

Exhibit 7:   9/19/02 letter from Power to Valcarce

Exhibit 8:   Reserves Sheets (2)

Exhibit 9: 9/23/02 letter from Valcarce to Robert Herron

Exhibit 10: 9/25/02 letter from Allstate to Bethel PD

Exhibit 11: Log note, bates number 703938

Exhibit 12: 9/25/02 letter from Allstate to Margaret Herron

Exhibit 13: 9/25/02 letter from Allstate to Margaret Herron, with fax post it to Valcarce, and fax to Power

Exhibit 14: Log note, bates number 703959

Exhibit 15: Log note, bates number 703958

Exhibit 16: Deposition of Kathy Berry, 9/30/2005

Exhibit 17: Mail Handlers Benefit Plan Packet

Exhibit 18: 10/18/02 letter from Allstate to Power

Exhibit 19: 10/26/02 letter from Bethel PD to Allstate

Exhibit 20: Log note, bates number 703969

Exhibit 21: Log note, bates numbers 703970-971

Exhibit 22: Packet of medical bills stamped 3/17/03

Exhibit 23: Medical authorization dated 11/20/02

Exhibit 24: Medical Lien dated 11/25/02

Exhibit 25: 12/10/02 letter from Power to Allstate

Exhibit 26: 1/17/03 letter from Allstate to Power

Exhibit 27: Deposition of Michele Power

Exhibit 28: 2/6/03 letter from Power to Allstate

Exhibit 29: 2/14/03 letter from Power to Allstate

A04-0043 CV (TMB)
Page 2

Exhibit 30:   3/17/03 letter from Allstate to Power

Exhibit 31:   Log note, bates number 701100

Exhibit 32:   3/17/03 letter from Allstate to ANMC

Exhibit 33:   3/18/03 letter from Allstate to Herron

Exhibit 34:   Log note, bates number 703985

Exhibit 35:   3/26/03 letter from Valcarce to Allstate

Exhibit 36:   4/10/03 letter from Power to Allstate

Exhibit 37:   5/9/03 letter from Allstate to Power

Exhibit 38:   5/15/03 letter from Power to Allstate

Exhibit 39:   5/16/03 letter from Allstate to Power

Exhibit 40:   5/30/03 letter from Allstate to Power

Exhibit 41:   5/30/03 letter from Allstate to Power stamped "Faxed to DJ"

Exhibit 42:   5/29/03 letter from Johnson to Allstate

Exhibit 43:   Deposition of Kathy Berry, 3/14/06

Exhibit 44:   Log note, bates numbers 701121-701122

Exhibit 45:   6/4/03 letter from Allstate to Johnson

Exhibit 46:   Log note, bates number 701124

Exhibit 47:   Log note, bates number 701126

Exhibit 48:   Confession and Assignment Documents

Exhibit 49:   Log note, bates numbers 704343-704345

Exhibit 50:   Log note, bates number 704000

Exhibit 51:   Log note, bates number 704001

Exhibit 52:   Log note, bates number 703991

Exhibit 53:   Expert report- Chuck Bean

Exhibit 54:   Expert report- Robert A. Lohr

Exhibit 55:   Deposition of Mary Kenick

DATED this 26th day of June, 2006, at Anchorage, Alaska.

          WILKERSON HOZUBIN
          Attorneys for Plaintiff

By:s/Rebecca J. Hozubin
    Rebecca J. Hozubin
    310 K Street, Suite 405
    Phone: 907 276-5297
    Fax: 907 276-5291
    E-mail: rebecca@wilkersonlaw.net
    Attorneys for Plaintiff Allstate
    AK Bar No. 9806016

**CERTIFICATE OF SERVICE**

I hereby certify that on
June 26, 2006, a true and
correct copy of the foregoing was
served electronically on the following:

Mark A. Sandberg, Esq.
Sandberg, Wuestenfeld & Corey
701 West 8th Avenue, Suite 1100
Anchorage, AK  99501

WILKERSON HOZUBIN

By:     s/Rebecca J. Hozubin
1000.788/plead/Dec Action/Opp to MSJ- Exhibit List

A04-0043 CV (TMB)
Page 4