Rebecca J. Hozubin, Esq.
Wilkerson Hozubin
310 K Street, Suite 405
Phone: 907 276-5297
Fax: 907 276-5291
E-mail: rebecca@wilkersonlaw.net
AK Bar #9806016

Attorneys for Plaintiff Allstate

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ALLSTATE INSURANCE COMPANIES,  )<br>                                )<br>            Plaintiffs,         )<br>                                )<br>     vs.                        )<br>                                )<br>CHARLES HERRON,                 )<br>                                )<br>            Defendant.          )<br>_____) | Case No. A04-0043 CV (TMB) |

**PROPOSED**
**ORDER DENYING HERRON'S MOTION FOR SUMMARY JUDGMENT**

THIS COURT, having reviewed Herron's Motion for Summary Judgment, and Allstate's Opposition thereto, finds the Opposition well taken. The Motion is DENIED.

This court finds that there are disputed issues of material fact, including, but not limited to, those enumerated in the court's Order at Docket 79. This court further finds that Herron is not entitled to judgment as a matter of law.

DATED this ____ day of _____, 2006.

_____
Honorable Timothy M. Burgess
U.S. District Court Judge

CERTIFICATE OF SERVICE
I hereby certify that on the
26th day of June, 2006, a true
and correct copy of the foregoing
document was electronically served on the
following counsel/parties of record:

Mark A. Sandberg, Esq.
Sandberg, Wuestenfeld & Corey
701 West 8th Avenue, Suite 1100
Anchorage, AK   99501


WILKERSON HOZUBIN

By: s/Rebecca J. Hozubin
1000/788/plead/Dec Act/Opp to MSJ Order