# Policy Endorsement

The following endorsement changes your policy. Please read this document carefully and keep it with your policy.

## Alaska Automobile Amendatory Endorsement — AU1512-9

It is agreed that:

I. "Declarations page" is replaced by "Policy Declarations" throughout the policy.

II. The General Section is amended as follows:

   A. The provision "When And Where The Policy Applies" is replaced by the following:

   **When And Where The Policy Applies**
   The policy is in effect during the time shown on the Policy Declarations, known as the "premium period," unless cancelled in accordance with Alaska law. During the premium period, **your** policy applies to losses to the **auto**, accidents and occurrences within the United States of America, its territories or possessions or Canada, or between their ports.

   B. The following replaces the "Changes" provision and, where applicable, the "Liberalization of the Policy Provisions" condition, in the policy:

   **Changes**
   **Premium Changes**
   The premium for each **auto** is based on information Allstate has received from **you** or other sources. **You** agree to cooperate with **us** in determining if this information is correct, if it is complete, and if it changes during the policy period. **You** agree that if this information changes or is incorrect or incomplete, **we** may adjust **your** premium accordingly during the policy period.

   Changes which may result in a premium adjustment include, but are not limited to:
   1. change in autos insured by the policy, including changes in use.

   2. change in drivers residing in your household, their ages or marital status.

   3. change in coverages or coverage limits.

   4. change in rating territory.

   5. change in discount eligibility.

   Any calculation or adjustment of **your** premium will be made using the rules, rates and forms in effect, and on file if required, for **our** use in **your** state.

Page 1

Exhibit 1    703314
Page 54 of 73

**Coverage Changes**
When **Allstate** broadens a coverage during the policy period without additional charge, **you** have the new feature if **you** have the coverage to which it applies. The new feature applies on the date the coverage change is effective in **your** state. Otherwise, the policy can be changed only by endorsement. Any change in **your** coverage will be made using the rules, rates and forms in effect, and on file if required, for **our** use in **your** state.

C. The second paragraph of the Cancellation provision is amended as follows:

**Cancellation**
**Allstate** may cancel part or all of this policy by mailing notice to **you** at **your** last known address. If **we** cancel because **you** didn't pay the premium, **we** will provide **you** with 20 days notice before the effective date of cancellation. Otherwise, **we** will give **you** 30 days notice.

D. The following provision is added:

**Concealment or Fraud**
This policy is void if it was obtained by misrepresentation, fraud, or concealment of material facts or if **you** intentionally conceal or misrepresent any material fact or circumstance, before or after loss. **We** do not cover any other insured person who has concealed or misrepresented any material fact or circumstance before or after a loss. If it is determined that this policy is void, all premiums paid will be returned to **you** since there has been no coverage under this policy.

III. Part I Automobile Liability Insurance, Bodily Injury — Coverage AA, Property Damage — Coverage BB, is replaced by the following:

**Allstate** will pay all damages, other than punitive or exemplary damages, an insured person is legally obligated to pay because of:
1. **bodily injury** sustained by any person, and

2. damage to, or destruction of property, including loss of use.

Under these coverages, **your** policy protects an insured person from claims for accidents arising out of the ownership, maintenance or use, loading or unloading of an insured **auto**.

**We** will pay for damage to a **rental vehicle** without regard to fault or negligence. However, exclusions and limitations of this policy apply. Loss of use of a damaged **rental vehicle** is not covered.

**We** will defend an insured person sued as the result of a covered **auto** accident, even if the suit is groundless or false. **We** will defend that person at **our** own expense, with counsel of **our** choice. **We** may settle any claim or suit if **we** believe it is proper.

**Additional Payments Allstate Will Make**
When **we** defend an insured person under this part, **we** will pay

Page 2


Exhibit 1
703315
Page 55 of 73

1. up to $50 a day for loss of wages or salary if **we** ask that person to attend hearings or trials to defend against a bodily injury suit. **We** won't pay for loss of other income. **We** will pay other reasonable expenses incurred at **our** request.

2. post-judgment interest accruing on damages awarded. **We** will pay this interest only until **we** have paid, offered, or deposited in court the amount for which **we** are liable under this policy. **We** will only pay this interest on damages not exceeding **our** limits of liability.

3. premiums on appeal bonds and on bonds to release attachments, but not in excess of **our** limit of liability. **We** aren't required to apply for or furnish these bonds.

**We** will repay an insured person for:

1. the cost of any bail bonds required due to an accident or traffic law violation involving the use of the insured **auto**. **We** won't pay more than $300 per bond. **We** aren't required to apply for or furnish these bonds.

2. any expense incurred for first aid to others at the time of an **auto** accident involving the insured **auto**.

**Limitation Of Attorney's Fees**

THIS POLICY LIMITS COVERAGE FOR ATTORNEY FEES UNDER ALASKA RULE OF CIVIL PROCEDURE 82

In any suit in Alaska in which **we** have a right or duty to defend an insured in addition to the limits of liability, **our** obligation under the applicable coverage to pay attorneys fees taxable as costs against the insured is limited as follows:

Alaska Rule of Civil Procedure 82 provides that if **you** are held liable, some or all of the attorney fees of the person making a claim against **you** must be paid by **you**. The amount that must be paid by **you** is determined by Alaska Rule of Civil Procedure 82. **We** provide coverage for attorney fees for which **you** are liable under Alaska Rule of Civil Procedure 82 subject to the following limitation:

*We will not pay that portion of any attorney's fees that is in excess of fees calculated by applying the schedule for contested cases in Alaska Rule of Civil Procedure 82(b)(1) to the limit of liability of the applicable coverage.*

This limitation means the potential costs that may be awarded against **you** as attorney fees may not be covered in full. **You** will have to pay any attorney fees not covered directly.

For example, the attorney fees provided by the schedule for contested cases in Alaska Rule of Civil Procedure 82(b)(1) are:

20% of the first $25,000 of a judgment;

10% of the amounts over $25,000 of a judgment.

Page 3


703316
Exhibit 1
56 of 73

Therefore, if a court awards a judgment against **you** in the amount of $125,000, in addition to that amount **you** would be liable under Alaska Rule of Civil Procedure 82 (b)(1) for attorney fees of $15,000, calculated as follows:

|  |  |  |
|---|---|---|
| 20% of $25,000 |  | $ 5,000 |
| 10% of $100,000 |  | $10,000 |
| Total Award | $125,000 | Total Attorney Fees  $15,000 |

If the limit of liability of the applicable coverage is $100,000, we would pay $100,000 of the $125,000 award, and $12,500 for Alaska Rule of Civil Procedure 82(b)(1) attorney fees, calculated as follows:

|  |  |  |
|---|---|---|
| 20% of $25,000 |  | $ 5,000 |
| 10% of $75,000 |  | $ 7,500 |
| Total Limit of Liability | $100,000 | Total Attorney Fees Covered  $12,500 |

**You** would be liable to pay, directly and without **our** assistance, the remaining $25,000 in liability plus the remaining $2,500 for attorney fees under Alaska Rule of Civil Procedure 82 not covered by this policy.

In addition to the other limitations contained in this part, the maximum amount **we** will pay as prevailing party attorney's fees to any person making a claim against **you** is the amount of fees that would be allowed by Rule 82 (b) (1) of the Alaska Rules of Civil Procedure to the prevailing party in a contested case on the amount of money actually paid by **us** to the person making the claim under this coverage.

**Insured Persons**
1. While using **your** insured **auto**:
   a) **you**,
   b) any **resident**, and
   c) any other person using the **auto** with **your** permission.

2. While using a non-owned **auto**:
   a) **you**,
   b) any **resident** relative using a four wheel private passenger **auto** or utility **auto**.

3. Any other person or organization liable for the use of an insured **auto** if the **auto** is not owned or hired by this person or organization.

**Insured Autos**
1. Any **auto** described on the Policy Declarations. This includes the four wheel private passenger **auto** or utility **auto you** replace it with.

2. An additional four wheel private passenger **auto** or utility **auto you** become the owner of during the premium period. This **auto** will be covered if **we** insure all other private passenger **autos** or utility **autos you** own. **You** must, however, tell **us** within 60 days of acquiring the **auto**. **You** must pay any additional premium.

Page 4



703317

Exhibit _____1_____

Page 57 of 73

3. A substitute four wheel private passenger **auto** or **utility auto**, not owned by **you** or a **resident**, being temporarily used while **your** insured **auto** is being serviced or repaired, or if **your** insured **auto** is stolen or destroyed.

4. A non-owned **auto** used by **you** or a **resident** relative with the owner's permission. This **auto** must not be available or furnished for the regular use of an insured person.

5. A trailer while attached to an insured **auto**. The trailer must be designed for use with a private passenger **auto** or **utility auto**. This trailer can't be used for business purposes with other than a private passenger **auto** or **utility auto**.

Definitions

1. "Allstate," "We," "Us," or "Our" — means the company as indicated on the Policy Declarations of the policy.

2. "Auto" — means a land motor vehicle designed for use on public roads.

3. "Bodily Injury" — means bodily injury, sickness, disease or death.

4. "Resident" — means a person who physically resides in **your** household with the intention of continuing residence there. **Your** unmarried dependent children while temporarily away from home will be considered residents if they intend to resume residing in **your** household.

5. The definition of "utility auto" is replaced by the following wherever it appears:

"Utility Auto" — means an **auto** of the pick-up body, sedan delivery or panel truck type. This **auto** must have a gross vehicle weight of 10,000 pounds or less, according to manufacturer's specifications.

6. "You" or "Your" — means the policyholder named on the Policy Declarations and that policyholder's resident spouse.

7. "Rental Vehicle" — means a non-owned **auto** or **utility auto** you rent from an agency or company on a daily or weekly basis.

Exclusions — What is not covered

Allstate will not pay for any damages an insured person is legally obligated to pay because of:

1. **bodily injury** or property damage arising out of the use of **your** insured **auto** while used to carry persons or property for a charge, or any **auto you** are driving while available for hire by the public. This exclusion does not apply to shared-expense car pools.

2. **bodily injury** or property damage arising out of auto business operations such as repairing, servicing, testing, washing, parking, storing, or selling of **autos**. However, coverage does apply to **you**, **resident** relatives, partners or employees of the partnership of **you** or a **resident** relative when using **your** insured **auto**.

Page 5

Exhibit ___1___
Page _58_ of _73_


703318

3.  **bodily injury** or property damage arising out of the use of a non-owned **auto** in any business or occupation of an insured person. However, this exclusion does not apply while **you, your** chauffeur, or domestic servant are using a private passenger **auto** or trailer.

4.  **bodily injury** to an employee of any insured person arising in the course of employment. This exclusion does not apply to **your** domestic employee who is not required to be covered by a workers compensation law or similar law.

5.  **bodily injury** to a co-worker injured in the course of employment. This exclusion does not apply to **you**.

6.  damage to or destruction of property an insured person owns, transports, is in charge of, or rents. However, a private residence or a garage rented by that person is covered.

7.  **bodily injury** or property damage which may reasonably be expected to result from the intentional or criminal acts of an insured person or which are in fact intended by an insured person.

8.  **bodily injury** or property damage which would also be covered under nuclear energy liability insurance. This applies even if the limits of that insurance are exhausted.

9.  **bodily injury** or property damage arising out of participation in any prearranged or organized racing or speed contest or in practice or preparation for any contest of this type.

10. punitive or exemplary damages.

**Financial Responsibility**
When this policy is certified as proof under any motor vehicle financial responsibility law this policy will comply with the provisions of that law. This liability coverage will comply to the extent of liability coverage and limits required by law.

**Limits of Liability**
The limits shown on the Policy Declarations are the maximum **we** will pay for any single **auto** accident. The limit stated for each person for **bodily injury** is **our** total limit of liability for all damages because of **bodily injury** sustained by one person in any single **auto** accident, including all damages sustained by anyone else as a result of that **bodily injury**. Subject to the limit for each person, the limits stated for each occurrence is **our** total limit of liability for all damages for **bodily injury** sustained by two or more persons in any single **auto** accident. For property damage, the limit applies to damages arising from each occurrence.

The liability limits apply to each insured **auto** as shown on the Policy Declarations. The insuring of more than one person or **auto** under this policy will not increase **our** liability limits beyond the amount shown for any one **auto**, even though a separate premium is charged for each **auto**. The limits also won't be increased if **you** have other auto insurance policies that apply. There will be no duplication of payments made under the Bodily Injury Liability and Uninsured and Underinsured Motorists Insurance coverages of this policy.

Exhibit 1
Page 59 of 73
703319

An **auto** and attached trailer are considered one **auto**. Also, an **auto** and a mounted camper unit, topper, cap or canopy are considered one **auto**.

If a single "each occurrence" limit is stated on the Policy Declarations for Automobile Liability Insurance, this limit will be the maximum amount of **Allstate's** liability for both **bodily injury** and property damage arising out of any one occurrence.

**If There Is Other Insurance**
If an insured person is using a **rental vehicle**, our liability insurance will be primary. If an insured person is using a substitute private passenger **auto** or non-owned **auto** other than a **rental vehicle**, our liability insurance will be in excess over other collectible insurance. If more than one policy applies on a primary basis to an accident involving **your** insured **auto**, **we** will bear **our** proportionate share with other collectible liability insurance.

**Assistance and Cooperation**
When **we** ask, an insured person must cooperate with **us** in the investigation, settlement and defense of any claim or lawsuit. If **we** ask, that person must also help **us** obtain payment from anyone who may be jointly responsible. **We** can't be obligated if an insured person voluntarily takes any action or makes any payments except as specified in this policy.

**Action Against Allstate**
No insured person may sue **us** under this coverage unless there is full compliance with all the policy terms.

If liability has been determined by judgment after trial, or by written agreement among the insured, the other person, and **us**, then whoever obtains this judgment or agreement against an insured person, may sue **us** up to the limits of this policy. However, no one has the right to join **us** in a suit to determine legal responsibility.

The bankruptcy or insolvency of an insured person or that person's estate won't relieve **us** of any obligation.

**What To Do In Case Of An Auto Accident Or Claim**
If an insured person has an **auto** accident, **we** must be promptly notified of all details. If an insured person is sued as the result of an **auto** accident, **we** must be notified immediately.

IV. Part II, Automobile Medical Payments, Coverage CC, is amended as follows:

  A. The following exclusion is added to the "Exclusions — What is not covered" section of the policy:

  7. **bodily injury** arising out of participation in any prearranged or organized racing or speed contest or in practice or preparation for any contest of this type.

  B. The "Limits of Liability" provision is replaced by the following:

Page 7

Exhibit 1
Page 60 of 73
703320

**Limits of Liability**
The limit shown on the Policy Declarations is the maximum we will pay for all expenses incurred by or for each person as the result of any one **auto** accident.

The medical payments limit applies to each insured **auto** as stated on the Policy Declarations. The insuring of more than one person or **auto** under this policy will not increase **our** limit beyond the amount shown for any one **auto**, even though a separate premium is charged for each **auto**. The limit also will not be increased if **you** have other **auto** insurance policies that apply.

If an insured person dies as the result of a covered **auto** accident, **we** will pay the lesser of the following as a funeral service expense benefit:
1. $2,000.

2. the Coverage CC limit of liability stated on the Policy Declarations; or

3. the remaining portion of the Coverage CC limit of liability not expended for other covered medical expenses.

This funeral service expense benefit does not increase, and will not be paid in addition to, the limit of liability stated on the Policy Declarations for Coverage CC. This benefit is payable to the deceased insured person's spouse if a **resident** of the same household at the time of the accident. However, if the deceased is a minor, the benefit is payable to any parent who is a **resident** of the same household at the time of the accident. In all other cases, the benefit is payable to the deceased insured person's estate.

There will be no duplication of payments under the Bodily Injury Liability and Automobile Medical Payments coverage of this policy. All payments made to or on behalf of any person under this coverage will be considered as advance payments to that person and reduce the damages payable under the Bodily Injury Liability Coverage of this policy.

V. Part V, Uninsured Motorists Insurance (Coverage SS) is replaced by the following:

**Uninsured and Underinsured Motorists Insurance — Coverage SS**
**We** will pay all damages, other than punitive or exemplary damages, that an insured person is legally entitled to recover from the owner or operator of an uninsured or underinsured auto because of:
1. **bodily injury** sustained by an insured person, and

2. **property damage**. **Property damage** is covered only if a separate limit is shown on the Policy Declarations for Uninsured Motorists Insurance — Property Damage.

The **bodily injury** or **property damage** must be caused by accident and arise out of the ownership, maintenance or use of an uninsured or underinsured auto. The right to benefits and the amount payable will be decided by agreement between the insured person and **Allstate**. If an agreement can't be reached, the decision will be made by arbitration.

If an insured person sues a person believed responsible for the accident without **our** written consent, **we** aren't bound by any resulting judgment.

Page 8

Exhibit ____1____

Page _61_ of _73_


703321

**Limitation Of Attorney's Fees**

If an insured person brings a claim against **us** to recover benefits payable under this coverage, **we** will pay that insured person's prevailing party attorney's fees awarded against **us**.

These fees shall be determined according to the following schedule under Rule 82 (b) (1) of the Alaska Rules of Civil Procedure:

### ATTORNEY'S FEES IN AVERAGE CASES

| Judgment and, if awarded, Prejudgment Interest | | Contested | Without Trial | Non Contested |
|---|---|---|---|---|
| First | $ 25,000 | 20% | 18% | 10% |
| Next | $ 75,000 | 10% | 8% | 3% |
| Next | $ 400,000 | 10% | 6% | 2% |
| Over | $ 500,000 | 10% | 2% | 1% |

Any such payment of prevailing party attorney's fees by **us** shall be subject to the following limitations:

**We** will not pay that portion of any insured person's prevailing party attorney's fees awarded that are in excess of fees allowed by Rule 82 (b) (1) of the Alaska Rules of Civil Procedure to the prevailing party in a contested case if the amount recovered were equal to or greater than the limit of liability of the applicable coverage.

**We** will not make a payment under this part that would duplicate any amount paid or payable to that insured person under valid and collectible automobile bodily injury, death, or medical payments coverage, or as workers' compensation benefits.

If the insured person making the claim already has recovered $25,000 or more in damages from or on behalf of the owner or operator of an uninsured or underinsured auto, **we** will not pay prevailing party attorney's fees calculated under the "First $25,000" percentages in the Civil Rule 82 (b) (1) schedule. Instead, the "Next $75,000" percentages in the Civil Rule 82 (b) (1) schedule shall apply to any covered amounts up to the first $100,000 recovered against **us**. The other designated percentages in the Civil Rule 82 (b) (1) schedule shall apply to any covered amounts in excess of $100,000 recovered against **us**.

If the insured person making the claim already has recovered damages in an amount less than $25,000 from or on behalf of the owner or operator of an uninsured or underinsured auto, **we** will pay prevailing party attorney's fees calculated under the "First $25,000" percentages in the Civil Rule 82 (b) (1) schedule only on the difference between $25,000 and the amount already recovered by the insured person making the claim. The "Next $75,000" percentages in the Civil Rule 82 (b) (1) schedule shall apply to all other covered amounts up to the first $100,000 recovered against **us**. The other designated percentages in the Civil Rule 82 (b) (1) schedule shall apply to any covered amounts in excess of $100,000 recovered against **us**.

Page 9

Exhibit ___1___

Page _62_ of _73_


703322

In addition to the other limitations contained in this part, the maximum amount **we** will pay as prevailing party attorney's fees to any person making a claim is the amount of fees that would be allowed by Rule 82 (b) (1) of the Alaska Rules of Civil Procedure to the prevailing party in a contested case on the amount of money actually paid by **us** to the person making the claim under this coverage.

**Insured Persons**
1. **You** and any **resident** relative.

2. Any person while in, on, getting into or out of **your** insured auto with **your** permission.

3. Any other person who is legally entitled to recover because of **bodily injury** to **you**, a **resident** relative, or an occupant of **your** insured auto with **your** permission.

**An insured auto is a motor vehicle:**
1. described on the Policy Declarations. This includes the **motor vehicle you** replace it with.

2. **you** become the owner of during the premium period. This additional **motor vehicle** will be covered if **Allstate** insures all other private passenger **motor vehicles you** own. **You** must, however, tell **us** within 60 days after **you** acquire the **motor vehicle**. **You** must pay any additional premium.

3. not owned by **you** or a **resident** relative, if being temporarily used while **your** insured auto is being serviced or repaired, or if **your** insured auto is stolen or destroyed. The **motor vehicle** must be used with the owner's permission. The **motor vehicle** can't be furnished for the regular use of **you** or any **resident** relative.

4. not owned by **you** or a **resident** relative if being operated by **you** with the owner's permission. The **motor vehicle** can't be furnished for the regular use of **you** or any **resident** relative.

An insured auto is not a **motor vehicle** made available for public hire by an insured person.

**An uninsured auto is:**
1. A **motor vehicle** which has no bodily injury or property damage liability bond or insurance policy in effect at the time of the accident.

2. A **motor vehicle** for which the insurer denies coverage, or the insurer becomes insolvent.

3. A hit-and-run **motor vehicle** which causes:
   a) **bodily injury** to an insured person by direct physical contact with the insured person or with a vehicle occupied by that person.
   b) **property damage** to an insured **motor vehicle** by direct physical contact with the insured **motor vehicle**.

The identity of the operator and the owner of the vehicle must be unknown. The accident must be reported within 24 hours to the proper authorities. **We** must be notified within 30 days. If the insured person was occupying a vehicle at the time of the accident, **we** have a right to inspect it.

Page 10



Exhibit  1
Page 63 of 73

703323

An underinsured auto is:
a **motor vehicle** which has a bodily injury or property damage liability insurance policy or bond in effect and applicable at the time of the accident, but in an amount less than the amount the insured person is legally entitled to recover for bodily injury or property damage from the owner or operator of the **motor vehicle**.

An uninsured and underinsured auto is not:
1. a **motor vehicle** that is lawfully self-insured.
2. a **motor vehicle** owned by any federal, state, or local government or agency.

Definitions
1. "**Allstate**," "**We**," "**Us**," or "**Our**" — means the company as indicated on the Policy Declarations of the policy.

2. "**Bodily Injury**" — means bodily injury, sickness, disease or death.

3. "**Motor Vehicle**" — means a land motor vehicle or trailer other than:
   a) a vehicle or other equipment designed for use off public roads, while not on public roads,
   b) a vehicle operated on rails or crawler-treads, or
   c) a vehicle when used as a residence or premises.

4. "**Property Damage**" — means damage to or destruction of the insured auto, but does not include loss of use of the insured auto or damage to personal property contained in the insured auto.

5. "**Resident**" — means a person who physically resides in **your** household with the intention of continuing residence there. **Your** unmarried dependent children while temporarily away from home will be considered residents if they intend to resume residing in **your** household.

6. "**You**" or "**Your**" — means the policyholder named on the Policy Declarations and that policyholder's resident spouse.

Exclusions — What is not covered
Allstate will not pay any damages an insured person is legally entitled to recover because of:
1. **bodily injury** or **property damage** to any person who makes a settlement without **our** written consent.

2. **bodily injury** or **property damage** sustained while in, on, getting into or out of or when struck by an uninsured or underinsured **motor vehicle** which is owned by **you** or a **resident** relative.

3. **bodily injury** or **property damage**, if the payment would directly or indirectly benefit any workers compensation or disability benefits insurer, including a self-insurer.

4. punitive or exemplary damages.

Page 11

Exhibit 1
Page 64 of 73

703324

**Limits of Liability**
1. The coverage limit shown on the Policy Declarations for:
   a) "each person" is the maximum that **we** will pay for all damages arising out of **bodily injury** to one person in any one **motor vehicle** accident, including all damages sustained by anyone else as a result of that **bodily injury**.
   b) "each accident" is the maximum that **we** will pay for all damages arising out of **bodily injury** to two or more persons in any one **motor vehicle** accident. This limit is subject to the limit for "each person."
   c) "each accident" is the maximum that **we** will pay for all **property damage** arising out of any one **motor vehicle** accident. Subject to this limit, **our** limit of liability for **property damage** will be the lesser of:
      i) the actual cash value of the insured auto; or
      ii) the amount necessary to repair or replace the insured auto.

   This does not include expenses incurred for loss of use of the insured **motor vehicle**. This limit will be reduced by the first $250 of the total amount of all **property damage** as the result of any one accident.

2. These limits are the maximum **Allstate** will pay for any one **motor vehicle** accident regardless of the number of:
   a) claims made;
   b) vehicles or persons shown on the Policy Declarations; or
   c) vehicles involved in the accident.
   The Uninsured and Underinsured Motorists Coverage limits apply to each insured **motor vehicle** as shown on the Policy Declarations.

3. Subject to this maximum, **our** limit of liability will be the lesser of:
   1. The difference between the amount of an insured person's damages for **bodily injury** or **property damage** and the amount paid to that insured person for such damages, by or for a person who is or may be held legally liable for damages, including all sums paid under Part I; and

   2. The applicable limit of liability for this coverage.

4. Any amounts otherwise payable for damages under this coverage shall apply over and above any amounts available to the insured person because of the **bodily injury**:
   1. By or for a person who is or may be held legally liable for damages. This includes all sums paid under Part I.

   2. Under any of the following:
      a) Workers' compensation law; or
      b) Automobile medical payments coverage.

   In no event will an insured person be entitled to receive duplicate payments for the same elements of loss.

Page 12

Exhibit 1
Page 65 of 73
703325

No payment will be made for loss paid or payable to the insured person under Part VI of this policy or any similar physical damage insurance under any other policy.

5. We are not obligated to make any payment for **bodily injury** or **property damage** under this coverage until the limits of liability of all bodily injury and property damage liability bonds and policies that apply have been used up by payments, judgments or settlements.

**If There Is Other Insurance**

If the insured person was in, on, getting into or out of a vehicle **you** do not own which is insured for this coverage under another policy, this coverage will be excess. This means that when the insured person is legally entitled to recover damages in excess of the other policy limit, **we** will only pay the amount by which the applicable limits of liability of this policy exceed the applicable limits of liability of that policy.

If a person is entitled as a named insured to Uninsured and Underinsured Motorists Insurance under more than one policy issued by **Allstate**, the maximum amount payable is limited to the highest applicable limit of any one coverage under the policies. If a person is entitled to Uninsured and Underinsured Motorists Insurance coverage under more than one **motor vehicle** policy, payments will be made in the following order of priority, subject to the limit of liability of each applicable policy or coverage:

FIRST        a policy or coverage covering a **motor vehicle** occupied by the injured person or a policy or coverage covering a pedestrian as a named insured;

SECOND   a policy or coverage covering a **motor vehicle** occupied by the injured person as an insured other than as a named insured;

THIRD       a policy or coverage not covering a **motor vehicle** occupied by the injured person but covering the injured person as a named insured;

FOURTH   a policy or coverage not covering a **motor vehicle** occupied by the injured person but covering the injured person as an insured other than as a named insured.

FIFTH        a policy or coverage covering, as excess, umbrella, or similar insurance, a **motor vehicle** occupied by the injured person or a policy or coverage covering, as excess, umbrella, or similar insurance, a pedestrian as a named insured;

SIXTH       a policy or coverage covering, as excess, umbrella, or similar insurance, a **motor vehicle** occupied by the injured person or a policy or coverage covering, as excess, umbrella, or similar insurance, a pedestrian as an insured other than as a named insured;

SEVENTH a policy or coverage not covering a **motor vehicle** occupied by the injured person but covering, as excess, umbrella, or similar insurance, the injured person as a named insured; or

EIGHTH    a policy or coverage not covering a **motor vehicle** occupied by the injured person but covering, as excess, umbrella, or similar insurance, the injured person as an insured other than as a named insured.

Page 13



Exhibit 1
Page 66 of 73

703326

We will pay only our share of the loss. Our share is the proportion that our limit of liability bears to the total of all limits applicable to the same level of priority.

**Proof of Claim; Medical Reports**
As soon as possible, any person making claim must give us written proof of claim. It must include all details we may need to determine the amounts payable.

The insured person may be required to take physical examinations by physicians we choose, as often as we reasonably require. We must be given authorization to obtain medical reports and copies of records.

**Assistance and Cooperation**
We may require the insured person to take proper action to preserve all rights to recover damages from anyone responsible for the bodily injury.

**Trust Agreement**
When we pay any person under this coverage:
1. we are entitled to repayment of amounts paid by us and related collection expenses out of the proceeds of any settlement or judgment that person recovers from any responsible party or insurer.

2. all rights of recovery against any responsible party or insurer must be maintained and preserved for our benefit.

3. insured persons, if we ask, must take proper action in their name to recover damages from any responsible party or insurer. We will select the attorney. We will pay all related costs and fees.

    We will not ask the insured person to sue the insured of an insolvent insurer.

**Payments of Loss by Allstate**
Any amount due is payable to the insured person, to the parent or guardian of any injured minor, or to the spouse of any insured person who dies. However, we may pay any person lawfully entitled to recover the damages.

**Action Against Allstate**
No one may sue us under this coverage unless there is full compliance with all the policy terms.

**If We Cannot Agree**
If the insured person or we don't agree on that person's right to receive any damages or the amount, then at the written request of either, the disagreement will be settled by arbitration. Arbitration will take place under the rules of the American Arbitration Association unless either party objects.

If either party objects, the following method of arbitration will be used instead. The insured person will select one arbitrator. We will select another. The two arbitrators will select a third. If they can't agree on a third arbitrator within 30 days, the judge of the court of record in the county of jurisdiction where arbitration is pending will appoint the third arbitrator. The written decision of any two arbitrators will



determine the issues. All expenses and fees, not including counsel fees or adjuster fees, incurred because of arbitration, will be paid as determined by the arbitrator.

Regardless of the method of arbitration, any award not exceeding the limits of the Financial Responsibility law of Alaska, will be binding and may not be entered as a judgment in a proper court.

Regardless of the method of arbitration, when any arbitration award exceeds the Financial Responsibility limits in the State of Alaska, either party has a right to trial on all issues in a court of competent jurisdiction. This right must be exercised within 60 days of the award. Costs, including attorney fees, are to be paid by the party incurring them.

VI. Part VI, Protection Against Loss To The Auto, is amended as follows:

A. Coverage UU, Rental Reimbursement is replaced by the following:

**COVERAGE UU**
**Rental Reimbursement Coverage**
If **you** have collision or comprehensive coverage under this policy and the loss involves either coverage, Allstate will repay **you** for **your** cost of renting an **auto** from a rental agency or garage. We will not pay more than the dollar amount per day, shown on the Policy Declarations. **We** won't pay mileage charges.

If **your** insured **auto** is stolen, payment for transportation expenses will be made under the terms of paragraph 3. under "Additional Payments Allstate Will Make." However, the limits for this coverage will apply if they exceed the limits stated under "Additional Payments Allstate Will Make."

If **your** insured **auto** is disabled by a collision or comprehensive loss, coverage starts the day after the loss. If it is driveable, coverage starts the day after the **auto** is taken to the garage for repairs.

Coverage ends when whichever of the following occurs first:
1. if the **auto** is disabled by a collision or comprehensive loss, completion of repairs or replacement of the **auto**;

2. if the **auto** is stolen, when **we** offer settlement or **your auto** is returned to use; or

3. thirty full days of coverage.

B. The following replaces the Coverage ZA in the policy and applies only when the Policy Declarations indicates a premium charge for Coverage ZA:

**COVERAGE ZA**
**Sound System Coverage**
Allstate will pay for loss to a **sound system** permanently installed in **your auto** by bolts, brackets or other means, its antennas or other apparatus in or on **your auto** used specifically with that system.

Page 15

Exhibit  1
68 of 73

703328

Coverage ZA applies only if comprehensive insurance is in effect under this policy. This coverage makes **sound systems**, and antennas or other apparatus used specifically with them, insured property under the terms of both collision and comprehensive insurance. The limit of **our** liability is shown on the Policy Declarations.

C. The following definition is added:

"**Sound system**" — means any device within the insured **auto** designed for:
a) voice or video transmission, or for voice, video or radar signal reception; or
b) recording or playing back recorded material; or
c) supplying power to cellular or similar telephone equipment, and which is installed in a location other than the one designed by the auto's manufacturer for that device.

D. The definition of "**camper unit**" is replaced by the following:

"**Camper unit**" — means a demountable unit designed to be used as temporary living quarters, including all equipment and accessories built into and forming a permanent part of the unit. A camper unit does not include:
a) caps, tops or canopies designed for use as protection of the cargo area of a **utility auto**; or
b) radio or television antennas, awnings, cabanas, or equipment designed to create additional off highway living facilities.

E. The "Exclusions — What is not covered" section is replaced by the following:

**Exclusions — What is not covered**
These coverages don't apply to
1. loss caused intentionally by or at the direction of an insured person.

2. any **auto** used for the transportation of people or property for a fee. This exclusion does not apply to shared expense car pools.

3. any damage or loss resulting from any act of war, insurrection, rebellion or revolution.

4. loss to any non-owned **auto** used in an auto business operations such as repairing, servicing, testing, washing, parking, storing or selling **autos**.

5. loss due to radioactive contamination.

6. damage resulting from wear and tear, freezing, mechanical or electrical breakdown unless the damage is the burning of wiring used to connect electrical components, or the result of other loss covered by this policy.

7. tires unless stolen or damaged by fire, malicious mischief or vandalism. Coverage is provided if the damage to tires occurs at the same time and from the same cause as other loss covered by this policy.

Exhibit 1
Page 69 of 73
703329

8. loss to any **sound system** within **your auto**.

   Coverages under this Part also will not apply to any apparatus in or on the auto designed for use with that system.

   This exclusion will not apply if **you** have purchased Coverage ZA.

9. loss to any tapes or similar items, unless **you** have tape coverage under this policy.

10. loss to a **camper unit** whether or not mounted. This exclusion will not apply if **camper unit** coverage is shown as applicable on the Policy Declarations.

11. loss to appliances, furniture, equipment and accessories that are not built into or forming a permanent part of a **motor home** or **travel-trailer**.

12. loss to **your motor home** or **your travel-trailer** while rented to anyone else unless a specific premium is shown on the Policy Declarations for the rented vehicle.

13. loss arising out of participation in any prearranged or organized racing or speed contest or in practice or preparation for any contest of this type.

F. The provision "Right to Appraisal" is replaced by the following:

**Right To Appraisal**
If **you** and **Allstate** fail to agree on the amount of a covered loss, either may make written demand upon the other to submit the dispute for appraisal. Within 10 days of the written demand, **you** and **Allstate** must notify the other of the competent appraiser each has selected. The two appraisers will promptly choose a competent and impartial umpire. Not later than 15 days after the umpire has been chosen, unless the time period is extended by the umpire, each appraiser will separately state in writing the amount of the loss. If the appraisers submit a written report of agreement on the amount of the loss, the agreed amount will be binding upon **you** and **Allstate**. If the appraisers fail to agree, the appraisers will promptly submit their differences to the umpire. A decision agreed to by one of the appraisers and the umpire will be binding upon **you** and **Allstate**. All expenses and fees, not including counsel or adjuster fees, incurred because of the appraisal shall be paid as determined by the umpire. Except as specifically provided, nothing in this provision is intended to or shall in any manner limit or restrict the rights of any insured person or **Allstate**, or confer any rights to an insured person or **Allstate**.

G. The "Limits of Liability" provision is replaced by the following:

**Limits of Liability**
**Allstate's** limit of liability is the least of:

1. the actual cash value of the property or damaged part of the property at the time of loss, which may include a deduction for depreciation; or

Page 17

Exhibit ___1___

Page _70_ of _73_


703330

2. the cost to repair or replace the property or part to its physical condition at the time of loss using parts produced by or for the vehicle's manufacturer, or parts from other sources, including, but not limited to, non-original equipment manufacturers, subject to applicable state laws and regulations; or

3. $500, if the loss is to a covered trailer not described on the Policy Declarations.

Any applicable deductible amount is then subtracted.

If **Allstate**, at its option, elects to pay for the cost to repair or replace the property or part, **Allstate's** liability does not include any decrease in the property's value, however measured, resulting from the loss and/or repair or replacement. If repair or replacement results in the betterment of the property or part, **you** may be responsible, subject to applicable state laws and regulations, for the amount of the betterment.

An **auto** and attached trailer are considered separate **autos**, and **you** must pay the deductible, if any, on each. Only one deductible will apply to an **auto** with a mounted **camper unit**. If unmounted, a separate deductible will apply to the **auto** and **camper unit**.

VII. The following definition is amended in all sections of the policy as follows:

**Definitions**
"**Allstate**," "**We**," "**Us**," or "**Our**"—means the company as indicated on the Policy Declarations of the policy.

# Allstate

☐ Allstate Insurance Company

☐ Allstate Indemnity Company

### LOSS PAYABLE CLAUSE

Loss or damage, if any, with respect to the **auto** described below, under this po as interest may appear to

and this insurance to the interest of the Lienholder or other secured party wi any act or neglect of the owner of that **auto**, nor by any change in title or own

This clause is subject to the following provisions.

(1) The conversion, embezzlement or secretion by the owner or other person insured **auto** is not covered under this policy, unless a specific premiu coverage. If the owner or other party neglects to pay the premium of this then the Lienholder must pay, on demand, the premium to maintain c

(2) The Lienholder must notify **us** of any change in ownership or increase known. The Lienholder must pay, on demand, the premium for any in otherwise, this policy will be null and void.

(3) We may cancel this policy according to its terms. We will notify the Lien days prior to the date of cancellation that the cancellation is effective as to Lienholder. Allstate may cancel this agreement by similar notice to th mailing of notice by **us** will be considered proof of notice.

(4) If the insured owner fails to render proof of loss within the time grante Lienholder must do so within sixty days in the form and manner describec Lienholder is subject to the provisions of the policy relating to appraisal, 1 bringing suit.

AU 166

Exhibit ___1___

Page _72_ of _73_

703332

(5) Whenever we pay the Lienholder any sum for loss or damage under this subrogated to the extent of payment to the rights of the party to whom pay We may, at **our** option, pay the Lienholder the whole principal due or to mortgage or other security agreement with interest, and receive in return and transfer of the mortgage or other security agreement. However, the provisions must in no way impair the rights of the Lienholder to recover the claim.

(6) Whenever a payment of any nature becomes due under this policy, separate made to each party at interest; provided we protect the equity of all par

| Model Year | Trade Name and Body Type | Serial Number or Motor Number | Collision | | Form of Coverage |
|---|---|---|---|---|---|
| | | | Limits | Ded. | |
| | | | | | |

Exhibit 1
Page 73 of 73


703333