# *Attorney New Matter Memo*

## Client Data

Client: Bob on behalf of Charles
Address: P. O. Box 602
Bethel, Alaska 99559
Tel., business: 543-1373 (COB)   home: 543-4377
Comment(s): Margaret at work 543-4810

Date: 9-14-02
File No.: B2586
XX new  ☐ continuation
Client, XX new  existing

## File Data

File title: ____
Matter code: Criminal Representation
Matter/issues: ____

Statute of limitations issue? ☐yes ☐no   Deadlines involved? ☐yes ☐no   Conflict of interest? ☐yes ☐no

Estimated amount of money involved, $____
Adverse party____   Adverse attorney____
Address____   Address____
Tel____   Tel____

## Fee Basis

X Flat  ☐ Fixed $____       ☐ Range $____ to $____
Hourly $____ per hour,   X plus COSTS ____% of amount recovered/saved
Contingent ____% of amount recovered if case settles or ____% if case goes to Trial
☐ Work done based on all relevant factors:
retainer $____ per ____ covering ____ hours, additional hours at $____ per hour
☐ Estimated fee $____   ☐ Other____

## Billing Arrangement

|  | MONTHLY | QUARTERLY | ON COMPLETION | OTHER |
|---|---|---|---|---|
| Fee | ☐ | ☐ | ☐ | ☐ ____ |
| Disbursements | ☐ | ☐ | ☐ | ☐ ____ |

☐ Retainer $____ received __/__/__, $____ to fee, $____ to disbursements
☐ Advance  $____ received __/__/__  Comment____

**Comments** ____

**Attorney:** Jim Valcarce

Exhibit 4
Page 1 of 1