# ANGSTMAN LAW OFFICE

MYRON ANGSTMAN
MICHELE POWER
BRUCE ANDERS
SEAN BROWN

P. O. Box 585
Bethel, Alaska 99559
Tel. (907) 543-2972
Fax (907) 543-3394
angstmanadmin@alaska.com

P.O. Box 1310
Dillingham, Alaska 99576
Tel. (907) 842-2974
Fax (907) 842-3994

September 19, 2002

<u>VIA FACSIMILE</u>

Jim Valcarce, Esq.
P.O. Box 409
Bethel, Alaska 99559

RE: Charles Herron

Dear Jim:

I have been advised that you represent Charles Herron. I represent Mary Kenick on behalf of her minor child, Angelina Trailov. As you are aware, Angelina was critically injured in the motor vehicle accident which occurred on September 14, 2002, with Charles driving. Due to her injuries, Angelina was medivaced to Anchorage and was treated for punctured lungs and a skull fracture.

Based on the above, Ms. Kenick is making a claim against Charles Herron. I request that you refer this matter to his insurance company. I appreciate your prompt attention to this matter.

Best regards,

Michele Power
Attorney at Law