# TRANSFER SHEET

DATE: _9/25_                    CLAIM #: _33227510944_

INSD NAME: _HERBON_        ATTORNEY: _____

DATE OF LOSS: _9/16/02_

SUIT FILE: YES _~~✓~~_  NO _X_        SPLIT FILE: YES ____  NO _✓_

MIST FILE? YES ____  NO _X_        COLL/PD RESOLVED? YES _N/NO_ _PD_

LIABILITY MATRIX ADDRESSED:    YES _✓_    NO _____

LIABILITY INVESTIGATION COMPLETE
(or appropriate waivers, etc)        YES _✓_    NO ____

| I/C OPEN | RESERVES | CDS COMPLETED | |
|----------|----------|---------------|---|
| ~~AA04~~ | $25,800  | #01 | _✓_ |
| CC04     | _____  | #02 | _✓_ |
| _____  | _____  | #04 | _✓_ |
| _____  | _____  | #06 | _✓_ |
| _____  | _____  | #12 | _✓_ |

COMMENTS: _____
_____
_____

---

# REP UNIT

TRANSFER TO:        AMK        AKB        ALB        ATW

COMMENTS: _____
_____
_____

_See CDS #3 /(1)_

Exhibit _703107 8_

Page _1_ of _2_

```
SEND TO: BERRY KATHRYN     ****  TRANSACTION HISTORY  ****   PAGE:  12 OF  12
CLAIM NUMBER: 3322751094  LINE: 10 AUTO-VOLUNTARY        DESK: AKB PRIOR: SRV
POLICY NO: 020469309     EFFDT: 06/16/02  FILE LOC: FCO/MCO
INSUREDS NAME: MARGARET HERRON
ACCOUNTING COMPANY: 010 ALLSTATE CASUALTY

DATE   ITCLNT  TRANS TYPE  TRSN P/CAC DRAFTNO MM TRANS AMOUNT      CUR RESERVE
092502 BB06 10 OPEN          00                     0.00
092502 CC02 16 REL L RES-CLS 00                     0.00
092502 CC02 10 OPEN          00                     0.00
092502 CC04 10 OPEN          00                     0.00
092502 AA04 10 OPEN          00                25,000.00              *
091702 HH01 10 OPEN          00                     0.00


1 INIT REF 2 I/C STAT 3 TRAN HIS 4 DRFT HIS 5 LOSS HIS 6 MUL DSK 7 BI CAT
A PRT CURR SCRN B PRT CURR FRMT    C PRT MULT FRMTS    D PRIOR SCRN 10 EFT HIS
NEXT SELECTION/TAB:    CLAIM NUMBER/TAB:         ITEM/TAB:    CLMT/TAB:
```

Exhibit  8

Page  2  of  2

704147