```
PF4-PREV PAGE  PF9-PRT SCREEN                                        703937
DESK: AKB              *** CLAIM DIARY ***              PAGE: 005 OF MANY
CLAIM NUMBER: 3322751094    LOSS DATE: 09/14/02    POLICY: 020469309
INSURED: MARGARET HERRON
DATE    DESK                   NARRATIVE                             APPL
092502  SRV  GKG-AK LETTER ADDR TO ID 01 - MARGARET HERRON            OAS  *
             CC1:
             CC2:
             MAA-AK LETTER ADDR TO ID 02 - CHARLES HERRON                  *
             CC:
             ID01 ZNEG ENTERED AS 100% BY ID: DPH3, MCO: 332; ZNEG         *
               UPDATED FROM 100%; NAME: RENEE VANZANT
             POLICE REPORT REQUEST LETTER GENERATED                   LRS  *
092602  APP  CLAIM EMPLOYEE NOTIFICATION SENT TO AGENT - 00057286          *
100102  ALH  CERT DEC MAILED TO RENEE VANZANT LOC 3320                LRS  *
100302  SSM  SM06 SM ADDR TO ID 02 - CHARLES HERRON                   OAS  *
             CC1:
             CC2:
101002  AKP  ***** SYSTEM GENERATED MESSAGES *****                    CNVS
             UPDATE APPLIED TO INSURED INFORMATION BY KAREN PETERSEN IN M
             CO 332 ROC 07

PF4-PREV PAGE  PF9-PRT SCREEN                                        703938
```

Exhibit 11
Page 1 of 1