10/07/2002 13:37   9075432745          H,B,H & COOKE                    PAGE  01

**MARKET CLAIM OFFICE**
**7033 E. TUDOR ROAD**
**ANCHORAGE AK 99507**

**Allstate.**
You're in good hands.

PHONE NUMBER: 907-338-7750
OFFICE HOURS: MONDAY-FRIDAY 8:00-5:30

September 25, 2002

MARGARET HERRON
PO BX 602
BETHEL AK 99559-0602

*Post-it® Fax Note 7671  Date 10-7  # of pages ▸ 1*
*To Jim V.  From Bob*
*Co./Dept. Dawn S.  Co.*
*Phone # 3394  Phone #*
*Fax # 2746  Fax #*
*RE: Charles Herron*

Allstate Insurance Company
Date of Accident: September 14, 2002
Claim Number:    3322751094 SRV

I am writing to let you know that I have received your claim and have begun working on it. Losses are always difficult, of course, but please rest assured that I will work to make the claim process smooth for you and resolve your claim promptly.

Please feel free to call me with any questions or concerns you may have -- or if you learn of additional information that is pertinent to your claim. If I am not available when you call, please leave a message including a telephone number where you can be reached, and I will call you back at the first opportunity.

During the claim process, you may work with representatives other than myself who are more familiar with certain aspects of your claim. But if at any point you become concerned about the progress of your claim please let me know immediately.

I look forward to helping you. I will be in touch.

Sincerely,

RENEE R. VANZANT
800-770-7750, EXT. 6126
Allstate Insurance Company

GKG-AK/1/02/0

*Dawn Samuelson*
*3394*

G52-2

Exhibit 13
Page 1 of 1