```
DESK: AKB                    INVOLVED PERSON STATEMENT                 PAGE:   1 OF   1
332 275109 4   DOL: 09 - 14 - 2002   INSD:  MARGARET        HERRON
ID: 01       MARGARET              HERRON
             OWNER
HOME PHONE: (907)543-4377   BUS PHONE: (907)543-4810         HRS:
                            STMT EMPL NAME:  H       R VANZANT
DATE: 09 - 23 - 2002        STATEMENT TYPE: OTHER - ATTY REP NOT
EFFECT ON INSD LIAB AND/OR CLMT DAMAGES:        (0=NONE 1=FAV 2= UNFAV)
NOTIFY:
ANALYSIS:
ATTY REP NOTICE = INSD REC'D INFO THAT CLMT ATTY REP
---
09/25/2002
---
CERT DEC PAGE REQUESTED
---
MALONE AND CO DOES NOT HAVE COPY OF THE ORIG APP. INSD OY 1988 AND THEY
TRANSFERED FROM A DIFF AGENT
---
09/25/2002
```

703958

```
PF5-SCHED F/U  PF7-BACKWD  PF8-FRWD  PF9-PRINT  PF11-PREV STMT  PF12-NEXT STMT
*** ONLY EMPLOYEE DPH3 CAN UPDATE THE STATEMENT YOU HAVE SELECTED ***
DESK: AKB                    INVOLVED PERSON STATEMENT                 PAGE:   1 OF   1
```

Exhibit 15
Page 1 of 1