**Allstate Insurance Company**
Market Claim Office
7033 E Tudor Rd
Anchorage AK 99507
Bus:    907-338-7750



You're in good hands.

In reply, please refer to

October 18, 2002

Angstman Law Office
Attn: Michele Power
P.O. Box 585
Bethel, AK 9559



Claim Number:          3322751094 AKB
Our Insured:           Charles Herron
Date of Loss:          September 14, 2002
Your Client:           Mary Kenick, as Parent of Angelina Trailov

Dear Ms. Power:

This letter will acknowledge your representation of Mary Kenick, mother of Angelina Trailov. This file has been transferred to me for further handling. I apologize for not writing to you sooner. Please direct all future correspondence to my attention.

Please provide me with a complete description of the injuries sustained by your client in this accident. Please include the names and addresses of your client's treating physicians. Please advise if your client is still receiving treatment for the injuries sustained in this accident.

I am enclosing a Medical and Wage Authorization form. Please have it signed by your client and return it to me so that I can secure medical reports and other information needed to properly evaluate this claim. If requested, I will provide you with copies of all reports acquired through use of this authorization. If you do not intend on providing this authorization, please forward all medical bills and medical reports as you receive them. This will assist me in my organization of the claim. We will review all medical bills to ensure that the charges incurred are reasonable and that the treatment, services, and products rendered are necessary.

I am hopeful that through our joint efforts, we will be able to bring this manner to a prompt resolution. I look forward to working with your toward that goal.

If you have any questions please call me at (907) 269-6174.

Sincerely,


Kathy Berry
Staff Claim Service Adjuster

Enclosure

Exhibit _18_
Page _1_ of _3_

702947

P. 1

```
* * * COMI..  9TION RESULT REPORT ( OCT.18.200⠂ ⠄:47PM ) * * *
                                              TTI  ALLSTATE CLAIMS OFFICE
FILE MODE          OPTION          ADDRESS (GROUP)         RESULT      PAGE
508  MEMORY TX                     95433394                 OK        P. 2/2
```

```
REASON FOR ERROR
      E-1) HANG UP OR LINE FAIL          E-2) BUSY
      E-3) NO ANSWER                     E-4) NO FACSIMILE CONNECTION
```

Phone: 907-269-6174
Fax: 907-269-6123

**Allstate Insurance Co.**

# Fax

| | | | |
|---|---|---|---|
| **To:** Michele Power | | **From:** Kathy Berry | |
| **Fax:** 543-3394 | | **Date:** October 18, 2002 | |
| **Phone:** | | **Pages:** 2 | |
| **Re:** Angelina Trailov | | **CC:** | |

☐ **Urgent**    ☐ **For Review**    ☐ **Please Comment**    ☐ **Please Reply**    ☐ **Please Recycle**

•**Comments:** Hard copy to follow via mail.

Exhibit 18

Page 2 of 3

702948

Phone: 907-269-6174
Fax: 907-269-6123

**Allstate Insurance Co.**

# Fax

| | | | |
|---|---|---|---|
| **To:** | Michele Power | **From:** | Kathy Berry |
| **Fax:** | 543-3394 | **Date:** | October 18, 2002 |
| **Phone:** | | **Pages:** | 2 |
| **Re:** | Angelina Trailov | **CC:** | |

☐ **Urgent**    ☐ **For Review**    ☐ **Please Comment**    ☐ **Please Reply**    ☐ **Please Recycle**

•**Comments:** Hard copy to follow via mail.

Exhibit  18
Page  3 of 3

702949