

# BETHEL POLICE DEPARTMENT

October 26, 2002

OCT 3 0 2002
RECEIVED

Allstate
7033 E. Tudor Rd
Anchorage, AK 99507

Dear Allstate:

As requested, enclosed is a copy of Bethel Police report 221153. A fee of $5.00 is now due. Please make payment to City of Bethel Police Department. If you have any questions please do not hesitate to contact the Records Department at (907) 543-3781.

Sincerely,

Howard Morris
Chief of Police

220 State Highway • Post Office Box 809 • Bethel, Alaska 99559
Telephone (907) 543-3781 • Fax (907) 543-5086 • www.cityofbethel.org

Exhibit 702645 9
Page 1 of 1