```
DESK: AKB                      INVOLVED PERSON STATEMENT                    PAGE:    1 OF    1
332 275109 4   DOL: 09 - 14 - 2002   INSD:    MARGARET           HERRON
ID: 01       MARGARET                       HERRON
             OWNER
HOME PHONE: (907)543-4377   BUS PHONE: (907)543-4810              HRS:   -
                            STMT EMPL NAME:   CRAIG     J ELKINS
DATE: 11 - 07 - 2002        STATEMENT TYPE:   PL COMMENTS
EFFECT ON INSD LIAB AND/OR CLMT DAMAGES:         (0=NONE 1=FAV 2= UNFAV)
NOTIFY:
ANALYSIS:
KATHY
PLEASE REVIEW THAT LETTER TO 04 ATTY DID GO OUT AND DOC SAME
ALSO DOUBLE CHECK YOUR AA RESERVES AND COMMENT ON SAME---
    UPDATE HUB ON 04 AS BEING INJURED AND FOLLOWUP ON P/R..
TO DATE NO SUBROGATION DEMANDS ON LIGHT POLE HAVE BEEEN RECIEVED
ENSURE MAWA SECURED
AND CO-ORD WITH MED PAY ON ANY PENDING MEDICAL BILLING ISSUES   CE
NOTIFY USED ON 11/07/2002, SENT TO: DHTT
11/07/2002
                                                                        703969
PF5-SCHED F/U  PF7-BACKWD  PF8-FRWD  PF9-PRINT  PF11-PREV STMT  PF12-NEXT STMT
*** ONLY EMPLOYEE DJ1F CAN UPDATE THE STATEMENT YOU HAVE SELECTED ***
DESK: AKB                      INVOLVED PERSON STATEMENT                    PAGE:    1 OF    2
```

Exhibit 20
Page 1 of 1