


2002-038052-0
Recording Dist: 301 - Anchorage
11/25/2002 3:15 PM Pages: 1 of 1

A
L
A
S
K
A

# NOTICE OF HEALTH CARE PROVIDER LIEN
(AS 34.35.450-482)
ANCHORAGE RECORDING DISTRICT

NOTICE is hereby given that ALASKA NATIVE TRIBAL HEALTH CONSORTIUM d/b/a ALASKA NATIVE MEDICAL CENTER, 4315 Diplomacy Drive, Anchorage, AK 99508, the "Claimant", has rendered hospitalization, physician services, or special nurses' services for A. T., date of birth 05/04/1987, minor child, through Mary Kenick, mother of minor child, who was injured on September 14, 2002, in the village of Bethel, in the state, and the Claimant hereby claims a lien upon any money due or owing or any claim for compensation, damages, contribution, settlement, or judgment from any person or entity, including Charles Herron, alleged to have caused the injuries and any other person liable for the injury or obligated to compensate the injured person on account of the injuries *and* the Claimant hereby also claims a lien on any money or reimbursement due or owing or to be paid or payable under any contract providing for indemnity or compensation for sum(s) incurred for hospitalization and/or physicians' and/or special nurses' services from any entity or organization.

Said services were rendered to the injured person between the following dates: September 14, 2002 and September 19, 2002. General description of the Services Rendered is as follows: treatment for closed head injury and aortic injury, and ninety (90) days have not elapsed since the last date of treatment.

The Claimant's demands for care and service are in the sum of ▓▓▓▓ and that no part of this sum has been paid, except for $0, and that there is now due and owing and remaining unpaid, after deducting all credits and offsets, the sum of $10,416.23, in which amount lien is hereby claimed. The recording of this lien does not affect any real property.

STATE OF ALASKA            )
                           )ss
THIRD JUDICIAL DISTRICT    )

I, Keri Tuttle, being first duly sworn on oath say: That I am the authorized representative of Alaska Native Tribal Health Consortium d/b/a Alaska Native Medical Center which is named in the foregoing claim of lien; that I have read the same and know the contents thereof and believe the same to be true.

_____
Signature of Claimant's Representative

Subscribed and sworn before me this 25 day of November, 2002.

_____
Notary Public in and for Alaska
My Commission Expires: 1-16-04

Return to: Attn: Penny/ANMCLCS, Alaska Native Medical Center, 4315 Diplomacy Drive, Anchorage, AK 99508

703879

Exhibit 24
Page 1 of 1