ID: 04       ANGELINA         _TRAILOV
             PASSENGER
HOME PHONE: (907)543-1993    BUS PHONE: (   )    -              HRS:       -
                             STMT EMPL NAME:   CRAIG      J ELKINS
DATE: 03 - 03 - 2003         STATEMENT TYPE:   PL COMMENTS
EFFECT ON INSD LIAB AND/OR CLMT DAMAGES:       (0=NONE 1=FAV 2= UNFAV)
NOTIFY:
ANALYSIS:
KATHY
THANKYOU FOR THE DEMAND REVIEW ON THE 2/18/03 NOTICE
     PLEASE PREPARE AND SEND HO REFERRAL ON MANDATORY REFERRAL
GIVEN ALLEGED BRAIN DAMAGE-- ALSO SUGGEST YOU RAISE YOUR RESERVE
ON 04
  UPDATE EIP 04 ON HUB SO MBRS CAN BE ACTIVATED
UPDATE PENDING CC04 AND CC05 PENDING
  LET ME KNOW ON REFERRAL AND YOUR HANDLING PLAN---CE
NOTIFY USED ON 03/03/2003, SENT TO: DHTT
03/03/2003


701100

100032

Exhibit 31
Page 1 of 1