MARKET CLAIM OFFICE
7033 E. TUDOR ROAD
ANCHORAGE AK 99507

PHONE NUMBER: 907-338-7750
OFFICE HOURS: MONDAY-FRIDAY 8:00-5:30



RECEIVED
MAR 1 9 2003
ANMC
HEALTH INFORMATION SERVICES

March 17, 2003

MEDICAL RECORDS DEPT ALASKA NATIVE MEDICAL CENTER
P.O. BOX
ANCHORAGE   AK   99519-6678

Allstate Insurance Company
Patient:                ANGELINA TRAILOV
Admission Number:       Unknown
Admission Date:         September 16, 2002
Discharge Date:         Unknown
Claim Number:           3322751094   AKB
Soc. Sec. No.:          Unavailable
Date of Birth:          May 4, 1987
Outpatient Date (if any):
Attention: Medical Record Administrator

RECEIVED

Mother is
Mary Kerick
SSN 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

Please furnish us the information indicated below pertaining to this patient's confinement.

X - Admission and discharge summaries.

X - Diagnostic test results.

X - A complete record of hospital confinement.

X - A complete record of out-patient treatment.

X - Itemized statement of patient's account.

- Ms. Trailov was transferred to ANMC from Alaska Regional on 9/16/2002.

On any prior confinements, you need show only the dates of admission and discharge, and diagnosis.

A properly completed authorization is enclosed.

Please call me at 907-269-6174 if you have any questions.

Sincerely,

MAR 2 6 2003
RECEIVED

KATHY J. BERRY
Allstate Insurance Company

REQUESTS FOR INFORMATION
TAKE 3-5 BUSINESS DAYS
TO BE PROCESSED.

CEF-AK/1/02/0
1 Enclosure

G52-2

Exhibit 32    703807
Page 1 of 1