Market Claim Office
**Allstate Insurance Company**
7033 E. Tudor Road
Anchorage, AK 99507-1275
Bus: (907) 338-7750



Allstate.
You're in good hands.

March 18, 2003



Charles Herron
P.O. Box 602
Bethel, AK 99559-0602

Our Claim Number:   332751094 AKB
Our Insured:        Robert & Margaret Herron
Date of Loss:       September 14, 2002
Subject:            Punitive Damages Exclusion

Dear Mr. Herron:

Enclosed is a letter from Michele Power, attorney for Mary Kenick and Angelina (Gina) Trailov, and our response to it. At this time, we do not have enough information to complete our evaluation of this claim.

According to the police report, were cited for DWI following this accident. Please let me know whether or not you have appeared in court for this citation and, if so, what resulted from the hearing.

You were driving a vehicle insured under the policy of Robert and Margaret Herron, policy number 020469309, as a permissive driver at the time of this accident. The coverages of that policy are subject to the terms and conditions of the policy and relevant provisions of the law.

The liability coverage is set forth in the Alaska Automobile Amendatory Endorsement, form number AU1512-9. The basic insuring agreement under the liability coverage provides in pertinent part:

> Allstate will pay all damages, **other than punitive or exemplary damages,** an insured person is legally obligated to pay because of:
> 1. bodily injury sustained by any person, and
> 2. damage to or destruction of property, including loss of use.
> ...
> We will defend an insured person sued as the result of a covered auto accident, even if the suit is groundless or false. We will defend that person at our own expense, with counsel of our choice. We may settle any claim or suit if we believe it is proper. (AU1512-9, page 2)

Exhibit 33
Page 1 of 2



702934

The liability coverage also contains the following exclusion:

```
Exclusions - What is not covered
Allstate will not pay for any damages an insured person is legally
obligated to pay because of:
     10.  punitive or exemplary damages
(AU1512-9, page 6)
```

Under the insuring agreement and exclusion quoted above, any claims for punitive damages are not covered under the policy. Because the policy excludes coverage for punitive damages, Allstate has no duty to indemnify an insured person as to any punitive damages that may be awarded. Allstate therefore denies coverage for indemnity with respect to any punitive damages that may be awarded against you. This means that should any party recover punitive damages against you, Allstate will not pay any such damages, and that you would be responsible for payment of any punitive damages that may be awarded against you.

Even though Allstate is denying coverage for punitive damages, Allstate will provide a defense to you with respect to those claims. Because Allstate is proceeding with a defense of you as to the punitive damages claims while also denying coverage for indemnity as to those claims, you are not entitled to independent counsel at Allstate's expense under AS 21.89.100. However, you are always free to retain separate counsel at your own expense to assist with your defense.

The fact that Allstate will not indemnify as to any claims for punitive damages does not diminish any other duties that Allstate may have under the policy as to other claims arising from this accident. This letter is not intended as a waiver of any kind.

The purpose of this letter is to make sure you understand the limitations of the Allstate policy. As you may already know, the lawyers have alleged that their clients have suffered injuries and have incurred medical bills as a result of this accident. Once all of the necessary documentation has been provided to us, we will make every effort to conclude this matter promptly within the limits of this policy and achieve a full and final release for you.

Thank you for your cooperation to date and please give me a call should you have additional questions or concerns. You may reach me at 1-800-770-7750 ext. 6174. I am normally in the office from 8:15 a.m. until 4:45 p.m., Monday through Friday.

Sincerely,


Kathy Berry
Staff Claim Service Adjuster

Exhibit 33
Page 2 of 2
702935