```
DESK: AKB                    INVOLVED PERSON STATEMENT                PAGE:   2 OF   2
332 275109 4   DOL: 09 - 14 - 2002  INSD: MARGARET          HERRON
ID: 01        MARGARET              HERRON
              OWNER
HOME PHONE: (907)543-4377    BUS PHONE: (907)543-4810            MRS:
                             STMT EMPL NAME: KATHRYN   J BERRY
DATE: 03 - 18 - 2003         STATEMENT TYPE: OTHER - STATUS
EFFECT ON INSD LIAB AND/OR CLMT DAMAGES:       (0=NONE 1=FAV 2= UNFAV)

ANALYSIS:
03/18/2003
***
OPENED AA07 MARY KENICK FOR $5000
***
RESERVES ON 04 GINA OKAY AT $75,000 FOR NOW
***
REQUESTED RECORDS FOR TREATMENT AFTER 9/16/02 FROM ANMC.
***
REQUESTED ITEMIZED BILL FROM ANMC FOR CT SCANS.
03/18/2003
                                                              703985

PF5-SCHED F/U  PF7-BACKWD  PF8-FRWD  PF9-PRINT  PF11-PREV STMT  PF12-NEXT STMT

DESK: AKB                    INVOLVED PERSON STATEMENT                PAGE:   1 OF   1
```

Exhibit  34
Page  1  of  1