# ANGSTMAN LAW OFFICE

MYRON ANGSTMAN
MICHELE POWER
BRUCE ANDERS
SEAN BROWN

P. O. Box 585
Bethel, Alaska 99559
Tel. (907) 543-2972
Fax (907) 543-3394
angstmanadmin@alaska.com

P.O. Box 1310
Dillingham, Alaska 99576
Tel. (907) 842-2974
Fax (907) 842-3994

May 15, 2003

<u>VIA FACSIMILE</u>

Kathy Berry
Allstate Insurance
7033 E. Tudor Road
Anchorage, Alaska 99507-1275

    RE:   Angelina Trailov and Mary Kenick

Dear Ms. Berry:

Pursuant to your recent request, enclosed please find two pay stubs which document the past and future wage loss of Mary Kenick as a result of the emotional distress she suffered following her daughter's accident on September 14, 2002. As the documents show, Ms. Kenick earned $2,785.80 per pay period while employed at the United States Department of Agriculture (UDSA) and now earns only $2,042.25 per pay period at AVCP. This reduction amounts to a wage loss of over $18,000 per year.

Best regards,

Michele Power
Attorney at Law

enclosures

cc: Mary Kenick

Exhibit 38
Page 1 of 4

702924

```
464518 - MARY KENICK                                    05/09/2003    9029525-0000
Earnings    Cur hrs   Cur amt   Ytd hrs   Ytd amt   Taxes/Deds   Cur amt   Ytd amt
=========   =======   =======   =======   =======  ===========   =======   =======
Hourly       75.00   2,042.25    330.00  8,911.66   FWT           251.77  1,058.07
P/L Earned    5.19              23.85               Fica          127.14    558.66
P/L Avail     5.19              22.85               FICA Med'l     29.74    130.66
Retro Pay                                    74.25  AK ESC         10.21     44.93


Earnings.:           2,042.25             8,985.91
Less tax.:             418.86             1,792.32
Less Ded.:
Net pay..:           1,623.39             7,193.59


Amount Dep/Pay Account          Message
=========================================================================


                                              9029525

                                 05/09/2003  ************1,623.39


** ** ** ** ** ** NON-NEGOTIABLE ** ** ** ** ** ** NON-NEGOTIABLE ** ** ** ** ** **
** One Thousand Six Hundred Twenty Three Dollars and 39 Cents **


        MARY KENICK
        PO BOX 11
        BETHEL AK 99559
```

Exhibit 38
Page 2 of 4


702925

# RURAL HOUSING SERVICE

## STATEMENT OF EARNINGS AND LEAVE

FORM AD-334 USDA (REV. 10/87)

| SOCIAL SECURITY NO. | | PAY CENTER DATA | | | | | | TSA CONTACT POINT | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 574 48 5007 | | 02 09 03 | 02 22 03 | | 03 | 07 02 2000 | 11 01 | | | 0007 | | | 07.50.02.0023 | 4982 | 06 | 12 | 05 |
| SALARY 591,326.00 | PA | EMPL. F/T | LEAVE 05 09 88 | | | ANN. ENTRY 2,840.28 | | | | | | | | | | | |

### EARNINGS AND DEDUCTIONS

| CODE | ITEM DESCRIPTION | HOURS P/P | YR. TO DATE | AMOUNT P/P | YR TO DATE |
|---|---|---|---|---|---|
| 51 | ANNUAL LEAVE | | | | |
| 52 | SICK LEAVE | | 37.00 | | 1,003.81 |
| | | 2.00 | 20.00 | 55.94 | 549.32 |
| | ***** PAY PERIOD HOURS & GROSS PAY ***** | 160.00 | | 2,786.80 | 13,818.00 |
| 76 | SOCIAL SECURITY (OASDI) | | | | |
| 77 | FEDERAL TAX EXEMPTS 501 | | | 131.51 | 651.36 |
| | | | | 346.46 | 1,715.36 |
| 83 | FEHBA - ENROLL COD 452 | | | | |
| 87 | UNION/ASSOCIATION DUES 07 0702 | | | 118.84 | 642.02 |
| | | | | 5.00 | 25.00 |
| | ********** TOTAL DEDUCTIONS ********** | | | 778.08 | 3,818.84 |

DD/EFT ROUTING NO.   328272021

### BOND ACCOUNT

| AUTH NO | DENOM-INATION | DEDUC-TION | BALANCE AVAIL. | NO. ISSUED | ISSUE DATE |
|---|---|---|---|---|---|

### YEAR TO DATE LEAVE STATUS

| TYPE | ACCRUED | USED | BALANCE | PROJECTED USE OR LOSE | PT. HRS UNAPP | MAX. C/O |
|---|---|---|---|---|---|---|
| ANN | 18.00 | | 117.00 | 18.00 | | 240.00 |
| SICK | 12.00 | 8.00 | 8.00 | | | |
| COMP | | | | | | |

LEAVE CATEG  6
REMARKS

OFFICIAL PAY DATE   03/08/2003

T-1254   00974   07   4982
MARY KENICK
PO BOX 11
BETHEL, AK 99559-0011

Exhibit 38
Page 3 of 4
702926

# FAX TRANSMISSION

Angstman Law Office
P.O. Box 585
Bethel, Alaska 99559
(907)543-2972
Fax: (907)543-3394

TO: Kathy Berry  DATE: May 16, 2003

FAX #: 269-6123  PAGES: 4 (W/cover page)

FROM: Michele Power  RE: Angelina Trailov & Mary Kenick

Original/Hard Copy will ___ will not ___ follow by mail.

*The information contained within the following facsimile transmission is confidential and privileged. This facsimile is intended to be reviewed only by the above named recipient. If you are not the above named recipient, his/her agent, you are notified that you are not authorized to read, discuss or copy this fax in any manner whatsoever. If you have received this fax in error, please contact Angstman law office at 907-543-2972, collect, or 800-478-5315 immediately.*

Comments:

Exhibit 38
Page 4 of 4

702927