

**Allstate.**
You're in good hands

Anchorage Market Claim Office
7033 E Tudor Road
Anchorage, AK 99507
Phone Number: 907-269-6174
Office Hours: Monday – Friday 8:00 A.M. – 4:30 P.M.

May 30, 2003                                                   Faxed to 543-3394

Angstman Law Office
Attn: Michele Power
P.O. Box 585
Bethel, AK 99559

Claim Number:      3322751094 AKB
Our Insured:       Charles Herron
Date of Loss:      September 14, 2002
Your Clients:      Angelina Trailov and Mary Kenick



Dear Ms. Power:

This offer is in regard to your interest in settling Angelina Trailov's bodily injury claim and Mary Kenick's NIED claim.

At this time we are prepared to offer the $100,000.00 face value of the Herron's auto policy plus Rule 82 attorney's fees of $12,500.00, for a total of $112,500.00 as full and final settlement of Ms. Trailov's bodily injury claim. This offer includes all medical liens. Alaska Native Medical Center filed a lien in the amount of $10,416.23 with the courts on November 25, 2002, so we have three options of resolving it: 1) Allstate can issue a payment directly to ANMC; 2) a check can be issued in the amount of the lien naming your firm, your client and ANMC; or 3) you can provide written documentation from ANMC to our office stating that the lien has been satisfied. Please note that the settlement release will include an indemnify and hold harmless clause.

Please note checks totaling $25,000.00 have already been issued to your office on behalf of Ms. Trailov under the medical payments coverage of the Herron's policy.

Because Ms. Trailov is a minor, you will need to have her settlement approved by the court. Please advise as to whether or not you would like me to have some structured settlement proposals prepared.

With regard to Mary Kenick, we are prepared to offer $10,000.00 inclusive as full and final settlement NIED claim in an effort to resolve this matter expeditiously. We have previously requested additional documentation from you regarding her change in employment and any other factors that may support her claim and if Ms. Kenick does not accept this offer, we will continue to require that documentation.

Please forward these offers to your clients and advise us of their responses. If you have any questions please call me at (907) 269-6174.

Sincerely,

*Kathy Berry*

Kathy Berry
Staff Claim Service Adjuster

cc: Margaret Herron

Exhibit __41__

Page __1__ of __1__

**300011**

MP11

Allstate Insurance Company