LAW OFFICES OF

*Dennis M. Mestas*
*A Professional Corporation*

745 WEST 4TH AVENUE, SUITE 306
ANCHORAGE, ALASKA 99501
TELEPHONE (907) 277-9496
FAX (907) 272-4354

29 May 2003

Kathy Berry
Allstate Insurance
7033 E. Tudor Road
Anchorage, Alaska 99507-1275

    Claim Number:    3322751094 AKB
    Your Insured:    Charles Herron
    Date of Loss:    September 14, 2002
    Our Clients:    Angelina Trailov and Mary Kenick

Dear Ms. Berry:

    I have been retained to file suit, as co-counsel in this matter. As you know the last time-limited policy limits offer in this matter lapsed on May 16, 2003. No further policy limits offers will be made or accepted. Allstate had a great deal of time to investigate and evaluate this clear liability and large damages case. It had more than adequate time to accept the policy limits offers. Separate offers were made for Ms. Trailov and for Ms. Kenick. Allstate never accepted an offer for either. It never made any offer to either of them.

    In our view, Allstate has recklessly exposed its insured, Mr. Charles Herron, to total judgments which will obviously be far in excess of policy limits. Of course, any insured is entitled to fair treatment by his own insurance company. Presumably, Mr. Herron will now be informed by Allstate that he is entitled to an independent attorney of his choice to assess and advise him as to the situation that he is now in, due to Allstate's past refusal to tender the full policy limits in this matter.

    Rather than immediately filing a lawsuit, we are willing to offer to enter into good faith negotiations to settle this matter for the full past and future damages of our clients, if Allstate is willing to assume full responsibility for all those damages in writing. Of course, those damages are far in excess of the policy limits. We wanted to give Allstate the opportunity to now do the right thing and avoid causing further unnecessary distress to both families involved in this matter.



702917

MAY 3 0 2003

Exhibit __42__ RECEIVED
Page __1__ of __3__

Given the record to date, it would be not only in the interests of the insured, but also in Allstate's interests to now step forward and agree to be responsible for all the damages of Ms. Trailov and Ms. Kenick. If Allstate is willing to assume full responsibility for all the damages, please let me know in writing. We can then agree on how, when and where settlement discussions can take place. We are willing to consider mediation.

This offer shall lapse in 20 days. Suit shall be filed immediately thereafter. Please do not call our office or Mr. Angstman's office regarding this matter. We believe it is important to keep a clear written record at this point.

Sincerely
LAW OFFICES OF DENNIS M. MESTAS, P.C.

Douglas G. Johnson

Exhibit 42
Page 2 of 3

702918

LAW OFFICES OF
**Dennis M. Mestas**
*A Professional Corporation*
745 WEST 4TH AVENUE, SUITE 306
ANCHORAGE, ALASKA 99501

MAY 30 2003
RECEIVED

KATHY BERRY
ALLSTATE INSURANCE COMPANY
7033 E. TUDOR ROAD
ANCHORAGE  AK  99507-1275

702919

Exhibit 42
Page 3 of 3