Market Claim Office
**Allstate Insurance Company**
7033 E. Tudor Road
Anchorage, AK 99507-1275
Bus: (907) 338-7750



June 4, 2003

Faxed to 272-4354

Law Offices of Dennis M. Mestas
Attn: Douglas G. Johnson
745 West 4th Avenue, Suite 306
Anchorage, AK 99501

COPY

| | |
|---|---|
| Claim Number: | 3322751094 AKB |
| Our Insured: | Charles Herron |
| Date of Loss: | September 14, 2002 |
| Claimants: | Angelina Trailov and Mary Kenick |

Dear Mr. Johnson:

We are in receipt of your letter dated May 29, 2003, received in our office May 30, 2003. It appears your letter crossed with mine of May 30, 2003 to Michele Power at the Angstman Law Office. A copy of that letter is enclosed for your review.

Please advise as to whether or not we have a settlement for one or both of these claims.

Sincerely,


Kathy Berry
Staff Claim Service Adjuster

cc: Margaret Herron
    Charles Herron

Exhibit 45
Page 1 of 5

Allstate Insurance Company
Phone (907) 269-6174   Fax (907) 269-6123   Email cdhtt@allstate.com

702912

Phone: 907-269-6174
Fax: 907-269-6123

**Allstate Insurance Co.**

# Fax

| | | | |
|---|---|---|---|
| **To:** | Douglas Johnson | **From:** | Kathy Berry |
| **Fax:** | 272-4354 | **Date:** | June 4, 2003 |
| **Phone:** | | **Pages:** | 3 |
| **Re:** | Angelina Trailov/Mary Kenick | **CC:** | |

☐ **Urgent**    ☐ **For Review**    ☐ **Please Comment**    ☐ **Please Reply**    ☐ **Please Recycle**

•**Comments:** Hard copy to follow via mail.

Exhibit 45
Page 2 of 5


702913

```
* * * COMMU   ATION RESULT REPORT ( JUN. 4. 200    ):27AM ) * * *
                                                     FAX HEADER:  ALLSTATE
TRANSMITTED/STORED : JUN. 4. 2003 10:27AM
FILE MODE        OPTION            ADDRESS                    RESULT       PAGE
-----------------------------------------------------------------------------
072  MEMORY TX                     92724354                   OK           3/3


REASON FOR ERROR
   E-1) HANG UP OR LINE FAIL           E-2) BUSY
   E-3) NO ANSWER                      E-4) NO FACSIMILE CONNECTION
```

Phone: 907-269-6174
Fax: 907-269-6123

**Allstate Insurance Co.**

# Fax

| | | | |
|---|---|---|---|
| **To:** Douglas Johnson | | **From:** Kathy Berry | |
| **Fax:** 272-4354 | | **Date:** June 4, 2003 | |
| **Phone:** | | **Pages:** 3 | |
| **Re:** Angelina Trailov/Mary Kenick | | **CC:** | |

☐ Urgent    ☐ For Review    ☐ Please Comment    ☐ Please Reply    ☐ Please Recycle

**Comments:** Hard copy to follow via mail.

Exhibit 45
Page 3 of 5


702914

Market Claim Office
**Allstate Insurance Company**
7033 E. Tudor Road
Anchorage, AK 99507-1275
Bus: (907) 338-7750





June 4, 2003

Angstman Law Office
Attn: Michele Power
P.O. Box 585
Bethel, AK 99559

| | |
|---|---|
| Claim Number: | 3322751094 AKB |
| Our Insured: | Charles Herron |
| Date of Loss: | September 14, 2002 |
| Your Clients: | Angelina Trailov and Mary Kenick |

Dear Ms. Power:

Enclosed is a copy of a letter we have received from Douglas Johnson at the Law Offices of Dennis Mestas and our response to it.

Please confirm that Mr. Johnson is indeed acting as co-counsel in this case.

Sincerely,


Kathy Berry
Staff Claim Service Adjuster

Exhibit 45
Page 4 of 5


702915

Market Claim Office
**Allstate Insurance Company**
7033 E. Tudor Road
Anchorage, AK 99507-1275
Bus: (907) 338-7750



June 4, 2003

Charles Herron
P.O. Box 602
Bethel, AK 99559-0602

| | |
|---|---|
| Claim Number: | 3322751094 AKB |
| Our Insured: | Charles Herron |
| Date of Loss: | September 14, 2002 |
| Your Clients: | Angelina Trailov and Mary Kenick |

Dear Mr. Herron:

Enclosed is a copy of a letter we have received from the Law Offices of Dennis M. Mestas and our response to it.

Please call me at 1-800-770-7750 ext. 6174 so that we can discuss your claim.

Sincerely,


Kathy Berry
Staff Claim Service Adjuster

cc: Margaret Herron

Exhibit 45
Page 5 of 5



702916