

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

FOURTH JUDICIAL DISTRICT AT BETHEL

MARY KENICK, individually and as Parent and natural guardian of ANGELINA TRAILOV, a minor,

    Plaintiffs,

vs.

CHARLES HERRON,

    Defendant.

Case No. 4BE-03-194 CI

## CONSENT TO ENTRY OF JUDGMENT

Defendant Charles Herron, by and through counsel of record, consents to the entry of judgment against him:

1. In favor of Mary Kenick, individually, for compensatory damages in the amount of $150,000.00 inclusive of pre-judgment interest and costs; and for attorney's fees pursuant to AS 09.60.070 in the amount of $37,500.00 for a total of $187,500.00 for Mary Kenick individually;

2. In favor of Mary Kenick, as parent and natural guardian for Angelina Trailov, for compensatory damages in the amount of $1,400.000.00 inclusive of pre-judgment interest and costs; and for attorney's fees Pursuant to AS 09.060.070 in the amount of $350,000.00 for a total of $1,750,000.00 for the benefit of Angelina

CONSENT TO ENTRY OF JUDGMENT
KENICK/TRAILOV V. CHARLES HERRON
CASE NO. 4BE-03-194 CIVIL                    1

Exhibit 48
Page 1 of 10

Trailov.

The judgment sums above to be entered against defendant which total, $1,937,500.00 shall bear post-judgment interest at the rate of 5% until paid or satisfied.

DATED at Anchorage, Alaska this 2 day of April, 2004.

BISS & HOLMES
Attorneys for Defendant

By: [signature]
Roger F. Holmes
ABA No. 7011060

CONSENT TO ENTRY OF JUDGMENT
KENICK/TRAILOV V. CHARLES HERRON
CASE NO. 4BB-03-194 CIVIL

2

Exhibit 48
Page 2 of 10

## AGREEMENT

Mary Kenick individually and as parent and natural guardian of Angelina Trailov, and Charles Herron are plaintiff and defendant in the case of Mary Kenick, individually and as parent and natural guardian of Anglina Trailov, a minor v. Charles Herron, Case No. 4BE-03-194 CI ("the case").

In the case, plaintiff Mary Kenick individually and as parent and natural guardian of Angelina Trailov is seeking a judgment in her favor against defendant Charles Herron. Mary Kenick individually and as parent and natural guardian of Angelina Trailov and Charles Herron wish to end the case.

Mary Kenick individually and Charles Herron agree that the sum of $187,500.00 inclusive of pre-judgment interest, costs and attorney's fees, would be a reasonable judgment amount for her individual claims in the case.

Mary Kenick as parent and natural guardian of Angelina Trailov and Charles Herron agree that the sum of $1,750,000.00, inclusive of pre-judgment interest, costs and attorney's fees, would be a reasonable judgment amount for the claims for the benefit of Angelina Trailov in the case.

Therefore Mary Kenick individually and as parent and natural guardian of Angelina Trailov and Charles Herron agree as follows.

Charles Herron shall direct his attorney to execute the attached Consent to Entry of Judgment and shall individually execute the attached Assignment of Claims against Allstate and/or its agents. Both documents shall be delivered to Mary Kenick's attorney.

Upon receipt of the executed Consent to Entry of Judgment and Assignment of Claims, Mary Kenick individually and as parent and natural guardian of Angelina Trailov shall execute and deliver to Charles Herron the attached Covenant Not to Execute.

Following this exchange, Mary Kenick individually and as parent and natural guardian of Angelina Trailov may, at her own expense, file and prosecute as assignee the assigned claims against Allstate and/or its agents. Charles Herron, the assignor, shall have no responsibility for any award of costs or attorney's fees against Mary Kenick or Angelina Trailov in the event that any such litigation against Allstate and/or its agents is unsuccessful.

If any attempt is made, by Allstate and/or its agents, to bring Charles Herron into any such litigation against Allstate, Charles Herron shall, at his own expense, defend against Allstate. Charles Herron shall retain attorney Roger F. Holmes to conduct that defense. Mary Kenick agrees to indemnify, from the proceeds of any action she brings against Allstate, Charles Herron for the cost of that defense conducted by Mr. Holmes.

Charles Herron agrees that he shall co-operate fully in testifying, securing and releasing necessary records and in all other aspects of the prosecution by Mary Kenick individually and as parent and natural guardian of Angelina Trailov of the assigned claims and will not attempt to discharge the judgment in bankruptcy, or act in any other way to impair the acquisition by Mary Kenick individually and as parent and natural guardian of Angelina Trailov of all proceeds of the assigned claims.

It is fully understood by the parties to this agreement that the status of Angelina Trailov as a minor requires that this agreement be submitted to the Probate Court for

approval. Mary Kenick in her capacity as parent and natural guardian shall, at her expense, promptly seek such approval.

This Agreement and the Covenant Not to Execute are expressly conditioned upon the execution by counsel for Herron of the attached Statement of Counsel.

Charles Herron shall, at his own expense, defend Charles Herron in the declaratory judgment action Allstate has filed against Charles Herron in the Federal District Court. Charles Herron shall retain attorney Roger F. Holmes to conduct that defense. Mary Kenick agrees to indemnify, from the proceeds of any action she brings against Allstate, Charles Herron for the cost of that defense conducted by Mr. Holmes.

DATE:   April 2, 2004.   _____
                          CHARLES HERRON

DATE:   April 9, 2004.   _____
                          MARY KENICK individually

DATE:   April 9, 2004.   _____
                          MARY KENICK as parent and natural
                          guardian of Angelina Trailov

## ACKNOWLEDGMENT

STATE OF ALASKA            )
                           ) ss.
THIRD JUDICIAL DISTRICT    )

    THIS IS TO CERTIFY that on 2nd day of April, 2004 before me the undersigned, a Notary Public in and for the State of Alaska, duly commissioned and sworn as such, personally appeared CHARLES HERRON of Bethel, Alaska, to me known to be the person who executed the above and foregoing instrument and acknowledged to me that he executed the said instrument voluntarily and of his own free will for the uses and purposes mentioned above.
    WITNESS my hand and official seal the day and year in this certificate first above written.

                       *[signature]*
                       Notary Public in and for
                       The State of Alaska.
                       My commission expires: 2-28-07

## ACKNOWLEDGMENT

STATE OF ALASKA            )
                           ) ss.
FOURTH JUDICIAL DISTRICT   )

    THIS IS TO CERTIFY that on 9 day of April, 2004 before me the undersigned, a Notary Public in and for the State of Alaska, duly commissioned and sworn as such, personally appeared MARY KENICK, individually, of Bethel, Alaska, to me known to be the person who executed the above and foregoing instrument and acknowledged to me that she executed the said instrument voluntarily and of his own free will for the uses and purposes mentioned above.
    WITNESS my hand and official seal the day and year in this certificate first above written.

                       *[signature: Michele Power]*
                       Notary Public in and for
                       The State of Alaska.
                       My commission expires: 10-05-07

STATE OF ALASKA
OFFICIAL SEAL
Michele Power
NOTARY PUBLIC
My Commission Expires 10/05/07

Exhibit 48
Page 6 of 10

## ACKNOWLEDGMENT

STATE OF ALASKA              )
                             ) ss.
FOURTH JUDICIAL DISTRICT     )

      THIS IS TO CERTIFY that on __9__ day of April, 2004 before me the undersigned, a Notary Public in and for the State of Alaska, duly commissioned and sworn as such, personally appeared MARY KENICK, as parent and natural guardian of Angelina Trailov, of Bethel, Alaska, to me known to be the person who executed the above and foregoing instrument and acknowledged to me that she, in her capacity as parent and natural guardian executed the said instrument voluntarily and of his own free will for the uses and purposes mentioned above.

      WITNESS my hand and official seal the day and year in this certificate first above written.

*[signature]*
Notary Public in and for
The State of Alaska.
My commission expires: __10-05-07__

STATE OF ALASKA
OFFICIAL SEAL
Michele Power
NOTARY PUBLIC
My Commission Expires 10/05/07

- 5 -

Exhibit __48__
Page __7__ of __10__

## ASSIGNMENT OF CLAIMS

Charles Herron, defendant in the case of Mary Kenick, individually and as parent and natural guardian of Angelina Trailov v. Charles Herron, Case No. 4BE-03-194 CI, as part of his Agreement with Mary Kenick individually and as parent and natural guardian of Angelina Trailov, (a copy of which is attached and incorporated here by reference), here assigns to Mary Kenick individually and as parent and natural guardian of Angelina Trailov any and all claims Charles Herron may possess against Allstate and/or its agents, together with all proceeds of such claims.

DATED this 2 day of April, 2004, at Anchorage, Alaska.

_____
CHARLES HERRON

## ACKNOWLEDGMENT

STATE OF ALASKA            )
                           ) ss.
THIRD JUDICIAL DISTRICT    )

THIS IS TO CERTIFY that on 2nd day of April, 2004 before me the undersigned, a Notary Public in and for the State of Alaska, duly commissioned and sworn as such, personally appeared CHARLES HERRON of Bethel, Alaska, to me known to be the person who executed the above and foregoing instrument and acknowledged to me that he executed the said instrument voluntarily and of his own free will for the uses and purposes mentioned above.

WITNESS my hand and official seal the day and year in this certificate first above written.

_____
Notary Public in and for
The State of Alaska.
My commission expires: 2/28/07

- 1 -

Exhibit 48
Page 8 of 10

## COVENANT NOT TO EXECUTE

Mary Kenick individually and as parent and natural guardian of Angelina Trailov, plaintiff in the case of Mary Kenick, individually and as parent and natural guardian of Anglina Trailov, a minor v. Charles Herron, Case No. 4BE-03-194 CI, in exchange for the execution and delivery by Charles Herron, the defendant in that case, of: an Agreement; a Statement of Counsel; a Consent to Entry of Judgment and an Assignment of Claims, (copies of which are attached and incorporated here by reference) and agrees and covenants not to execute on any assets of Charles Herron other than the proceeds of the assigned claims against Allstate and/or its agents.

Mary Kenick individually and as parent and natural guardian of Angelina Trailov also agrees not to record any judgment which enters upon the Consent to Entry of Judgment or otherwise use that judgment in a manner to impair Charles Herron's credit or the transferability of Charles Herron's property.

Dated this 9 day of April, 2004, at Bethel, Alaska.

_____
MARY KENICK, individually

Dated this 9 day of April, 2004, at Bethel, Alaska.

_____
MARY KENICK, as parent and natural guardian of ANGELINA TRAILOV

- 1 -

Exhibit 48
Page 9 of 10

## ACKNOWLEDGMENT

STATE OF ALASKA            )
                           ) ss.
FOURTH JUDICIAL DISTRICT   )

THIS IS TO CERTIFY that on __9__ day of April, 2004 before me the undersigned, a Notary Public in and for the State of Alaska, duly commissioned and sworn as such, personally appeared MARY KENICK, individually, of Bethel, Alaska, to me known to be the person who executed the above and foregoing instrument and acknowledged to me that she executed the said instrument voluntarily and of his own free will for the uses and purposes mentioned above.

WITNESS my hand and official seal the day and year in this certificate first above written.

STATE OF ALASKA
OFFICIAL SEAL
Michele Power
NOTARY PUBLIC
My Commission Expires 10/05/07

Notary Public in and for
The State of Alaska.
My commission expires: 10-05-07


## ACKNOWLEDGMENT

STATE OF ALASKA            )
                           ) ss.
FOURTH JUDICIAL DISTRICT   )

THIS IS TO CERTIFY that on __9__ day of April, 2004 before me the undersigned, a Notary Public in and for the State of Alaska, duly commissioned and sworn as such, personally appeared MARY KENICK, as parent and natural guardian of Angelina Trailov, of Bethel, Alaska, to me known to be the person who executed the above and foregoing instrument and acknowledged to me that she, in her capacity as parent and natural guardian, executed the said instrument voluntarily and of his own free will for the uses and purposes mentioned above.

WITNESS my hand and official seal the day and year in this certificate first above written.

STATE OF ALASKA
OFFICIAL SEAL
Michele Power
NOTARY PUBLIC
My Commission Expires 10/05/07

Notary Public in and for
The State of Alaska.
My commission expires: 10-05-07

- 2 -

Exhibit 48
Page 10 of 10