```
DESK: AKB                    INVOLVED PERSON STATEMENT                PAGE:   2 OF   4
332 275109 4   DOL: 09 - 14 - 2002  INSD:   MARGARET      HERRON
ID: 04      ANGELINA               TRAILOV
            PASSENGER
HOME PHONE: (907)543-1993   BUS PHONE:                              HRS:
                            STMT EMPL NAME:   KAREN    M PETERSEN
DATE: 05 - 29 - 2003        STATEMENT TYPE:   PL COMMENTS
EFFECT ON INSD LIAB AND/OR CLMT DAMAGES:         (0=NONE 1=FAV 2= UNFAV)

ANALYSIS:
05/29/2003
TO MAKING RECOMMENDATION TO HOME OFFICE.
I DO NOT FEEL WE HAVE SUFFICIENT INFO TO DETERMINE IF CLMT MOTHER HAS A
VALID NIED CLAIM. IF SHE DOES, WOULD BE LIAB ONLY, REVIEW POLICY, I DO NOT
THINK SHE WOULD QUALIFY AS AN INSURED UNDER UIM.
THE EMERGENCY ROOM RECORD REFLECTS CLMT WAS BROUGHT IN AT 1:45 A.M.
IT IS UNCLEAR WHEN MOTHER WAS NOTIFIED OF INJURY AND WHEN SHE ARRIVED AT
HOSPITAL, OR WHAT CONDITION CLMT WAS IN.
THERE IS NOTE THAT FAMILY AT BEDSIDE AT 5:21AM
ATTY AGREES THAT MOTHER DID NOT HAVE "SENSORY AND CONTEMPORANEOUS OBSERVANCE
OF THE ACCIDENT" BUT FEELS THAT HER OBSERVATION OF INJURIES WAS CLOSE ENOUGH
TO TIME OF ACCIDENT THAT THE COURTS WOULD ALLOW NIED CLAIM
PF5-SCHED F/U  PF7-BACKWD  PF8-FRWD  PF9-PRINT  PF11-PREV STMT  PF12-NEXT STMT
*** ONLY EMPLOYEE DMON CAN UPDATE THE STATEMENT YOU HAVE SELECTED ***
DESK: AKB                    INVOLVED PERSON STATEMENT                PAGE:   3 OF   4
```

704000

Exhibit 50
Page 1 of 1