```
Gary A. Zipkin, Esq.
Guess & Rudd P.C.
510 L Street, Suite 700
Anchorage, AK  99501
Phone: (907) 793-2200
Fax:   (907) 793-2299
E-mail: gzipkin@guessrudd.com
```

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

```
ALLSTATE INSURANCE COMPANIES, )
                              )
     Plaintiffs,              )
                              )
     v.                       )
                              )
CHARLES HERRON,               )
                              )
     Defendant.               )
_____) Case No. A04-0043 CV (JKS)
```

ENTRY OF APPEARANCE

Guess & Rudd P.C. hereby enters its appearance in the above-captioned action as co-counsel, along with Wilkerson Hozubin, for plaintiff Allstate Insurance Companies ("Allstate"), and requests that all pleadings filed in this action be served on Guess & Rudd P.C. at 510 L Street, Suite 700, Anchorage, Alaska 99501.

DATED at Anchorage, Alaska, this 28th day of June, 2006.

                GUESS & RUDD P.C.
                Attorneys for Allstate Insurance Companies

By:    S/Gary A. Zipkin
    Guess & Rudd P.C.
    510 L Street, Suite 700
    Anchorage, Alaska 99501
    Phone: 907-793-2200
    Fax: 907-793-2299
    Email: gzipkin@guessrudd.com
    Alaska Bar No. 7505048

CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of June, 2006, I mailed a true and correct copy of the foregoing document was served electronically on:

Mark A. Sandberg, Esq.

Guess & Rudd P.C.


By:_____

F:\data\5976\1\pleading\06gazapp-Allstate.doc

Entry of Appearance
Allstate v. Herron, Case No. A04-0043 CV (JKS)
Page 2 of 2