Gary A. Zipkin, Esq.
Guess & Rudd P.C.
510 L Street, Suite 700
Anchorage, AK  99501
Phone: (907) 793-2200
Fax:   (907) 793-2299
E-mail: gzipkin@guessrudd.com

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ALLSTATE INSURANCE COMPANIES, )<br>)<br>Plaintiffs,            )<br>)<br>v.                    )<br>)<br>CHARLES HERRON,        )<br>)<br>Defendant.         )<br>_____) | Case No. A04-0043 CV (JKS) |

ERRATA TO ENTRY OF APPEARANCE

Guess & Rudd P.C. hereby files an errata to its appearance in the above-captioned action as co-counsel, along with Wilkerson Hozubin, for plaintiff Allstate Insurance Companies ("Allstate").  The Certificate of Service to the Entry of Appearance has been amended to reflect the electronic signature.  Plaintiff Allstate requests that all pleadings filed in this action also be served on Guess & Rudd P.C. at 510 L Street, Suite 700, Anchorage, Alaska  99501.

DATED at Anchorage, Alaska, this 29th day of June, 2006.

```
                              GUESS & RUDD P.C.
                              Attorneys for Allstate Insurance
                              Companies


                         By:      S/Gary A. Zipkin
                              Guess & Rudd P.C.
                              510 L Street, Suite 700
                              Anchorage, Alaska  99501
                              Phone: 907-793-2200
                              Fax:   907-793-2299
                              Email: gzipkin@guessrudd.com
                              Alaska Bar No. 7505048
```

CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of June, 2006, I mailed a true and correct copy of the foregoing document was served electronically on:

Mark A. Sandberg, Esq.

Guess & Rudd P.C.


By:  S/Gary A. Zipkin

F:\DATA\5976\1\07gazerrata-app.doc