Mark A. Sandberg, Esq.
SANDBERG, WUESTENFELD & COREY, PC
701 West 8th Avenue, Suite 1100
Anchorage, AK 99501
Tel:   907-276-6363
Fax:   907-276-3528

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| ALLSTATE INSURANCE COMPANIES, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CHARLES HERRON, ) <br> ) <br> Defendant. ) <br> _____ ) | Case No. 3:04-0043 CV (TMB) |

**STIPULATION FOR EXTENSION OF TIME**

COME NOW the parties, through their counsel, and hereby stipulate to a one week extension of time, until Monday, July 10, 2006, in which to Reply to Allstate's Opposition to Herron's Motion for Summary Judgment This extension is needed due to the long holiday weekend and other deadlines falling due on the same day in this case.

Dated this 29th day of June, 2006.

/ Mark A. Sandberg
701 W 8th Avenue, Ste. 1100
Anchorage, Alaska 99501
Phone: (907) 276-6363
Fax: (907) 276-3528
E-Mail: msandberg@aol.com
ABA: 7510084

Dated this 29th day of June, 2006.

/ Mark E. Wilkerson (Consent Given)
Wilkerson & Associates
310 K Street, Ste. 405
Anchorage, Alaska 99501
Phone: (907) 276-5297
Fax: (907) 276-5291
E-Mail: mark@wilkersonlaw.net
ABA: 8310157

CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of June 2006 a copy of the foregoing was served electronically on:

Mark Wilkerson
Wilkerson & Associates
310 K Street, Suite 405
Anchorage, Alaska  99501

s/Mark A. Sandberg

Mark A. Sandberg, Esq.
SANDBERG, WUESTENFELD & COREY, PC
701 West 8th Avenue, Suite 1100
Anchorage, AK 99501
Tel:   907-276-6363
Fax:   907-276-3528

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| ALLSTATE INSURANCE COMPANIES, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CHARLES HERRON, )<br>)<br>Defendant. )<br>_____) | Case No. A04-0043 CV (JKS) |

ORDER GRANTING
STIPULATION FOR EXTENSION OF TIME

IT IS SO ORDERED that the defendant shall have until Monday, July 10th, 2006 in which to file his Reply to Allstate's Opposition to Herron's Motion for Summary Judgment.

DATED:_____

_____
Timothy M. Burgess
Judge of the U.S. District Court

CERTIFICATE OF SERVICE

I hereby certify that on this ___ day of _____ 2006 a copy of the foregoing was served electronically on:

Mark A. Sandberg
Sandberg, Wuestenfeld & Corey
701 W 8th Avenue, Ste. 1100
Anchorage, Alaska 99501

Mark Wilkerson
Wilkerson & Associates
310 K Street, Suite 405
Anchorage, Alaska  99501

_____