Mark A. Sandberg, Esq.
SANDBERG, WUESTENFELD & COREY, PC
701 West 8th Avenue, Suite 1100
Anchorage, AK 99501
Tel: 907-276-6363
Fax: 907-276-3528

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

ALLSTATE INSURANCE COMPANIES, )
)
Plaintiff, )
)
v. )
)
CHARLES HERRON, )
) Case No. 3:04-0043 CV (TMB)
Defendant. )
)

**HERRON'S MOTION IN SUPPORT OF OPPOSITION TO:**

1. **MOTION TO BIFURCATE**
2. **MOTION FOR SUMMARY JUDGMENT APPLYING DAMAGES CAP; AND**
3. **MOTION FOR SUMMARY JUDGMENT DISMISSING KENICK'S NIED CLAIM**

Defendant Charles Herron moves for an Order denying plaintiff's Motion to Bifurcate, Motion for Summary Judgment Applying Damages Cap and Motion for Summary Judgment Dismissing Kenick's NIED Claim. This Motion is supported by the attached Memorandum.

Dated this 30th day of June, 2006.

/ Mark A. Sandberg_
701 W 8th Avenue, Ste. 1100
Anchorage, Alaska 99501
Phone: (907) 276-6363
Fax: (907) 276-3528
E-Mail: msandberg@aol.com
ABA: 7510084

CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of June 2006 a copy of the foregoing was served electronically on:

Mark Wilkerson
Wilkerson & Associates
310 K Street, Suite 405
Anchorage, Alaska 99501

s/Mark A. Sandberg