Mark A. Sandberg, Esq.
SANDBERG, WUESTENFELD & COREY, PC
701 West 8th Avenue, Suite 1100
Anchorage, AK 99501
Tel:   907-276-6363
Fax:   907-276-3528

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| ALLSTATE INSURANCE COMPANIES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| CHARLES HERRON, | ) |
| | ) Case No. A04-0043 CV (JKS) |
| Defendant. | ) |
| | ) |

**AFFIDAVIT OF MARK A. SANDBERG**

1.   I represent Charles Herron in this lawsuit.

2.   Exhibit A is a true and correct copy of the Expert Witness Report of Robert Wainscott, an expert witness Herron has retained for trial in this case.

Dated this 6th day of July, 2006.

/ Mark A. Sandberg
701 W 8th Avenue, Ste. 1100
Anchorage, Alaska 99501
Phone: (907) 276-6363
Fax: (907) 276-3528
E-Mail: msandberg@aol.com
ABA: 7510084

CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of July 2006 a copy of the foregoing was served electronically on:

Mark Wilkerson
Wilkerson & Associates
310 K Street, Suite 405
Anchorage, Alaska  99501

Gary A. Zipkin
510 L Street, Ste. 700
Anchorage, Alaska 99501

s/Mark A. Sandberg

AFFIDAVIT
Allstate v. Herron, Case No. 3:04-0043 Civ. (TMB)
Page 2