Mark A. Sandberg, Esq.
SANDBERG, WUESTENFELD & COREY, PC
701 West 8th Avenue, Suite 1100
Anchorage, AK 99501
Tel:  907-276-6363
Fax:  907-276-3528

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| ALLSTATE INSURANCE COMPANIES, | ) |
|  | ) |
| Plaintiff, | ) |
|  | ) |
| v. | ) |
|  | ) |
| CHARLES HERRON, | ) |
|  | ) Case No. A04-0043 CV (JKS) |
| Defendant. | ) |
|  | ) |

## ORDER DENYING
## ALLSTATE'S MOTION TO ESTABLISH LAW OF THE CASE

IT IS HEREBY ORDERED, that plaintiff's Motion to Establish Law of the Case be Denied in its entirety.

DATED: _____

_____
Timothy M. Burgess
Judge of the U.S. District Court

ORDER
Allstate v. Herron, Case No. 3:04-0043 Civ. (TMB)
Page 1

CERTIFICATE OF SERVICE

I hereby certify that on this ____
day of _____ 2006 a copy of the
foregoing was served
electronically on:

Mark A. Sandberg
Sandberg, Wuestenfeld & Corey
701 W 8th Avenue, Ste. 1100
Anchorage, Alaska 99501

Mark Wilkerson
Wilkerson & Associates
310 K Street, Suite 405
Anchorage, Alaska  99501

Gary A. Zipkin
510 L Street, Ste. 700
Anchorage, Alaska 99501

_____