Rebecca J. Hozubin, Esq.
Wilkerson Hozubin
310 K Street, Suite 405
Phone: 907 276-5297
Fax: 907 276-5291
E-mail: Rebecca@wilkersonlaw.net
AK Bar #9806016

Attorneys for Plaintiff Allstate

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ALLSTATE INSURANCE COMPANIES, )<br>)<br>Plaintiffs,   )<br>)<br>vs.    )<br>)<br>CHARLES HERRON,   )<br>)<br>Defendant.   )<br>_____) | Case No. A04-0043 CV (TMB) |

**UNOPPOSED MOTION FOR EXTENSION OF TIME**

Allstate Insurance Companies, through counsel, Wilkerson Hozubin, moves for an extension of time to file its replies to Defendant Herron's Memorandum In Opposition to Motion to Bifurcate, Motion for Summary Judgment Applying Damages Cap, and Motion for Summary Judgment Dismissing Kenick's NIED Claim [Docket 143] and to Herron's Opposition to Motion to Establish Law of the Case [Docket 144]. Allstate's replies are due July 13 and July 18 respectively, and Allstate requests an extension until July 28, 2006. Undersigned's office conferred with counsel for the defendant's office and the parties agree that

plaintiff shall have until July 28, 2006 to respond to defendant's oppositions. A proposed order is filed herewith.

DATED this 10th day of July, 2006.

> WILKERSON HOZUBIN
> Attorneys for Plaintiff
>
> By: s/Rebecca J. Hozubin
> Rebecca J. Hozubin
> 310 K Street, Suite 405
> Phone: 907 276-5297
> Fax: 907 276-5291
> E-mail: rebecca@wilkersonlaw.net
> Attorneys for Plaintiff Allstate
> AK Bar No. 9806016

**CERTIFICATE OF SERVICE**

I hereby certify that on
July 10, 2006, a true and
correct copy of the foregoing was
served electronically on the following:

Mark A. Sandberg, Esq.
Sandberg, Wuestenfeld & Corey
701 West 8th Avenue, Suite 1100
Anchorage, AK  99501


WILKERSON HOZUBIN

By:   s/Rebecca J. Hozubin
1000.788/plead/Dec Action/Unopp Mtn for Exten.2