Rebecca J. Hozubin, Esq.
Wilkerson Hozubin
310 K Street, Suite 405
Phone: 907 276-5297
Fax: 907 276-5291
E-mail: Rebecca@wilkersonlaw.net
AK Bar #9806016

Attorneys for Plaintiff Allstate

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ALLSTATE INSURANCE COMPANIES, ) <br> ) <br>            Plaintiffs,  ) <br> ) <br>  vs.                    ) <br> ) <br> CHARLES HERRON,        ) <br> ) <br>            Defendant.   ) <br> _____) | Case No. A04-0043 CV (TMB) |

**ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME**

IT IS SO ORDERED that plaintiff's Unopposed Motion for Extension of Time is GRANTED. Plaintiff's replies to Defendant's oppositions at Dockets 143 and 144 shall be filed on or before July 28, 2006.


DATED: _____          _____
                                  TIMOTHY M. BURGESS
                                  U.S. District Court Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on
July 10, 2006, a true and
correct copy of the foregoing was
served electronically on the following:

Mark A. Sandberg, Esq.
Sandberg, Wuestenfeld & Corey
701 West 8th Avenue, Suite 1100
Anchorage, AK  99501


WILKERSON HOZUBIN

By:   s/Rebecca J. Hozubin
1000.788/plead/Dec Action/Unopp Mtn for Exten- Order.2