Mark E. Wilkerson, Esq.
Wilkerson Hozubin
310 K Street, Suite 405
Phone: 907 276-5297
Fax: 907 276-5291
E-mail: Mark@Wilkersonlaw.net
AK Bar # 8310157

Attorneys for Plaintiff Allstate Insurance Companies

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ALLSTATE INSURANCE COMPANIES, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | |
| ) | |
| CHARLES HERRON, ) | |
| ) | |
| Defendant. ) | |
| ) | Case No. A04-0043 CV (TMB) |

## ALLSTATE'S REQUEST FOR ORAL ARGUMENT

Plaintiff Allstate Insurance Companies, through its counsel Wilkerson Hozubin, requests oral argument on Defendant Herron's Motion for Summary Judgment at Docket 91.

DATED this 11th day of July, 2006.

       WILKERSON HOZUBIN

       By: s/Mark E. Wilkerson
          310 K Street, Suite 405
          Phone: 907 276-5297
          Fax: 907 276-5291
          E-mail: Mark@Wilkersonlaw.net
          Attorneys for Plaintiff Allstate
          AK Bar No. 8310157

CERTIFICATE OF SERVICE
I hereby certify that on the
11th day of July, 2006, I
mailed a true and correct copy
of the foregoing document was
electronically served on the
following counsel/parties of record:

Mark A. Sandberg, Esq.
Sandberg, Wuestenfeld & Corey
701 West 8th Avenue, Suite 1100
Anchorage, AK  99501


WILKERSON HOZUBIN

By: s/Mark E. Wilkerson
1000/788/plead/Dec Act/Req Oral Arg