Mark E. Wilkerson, Esq.
Wilkerson Hozubin
310 K Street, Suite 405
Phone: 907 276-5297
Fax: 907 276-5291
E-mail: Mark@Wilkersonlaw.net
AK Bar # 8310157

Attorneys for Plaintiff Allstate Insurance Companies

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ALLSTATE INSURANCE COMPANIES, ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> CHARLES HERRON, ) <br> ) <br> Defendant. ) <br> ) | Case No. A04-0043 CV (TMB) |

**PROPOSED**
**ORDER GRANTING ALLSTATE'S REQUEST FOR ORAL ARGUMENT**

UPON CONSIDERATION of Plaintiff's Request for Oral Argument, and any response thereto, the Court finds that oral argument on Defendant's Motion for Summary Judgment at Docket 91 is warranted.  It is therefore,

ORDERED that oral argument on Defendant's Motion for Summary Judgment is scheduled for the ____ day of _____, 2006, at ____.m. in Courtroom _____.

DATED this \_\_\_\_\_ day of _____, 2006.

_____
Honorable Timothy M. Burgess
U.S. District Court Judge

CERTIFICATE OF SERVICE
I hereby certify that on the
11th day of July, 2006, I
mailed a true and correct copy
of the foregoing document was
electronically served on the
following counsel/parties of record:

Mark A. Sandberg, Esq.
Sandberg, Wuestenfeld & Corey
701 West 8th Avenue, Suite 1100
Anchorage, AK 99501

WILKERSON HOZUBIN

By: s/Mark E. Wilkerson
1000/788/plead/Dec Act/Req Oral Arg - Order