Mark A. Sandberg, Esq.
SANDBERG, WUESTENFELD & COREY, PC
701 West 8th Avenue, Suite 1100
Anchorage, AK 99501
Tel:   907-276-6363
Fax:  907-276-3528

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| ALLSTATE INSURANCE COMPANIES, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CHARLES HERRON, )<br>) Case No. 3:04-0043 CV (TMB)<br>Defendant. )<br>_____) | |

### JOINDER IN REQUEST FOR ORAL ARGUMENT

Defendant Herron, through his counsel, Sandberg, Wuestenfeld & Corey, hereby joins plaintiff Allstate's request for oral argument on Defendant Herron's Motion for Summary Judgment at Docket 91.

Dated this 14th day of July, 2006.

                                                s/ Mark A. Sandberg
                                                701 W 8th Avenue, Ste. 1100
                                                Anchorage, Alaska 99501
                                                Phone: (907) 276-6363
                                                Fax: (907) 276-3528
                                                E-Mail: msandberg@aol.com
                                                ABA: 7510084

CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of July 2006 a copy of the foregoing was served electronically on:

Mark Wilkerson
Wilkerson & Associates
310 K Street, Suite 405
Anchorage, Alaska 99501

Gary A. Zipkin
Guess & Rudd
510 L Street, Ste. 700
Anchorage, Alaska 99501

s/Mark A. Sandberg

JOINDER ORAL ARGUMENT
Allstate v. Herron, Case No. 3:04-0043 Civ. (TMB)
Page 2