Mark E. Wilkerson, Esq.
Wilkerson Hozubin
310 K Street, Suite 405
Phone: 907 276-5297
Fax: 907 276-5291
E-mail: Mark@Wilkersonlaw.net
AK Bar # 8310157

Attorneys for Plaintiff Allstate Insurance Companies

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ALLSTATE INSURANCE COMPANIES, )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>CHARLES HERRON, )<br>)<br>Defendant. )<br>_____ ) | Case No. A04-0043 CV (TMB) |

**PROPOSED**
**ORDER GRANTING ALLSTATE'S REQUEST FOR ORAL ARGUMENT**

UPON CONSIDERATION of Plaintiff's Request for Oral Argument, and any response thereto, the Court finds that oral argument on Allstate's Motion for Summary Judgment Applying Noneconomic Damages Cap [Docket 116], Motion to Bifurcate [Docket 122], Motion for Summary Judgment Dismissing Kenick's NIED Claim [Docket 124], and Motion to Establish Law of the Case [Docket 127] is warranted. It is therefore,

ORDERED that oral argument is scheduled for the ____ day of _____, 2006, at ____.m. in Courtroom _____.

DATED this _____ day of _____, 2006.

                                                        _____
                                                        Honorable Timothy M. Burgess
                                                        U.S. District Court Judge

<u>CERTIFICATE OF SERVICE</u>
I hereby certify that on the
1st day of August, 2006, a true and
correct copy of the foregoing document was
electronically served on the
following counsel/parties of record:

Mark A. Sandberg, Esq.
Sandberg, Wuestenfeld & Corey
701 West 8th Avenue, Suite 1100
Anchorage, AK  99501

Gary A. Zipkin, Esq.
Guess & Rudd, PC
510 L Street, Suite 700
Anchorage, AK  99501

WILKERSON HOZUBIN

By: <u>s/Mark E. Wilkerson</u>
1000/788/plead/Dec Act/Req Oral Arg – Order.2