Mark A. Sandberg
SANDBERG, WUESTENFELD & COREY
701 W. 8th Ave., Suite 1100
Anchorage, Alaska  99501
(907) 276-6363

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ALLSTATE INSURANCE COMPANIES,   ) <br> ) <br> Plaintiff,  ) <br> ) <br> v.  ) <br> ) <br> CHARLES HERRON,  ) <br> ) <br> Defendant.  ) <br> _____) | Case No. A04-0043 CV (TMB) |

## NONOPPOSITION TO ALLSTATE'S REQUEST FOR ORAL ARGUMENT

Defendant Herron does not oppose Allstate's Request for Oral Argument, dated August 1, 2006 [Docket 154] on:

1. Allstate's Motion for Summary Judgment Applying Noneconomic Damages Cap [Docket 116],

2. Motion to Bifurcate [Docket 122],

3. Motion for Summary Judgment Dismissing Kenick's NIED Claim [Docket 124], and

4. Motion to Establish Law of the Case [Docket 127].

Dated this 11th day of August, 2006.

s/ Mark A. Sandberg
701 W 8th Avenue, Ste. 1100
Anchorage, Alaska 99501
Phone: (907) 276-6363
Fax: (907) 276-3528
E-Mail: msandberg@aol.com
ABA: 7510084

CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of August, 2006 a copy of the foregoing was served electronically on:

Mark Wilkerson
Wilkerson & Associates
310 K Street, Suite 405
Anchorage, Alaska  99501

Gary A. Zipkin
Guess & Rudd
510 L Street, Ste. 700
Anchorage, Alaska 99501

s/Mark A. Sandberg