IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ALLSTATE INSURANCE COMPANIES, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) |
| | ) |
| CHARLES HERRON, | ) |
| | ) |
| Defendant. | ) |
| | ) Case No. 3:04-cv-0043 TMB |

### ORDER GRANTING ALLSTATE'S REQUEST FOR ORAL ARGUMENT

UPON CONSIDERATION of Plaintiff's Request for Oral Argument, and any response thereto, the Court finds that oral argument on Defendant's Motion for Summary Judgment [Docket 91], Allstate's Motion for Summary Judgment Applying Noneconomic Damages Cap [Docket 116], Motion to Bifurcate [Docket 122], Motion for Summary Judgment Dismissing Kenick's NIED Claim [Docket 124], and Motion to Establish Law of the Case [Docket 127] is warranted.

**IT IS HEREBY ORDERED** that Oral Argument is scheduled for the 3rd day of October, 2006, at 10:00 a.m. in Courtroom 1.

**DATED** this 25th day of September, 2006.

/s/ Timothy M. Burgess
Honorable Timothy M. Burgess
U.S. District Court Judge