MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

 ALLSTATE INSURANCE COMPANY     vs.     CHARLES HERRON 

BEFORE THE HONORABLE TIMOTHY M. BURGESS CASE NO. 3:04-CV-00043-TMB

DEPUTY CLERK/RECORDER:     SUZANNETTE DAVID 

APPEARANCES:   PLAINTIFF:  MARK E. WILKERSON 

                DEFENDANT:  MARK A. SANDBERG 

PROCEEDINGS: ORAL ARGUMENT ON FIRST MOTION FOR SUMMARY JUDGMENT
             (DKT 91), FIRST MOTION FOR SUMMARY JUDGMENT (DKT
             116), FIRST MOTION TO BIFURCATE (DKT 122), FIRST
             MOTION FOR SUMMARY JUDGMENT DISMISSING MARY KENICK'S
             NIED CLAIM (DKT 124), FIRST MOTION IN LIMINE TO
             ESTABLISH LAW OF THE CASE (DKT 127) HELD 10/13/06:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

At 3:01 p.m. court convened.

Arguments heard.

Defendant's First Motion for Summary Judgment (Dkt 91),
Plaintiff's First Motion for Summary Judgment (Dkt 116),
Plaintiff's First Motion to Bifurcate (Dkt 122), Plaintiff's
First Motion for Summary Judgment Dismissing Mary Kenick's NIED
Claim (Dkt 124), and Plaintiff's First Motion in Limine to
Establish Law of the Case (Dkt 127) **TAKEN UNDER ADVISEMENT.**
Written ruling to issue.

At 3:50 p.m. court adjourned.

DATE: October 13, 2006     DEPUTY CLERK'S INITIALS:    SCD