Rebecca J. Hozubin
Wilkerson Hozubin
310 K Street, Suite 405
Anchorage, Alaska 99501
Phone: 907-276-5297
Fax:   907-276-5291
Email: rebecca@wilkersonlaw.net

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ALLSTATE INSURANCE COMPANIES,   )<br>                                )<br>     Plaintiffs,               )<br>                                )<br>     v.                         )<br>                                )<br> CHARLES HERRON,                )<br>                                )<br>     Defendant.                 )<br>_____ ) | No. 3:04-cv-00043-TMB |

**ALLSTATE'S MOTION FOR PARTIAL RECONSIDERATION**

      Pursuant to D. Ak. L. R. 59.1, Allstate Insurance Companies, by and through its attorneys, Wilkerson Hozubin, hereby moves for partial reconsideration of this court's Order dated October 19, 2006, for the sole purpose of requesting that the court correct an erroneous date appearing in its Order. This motion is supported by the memorandum and exhibits filed simultaneously herewith.

DATED at Anchorage, Alaska, this 24th day of October, 2006.

        WILKERSON HOZUBIN
        Attorneys for Plaintiff

By:  s/Rebecca J. Hozubin
     Wilkerson Hozubin
     310 K Street, Suite 405
     Anchorage, Alaska 99501
     Phone: 907-276-5297
     Fax:   907-276-5291
     Email: rebecca@wilkersonlaw.net
     Alaska Bar No. 9806016

CERTIFICATE OF SERVICE
I hereby certify that on the
24th day of October, 2006, a copy
of the foregoing document was served
electronically on:

Gary A. Zipkin
Mark A. Sandberg

WILKERSON HOZUBIN

By:  s/Rebecca J. Hozubin
1000/788/pleadings/Mtn to Reconsider

Allstate's Motion for Partial Reconsideration
Allstate Insurance Co. v. Herron; Case No. 3:04-cv-0004-TMB
Page 2 of 2