Rebecca J. Hozubin
Wilkerson Hozubin
310 K Street, Suite 405
Anchorage, Alaska 99501
Phone: 907-276-5297
Fax:   907-276-5291
Email: rebecca@wilkersonlaw.net

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

ALLSTATE INSURANCE COMPANIES, )
                              )
        Plaintiffs,    )
                              )
        v.               )
                              )
CHARLES HERRON,       )
                              )
        Defendant.    )
_____ ) No. 3:04-cv-00043-TMB

**[PROPOSED] ORDER GRANTING
<u>ALLSTATE'S MOTION FOR PARTIAL RECONSIDERATION</u>**

Allstate Insurance Companies, having moved for partial reconsideration of this court's Order dated October 19, 2006, regarding the motions at Dockets 91, 116, and 124, and the court being fully advised in the premises,

IT IS HEREBY ORDERED that Allstate's motion is granted. The Order dated October 19, 2006 is hereby modified at pages 17-18 to state that, "as of May 29, 2003, Allstate had sufficient information that Karen Petersen opined that Trailov would receive the $100,000 liability coverage and likely the $100,000 UIM as well, and authorized a settlement equal to the liability coverage

plus Rule 82 attorney's fees."  The Order is further modified, at page 19, as follows:

>    2.   On or before May 29, 2003, Allstate possessed sufficient information that it could have determined that Herron was liable to Angelina Trailov and that Trailov's damages easily exceeded the liability policy limits of $100,000.00.

DATED at Anchorage, Alaska, this _____ day of _____, 2006.

_____
Honorable Timothy M. Burgess
U.S. District Court Judge

CERTIFICATE OF SERVICE

I hereby certify that on the
24TH day of October, 2006, a copy
of the foregoing document was served
electronically on:

Gary A. Zipkin
Mark A. Sandberg

WILKERSON HOZUBIN

By:___s/Rebecca J. Hozubin_____
1000/788/pleadings/Mtn to Reconsider- Order

Order Granting Allstate's Motion for Partial Reconsideration
Allstate Insurance Co. v. Herron; Case No. 3:04-cv-0004-TMB
Page 2 of 2