```
DESK: AKB                    INVOLVED PERSON STATEMENT                PAGE:   1 OF   4
332 275109 4    DOL: 09 - 14 - 2002  INSD:  MARGARET            HERRON
ID: 04     ANGELINA                  TRAILOV
           PASSENGER
HOME PHONE: (907)543-1993   BUS PHONE:                          HRS:
                            STMT EMPL NAME:  KAREN      M PETERSEN
DATE: 05 - 29 - 2003        STATEMENT TYPE:  PL COMMENTS
EFFECT ON INSD LIAB AND/OR CLMT DAMAGES:        (0=NONE 1=FAV 2= UNFAV)
NOTIFY:
ANALYSIS:
KATHY, LORI
NEED TO OPEN SU                                                      703999
04 HAD OVER 39K MEDS (25K PAID DIRECT TO ATTY UNDER MED PAY) SIGNIFICANT
OBJECTIVE INJURY, BETHEL VENUE
REQUEST AUTHO FROM HOME OFFICE WITH EC RECOMMENDATIONS IN 09-PF8 SCREEN
PLEASE NOTE THERE ARE SEVERAL LIEN NOTICES
THE ANS LIEN HAS BEEN RECORDED IN COURT. WE NEED TO ASSURE THIS IS PAID
WITH LIAB SETTLEMENT.
ATTY HAS DEMANDED POL LIM FOR 04, AND FOR NIED CLAIM FOR HER MOTHER
I AGREE 04 WOULD PROBABLY RECEIVE THE 100K LIAB LIMITS IN BETHEL VENUE,
LIKELY THE 100K SU LIMITS ALSO.
I SUGGEST DISCUSS THIS CASE VALUE, AND NIED CLAIM, WITH LOCAL COUNSEL, PRIOR
PF5-SCHED F/U  PF7-BACKWD  PF8-FRWD  PF9-PRINT  PF11-PREV STMT  PF12-NEXT STMT
*** ONLY EMPLOYEE DMON CAN UPDATE THE STATEMENT YOU HAVE SELECTED ***
DESK: AKB                    INVOLVED PERSON STATEMENT                PAGE:   2 OF   4
```

EXHIBIT B
Page 1 of 4

```
DESK: AKB                    INVOLVED PERSON STATEMENT               PAGE:   2 OF   4
332 275109 4    DOL: 09 - 14 - 2002   INSD:   MARGARET       HERRON
ID: 04      ANGELINA              TRAILOV
            PASSENGER
HOME PHONE: (907)543-1993    BUS PHONE:                              HRS:
                             STMT EMPL NAME:   KAREN       M PETERSEN
DATE: 05 - 29 - 2003         STATEMENT TYPE:   PL COMMENTS
EFFECT ON INSD LIAB AND/OR CLMT DAMAGES:        (0=NONE 1=FAV 2= UNFAV)

ANALYSIS:
05/29/2003
TO MAKING RECOMMENDATION TO HOME OFFICE.                              704000
. DO NOT FEEL WE HAVE SUFFICIENT INFO TO DETERMINE IF CLMT MOTHER HAS A
VALID NIED CLAIM. IF SHE DOES, WOULD BE LIAB ONLY, REVIEW POLICY, I DO NOT
THINK SHE WOULD QUALIFY AS AN INSURED UNDER UIM.
THE EMERGENCY ROOM RECORD REFLECTS CLMT WAS BROUGHT IN AT 1:45 A.M.
IT IS UNCLEAR WHEN MOTHER WAS NOTIFIED OF INJURY AND WHEN SHE ARRIVED AT
HOSPITAL, OR WHAT CONDITION CLMT WAS IN.
THERE IS NOTE THAT FAMILY AT BEDSIDE AT 5:21AM
ATTY AGREES THAT MOTHER DID NOT HAVE "SENSORY AND CONTEMPORANEOUS OBSERVANCE
OF THE ACCIDENT" BUT FEELS THAT HER OBSERVATION OF INJURIES WAS CLOSE ENOUGH
TO TIME OF ACCIDENT THAT THE COURTS WOULD ALLOW NIED CLAIM
PF5-SCHED F/U  PF7-BACKWD  PF8-FRWD  PF9-PRINT  PF11-PREV STMT  PF12-NEXT STMT
*** ONLY EMPLOYEE DMON CAN UPDATE THE STATEMENT YOU HAVE SELECTED ***
DESK: AKB                    INVOLVED PERSON STATEMENT               PAGE:   3 OF   4
```

EXHIBIT B
Page 2 of 4

```
)ESK: AKB                INVOLVED PERSON STATEMENT              PAGE:   3 OF   4
 32 275109 4   DOL: 09 - 14 - 2002  INSD:   MARGARET      HERRON
 D: 04    ANGELINA               TRAILOV
          PASSENGER
 OME PHONE: (907)543-1993   BUS PHONE:                     HRS
                            STMT EMPL NAME:  KAREN     M PETERSEN
 ATE: 05 - 29 - 2003        STATEMENT TYPE:  PL COMMENTS              704001
 FFECT ON INSD LIAB AND/OR CLMT DAMAGES:        (0=NONE 1=FAV 2= UNFAV)

 NALYSIS:
 5/29/2003
 E NEED TO KNOW WHEN SHE WAS NOTIFIED OF 04 INJURIES, AND WHEN SHE ARRIVED AT
 HE HOSPITAL
 TTY LETTER STATES.. "APPROXIMATELY ONE HOUR AFTER HAVING BEEN AWAKENED IN THE
 IGHT WITH A REPORT OF THE ACCIDENT, MARY KENICK RACED TO THE HOSPITAL"

 HIS WOULD INFER THAT SHE SPENT 1 HOUR ASSIMILATING INFO BEFORE GOING TO THE
 OSPITAL....THE ATTORNEY MIGHT HAVE MEANT SOMETHING DIFFERENT??

 ARRING OTHER INPUT FROM LOCAL COUNSEL ON VALIDITY AND VALUE..
 : WOULD CONSIDER OFFERING 10K FOR THE NIED, BUT NO FURTHER, UNTIL WE HAVE
 ONDUCTED FURTHER INVESTIGATION. I AM ANTICIPATING THE INVESTIGATION WILL
 F5-SCHED F/U  PF7-BACKWD  PF8-FRWD  PF9-PRINT  PF11-PREV STMT  PF12-NEXT STMT
 ** ONLY EMPLOYEE DMON CAN UPDATE THE STATEMENT YOU HAVE SELECTED ***
 ESK: AKB                 INVOLVED PERSON STATEMENT              PAGE:   4 OF   4
```

EXHIBIT B
Page 3 of 4

```
DESK: AKB                    INVOLVED PERSON STATEMENT              PAGE:   4 OF   4
332 275109 4   DOL: 09 - 14 - 2002   INSD:   MARGARET        HERRON
ID: 04     ANGELINA              TRAILOV
           PASSENGER
HOME PHONE: (907)543-1993   BUS PHONE:                    HRS:
                            STMT EMPL NAME:  KAREN      M PETERSEN
DATE: 05 - 29 - 2003        STATEMENT TYPE:  PL COMMENTS
EFFECT ON INSD LIAB AND/OR CLMT DAMAGES:         (0=NONE 1=FAV 2= UNFAV)

ANALYSIS:
05/29/2003
CREATE SOME EXPENSE, THUS THE REASON FOR OFFER.
I WOULD CONSIDER ASSIGNING DEF COUNSEL TO REVIEW DOCUMENTATION, DETERMINE
IF THERE IS INFORMATION AVAILABLE (AT HOSPITAL?) THAT WOULD GIVE BETTER
TIME FRAME ON MOTHER'S NOTIFICATION AND ARRIVAL.
IN ADDITION, INTERVIEW OF MOTHER WOULD BE APPROPRIATE.
COULD THEN CONSULT ON VALIDITY AND VALUE.
KP
05/29/2003
NOTIFY USED ON 05/29/2003, SENT TO: DHTT
                                                                        704002

PF5-SCHED F/U  PF7-BACKWD  PF8-FRWD  PF9-PRINT  PF11-PREV STMT  PF12-NEXT STMT
*** ONLY EMPLOYEE DMON CAN UPDATE THE STATEMENT YOU HAVE SELECTED ***
DESK: AKB                    INVOLVED PERSON STATEMENT              PAGE:   1 OF   1
                                                 MARGARET        HERRON
```

EXHIBIT B
Page 4 of 4