**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

<u>ALLSTATE INS. CO.</u>   v.   <u>CHARLES HERRON</u>

HONORABLE TIMOTHY M. BURGESS

DATE: October 26, 2006                                        CASE NO. <u>3:04-cv-00043-TMB</u>

PROCEEDINGS:     **MINUTE ORDER FROM CHAMBERS
Re: Motion at Docket No. 163**

     At Docket 163 plaintiff Allstate Ins. Co. has moved for reconsideration of the Order at Docket No. 160 denying the motions for summary judgment at Docket Nos. 91, 116, and 124.

     The Court is unpersuaded by the arguments raised by Allstate in its motion for reconsideration. Although Allstate is correct that Ms. Peterson did not review the information Allstate had until May 29, 2003, the record is clear that Allstate did not receive any further information concerning the Trailov claim after May 16, 2003, in fact, the record is clear that, with respect to the Trailov claim, the last information was received shortly after April 10 and certainly before May 9, 2003. Therefore, although Ms. Peterson may not have received and reviewed the information until May 29, Allstate nonetheless had the information reviewed by Ms. Peterson, and, according to Ms. Peterson's testimony, that information indicated that in the Bethel venue it was likely that Trailov would receive more than the liability policy limits of $100,000.00 prior to May 16, 2003. In short, the critical issue was not when Ms. Peterson received and reviewed the information, but when Allstate had it.

     For the foregoing reasons, Plaintiff's Motion for Reconsideration at Docket No. 163, is **DENIED**.

[MO Mtn Dkt 163.wpd]{Rev. 07/04}