Rebecca J. Hozubin, Esq.
Wilkerson Hozubin
310 K Street, Suite 405
Anchorage, Alaska 99501
Phone: 907-276-5297
Fax:   907-276-5291
Email: rebecca@wilkersonlaw.net

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ALLSTATE INSURANCE COMPANIES, )<br>)<br>    Plaintiffs,         )<br>)<br>    v.                      )<br>)<br>CHARLES HERRON,            )<br>)<br>    Defendant.        )<br>_____) | No. 3:04-cv-00043-TMB |

**<u>REPORT REGARDING READINESS FOR TRIAL</u>**

Pursuant to the court's Order (Certification of Readiness for Trial) at Docket 166, plaintiff Allstate Insurance Companies hereby reports "what remains to be accomplished and when outstanding matters will be attended to."  The only remaining activity before this matter can be certified ready for trial is deposing three expert witnesses.  The parties have conferred regarding scheduling these depositions and expect to complete them prior to the end of February 2007.

DATED at Anchorage, Alaska, this 19th day of December, 2006.

WILKERSON HOZUBIN
Attorneys for Plaintiff


By:  s/Rebecca J. Hozubin
     Wilkerson Hozubin
     310 K Street, Suite 405
     Anchorage, Alaska 99501
     Phone: 907-276-5297
     Fax:   907-276-5291
     Email: rebecca@wilkersonlaw.net
     Alaska Bar No. 9806016


CERTIFICATE OF SERVICE
I hereby certify that on the
19th day of December, 2006, a copy
of the foregoing document was served
electronically on:

Gary A. Zipkin
Mark A. Sandberg


WILKERSON HOZUBIN

By:    s/Rebecca J. Hozubin
1000/788/pleadings/Report re Readiness for Trial