Mark E. Wilkerson, Esq.
Wilkerson Hozubin
310 K Street, Suite 405
Anchorage, Alaska 99501
Phone: 907-276-5297
Fax:   907-276-5291
Email: mark@wilkersonlaw.net

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ALLSTATE INSURANCE COMPANIES, )<br>)<br>Plaintiffs,              )<br>)<br>    v.                        )<br>)<br>CHARLES HERRON,                )<br>)<br>Defendant.            )<br>_____) | No. 3:04-cv-00043-TMB |

**<u>FURTHER REPORT REGARDING READINESS FOR TRIAL</u>**

Pursuant to the court's Order (further Status Report) at Docket 168, plaintiff Allstate Insurance Companies hereby reports "what remains to be accomplished and when outstanding matters will be attended to." Defendant Herron elected not to depose Allstate's experts. Allstate has deposed Herron's expert, but is awaiting production of the expert's billing records and information regarding prior testimony. Allstate expects to receive this material within the week and will thereafter complete the expert's deposition (this should take no more than half an hour). Barring some unforeseen difficulty with the expert's schedule, the expert discovery will be completed by

March 20, 2007.  This matter can then be certified ready for trial.

DATED at Anchorage, Alaska, this 5th day of March, 2007.

WILKERSON HOZUBIN
Attorneys for Plaintiff

By: s/Mark E. Wilkerson
Wilkerson Hozubin
310 K Street, Suite 405
Anchorage, Alaska 99501
Phone: 907-276-5297
Fax:   907-276-5291
Email: mark@wilkersonlaw.net
Alaska Bar No. 8310157

CERTIFICATE OF SERVICE
I hereby certify that on the
5th day of March, 2007, a copy
of the foregoing document was served
electronically on:

Gary A. Zipkin
Mark A. Sandberg


WILKERSON HOZUBIN

By:   s/Mark E. Wilkerson
1000/788/pleadings/Report re Readiness for Trial.2

2