Mark E. Wilkerson, Esq.
Wilkerson Hozubin
310 K Street, Suite 405
Phone: 907 276-5297
Fax: 907 276-5291
E-mail: mark@wilkersonlaw.net
AK Bar #8310157

Attorneys for Plaintiff Allstate

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ALLSTATE INSURANCE COMPANIES, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) |
| | ) |
| CHARLES HERRON, | ) |
| | ) |
| Defendant. | ) |
| | ) Case No. A04-0043 CV (TMB) |

**ALLSTATE'S MOTION TO COMPEL PRODUCTION
OF DEFENDANT'S EXPERT'S BILLING INVOICES**

Plaintiff Allstate Insurance Companies ("Allstate") requests this Court to compel defendant to produce his expert's, Robert Wainscott's, billing invoices.

This motion is brought pursuant to Federal Rule of Civil Procedure 26(a)(2)(B). The motion is supported by the attached memorandum of law and proposed Order.

Undersigned hereby certifies, pursuant to Federal Civil Rule 26(c), that he has in good faith conferred with defendant's counsel-of-record, Mark Sandberg, in an effort to resolve this dispute without court action.

DATED this 21st day of March, 2007.

                        WILKERSON HOZUBIN
                        Attorneys for Plaintiff

By: s/Mark E. Wilkerson
    Mark E. Wilkerson
    310 K Street, Suite 405
    Phone: 907 276-5297
    Fax: 907 276-5291
    E-mail: mark@wilkersonlaw.net
    Attorneys for Plaintiff Allstate
    AK Bar No. 8310157

**CERTIFICATE OF SERVICE**

I hereby certify that on
March 21, 2007, a true and
correct copy of the foregoing was
served electronically on the following:

Mark A. Sandberg, Esq.
Gary A. Zipkin, Esq.


WILKERSON HOZUBIN

By:   s/Mark E. Wilkerson
1000.788/plead/Dec Action/Motion to Compel Expert Billings.cover

2