Mark E. Wilkerson, Esq.
Wilkerson Hozubin
310 K Street, Suite 405
Phone: 907 276-5297
Fax: 907 276-5291
E-mail: mark@wilkersonlaw.net
AK Bar #8310157

Attorneys for Plaintiff Allstate

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ALLSTATE INSURANCE COMPANIES, )<br>                              )<br>          Plaintiffs,         )<br>                              )<br>   vs.                        )<br>                              )<br> CHARLES HERRON,               )<br>                              )<br>          Defendant.          )<br>_____) | Case No. A04-0043 CV (TMB) |

**PROPOSED**
**ORDER GRANTING PLAINTIFF ALLSTATE'S MOTION TO COMPEL**

Allstate Insurance Companies having moved to compel production of Robert Wainscott's billing records, and the court being duly advised in the premises,

IT IS HEREBY ORDERED that Allstate's motion to compel is GRANTED. Defendant shall produce to plaintiff the following materials within three (3) days of the date of this order:

1)   All time records concerning Robert Wainscott's work on this matter, including any documents containing descriptions of work performed by Robert Wainscott on this case.

2)   Any bills, invoices or the like concerning Robert Wainscott's work on this matter.

ALTERNATIVELY,

IT IS HEREBY ORDERED that defendant shall produce said materials to the Court for *in camera* review within three (3) days of the date of this Order.

DATED this ___ day of _____, 2007.

                                                                            _____
                                                                            Honorable Timothy M. Burgess
                                                                            U.S. District Court Judge

CERTIFICATE OF SERVICE

I hereby certify that on the
21st day of March, 2007, a true and correct
copy of the foregoing document was
electronically served on the
following counsel/parties of record:

Mark A. Sandberg, Esq.
Gary A. Zipkin Esq.

WILKERSON HOZUBIN

By:   /s/Mark Wilkerson
1000/788/plead/Dec Act/Motion to Compel Expert Billings.Order