Mark E. Wilkerson, Esq.
Wilkerson Hozubin
310 K Street, Suite 405
Anchorage, Alaska 99501
Phone: 907-276-5297
Fax:   907-276-5291
Email: mark@wilkersonlaw.net

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ALLSTATE INSURANCE COMPANIES, ) <br> ) <br>     Plaintiffs, ) <br> ) <br>     v. ) <br> ) <br> CHARLES HERRON, ) <br> ) <br>     Defendant. ) <br> _____ ) | No. 3:04-cv-00043-TMB |

**<u>FURTHER REPORT REGARDING READINESS FOR TRIAL</u>**

Pursuant to the court's Order (further Status Report) at Docket 170, plaintiff Allstate Insurance Companies hereby reports "what remains to be accomplished and when outstanding matters will be attended to." Allstate anticipated being able to certify readiness for trial today, but because of a discovery issue [see Motion to Compel filed at Docket 171], we are unable to complete Mr. Wainscott's deposition and certify readiness for trial at this time. Allstate anticipates that it can certify within 3 weeks of the court's ruling on the Motion to Compel.

DATED at Anchorage, Alaska, this 21st day of March, 2007.

        WILKERSON HOZUBIN
        Attorneys for Plaintiff

By: s/Mark E. Wilkerson
    Wilkerson Hozubin
    310 K Street, Suite 405
    Anchorage, Alaska 99501
    Phone: 907-276-5297
    Fax:   907-276-5291
    Email: mark@wilkersonlaw.net
    Alaska Bar No. 8310157

CERTIFICATE OF SERVICE
I hereby certify that on the
21st day of March, 2007, a copy
of the foregoing document was served
electronically on:

Gary A. Zipkin
Mark A. Sandberg

WILKERSON HOZUBIN

By:   s/Mark E. Wilkerson
1000/788/pleadings/Report re Readiness for Trial.3