IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

ALLSTATE INSURANCE COMPANIES,           )
                                        )
            Plaintiffs,                 )
                                        )
   vs.                                  )
                                        )
CHARLES HERRON,                         )
                                        )
            Defendant.                  )
_____)  Case No. A04-0043 CV (JKS)

**NOTICE OF TAKING DEPOSITION OF**
**ROBERT WAINSCOTT**

TO:  Mark Sandberg, Esq.                Dennis Mestas, Esq.
     Sandberg, Wuestenfeld & Corey      745 W. 4th Avenue,
     701 W 8th Avenue, Suite 1100       Suite 306
     Anchorage, AK   99501              Anchorage, AK   99501

     Gary A. Zipkin, Esq.
     Guess & Rudd, PC
     510 L Street, Suite 700
     Anchorage, AK   99501

PLEASE TAKE NOTICE that at 9:00 a.m. on Thursday, January 25, 2007, co-counsel for plaintiff, Gary Zipkin, will take the deposition of ROBERT WAINSCOTT in the above-captioned action before a court reporter from Computer Matrix or other officer authorized to administer oaths. The deposition will be held at the offices of Guess & Rudd, 510 L Street, Suite 700, Anchorage, Alaska 99501.

The deponent is to bring to the deposition all records and documents outlined in the attached Addendum to Notice of Deposition.

WILKERSON
HOZUBIN
0 K STREET, SUITE 405
NCHORAGE, AK 99501
TEL: (907) 276-5297
FAX: (907) 276-5291

Exhibit ___A___

Page _1_ of _4_

You are invited to attend and put forth such interrogatories as you may elect. The oral examination will continue from day to day until completed and may be videotaped.

DATED this 12th day of January, 2007.

                WILKERSON HOZUBIN
                Attorneys for Plaintiff
                Allstate Insurance Companies

        By: _____
                Rebecca J. Hozubin
                AK Bar No. 9806016

**CERTIFICATE OF SERVICE**
I hereby certify that on the 12th day of January, 2007, a true and correct copy of the foregoing was <u>faxed and mailed</u> to:

Mark A. Sandberg, Esq.
Sandberg, Wuestenfeld & Corey
701 West 8th Avenue, Suite 1100
Anchorage, AK  99501

Dennis Mestas, Esq.
745 W. 4th Avenue
Suite 306
Anchorage, AK  99501

Computer Matrix
Via Fax: 243-1473

WILKERSON HOZUBIN
By: _____
1000/788/dja disc/NOD Wainscott

WILKERSON HOZUBIN
10 K STREET, SUITE 405
ANCHORAGE, AK 99501
TEL: (907) 276-5297
FAX: (907) 276-5291

NOTICE OF TAKING VIDEOTAPED DEPOSITION OF ROBERT WAINSCOTT
Allstate v. Herron
A04-0043 CV (JKS)
Page 2

Exhibit A
Page 2 of 4

Addendum to Notice Of Deposition Of Robert Wainscott

Deponent Robert Wainscott is to provide the following documents[1] for review during his deposition:

1. All documents reviewed by the deponent concerning his work on this matter.

2. All documents prepared by or on behalf of the deponent concerning his work on this matter.

3. All documents relied on, in whole or in part, by the deponent concerning his work on this matter.

4. All reports prepared by the deponent at any time in the last ten years concerning cases where there have been allegations of a breach of the duty of good faith and fair dealing or of some statute governing claims handling. In addition to the reports, please produce all documents reflecting and /or stating the following:

    a. The name of any person or entity requesting any report, their address and phone number;

    b. The name of any person or entity who paid for any report, their address and phone number;

    c. All billing records related to preparing the report(s).

5. Any books, articles, studies, papers, outlines or the like prepared by the deponent concerning handling liability coverage claims.

6. Any licenses, certificates, diplomas, or the like, held by the deponent concerning insurance.

7. Deposition or trial transcripts of any testimony given by the deponent concerning insurance. In addition to the deposition or trial transcripts, please produce all documents reflecting the following:

---

[1] The term "documents" includes all writings whether generated by hand or key stroke or computer, all tapes, transcripts, notes, texts, case law, statutes, manuals, procedures or policies, or writings of any kind.

WILKERSON
HOZUBIN
10 K STREET, SUITE 405
ANCHORAGE, AK 99501
TEL: (907) 276-5297
FAX: (907) 276-5291

NOTICE OF TAKING VIDEOTAPED DEPOSITION OF ROBERT WAINSCOTT
Allstate v. Herron
A04-0043 CV (JKS)
Page 3

Exhibit A
Page 3 of 4

     a.   What you were paid for each deposition or trial testimony;

     b.   The case caption of the matter for each deposition or trial testimony;

     c.   The name of the attorney(s), if any, involved in each matter or claim.

8.   All time records concerning the deponent's work on this matter, including any documents containing descriptions of work performed by the deponent on this case.

9.   Any bills, invoices or the like concerning the deponent's work on this matter.

10.   Any contracts or agreements between the deponent and the defendant or defendants' counsel concerning deponent's work on this matter.

11.   Any documents that the deponent has relied on concerning his work on this matter.

12.   All Allstate documents the deponent has possession of, or access to, which the deponent believes are relevant to this matter.

13.   Any written advertising done by the deponent during the past three years, including any correspondence, brochures, flyers, or other documents sent to attorneys or other potential clients.

14.   Any documents containing information indicating when and how the defendant, his parents, or their attorneys learned of the deponent.

15.   All documents reflecting any communications between the deponent and the defendant, his parents, Angelina Trailov, Mary Kenick, or any of their respective counsel relating to this case.

16.   All documents reflecting any communications with any lay witness, expert witness or consultant relating to this matter.

**WILKERSON HOZUBIN**
10 K STREET, SUITE 405
ANCHORAGE, AK 99501
TEL: (907) 276-5297
FAX: (907) 276-5291

NOTICE OF TAKING VIDEOTAPED DEPOSITION OF ROBERT WAINSCOTT
Allstate v. Herron
A04-0043 CV (JKS)
Page 4

Exhibit ___A___
Page _4_ of _4_