## Mark Wilkerson

**From:** <MSandberg@aol.com>
**To:** <mark@wilkersonlaw.net>
**Sent:** Monday, February 26, 2007 3:40 PM
**Subject:** Allstate v Herron

Mark,
Three things today:

1. I have the materials from Bob Wainscott. Do you want to have them copied, like you did with the remainder of his file ? Bob says he spent 6.6 hours compiling materials. At $150/hr, this equates to $990. If Allstate provides a check for $990, I will give you materials to have copied. Please advise.

2. As for Bob's billings to work on the case, Bob has spent a total of 169.5 hours other than the 6.6 described above. All of these hours have been billed at a rate of $150/hour. for a total of $25,425. I decline to provide detailed breakdowns, as I believe these are protected by work product privilege.

3. We have been reviewing the materials produced by Allstate. It appears we have not received the Colossus System Reporting Data.  What Allstate has given us is called the Casualty Development Summary (CDS) screens, that appear as a type of claims diary.

The CDS is not Colossus, which has what are known as CRS (Colossus Report System) screens.

At  704343-344 in the Allstate production, you will find an "Evaluation System Recommendation" in the CDS notes--it is labeled as such. It is a $64,707 (High) to $57,247 (Low).  These #'s can only have come from the Colossus Consultation Report that was done.

The Allstate CRS system requires that such a report be done on nearly every case and the #'s that are generated by this computer program. The program consists of a number of fields that require data to be entered regarding the claimant's age, accident, negligence %, the injury, treatments, diagnosis, the meds, etc--then a damage range is announced.

We believe there is no way to get a Colossus # without filling in these fields--someone had to do it.

To avoid any necessity of motion practice, please provide us:  1) all Colossus Reporting System data, fields, screens, entries, all Colossus reports including "deleted" reports, information, all Colossus consultation reports, and all other Colossus Reporting System information of any kind generated regarding Angelina Trailov on or before May 30, 2003; and 2) any and all entries, fields, reports, data, and all information in written and electronic form regarding or relating to the "Evaluation System Recommendation" at Allstate production 704343-704344.

Mark Sandberg

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

AOL now offers free email to everyone. Find out more about what's free from AOL at http://www.aol.com.

Exhibit____B____
Page____1____of___2___

3/14/2007

## Megan Follett

**From:** "Gary A. Zipkin" <gzipkin@guessrudd.com>
**To:** "Mark Wilkerson" <megan@wilkersonlaw.net>
**Cc:** "Rebecca Hozubin" <rebecca@wilkersonlaw.net>
**Sent:** Monday, February 26, 2007 4:37 PM
**Subject:** Allstate v. Herron (our file #5976.1)

Mark, I called Sandberg today to bug him about not getting back to us about the materials Wainscott was or wasn't able to track down. He tells me he sent you an email about this this morning (but I doubt that email was very specific about what W found).

Sandberg tells me that W found 4 or 5 depo transcripts and some info about his billings, but Sandberg says he's going to claim "work product privilege" with respect to at least several entries. I told him we would surely contest the claimed privilege but that I'd chat with you about getting W a check for the hours he put into the search. Apparently, W has no emails of any kind -- but Sandberg says that Sandberg has a couple that he'll provide us.

Sandberg says he's prepared to ship the documents to the copy company of your choice once payment is rec'd.

Meanwhile, were do we stand in terms of being able to re-notice W's depo if we so decide? I assume we still have some time to do that.

Gary A. Zipkin
Guess & Rudd P.C.
510 L Street, Suite 700
Anchorage, AK 99501
907.793.2200 (voice)
907.793.2299 (fax)
gzipkin@guessrudd.com (email)

WARNING: The information contained in this email (including any attachments) is CONFIDENTIAL and may be PRIVILEGED. If you are not the intended recipient of this email, you may not read, retain, copy, or distribute this email. If you have received this email in error, please advise us by return email and call the sender at 907.793.2200. Thank you.

Exhibit___B___
Page___2__ of _2_

3/14/2007