Mark A. Sandberg
SANDBERG, WUESTENFELD & COREY
701 W. 8th Ave., Suite 1100
Anchorage, Alaska  99501
(907) 276-6363

Attorneys for Defendant


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ALLSTATE INSURANCE COMPANIES, ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | |
| CHARLES HERRON, ) ) | |
| Defendant. ) ) | Case No. A04-0043 CV (TMB) |

**NOTICE OF COMPLIANCE WITH**
**THE COURT'S MINUTE ORDER OF MAY 11, 2007**

Defendant Charles Herron, by and through counsel, hereby notifies the court that he has complied with the court's Minute Order of May 11, 2007 (Docket No. 176) by producing the billing records of its expert, Robert Wainscott.

DATED this <u>21st</u> day of May 2007, in Anchorage, Alaska.

<div style="margin-left: 50%;">
s/ Mark A. Sandberg<u> </u>  
701 W 8th Avenue, Ste. 1100  
Anchorage, Alaska 99501  
Phone: (907) 276-6363  
Fax: (907) 276-3528  
E-Mail: [msandberg@aol.com](mailto:msandberg@aol.com)  
Alaska Bar No.: 7510084
</div>

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this <u>21st</u> day of
May, 2007 a copy of the foregoing
Notice Of Compliance With The Court's
Minute Order Of May 11, 2007
was served electronically on:

Mark Wilkerson, Esq.
Wilkerson, Hozubin & Burke
310 K Street, Suite 405
Anchorage, Alaska  99501

Gary A. Zipkin, Esq.
Guess & Rudd, P.C.
510 L Street, Suite 700
Anchorage, AK  99501


<u>s/ Mark A. Sandberg </u>

NOTICE OF COMPLIANCE WITH MAY 11, 2007 MINUTE ORDER
<u>Allstate v. Herron</u>
Case No. A04-0043 CIV (TMB)
Page 2 of 2
es/Herron/Compliance-Notice