# Mark Wilkerson

**From:** <MSandberg@aol.com>
**To:** <mark@wilkersonlaw.net>
**Sent:** Monday, February 26, 2007 3:40 PM
**Subject:** Allstate v Herron

Mark,
Three things today:

1. I have the materials from Bob Wainscott. Do you want to have them copied, like you did with the remainder of his file ? Bob says he spent 6.6 hours compiling materials. At $150/hr, this equates to $990. If Allstate provides a check for $990, I will give you materials to have copied. Please advise.

2. As for Bob's billings to work on the case, Bob has spent a total of 169.5 hours other than the 6.6 described above. All of these hours have been billed at a rate of $150/hour. for a total of $25,425. I decline to provide detailed breakdowns, as I believe these are protected by work product privilege.

3. We have been reviewing the materials produced by Allstate. It appears we have not received the Colossus System Reporting Data. What Allstate has given us is called the Casualty Development Summary (CDS) screens, that appear as a type of claims diary.

The CDS is not Colossus, which has what are known as CRS (Colossus Report System) screens.

At 704343-344 in the Allstate production, you will find an "Evaluation System Recommendation" in the CDS notes--it is labeled as such. It is a $64,707 (High) to $57,247 (Low). These #'s can only have come from the Colossus Consultation Report that was done.

The Allstate CRS system requires that such a report be done on nearly every case and the #'s that are generated by this computer program. The program consists of a number of fields that require data to be entered regarding the claimant's age, accident, negligence %, the injury, treatments, diagnosis, the meds, etc--then a damage range is announced.

We believe there is no way to get a Colossus # without filling in these fields--someone had to do it.

To avoid any necessity of motion practice, please provide us: 1) all Colossus Reporting System data, fields, screens, entries, all Colossus reports including "deleted" reports, information, all Colossus consultation reports, and all other Colossus Reporting System information of any kind generated regarding Angelina Trailov on or before May 30, 2003; and 2) any and all entries, fields, reports, data, and all information in written and electronic form regarding or relating to the "Evaluation System Recommendation" at Allstate production 704343-704344.

Mark Sandberg


\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
AOL now offers free email to everyone. Find out more about what's free from AOL at http://www.aol.com.

Exhibit B
Page 1 of 1

3/14/2007