# Wilkerson Hozubin
310 K Street, Suite 405
Anchorage, Alaska 99501

MARK E. WILKERSON
REBECCA J. HOZUBIN
WALLACE H. TETLOW
KENTON L. ROBINSON
KELLY C. FISHER

Telephone (907) 276-5297
Facsimile (907) 276-5291

March 1, 2007

Mark A. Sandberg, Esq.
Sandberg, Wuestenfeld & Corey
701 West 8th Avenue, Suite 1100
Anchorage, AK  99501

    Re:  *Allstate v. Herron*
         Case No.: A04-0043 CV (JKS)
         Our File No.:  1000.788

Dear Mark:

    This is in response to your email of February 26, 2007. Enclosed is our check for $1,890.00 for Mr. Wainscott's 6 hours attending the deposition and for the 6.6 hours he spent compiling materials. Please provide Mr. Wainscott's materials immediately so that we can get them copied.

    We do not agree with you that Mr. Wainscott's billings are covered by any privilege, nor is his retainer agreement. We know of no authority for your position, and there is ample authority to the contrary. We cannot imagine a judge ruling that a supposed independent expert's billing records are privileged because they contain the attorney's work product. Please reconsider your position and provide the billing records and retainer agreement immediately. Like you, we would prefer to avoid motion practice on this topic.

    Along these same lines, please provide any and all canceled checks reflecting payment of Mr. Wainscott's $25,000+ bill(s). We are not asking for this just to cause extra effort. We believe it is relevant and discoverable to know which law firm is paying for Mr. Wainscott's work.

Exhibit C
Page 1 of 2

Mark A. Sandberg, Esq.
March 1, 2007
Page 2


Regarding your request for Colossus information, we provided this to you over two years ago. Your file should contain a cover letter dated December 13, 2004 with Amended Initial Disclosures, including the Colossus information at Bates Nos. 702144 through 702147.

                Very Truly Yours,

                WILKERSON HOZUBIN

                Mark E. Wilkerson

MEW/sgh
Enclosure as noted.
cc: Gary Zipkin, Esq.
1000.788/corr/Sandberg.019

Exhibit C
Page 2 of 2