## Mark Wilkerson

*1000-788*

**From:** <MSandberg@aol.com>
**To:** <RParalegal@aol.com>; <mark@wilkersonlaw.net>
**Sent:** Tuesday, March 13, 2007 5:57 AM
**Subject:** Re: Allstate v. Herron

In a message dated 3/12/07 10:54:49 AM, RParalegal writes:

> Mark Wilkerson called regarding the materials provided to him regarding Bob Wainscott. He would like to know if you removed Bob's billing records from the materials provided. (States that he does not believe they are privileged, you believe they are privileged, and he needs to know so he can get underway with motion practice, if billing records were withheld).

*********************************
Yes. I sent him a previous e-mail with the totals, but I said we would not provide the actual billings. He should look at his old e-mails for details.
Mark
cc: Mark Wilkerson

**************************************
AOL now offers free email to everyone. Find out more about what's free from AOL at http://www.aol.com.

Exhibit **D**
Page 1 of 1

3/13/2007