IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

ALLSTATE INSURANCE COMPANIES, )
)
        Plaintiffs, )
)
vs. )
)
CHARLES HERRON, )
)
        Defendant. )
_____) Case No. A04-0043 CV (JKS)

### AFFIDAVIT OF MARK WILKERSON

STATE OF UTAH              )
                           ) ss.
WEBER COUNTY               )

    MARK WILKERSON, being first duly sworn upon oath, deposes and states as follows:

    1. I am counsel for Plaintiff Allstate Insurance Companies in this matter.

    2. Attached to this affidavit is a redacted billing report which is a true and accurate accounting of hours expended researching and preparing the Motion to Compel Defendant's Expert's Billing Records and Reply. I spent 6.8 hours preparing the pleadings, and my senior associate Wallace Tetlow spent 21.6 hours preparing the pleadings, for a total of 28.4 hours.

    3. My billing rate is $175 per hour, leading to a billable amount of $1,190.00. Wallace Tetlow's rate is $165

per hour, leading to a billed amount of $3,564.00. The total fees are $4,754.00.

FURTHER AFFIANT SAYETH NAUGHT.

DATED this 23rd day of May, 2007, at Eden, Utah.

_____
Mark Wilkerson

SUBSCRIBED AND SWORN TO before me this 23 day of May, 2007.

_____
Notary Public in and for the
State of Utah
My Commission Expires: Sept. 25, 2009

1000.788/DJA plead/Aff Mark Wilkerson

2

**Wilkerson Hozubin**
310 K Street, Suite 405
Anchorage, AK  99501
Tax ID #92-0157444

May 23, 2007

David Jensen
Allstate Insurance Company
7632 SW Durham Road, Suite 200
Tigard OR 97224

Re:  Allstate v. Herron - Federal Court
     Claim No.:  3322751094 AKB
     Our File No.:  1000.788

|  |  | Hours | Amount |
|---|---|---|---|
| 2/27/2007 WHT | Research re discovery of expert's billings to retaining party. | 2.20 | 363.00 |
|  | REDACTED |  |  |
| 2/28/2007 WHT | Continue to research discovery of expert's billings to retaining party (3.8); draft memo re same (.3). | 4.10 | 676.50 |
|  | REDACTED |  |  |
|  | REDACTED |  |  |
|  | REDACTED |  |  |

David Jensen                                                                                      Page   2

                                                                                          Hours      Amount

3/12/2007 MEW   Telephone call with M. Sandberg's office re R. Wainscott's
                billing records (.2)            REDACTED

                        REDACTED

3/14/2007 WHT   Work on Motion to Compel R. Wainscott's Billing Records.    4.50      742.50

                        REDACTED

3/16/2007 WHT   Continue to work on Motion to Compel R. Wainscott's Billing   5.30      874.50
                Records.

                        REDACTED

3/19/2007 MEW           REDACTED                                work on
                Motion to Compel Billing Records from R. Wainscott (2.4).

3/20/2007               REDACTED

        MEW     Work on Motion to Compel Billing Records from R. Wainscott
                (1.9)
                        REDACTED

4/5/2007 WHT    Review Opposition to Motion to Compel and work on Reply     2.10      346.50
                to same.

        MEW     Review Defendant's Opposition to Motion to Compel.           0.90      157.50

4/6/2007 WHT    Continue to work on Reply to Opposition to Motion to         3.40      561.00
                Compel.

David Jensen                                                                                   Page    3

                                                                                    Hours      Amount

                                           REDACTED

4/10/2007                                  REDACTED

    MEW  Review and revise Allstate's Reply to Defendant's Opposition        1.40       245.00
         to Motion to Compel.

    For professional services rendered