Mark E. Wilkerson, Esq.
Wilkerson Hozubin
310 K Street, Suite 405
Anchorage, Alaska 99501
Phone: 907-276-5297
Fax:   907-276-5291
Email: mark@wilkersonlaw.net

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ALLSTATE INSURANCE COMPANIES, )<br>)<br>   Plaintiffs,    )<br>)<br>   v.             )<br>)<br>CHARLES HERRON,          )<br>)<br>   Defendant.    )<br>_____) | No. 3:04-cv-00043-TMB |

**ALLSTATE'S NOTICE TO COURT RE CLARIFICATION OF MOTION FOR ATTORNEY FEES AND REPLACEMENT PROPOSED ORDER**

Allstate hereby provides notice to the Court and defendant of its clarification of its Motion for Attorney Fees [Docket 178]. Allstate seeks to clarify that portion of its Motion and Memorandum which appears to seek personal sanctions against Herron's counsel, Mark Sandberg. Allstate does not seek sanctions against Mr. Sandberg, but rather its fees from Mr. Herron.

A revised proposed Order is attached making it clear that Allstate does not seek sanctions against Mr. Sandberg.

DATED at Anchorage, Alaska, this 1st day of June, 2007.

        WILKERSON HOZUBIN
        Attorneys for Plaintiff

By:  s/Mark E. Wilkerson
    Wilkerson Hozubin
    310 K Street, Suite 405
    Anchorage, Alaska 99501
    Phone: 907-276-5297
    Fax:   907-276-5291
    Email: mark@wilkersonlaw.net
    Alaska Bar No. 8310157

CERTIFICATE OF SERVICE
I hereby certify that on the
1st day of June, 2007, a copy
of the foregoing document was served
electronically on:

Gary A. Zipkin
Mark A. Sandberg

WILKERSON HOZUBIN

By:   s/Mark E. Wilkerson
1000/788/pleadings/Ntc of Clarification