Mark E. Wilkerson, Esq.
Wilkerson Hozubin
310 K Street, Suite 405
Phone: 907 276-5297
Fax: 907 276-5291
E-mail: mark@wilkersonlaw.net
AK Bar #8310157

Attorneys for Plaintiff Allstate

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ALLSTATE INSURANCE COMPANIES, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | |
| ) | |
| CHARLES HERRON, ) | |
| ) | |
| Defendant. ) | |
| _____) | Case No. A04-0043 CV (TMB) |

**PROPOSED REVISED**
**ORDER GRANTING PLAINTIFF ALLSTATE'S MOTION FOR ATTORNEY FEES**

Allstate Insurance Companies having moved for reasonable attorney fees, and the court being duly advised in the premises,

IT IS HEREBY ORDERED that Allstate's motion is GRANTED. Defendant shall remit payment of $4,754.00 to Wilkerson Hozubin within ten (10) days of this Order.

DATED this ___ day of _____, 2007.

_____
Honorable Timothy M. Burgess
U.S. District Court Judge

CERTIFICATE OF SERVICE

I hereby certify that on the
1st day of June, 2007, a true and correct
copy of the foregoing document was
electronically served on the
following counsel/parties of record:

Mark A. Sandberg, Esq.
Gary A. Zipkin Esq.


WILKERSON HOZUBIN

By:____/s/Mark Wilkerson_____
1000/788/plead/Dec Act/Order for Attorney Fees - Revised