Mark E. Wilkerson, Esq.
Wilkerson Hozubin
310 K Street, Suite 405
Anchorage, Alaska 99501
Phone: 907-276-5297
Fax:   907-276-5291
Email: mark@wilkersonlaw.net

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ALLSTATE INSURANCE COMPANIES, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>CHARLES HERRON, )<br>)<br>Defendant. )<br>_____ ) | No. 3:04-cv-00043-TMB |

**<u>FURTHER REPORT REGARDING READINESS FOR TRIAL</u>**

Plaintiff Allstate Insurance Companies hereby reports "what remains to be accomplished and when outstanding matters will be attended to."  Having received defendant's expert's billing records, Allstate has scheduled the continuation of Robert Wainscott's deposition for June 25, 2007.  Allstate anticipates being able to certify readiness for trial shortly after Mr. Wainscott's deposition.

DATED at Anchorage, Alaska, this 1st day of June, 2007.

    WILKERSON HOZUBIN
    Attorneys for Plaintiff

By:  s/Mark E. Wilkerson
    Wilkerson Hozubin
    310 K Street, Suite 405
    Anchorage, Alaska 99501
    Phone: 907-276-5297
    Fax:   907-276-5291
    Email: mark@wilkersonlaw.net
    Alaska Bar No. 8310157

CERTIFICATE OF SERVICE
I hereby certify that on the
1st day of June, 2007, a copy
of the foregoing document was served
electronically on:

Gary A. Zipkin
Mark A. Sandberg


WILKERSON HOZUBIN

By:   s/Mark E. Wilkerson
1000/788/pleadings/Report re Readiness for Trial.4

2