```
Mark E. Wilkerson, Esq.
Wilkerson Hozubin
310 K Street, Suite 405
Anchorage, Alaska 99501
Phone: 907-276-5297
Fax:   907-276-5291
Email: mark@wilkersonlaw.net
```

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ALLSTATE INSURANCE COMPANIES, )<br>)<br>    Plaintiffs,             )<br>)<br>    v.                       )<br>)<br>CHARLES HERRON,          )<br>)<br>    Defendant.            )<br>_____) | No. 3:04-cv-00043-TMB |

**<u>CERTIFICATION OF READINESS FOR TRIAL</u>**

Allstate has completed the deposition of Mr. Wainscott and hereby certifies that this matter is ready to set for trial.

DATED at Anchorage, Alaska, this 27th day of June, 2007.

```
                        WILKERSON HOZUBIN
                        Attorneys for Plaintiff


                By:  s/Mark E. Wilkerson
                     Wilkerson Hozubin
                     310 K Street, Suite 405
                     Anchorage, Alaska 99501
                     Phone: 907-276-5297
                     Fax:   907-276-5291
                     Email: mark@wilkersonlaw.net
                     Alaska Bar No. 8310157
```

CERTIFICATE OF SERVICE
I hereby certify that on the 27th day of June, 2007, a copy of the foregoing document was served electronically on:

Gary A. Zipkin
Mark A. Sandberg


WILKERSON HOZUBIN

By:   s/Mark E. Wilkerson
1000/788/pleadings/Report re Readiness for Trial.5

2