MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

*ALLSTATE INSURANCE COS. v. HERRON*
Case No. 3:04-cv-043 TMB

By:             THE HONORABLE TIMOTHY M. BURGESS

PROCEEDINGS:    ORDER FROM CHAMBERS

At Docket No. 178, Plaintiffs move for attorney's fees for the costs associated with bringing their motion to compel Defendant's expert billing records. As reflected in the Court's order granting the motion to compel at Docket No. 176, the Court was persuaded that Defendant was required to produce Defendant's expert billing records. But because the Court concludes that Defendant had a good faith basis for withholding the records, the Court DENIES Plaintiff's motion for attorney's fees.

Before Plaintiffs filed their motion to compel, Defendant produced his expert's entire file concerning his opinions, the expert's billing rates and the gross amount billed for the services. The only documents he withheld were the expert's billing records. While the theory under which they were withheld was ultimately rejected by the Court, the Court does not include that the argument was made in bad faith.

**IT IS HEREBY ORDERED:**

Plaintiff's Motion For Attorney's Fees at Docket No. 178 is **DENIED**.

Entered at the direction of the Honorable Timothy M. Burgess, United States District Judge.

DATE: June 27, 2007