Mark E. Wilkerson, Esq.
Wilkerson Hozubin
310 K Street, Suite 405
Phone: 907 276-5297
Fax: 907 276-5291
E-mail: mark@wilkersonlaw.net
AK Bar #8310157

Attorneys for Plaintiff Allstate

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

ALLSTATE INSURANCE COMPANIES, )
)
Plaintiffs, )
)
vs. )
)
CHARLES HERRON, )
)
Defendant. )
________________________________)Case No. A04-0043 CV (TMB)

**JOINT STATUS REPORT RE TRIAL DATES**

COME NOW the parties, through counsel, and pursuant to the court's request, provides the following proposed trial dates:

Week beginning March 24, 2008;

Week beginning March 31, 2008; and

Week beginning April 21, 2008.

The parties expect trial will take 7 days.

DATED this ____ day of August, 2007.

WILKERSON HOZUBIN
Attorneys for Plaintiff

By:s/Mark E. Wilkerson
Mark E. Wilkerson

310 K Street, Suite 405
Phone: 907 276-5297
Fax: 907 276-5291
E-mail: mark@wilkersonlaw.net
Attorneys for Plaintiff Allstate
AK Bar No. 8310157

DATED this ____ day of August, 2007.

SANDBERG, WUESTENFELD & COREY
Attorneys for Defendant

By:s/Mark Sandberg

Mark Sandberg
701 West 8th Avenue, Suite 1100
Anchorage, AK 99501
Phone: 907 276-6363
Fax: 907 276-3528
E-mail: msandberg@aol.com
Attorneys for Defendant Herron
AK Bar No. 7510084