Mark E. Wilkerson, Esq.
Wilkerson Hozubin
310 K Street, Suite 405
Phone: 907 276-5297
Fax: 907 276-5291
E-mail: mark@wilkersonlaw.net
AK Bar #8310157

Attorneys for Plaintiff Allstate

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ALLSTATE INSURANCE COMPANIES, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | |
| ) | |
| CHARLES HERRON, ) | |
| ) | |
| Defendant. ) | |
| )Case No. A04-0043 CV (TMB) | |

**JOINT STATUS REPORT RE TRIAL DATES**

COME NOW the parties, through counsel, and pursuant to the court's request, provides the following proposed trial dates:

Week beginning March 24, 2008;

Week beginning March 31, 2008; and

Week beginning April 21, 2008.

The parties expect trial will take 7 days.

DATED this 7th day of August, 2007.

                            WILKERSON HOZUBIN
                            Attorneys for Plaintiff


                        By: s/Mark E. Wilkerson
                            Mark E. Wilkerson

```
                              310 K Street, Suite 405
                              Phone: 907 276-5297
                              Fax: 907 276-5291
                              E-mail: mark@wilkersonlaw.net
                              Attorneys for Plaintiff Allstate
                              AK Bar No. 8310157
```

DATED this 7th day of August, 2007.

```
                              SANDBERG, WUESTENFELD & COREY
                              Attorneys for Defendant


                          By:s/Mark Sandberg
                             Mark Sandberg
                             701 West 8th Avenue, Suite 1100
                             Anchorage, AK  99501
                             Phone: 907 276-6363
                             Fax: 907 276-3528
                             E-mail: msandberg@aol.com
                             Attorneys for Defendant Herron
                             AK Bar No. 7510084
```

2