```
             MINUTES OF THE UNITED STATES DISTRICT COURT
                         DISTRICT OF ALASKA
```

ALLSTATE INSURANCE COMPANY   vs.   CHARLES HERRON

BEFORE THE HONORABLE TIMOTHY M. BURGESS   CASE NO. 3:04-CV-00043-TMB

DEPUTY CLERK/RECORDER:   SUZANNETTE LUCERO

APPEARANCES:   PLAINTIFF:   MARK WILKERSON / GARY ZIPKIN

               DEFENDANT:   MARK SANDBERG

PROCEEDINGS: STATUS CONFERENCE HELD 8/23/07:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 2:04 p.m. court convened.

Court and counsel heard re parties' proposed trial dates; Court to notify parties re trial date.

Court and counsel heard re settlement discussions; Mr. Wilkerson to inform the Court by tomorrow re setting a settlement conference before Judge Ralph R. Beistline.

At 2:13 p.m. court adjourned.

DATE:   August 23, 2007        DEPUTY CLERK'S INITIALS:   SCL

Revised 6/18/07