Mark E. Wilkerson, Esq.
Wilkerson Hozubin
310 K Street, Suite 405
Anchorage, Alaska 99501
Phone: 907-276-5297
Fax:   907-276-5291
Email: mark@wilkersonlaw.net

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ALLSTATE INSURANCE COMPANIES, )<br>)<br>    Plaintiffs,           )<br>)<br>    v.                    )<br>)<br>CHARLES HERRON,            )<br>)<br>    Defendant.            )<br>_____ ) | No. 3:04-cv-00043-TMB |

**ALLSTATE'S NOTICE TO COURT RE SETTLEMENT CONFERENCE**

Pursuant to the Court's Minute Order of August 23, 2007 [Docket 189], Allstate hereby provides notice that it will participate in a settlement conference in front of Judge Ralph R. Beistline.

DATED at Anchorage, Alaska, this 29th day of August, 2007.

WILKERSON HOZUBIN
Attorneys for Plaintiff


By: _s/Mark E. Wilkerson_____
    Wilkerson Hozubin
    310 K Street, Suite 405
    Anchorage, Alaska 99501
    Phone: 907-276-5297
    Fax:   907-276-5291
    Email: mark@wilkersonlaw.net
    Alaska Bar No. 8310157

CERTIFICATE OF SERVICE
I hereby certify that on the
29th day of August, 2007, a copy
of the foregoing document was served
electronically on:

Gary A. Zipkin
Mark A. Sandberg


WILKERSON HOZUBIN

By:___s/Mark E. Wilkerson_____
1000/788/pleadings/Ntc re Settlement Conf