Mark A. Sandberg
SANDBERG, WUESTENFELD & COREY
701 W. 8th Ave., Suite 1100
Anchorage, Alaska  99501
Phone: (907) 276-6363
Fax:   (907) 276-3528
Email:  msandberg@aol.com

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ALLSTATE INSURANCE COMPANIES, )<br>)<br>Plaintiff,    )<br>)<br>v.            )<br>)<br>CHARLES HERRON,              )<br>)<br>Defendant.  )<br>_____) | Case No. 3:04-CV-0043 (TMB) |

**HERRON'S NOTICE TO COURT RE SETTLEMENT CONFERENCE**

Defendant hereby provides notice that the person to whom he assigned his rights is agreed to participate in a settlement conference in front of Judge Ralph R. Beistline.

DATED this 29th day of August 2007, in Anchorage, Alaska.

s/ Mark A. Sandberg
701 W 8th Avenue, Ste. 1100
Anchorage, Alaska 99501
Phone: (907) 276-6363
Fax: (907) 276-3528
E-Mail: msandberg@aol.com
Alaska Bar No.: 7510084

Certificate of Service

I hereby certify that on this 29th day of August, 2007 a copy of the foregoing was served electronically on:

Mark Wilkerson, Esq.
Wilkerson, Hozubin & Burke
310 K Street, Suite 405
Anchorage, Alaska  99501

Gary A. Zipkin, Esq.
Guess & Rudd, P.C.
510 L Street, Suite 700
Anchorage, AK  99501


s/ Mark A. Sandberg

**HERRON'S NOTICE TO COURT RE SETTLEMENT CONFERENCE**
*Allstate v. Herron*
Case No. 3:04-cv-0043 (TMB)
Page 2 of 2