UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

ALLSTATE INSURANCE CO.   v.   CHARLES HERRON

DATE:   October 2, 2007      CASE NO.   3:04-CV-0043-TMB

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS**
**RE SETTLEMENT CONFERENCE**

---

It does not appear that this matter can be settled without the involvement of Mary Kenick and some indication (by way of a confidential settlement memorandum) of her settlement position. The Court would gladly oversee a settlement conference where all involved parties took part. Absent this, however, the Court will not do so.

The parties shall notify the Court of their decision regarding this by **October 12, 2007.**

M.O. RE SETTLEMENT CONFERENCE