Mark E. Wilkerson, Esq.
Wilkerson Hozubin
310 K Street, Suite 405
Anchorage, Alaska 99501
Phone: 907-276-5297
Fax:   907-276-5291
Email: mark@wilkersonlaw.net

Attorneys for Plaintiff Allstate Insurance Companies

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ALLSTATE INSURANCE COMPANIES, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>CHARLES HERRON, )<br>)<br>Defendant. )<br>_____ ) | No. 3:04-cv-00043-TMB |

**PLAINTIFF'S RESPONSE TO COURT RE: MINUTE ORDER**

Plaintiff, Allstate Insurance Companies, pursuant to the Court's Minute Order at Docket 193, hereby notifies the Court that it has no objection to Mary Kenick, or for that matter Angelina Trailov and Mary Kenick, participating in any forthcoming settlement conference.  Allstate has never objected to their participation, and so informed counsel for Kenick and Trailov on September 24, 2007.  See attached letter from Gary Zipkin to Dennis Mestas.

DATED at Anchorage, Alaska, this 5th day of October, 2007.

          WILKERSON HOZUBIN
          Attorneys for Plaintiff

     By: s/Mark E. Wilkerson
        Wilkerson Hozubin
        310 K Street, Suite 405
        Anchorage, Alaska 99501
        Phone: 907-276-5297
        Fax: 907-276-5291
        Email: mark@wilkersonlaw.net
        Alaska Bar No. 8310157

CERTIFICATE OF SERVICE
I hereby certify that on the
5th day of October, 2007, a copy
of the foregoing document was served
electronically on:

Gary A. Zipkin
Mark A. Sandberg


WILKERSON HOZUBIN

By: s/Mark E. Wilkerson
1000/788/pleadings/Ntc re Minute Order