GARY A. ZIPKIN
LOUIS R. VEERMAN
JAMES D. LINXWILER
JAMES D. DEWITT
GEORGE R. LYLE
MICHAEL S. MCLAUGHLIN
SUSAN M. WEST
MICHAEL K. NAVE
JONATHAN A. WOODMAN
AISHA TINKER BRAY
GREGORY G. SILVEY
MATTHEW COOPER
CHRISTINA RANKIN
PAMELA D. WEISS
MOLLY C. BROWN
NATHAN R. HAINES

LAW OFFICES OF
**Guess & Rudd**
P.C.

510 L STREET, SUITE 700
ANCHORAGE, ALASKA 99501-1964
TELEPHONE (907) 793-2200
FACSIMILE (907) 793-2299
www.guessrudd.com




RECEIVED
FRANCIS E. SMITH, JR. 1932-1975
1933-1978
1941-1991

SEP 26 2007

OFFICES IN
ANCHORAGE & FAIRBANKS

OF COUNSEL
JOSEPH J. PERKINS, JR.

WILKERSON HOZUBIN

September 24, 2007

Dennis M. Mestas, Esq.
Law Offices of Dennis M. Mestas
745 W. 4th Avenue, Suite 306
Anchorage, Alaska 99501

<u>Via Facsimile: 272-4354</u>

Re: Allstate v. Herron
<u>Our File No. 5976.1</u>

Dear Dennis:

This follows-up on our phone conversation earlier today.

Allstate has no objection if you wish to participate in any settlement conference which may take place in this matter and Allstate will not maintain that your participation somehow constitutes a waiver by your clients of any objection that they may have to federal court jurisdiction over them or their claims. As I said on the phone, I do not believe this needs to be formalized by way of a stipulation that would be filed in this action. If, however, Mark Sandberg wishes to provide the court with some form of agreement by the parties with respect to your participation in settlement discussions, he should feel free to attach this letter to his settlement memorandum.

Very truly yours,

GUESS & RUDD P.C.

Gary A. Zipkin

GAZ/jmh    F:\DATA\5976\1\CORRESP\10 gaz Mestas.doc

cc: Mike Mulvihill, Esq. (Claim No. 3322751094 AKB)
    Rebecca Hozubin, Esq.
    Mark Wilkerson, Esq.
    Mark Sandberg, Esq.