UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

<u>ALLSTATE INSURANCE COMPANIES</u>   v.   <u>CHARLES HERRON</u>

DATE:   <u>October 10, 2007</u>     CASE NO.   <u>3:04-CV-0043-TMB</u>

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS**
**RE SETTLEMENT CONFERENCE**

---

In response to Plaintiff's Response to Court re Minute Order (Docket 194), the Court needs to hear from Mary Kenick and Angelina Trailov regarding their willingness to participate in a settlement conference and their confidential settlement positions.

M.O. RE SETTLEMENT CONFERENCE