Mark A. Sandberg
SANDBERG, WUESTENFELD & COREY
701 W. 8th Ave., Suite 1100
Anchorage, Alaska  99501
(907) 276-6363

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ALLSTATE INSURANCE COMPANIES, ) <br> ) <br>        Plaintiff,    ) <br> ) <br>   v.                      ) <br> ) <br> CHARLES HERRON,         ) <br> ) <br>        Defendant.    ) <br> ) | Case No. A04-0043 CV (TMB) |

**NOTICE TO THE COURT CONCERNING KENICK AND TRAILOV PARTICIPATION**

**IN MEDIATION**

Herron files this notice in response to the Minute Orders of October 2 and October 10, 2007.

Dennis Mestas, counsel for Mary Kenick and Angelina Trailov, informs me that his clients are agreeable to participating in a settlement conference before the Honorable Ralph Beistline if the federal court will issue a minute order stating that, in the event mediation is unsuccessful, Allstate

cannot use that fact of their participation in the conference for any purpose in any litigation.

I have been informed by Mark Wilkerson that he does not believe Allstate would object to entry of such an Order. I was hopeful Mr. Wilkerson would confirm that today, but I have not heard from him as this is written.

Following entry of such an Order, Mr. Mestas would submit a confidential settlement memorandum to Judge Beistline's chambers. Mr. Mestas also informs me that he is generally available for a conference any time before the end of the year, except for the first ten days of November.

DATED this 12 day of October 2007, in Anchorage, Alaska.

    s/ Mark A. Sandberg_
    701 W 8th Avenue, Ste. 1100
    Anchorage, Alaska 99501
    Phone: (907) 276-6363
    Fax: (907) 276-3528
    E-Mail: msandberg@aol.com
    Alaska Bar No.: 7510084

CERTIFICATE OF SERVICE

I hereby certify that a true and
correct copy of the foregoing was
served electronically
this 12 day of October 2007 upon:

Mark Wilkerson, Esq.
Wilkerson, Hozubin & Burke
310 K Street, Suite 405
Anchorage, Alaska  99501

Gary A. Zipkin, Esq.
Guess & Rudd, P.C.
510 L Street, Suite 700
Anchorage, AK  99501


s/ Mark A. Sandberg