Mark A. Sandberg
SANDBERG, WUESTENFELD & COREY
701 W. 8th Ave., Suite 1100
Anchorage, Alaska  99501
(907) 276-6363

Attorneys for Defendant


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ALLSTATE INSURANCE COMPANIES, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CHARLES HERRON, ) <br> ) <br> Defendant. ) <br> ) | Case No. A04-0043 CV (TMB) |


**<u>NOTICE TO THE COURT</u>**

Charles Herron files this notice in response to Judge Beistline's Minute Order of October 16, 2007.  That Order states:

> "In the event this Court elects to conduct a settlement conference (mediation) in which Charles Herron participates, Allstate cannot use the fact that Charles Herron participated in such a conference for any purpose if the mediation is unsuccessful."

NOTICE TO THE COURT
*Allstate v. Herron*
Case No. A04-0043 CIV (TMB)
Page 1 of 3

The parties believe that the Order may contain a typographical error. I have spoken to Mark Wilkerson, counsel for Allstate, about this and the parties are agreed that the names "Angelina Trailov and Mary Kenick" should be substituted for the name "Charles Herron" in the order.

Assuming that a new Minute Order changing the names is entered, Angelina Trailov and Mary Kenick (the assignees of Herron's claims against Allstate) will promptly submit a Confidential Settlement Memorandum to Judge Beistline so that he may advise the parties whether he is willing to conduct a mediation.

DATED this 17 day of October 2007, in Anchorage, Alaska.

s/ Mark A. Sandberg
701 W 8th Avenue, Ste. 1100
Anchorage, Alaska 99501
Phone: (907) 276-6363
Fax: (907) 276-3528
E-Mail: msandberg@aol.com
Alaska Bar No.: 7510084

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by ( ) mail ( ) fax ( ) hand this 17 day of October 2007 upon:

Mark Wilkerson, Esq.
Wilkerson, Hozubin & Burke
310 K Street, Suite 405
Anchorage, Alaska  99501

Gary A. Zipkin, Esq.
Guess & Rudd, P.C.
510 L Street, Suite 700
Anchorage, AK  99501


s/ Mark A. Sandberg_