Mark A. Sandberg
SANDBERG, WUESTENFELD & COREY
701 W. 8th Ave., Suite 1100
Anchorage, Alaska  99501
(907) 276-6363

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ALLSTATE INSURANCE COMPANIES, ) ) Plaintiff, ) ) v. ) ) CHARLES HERRON, ) ) Defendant. ) ) | Case No. A04-0043 CV (TMB) |

**NOTICE TO THE COURT**

　　　This Notice is in response to Judge Beistline's Minute Order of October 18, 2007 regarding the participation of Angelina Trailov and Mary Kenick in a Mediation.

　　　Today I spoke with Dennis Mestas, counsel for Trailov and Kenick, and provided him a copy of the Order.  Mr. Mestas said

he would submit a Confidential Settlement Memorandum to Judge Beistline not later than October 26, 2007, and earlier if possible.

DATED this 19 day of October 2007, in Anchorage, Alaska.

s/ Mark A. Sandberg
701 W 8th Avenue, Ste. 1100
Anchorage, Alaska 99501
Phone: (907) 276-6363
Fax: (907) 276-3528
E-Mail: msandberg@aol.com
Alaska Bar No.: 7510084

CERTIFICATE OF SERVICE

I hereby certify that a true and
correct copy of the foregoing was
served electronically
this 19 day of October 2007 upon:

Mark Wilkerson, Esq.
Wilkerson, Hozubin & Burke
310 K Street, Suite 405
Anchorage, Alaska  99501

Gary A. Zipkin, Esq.
Guess & Rudd, P.C.
510 L Street, Suite 700
Anchorage, AK  99501


s/ Mark A. Sandberg