Rebecca J. Hozubin, Esq.
Wilkerson Hozubin
310 K Street, Suite 405
Phone: 907 276-5297
Fax: 907 276-5291
E-mail: Rebecca@wilkersonlaw.net
AK Bar #9806016

Attorneys for Plaintiff Allstate

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ALLSTATE INSURANCE COMPANIES, )<br>)<br>Plaintiffs,   )<br>)<br>vs.   )<br>)<br>CHARLES HERRON,   )<br>)<br>Defendant.   )<br>_____) | Case No. A04-0043 CV (TMB) |

**UNOPPOSED MOTION TO RESCHEDULE SETTLEMENT CONFERENCE**

Allstate Insurance Companies, through counsel, Wilkerson Hozubin, hereby provides notice to the court of the parties' unavailability for a settlement conference scheduled before Judge Beistline on November 20, 2007 [Docket 201]. The parties have conferred, and all are available for a settlement conference on December 20, 2007. Allstate, therefore, motions the court to reschedule the settlement conference to December 20, 2007. This motion is unopposed. A proposed order is filed herewith.

DATED this 15th day of November, 2007.

        WILKERSON HOZUBIN
        Attorneys for Plaintiff


By: s/Rebecca J. Hozubin
    Rebecca J. Hozubin
    310 K Street, Suite 405
    Phone: 907 276-5297
    Fax: 907 276-5291
    E-mail: rebecca@wilkersonlaw.net
    Attorneys for Plaintiff Allstate
    AK Bar No. 9806016

**CERTIFICATE OF SERVICE**
I hereby certify that on
November 15, 2007, a true and
correct copy of the foregoing was
served electronically on the following:

Mark A. Sandberg, Esq.

And Via Fax On:

Dennis Mestas, Esq.


WILKERSON HOZUBIN

By:   s/Rebecca J. Hozubin
1000.788/plead/Dec Action/Unopp Mtn to Reschedule