Rebecca J. Hozubin, Esq.
Wilkerson Hozubin
310 K Street, Suite 405
Phone: 907 276-5297
Fax: 907 276-5291
E-mail: Rebecca@wilkersonlaw.net
AK Bar #9806016

Attorneys for Plaintiff Allstate

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ALLSTATE INSURANCE COMPANIES, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) |
| | ) |
| CHARLES HERRON, | ) |
| | ) |
| Defendant. | ) |
| | ) Case No. A04-0043 CV (TMB) |

**ORDER GRANTING UNOPPOSED MOTION TO RESCHEDULE SETTLEMENT CONFERENCE**

IT IS SO ORDERED that plaintiff's Unopposed Motion to Reschedule Settlement Conference is GRANTED. The settlement conference is now scheduled for December 20, 2007.

DATED: _____

_____
RALPH R. BEISTLINE
U.S. District Court Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on
November 15, 2007, a true and
correct copy of the foregoing was
served electronically on the following:

Mark A. Sandberg, Esq.

And Via Fax On:

Dennis Mestas, Esq.


WILKERSON HOZUBIN

By:    s/Rebecca J. Hozubin
1000.788/plead/Dec Action/Unopp Mtn Resched.Order.2