Mark E. Wilkerson, Esq.
Wilkerson Hozubin
310 K Street, Suite 405
Phone: 907 276-5297
Fax: 907 276-5291
E-mail: mark@wilkersonlaw.net
AK Bar #8310157

Attorneys for Plaintiff Allstate

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ALLSTATE INSURANCE COMPANIES, ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> CHARLES HERRON, ) <br> ) <br> Defendant. ) <br>_____) | Case No. A04-0043 CV (TMB) |

**SECOND UNOPPOSED MOTION TO RESCHEDULE SETTLEMENT CONFERENCE**

    Allstate Insurance Companies, through counsel, Wilkerson Hozubin, pursuant to the Court's Order at Docket 203, hereby files its Second Unopposed Motion to Reschedule Settlement Conference. The parties have again conferred and have determined that all will be available for a settlement conference before Judge Beistline on January 2, 3 or 4, 2008. Allstate therefore moves the Court to set the settlement conference for one of the above-designated dates. This motion is unopposed. A proposed order is filed herewith.

DATED this 19th day of November, 2007.

          WILKERSON HOZUBIN
          Attorneys for Plaintiff

By: s/Mark E. Wilkerson
    Mark E. Wilkerson
    310 K Street, Suite 405
    Phone: 907 276-5297
    Fax: 907 276-5291
    E-mail: mark@wilkersonlaw.net
    Attorneys for Plaintiff Allstate
    AK Bar No. 8310157

**CERTIFICATE OF SERVICE**
I hereby certify that on
November 19, 2007, a true and
correct copy of the foregoing was
served electronically on the following:

Mark A. Sandberg, Esq.

And Via Fax On:

Dennis Mestas, Esq.

WILKERSON HOZUBIN

By:   s/Mark E. Wilkerson
1000.788/plead/Dec Action/Unopp Mtn to Reschedule.2