Mark E. Wilkerson, Esq.
Wilkerson Hozubin
310 K Street, Suite 405
Phone: 907 276-5297
Fax: 907 276-5291
E-mail: mark@wilkersonlaw.net
AK Bar #8310157

Attorneys for Plaintiff Allstate

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ALLSTATE INSURANCE COMPANIES, )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>CHARLES HERRON, )<br>)<br>Defendant. )<br>_____) | Case No. A04-0043 CV (TMB) |

**ORDER GRANTING SECOND UNOPPOSED MOTION TO RESCHEDULE SETTLEMENT CONFERENCE**

IT IS SO ORDERED that plaintiff's Second Unopposed Motion to Reschedule Settlement Conference is GRANTED. The settlement conference is now scheduled for _____, 2008.

DATED:_____    _____
                         RALPH R. BEISTLINE
                         U.S. District Court Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on
November 19, 2007, a true and
correct copy of the foregoing was
served electronically on the following:

Mark A. Sandberg, Esq.

<u>And Via Fax On</u>:

Dennis Mestas, Esq.


WILKERSON HOZUBIN

By: <u>  s/Mark E. Wilkerson    </u>
1000.788/plead/Dec Action/Unopp Mtn Resched.Order2

2