Mark A. Sandberg
SANDBERG, WUESTENFELD & COREY
701 W. 8th Ave., Suite 1100
Anchorage, Alaska  99501
(907) 276-6363

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ALLSTATE INSURANCE COMPANIES, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CHARLES HERRON, )<br>)<br>Defendant. )<br>_____ ) | Case No. A04-0043 CV (TMB) |

**UNOPPOSED MOTION TO RESCHEDULE TRIAL SETTING CONFERENCE**

Herron, through counsel, Sandberg, Wuestenfeld & Corey hereby provides notice to the court of the parties' unavailability for the trial setting conference scheduled before Judge Burgess on January 10, 2008 [Docket 206]. The parties have conferred, and all are available for a trial setting conference during the morning hours, any day between January 16th and January 18th, 2008.

DATED this 7 day of January 2008, in Anchorage, Alaska.

s/ Mark A. Sandberg
701 W 8th Avenue, Ste. 1100
Anchorage, Alaska 99501
Phone: (907) 276-6363
Fax: (907) 276-3528
E-Mail: msandberg@aol.com
Alaska Bar No.: 7510084

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by ( ) mail ( ) fax ( ) hand this 7 day of January 2008 upon:

Mark Wilkerson, Esq.
Wilkerson, Hozubin & Burke
310 K Street, Suite 405
Anchorage, Alaska  99501

Gary A. Zipkin, Esq.
Guess & Rudd, P.C.
510 L Street, Suite 700
Anchorage, AK  99501


s/ Mark A. Sandberg