```
             MINUTES OF THE UNITED STATES DISTRICT COURT
                         DISTRICT OF ALASKA
```

ALLSTATE INSURANCE COMPANY vs. CHARLES HERRON

BEFORE THE HONORABLE TIMOTHY M. BURGESS  CASE NO. 3:04-CV-00043-TMB

DEPUTY CLERK/RECORDER: ALEXIS GUTIERREZ/ SUZANNETTE LUCERO

APPEARANCES:    PLAINTIFF: REBECCA HOZUBIN

                DEFENDANT: MARK SANDBERG

PROCEEDINGS: TRIAL SETTING CONFERENCE HELD JANUARY 25, 2008:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 8:31 a.m. court convened.

Court and counsel heard re possible trial dates.

Court to send parties a minute order setting Final Pre-Trial Conference and Trial by Jury dates.

At 8:40 a.m. court adjourned.

DATE: January 25, 2008     DEPUTY CLERK'S INITIALS: AXG/SCL

Revised 6/18/07