Mark A. Sandberg
SANDBERG, WUESTENFELD & COREY
701 W. 8th Ave., Suite 1100
Anchorage, Alaska  99501
(907) 276-6363

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ALLSTATE INSURANCE COMPANIES, )<br>　　　　　　　　　　　　　　　　)<br>　　　　Plaintiff,　　　　　　　)<br>　　　　　　　　　　　　　　　　)<br>　v.　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　)<br>CHARLES HERRON,　　　　　　　　)<br>　　　　　　　　　　　　　　　　)<br>　　　　Defendant.　　　　　　　)<br>　　　　　　　　　　　　　　　　) | Case No. 3:04-cv-0043 TMB |

## NOTICE OF SUPPLEMENTAL EXPERT DISCLOSURE

Defendant hereby gives notice that a supplemental Expert Report of Robert Wainscott, analyzing documents that have been produced by Allstate after Mr. Wainscott's original report, has been served upon the plaintiff.

DATED this 19 day of March 2008, in Anchorage, Alaska.

s/ Mark A. Sandberg
701 W 8th Avenue, Ste. 1100
Anchorage, Alaska 99501
Phone: (907) 276-6363
Fax: (907) 276-3528
E-Mail: msandberg@aol.com
Alaska Bar No.: 7510084

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by ( x ) mail ( x ) fax (  ) hand this 19 day of March 2008 upon:

Mark Wilkerson, Esq.
Wilkerson, Hozubin & Burke
310 K Street, Suite 405
Anchorage, Alaska  99501

Gary A. Zipkin, Esq.
Guess & Rudd, P.C.
510 L Street, Suite 700
Anchorage, AK  99501


s/ Mark A. Sandberg