```
*** ONLY EMPLOYEE DPH3 CAN UPDATE THE STATEMENT YOU HAVE SELECTED ***
 DESK: AKB                  INVOLVED PERSON STATEMENT              PAGE:    1 OF   1
 332 275109 4   DOL: 09 - 14 - 2002   INSD:  MARGARET        HERRON
 ID: 01     MARGARET                     HERRON
            OWNER
 HOME PHONE: (907)543-4377    BUS PHONE: (907)543-4810           HRS:  -
                              STMT EMPL NAME:  CRAIG       J ELKINS
 DATE: 09 - 18 - 2002         STATEMENT TYPE:  PL COMMENTS
 EFFECT ON INSD LIAB AND/OR CLMT DAMAGES:       (0=NONE 1=FAV 2= UNFAV)
 NOTIFY:
 ANALYSIS:
 RENEE
   ENSURE THAT YOU HAVE CLAIM ACK LETTER TO ALL INVOLVED PARTIES---
 DOC THIS TODAY
   WHO IS ADVISING INSURED NOT TO TALK TO ANYONE ON THIS MATTER
   INQUIRE OF CLMTS PARENTS IF ANY OTHER MEDICAL COLLATERAL SOURCE
 SECURE P/R
     FOLLOWUP ON MATRIX REQUIREMENTS
       SEC CERT DEC AND AGENT APPLICATION--- WAIVER ISSUE
 ADVISE ME WHEN DONE THIS WEEK--C
 NOTIFY USED ON 09/18/2002, SENT TO: DPH3
 09/18/2002                                                      703957

 PF5-SCHED F/U  PF7-BACKWD  PF8-FRWD  PF9-PRINT  PF11-PREV STMT  PF12-NEXT STMT
 *** ONLY EMPLOYEE DJ1F CAN UPDATE THE STATEMENT YOU HAVE SELECTED ***
  DESK: AKB                  INVOLVED PERSON STATEMENT              PAGE:    1 OF   1
```

EXHIBIT 1