Page 1

1              IN THE UNITED STATES DISTRICT COURT
2                    FOR THE STATE OF ALASKA
3    ─────────────────────────────────────────────
     ALLSTATE INSURANCE                )
4    COMPANIES,                        )
                                       )
5                  Plaintiff,          )
                                       )
6         vs.                          )
                                       )
7    CHARLES HERRON,                   )
                                       )
8                  Defendant.          )
     ─────────────────────────────────)
9    Case No. A04-0043 CV (JKS)
10
     ─────────────────────────────────────────────
11
                   DEPOSITION OF LORI BARRA
12
     ─────────────────────────────────────────────
13
                       Pages 1 - 72
14                Thursday, March 16, 2006
                         1:41 P.M.
15
                Taken by Counsel for Defendant
16                          at
               SANDBERG, WUESTENFELD & COREY
17          701 West Eighth Avenue, Suite 1100
                     Anchorage, Alaska
18
19
20
21
22
23
24
25

COPY

Page 48

1  conversation.
2     Q   So you don't know who she's agreeing with?
3     A   That would be correct.
4     Q   In any event, it isn't with you?
5     A   No.
6     Q   Was this an assessment with which you
7  ultimately agreed? In other words, that Angelina
8  would probably receive the $100,000 liability limits
9  in the Bethel venue?
10    A   I will say that if I thought that the claim
11 initially was worth 100,000 liability limits, I would
12 have given Kathy that authority and not sent the file
13 to Karen.
14    Q   So you weren't sure?
15    A   That would be correct.
16    Q   And we'll come to what you actually had to
17 say, eventually, but let's continue with this.
18        "I suggest discuss this case value and NIED
19 claim with local counsel, prior" -- and I don't even
20 know where that goes.
21    A   "To making recommendation to home office."
22 That would be to page 2.
23    Q   Okay. It continues, in other words, at the
24 top of 49?
25    A   Yes.

Page 49

1     Q   Then it says: "I do not feel" -- and it goes
2  on from there, discussing the NIED claim.
3         All right. On the 29th Karen enters this
4  into the system, correct?
5     A   Yes.
6     Q   Does she also discuss the case with you?
7     A   No. I do not recall any conversation about
8  the case.
9     Q   So does the claim file physically come back
10 to you, if you know?
11    A   Well, it would either have gone back to me or
12 to Kathy.
13    Q   Well, then how do you know she's done? Just
14 this entry? That Karen is done, I'm sorry.
15    A   No. I will say to you that I have -- based
16 on reading this document, my best guess would be that
17 Karen gave me the file, because these comments are
18 directed to Kathy Berry, as seen on 51, where, down at
19 the bottom, it says "notify used on 5/29/2003, sent to
20 DHTT."
21    Q   What does that mean?
22    A   That means that when Karen put this entry in
23 here, she sent it to DHTT, which is Kathy Berry.
24    Q   Okay.
25    A   So I must have been given the physical file.

Page 50

1  I don't recall that, but I would guess that that's how
2  I knew that Karen had made comments, because she
3  didn't copy me with these.
4     Q   A little while ago we were looking at 4343
5  through 4345. Do you still have those in front of
6  you?
7     A   Yes.
8     Q   The evaluation consultant recommendation is
9  dated 5/30/03, correct?
10    A   Yes.
11    Q   Is that your recommendation?
12    A   That's my entry.
13    Q   Okay. So when it says evaluation consultant
14 recommendation, did you in fact make a recommendation
15 on May the 30th, 2003?
16    A   I filled out this recommendation based on
17 Karen's comments from 5/29, as I believe I note in the
18 comment section.
19    Q   Okay. Let's go to that, then. We're now
20 looking at 4345?
21    A   Yes.
22    Q   And I'm going to have to ask you to help me
23 translate some acronyms here. But first of all,
24 looking up at the top, one thing that has mystified us
25 continually, is, under Evaluation Comments, first it

Page 51

1  begins ALB, that's you, right?
2     A   Yes.
3     Q   And then it says 5/30/03, and then it says
4  7:41 p.m. Is that in Chicago?
5     A   It's -- I believe it's Eastern Standard Time.
6     Q   In any event, you're not at the Anchorage
7  claim office at 7:41 on May 30th?
8     A   Not on this date, I was not, no.
9     Q   Let me ask that more precisely.
10        Do you believe that you generated this
11 comment at 7:41 p.m. on May the 30th, Anchorage,
12 Alaska time?
13    A   No.
14    Q   You believe it was either 3:41 or 4:41,
15 depending upon where the clock is?
16    A   Yes. I would say that's accurate, yes.
17    Q   Either Eastern or Central Time?
18    A   Yes.
19    Q   Depending on whether it's East Coast or
20 Northbrook time?
21    A   Yes. I'm not sure why I believe it's East
22 Coast, but I think I might have made an entry at some
23 point in time and checked it to my watch.
24    Q   Okay. In any event, you don't believe you
25 were actually in the Anchorage office at 7:41 p.m.?