Case 3:04-cv-00043-TMB   Document 212-5   Filed 04/01/2008   Page 1 of 1

SSP221-1

**INVOLVED PERSON STATEMENT**   INSD: MARGARET   HERRON
TRAILOV

DESK: AKB
ID: 332 275109 4   DOL: 09 - 14 - 2002
HOME PHONE: (907)543-1993   BUS PHONE: ( )   HRS: -
ANGELINA
PASSENGER
KATHY, LORI

DATE: 05 - 29 - 2003   STMT EMPL NAME: KAREN   M PETERSEN
STATEMENT TYPE: PL COMMENTS
EFFECT ON INSD LIAB AND/OR CLMT DAMAGES: (0=NONE 1=FAV 2= UNFAV)
NOTIFY:
ANALYSIS:
KATHY, LORI
NEED TO OPEN SU
04 HAD OVER 39K MEDS (25K PAID DIRECT TO ATTY UNDER MED PAY) SIGNIFICANT
OBJECTIVE INJURY, BETHEL VENUE
REQUEST AUTHO FROM HOME OFFICE WITH EC RECOMMENDATIONS IN 09-PF8 SCREEN
PLEASE NOTE THERE ARE SEVERAL LIEN NOTICES
THE ANS LIEN HAS BEEN RECORDED IN COURT. WE NEED TO ASSURE THIS IS PAID
WITH LIAB SETTLEMENT.
ATTY HAS DEMANDED POL LIM FOR 04, AND FOR NIED CLAIM FOR HER MOTHER,
I AGREE 04 WOULD PROBABLY RECEIVE THE 100K LIAB LIMITS IN BETHEL VENUE,
LIKELY THE 100K SU LIMITS ALSO.
I SUGGEST DISCUSS THIS CASE VALUE, AND NIED CLAIM, WITH LOCAL COUNSEL, PRIOR
PF5-SCHED F/U   PF7-BACKWD   PF8-FRWD   PF9-PRINT   PF11-PREV STMT   PF12-NEXT STMT
*** ONLY EMPLOYEE DMON CAN UPDATE THE STATEMENT YOU HAVE SELECTED ***

PAGE: 2 OF 4

701116

100048

---

**INVOLVED PERSON STATEMENT**   INSD: MARGARET   HERRON
TRAILOV

DESK: AKB
ID: 332 275109 4   DOL: 09 - 14 - 2002
HOME PHONE: (907)543-1993   BUS PHONE: ( )   HRS: -
ANGELINA
PASSENGER

DATE: 05 - 29 - 2003   STMT EMPL NAME: KAREN   M PETERSEN
STATEMENT TYPE: PL COMMENTS
EFFECT ON INSD LIAB AND/OR CLMT DAMAGES: (0=NONE 1=FAV 2= UNFAV)

ANALYSIS:
05/29/2003
IN MAKING RECOMMENDATION TO HOME OFFICE.
I DO NOT FEEL WE HAVE SUFFICIENT INFO TO DETERMINE IF CLMT MOTHER HAS A
VALID NIED CLAIM. IF SHE DOES, WOULD BE LIAB ONLY, REVIEW POLICY, I DO NOT
THINK SHE WOULD QUALIFY AS AN INSURED UNDER UIM.
THE EMERGENCY ROOM RECORD REFLECTS CLMT WAS BROUGHT IN AT 1:45 A.M.
IT IS UNCLEAR WHEN MOTHER WAS NOTIFIED OF INJURY AND WHEN SHE ARRIVED AT
HOSPITAL, OR WHAT CONDITION CLMT WAS IN.
THERE IS NOTE THAT FAMILY AT BEDSIDE AT 5:21AM
ATTY AGREES THAT MOTHER DID NOT HAVE 'SENSORY AND CONTEMPORANEOUS OBSERVANCE
OF THE ACCIDENT' BUT FEELS THAT HER OBSERVATION OF INJURIES WAS CLOSE ENOUGH
TO TIME OF ACCIDENT THAT THE COURT'S WOULD ALLOW NIED CLAIM
PF5-SCHED F/U   PF7-BACKWD   PF8-FRWD   PF9-PRINT   PF11-PREV STMT   PF12-NEXT STMT
*** ONLY EMPLOYEE DMON CAN UPDATE THE STATEMENT YOU HAVE SELECTED ***

701117

100049

EXHIBIT 5