IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

ALLSTATE INSURANCE COMPANIES,

    Plaintiff,

vs.

CHARLES HERRON,

    Defendant.

NO: A04-0043 CV (JKS)


DEPOSITION OF KAREN PETERSEN

Thursday, September 29, 2005, 11:46 a.m.

Anchorage, Alaska


**Alaska Stenotype Reporters**
511 West Ninth Avenue
Anchorage AK 99501-3520
*Serving Alaska Since 1953*

Rick D. McWilliams, RPR, Ret.
Fred M. Getty, RPR, Ret.



Exhibit 6
Page 1 of 2

Page 1

**Page 81**

1  Q.    So somewhere there should be an 09-PF8
2  screen with Lori's thought process on it?
3  A.    Yes.
4  Q.    Then it says, "Please note there are several
5  lien notices. The ANS lien has been recorded in
6  court. We need to assure this is paid with liability
7  settlement." How come?
8  A.    Because they had recorded a lien against the
9  liability settlement.
10 Q.    Would -- in an instance like this, would
11 Allstate effectively subrogate? In other words, would
12 Allstate reduce the payout to Angelina Trailov on the
13 liability side based upon the fact she'd already
14 gotten $25,000 in med pay?
15 A.    There would be an offset for that 25,000.
16 Q.    And is that, in fact, what happened, do you
17 know?
18 A.    I don't know.
19 Q.    But there should be an offset subtracting
20 the 25 -- recovering the $25,000 --
21 A.    No.
22 Q.    -- out of the --
23 A.    No, no. It's not a recovery process.
24 Q.    Just another -- just a reduction in damages,
25 in other words, a credit for the 25 that already was

**Page 82**

1  paid.
2  A.    A credit for the 25,000 that was already
3  paid under the med pay.
4  Q.    But an insured like Angelina Trailov would
5  collect both the med pay and the 112,000 if her claim
6  was worth it.
7  A.    Correct.
8  Q.    Okay. And so the reason we need to assure
9  this is paid with the liability settlement was simply
10 to make sure that Allstate didn't end up with a
11 problem where it had to pay more, again because it
12 knew about the recorded lien?
13 A.    To properly protect our insured, we know
14 we've got this recorded lien out there. So my notice
15 is put here so that this is part of the resolution of
16 the claim. If ANS needs to be named on the final
17 check, then that's what happens. But typically,
18 there's a discussion with plaintiff counsel.
19 Q.    Okay. Now, it says "Attorney has
20 demanded pol lim." Is that policy limits for 04?
21 A.    Yes.
22 Q.    So the attorney has demanded policy limits
23 for Angelina Trailov.
24 A.    Correct.
25 Q.    And it says "and for NIED claim for her

**Page 83**

1  mother." Then go to the next line. It says, "I agree
2  04 would probably receive the 100K liability limits in
3  Bethel venue, likely the 100K SU limits also."
4        The 100K SU limits would be the UIM
5  coverage?
6  A.    Yes.
7  Q.    So you agreed that Angelina Trailov would
8  probably receive the $100,000 in liability limits in
9  Bethel, plus likely the $100,000 in UIM coverage as
10 well.
11 A.    I agreed that she would likely receive the
12 100K liability limits. And then I'm indicating it's
13 likely she would also receive the UIM limits also.
14 That's not part of my agreement with anyone, that
15 second portion.
16 Q.    Okay. I see. So someone had asked you
17 whether or not you agreed that she would get the
18 100,000 liability limits in Bethel. And you said yes,
19 she'd also get the UIM limits probably, too.
20 A.    That's how I interpret what I wrote.
21 Q.    Okay. How long did it take you to come to
22 this conclusion?
23 A.    After I reviewed the file.
24 Q.    Yes.
25 A.    At the time that I reviewed the file, I came

**Page 84**

1  to this conclusion.
2  Q.    Okay. Would that be something that happened
3  on May 29th, 2003?
4  A.    Probably May 29th or May 28th. I can't tell
5  you what day I would have reviewed the file. But it
6  was probably right in that time frame.
7  Q.    Okay. So within a day or two, at least, of
8  reviewing the file, you were able to come to this
9  conclusion?
10 A.    Yes.
11 Q.    Do you know whether you were reviewing any
12 medical records that Allstate hadn't had since at
13 least the first of May?
14 A.    That I don't know.
15 Q.    Do you know if you were reviewing any
16 medical records that Allstate hadn't had since
17 March 23rd?
18 A.    I don't know.
19 Q.    If you had been asked back in March to
20 review the medical records, are you aware of any
21 reason you couldn't have come to the same conclusion
22 then?
23 A.    I don't know what was in the file at that
24 point.
25 Q.    Well, if we assume that it was -- after