Mark E. Wilkerson, Esq.
Wilkerson Hozubin
310 K Street, Suite 405
Phone: 907 276-5297
Fax: 907 276-5291
E-mail: mark@wilkersonlaw.net
AK Bar No. 8310157

Attorneys for Plaintiff Allstate

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ALLSTATE INSURANCE COMPANIES, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) |
| | ) |
| CHARLES HERRON, | ) |
| | ) |
| Defendant. | ) |
| | ) Case No. A04-0043 CV (JKS) |

**PROPOSED**
**ORDER GRANTING ALLSTATE'S MOTION IN LIMINE NO. 2 PRECLUDING EVIDENCE OR ARGUMENT OF ALLEGATIONS UNRELATED TO ALLSTATE'S CONDUCT IN RESPONSE TO TRAILOV'S APRIL 10, 2003, DEMAND**

THIS COURT, having reviewed Allstate's Motion In Limine No. 2, and any opposition and reply thereto, finds the motion well taken. The motion is GRANTED.

Any and all evidence or argument regarding allegations unrelated to Allstate's conduct in response to Angelina Trailov's April 10, 2003, demand is excluded from trial in this matter.

DATED this \_\_\_\_ day of _____, 2008.

_____
Honorable Timothy M. Burgess
U.S. District Court Judge

CERTIFICATE OF SERVICE
I hereby certify that on
April 1, 2008, a true and
correct copy of the foregoing was
served electronically on the following:

Mark A. Sandberg, Esq.


WILKERSON HOZUBIN

By:   s/Mark E. Wilkerson
1000.788/plead/Dec Action/Mtn in Limine.2 ORDER

2