## Megan Follett

**From:** <cmecfmail@akd.uscourts.gov>
**To:** <cmecfmail@akd.uscourts.gov>
**Sent:** Thursday, June 01, 2006 7:56 AM
**Subject:** Activity in Case 3:04-cv-00043-TMB Allstate Insurance Company v. Herron "Order on Motion for Extension of Time to File"

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.**

U.S. District Court

District of Alaska

Notice of Electronic Filing

The following transaction was received from PLD, entered on 6/1/2006 at 7:56 AM ADT and filed on 6/1/2006

**Case Name:** Allstate Insurance Company v. Herron
**Case Number:** 3:04-cv-43
**Filer:**
**Document Number:** 115

**Docket Text:**
TMB ORDER granting [114] Motion for Extension of Time. IT IS SO ORDERED that pursuant to the parties' Joint Request for Extensions of Time, the deadline for expert disclosures, expert reports and final witness lists is extended from June 1, 2006, to June 5, 2006. Further, the deadline for dispositive motions, discovery motions, and motions in limine is extended from May 31, 2006 to June 16, 2006. (PLD, )

The following document(s) are associated with this transaction:

**3:04-cv-43 Notice will be electronically mailed to:**

Rebecca J. Hozubin    rebecca@wilkersonlaw.net, megan@wilkersonlaw.net

Mark A. Sandberg    msandberg@aol.com, msandberg@aol.com; rparalegal@aol.com; swckdid@ak.net

Mark E. Wilkerson    mark@wilkersonlaw.net, megan@wilkersonlaw.net; kent@wilkersonlaw.net

**3:04-cv-43 Notice will be delivered by other means to:**

Exhibit 1
Page 1 of 3

6/1/2006

Mark E. Wilkerson, Esq.
Wilkerson Hozubin
310 K Street, Suite 405
Phone: 907 276-5297
Fax: 907 276-5291
E-mail: mark@wilkersonlaw.net
AK Bar #8310157

Attorneys for Plaintiff Allstate

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

ALLSTATE INSURANCE COMPANIES, )
)
               Plaintiffs, )
)
vs. )
)
CHARLES HERRON, )
)
               Defendant. )
_____) Case No. A04-0043 CV (TMB)

### JOINT REQUEST FOR EXTENSIONS OF TIME

COME NOW the parties, through their undersigned counsel, and request that the deadlines for expert disclosures, expert reports, and final witness lists, currently due June 1, 2006, be extended to June 5, 2006.

The parties further request an extension on the deadlines for dispositive motions, discovery motions, and motions in limine from May 31, 2006 to June 16, 2006.

                                      WILKERSON HOZUBIN
                                      Attorneys for Plaintiff

DATED: 5-30-06          BY: _____
                                        Mark E. Wilkerson
                                        AK Bar No. 8310157

WILKERSON
ZUBIN
EET, SUITE 405
A..._RAGE, AK 99501
TEL: (907) 276-5297
FAX: (907) 276-5291

Exhibit 1
Page 2 of 3

SANDBERG, WUESTENFELD & COREY
Attorneys for Defendant

DATED: 5/29      BY: /s/ Mark Sandberg
                    Mark A. Sandberg
                    AK Bar No. 7510084

1000/788/dec action/Stip Exten.9

WILKERSON
ZUBIN
REET, SUITE 405
ANCHORAGE, AK 99501
TEL: (907) 276-5297
FAX: (907) 276-5291

Exhibit 1
Page 3 of 3