LAW OFFICES OF
## Sandberg, Wuestenfeld & Corey
AN ASSOCIATION OF PROFESSIONAL CORPORATIONS

701 WEST 8TH AVENUE, SUITE 1100
ANCHORAGE, ALASKA 99501

MICHAEL D. COREY
WILLIAM M. WUESTENFELD

MARK A. SANDBERG
OF COUNSEL

TELEPHONE
AREA CODE 907
276-6363
Fax:(907) 276-3528

COPY

March 19, 2008

RECEIVED

MAR 1 9 2008

WILKERSON HOZUBIN

**VIA FACSIMILE and USPS**

Gary A Zipkin
Guess & Rudd, P.C.
510 L Street, 7th Floor
Anchorage, Alaska 99501
907-793-2299

Mark E. Wilkerson
Wilkerson Hozubin
310 K Street Suite 405
Anchorage, Alaska 99501
907-276-5291

    Re:    Allstate v. Herron
            Our File No.: 1913

Gentlemen:

    I am enclosing a supplemental report by Mr. Wainscott regarding the materials that Allstate has produced from the Hensel lawsuit.

                      Sincerely,

                      SANDBERG, WUESTENFELD & COREY

                      Mark A. Sandberg

MAS/cls

Enclosures as stated

EXHIBIT 2