Mark E. Wilkerson, Esq.
Wilkerson Hozubin
310 K Street, Suite 405
Anchorage, Alaska 99501
Phone: 907-276-5297
Fax:   907-276-5291
Email: mark@wilkersonlaw.net

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

ALLSTATE INSURANCE COMPANIES,  )
                               )
     Plaintiffs,               )
                               )
     v.                        )
                               )
CHARLES HERRON,                )
                               )
     Defendant.                )
_____) No. 3:04-cv-00043-TMB

**CERTIFICATION OF READINESS FOR TRIAL**

Allstate has completed the deposition of Mr. Wainscott and hereby certifies that this matter is ready to set for trial.

DATED at Anchorage, Alaska, this 27th day of June, 2007.

               WILKERSON HOZUBIN
               Attorneys for Plaintiff


         By:   s/Mark E. Wilkerson
               Wilkerson Hozubin
               310 K Street, Suite 405
               Anchorage, Alaska 99501
               Phone: 907-276-5297
               Fax:   907-276-5291
               Email: mark@wilkersonlaw.net
               Alaska Bar No. 8310157

Exhibit 3
Page 1 of 3

CERTIFICATE OF SERVICE
I hereby certify that on the
27th day of June, 2007, a copy
of the foregoing document was served
electronically on:

Gary A. Zipkin
Mark A. Sandberg


WILKERSON HOZUBIN

By:   s/Mark E. Wilkerson
1000/788/pleadings/Report re Readiness for Trial.5

## Other Documents

3:04-cv-00043-TMB Allstate Insurance Company v. Herron

## U.S. District Court

### District of Alaska

## Notice of Electronic Filing

The following transaction was entered by Wilkerson, Mark on 6/27/2007 at 2:33 PM ADT and filed on 6/27/2007

**Case Name:** Allstate Insurance Company v. Herron
**Case Number:** 3:04-cv-43
**Filer:** Allstate Insurance Company
**Document Number:** 184

**Docket Text:**
STATUS REPORT *re Readiness for Trial* by Allstate Insurance Company. (Wilkerson, Mark)

**3:04-cv-43 Notice has been electronically mailed to:**

Rebecca J. Hozubin      rebecca@wilkersonlaw.net, megan@wilkersonlaw.net

Mark A. Sandberg      msandberg@aol.com, rparalegal@aol.com, swcrsec@aol.com

Mark E. Wilkerson      mark@wilkersonlaw.net, kent@wilkersonlaw.net, megan@wilkersonlaw.net

Gary A. Zipkin      gzipkin@guessrudd.com, kwaggoner@guessrudd.com, slucus@guessrudd.com

**3:04-cv-43 Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1105331613 [Date=6/27/2007] [FileNumber=202121-0]
[76ef07d70351282949b2dfe690dbde0cd8dfd6611c255abfb46aa53e769c152efabe
8f4971c3b7d04dee3ff8b6465224a7dd93cd908959f184179a3f7878e926]]

Exhibit 3
Page 3 of 3