Mark E. Wilkerson, Esq.
Wilkerson Hozubin
310 K Street, Suite 405
Phone: 907 276-5297
Fax: 907 276-5291
E-mail: mark@wilkersonlaw.net
AK Bar #8310157

Attorneys for Plaintiff Allstate

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ALLSTATE INSURANCE COMPANIES, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | |
| ) | |
| CHARLES HERRON, ) | |
| ) | |
| Defendant. ) | |
| _____) | Case No. A04-0043 CV (TMB) |

**JOINT STATUS REPORT RE TRIAL DATES**

COME NOW the parties, through counsel, and pursuant to the court's request, provides the following proposed trial dates:

Week beginning March 24, 2008;

Week beginning March 31, 2008; and

Week beginning April 21, 2008.

The parties expect trial will take 7 days.

DATED this 7th day of August, 2007.

WILKERSON HOZUBIN
Attorneys for Plaintiff


By: s/Mark E. Wilkerson
    Mark E. Wilkerson

WILKERSON
HOZUBIN
310 K STREET, SUITE 405
ANCHORAGE, AK 99501
TEL: (907) 276-5297
FAX: (907) 276-5291

Exhibit 4
Page 1 of 3

        310 K Street, Suite 405
        Phone: 907 276-5297
        Fax: 907 276-5291
        E-mail: mark@wilkersonlaw.net
        Attorneys for Plaintiff Allstate
        AK Bar No. 8310157

DATED this 7th day of August, 2007.

        SANDBERG, WUESTENFELD & COREY
        Attorneys for Defendant

        By: s/Mark Sandberg
        Mark Sandberg
        701 West 8th Avenue, Suite 1100
        Anchorage, AK 99501
        Phone: 907 276-6363
        Fax: 907 276-3528
        E-mail: msandberg@aol.com
        Attorneys for Defendant Herron
        AK Bar No. 7510084

WILKERSON
 BIN
310 K STREET, SUITE 405
ANCHORAGE, AK 99501
TEL: (907) 276-5297
FAX: (907) 276-5291

2

Exhibit 4
Page 2 of 3

**Other Documents**
3:04-cv-00043-TMB Allstate Insurance Company v. Herron

**U.S. District Court**

**District of Alaska**

**Notice of Electronic Filing**

The following transaction was entered by Wilkerson, Mark on 8/7/2007 at 10:36 AM ADT and filed on 8/7/2007
**Case Name:** Allstate Insurance Company v. Herron
**Case Number:** 3:04-cv-43
**Filer:** Allstate Insurance Company
**Document Number:** 187

**Docket Text:**
STATUS REPORT *re Trial Dates [Corrected to include date signed]* by Allstate Insurance Company. (Wilkerson, Mark)

**3:04-cv-43 Notice has been electronically mailed to:**

Rebecca J. Hozubin    rebecca@wilkersonlaw.net, megan@wilkersonlaw.net

Mark A. Sandberg    msandberg@aol.com, rparalegal@aol.com, swcrsec@aol.com

Mark E. Wilkerson    mark@wilkersonlaw.net, kent@wilkersonlaw.net, megan@wilkersonlaw.net

Gary A. Zipkin    gzipkin@guessrudd.com, kwaggoner@guessrudd.com, slucus@guessrudd.com

**3:04-cv-43 Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1105331613 [Date=8/7/2007] [FileNumber=215950-0]
[304d797d0528e9be11ce4bddda3080330a71ae7b30f6ad593aae97bd987bcf08d0962
68c885b065d1f3c5593a048de738270dc42032303d52fbcf2a6823c1997]]

Exhibit 4
Page 3 of 3