MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

__ALLSTATE INSURANCE COMPANY__ vs. _____CHARLES HERRON_____

BEFORE THE HONORABLE _TIMOTHY M. BURGESS_   CASE NO. _3:04-CV-00043-TMB_

DEPUTY CLERK/RECORDER: _____SUZANNETTE LUCERO_____

APPEARANCES:   PLAINTIFF: ___MARK WILKERSON / GARY ZIPKIN___

              DEFENDANT: ___MARK SANDBERG___

PROCEEDINGS: STATUS CONFERENCE HELD 8/23/07:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

At 2:04 p.m. court convened.

Court and counsel heard re parties' proposed trial dates; Court to notify parties re trial date.

Court and counsel heard re settlement discussions; Mr. Wilkerson to inform the Court by tomorrow re setting a settlement conference before Judge Ralph R. Beistline.

At 2:13 p.m. court adjourned.

DATE: ___August 23, 2007___   DEPUTY CLERK'S INITIALS: __SCL__

Revised 6/18/07

EXHIBIT 5