ROBERT N. WAINSCOTT
23553 Lower Terrace Street
Eagle River, Alaska 99577
(907) 694-2407

July 8, 2004

Dennis Mestas
745 West 4th Avenue
Suite 306
Anchorage, Alaska 99501

RE: Trailov -Wainscott Expert Witness Report

| | |
|---|---|
| 6/23/03 Discussion with counsel | 1.0 hour |
| 6/26/03 Review materials | 4.5 hours |
| 7/15/03 Meeting with counsel | 1.0 hour |
| 9/30/03 Review of new materials; police report, interview Medicals | 2.0 hours |
| 10/3/03 Discussion with counsel | .3 hours |
| 1/24/04 P/C re status | N/C |
| 5/5/04 Review file; meeting with Mestas and Burke | 7.0 hours |
| 6/30/04 P/C with Mestas | N/C |
| 7/6/04 Review new materials. P/C counsel | 5.0 hours |
| 7/8/04 P/C counsel regarding other coverage possibility | .5 hours |

21.3 hours @ $150.00 per hour = $3195.00 minus $1000 retainer

TOTAL DUE = $2195.00    Robert N. Wainscott
23553 Lower Terrace Street
Eagle River, Alaska 99577
EIN 43-2032075

Exhibit 6
Page 1 of 5

603619

ROBERT N. WAINSCOTT
23553 Lower Terrace Street
Eagle River, Alaska 99577
(907) 694-2407

December 31, 2004

Dennis Mestas
745 West 4th Avenue
Suite 306
Anchorage, Alaska 99501

RE: Trailov -Wainscott Expert Witness – Billing 2

| | |
|---|---:|
| 8/6//04 Prepare for meeting with Mestas; Meet with Sandberg and Mestas regarding affidavit | 4.25 hours |
| 1/26/04 Meet with Counsel regarding affidavit | 6.75 hours |
| 1/29/04 meet with counsel; work on affidavit | 6.00 hours |
| 1/30/04 meet with counsel; complete work on affidavit | 6.50 hours |

Total 23.5 hours Hours @ $150 per hours = $3525.00

TOTAL DUE = $3525.00    Robert N. Wainscott
23553 Lower Terrace Street
Eagle River, Alaska 99577
EIN 43-2032075

Exhibit 6
Page 2 of 5
603620

ROBERT N. WAINSCOTT<br>
23553 Lower Terrace Street<br>
Eagle River, Alaska 99577<br>
(907) 694-2407

June 9, 2006

Dennis Mestas
745 West 4th Avenue
Suite 306
Anchorage, Alaska 99501

RE: Trailov and Kenick vs. Herron
     Wainscott Expert Witness Report

| | |
|---|---:|
| 5/5/06 Reading new materials and reviewing old file materials Through 2004 to come up to date | 9.0 hours |
| 5/06/06 Complete new file materials; begin review of depositions | 8.5 hours |
| 5/07/06 Begin review of depositions | 7.5 hours |
| 5/08/06 Depositions | 6.5 hours |
| 5/09/06 Depositions | 8.3 hours |
| 5/13/06 Depositions | 4.0 hours |
| 5/14/06 Depositions | 7.5 hours |
| 5/16/06 Depositions | 6.5 hours |
| 5/17/06 Begin draft of report | 7.0 hours |
| 5/18/06 Report | 2.5 hours |
| 5/21/06 Report | 2.0 hours |
| 5/22/06 Report | 5.0 hours |
| 5/25/06 Review, revise; begin cross check on report | 6.5 hours |
| 5/26/06 Report | 5.2 hours |

1

Exhibit 6
Page 3 of 5
603621

| | |
|---|---|
| 5/27/06 Report | 3.2 hours |
| 5/30/06 Discussions with counsel; report | 1.7 hours |
| 5/31/06 Finalize report, attachments | 4.2 hours |

95.1 hours @$150 =$14,265.00

EIN Federal Tax # 43-2032075

Robert N. Wainscott
23553 Lower Terraces
Eagle River, Alaska 99577

Exhibit 6
Page 4 of 5

603622

**ROBERT N. WAINSCOTT**
23553 Lower Terrace Street
Eagle River, Alaska 99577
(907) 694-2407

February 2, 2007

Mark Sandberg
701 West 8th Avenue
Suite 1200
Anchorage, Alaska 99501

RE:  Trailov and Kenick vs. Herron
     Wainscott billing 4

| | |
|---|---|
| 6/12/06 Review reports by Lohr and Bean | 1.5 hours |
| 6/13/06 Draft initial rebuttal | 5.2 hours |
| 6/14/06 Revisions to rebuttal | 1.3 hours |
| 6/15/06 Review of final draft; revisions | 1.1 hours |
| 1/17/07 Review of decision; begin review of documents for depo; p/c With Mark S | 2.5 hours |
| 1/18/07 Continue deposition preparation | 2.0 hours |
| 1/19/07 Deposition preparation | 3.5 hours |
| 1/20/07 Deposition preparation | 3.0 hours |
| 1/24/07 Deposition preparation; meet with Mark S. | 3.5 hours |
| 1/25/07 Deposition | 6.0 hours |

29.6 hours @ $150.00 = $4,440.00

Robert N. Wainscott
23553 Lower Terrace Street
Eagle River, Alaska 99577
EIN 43-2032075

Exhibit 6
Page 5 of 5

603623