ROBERT N. WAINSCOTT
23553 Lower Terrace Street
Eagle River, Alaska  99577
(907) 694-2407

RECEIVED
SANDBERG
WUESTENFELD & COREY
MAR 21 2008
ATTY._____ L. ASST _____
APPROVED FILE _____

March 18, 2008

Mark Sandberg
701 West 8th Avenue
Suite 1200
Anchorage, Alaska 99501

RE:  Allstate vs. Herron
     Wainscott Expert Witness Billing

| Date | Description | Hours |
|---|---|---|
| June 24, 2007 | Prepare for second deposition | 1.0 hours |
| June 25, 2007 | Meeting with counsel to discuss deposition | 1.0 hour |
|  | Deposition | 1.1 hour |
| March 4, 2008 | Meet with counsel to discuss new materials | 0.5 hours |
| March 9, 2008 | Review new materials, depos, reports | 4.5 hours |
| March 11, 2008 | Begin supplementary report | 2.0 hours |
| March 18, 2008 | Complete report; deliver to counsel | .5 hours |

Total  10.6 hours @ $150.00 = $1590.00

Robert N. Wainscott
23553 Lower Terrace Street
Eagle River, Alaska  99577
EIN 43-2032075

Exhibit 9
Page 1 of 1