IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

ALLSTATE INSURANCE COMPANIES,    )
                                 )
              Plaintiffs,        )
                                 )
v.                               )
                                 )
CHARLES HERRON,                  )
                                 )
              Defendant.         )
_____)
Case No. A04-0043 Civil

DEPOSITION OF ROBERT N. WAINSCOTT

January 25, 2007

APPEARANCES:

    FOR THE PLAINTIFFS:      MR. MARK E. WILKERSON
                              Wilkerson & Hozubin
                              Attorneys at Law
                              310 K Street, Suite 405
                              Anchorage, Alaska 99501
                              (907) 276-5297

                              MR. GARY A. ZIPKIN
                              Guess & Rudd
                              Attorneys at Law
                              510 L Street, Suite 700
                              Anchorage, Alaska 99501
                              (907) 793-2200

    FOR THE DEFENDANT:       MR. MARK A. SANDBERG
                              Sandberg, Wuestenfeld & Corey
                              Attorney at Law
                              701 West 8th Avenue, Suite 1100
                              Anchorage, Alaska 99501
                              (907) 276-6363


EXHIBIT 10

Page 151

1          it be paid then.
2     Q    Well, any attorney in that position regardless of what it
3          is would want the case to settle within limits to avoid --
4          to make it zero risk of an adverse verdict in excess of
5          limits, right?
6     A    Yes.  He also felt it was well worth that and that he
7          expressed some reservations as to whether the Kenick claim
8          was worth the policy limits and didn't think that that was
9          much of a claim, but he thought the Trailov claim was
10         worth the $100,000.
11    Q    So Allstate offers full limits -- I know we had this
12         earlier discussion about whether it was trying -- you
13         think Kathy Berry was trying to also settle the UIM claim.
14         We'll let the record stand there on that.  But they do
15         offer 100,000 plus Rule 82 on 100,000 in settlement of the
16         liability claim against Mr. Herron, right?
17    A    Correct.  Plus the med pay.
18    Q    Plus the med pay of 25,000, which is a first party
19         coverage.
20    A    Right.
21    Q    Yes.  I was focusing on the liability coverage, but that's
22         fine.  Mr. Herron doesn't have that exposure to that
23         25,000.  That's a first party.
24    A    Correct.
25
      Q    Now, if the court concludes, as it has so indicated, that

Page 152

```
 1          there was no really firm deadline of May 16 and that
 2          really was an invitation to engage in settlement
 3          negotiations that would lead towards settlement, if the
 4          judge so concludes and if within two weeks of that date
 5          Allstate makes an offer of full limits for the claim by
 6          Ms. Trailov against Mr. Herron and Ms. Power honors what
 7          appears to be in her letter a willingness to settle for
 8          policy limits, if there's discussion regarding pre-suit
 9          settlement, if she had honored that and accepted the
10          limits offer that came on May 30, if she'd accepted it,
11          that would have eliminated any possible harm to Mr. Herron
12          by anything Allstate did, right?
13     A    Yes.
14     Q    And for there to be bad faith, I assume you agree with
15          this, there has to be -- for there to be bad faith in a
16          third party context, there has to be harm to the insured,
17          right?
18     A    Correct.
19     Q    You've said that in other depositions, right?
20     A    Correct.
21     Q    So if Allstate reasonably believed that an offer of full
22          limits by May 30 was acceptable to Ms. Power based on the
23          flow of correspondence and if Ms. Power had actually
24          accepted that payment, there's no bad faith.
25
       A    Well, there's a two-part question there.  Let me answer
```