Mark E. Wilkerson, Esq.
Wilkerson Hozubin
310 K Street, Suite 405
Phone: 907 276-5297
Fax: 907 276-5291
E-mail: mark@wilkersonlaw.net
AK Bar #8310157

Attorneys for Plaintiff Allstate

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ALLSTATE INSURANCE COMPANIES, )<br>)<br>Plaintiffs,    )<br>)<br>vs.                             )<br>)<br>CHARLES HERRON,                  )<br>)<br>Defendant.   )<br>_____) | Case No. A04-0043 CV (TMB) |

**PROPOSED**
**ORDER GRANTING ALLSTATE'S MOTION TO STRIKE**
**LATE-FILED SUPPLEMENTAL REPORT OF ROBERT WAINSCOTT**

THIS COURT having reviewed Allstate's Motion to Strike Late-Filed Supplemental Report of Robert Wainscott, and any opposition and reply thereto, finds the motion well taken.

IT IS HEREBY ORDERED that Allstate's motion is GRANTED. Robert Wainscott's supplemental report is untimely and addresses issues that were addressed in prior orders in that Allstate's alleged failure to comply with home office policies did not result in harm or damage to Defendant Herron.  It is hereby

stricken and any reference to the opinions set forth therein is precluded at trial in this matter.

DATED this ___ day of _____, 2008.

                                                   _____
                                                   Honorable Timothy M. Burgess
                                                   U.S. District Court Judge

**CERTIFICATE OF SERVICE**
I hereby certify that on
April _____, 2008, a true and
correct copy of the foregoing was
served electronically on the following:

Mark A. Sandberg, Esq.


WILKERSON HOZUBIN

By:   s/Mark E. Wilkerson
1000.788/plead/Dec Action/Motion to Strike Supplemental Report - Order

2