Mark A. Sandberg
SANDBERG, WUESTENFELD & COREY
701 W. 8th Ave., Suite 1100
Anchorage, Alaska  99501
(907) 276-6363

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ALLSTATE INSURANCE COMPANIES, )<br>    )<br>    Plaintiff, )<br>    )<br>    v. )<br>    )<br>CHARLES HERRON, )<br>    )<br>    Defendant. )<br>_____ ) | Case No. 3:04-cv-0043 TMB |

**NON-OPPOSED MOTION FOR EXTENSION**

 Defendant hereby moves for an Order extending the deadlines set forth in this Court's Pretrial Order [Docket 210] that fall due today, April 7, 2008.  The requested extension is to the close of business on April 9. 2008.  I represent that I have spoken to Mr. Wilkerson, counsel for Allstate, and this motion is unopposed.

NON-OPPOSED MOTION FOR EXTENSION
*Allstate v. Herron*
Case No. A04-0043 CIV (TMB)
Page 1 of 2

DATED this 7 day of April 2008, in Anchorage, Alaska.

s/ Mark A. Sandberg
701 W 8th Avenue, Ste. 1100
Anchorage, Alaska 99501
Phone: (907) 276-6363
Fax: (907) 276-3528
E-Mail: msandberg@aol.com
Alaska Bar No.: 7510084

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by ( x ) mail ( ) fax ( ) hand this 7 day of April 2008 upon:

Mark Wilkerson, Esq.
Wilkerson, Hozubin & Burke
310 K Street, Suite 405
Anchorage, Alaska  99501

Gary A. Zipkin, Esq.
Guess & Rudd, P.C.
510 L Street, Suite 700
Anchorage, AK  99501


s/ Mark A. Sandberg


NON-OPPOSED MOTION FOR EXTENSION
*Allstate v. Herron*
Case No. A04-0043 CIV (TMB)
Page 2 of 2