UNITED STATES DISTRICT COURT,
District of Alaska
Exhibit List

ALLSTATE INSURANCE COMPANIES v. HERRON

Case Number: 3:04-cv-00043-TMB

| Presiding Judge: Timothy M. Burgess | | | | | Plaintiff's Attorney: Mark Wilkerson & Gary Zipkin | Defendant's Attorney: Mark Sandberg |
|---|---|---|---|---|---|---|
| Trial Date(s): June 2, 2008 | | | | | Court Reporter | Courtroom Deputy |
| Joint Ex | Pltf Ex | Def Ex | Offered | Admitted | Description of Exhibit[1] | Limitations on use |
| 1 | | | | X | Allstate Claims File Diary [100001 – 100051; 704343 – 704345; 100053 – 100056; 100076 – 100086] | |
| 1 (A) | | | | X | Copy of Allstate Claims Diary P. 1-69 | |
| 2 | | | | X | Allstate Claims File Record: Claim File Cover | |
| 3 | | | | X | Allstate Claims File Record: Claimant List | |
| 4 | | | | X | Allstate Claims File Record: Claim File Opening Sheet | |
| 5 | | | | X | Allstate Claims File Record: Coverage Printout | |
| 6 | | | | X | Allstate Claims File Record: Coverage Printout | |
| 7 | | | | X | Allstate Claims File Record: Medical Bill Loss History | |
| 8 | | | | X | Allstate Claims File Record: Transaction History Printout | |

---

[1] Include a notation as to the location of any exhibit not held with the case file or not available because of size.

UNITED STATES DISTRICT COURT,
District of Alaska
Exhibit List

ALLSTATE INSURANCE COMPANIES v. HERRON

| Presiding Judge: Timothy M. Burgess | Plaintiff's Attorney: Mark Wilkerson & Gary Zipkin | Defendant's Attorney: Mark Sandberg |
|---|---|---|
| Trial Date(s): June 2, 2008 | Court Reporter | Courtroom Deputy |

| Joint Ex | Pltf Ex | Def Ex | Offered | Admitted | Description of Exhibit[1] | Limitations on use |
|---|---|---|---|---|---|---|
| 9 | | | | X | Allstate Claims File Record: Transaction History Printout | |
| 10 | | | | X | Allstate Claims File Record: Transaction History Printout | |
| 11 | | | | X | Allstate Claims File Record: Coverage Printout | |
| 12 | | | | X | Allstate Claims File Record: Coverage Printout | |
| 13 | | | | X | Allstate Claims File Record: Name & Address Directory | |
| 14 | | | | X | Allstate Claims File Record: Name & Address Directory | |
| 15 | | | | X | Allstate Claims File Record: Name & Address Directory | |
| 16 | | | | X | Allstate Claims File Record: Name & Address Directory | |
| 17 | | | | X | Allstate Claims File Record: Name & Address Directory | |
| 18 | | | | X | Allstate Claims File Record: Name & Address Directory | |
| 19 | | | | X | Allstate Claims File Record: Name & Address Directory | |

UNITED STATES DISTRICT COURT,
District of Alaska
Exhibit List

**ALLSTATE INSURANCE COMPANIES v. HERRON**

| Presiding Judge: Timothy M. Burgess | Plaintiff's Attorney: Mark Wilkerson & Gary Zipkin | Defendant's Attorney: Mark Sandberg |
|---|---|---|
| Trial Date(s): June 2, 2008 | Court Reporter | Courtroom Deputy |

| Joint Ex | Pltf Ex | Def Ex | Offered | Admitted | Description of Exhibit[1] | Limitations on use |
|---|---|---|---|---|---|---|
| 20 | | | | X | Allstate Claims File Record: Name & Address Directory | |
| 21 | | | | X | Allstate Claims File Record: 6/4/03 Berry Letter to Mestas/Johnson | |
| 22 | | | | X | Allstate Claims File Record: 6/4/03 Berry Fax Cover to Johnson | |
| 23 | | | | X | Allstate Claims File Record: 6/4/03 Berry Fax Confirmation to Johnson | |
| 24 | | | | X | Allstate Claims File Record: 6/4/03 Berry Letter to C. Herron | |
| 25 | | | | X | Allstate Claims File Record: 6/4/03 Berry Letter to Power | |
| 26 | | | | X | Allstate Claims File Record: 5/29/03 Johnson/Mestas Letter to Berry w/ Envelope | |
| 27 | | | | X | Allstate Claims File Record: 5/30/03 Berry Letter to Power w/ Fax Confirmation | |
| 28 | | | | X | Allstate Claims File Record: 5/16/03 Berry Letter to Power w/ Fax Confirmation | |
| 29 | | | | X | Allstate Claims File Record: 5/15/03 Power Letter to Berry w/ Encls & 5/16/03 Fax Cover | |

**UNITED STATES DISTRICT COURT,**
District of Alaska
Exhibit List

**ALLSTATE INSURANCE COMPANIES v. HERRON**

| Presiding Judge: Timothy M. Burgess | Plaintiff's Attorney: Mark Wilkerson & Gary Zipkin | Defendant's Attorney: Mark Sandberg |
|---|---|---|
| Trial Date(s): June 2, 2008 | Court Reporter | Courtroom Deputy |

| Joint Ex | Pltf Ex | Def Ex | Offered | Admitted | Description of Exhibit[1] | Limitations on use |
|---|---|---|---|---|---|---|
| 30 | | | | X | Allstate Claims File Record: 5/9/03 Berry Letter to Power | |
| 31 | | | | X | Allstate Claims File Record: 4/10/03 Power Letter to Berry w/ Envelope | |
| 32 | | | | X | Allstate Claims File Record: 3/26/03 Valcarce Letter to Berry w/ Fax Cover | |
| 33 | | | | X | Allstate Claims File Record: 3/18/03 Berry Letter to C. Herron | |
| 34 | | | | X | Allstate Claims File Record: 3/17/03 Berry Form Letter to ANMC Med Records Dept | |
| 35 | | | | X | Allstate Claims File Record: 3/17/03 Berry Letter to Power w/ Fax Cover | |
| 36 | | | | X | Allstate Claims File Record: 2/14/03 Power Letter to Berry | |
| 37 | | | | X | Allstate Claims File Record: "Demand" Flag Sheet | |
| 38 | | | | X | Allstate Claims File Record: 1/17/03 Berry Letter to Y-K Hospital Med Records Dept | |
| 39 | | | | X | Allstate Claims File Record: 1/17/03 Berry Letter to Power | |

4

UNITED STATES DISTRICT COURT,
District of Alaska
Exhibit List

**ALLSTATE INSURANCE COMPANIES v. HERRON**

| Presiding Judge: Timothy M. Burgess | Plaintiff's Attorney: Mark Wilkerson & Gary Zipkin | Defendant's Attorney: Mark Sandberg |
|---|---|---|
| Trial Date(s): June 2, 2008 | Court Reporter | Courtroom Deputy |

| Joint Ex | Pltf Ex | Def Ex | Offered | Admitted | Description of Exhibit[1] | Limitations on use |
|---|---|---|---|---|---|---|
| 40 | | | | X | Allstate Claims File Record: 12/10/02 Power Letter to Berry w/ Envelope | |
| 41 | | | | X | Allstate Claims File Record: 10/26/02 Bethel PD Letter to Allstate | |
| 42 | | | | X | Allstate Claims File Record: Bethel PD Crime Report | |
| 43 | | | | X | Allstate Claims File Record: 10/18/02 Berry Letter to M. Herron | |
| 44 | | | | X | Allstate Claims File Record: 10/18/02 Berry Letter to Power w/ Fax Confirmation & Fax Cover | |
| 45 | | | | X | Allstate Claims File Record: 9/25/02 Vanzant Letter to M. Herron | |
| 46 | | | | X | Allstate Claims File Record: 9/25/02 Allstate Form Letter to Bethel PD | |
| 47 | | | | X | Allstate Claims File Record: 9/23/02 Valcarce Letter to B. Herron w/ B. Herron's Fax Cover to Allstate & Power's 9/19/02 Letter | |
| 48 | | | | X | Allstate Claims File Record: SOA Complaint against Herron & Police Officer Affidavit | |
| 49 | | | | X | Allstate Claims File Record: Herron's Auto Policy | |

5

# UNITED STATES DISTRICT COURT,
## District of Alaska
### Exhibit List

## ALLSTATE INSURANCE COMPANIES v. HERRON

| Presiding Judge: Timothy M. Burgess | Plaintiff's Attorney: Mark Wilkerson & Gary Zipkin | Defendant's Attorney: Mark Sandberg |
|---|---|---|
| Trial Date(s): June 2, 2008 | Court Reporter | Courtroom Deputy |

| Joint Ex | Pltf Ex | Def Ex | Offered | Admitted | Description of Exhibit[1] | Limitations on use |
|---|---|---|---|---|---|---|
| 50 | | | | X | Allstate Claims File Record: Allstate Check to Bethel PD | |
| 51 | | | | X | Allstate Claims File Record: 9/25 Claim File Transfer Sheet w/ Reserves | |
| 52 | | | | X | Allstate Claims File Record: 9/25/02 Vanzant Email Requesting Policy | |
| 53 | | | | X | Allstate Claims File Record: ISO Index Printout C. Herron | |
| 54 | | | | X | Allstate Claims File Record: 9/16/02 Diary Note | |
| 55 | | | | X | Allstate Claims File Record: 9/16/02 Diary Note, Name Printout | |
| 56 | | | | X | Allstate Claims File Record: 9/16/02 Diary Name Printout | |
| 57 | | | | X | Allstate Claims File Record: 9/16/02 Diary Note | |
| 58 | | | | X | Allstate Claims File Record: 9/16/02 Diary Name Printout | |
| 59 | | | | X | Allstate Claims File Record: Diary Name Printout | |
| 60 | | | | X | Allstate Claims File Record: Medical Bill Printout (2-pages) | |

**UNITED STATES DISTRICT COURT,**
District of Alaska
Exhibit List

**ALLSTATE INSURANCE COMPANIES v. HERRON**

| Presiding Judge: Timothy M. Burgess | | | | | Plaintiff's Attorney: Mark Wilkerson & Gary Zipkin | Defendant's Attorney: Mark Sandberg |
|---|---|---|---|---|---|---|
| Trial Date(s): June 2, 2008 | | | | | Court Reporter | Courtroom Deputy |
| Joint Ex | Pltf Ex | Def Ex | Offered | Admitted | Description of Exhibit[1] | Limitations on use |
| 61 | | | | X | Allstate Claims File Record: Medical Bill Printout | |
| 62 | | | | X | Allstate Claims File Record: Medical Bill Printout | |
| 63 | | | | X | Allstate Claims File Record: Berry Handwritten Colossus Dissection | |
| 64 | | | | X | Allstate Claims File Record: 5/16/03 Berry Email to Petersen w/ H.O. Referral | |
| 65 | | | | X | Allstate Claims File Record: 5/20/03 Berry/Grazulis Emails | |
| 66 | | | | X | Allstate Claims File Record: 5/20/03 Petersen/Berry Emails | |
| 67 | | | | X | Allstate Claims File Record: 5/20/03 Petersen/Berry Emails | |
| 68 | | | | X | Allstate Claims File Record: Berry Handwritten Medical Record Review (4-pages) | |
| 69 | | | | X | Allstate Claims File Record: 5/28/03 Colossus Printout | |
| 70 | | | | X | Allstate Claims File Record: Form Medical Record Index Coversheet | |

7

**UNITED STATES DISTRICT COURT,**
District of Alaska
Exhibit List

**ALLSTATE INSURANCE COMPANIES v. HERRON**

| Presiding Judge: Timothy M. Burgess | Plaintiff's Attorney: Mark Wilkerson & Gary Zipkin | Defendant's Attorney: Mark Sandberg |
|---|---|---|
| Trial Date(s): June 2, 2008 | Court Reporter | Courtroom Deputy |

| Joint Ex | Pltf Ex | Def Ex | Offered | Admitted | Description of Exhibit[1] | Limitations on use |
|---|---|---|---|---|---|---|
| 71 | | | | X | Allstate Claims File Record: 2/6/03 Power (Samuelson) Letter to Berry w/ Release & Envelope | |
| 72 | | | | X | Allstate Claims File Record: 11/22/02 Envelope from Power to Allstate w/ Auth Form | |
| 73 | | | | X | Allstate Claims File Record: 10/18/02 Berry Letter to Power | |
| 74 | | | | X | Allstate Claims File Record: "Diagnostics" Coversheet w/ Medical Records | |
| 75 | | | | X | Allstate Claims File Record: "Alaska Regional Hosp" Coversheet w/ Medical Records | |
| 76 | | | | X | Allstate Claims File Record: "ANMC" Coversheet w/ Medical Records | |
| 77 | | | | X | Allstate Claims File Record: "Y-K Health Corp" Coversheet w/ Medical Records | |
| 78 | | | | X | Allstate Claims File Record: "Other Information" Coversheet | |
| 79 | | | | X | Allstate Claims File Record: "MBRS" Coversheet | |

# UNITED STATES DISTRICT COURT,
## District of Alaska
### Exhibit List

## ALLSTATE INSURANCE COMPANIES v. HERRON

| Presiding Judge: Timothy M. Burgess | | | | | Plaintiff's Attorney: Mark Wilkerson & Gary Zipkin | Defendant's Attorney: Mark Sandberg |
|---|---|---|---|---|---|---|
| Trial Date(s): June 2, 2008 | | | | | Court Reporter | Courtroom Deputy |

| Joint Ex | Pltf Ex | Def Ex | Offered | Admitted | Description of Exhibit[1] | Limitations on use |
|---|---|---|---|---|---|---|
| 80 | | | | X | Allstate Claims File Record: ANMC Medical Bill w/ Post-it "need itemized" | |
| 81 | | | | X | Allstate Claims File Record: ANMC Medical Bill | |
| 82 | | | | X | Allstate Claims File Record: 3/18/03 Berry Form Letter to ANMC For Itemized Bill | |
| 83 | | | | X | Allstate Claims File Record: "Prior Medicals" Coversheet | |
| 84 | | | | X | Allstate Claims File Record: "Lien" Coversheet | |
| 85 | | | | X | Allstate Claims File Record: 11/25/02 ANMC Lien | |
| 86 | | | | X | Allstate Claims File Record: 11/25/02 ANMC Lien | |
| 87 | | | | X | Allstate Claims File Record: 1/3/03 Alaska Regional Letter to Kenick re Bill | |
| 88 | | | | X | Allstate Claims File Record: 11/22/03 Alaska Regional Letter to Kenick re Bill | |
| 89 | | | | X | Allstate Claims File Record: 11/8/02 Alaska Regional Letter to Kenick re Bill | |

# UNITED STATES DISTRICT COURT,
## District of Alaska
### Exhibit List

## ALLSTATE INSURANCE COMPANIES v. HERRON

| Presiding Judge: Timothy M. Burgess | Plaintiff's Attorney: Mark Wilkerson & Gary Zipkin | Defendant's Attorney: Mark Sandberg |
|---|---|---|
| Trial Date(s): June 2, 2008 | Court Reporter | Courtroom Deputy |

| Joint Ex | Pltf Ex | Def Ex | Offered | Admitted | Description of Exhibit[1] | Limitations on use |
|---|---|---|---|---|---|---|
| 90 | | | | X | Allstate Claims File Record: 12/12/02 ANMC Letter to Angstman Law Office Re Lien | |
| 91 | | | | X | Allstate Claims File Record: 11/15/02 Denali Anesthesia Bill | |
| 92 | | | | X | Allstate Claims File Record: 10/15/02 Mail Handlers Benefit Plan Letter to Vanzant w/ 9/26/02 Lien Form Completed by Kenick | |
| 93 | | | | X | Allstate Claims File Record: "Loss of Earnings" Coversheet | |
| 94 | | | | X | Allstate Claims File Record: "IIB" Coversheet | |
| 95 | | | | X | Allstate Claims File Record: "Miscellaneous" Coversheet | |
| 96 | | | | X | Allstate Claims File Record: ANMC Travel Documents | |
| 97 | | | | X | Allstate Claims File Record: City of Bethel Ambulance Bill | |
| 98 | | | | X | Allstate Claims File Record: Alaska Regional Bill | |
| 99 | | | | X | Allstate Claims File Record: Alaska Imaging Bill | |

UNITED STATES DISTRICT COURT,
District of Alaska
Exhibit List

**ALLSTATE INSURANCE COMPANIES v. HERRON**

| Presiding Judge: Timothy M. Burgess | Plaintiff's Attorney: Mark Wilkerson & Gary Zipkin | Defendant's Attorney: Mark Sandberg |
|---|---|---|
| Trial Date(s): June 2, 2008 | Court Reporter | Courtroom Deputy |

| Joint Ex | Pltf Ex | Def Ex | Offered | Admitted | Description of Exhibit[1] | Limitations on use |
|---|---|---|---|---|---|---|
| 100 | | | | X | Allstate Claims File Record: Denali Anesthesia Bill | |
| 101 | | | | X | Allstate Claims File Record: ANMC Bill | |
| 102 | | | | X | Allstate Claims File Record: ANMC Bill | |
| 103 | | | | X | Allstate Claims File Record: ANMC Bill | |
| 104 | | | | X | Allstate Claims File Record: ANMC Bill | |
| 105 | | | | X | Allstate Claims File Record: ANMC Bill | |
| 106 | | | | X | Allstate Claims File Record: 12/9/02 Mail Handler's Benefit Letter to Kenick | |
| 107 | | | | X | Allstate Claims File Record: ANMC Bill | |
| 108 | | | | X | Allstate Claims File Record: 3/18/03 Berry Form Letter to ANMC For Itemized Bill | |
| 109 | | | | X | Allstate Claims File Record: 5/12/03 Millar Letter to Angstman Law Office | |
| 110 | | | | X | Allstate Claims File Record: Coversheet | |
| 111 | | | | X | Allstate Claims File Record: Coversheet | |

**UNITED STATES DISTRICT COURT,**
District of Alaska
**Exhibit List**

**ALLSTATE INSURANCE COMPANIES v. HERRON**

| Presiding Judge: Timothy M. Burgess | Plaintiff's Attorney: Mark Wilkerson & Gary Zipkin | Defendant's Attorney: Mark Sandberg |
|---|---|---|
| Trial Date(s): June 2, 2008 | Court Reporter | Courtroom Deputy |

| Joint Ex | Pltf Ex | Def Ex | Offered | Admitted | Description of Exhibit[1] | Limitations on use |
|---|---|---|---|---|---|---|
| 112 | | | | | Herron Auto Policy | |
| 113 | | | | | Deposition: Lori Barra | |
| 114 | | | | | Deposition: Kathy Berry Vol. 1 | |
| 115 | | | | | Deposition: Kathy Berry Vol. 2 | |
| 116 | | | | | Deposition: Craig Elkins | |
| 117 | | | | | Deposition: Charles Herron | |
| 118 | | | | | Deposition: Mary Kenick: See Designation | |
| 119 | | | | | Deposition: Karen Petersen | |
| 120 | | | | | Deposition: Michele Power | |
| 121 | | | | | Deposition: Angelina Trailov | |
| 122 | | | | | Deposition: Jim Valcarce | |
| 123 | | | | | Deposition: Renee Vanzant: See Joint Designation of Testimony | |
| 124 | | | | | Deposition: Robert Wainscott Vol. 1 | |
| 125 | | | | | Deposition: Robert Wainscott Vol. 2 | |
| 126 | | | | | Videotape Deposition: Charles Herron (2-tapes) 126 (a) & 126 (b) | |
| 127 | | | | | Videotape Deposition: Mary Kenick (2-tapes) 127 (a) 127 (b) | |
| 128 | | | | | Videotape Deposition: Michele Power | |
| 129 | | | | | Videotape Deposition: Angelina Trailov | |

**UNITED STATES DISTRICT COURT,**
District of Alaska
**Exhibit List**

**ALLSTATE INSURANCE COMPANIES v. HERRON**

| Presiding Judge: Timothy M. Burgess | Plaintiff's Attorney: Mark Wilkerson & Gary Zipkin | Defendant's Attorney: Mark Sandberg |
|---|---|---|
| Trial Date(s): June 2, 2008 | Court Reporter | Courtroom Deputy |

| Joint Ex | Pltf Ex | Def Ex | Offered | Admitted | Description of Exhibit[1] | Limitations on use |
|---|---|---|---|---|---|---|
| 130 | | | | | Videotape Deposition: Jim Valcarce | |
| 131 | | | | | Robert Wainscott's CV, Testimony, Fee Schedule [600001 – 02; 60005 - 06] | |
| 132 | | | | | Robert Wainscott's Affidavit [37-pages] | |
| 132 (A) | | | | | Robert Wainscott's Binder of Exhibits to Affidavit Exhibits 1-65 | |
| 133 | | | | | Robert Wainscott's 6/5/06 Report [600007 – 600026] | |
| 134 | | | | | Robert Wainscott's 6/16/06 Rebuttal Report [600027 – 600033] | |
| 135 | | | | | Robert Wainscott's 3/19/08 Supplemental Report [603624 – 603627] | |
| 136 | | | | | Robert Wainscott's Billing Records [603619 – 603623; 603628] | |
| 137 | | | | | Robert Wainscott's Binders & Notebooks of Exhibits, Binders 1-9 & Notebooks 1-4 [600691 – 603618] | Note: Bulk Exhibits |
| 138 | | | | | Charles Bean's CV, Fee Schedule [500001 – 500002] | |
| 139 | | | | | Charles Bean's 6/2/06 Report [500003 – 500021] | |

**UNITED STATES DISTRICT COURT,**
District of Alaska
**Exhibit List**

**ALLSTATE INSURANCE COMPANIES v. HERRON**

| Presiding Judge: Timothy M. Burgess | Plaintiff's Attorney: Mark Wilkerson & Gary Zipkin | Defendant's Attorney: Mark Sandberg |
|---|---|---|
| Trial Date(s): June 2, 2008 | Court Reporter | Courtroom Deputy |

| Joint Ex | Pltf Ex | Def Ex | Offered | Admitted | Description of Exhibit[1] | Limitations on use |
|---|---|---|---|---|---|---|
| 140 | | | | | Charles Bean's 9/5/06 Supplemental Report [500050 – 500053] | |
| 141 | | | | | Robert Lohr's CV, Rate Schedule & Testimony [500022 – 500025] | |
| 142 | | | | | Robert Lohr's 6/5/06 Report [500036 – 500049] | |
| 143 | | | | | Herron's Consent to Entry of Judgment, Agreement, Assignment of Claims, Covenant Not to Execute | |
| 144 | | | | | Michele Power Phone Book Ad | |
| 145 | | | | | Supplement to Initial Disclosures: Michele Power Correspondence File [MP 1-44; 300001 – 300044] | |
| 146 | | | | | Webster's Definition of "Unless" | |
| 147 | | | | | Webster's Definition of "Discuss" & "Discussion" | |
| 148 | | | | | Paul Craig's 12/17/02 Report on Angelina Trailov | |
| 149 | | | | | 6/10/03 Claims Diary Note Re Jim Valcarce Conversation [100058] | |
| 150 | | | | | Removed Exhibit | |

14

UNITED STATES DISTRICT COURT,
District of Alaska
Exhibit List

ALLSTATE INSURANCE COMPANIES v. HERRON

| Presiding Judge: Timothy M. Burgess | Plaintiff's Attorney: Mark Wilkerson & Gary Zipkin | Defendant's Attorney: Mark Sandberg |
|---|---|---|
| Trial Date(s): June 2, 2008 | Court Reporter | Courtroom Deputy |

| Joint Ex | Pltf Ex | Def Ex | Offered | Admitted | Description of Exhibit[1] | Limitations on use |
|---|---|---|---|---|---|---|
| 151 | | | | | Jan-Feb 2003 Demand Alert Conference Log & 1-page of note [704589-591] | |
| 152 | | | | | 10/17/03 Allstate P-CCSO Claim Policy Practices Procedures Manual: Table of Contents, Chapts1-2 & 5 [704377-397; 704447-475] | |
| 153 | | | | | Removed Exhibit | |
| 154 | | | | | 10/02 Northwest CSA File Handling Protocols & Related Documents [ | |
| 155 | | | | | Yukon-Kuskokwim Regional Hospital Diagnostic Imaging Dept.: 2/14/03 f/u Spine Lumbosacral. [702729]; 9/17/02 chest; spine cervical; skull; pelvis. [702731-734] | |
| 156 | | | | | 9/14/02 Yukon-Kuskokwim Health Corp.: ventilator care record [703819]; respiratory – cardio pulmonary dept. patient therapy record [703820]; patient transport order – memorandum of transfer and consent to transfer [703823-24]. | |

15

**UNITED STATES DISTRICT COURT,**
District of Alaska
**Exhibit List**

**ALLSTATE INSURANCE COMPANIES v. HERRON**

| Presiding Judge: Timothy M. Burgess | Plaintiff's Attorney: Mark Wilkerson & Gary Zipkin | Defendant's Attorney: Mark Sandberg |
|---|---|---|
| Trial Date(s): June 2, 2008 | Court Reporter | Courtroom Deputy |

| Joint Ex | Pltf Ex | Def Ex | Offered | Admitted | Description of Exhibit[1] | Limitations on use |
|---|---|---|---|---|---|---|
| 157 | | | | | 9/18/02 Occupational Therapy Initial Evaluation [703749]; 9/17/02 Consultation sheet to PT [703747]; 9/17/02 Consultation Sheet to speech pathology [703748]; 9/17/02-9/19/02 medication record [703753]; 9/16/02 – 9/19/02 medical file [703755 – 703784]; 9/14/02 Progress Notes [703818]; 9/14/02 Out-of-Hospital Transfer Record ANMC to Alaska Regional [703745]; No date, Pediatric Admission Data Base form [703797] | |
| 158 | | | | | 9/14/02 Areomed International, Yukon-Kuskokwim Health Corp. emergency flight record: Bethel to ANMC, Anchorage. [702726-728] | |
| 159 | | | | | 9/14 – 9/16/02 Allstate Claims File Record: Medical Record Printout [702802] | |
| 160 | | | | | Photos [702541 – 549] | |
| 161 | | | | | 2/19/01 P-CCSO Casualty Process Mastery re: Good Faith Claim Handling | |

UNITED STATES DISTRICT COURT,
District of Alaska
Exhibit List

ALLSTATE INSURANCE COMPANIES v. HERRON

| Presiding Judge: Timothy M. Burgess | Plaintiff's Attorney: Mark Wilkerson & Gary Zipkin | Defendant's Attorney: Mark Sandberg |
|---|---|---|
| Trial Date(s): June 2, 2008 | Court Reporter | Courtroom Deputy |

| Joint Ex | Pltf Ex | Def Ex | Offered | Admitted | Description of Exhibit[1] | Limitations on use |
|---|---|---|---|---|---|---|
| 162 | | | | | 2/8/99 Damage Investigation Guidelines [704392]; 07/03 CW Damage Investigation Matrix [704353]; 08/03 CPL/CGL Liability Investigation Matrix [704354]. | |
| 163 | | | | | 11/30/1998 Letter to J. Larson re: new mandatory home office casualty referral category, first page only.  [704346] | |
| 164 | | | | | 8/31/1990 PP&C Claims Manual, § 2.4, 3.1, 3.5-3.6, 7.2, 6.5. [F901666, F901681, F901697, F901714, F901817, F901806] | |
| 165 | | | | | 3 AAC Chapter 26 Trade Practices | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

17