Mark A. Sandberg
SANDBERG, WUESTENFELD & COREY
701 W. 8th Ave., Suite 1100
Anchorage, Alaska  99501
(907) 276-6363

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ALLSTATE INSURANCE COMPANIES,  )<br>  )<br>      Plaintiff,    )<br>  )<br>   v.   )<br>  )<br>CHARLES HERRON,   )<br>  )<br>      Defendant.   )<br>_____ ) | Case No. 3:04-cv-0043 TMB |

**DEFENDANT'S FINAL WITNESS LIST**

**(REDACTED)**

COMES NOW the defendant, by and through counsel, and submits his final witness list:

1.   Charles Herron

2.   Robert Herron

3.   Kathy Berry
     Allstate Insurance Company

4.   Karen Petersen
     Allstate Insurance Company

5. Craig Elkins
   Allstate Insurance Company

6. Roger Holmes, Esq.
   Biss & Holmes

7. Jim Valcarce, Esq.
   Cooke, Roosa & Valcarce

8. Michele Power, Esq.
   Power and Brown

9. Robert Wainscott

10. Representative of Malone and Co.
    Bethel, Alaska

11. Any and all witnesses listed by the plaintiff

19. Any records custodians for authentication of any records necessary for the purposes of admissibility.

DATED this 9 day of April 2008, in Anchorage, Alaska.

s/ Mark A. Sandberg
701 W 8th Avenue, Ste. 1100
Anchorage, Alaska 99501
Phone: (907) 276-6363
Fax: (907) 276-3528
E-Mail: msandberg@aol.com
Alaska Bar No.: 7510084

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by ( ) mail ( ) fax (  ) hand this 9 day of April 2008 upon:

Mark Wilkerson, Esq.
Wilkerson, Hozubin & Burke
310 K Street, Suite 405
Anchorage, Alaska  99501

Gary A. Zipkin, Esq.
Guess & Rudd, P.C.
510 L Street, Suite 700
Anchorage, AK  99501


s/ Mark A. Sandberg