Mark E. Wilkerson, Esq.
Wilkerson Hozubin
310 K Street, Suite 405
Anchorage, AK 99501
Phone: 907-276-5297
Fax: 907-276-5291
mark@wilkersonlaw.net
Alaska Bar No. 8310157

Attorneys for Plaintiff Allstate

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ALLSTATE INSURANCE COMPANIES, ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> CHARLES HERRON, ) <br> ) <br> Defendant. ) <br> _____ ) | Case No. 3:04-cv-0043 (TMB) |

### ALLSTATE'S NOTICE TO COURT RE LODGING OF JOINT EXHIBITS

Pursuant to the Court's Pre-Trial Order at Docket 210, Allstate hereby provides notice that it is lodging the Court's copy of the parties' Joint Exhibit List and Joint Set of Exhibits, Binders 1 through 4.

Dated this 14th day of April, 2008, at Anchorage, Alaska.

WILKERSON HOZUBIN
Attorneys for Plaintiff

By:   s/Mark E. Wilkerson
310 K Street, Suite 405
Anchorage, AK 99501
Phone: 907-276-5297
Fax: 907-276-5291
mark@wilkersonlaw.net
AK Bar No. 8310157

WILKERSON
HOZUBIN
310 K STREET, SUITE 405
ANCHORAGE, AK 99501
TEL: (907) 276-5297
FAX: (907) 276-5291

CERTIFICATE OF SERVICE
I hereby certify that on the
14th day of April, 2008, a copy
of the foregoing document was served
electronically on:

Gary A. Zipkin
Mark A. Sandberg


WILKERSON HOZUBIN

By:____s/Mark E. Wilkerson____
1000.788/DJA Trial /Ntc to Ct re Exhibits

**WILKERSON HOZUBIN**
310 K STREET, SUITE 405
ANCHORAGE, AK 99501
TEL: (907) 276-5297
FAX: (907) 276-5291