Mark E. Wilkerson, Esq.
Wilkerson Hozubin
310 K Street, Suite 405
Phone: 907 276-5297
Fax: 907 276-5291
E-mail: mark@wilkersonlaw.net
AK Bar #8310157

Attorneys for Plaintiff Allstate

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ALLSTATE INSURANCE COMPANIES, ) | |
| ) | |
|               Plaintiffs, ) | |
| ) | |
|    vs. ) | |
| ) | |
| CHARLES HERRON, ) | |
| ) | |
|           Defendant. ) | |
| _____ ) | Case No. A04-0043 CV (TMB) |

## STIPULATION RE "BULK" EXHIBIT

The parties, by and through their undersigned attorneys, hereby stipulate and agree that Joint Exhibit 137, Robert Wainscott's 9 binders and 4 notebooks of deposition exhibits, shall be treated as a "bulk" exhibit. Copies of this joint exhibit will not be made for the court (unless requested by the court) since the parties anticipate that only a few pages out of this joint exhibit will actually be utilized during the trial and, at that time, marked separately as trial exhibits and possibly introduced into evidence.

**WILKERSON
HOZUBIN**
310 K STREET, SUITE 405
ANCHORAGE, AK 99501
TEL: (907) 276-5297
FAX: (907) 276-5291

WILKERSON HOZUBIN
Attorneys for Plaintiff

DATED: 4/14/08                    BY: _____
                                      Mark E. Wilkerson
                                      AK Bar No. 8310157


SANDBERG, WUESTENFELD & COREY
Attorneys for Defendant

DATED: 4/11                       BY: _____
                                      Mark A. Sandberg
                                      AK Bar No. 7510084


1000/788/dec action/Stip Bulk Exs

**WILKERSON
HOZUBIN**
310 K STREET, SUITE 405
ANCHORAGE, AK 99501
TEL: (907) 276-5297
FAX: (907) 276-5291