Mark E. Wilkerson, Esq.
Wilkerson Hozubin
310 K Street, Suite 405
Phone: 907 276-5297
Fax: 907 276-5291
E-mail: mark@wilkersonlaw.net
AK Bar #8310157

Attorneys for Plaintiff Allstate

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ALLSTATE INSURANCE COMPANIES, ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> CHARLES HERRON, ) <br> ) <br> Defendant. ) <br> _____) | Case No. A04-0043 CV (TMB) |

**PROPOSED**
**ORDER GRANTING STIPULATION RE BULK EXHIBIT**

IT IS SO ORDERED that pursuant to the parties' stipulation, Joint Exhibit 137, Robert Wainscott's 9 binders and 4 notebooks of deposition exhibits are considered a "bulk" exhibit. Copies of this joint exhibit will not be made for the court (unless requested by the court) since the parties anticipate that only a few pages out of this joint exhibit will actually be utilized during the trial and, at that time, marked separately as trial exhibits and possibly introduced into evidence.

DATED:_____        _____
                              TIMOTHY M. BURGESS
                              U.S. District Court Judge

WILKERSON
HOZUBIN
310 K STREET, SUITE 405
ANCHORAGE, AK 99501
TEL: (907) 276-5297
FAX: (907) 276-5291