Mark E. Wilkerson, Esq.
Wilkerson Hozubin
310 K Street, Suite 405
Anchorage, AK 99501
Phone: 907-276-5297
Fax: 907-276-5291
mark@wilkersonlaw.net
Alaska Bar No. 8310157

Attorneys for Plaintiff Allstate

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ALLSTATE INSURANCE COMPANIES, )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>CHARLES HERRON, )<br>)<br>Defendant. )<br>_____ ) | Case No. 3:04-cv-0043 (TMB) |

### OBJECTIONS TO HERRON'S EXHIBITS

Herron's proposed exhibits are labeled Joint Exhibits 151 through 165. Allstate objects to the following exhibits:

Exhibit 151   Subject to the Court's ruling on Allstate's Motion at Docket 213, Allstate has no further objection.

Exhibit 152   Subject to the Court's ruling on Allstate's Motion at Docket 213, Allstate has no further objection.

Exhibit 154   Allstate objects to this exhibit based on FRCP 402 and 403; <u>see</u> Allstate's Motions at Dockets 213 and 214.

| | |
|---|---|
| Exhibit 159 | Allstate objects to this exhibit based on FRCP 402 and 403. This is a document dated February 25, 2004. The Court closed discovery, finding that all relevant events occurred previously, on June 2, 2003, eight months before Exhibit 159 is dated. Additionally, the Court has ruled *in limine* that all claims or arguments regarding the handling of med pay are inadmissible. |
| Exhibit 161 | Subject to the Court's ruling on Allstate's Motion at Docket 213, Allstate has no objections up to Bates number 704369. The remaining documents in the exhibit are form letters that are templates, and which were not used in this claim. They are not contained within the claim file. The templates deal with such things as denying that your insured was liable (obviously a form that could not be relevant here). The Best Practice Checklist at Bates number 704374 was not used and is not contained in the claim file. Bates number 704375 is a letter dated July 23, 2003, two months after the Court closed discovery in this case. It was not and could not have been relied upon in the handling of this claim. Likewise, the attachments to that letter at Bates number 704376 was not and could not have been used in the handling of this claim. |
| Exhibit 162 | Subject to the Court's ruling on Allstate's Motion at Docket 213, Allstate has no further objection. |

**WILKERSON HOZUBIN**
310 K STREET, SUITE 405
ANCHORAGE, AK 99501
TEL: (907) 276-5297
FAX: (907) 276-5291

Exhibit 163   Subject to the Court's ruling on Allstate's Motion at Docket 213, Allstate has no further objection.

Exhibit 164   Subject to the Court's ruling on Allstate's Motion at Docket 213, Allstate has no further objection.

Exhibit 165   Allstate objects to this exhibit based on FRCP 402 and 403. This exhibit is a photocopy of Alaska regulations dealing with Unfair Claims Acts. There is no private cause of action for a violation of these regulations. See O.K. Lumber v. Providence Washington Ins., 759 P.2d 523 (Alaska 1988). If Herron believes this statement of the law is relevant, he can seek a jury instruction, but providing legislation to the jury would, at a minimum, confuse them and has a high likelihood of causing prejudice to Allstate while not providing relevant or understandable information to the jury. This is particularly so because these regulations cannot form the basis of a legal action.

Dated this 14th day of April, 2008, at Anchorage, Alaska.

WILKERSON HOZUBIN
Attorneys for Plaintiff

By:   s/Mark E. Wilkerson
310 K Street, Suite 405
Anchorage, AK 99501
Phone: 907-276-5297
Fax: 907-276-5291
mark@wilkersonlaw.net
AK Bar No. 8310157

**WILKERSON HOZUBIN**
310 K STREET, SUITE 405
ANCHORAGE, AK 99501
TEL: (907) 276-5297
FAX: (907) 276-5291

CERTIFICATE OF SERVICE
I hereby certify that on the
14th day of April, 2008, a copy
of the foregoing document was served
electronically on:

Gary A. Zipkin
Mark A. Sandberg


WILKERSON HOZUBIN

By: ___s/Mark E. Wilkerson___
1000.788/DJA Trial /Objs to Herron's Exhibits

**WILKERSON HOZUBIN**
310 K STREET, SUITE 405
ANCHORAGE, AK 99501
TEL: (907) 276-5297
FAX: (907) 276-5291