Mark A. Sandberg
SANDBERG, WUESTENFELD & COREY
701 W. 8th Ave., Suite 1100
Anchorage, Alaska  99501
(907) 276-6363

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ALLSTATE INSURANCE COMPANIES, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CHARLES HERRON, ) <br> ) <br> Defendant. ) <br> ) | Case No. 3:04-cv-0043 TMB |

NONOPPOSED SCHEDULING MOTION

Allstate and Herron have agreed to a schedule for the remaining briefing regarding:

1. Allstate's Motion to Strike Supplemental Report of Robert Wainscott; and

2. Allstate's First and Second Motions in Limine.

The parties agree that Herron will oppose each of the above motions not later than April 25, 2008.  Allstate will file its reply memoranda not later than May 5, 2008.

Counsel for Herron represents that he has conferred with counsel for Allstate and this motion is unopposed.

DATED this 21 day of April 2008, in Anchorage, Alaska.

           s/ Mark A. Sandberg
           701 W 8th Avenue, Ste. 1100
           Anchorage, Alaska 99501
           Phone: (907) 276-6363
           Fax: (907) 276-3528
           E-Mail: msandberg@aol.com
           Alaska Bar No.: 7510084

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by ( ) mail ( ) fax (  ) hand this 21 day of April 2008 upon:

Mark Wilkerson, Esq.
Wilkerson, Hozubin & Burke
310 K Street, Suite 405
Anchorage, Alaska  99501

Gary A. Zipkin, Esq.
Guess & Rudd, P.C.
510 L Street, Suite 700
Anchorage, AK  99501


s/ Mark A. Sandberg