Mark A. Sandberg
SANDBERG, WUESTENFELD & COREY
701 W. 8th Ave., Suite 1100
Anchorage, Alaska  99501
(907) 276-6363

Attorneys for Defendant


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ALLSTATE INSURANCE COMPANIES, )<br>                             )<br>       Plaintiff,     )<br>                             )<br>  v.                      )<br>                             )<br>CHARLES HERRON,      )<br>                             )<br>       Defendant.     )<br>                             ) | Case No. 3:04-cv-0043 TMB |

PROPOSED ORDER GRANTING NONOPPOSED SCHEDULING MOTION

The Nonopposed Scheduling Motion is GRANTED.


The schedule for the remaining briefing regarding:

1. Allstate's Motion to Strike Supplemental Report of Robert Wainscott; and

2. Allstate's First and Second Motions in Limine,

will be as follows: Herron shall oppose each of the above motions not later than April 25, 2008. Allstate shall file its reply memoranda not later than May 5, 2008.


DATE:_____ _____
 Hon. Timothy M. Burgess
 United States District Court Judge


CERTIFICATE OF SERVICE

I hereby certify that a true and
correct copy of the foregoing was
served by ( ) mail ( ) fax ( ) hand
this 21 day of April 2008 upon:

Mark Wilkerson, Esq.
Wilkerson, Hozubin & Burke
310 K Street, Suite 405
Anchorage, Alaska  99501

Gary A. Zipkin, Esq.
Guess & Rudd, P.C.
510 L Street, Suite 700
Anchorage, AK  99501


s/ Mark A. Sandberg