Page 29

```
 1  Q.    Is it required that the EC be involved to
 2  formulate a counteroffer?
 3  A.    On the counteroffer?
 4  Q.    That's right. In other words, if we wanted
 5  to follow my little loop around, you get a demand. It
 6  comes to the claim rep. The claim rep consults with
 7  you. The EC may or may not be involved initially to
 8  evaluate the demand. But suppose you want then to
 9  make an offer, do we have to get the EC involved?
10  A.    Yes. That's -- yes, you would.
11  Q.    Okay. Anybody else?
12  A.    Well, depending on the case, you may get the
13  FPE involved or seek some advice from elsewhere.
14  Q.    And that would be Ms. Petersen in your
15  office?
16  A.    Yes.
17  Q.    Does whether the demand is or is not a
18  policy limits demand make any difference in the
19  scenario you've just described to me?
20  A.    As to involving the EC?
21  Q.    Yes. How many people are involved. I'm
22  just trying to understand the process.
23  A.    If the -- one example, if a demand comes in
24  with no supporting documentation for the demand and no
25  time limit on it, we'd respond that we need the
```

Page 30

```
 1  supports in order to properly evaluate and respond to
 2  the demand, example such as that.
 3  Q.    And you'd expect a claim rep to write that
 4  letter, correct?
 5  A.    Yes.
 6  Q.    Would the demand still come to your
 7  attention?
 8  A.    In that case, yes.
 9  Q.    Anybody else's?
10  A.    I don't believe so.
11  Q.    If a letter -- if a demand letter comes in
12  with a deadline attached, are those calendared?
13  A.    They are.
14  Q.    How?
15  A.    The claim representative calendars for
16  response on those. Attempts to meet that or get an
17  extension.
18  Q.    And under the present system, how does that
19  happen? How does it get calendared?
20  A.    The -- we have a demand log, which we log
21  that in and whether or not there's a response date due
22  on it or not.
23  Q.    Is the demand log computerized?
24  A.    Yes.
25  Q.    So there's a -- if the -- does the Anchorage
```

Page 31

```
 1  office maintain a central computerized demand log for
 2  all files? I'm just trying to understand how it's
 3  organized.
 4  A.    Yes. And FPE would have access to that if
 5  they wished or -- yes.
 6  Q.    Okay. And what -- now in 2002, what was the
 7  system like for calendering demands with deadlines
 8  attached?
 9  A.    Right. The 2002, I don't recall if it was
10  computerized or a manual log.
11  Q.    But there was a demand log maintained within
12  the office?
13  A.    I believe so, yes.
14  Q.    And -- well, let's -- without regard to when
15  the transition was, how did the prior -- the manual
16  log work? Was there a book somewhere, a thing
17  somewhere? How did things get entered on it and who
18  did it?
19  A.    Right. The -- it was a spreadsheet. And it
20  would come in. And at that point in time, I believe I
21  was writing in the claim number, the item claimant,
22  the claim representative, whether or not it was a time
23  limit demand or facial demand, whatever.
24  Q.    Okay. And then did someone on your staff
25  then calendar those demands for you under this manual
```

Page 32

```
 1  system? In other words, how did you know other than
 2  looking at the demand log every day which demands were
 3  expiring?
 4  A.    Yes.
 5        No. There would not have been in my -- I
 6  did not have a support person doing that for me.
 7  Q.    Did the office?
 8  A.    I don't recall. I don't -- I don't recall
 9  if we did or not.
10  Q.    As the supervisor, was the expiration of
11  demands called to your attention under the previous
12  system somehow by a tickler, by a note, by anything?
13  A.    I would try and look to see what the status
14  was, if we'd responded in time and got an extension or
15  communicated with the attorney.
16  Q.    Was it part of your job to review the demand
17  log periodically then?
18  A.    Yes.
19  Q.    So once a week, once a day? How often?
20  A.    Once a day, no. Perhaps once a week.
21  Q.    So at least once a week, you should know
22  what demands are expiring within the claims being
23  handled by the people you're supervising.
24  A.    Yes.
25  Q.    And the system you're just describing, would
```