**Page 49**

1  A.    Uh-huh.
2  Q.    Then if we read the claim file upward from
3  there, which is going to be the decreasing numbers,
4  what we're looking at are the ANMC records, aren't we?
5  A.    Yes. But I can't say that -- because this
6  says March 26th, 2003 received and it's got a note
7  that says requests for information take three to five
8  business days to be processed, I can't say if the
9  records came with this or not.
10 Q.    Are you able to point me to anyplace in the
11 claim file that shows ANMC records arriving after
12 March 26th, 2003?
13 A.    Not that I can point to.
14 Q.    Are you able to point me anywhere in the
15 claim file that shows Alaska Regional records arriving
16 after March 26th, 2003?
17 A.    No.
18 Q.    Are you able to point me anywhere in the
19 file that shows Y-K Hospital records arriving after
20 March 26th, 2003?
21 A.    No.
22 Q.    Are you able to point me to anywhere in the
23 file that shows medical records from any provider
24 arriving after March 26, 2003?
25 A.    No.

**Page 50**

1  Q.    Okay. Let's return to our chronology a
2  little earlier then. Go to 32. Actually, go to 18,
3  because this is another one of those redacted -- I'm
4  sorry. Exhibit 18. Because this is another one of
5  those redacted documents that we copied out.
6  A.    Okay, okay.
7  Q.    Page 32 of that is an entry dated March the
8  3rd, 2003 --
9  A.    Right.
10 Q.    -- from Mr. Elkins to you, correct?
11 A.    Right.
12 Q.    And he is providing you directions for claim
13 handling.
14 A.    Right.
15 Q.    It says "Thank you for the demand review on
16 the 10/18/03 (sic) notice." What's a demand review?
17       MR. WILKERSON: Just for the record, I think
18 it's 2/18.
19 BY MR. SANDBERG:
20 Q.    Yes. It's getting late in the day. I'm
21 losing it. The 2/18/03 notice.
22 A.    It would be the demand letter.
23 Q.    Okay. It's not some special form you fill
24 out or a review that you do of the letter?
25 A.    No.

**Page 51**

1  Q.    So basically, what he's thanking you for is
2  simply a copy of the demand letter?
3  A.    Right.
4  Q.    And it says "Please prepare and send HO
5  referral on mandatory referral" given allegation of
6  brain damage. What's HO referral?
7  A.    Home office referral.
8  Q.    And what's a manditory referral?
9  A.    There's certain injuries that they require
10 that they were sent on.
11 Q.    When a claim has been identified as a HO
12 referral file, how promptly is the referral supposed
13 to happen?
14 A.    It's supposed to go out in 14 days.
15 Q.    So if you were following your instructions
16 from Mr. Elkins, there would have been a referral by
17 March the 17th, 2003?
18 A.    Right.
19 Q.    Did you do that?
20 A.    I did not do it at that time.
21 Q.    Why not?
22 A.    I don't know.
23 Q.    It continues, "Also suggest you raise your
24 reserve on 04." That would be Ms. Trailov?
25 A.    Right.

**Page 52**

1  Q.    The reserve at this point was 75,000, I
2  believe?
3  A.    Right.
4  Q.    And Mr. Elkins is suggesting that you raise
5  the reserve?
6  A.    Right.
7  Q.    Then it says "Update EIP 04." What's an
8  EIP?
9  A.    EIP means eligible injured party.
10 Q.    Okay. What's that mean? Eligible for what?
11 A.    It's how the system identifies an injured
12 person.
13 Q.    Okay. So it says "Update EIP 04 on" --
14 well, I'll tell you what, translates that line for me,
15 if you would be so kind.
16 A.    What that means is update eligible injured
17 party 04 -- would be Angelina -- on the Hub -- there's
18 a system in the computer called the Casualty Hub. And
19 that's where identifying information on an injured
20 person is stored -- so NBRS, medical bill review
21 system, can be activated.
22 Q.    The medical bill review system, is that
23 Colussus or is that some other thing?
24 A.    No. It's where all of the medical bills go
25 in for review. It's not Colussus.