REQUEST FOR PRODUCTION NO. 12:  Please produce Allstate's national Claims Policy, Practices, Procedures Manual (CPPPM) as it was in effect from September 14, 2002 to date of suit in this matter, including but not limited to Chapters 1 through 12 and Chapter 99.  Include the Table of Contents and Index.


RESPONSE:



REQUEST FOR PRODUCTION NO. 13:  Please produce all General bulletins, Claims Bulletins, Alaska Bulletins, and Alaska Claims Bulletins sent to the Allstate Claims office in Anchorage since 1990 that relate in any way to handling, adjusting and/or investigating the following:


A. Motor vehicle bodily injury claims;

B. Medical payments claims:

C. UM/UIM claims;

D. UM/UIM limits:

E. Allstate offers and/or renewal offers and/or waivers and/or selection/rejection of UM/UIM coverage and/or UM/UIM limits.

SANDBERG,
WUESTENFELD
& COREY
701 WEST 8TH AVENUE
SUITE 1100
ANCHORAGE, AK 99501
(907) 276-6363

Request for Production
Allstate v. Herron, Case No. A04-0043 Civ. (JKS)
Page 9

Exhibit 2
Page 1 of 3



RESPONSE:


REQUEST FOR PRODUCTION NO. 14:  Please produce all Allstate Home Office procedures, practices, bulletins, and other materials regarding bodily injury claims handling in effect in 2002 and 2003 by the Home Office including all materials and information relating to Home Office referrals, e-mail communications, investigation, evaluation, file documentation, establishing claims reserves, changing claims reserves, documenting claims reserves, seeking settlement authority, granting settlement authority, documenting settlement authority, timeliness of investigations, timeliness of settlement offers, notifying insureds of excess exposure, and notifying insureds of settlement offers.


RESPONSE:


REQUEST FOR PRODUCTION NO. 15:  For the period of 2002 to the present, and to the extent not already produced, please produce all other Allstate claims handling procedures, claims practices, claims guidelines, standards, minimums, bulletins,

SANDBERG,
WUESTENFELD
& COREY
701 WEST 8TH AVENUE
SUITE 1100
ANCHORAGE, AK 99501
(907) 276-6363

Request for Production
Allstate v. Herron, Case No. A04-0043 Civ. (JKS)
Page 10

Exhibit 2
Page 2 of 3

local claims procedures, local claims standards, local good practices, and all other materials and writings generated by Allstate and/or any employee thereof that applied to or referred to handling and/or adjusting bodily injury claims and/or medical payments claims and/or UM/UIM claims in Alaska. This request includes but is not limited to: investigating bodily injury claims, medical payments claims and/or UM/UIM claims and/or UM/UIM coverages in Alaska including the time period within which an investigation should be completed. This includes all materials and information relating to referrals to the Home Office, claim evaluation, timeliness of claim evaluation, methods and/or procedures on claim evaluation, documentation of claim evaluation, file documentation, establishing claims reserves, changing claims reserves, documenting claims reserves, seeking settlement authority, documenting settlement authority, settlement offers, timeliness of settlement offers, responding to settlement offers, notifying insureds of settlement offers, notifying insureds of insurance coverage, notifying insureds of insurance coverage limitations, notifying insureds of exposure to liability in excess of insurance coverage.

RESPONSE:

SANDBERG,
WUESTENFELD
& COREY
701 WEST 8TH AVENUE
SUITE 1100
ANCHORAGE, AK 99501
(907) 276-6363

Request for Production
Allstate v. Herron, Case No. A04-0043 Civ. (JKS)
Page 11

Exhibit 2
Page 3 of 3