# ANGSTMAN LAW OFFICE

MYRON ANGSTMAN
MICHELE POWER
BRUCE ANDERS
SEAN BROWN

P. O. Box 585
Bethel, Alaska 99559
Tel. (907) 543-2972
Fax (907) 543-3394
angstmanadmin@alaska.com

P.O. Box 1310
Dillingham, Alaska 99576
Tel. (907) 842-2974
Fax (907) 842-3994

April 10, 2003

Kathy Berry
Allstate Insurance
7033 E. Tudor Road
Anchorage, Alaska 99507-1275

RE:   Angelina Trailov and Mary Kenick

Dear Ms. Berry:

Mary Kenick suffered extreme emotional distress as a result of the accident which occurred on September 14, 2002. Prior to the accident, Ms. Kenick successfully performed the duties of her job at the United States Department of Agriculture (UDSA), where she had been employed for seven years. Subsequent to the accident, although nothing about her duties changed, she had difficulty focusing at work and found the stress to be unmanageable. The emotional disruption caused by the negligent infliction of emotional distress on September 14, 2002, forced Ms. Kenick to leave the USDA in search of new job. Ms. Kenick is now employed by AVCP at a significant reduction in pay. Ms. Kenick earned $65,000 per year while employed at the USDA and now earns only $52,000 per year at AVCP. Ms. Kenick has experienced personality changes. Long time friends of Ms. Kenick will testify to the changes which have occurred as a result of the September 14, 2002, incident. To date, Ms. Kenick has not sought counseling, however, she has started to attend church and may seek counseling should her personality changes persist.

Although some of Gina Trailov's damages are obvious, the injury to her brain damage is less so. Since the accident, Gina has been absented minded and forgetful. Although her high school transcript does not necessarily show trouble in school, the significance of her injury should not be minimized. The impact of her moderate traumatic brain injury may not be known for years.

In addition to the permanent brain damage, Gina has experienced back pain. She was treated for

701360

JOINT EXHIBIT
31 ATM
3:04-cv-0043

APR 1 4 2003
RECEIVED

Exhibit 7
100188
Page 1 of 3

the back pain at the Yukon Kuskokwim Delta Regional Hospital. *See* enclosed medical records.

Ms. Kenick is anxious to resolve both claims and I cannot let this case languish. It is a relatively straightforward case. If your review of the file suggests otherwise, please advise me of your concerns. While the offer dated February 14, 2002, remains open, it will be revoked on May 16, 2003, and a complaint will be filed, unless there is some discussion regarding pre-filing resolution.

I look forward to hearing from you.

Best regards,

Michele Power
Attorney at Law

enclosures

cc: Mary Kenick

Exhibit 31 ATRM
Page 2 of 3


701361

Exhibit 7
Page 2 of 3


100189


701362



**ANGSTMAN LAW OFFICE**

P.O. BOX 585
BETHEL, ALASKA 99559

Kathey Berry
AllState Insurance
7033 E. Tudor Rd.
Anchorage, Ak. 99507

APR 1 4 2003
RECEIVED

Exhibit 31 ATM
Page 3 of 3

Exhibit 7
Page 3 of 3