

SSP221-1

DESK: AKB
332 275109'4   DOL: 09 - 14 - 2002   INSD: TRAILOV   MARGARET          HERRON
ID: 04
          ANGELINA                                        HRS:
          PASSENGER
HOME PHONE: (907)543-1993   BUS PHONE: ( )   -
                            STMT EMPL NAME: KAREN M PETERSEN
                            STATEMENT TYPE: PL COMMENTS
                                            (0=NONE 1=FAV 2= UNFAV)
INVOLVED PERSON STATEMENT
                            INSD: TRAILOV   MARGARET          HERRON
                                                             PAGE: 2 OF 4

DATE: 05 - 29 - 2003
NOTIFY:
ANALYST: LORI
KATHY:

ANALYSIS:
05/29/2003
I AGREE 04 WOULD PROBABLY RECEIVE THE 100K LIAB LIMITS IN BETHEL VENUE,
LIKELY THE 100K SU LIMITS ALSO. AND NIED CLAIM, WITH LOCAL COUNSEL, PRIOR
I SUGGEST DISCUSS THIS CASE VALUE, AND FOR NIED CLAIM FOR HER MOTHER
WITH LIAB SETTLEMENT.
ATTY HAS DEMANDED POL LIM FOR 04, AND FOR NIED CLAIM FOR HER MOTHER,
THE ANS LIEN HAS BEEN RECORDED IN COURT. WE NEED TO ASSURE THIS IS PAID
PLEASE NOTE THERE ARE SEVERAL LIEN NOTICES
REQUEST AUTHO FROM HOME OFFICE WITH EC RECOMMENDATIONS IN 09-PF8 SCREEN
OBJECTIVE INJURY, BETHEL VENUE.
04 HAD OVER 39K MEDS (25K PAID DIRECT TO ATTY UNDER MED PAY) SIGNIFICANT
NEED TO OPEN SU

PF5=SCHED F/U PF7=BACKWD DMON CAN UPDATE THE STATEMENT YOU HAVE SELECTED ***
*** ONLY EMPLOYEE DMON CAN UPDATE THE STATEMENT YOU HAVE SELECTED ***
EFFECT ON INSD LIAB AND/OR CLMT DAMAGES:

701116

100048

---

SSP221-1

DESK: AKB
332 275109'4   DOL: 09 - 14 - 2002   INSD: TRAILOV   MARGARET          HERRON
ID: 04
          ANGELINA                                        HRS:
          PASSENGER
HOME PHONE: (907)543-1993   BUS PHONE: ( )   -
                            STMT EMPL NAME: KAREN M PETERSEN
                            STATEMENT TYPE: PL COMMENTS
                                            (0=NONE 1=FAV 2= UNFAV)

DATE: 05 - 29 - 2003
NOTIFY:
ANALYST: LORI
KATHY:

ANALYSIS:
05/29/2003
TO MAKING RECOMMENDATION TO HOME OFFICE.
I DO NOT FEEL WE HAVE SUFFICIENT INFO TO DETERMINE IF CLMT MOTHER HAS A
VALID NIED CLAIM. IF SHE DOES, WOULD BE LIAB ONLY, REVIEW POLICY, I DO NOT
THINK SHE WOULD QUALIFY AS AN INSURED UNDER UIM.
THE EMERGENCY ROOM RECORD REFLECTS CLMT WAS BROUGHT IN AT 1:45 A.M.
IT IS UNCLEAR WHEN MOTHER WAS NOTIFIED OF INJURY AND WHEN SHE ARRIVED AT
HOSPITAL, OR WHAT CONDITION CLMT WAS IN.
THERE IS NOTE THAT FAMILY AT BEDSIDE AT 5:21AM
ATTY AGREES THAT MOTHER DID NOT HAVE 'SENSORY AND CONTEMPORANEOUS OBSERVANCE
OF THE ACCIDENT' BUT FEELS THAT THE COURTS WOULD ALLOW NIED CLAIM
TO TIME OF ACCIDENT THAT HER OBSERVATION OF INJURIES WAS CLOSE ENOUGH

PF5=SCHED F/U PF7=BACKWD DMON CAN UPDATE THE STATEMENT YOU HAVE SELECTED ***
*** ONLY EMPLOYEE DMON CAN UPDATE THE STATEMENT YOU HAVE SELECTED ***
EFFECT ON INSD LIAB AND/OR CLMT DAMAGES:

701117

100049

Exhibit    9
Page    1    of    1