```
DESK: PLB                     CDS - EVALUATION REVIEW COMMENTS           PAGE 1 OF 3
332 275109 4   ID: 04 ANGELINA                    TRAILOV
EVALUATION CONSULTANT COMMENTS:
ALB 05/30/2003 07:41 PM
REVIEWED FILE FOR AUTHO. ROUTED FILE TO FPE TO REVIEW. BASED ON FPE
5/29 COMMENTS, AUTHO 112,500 GRANTED ON AA04. AUTHO GRANTED BASED ON
BETHEL VENUE. AS WE DISCUSSED, AND AGAIN, FPE NOTES, ADDRESS THAT
ATTY RECVD THE 25K MED PAY, THAT WE HAVE MULT LIENS THAT THEY RESPONSIBLE
FOR BUT THAT SOMEHOW THE ANMC FILED WITH THE COURTS WILL NEED TO BE
RESOLVED EITHER MULTI PARTY CHECK, PAYMENT DIRECT OR SOMETHING FROM
ANMC IN WRITING. ALSO AS WE DISCUSSED, WILL REQUIRE MINOR COURT APPROVAL,
SUGGEST STRUCTURE. MANY OF THE CLAIMS BEING MADE REGARDING MOTHERS DAMAGES
AS WE DISCUSSED ARE DERIVATIVE. AGAIN, BASED ON FPE ENTRY, EXTEND AN OFFER
OF 10K FOR MOMS NIED. IF THAT DOESNT RESOLVE IT, WE WILL REQUIRE FURTHER
INVESTIGATION, DOCUMENTATION AND ASSISTANCE IN MOMS CLAIM. AT THIS POINT
CLMTS ATTY HAS NOT GIVEN NOTICE OF INTENT TO PURSUE A UIM. IF/WHEN THAT
OCCURS, AS WE DISCUSSED, SECURE DEFENSE COUNSEL ASSISTANCE.
ALB 09/15/2005
ATTEMPTED TO ACCESS PF8, UNABLE TO WITHOUT ENTERING VALUE INTO THE SU AS
THE SU WAS OPENED SUBSEQUENT TO THE 5/30/03 REVIEW OF THE AA CLAIM. THEREFOR
ENTERED 0 AT THIS TIME ONLY TO ACCESS.

PF7 -- BACKWARD       PF8 -- ADDITIONAL COMMENTS       PF9 -- PRINT
SSP221-1
```

704345

Exhibit 2
Page 1 of 1