Mark E. Wilkerson, Esq.
Wilkerson Hozubin
310 K Street, Suite 405
Anchorage, AK  99501
Phone: 907 276-5297
Fax: 907 276-5291
E-mail: mark@wilkersonlaw.net
AK Bar #8310157

Attorneys for Plaintiff Allstate

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| ALLSTATE INSURANCE COMPANIES, )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>CHARLES HERRON, )<br>)<br>Defendant. )<br>_____) | <br><br><br><br><br><br><br><br><br>Case No. A04-0043 CV (TMB) |

**PLAINTIFF'S CLARIFICAITON OF TRIAL WITNESS LIST [REDACTED]**

Allstate Insurance Companies, by and through its counsel, Wilkerson Hozubin, hereby files its Clarification of Trial Witness List in order to: 1) clarify that the designated deposition testimony of Mary Kenick will be offered by way of her videotaped testimony; and, 2) to designate the videotaped testimony of Charles Herron in response to Herron's Additional Descriptions of Expected Testimony filed on April 30, 2008 that Herron cannot attend trial due to a mental illness.

9.  Mary Kenick                    BY VIDEOTAPED DEPOSITION
                                   DESIGNATION
    c/o Dennis Mestas

    Designated videotaped deposition testimony as follows:

P.4 L.4 "Would…"- 6            P.37 L.19 - 22
P.31 L.5 - 14                  P.58 L.25 "In the course…" - P.59
P.35 L.22 - P.36 L.17          L.5


10. Charles Herron                 BY VIDEOTAPED DEPOSITION
                                   DESIGNATION
    c/o Mark A. Sandberg, Esq.
    Sandberg, Wuestenfeld & Corey

P.4 L.7 - 9                    P.60 L.1 - 13
P.5 L.17 - 20                  P.60 L.17 - 18
P.6 L.14 - 17                  P.60 L.24 - 25
P.6 L.20 - 22                  P.61 L.4 - 10
P.7 L.4 - 5                    P.81 L.13 - 22
P.14 L.2 - 4                   P.82 L.13 - P.83 L.1
P.14 L.9 - 14                  P.85 L.24 - P.86 L.1
P.14 L. 18 - 25                P.86 L.5, L.8-11, L.20 - 25
P.43 L.19 - 21                 P.87 L.1, L.8-13, L.16-21
P.53 L.4 - 18                  P.88 L.3 - P.89 L.2
P.56 L.22 - P.57 L.21          P.89 L.14 - 20
                               P.90 L.14 - P.91 L.8
                               P.93 L.21 - 24

Plaintiff reserves the right to amend and/or supplement this witness list at any time prior to trial.

DATED this 6th day of May, 2008.

WILKERSON HOZUBIN
Attorneys for Plaintiff


By: s/Mark E. Wilkerson
    Mark E. Wilkerson
    310 K Street, Suite 405
    Anchorage, AK  99501
    Phone: 907 276-5297

WILKERSON
HOZUBIN
310 K STREET, SUITE 405
ANCHORAGE, AK 99501
TEL: (907) 276-5297
FAX: (907) 276-5291

                                                Fax: 907 276-5291
                                                E-mail: mark@wilkersonlaw.net
                                                Attorneys for Plaintiff Allstate
                                                AK Bar No. 8310157

CERTIFICATE OF SERVICE
I hereby certify that on the 6th day of May, 2008, a true and correct copy of the foregoing document was electronically served on the following counsel/parties of record:

Mark A. Sandberg, Esq.
Gary A. Zipkin, Esq.

WILKERSON HOZUBIN

By:___s/Mark E. Wilkerson_____
1000.788/dja trial/Clarification of Trial Witness List [Redacted]

WILKERSON HOZUBIN
310 K STREET, SUITE 405
ANCHORAGE, AK 99501
TEL: (907) 276-5297
FAX: (907) 276-5291