Gary A. Zipkin, Esq.
Guess & Rudd P.C.
510 L Street, Suite 700
Anchorage, AK 99501
Phone:  (907) 793-2200
Fax:    (907) 793-2299
E-mail: gzipkin@guessrudd.com

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ALLSTATE INSURANCE COMPANIES, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| CHARLES HERRON, ) | |
| ) | |
| Defendant. ) | |
| _____) | No. 3:04-cv-00043-TMB |

AFFIDAVIT OF GARY A. ZIPKIN

STATE OF ALASKA           )
                          )ss.
THIRD JUDICIAL DISTRICT   )

Gary A. Zipkin, being first duly sworn, deposes and states as follows:

1.  I am one of the attorneys representing Allstate Insurance Companies in the above-captioned matter, I am over 18 years of age, and I have personal knowledge of the matters set forth herein.

2.  Mark Sandberg has communicated to Allstate's attorneys that he intends to have Robert Herron sit at counsel's table in the place of the named defendant, Charles Herron.

FURTHER AFFIANT SAYETH NAUGHT.

_____
Gary A. Zipkin

SUBSCRIBED and SWORN to before me this 8th day of May, 2008.

_____
Notary Public in and for Alaska
My Commission Expires: 12-4-08

F:\DATA\5976\1\PLEADING\13 car Gary Zipkin Affidavit.doc

AFFIDAVIT OF GARY A. ZIPKIN
Allstate Insurance Co. v. Herron; Case No. 3:04-cv-0004-TMB
Page 2 of 2