Mark A. Sandberg
SANDBERG, WUESTENFELD & COREY
701 W. 8th Ave., Suite 1100
Anchorage, Alaska  99501
(907) 276-6363

Attorneys for Defendant


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ALLSTATE INSURANCE COMPANIES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| CHARLES HERRON, ) | |
| ) | |
| Defendant. ) | Case No. 3:04-cv-0043 TMB |
| ) | |

## NON-OPPOSED MOTION FOR EXTENSION

Defendant Herron moves for a four-day extension of the deadlines that presently fall due on May 12, 2008.  Counsel for Herron has spoken with Mark Wilkerson, counsel for Allstate, and certifies that this motion is not opposed.

DATED this 9th day of May 2008, in Anchorage, Alaska.

s/ Mark A. Sandberg
701 W 8th Avenue, Ste. 1100
Anchorage, Alaska 99501

NON-OPPOSED MOTION FOR EXTENSION
*Allstate v. Herron*
Case No. A04-0043 CIV (TMB)
Page 1 of 2

Phone: (907) 276-6363
Fax: (907) 276-3528
E-Mail: msandberg@aol.com
Alaska Bar No.: 7510084

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by ( ) mail ( ) fax (  ) hand this 9th day of May 2008 upon:

Mark Wilkerson, Esq.
Wilkerson, Hozubin & Burke
310 K Street, Suite 405
Anchorage, Alaska  99501

Gary A. Zipkin, Esq.
Guess & Rudd, P.C.
510 L Street, Suite 700
Anchorage, AK  99501


s/ Mark A. Sandberg