Mark A. Sandberg
SANDBERG, WUESTENFELD & COREY
701 W. 8th Ave., Suite 1100
Anchorage, Alaska  99501
(907) 276-6363

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ALLSTATE INSURANCE COMPANIES, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CHARLES HERRON, )<br>)<br>Defendant. )<br>) | <br><br><br><br><br><br><br>Case No. 3:04-cv-0043 TMB |

PROPOSED ORDER GRANTING NON-OPPOSED MOTION FOR EXTENSION

The Non-Opposed Motion for a four-day extension is GRANTED. The pretrial deadlines set for May 12, 2008 are hereby extended so that they fall due on May 16, 2008.

DATE: _____     _____
                                 Hon. Timothy M. Burgess
                                 United States District Court Judge

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by ( ) mail ( ) fax ( ) hand this 9th day of May 2008 upon:

Mark Wilkerson, Esq.
Wilkerson, Hozubin & Burke
310 K Street, Suite 405
Anchorage, Alaska  99501

Gary A. Zipkin, Esq.
Guess & Rudd, P.C.
510 L Street, Suite 700
Anchorage, AK  99501


s/ Mark A. Sandberg