Mark A. Sandberg, Esq.
SANDBERG, WUESTENFELD & COREY, PC
701 West 8th Avenue, Suite 1100
Anchorage, AK 99501
Tel: 907-276-6363
Fax: 907-276-3528



IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ALLSTATE INSURANCE COMPANIES,<br><br>      Plaintiff,<br><br>v.<br><br>CHARLES HERRON,<br><br>      Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. A04-0043 CV (JKS)<br>)<br>) |

## FINAL WITNESS LIST

COMES NOW the defendant, by and through counsel, and submits his final witness list:

1. Charles Herron
   c/o Mark Sandberg, Esq.
   Sandberg, Wuestenfeld & Corey
   701 W 8th Avenue, Ste. 1100
   Anchorage, Alaska 99501
   907-276-6363

2. Robert and Margaret Herron
   c/o Mark Sandberg, Esq.
   Sandberg, Wuestenfeld & Corey
   701 W 8th Avenue, Ste. 1100
   Anchorage, Alaska 99501
   907-276-6363

3. Kathy Berry
   Allstate Insurance Company
   c/o Wilkerson, Hozubin & Burke
   310 K Street, Ste. 405
   Anchorage, Alaska 99501
   907-276-5297

4. Rene Vanzant
   Allstate Insurance Company
   C/o Wilkerson, Hozubin & Burke
   310 K Street, Ste. 405
   Anchorage, Alaska 99501
   907-276-5297

5. Karen Petersen
   Allstate Insurance Company
   C/o Wilkerson, Hozubin & Burke
   310 K Street, Ste. 405
   Anchorage, Alaska 99501
   907-276-5297

6. Craig Elkins
   Allstate Insurance Company
   C/o Wilkerson, Hozubin & Burke
   310 K Street, Ste. 405
   Anchorage, Alaska 99501
   907-276-5297

7. Gary Davis
   Allstate Insurance Company
   C/o Wilkerson, Hozubin & Burke
   310 K Street, Ste. 405
   Anchorage, Alaska 99501
   907-276-5297

8. Joe Grazulis
   Allstate Insurance Company
   C/o Wilkerson, Hozubin & Burke
   310 K Street, Ste. 405
   Anchorage, Alaska 99501
   907-276-5297

FINAL WITNESS LIST
Allstate v. Herron, Case No. A04-0043 Civ. (JKS)
Page 2

EXHIBIT 1
Page 2 of 6

9. Scott Millar
   Allstate Insurance Company
   C/o Wilkerson, Hozubin & Burke
   310 K Street, Ste. 405
   Anchorage, Alaska 99501
   907-276-5297

10. Roger Holmes, Esq.
    Biss & Holmes
    3948 Clay Products Drive
    Anchorage, Alaska 99517

11. Tina Watts
    Allstate Insurance Company
    C/o Wilkerson, Hozubin & Burke
    310 K Street, Ste. 405
    Anchorage, Alaska 99501
    907-276-5297

12. Mary Kenick
    c/o Dennis Mestas, Esq.
    P.O. Box 585
    Bethel, Alaska 99559
    907-543-2972

13. Angelina Trailov
    c/o Dennis Mestas, Esq.
    P.O. Box 585
    Bethel, Alaska 99559
    907-543-2972

14. Dennis M. Mestas, Esq.
    745 W 4th Avenue, Ste. 306
    Anchorage, Alaska 99501
    907-277-9496

15. Doug Johnson, Esq.
    701 W 8th Avenue, Ste. 1100
    Anchorage, Alaska 99501
    907-277-0161

16. Jim Valcarce, Esq.
    Cooke, Roosa & Valcarce
    900 3rd Avenue
    Bethel, Alaska 99559
    907- 543-2744

17. Michele Power, Esq.
    Power and Brown LLC
    P.O. Box 1809
    Bethel, Alaska 99559
    907-543-4700

18. Representative of Malone and Co.
    Bethel, Alaska

19. Robert N. Wainscott, **Expert Witness**
    23553 Lower Terrace Street
    Eagle River, Alaska 99577
    (907) 694 2407

20. Any and all witnesses listed by the plaintiff

21. Any records custodians for authentication of any records necessary for the purposes of admissibility.

    Plaintiff reserves the right to amend or supplement this witness list with any lay or expert witnesses as discovery continues.

DATED this 5th day of June, 2006.

                                    / Mark A. Sandberg
                                    701 W 8th Avenue, Ste. 1100
                                    Anchorage, Alaska 99501
                                    Phone: (907) 276-6363
                                    Fax: (907) 276-3528
                                    E-Mail: msandberg@aol.com
                                    ABA: 7510084

CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of June 2006 a copy of the foregoing was served electronically on:

Mark Wilkerson
Wilkerson & Associates
310 K Street, Suite 405
Anchorage, Alaska 99501

s/Mark A. Sandberg

FINAL WITNESS LIST
Allstate v. Herron, Case No. A04-0043 Civ. (JKS)
Page 5

EXHIBIT 1
Page 5 of 6

EXHIBIT __1__
Page __6__ of __6__