# 5576.1

Rebecca J. Hozubin, Esq.
Wilkerson Hozubin
310 K Street, Suite 405
Phone: 907 276-5297
Fax: 907 276-5291
E-mail: Rebecca@wilkersonlaw.net
AK Bar #9806016

Attorneys for Plaintiff Allstate

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| ALLSTATE INSURANCE COMPANIES, ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> CHARLES HERRON, ) <br> ) <br> Defendant. ) <br> _____ ) | Case No. A04-0043 CV (TMB) |

**PLAINTIFF'S FINAL AND EXPERT WITNESS LIST**

Allstate Insurance Companies, by and through its counsel, WILKERSON HOZUBIN, hereby files its Final Witness List and Expert Witness List pursuant to the court's Amended Scheduling and Planning Order dated November 3, 2004.

1.  Myron Angstman, Esq.
    Angstman Law office
    P O Box 585
    Bethel, AK 99559
    (907) 543-2972

2.  Lori Barra
    Allstate Insurance Company
    c/o Wilkerson, Hozubin & Burke
    310 K Street, Suite 405
    Anchorage, AK 99501
    (907) 276-5297

WILKERSON
HOZUBIN
ET, SUITE 405
E, AK 99501
07) 276-5297
FAX: (907) 276-5291

EXHIBIT 2
Page 1 of 6

|   |   |   |
|---|---|---|
| 3. | Chuck Bean<br>4783 North Boxwood Court<br>Bloomington, IN  47404<br>812-935-7797 | PLAINTIFF'S EXPERT |
| 4. | Kathy Berry<br>Allstate Insurance Company<br>c/o Wilkerson, Hozubin & Burke<br>310 K Street, Suite 405<br>Anchorage, AK  99501<br>(907) 276-5297 | |
| 5. | Doug Burke<br>Law Offices of Dennis Mestas<br>745 W. 4th Avenue, Suite 306<br>Anchorage, AK  99501<br>(907) 277-9496 | |
| 6. | Paul Craig, PhD<br>4048 Laurel Street<br>Anchorage, AK  99508<br>(907) 274-8200 | EXPERT |
| 7. | Craig Elkins<br>Allstate Insurance Company<br>c/o Wilkerson, Hozubin & Burke<br>310 K Street, Suite 405<br>Anchorage, AK  99501<br>(907) 276-5297 | |
| 8. | Thomas R. Gordon, MD<br>Alaska Native Medical Center<br>4315 Diplomacy Drive<br>Anchorage, AK  99508<br>563-2662 | |
| 9. | Charles Herron<br>c/o Mark A. Sandberg, Esq.<br>Sandberg, Wuestenfeld & Corey<br>701 West 8th Avenue, Suite 1100<br>Anchorage, AK  99501<br>(907) 276-6363 | |

WILKERSON
HOZUBIN
ET, SUITE 405
GE, AK 99501
(907) 276-5297
FAX: (907) 276-5291

Plaintiff's Final & Expert Witness List
Allstate v. Herron
Case No. A04-0043 CV (JKS)
Page 2

EXHIBIT 2
Page 2 of 6

10. Robert Herron
    P O Box 602
    Bethel, AK  99559
    (907) 543-4377

11. Margaret Herron
    P O Box 602
    Bethel, AK  99559
    (907) 543-4377

12. Roger Holmes, Esq.
    Biss & Holmes
    3948 Clay Products Drive
    Anchorage, AK  99517
    (907) 248-8013

13. Doug Johnson, Esq.
    821 N Street, Suite 208
    Anchorage, AK  99501
    (9070 272-7207

14. Mary Kenick
    c/o Power & Brown
    P O Box 1809
    Bethel, AK  99559
    (907) 543-2972

15. Robert A. Lohr                                  PLAINTIFF'S EXPERT
    2515 Telequana Drive
    Anchorage, AK  99517
    907-248-5432

16. Dennis M. Mestas, Esq.
    745 W. 4th Avenue, Suite 306
    Anchorage, AK  99501
    (907) 277-9496

17. Richard J. Perrillo, PhD                        EXPERT
    450 North Bedford Drive, Suite 200
    Beverly Hills, CA  90210
    (310)858-0379

WILKERSON
HOZUBIN
ET, SUITE 405
3E, AK 99501
(907) 276-5297
FAX: (907) 276-5291

Plaintiff's Final & Expert Witness List
Allstate v. Herron
Case No. A04-0043 CV (JKS)
Page 3

EXHIBIT 2
Page 3 of 6

18. Karen Petersen
    Allstate Insurance Company
    c/o Wilkerson, Hozubin & Burke
    310 K Street, Suite 405
    Anchorage, AK  99501
    (907) 276-5297

19. Michelle Power, Esq.
    Power & Brown
    P O Box 1809
    Bethel, AK  99559
    (907) 543-2972

20. Dawn Samuelson
    Power & Brown
    P O Box 1809
    Bethel, AK  99559
    (907) 543-2972

21. Angelina Trailov
    c/o Power & Brown
    P O Box 1809
    Bethel, AK  99559
    (907) 543-2972

22. Jim J. Valcarce, Esq.
    Cooke, Roosa, and Valcarce
    900 3rd Avenue, Box 409
    Bethel, AK  99559
    (907) 543-2744

23. Renee VanZant
    Allstate Insurance Company
    c/o Wilkerson, Hozubin & Burke
    310 K Street, Suite 405
    Anchorage, AK  99501
    (907) 276-5297

24. Arthur Williams, PhD            PLAINTIFF'S POTENTIAL EXPERT
    c/o Medical Evaluations Alaska
    1200 Airport Heights, Suite 340
    Anchorage, AK  99508
    (907) 277-7717

**WILKERSON HOZUBIN**
ET, SUITE 405
E, AK 99501
T: (907) 276-5297
FAX: (907) 276-5291

Plaintiff's Final & Expert Witness List
Allstate v. Herron
Case No. A04-0043 CV (JKS)
Page 4

EXHIBIT 2
Page 4 of 6

25. Any and all witnesses listed by Defendant.

26. Any and all witnesses identified through further discovery.

27. Any and all witnesses necessary for rebuttal and/or impeachment testimony.

28. All records custodians necessary for authentication of any records for purposes of admissibility.

29. All expert witnesses to be identified pursuant to the court's Amended Scheduling and Planning Order.

Plaintiff reserves the right to amend and/or supplement this witness list at any time prior to trial.

DATED this 5TH day of June, 2006.

    WILKERSON HOZUBIN
    Attorneys for Plaintiff

By: s/Rebecca J. Hozubin
    Rebecca J. Hozubin
    310 K Street, Suite 405
    Phone: 907 276-5297
    Fax: 907 276-5291
    E-mail: Rebecca@wilkersonlaw.net
    Attorneys for Plaintiff Allstate
    AK Bar No. 9806016

WILKERSON
HOZUBIN
ET, SUITE 405
E, AK 99501
(907) 276-5297
FAX: (907) 276-5291

Plaintiff's Final & Expert Witness List
Allstate v. Herron
Case No. A04-0043 CV (JKS)
Page 5

EXHIBIT 2
Page 5 of 6

CERTIFICATE OF SERVICE
I hereby certify that on the 5th day of June, 2006, a true and correct copy of the foregoing document was electronically served on the following counsel/parties of record:

Mark A. Sandberg, Esq.
Sandberg, Wuestenfeld & Corey
701 West 8th Avenue, Suite 1100
Anchorage, AK  99501

WILKERSON HOZUBIN

By:   s/Rebecca J. Hozubin
1000.788/djaPlead/Final & Expert WitList

WILKERSON HOZUBIN
ET, SUITE 405
GE, AK 99501
(907) 276-5297
FAX: (907) 276-5291

Plaintiff's Final & Expert Witness List
Allstate v. Herron
Case No. A04-0043 CV (JKS)
Page 6

EXHIBIT 2
Page 6 of 6