Mark E. Wilkerson, Esq.
Wilkerson Hozubin
310 K Street, Suite 405
Phone: 907 276-5297
Fax: 907 276-5291
E-mail: mark@wilkersonlaw.net
AK Bar #8310157

Attorneys for Plaintiff Allstate

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

ALLSTATE INSURANCE COMPANIES, )
)
                Plaintiffs, )
)
    vs. )
)
CHARLES HERRON, )
)
             Defendant. )
_____ )    Case No. A04-0043 CV (TMB)

### PLAINTIFF'S [REDACTED] TRIAL WITNESS LIST

Allstate Insurance Companies, by and through its counsel, Wilkerson Hozubin, hereby files its Trial Witness List pursuant to the Court's Pre-Trial Order dated February 1, 2008.

1.    Kathy Berry
      Allstate Insurance Company

Ms. Berry will testify about her background, duties at Allstate, handling of the Trailov/Kenick claim, communications with Herron's counsel and Trailov's counsel, settlement evaluation, and other related issues.

EXHIBIT    3
Page   1   of   11

2.    Renee Vanzant                BY DEPOSITION DESIGNATION
      Allstate Insurance Company

      Jointly designated deposition testimony:

P.4 L.9 – 15                    P.10 L.20 – P.11 L.18
P.4 L.19 – P.5 L.3              P.12 L.22 – P.13 L.7
P.5 L.20 – 22                   P.16 L.12 – 20
P.6 L.17 – 21                   P.17 L.11 – 15
P.7 L.8 – 13                    P.18 L.4 – 15 & 21-22
P.9 L.1 – 21                    P.19 L.1 – 4
P.10 L.6 – 16                   P.20 L.2, 6 – 13; 24 – P.21
                               L.24


3.    Lori Barra
      Allstate Insurance Company

      Ms. Barra will testify about her background, duties at

Allstate, settlement evaluation of the Trailov claim, and other

related issues.

4.    Karen Petersen
      Allstate Insurance Company

      Ms. Petersen will testify about her background, duties at

Allstate, supervision of the Trailov claim, settlement

evaluation of this claim, and other related issues.

5.    Charles Bean                  PLAINTIFF'S EXPERT

      Mr. Bean is a claims handling expert witness, his CV is

attached.  Mr. Bean will testify about Allstate's handling of

the Trailov claim, his opinions about that claims handling, his

opinions about Allstate's good faith handling of this claim,

Plaintiff's Final & Expert Witness List
Allstate v. Herron
Case No. A04-0043 CV (JKS)
Page 2

EXHIBIT  3
Page  2 of 11

and other related issues consistent with his expert report. Mr. Bean's CV is attached.

6.    Angelina Trailov

Ms. Trailov is anticipated to testify about her injuries, contacts with Allstate, and other matters consistent with her deposition testimony.

7.    Robert Wainscott

Mr. Wainscott is Defendant's expert witness. He will testify about his review of the Allstate claims file, his opinions, and other issues. Mr. Wainscott's CV is attached.

8.    Michele Power, Esq.
      Power & Brown

Ms. Power was Angelina Trailov's lawyer. She will testify about her background, communications with Allstate and Kathy Berry regarding her client's claims, settlement letters and other related issues.

9.    Mary Kenick                 BY DEPOSITION DESIGNATION
      c/o Dennis Mestas

Designated deposition testimony as follows:

P.4 L.4 "Would…"- 6            P.37 L.19 - 22
P.31 L.5 - 14                 P.58 L.25 "In the course…" - P.59
P.35 L.22 - P.36 L.17         L.5

EXHIBIT    3
Page    3    of    11

10.   Charles Herron
      c/o Mark A. Sandberg, Esq.
      Sandberg, Wuestenfeld & Corey

      Mr. Herron is the defendant.  He will testify about his

contacts with Allstate and his knowledge and understanding

regarding the confession of judgment and assignment of rights.

11.   Robert A. Lohr                    PLAINTIFF'S EXPERT; REBUTTAL

      Mr. Lohr is an insurance expert witness.  If needed in

rebuttal, Mr. Lohr will testify about Alaska Insurance

Statutory regulations and Allstate's compliance, as well as

other issues consistent with his report.  Mr. Lohr's CV is

attached.

12.   Any and all witnesses listed by Defendant.

13.   Any  and  all  witnesses  necessary  for  rebuttal  and/or

impeachment testimony.

14.   All records custodians necessary for authentication of any

records for purposes of admissibility.

      Plaintiff  reserves  the  right  to  amend  and/or  supplement

this witness list at any time prior to trial.

EXHIBIT __3__
Page _4_ of _11_

DATED this 9th day of April, 2008.

WILKERSON HOZUBIN
Attorneys for Plaintiff


By: s/Mark E. Wilkerson
Mark E. Wilkerson
310 K Street, Suite 405
Phone: 907 276-5297
Fax: 907 276-5291
E-mail: mark@wilkersonlaw.net
Attorneys for Plaintiff Allstate
AK Bar No. 8310157


CERTIFICATE OF SERVICE
I hereby certify that on the 9th day of April,
2008, a true and correct copy of the foregoing
document was electronically served on the
following counsel/parties of record:

Mark A. Sandberg, Esq.
Sandberg, Wuestenfeld & Corey
701 West 8th Avenue, Suite 1100
Anchorage, AK 99501

WILKERSON HOZUBIN

By:    s/Mark E. Wilkerson
1000.788/dja trial/[Redacted] Trial Witness List

Plaintiff's Final & Expert Witness List
Allstate v. Herron
Case No. A04-0043 CV (JKS)
Page 5

EXHIBIT     3
Page  5   of  11

# CHUCK BEAN

## EXPERIENCE

| 2005 – Present | Expert Witness | Bloomington, IN |
|---|---|---|

- Provide analysis of claim file and provide testimony as needed.

| 2004 – Present | Great West Casualty | Bloomington, IN |
|---|---|---|

*Senior Litigation Rep*

- Evaluate/settle claims with exposure in excess of policy limits.
- Communicate with reinsurers on quarterly basis.
- Attend mediations, settlement conferences and trials.

| 1998-2004 | Alaska National Insurance | Anchorage, AK |
|---|---|---|

*Vice President, Claims*

- Actively oversee serious loss cases involving complex, multi-party litigation.
- Advise reinsurer of settlement exposure evaluation.
- Audit property and casualty files for adequate reserving.
- Provide technical guidance to claims staff in Alaska and Washington offices.
- Responsible for staffing and budget review.

| 1987-1998 | Alaska National Insurance | Anchorage, AK |
|---|---|---|

*Claims Examiner / Senior Claims Examiner*

- Evaluate exposure and settle property, auto and general liability claims.
- Assign investigation to independent adjusters and monitor activity and expenses.
- Retain defense counsel and manage litigation process including monitoring discovery, attending settlement conferences and trial attendance.
- Assist in selection and monitoring of expert witnesses.

## EDUCATION

| 1992 | Alaska Pacific University | Anchorage, AK |
|---|---|---|

- B.A., Business Administration
- AIC Designation - 1994

*E-MAIL: cbean01@gmail.com*
*4783 N. Boxwood Court • Bloomington, IN, 47404 • PHONE (812)345-4500*

EXHIBIT ____3____
Page __6__ of __11__

500001

## CURRICULUM VITAE OF ROBERT N. WAINSCOTT

### *INSURANCE CLAIMS EXPERIENCE*

<u>1988 - Present</u>   Independent Claims Consultant/Expert Witness

Consulting on claims handling procedures and coverage issues related to First and Third Party claims, Contractual obligations, Fair Claims Practices Act, Bad Faith and Damages.

Qualified as an expert witness in Alaska Superior Court and Federal District Court in Alaska

From 1988-2005 retained as an expert witness or claims consultant in approximately 90 cases.

<u>1958 - 1995</u> Cigna Corporation Claims

Various claims positions within the Cigna Corporation, including predecessor company INA and affiliate Alaska Pacific Assurance Company.  Positions included Field Adjuster INA, Supervisor INA, Director of Liability Claims, Liability Claims Manager and Liability Claims Specialist.  Prior claims handling experience Included all of the lines of coverage issued by the company except worker's compensation.

Full time employee from 1958 - 1988.

From 1988--1995 employed as contract and part time employee in the capacity of Liability Claims Specialist responsible for the investigation and disposition of complex claims.

### *EDUCATION*

Bachelor of Science, Pennsylvania State University

### *INSURANCE RELATED EDUCATION/ACTIVITIES*

1965      INA Supervisory School
1966      Louis Alan Professional Management Program

**JOINT EXHIBIT**
131-ID
3:04-cv-0043

EXHIBIT 3
Page 2 of 11

1
600005

**C.V. R.N.WAINSCOTT -PAGE 2**

1968- 1974 Arbitration Committee

1974-1976   American Education Institute-Law for the Claims Man
1977-1980   Chairman of the Alaska Committee of Insurance Arbitration
1980              Advanced Negotiations


1981-1983   Alaska Insurance Guaranty Association Claim Committees
1982   Dimensional Management Training
1983   Alaska Litigation Task Force
1985   CGL/ISO Workshop on Policy Coverage on Claims Made Policies
1985   Litigation Workshop
1986   Products Liability Law and Claims Handling Seminar


**Personal Information**

*Address:  23553 Lower Terrace Street*
                *Eagle River, Alaska 99577*

Phone:    (907) 694-2407

Fax    :    (907) 694-2428
Date of Birth: 11/05/32
Resident of State of Alaska since 1974

DATE   131-ID
Page  2  of  4
EXHIBIT    3
Page  8  of  11

600006

**Robert A. Lohr**
2515 Telequana Drive
Anchorage, Alaska 99517
907-223-9836

Summary of  Regulatory Experience: Thirteen years regulatory experience as Director of
Insurance and Executive Director of the Alaska Public Utilities Commission.  Retained as expert
witness or consultant in 30 insurance cases, including four class actions.

## PROFESSIONAL EXPERIENCE

**Bob Lohr & Associates**                                              Anchorage, Alaska
**Expert Witness and Consultant**                                        2003-Present

Serve as consultant or expert witness in cases involving insurance bad faith, homeowners,
diminished value, installment fees, uninsured/ underinsured motorist, material misrepresentation,
and judicial deference to insurance regulatory action.

**Municipality of Anchorage**                                          Anchorage, Alaska
**Utility Regulatory Systems Officer**                                   2003-Present

Advise the Mayor and senior municipal management on regulatory issues involving municipally
owned utilities and enterprise activities, including electric, water/sewer, refuse, port and airport.

**Alaska Division of Insurance**          Department of Community & Economic Development
**Director**                                            Anchorage, Alaska
                                                            1999-2003

Promoted Alaskan business and protected the public by regulating the insurance industry in
Alaska to ensure that a wide range of insurance products are available at affordable prices.
Supervised the consumer complaint function and ordered restitution where appropriate.  Licensed
qualified, financially sound companies and approved or disapproved significant requested
changes in their status.  Montored the financial solvency of  insurance companies.  Ensured that
only qualified persons of good character are licensed to engage in the insurance business.
Supervised a staff of professional investigators to detect and document for possible  prosecution
or regulatory action illegal conduct under the insurance code or regulations.  Directed market
conduct examinations designed to ensure industry compliance with insurance statutes  and
regulatons.   Reviewed proposed policy language to determine that it is not misleading or
ambiguous and review proposed rates to ensure that they are neither excessive, inadequate, nor
unfairly discriminatory.  Oversaw a staff of 55.  Testified to legislative committees on proposed
insurance legislation and worked with  businsess, insurance companies, agents, brokers and the
public to support passage of needed bills.  Obtained enactment of major, complex, technical
insurance bills each year as director.

Held national insurance regulatory leadership positionsincluding member of the Executive
Committee of the National Association of Insurance Commissioners, a $55 million agency
responsible for formulating national insurance policy.  Served as Vice Chair and Acting Chair of
the 14-state Western Zone.  Served on the Internal Administration Subcommittee and chaired the

Appendix  A

1

EXHIBIT___3_____
Page__9__of_11___          500022

Database Fee Working Group responsible for the organization's primary revenue source and served as a member of the Internal Administration subcommittee that oversees NAIC operations. Co-chaired the NARAB Working Group that dramatically streamlined agent/broker licensing nationally. Served a member of the International Committee, conducted training seminars and participated extensively in meetings of the International Association of Insurance Supervisors.

**Alaska Public Utilities Commission**              Department of Commerce & Economic Development
**Executive Director**                                                                          Anchorage, Alaska
                                                                                                              1991-1999

Under the direction of the Chair, hired and supervised the staff of the Alaska Public Utilities Commission that regulates the rates, services and practices of Alaskan public utilities and pipeline carriers. Advised the Commission on regulatory matters; upon request of the Commission, designated a staff team to formally participate as a party in contested cases. Maintained the administrative functions of the Commission. Testified on behalf of the Commission to the legislature. The position had principal responsibility for the implementation of Commission-established policy, short and long range plans and budgets.

Developed and obtained legislative enactment of the new revenue source for the Commission, the regulatory cost charge on utility gross revenues. This freed the APUC from its dependence on state general funds for its operations.

**Bob Lohr & Associates**                                                      1986-1991
**Owner & Principal Consultant**                                   Anchorage, Alaska

Provided technical assistance to non-profit organizations and businesses. Served as Executive Director for a Native association facing severe administrative difficulties, internal strife and bankruptcy. Developed and commenced implementation of action plan to ensure continued ability to operate successfully this association delivering $2 million per year worth of health and social services to local people.

*Obtained confirmation of board commitment to original goals of the organization
*Re-established internal communications
*Developed clear priorities
*Restored good relationships with funding sources
*Developed network of individuals and organizations concerned about the success of organization.

**Advocacy Services of Alaska**                                       1989-1991
**Executive Director**                                                     Anchorage, Alaska

Executive Director for the protection & advocacy agency for Alaska, which provides legal representation to persons with developmental disabilities and chronic mental illness. Developed new funding sources including the first non- governmental grants for this statewide agency. Expanded mandate of agency substantially and obtained corresponding expansion in scope of state grant.

2

EXHIBIT _____3_____
Page _10_ of _11_    500023

Rural Alaska Community Action Program, Inc                        1979-1986
Executive Director and other positions                     Anchorage, Alaska

Ran this major statewide non-profit community action agency with annual contracts in excess of $5 million. Established continued funding to meet Rural CAP's goal of rural economic development throughout Alaska.

Managed internal and external functions under the supervision of 21-member statewide board of directors; supervised a staff of 175. The position required a detailed knowledge of and interaction with the legislature, as well as state and federal agencies.

Addressed wide-ranging needs, including: village community development, energy (weatherization), head start, natural resources, alcohol/drug abuse prevention

Established a statewide network of non-profit organizations concerning the issues of federal budget cuts and proposed restrictions on lobbying by grass roots organizations.

Business Manager, Energy Director and Deputy Director 1979-1982. Developed rural energy policy for Alaskan villages and persuaded Governor Hammond to adopt major provisions, developed administrative and program budgets to enable program to focus on priorities during a time of budget reductions; supervised all programs and internal operations of the agency.

Upper Tanana Development Corporation,                            1975-1979
Executive Director                                              Tok, Alaska

Established this regional development corporation serving the Upper Tanana region of eastern interior Alaska with the commitment to establish and operate education and social service programs. Worked with the board of directors to establish the first comprehensive senior citizen program in rural Alaska, as well as early childhood programs.

Developed grass roots movement to ensure local involvement in the gas pipeline planning process. Assessed the pros and cons for community residents; intervened in Federal Energy Regulatory Commission hearings on behalf of local villages. The planning group that grew out of this effort is still actively representing local interests concerning other projects.

## EDUCATION

Harvard University, Kennedy School of Government, Cambridge, MA, Master's Degree in Public Administration 1987-1988. Co-chair, Kennedy School Student Government.

Swarthmore College Swarthmore, PA, B.A. Degree in International Relations and Economics, 1970

3

EXHIBIT___3___
Page __11__ of __11__                                500024