IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

ALLSTATE INSURANCE COMPANIES,   )
                                )
          Plaintiffs,           )
                                )
v.                              )
                                )
CHARLES HERRON,                 )
                                )
          Defendant.            )
_____)
Case No. A04-0043 Civil

DEPOSITION OF ROBERT N. WAINSCOTT

January 25, 2007

APPEARANCES:

    FOR THE PLAINTIFFS:      MR. MARK E. WILKERSON
                                    Wilkerson & Hozubin
                                    Attorneys at Law
                                    310 K Street, Suite 405
                                    Anchorage, Alaska 99501
                                    (907) 276-5297

                                    MR. GARY A. ZIPKIN
                                    Guess & Rudd
                                    Attorneys at Law
                                    510 L Street, Suite 700
                                    Anchorage, Alaska 99501
                                    (907) 793-2200

    FOR THE DEFENDANT:       MR. MARK A. SANDBERG
                                      Sandberg, Wuestenfeld & Corey
                                    Attorney at Law
                                    701 West 8th Avenue, Suite 1100
                                    Anchorage, Alaska 99501
                                    (907) 276-6363

EXHIBIT 7
Page 1 of 2

Computer Matrix, LLC   Phone - 907-243-0668          jpk@gci.net
700 W. 2nd Ave., Anchorage, AK 99501   Fax   907-243-1473   sahile@gci.net

2260e9a9-b8a0-4075-81ed-a6dbeea26162

Page 51

```
 1          a reserve for the UIM BI and she didn't do it and she was
 2          told by Karen Peterson that the case had a value in Karen
 3          Peterson's mind of the entire liability BI and in all
 4          probability I think it was worded the entire UIM BI and
 5          this was never put forward.  This was just -- his total
 6          settlement of -- full and final settlement of the bodily
 7          injury claim.  So when you add all those things together,
 8          it let me to the conclusion she was trying to settle the
 9          thing for $125,000 and not what they had evaluated the
10          claim for.
11     Q    So you're telling the fact-finder in this case to not
12          believe Kathy Berry if she says, as she has in her
13          deposition, that she had no intent whatsoever to
14          extinguish a UIM claim, right?  You're suggesting to the
15          fact-finder, in this case Judge Burgess, that he not find
16          Kathy Berry credible, right?
17     A    Well, I didn't find her credible and my report reflects
18          that.  Now, it's not for me to tell him how he should
19          find, but that's just what I was left with.
20     Q    Have you rendered any opinions on the credibility of
21          Michelle Power?
22     A    Credibility of Michelle Power.
23     Q    Yes.  If you're going to opine on the credibility of Kathy
24          Berry, don't you think you ought to tell the judge what
25
            the credibility is of Ms. Power?  How credible is she?
```

Computer Matrix, LLC   Phone - 907-243-0668          jpk@gci.net
700 W. 2nd Ave., Anchorage, AK 99501   Fax   907-243-1473          sahile@gci.net

EXHIBIT 7
Page 2 of 2