Gary A. Zipkin, Esq.
Guess & Rudd P.C.
510 L Street, Suite 700
Anchorage, AK  99501
Phone:   (907) 793-2200
Fax:       (907) 793-2299
E-mail:   gzipkin@guessrudd.com

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ALLSTATE INSURANCE COMPANIES, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CHARLES HERRON, )<br>)<br>Defendant. )<br>_____ ) | No. 3:04-cv-00043-TMB |

ALLSTATE'S REQUEST FOR PRE-TRIAL HEARING [ON SHORTENED TIME]

       Allstate Insurance Companies, by and through its attorneys, Guess & Rudd P.C., hereby requests the court to schedule a pre-trial hearing to address several important trial related issues, including pending and recently filed motions (Docket Nos. 212, 213, 240, and 243).  Allstate recognizes that a pre-trial hearing is currently scheduled for May 29; however, this hearing is only two business days before the scheduled start of trial.

Therefore, an additional pre-trial hearing will assist both parties in preparing for trial (including drafting proposed jury instructions and voir dire questions).

Because Docket Nos. 240 and 243 were filed this week, in order to guarantee that they are ripe before this hearing, Allstate agrees it will file its replies to Herron's oppositions to these motions (if any) within 24 hours of receipt thereof, or waive its right to file a reply.

DATED at Anchorage, Alaska, this 9th day of May, 2008.

        GUESS & RUDD P.C.
        Attorneys for Allstate


By:   s/Gary A. Zipkin
      Guess & Rudd P.C.
      510 L Street, Suite 700
      Anchorage, Alaska  99501
      Phone: 907-793-2200
      Fax:  907-793-2299
      Email: gzipkin@guessrudd.com
      Alaska Bar No. 7505048

CERTIFICATE OF SERVICE
I hereby certify that on the
9TH day of May, 2008, a copy
of the foregoing document was served
electronically on:

Rebecca J. Hozubin
Mark A. Sandberg
Mark E. Wilkerson

Guess & Rudd P.C.


By:    S/Gary A. Zipkin

F:\DATA\5976\1\PLEADING\17 Request for Pre-trial Conference.doc