Mark E. Wilkerson, Esq.
Wilkerson Hozubin
310 K Street, Suite 405
Anchorage, AK 99501
Phone: 907-276-5297
Fax: 907-276-5291
mark@wilkersonlaw.net
Alaska Bar No. 8310157

Attorneys for Plaintiff Allstate

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ALLSTATE INSURANCE COMPANIES, )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>CHARLES HERRON, )<br>)<br>Defendant. )<br>_____) | Case No. 3:04-cv-0043 (TMB) |

**ALLSTATE'S NOTICE OF INTENT TO USE DIGITAL EVIDENCE
PRESENTATION SYSTEM AT TRIAL**

Pursuant to Local Rule 39.3(c), Allstate hereby gives notice of its intent to use the Court's Digital Evidence Presentation System ("DEPS") at trial in this matter beginning the week of June 2, 2008, in Courtroom 1.

Dated this 12th day of May, 2008, at Anchorage, Alaska.

WILKERSON HOZUBIN
Attorneys for Plaintiff

By: s/Mark E. Wilkerson
310 K Street, Suite 405
Anchorage, AK 99501
Phone: 907-276-5297
Fax: 907-276-5291
mark@wilkersonlaw.net
AK Bar No. 8310157

WILKERSON
HOZUBIN
310 K STREET, SUITE 405
ANCHORAGE, AK 99501
TEL: (907) 276-5297
FAX: (907) 276-5291

CERTIFICATE OF SERVICE
I hereby certify that on the
12th day of May, 2008, a copy
of the foregoing document was served
electronically on:

Gary A. Zipkin
Mark A. Sandberg


WILKERSON HOZUBIN

By:_____s/Mark E. Wilkerson_____
1000.788/DJA Trial /Ntc of Intent to Use DEPS

**WILKERSON HOZUBIN**
310 K STREET, SUITE 405
ANCHORAGE, AK 99501
TEL: (907) 276-5297
FAX: (907) 276-5291