MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

*Allstate Insurance Companies v. Charles Herron*

Case No. 3:04-cv-00043 TMB

By:            THE HONORABLE TIMOTHY M. BURGESS

PROCEEDINGS:   ORDER SETTING HEARING DATE AND BRIEFING SCHEDULE

    Plaintiff Allstate seeks to have four of its five pre-trial motions heard on an expedited basis (Docket No. 244). These include (1) three Motions in Limine (Docket Nos. 212, 213, 240), (2) a Motion For Leave To Call Wainscott In Its Case-In-Chief And To Pose Leading Questions (Docket No. 243). Plaintiff has also filed a Motion to Strike Late-Filed Supplemental Report (Docket No. 214).

    The Court **GRANTS** Plaintiff's request for expedited hearing (Docket No. 244), and **ORDERS** a hearing for all five motions on **THURSDAY, MAY 15, 2008**, at **3 P.M.**

    Three of these motions have already been fully briefed. However, only the opening brief has been filed for the remaining two motions: Allstate's Motion in Limine no. 3, and its Motion For Leave To Call Wainscott In Its Case-In-Chief And To Pose Leading Questions.

    Due to the shortened time, the Court requests that Defendant file any opposition to these two remaining motions by **5 P.M** on **WEDNESDAY, MAY 14**, and that Plaintiff file any reply by **2 P.M.** on **THURSDAY, MAY 15.**

Entered at the direction of the Honorable Timothy M. Burgess, United States District Judge.

DATE: May 13, 2008