```
Mark A. Sandberg
SANDBERG, WUESTENFELD & COREY
701 W. 8th Ave., Suite 1100
Anchorage, Alaska  99501
(907) 276-6363

Attorneys for Defendant
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

```
ALLSTATE INSURANCE COMPANIES, )
                              )
         Plaintiff,           )
                              )
    v.                        )
                              )
CHARLES HERRON,               )
                              )
         Defendant.           )   Case No. 3:04-cv-0043 TMB
_____)
```

PROPOSED ORDER GRANTING MOTION TO VACATE HEARING DATE

The hearing date and deadlines established at docket 248 are VACATED.  The motions appearing at docket numbers 212, 213, 240 and 243 shall be heard at _____ in courtroom _____ before Judge Burgess.  Opposition memoranda shall be filed (two business days / per the normal deadlines) before hearing with replies due (the following day / per normal deadlines).

DATE:_____       _____
                                      Hon. Timothy M. Burgess
                                      United States District Court Judge

```
PROPOSED ORDER GRANTING NONOPPOSED SCHEDULING MOTION
Allstate v. Herron
Case No. A04-0043 CIV (TMB)
Page 1 of 2
```

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by ( ) mail ( ) fax (  ) hand this 13 day of May 2008 upon:

Mark Wilkerson, Esq.
Wilkerson, Hozubin & Burke
310 K Street, Suite 405
Anchorage, Alaska  99501

Gary A. Zipkin, Esq.
Guess & Rudd, P.C.
510 L Street, Suite 700
Anchorage, AK  99501


s/ Mark A. Sandberg