Mark A. Sandberg
SANDBERG, WUESTENFELD & COREY
701 W. 8th Ave., Suite 1100
Anchorage, Alaska  99501
(907) 276-6363

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ALLSTATE INSURANCE COMPANIES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| CHARLES HERRON, ) | |
| ) | |
| Defendant. ) | Case No. 3:04-cv-0043 TMB |
| ) | |

NON-OPPOSED MOTION TO VACATE HEARING DATE

Today, the Court set a hearing for May 15, 2008 for 3:00 pm in response to Allstate's Motion for Hearing on Shortened Time. The Court also established briefing deadlines relating to the new hearing date [docket 248].

Unfortunately, I am unavailable during the newly scheduled hearing.  I will be participating in a day-long mediation in midtown with out-of-town clients from Kodiak.

I have discussed this problem with Gary Zipkin, one of Allstate's lawyers. Mr. Zipkin does not oppose, and I hereby request, an Order vacating the hearing and deadlines established in the Order at docket 248.

Mr. Zipkin asked that I inform the Court that each of us could be available anytime on May 16, or the afternoon of May 19, or anytime on May 22, 2008 if the Court can accommodate us with a hearing. If so, I would request that opposition briefs fall due two business days before the new hearing date, with replies due the following day, as was the Court's schedule in the Order that appears at docket 248.

If the Court cannot accommodate these proposed dates, then the parties agree that a normal briefing schedule should be followed with the motions coming on for hearing at the pretrial hearing presently scheduled for May 29, 2008.

DATED this 13 day of May 2008, in Anchorage, Alaska.

s/ Mark A. Sandberg_
701 W 8th Avenue, Ste. 1100
Anchorage, Alaska 99501
Phone: (907) 276-6363
Fax: (907) 276-3528
E-Mail: msandberg@aol.com
Alaska Bar No.: 7510084

CERTIFICATE OF SERVICE

I hereby certify that a true and
correct copy of the foregoing was
served by ( ) mail ( ) fax (  ) hand
this 12 day of May 2008 upon:

Mark Wilkerson, Esq.
Wilkerson, Hozubin & Burke
310 K Street, Suite 405
Anchorage, Alaska  99501

Gary A. Zipkin, Esq.
Guess & Rudd, P.C.
510 L Street, Suite 700
Anchorage, AK  99501


s/ Mark A. Sandberg_