Mark A. Sandberg
SANDBERG, WUESTENFELD & COREY
701 W. 8th Ave., Suite 1100
Anchorage, Alaska  99501
(907) 276-6363

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| ALLSTATE INSURANCE COMPANIES, ) | | |
| ) | | |
| Plaintiff, ) | | |
| ) | | |
| v. ) | | |
| ) | | |
| CHARLES HERRON, ) | | |
| ) | | |
| Defendant. ) | Case No. 3:04-cv-0043 TMB | |
| ) | | |

HERRON'S OBJECTIONS AND COUNTERDESIGNATIONS REGARDING DEPOSITION

TESTIMONY OF MARY KENICK AND CHARLES HERRON

In response to Allstate's Clarification of Trial Witness
List (docket 239) insofar as it relates to the deposition
testimony of Mary Kenick, Herron offers the following objections
and counterdesignations.

1. Allstate designations.

a. Pg. 4, ln. 4 to ln. 6, no objection.

HERRON'S OBJECTIONS AND COUNTERDESIGNATIONS REGARDING DEPOSITION TESTIMONY OF
MARK KENICK AND CHARLES HERRON
*Allstate v. Herron*
Case No. A04-0043 CIV (TMB)

b. Pg. 31, ln. 5 to ln. 14, objection for relevance, collateral source.

c. Pg. 37, ln. 19 to ln. 22, objection for relevance.

d. Pg. 58, ln. 25 to pg. 59, ln. 5, objection for relevance.

2. <u>Herron's Counterdesignations</u>.

a. Pg. 16, ln. 18 through pg. 24, ln. 1.

b. Pg. 25, ln. 13 through pg. 26, ln. 4.

With respect to the deposition testimony of Charles Herron, Herron offers the following objections and counterdesignations.

1. <u>Allstate's designations</u>.

a. Pg. 4, ln. 7 to ln. 9, no objection.

b. Pg. 5, ln. 17 to ln. 20, no objection.

c. Pg. 6, ln. 14 to ln. 17, no objection.

d. Pg. 6, ln. 20 to ln. 22, no objection.

e. Pg. 7, ln. 4 to ln. 5, no objection.

f. Pg. 14, ln. 2 to ln. 4, no objection.

g. Pg. 14, ln. 9 to ln. 14, no objection.

h. Pg. 14, ln. 18 to ln. 25, objection relevance.

i. Pg. 43, ln. 19 to ln. 21, no objection.

j. Pg. 53, ln. 4 to ln. 18, no objection.

k. Pg. 56, ln. 22 to pg. 57, ln. 21, no objection.

l. Pg. 60, ln. 1 to ln. 13, no objection.

m. Pg. 60, ln. 17 to ln. 18, no objection.

n. Pg. 60, ln. 24 to ln. 25, no objection.

o. Pg. 61, ln. 4 to ln. 10, no objection.

p. Pg. 81, ln. 13 to ln. 22, objection relevance.

q. Pg. 82, ln. 13 to pg. 83, ln. 1, objection relevance.

r. Pg. 85, ln. 24 to pg. 86, ln. 1, objection relevance, attorney-client.

s. Pg. 86, ln. 5, ln. 8-11, ln. 20-25, objection relevance, attorney-client.

t. Pg. 87, ln. 1, ln. 8-13, ln. 16-21, objection relevance as to ln. 1, relevance also as to details of consent judgment.

u. Pg. 88, ln. 3 to pg. 89, ln. 2, objection relevance of details if consent judgment (particularly amount) in this phase of trial.

v. Pg. 89, ln. 14 to ln. 20, objection relevance, attorney-client (see pg. 94, ln. 10 to ln. 15.)

w. Pg. 90, ln. 14 to pg. 91, ln. 8, objection relevance of amount of consent judgment in this phase of trial.

x. Pg. 93, ln. 21 to ln. 24, no objection.

2. Herron's Counterdesignations.

a. Pg. 61, ln. 15 from "How" through pg. 62, ln. 15.

b. Pg. 63, ln. 21 though pg. 64, ln 12.

DATED this 13 day of May 2008, in Anchorage, Alaska.

                      s/ Mark A. Sandberg_
                      701 W 8th Avenue, Ste. 1100
                      Anchorage, Alaska 99501
                      Phone: (907) 276-6363
                      Fax: (907) 276-3528
                      E-Mail: msandberg@aol.com
                      Alaska Bar No.: 7510084

CERTIFICATE OF SERVICE

I hereby certify that a true and
correct copy of the foregoing was
served by ( ) mail ( ) fax (  ) hand
this 13 day of May 2008 upon:

Mark Wilkerson, Esq.
Wilkerson, Hozubin & Burke
310 K Street, Suite 405
Anchorage, Alaska  99501

Gary A. Zipkin, Esq.
Guess & Rudd, P.C.
510 L Street, Suite 700
Anchorage, AK  99501

s/ Mark A. Sandberg_