MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

*Allstate Insurance Companies v. Charles Herron*

Case No. 3:04-cv-00043 TMB

By:             THE HONORABLE TIMOTHY M. BURGESS

PROCEEDINGS:    ORDER (1) GRANTING MOTION TO VACATE HEARING DATE;
                (2) SETTING NEW HEARING DATE; (3) SETTING BRIEFING
                SCHEDULE

By order dated May 13, 2008, the Court set a May 15, 2008 hearing date for various pretrial motions (Docket Nos. 212, 213, 214, 240, 243).  Defendant now moves to vacate that date. (Docket No. 250.)  The parties have advised the Court that Defendant's counsel is unavailable that day, and have jointly requested that the Court reschedule it to a future date. (Docket No. 250).  One of the dates provided is May 29, 2008, the originally scheduled hearing date.

Accordingly, the Court hereby GRANTS DEFENDANT'S MOTION TO VACATE the hearing scheduled for May 15, 2008 at 3 P.M., and schedules a REVISED HEARING DATE OF **MAY 29, 2008** for these pretrial motions (Docket Nos. 212, 213, 214, 240, 243).  The Court will hear oral argument on these motions on May 29th unless they are disposed of on the papers earlier.

The Court further notes that while three of these motions are fully briefed, only the opening brief has been filed for the remaining two motions: Allstate's Motion in Limine No. 3 (Docket 240), and its Motion For Leave To Call Wainscott In Its Case-In-Chief And To Pose Leading Questions (243).  Accordingly, the Court SETS A BRIEFING SCHEDULE for these motions as follows:

Oppositions Due:   **MAY 21, 2008** by **5 P.M.**
Replies Due:       **MAY 26, 2008** by **5 P.M.**

Entered at the direction of the Honorable Timothy M. Burgess, United States District Judge.

DATE: May 14, 2008