Gary A. Zipkin, Esq.
Guess & Rudd P.C.
510 L Street, Suite 700
Anchorage, AK  99501
Phone:     (907) 793-2200
Fax:         (907) 793-2299
E-mail:     gzipkin@guessrudd.com

Attorneys for Plaintiff


## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA


| | |
|---|---|
| ALLSTATE INSURANCE COMPANIES, | ) |
| | ) |
|      Plaintiffs, | ) |
| | ) |
|      v. | ) |
| | ) |
| CHARLES HERRON, | ) |
| | ) |
|      Defendant. | ) |
|   | ) No. 3:04-cv-00043-TMB |


## ALLSTATE'S PROPOSED VOIR DIRE[1]


      Allstate Insurance Companies, by and through its respective attorneys,

hereby proposes the following voir dire questions and request that the court allow brief

follow-up questions based on the responses to the questions set forth below:

---

[1] Allstate recognizes that the court's Pre-Trial Order requested joint voir dire; however, Herron never
provided Allstate with his proposed voir dire.

1.      This case involves an insurance company filing suit against its insured.  Regardless of the nature of the claim, or the reasons for the filing of this action, are there any of you who feel predisposed or to any extent inclined in favor of the insured and against the insurer simply because the insurer initiated the lawsuit?

2.      The court will instruct you that a corporation such as Allstate is entitled to the same fair treatment and the same fair trial as any individual.  Are there any of you who do not feel they can treat a corporation just as fairly as they would treat an individual?

3.      If His Honor also instructs you that this case must be decided based upon the evidence presented and not in any way based on feelings of sympathy or passion, are there any of you who feel they might have any difficulty following such an instruction?

4.      Have any of you, or any of your close family members, made claims or filed lawsuits seeking money damages due to personal injury?

5.      Have any of you, or any of your close family members, made claims or filed lawsuits of any nature against Allstate.[2]

---

[2] In the event that any of the prospective jurors answer these questions in the affirmative, Allstate requests the opportunity to ask follow-up questions outside the presence of other prospective jurors.

6.     Are any of you currently insured by Allstate Insurance Company?  If so, please identify the type of insurance policy -- such as automobile, homeowner's, watercraft, etc.

7.     Have any of you previously been insured with Allstate but are not currently insured with Allstate?  If so, was your change of insurers caused in any way by any unhappiness on your part with Allstate?[3]

8.     On a scale of 1 to 10, with 10 representing the highest level of importance, how important would you say it is that a person keep his word or honor his promise?

9.     Would you characterize yourself as more of a practical person or a creative person when it comes to problem solving?

10.     Have you taken on leadership roles either at work or in connection with your participation in religious or social organizations?  If so, please describe the nature of the leadership role.

---

[3] In the event that any of the prospective jurors answer these questions in the affirmative, Allstate requests the opportunity to ask follow-up questions outside the presence of other prospective jurors.

DATED at Anchorage, Alaska, this 16th day of May, 2008.


GUESS & RUDD P.C.
Attorneys for Allstate


By: ___ s/Gary A. Zipkin _____
         Guess & Rudd P.C.
         510 L Street, Suite 700
         Anchorage, Alaska  99501
         Phone: 907-793-2200
         Fax:  907-793-2299
         Email: gzipkin@guessrudd.com
         Alaska Bar No. 7505048


CERTIFICATE OF SERVICE
I hereby certify that on the
16th day of May, 2008, a copy
of the foregoing document was served
electronically on:

Rebecca J. Hozubin
Mark A. Sandberg
Mark E. Wilkerson

Guess & Rudd P.C.


By: ___ s/Gary A. Zipkin _____

F:\DATA\5976\1\PLEADING\15 gaz Joint Proposed Voir Dire.doc