
Gary A. Zipkin, Esq.
Guess & Rudd P.C.
510 L Street, Suite 700
Anchorage, AK  99501
Phone:    (907) 793-2200
Fax:       (907) 793-2299
E-mail:   gzipkin@guessrudd.com

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ALLSTATE INSURANCE COMPANIES,  )<br>  )<br>           Plaintiff,   )<br>  )<br>      v.   )<br>  )<br>CHARLES HERRON,   )<br>  )<br>           Defendant.   )<br>_____ ) | No. 3:04-cv-00043-TMB |

JOINT PROPOSED JURY INSTRUCTIONS

The parties, by and through their respective attorneys, hereby submit their proposed jury instructions.  The following proposed instructions are attached:

Attachment 1:  Allstate's Proposed Jury Instruction Nos. 1-30[1] and Allstate's Proposed Special Verdict Form;

Attachment 2:  Herron's Proposed Jury Instruction Nos. 1-23 and Herron's Proposed Special Verdict Form Nos. 1-3.

DATED at Anchorage, Alaska, this 16th day of May, 2008.

> GUESS & RUDD P.C.
> Attorneys for Allstate
>
> By:   s/Gary A. Zipkin
>         Guess & Rudd P.C.
>         510 L Street, Suite 700
>         Anchorage, Alaska  99501
>         Phone: 907-793-2200
>         Fax:   907-793-2299
>         Email: gzipkin@guessrudd.com
>         Alaska Bar No. 7505048

---

[1] The parties have stipulated to the use of Allstate's Proposed Instructions Nos. 1, 3-12, 14-17 and 28-30.

CERTIFICATE OF SERVICE
I hereby certify that on the
16TH day of May, 2008, a copy
of the foregoing document was served
electronically on:

Rebecca J. Hozubin
Mark A. Sandberg
Mark E. Wilkerson

Guess & Rudd P.C.


By:     S/Gary A. Zipkin

F:\DATA\5976\1\PLEADING\17 Jury Inst Pleading.doc