Gary A. Zipkin, Esq.
Guess & Rudd P.C.
510 L Street, Suite 700
Anchorage, AK  99501
Phone:   (907) 793-2200
Fax:       (907) 793-2299
E-mail:   gzipkin@guessrudd.com

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ALLSTATE INSURANCE COMPANIES, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CHARLES HERRON, ) <br> ) <br> Defendant. ) <br> _____ ) | No. 3:04-cv-00043-TMB |

ERRATA RE ALLSTATE'S TRIAL BRIEF

Allstate Insurance Companies, by and through its attorneys, Guess & Rudd P.C., hereby submits an errata to Allstate's Trial Brief, filed Friday, May 16, at Docket 255.

On page 10 of Allstate's Trial Brief, Allstate quoted the Court's Order at Docket 160 as follows: "[i]ndeed, how Allstate concealed the potential UIM claim and separate provision for the medical payments from Kenick and Trailov, represented by counsel who was furnished a copy of the insurance policy and presumptively familiar with Alaska law, is explicable."[1]  However, the actual final word of that quote is inexplicable, not explicable.  Allstate apologizes for this inadvertent transcription error.

DATED at Anchorage, Alaska, this 19th day of May, 2008.

>GUESS & RUDD P.C.
>Attorneys for Allstate
>
>By:    s/Gary A. Zipkin
>       Guess & Rudd P.C.
>       510 L Street, Suite 700
>       Anchorage, Alaska  99501
>       Phone: 907-793-2200
>       Fax:   907-793-2299
>       Email: gzipkin@guessrudd.com
>       Alaska Bar No. 7505048

CERTIFICATE OF SERVICE
I hereby certify that on the
19th day of May, 2008, a copy
of the foregoing document was served
electronically on:

Rebecca J. Hozubin
Mark A. Sandberg
Mark E. Wilkerson

Guess & Rudd P.C.

By:    S/Gary A. Zipkin

F:\DATA\5976\1\PLEADING\18 CAR Errata trial brief.doc

---

[1] Order at Docket 160, dated October 19, 2006, p. 14, fn. 56.

ERRATA RE ALLSTATE'S TRIAL BRIEF
Allstate Insurance Co. v. Herron; Case No. 3:04-cv-0043-TMB
Page 2 of 2