Mark E. Wilkerson, Esq.
Wilkerson Hozubin
310 K Street, Suite 405
Anchorage, AK 99501
Phone: 907-276-5297
Fax: 907-276-5291
mark@wilkersonlaw.net
Alaska Bar No. 8310157

Attorneys for Plaintiff Allstate

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ALLSTATE INSURANCE COMPANIES, ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> CHARLES HERRON, ) <br> ) <br> Defendant. ) <br> _____) | Case No. 3:04-cv-0043 (TMB) |

### ALLSTATE'S ERRATA TO EXHIBIT 76

Allstate hereby gives notice of its supplementation of existing Exhibit 76, Allstate Claims File Record: "ANMC" Coversheet w/ Medical Records. This supplementation is made to include two pages of documents missing from the original exhibit, and are numbered Exhibit 76, Pages 42 and 43 (attached hereto). A hard copy for Judge Burgess will be filed with the Clerk of Court.

Dated this 23rd day of May, 2008, at Anchorage, Alaska.

WILKERSON HOZUBIN
Attorneys for Plaintiff

By:   s/Mark E. Wilkerson
       310 K Street, Suite 405
       Anchorage, AK 99501
       Phone: 907-276-5297
       Fax: 907-276-5291
       mark@wilkersonlaw.net
       AK Bar No. 8310157

WILKERSON
HOZUBIN
310 K STREET, SUITE 405
ANCHORAGE, AK 99501
TEL: (907) 276-5297
FAX: (907) 276-5291

CERTIFICATE OF SERVICE
I hereby certify that on the
23rd day of May, 2008, a copy
of the foregoing document was served
electronically on:

Mark A. Sandberg
Gary A. Zipkin


WILKERSON HOZUBIN

By: _____s/Mark E. Wilkerson_____
1000.788/DJA Trial /Errata to Ex 76

**WILKERSON HOZUBIN**
310 K STREET, SUITE 405
ANCHORAGE, AK 99501
TEL: (907) 276-5297
FAX: (907) 276-5291