SEP 20, 2002@18:40:09 ADDENDUM:

    Alaska Native Medical Center      TRAILOV, ANGELINA

        DISCHARGE SUMMARY          HRCN: 09-93-75

ADMITTED:  09/16/02                DICT: Frances R. Wilson, M.D.

DISCHARGED: 09/19/02              ATT:  Frances R. Wilson, M.D.

DATE OF BIRTH: 5/4/1987.

DIAGNOSIS: Basilar skull fracture, closed head injury, left upper lobe atelectasis, CSF otorrhea on the left, and a left eyelid laceration, superficial.

OPERATIONS: At Alaska Regional Hospital, bronchoscopy and transesophageal Echo. At ANMC, CT scan of head, chest, abdomen and pelvis.

HISTORY OF THE PRESENT ILLNESS: This is a 15-year-old female who was involved in a motor vehicle accident, 9/14/2002. She was evaluated in Bethel and referred to ANMC for evaluation of a closed head injury. Upon arrival she was noted to have a widened mediastinum with increasing flaring of the aortic knob. CT scan showed what looked like arterial filling of the left upper lobe but normal aorta. It was thought that she could possibly be at risk for a pulmonary artery injury and was sent over to Alaska Regional Hospital to rule out a great vessel injury of the left hilum. At Alaska Regional Medical Center, she was evaluated by Dr. Pedro Valdez in the operating room, and he performed a bronchoscopy for left upper lobe atelectasis which resolved the appearance of the flaring aortic knob. Repeat CT scan showed that everything was stable in the chest and so the patient was sent to the ICU for observation there. Her closed head injury was minor. There was no evidence of any intracranial injury, and a basilar skull fracture was trivial. She remained intubated on 9/14 and was extubated on 9/15. She was hypophonic on extubation but otherwise neurologically was normal and was transferred back to ANMC.

PAST MEDICAL HISTORY: Negative.

ALLERGIES: None.

PAST SURGICAL HISTORY: None.

HABITS: She had an alcohol level of 81 upon presentation but denies any tobacco use.

REVIEW OF SYSTEMS: Unremarkable.

PHYSICAL EXAMINATION: Upon transfer back from Alaska Regional Hospital, her vital signs were stable, and she was afebrile. HEENT showed a small left eyelid laceration, otherwise neurologically unremarkable. Normal pupil reactivity. Neck is supple, atraumatic.

---

PATIENT: TRAILOV, ANGELINA CHRISTINE  99375    #99375
Discharge Summary                                ELECTRONICALLY SIGNED CHART COPY





703733

ANCH MED CTR                                      10/10/02 09:56          Page:   4

Lungs are clear to auscultation bilaterally. Heart: Regular rhythm without murmur. Abdomen: Soft, nontender, no masses. Back is nontender. Extremities are atraumatic.

Her laboratory work demonstrated no evidence of ongoing bleeding or severe blood loss.

HOSPITAL COURSE: The patient was admitted to Five West, placed on a regular diet. She underwent Physical Therapy and further evaluation of her hypophonia. This eventually resolved, and she was able to eat a regular diet without any difficulty. She did experience some mild hearing loss in the left ear. She was seen by ENT who found a clot in her ear canal and prescribed cortisporin drops. Ophthalmology saw her and felt that the laceration on her eye would heal up, and if there was any residual defect, this could be repaired at a later date.

Her discharge medications include Keflex 250 mg PO QID x 5 days for superficial thrombophlebitis and cortisporin drops, three drops to the left ear TID x 5 days. Followup with ENT Clinic in Bethel and Ophthalmology Clinic PRN. She is to see her local doctor in Bethel in one week to rule out any residual problems from her blunt trauma. DD: 09/19/02
DT: 09/20/02
TL078/JOB: 60405
CLINIC CODE:
RD:    /   /

$END
$END

                                      SIGNATURE APPROVING PHYSICIAN/DENTIST

                                      /es/ FRANCES R. MD WILSON10/10/02
                                      FRANCES R. MD WILSON
                                      MD General Surgery

---

PATIENT: TRAILOV,ANGELINA CHRISTINE   99375    #99375
Discharge Summary                              ELECTRONICALLY SIGNED CHART COPY

Exhibit 26
Page 43 of 43



703734