Mark E. Wilkerson, Esq.
Wilkerson Hozubin
310 K Street, Suite 405
Anchorage, AK 99501
Phone: 907-276-5297
Fax: 907-276-5291
mark@wilkersonlaw.net
Alaska Bar No. 8310157

Attorneys for Plaintiff Allstate

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ALLSTATE INSURANCE COMPANIES, )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>CHARLES HERRON, )<br>)<br>Defendant. )<br>_____) | Case No. 3:04-cv-0043 (TMB) |

### ALLSTATE'S ERRATA TO EXHIBIT 112

Allstate hereby provides pages 17, 34, and 55 of Exhibit 112 that, during the copying process, were inadvertently left out of the set of exhibits provided to Judge Burgess (copies attached hereto). A hard copy will be filed with the Clerk of Court.

Dated this 23rd day of May, 2008, at Anchorage, Alaska.

        WILKERSON HOZUBIN
        Attorneys for Plaintiff

        By:   s/Mark E. Wilkerson
             310 K Street, Suite 405
             Anchorage, AK 99501
             Phone: 907-276-5297
             Fax: 907-276-5291
             mark@wilkersonlaw.net
             AK Bar No. 8310157

CERTIFICATE OF SERVICE
I hereby certify that on the
23rd day of May, 2008, a copy
of the foregoing document was served
electronically on:

Mark A. Sandberg
Gary A. Zipkin


WILKERSON HOZUBIN

By: ____s/Mark E. Wilkerson____
1000.788/DJA Trial /Errata to Ex 112

**WILKERSON HOZUBIN**
310 K STREET, SUITE 405
ANCHORAGE, AK 99501
TEL: (907) 276-5297
FAX: (907) 276-5291