**Allstate Insurance Company**

Policy Number : 0 20 469309 12/16    Your Agent:   Malone and CO Inc I  (907) 543-2934
Policy Effective Date: June 16, 2002

# Important Notice

## Request For Review

You may, by written request, obtain pertinent information concerning the insurance rates affecting you.

You may request, in writing, that we review the manner in which our insurance rates have been applied to you. If you make such a written request for review, we will provide you an opportunity to be heard in person (or through your representative) on that request. If we do not respond to your written request for review within 30 days, or if we reject your request (in which instance you shall receive written notice of this action), you have the right to appeal our action on your request to the Director of Insurance within 30 days after our written notice of rejection (or our failure to respond within 30 days). The Director may, in a hearing held not less than 10 days after written notice is provided to you and to us, affirm or reverse our action on the request for review.

X5650

AUTO *51000510208230300141 1010*

Exhibit 112-1D
Page 17 of 60

100647

*This Endorsement Changes Your Policy — Keep It With Your Policy*

*Amendment Of Policy Provisions*

---

This endorsement amends all of the following policies: Automobile, Motorcycle, Motorhome, and Personal Umbrella Policy. This endorsement is in addition to all other endorsements which apply to these policies.

It is agreed that the following provision is added to the General provisions:

**Conditional Reinstatement**
If we mail a cancellation notice because **you** didn't pay the required premium when due and you then tender payment by check, draft, or other remittance which is not honored upon presentation, **your** policy will terminate on the date and time shown on the cancellation notice and any notice we issue which waives the cancellation or reinstates coverage is void. This means that Allstate will not be liable under this policy for claims or damages after the date and time indicated on the cancellation notice.

AU2306

**Allstate**
You're in good hands

Exhibit 112-1D
Page 34 of 60

100664

## Part VI: Continued

**COVERAGE HG**
Auto Fire, Lightning, Transportation and Theft Insurance
Allstate will pay for loss to your insured auto or a non-owned auto caused by any peril under Coverages HE or HF above.

**COVERAGE JJ**
Towing and Labor Costs
Allstate will pay costs for labor done at the initial place of disablement and for towing, made necessary by the disablement of your insured auto or a non-owned auto. The total limit of our liability for each loss is stated on the declarations page.

**COVERAGE UU**
Rental Reimbursement Coverage
If you have collision or comprehensive coverage under this policy and the loss involves either coverage, Allstate will repay you up to $10 per day for your cost of renting an auto from a rental agency or garage. We won't pay mileage charges.

If your insured auto is not driveable, coverage starts the day after the loss. If it is driveable, coverage starts the day after the auto is taken to a garage for repairs.

Coverage ends when the first of the following occurs.

(1) completion of repairs;
(2) replacement of the auto; or
(3) ten full days of coverage.

Coverage won't apply if the entire auto is stolen and you are eligible under comprehensive coverage for transportation expense.

**COVERAGE ZA**
Sound System Coverage
Allstate will pay for loss to a permanently installed sound system, its antenna and other apparatus specifically used with the sound reproducing, recording, transmitting or receiving system. Coverage applies only to equipment permanently attached by bolts, brackets or in some other manner in any location not designed by the car's manufacturer for the installation of a radio.

This coverage applies only if you have comprehensive insurance under this policy. Coverage ZA makes sound systems, antennas and other apparatus specifically used with the sound system insured property under comprehensive and collision insurance.

**COVERAGE ZZ**
Tape Coverage
Allstate will pay for loss to any tapes or similar items used with auto sound systems. Coverage applies to property owned by you or a resident relative that is in or upon your insured auto at the time of loss. The total limit of our liability for each loss is stated on the declarations page.

This coverage applies only if you have comprehensive insurance under this policy. Coverage ZZ makes tapes or similar items insured property under your comprehensive insurance.

Page 20

Exhibit 112-1D
Page 55 of 60

100685