Gary A. Zipkin, Esq.
Guess & Rudd P.C.
510 L Street, Suite 700
Anchorage, AK  99501
Phone:   (907) 793-2200
Fax:     (907) 793-2299
E-mail:  gzipkin@guessrudd.com

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ALLSTATE INSURANCE COMPANIES,  )<br>  )<br>   Plaintiffs,  )<br>  )<br>   v.  )<br>  )<br>CHARLES HERRON,  )<br>  )<br>   Defendant.  )<br>_____)  | No. 3:04-cv-00043-TMB |

REPLY IN SUPPORT OF
ALLSTATE'S MOTION IN LIMINE NO. 3 TO PRECLUDE
ROBERT HERRON FROM ACTING AS THE DEFENDANT AT TRIAL AND
FROM BEING PRESENT IN THE COURTROOM WHEN HE IS NOT TESTIFYING

If, as Charles Herron's opposition suggests, Robert Herron agrees not to testify at trial, Allstate will withdraw its previous objection to him sitting at counsel table during trial, so long as, when Robert Herron is introduced to the jury, the court explains

Allstate Insurance Co. v. Herron; Case No. 3:04-cv-0004-TMB
Page 1 of 2

Charles's absence in neutral terms, such as "Charles Herron is unavailable to attend trial.

Do not speculate as to why he is unavailable."


DATED at Anchorage, Alaska, this 23rd day of May, 2008.


GUESS & RUDD P.C.
Attorneys for Allstate


By: ___s/Gary A. Zipkin___
    Guess & Rudd P.C.
    510 L Street, Suite 700
    Anchorage, Alaska  99501
    Phone: 907-793-2200
    Fax:   907-793-2299
    Email: gzipkin@guessrudd.com
    Alaska Bar No. 7505048


CERTIFICATE OF SERVICE

I hereby certify that on the
23rd day of May, 2008, a copy
of the foregoing document was served
electronically on:

Rebecca J. Hozubin
Mark A. Sandberg
Mark E. Wilkerson

Guess & Rudd P.C.


By:___s/Gary A. Zipkin___

F:\DATA\5976\1\PLEADING\21 car Reply re Robert Herron.doc