Mark A. Sandberg
SANDBERG, WUESTENFELD & COREY
701 W. 8th Ave., Suite 1100
Anchorage, Alaska  99501
(907) 276-6363

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ALLSTATE INSURANCE COMPANIES, )<br>)<br>　　　　Plaintiff,　　　　　　)<br>)<br>　v.　　　　　　　　　　　　　　)<br>)<br>CHARLES HERRON,　　　　　　　)<br>)<br>　　　　Defendant.　　　　　　)<br>　　　　　　　　　　　　　　　　) | Case No. 3:04-cv-0043 TMB |

**HERRON'S NOTICE OF INTENT TO USE DIGITAL EVIDENCE PRESENTATION**

**SYSTEM AT TRIAL**

Herron hereby gives notice of its intent to use the Court's Digital Evidence Presentation System at trial in this matter in Anchorage beginning June 2, 2008 in Courtroom 1.

DATED this 27th day of May 2008, in Anchorage, Alaska.

> s/ Mark A. Sandberg
> 701 W 8th Avenue, Ste. 1100
> Anchorage, Alaska 99501
> Phone: (907) 276-6363
> Fax: (907) 276-3528
> E-Mail: msandberg@aol.com
> Alaska Bar No.: 7510084

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by ( ) mail ( ) fax ( ) hand this 27th day of May 2008 upon:

Mark Wilkerson, Esq.
Wilkerson, Hozubin & Burke
310 K Street, Suite 405
Anchorage, Alaska  99501

Gary A. Zipkin, Esq.
Guess & Rudd, P.C.
510 L Street, Suite 700
Anchorage, AK  99501


s/ Mark A. Sandberg