```
             MINUTES OF THE UNITED STATES DISTRICT COURT
                       DISTRICT OF ALASKA
```

     ALLSTATE INSURANCE COMPANY      vs.      CHARLES HERRON

BEFORE THE HONORABLE   TIMOTHY M. BURGESS
CASE NO.               3:04-CV-00043-TMB

DEPUTY CLERK/RECORDER:           CAROLINE EDMISTON

APPEARANCES:    PLAINTIFF:    GARY ZIPKIN / MARK WILKERSON

                DEFENDANT:    MARK SANDBERG

PROCEEDINGS: FINAL PRE-TRIAL CONFERENCE/ORAL ARGUMENT ON MOTIONS
             AT DOCKETS 212, 213, 214, 240 & 243 HELD 05/29/08:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 2:12 p.m. court convened.

Court and counsel heard re Plaintiff's Motion in Limine 1 (Docket 212) **UNDER ADVISEMENT**, ruling to issue.

Court and counsel heard re Plaintiff's Motion in Limine 2 (Docket 213) **UNDER ADVISEMENT**, ruling to issue.

Court and counsel heard re Plaintiff's Motion to Strike Notice (Docket 214) **DENIED**.

Court and counsel heard re Plaintiff's Third Motion in Limine to Preclude Robert Herron from Acting as the Defendant at Trial and from Being Present in the Courtroom when he is Not Testifying (Docket 240) **DENIED AS MOOT.**

Court and counsel heard re Plaintiff's Motion for Leave to Call Wainscott in its Case-in-Chief and to Pose Leading Questions (Docket 243) **UNDER ADVISEMENT, COURT RESERVES RULING.**

Court and counsel heard re Proposed Jury Instructions, Proposed Voir Dire, General Voir Dire questions, trial scheduling, settlement attempts, and Courts Order at Docket 160.

Court and counsel heard re parties stipulation re plaintiff's exhibits 151, 152, 161, 162 to use copies without water marks but if the case goes to appeal the original exhibits with the water spots will be used.

Continued To Page 2

DATE:   May 29, 2008         DEPUTY CLERK'S INITIALS:      CME
Revised 6/18/07

```
                     Continuation Page 2
 3:04-CV-00043-TMB, Allstate Insurance Company vs. Charles Herron
   Final Pre-Trial Conference/Oral Argument on Motions at Dockets
                     212, 213, 214, 240 & 243
                           May 29, 2008
-----------------------------------------------------------------
```

Trial by Jury set June 2, 2008 at 9:00 a.m. is **VACATED**.

Trial by Jury set **June 3, 2008 at 9:00 a.m.**

Status Hearing set **June 2, 2008 at 1:00 p.m.**

Court and counsel heard re parties using the DEPS during the Trial by Jury and court ordered parties to make sure they receive the proper training and are familiar with the equipment prior to trial.

Court ordered parties to file any supplemental briefing and case citations on or before **Friday May 30, 2008 at noon**.

At 3:48 p.m. court adjourned.

**OFF RECORD NOTE**: Court ordered that the parties have until **Friday May 30, 2008 at 1:00 p.m.** to file any further supplemental briefing and case citations.

DATE:_____May 29, 2008_____   DEPUTY CLERK'S INITIALS:___CME___

Revised 6/18/07