# Allstate

Dear Allstate Customer,

Welcome to Allstate, and thank you for putting your trust in us. With the enclosed Allstate policy, you have some of the finest auto insurance available.

When you buy an insurance policy, you are really buying claim service — and we offer you the best in the business! As an Allstate customer, you're backed by our knowledgeable claim staff. Advanced computer systems support this staff, speeding important information to where it is needed — and putting your records right at our fingertips. We also have an extensive network of claim offices throughout the United States and Canada.

If you have an accident, just call your Allstate agent or the nearest Allstate claim office. Even if you feel you weren't responsible for the accident, or don't think the accident was serious, please contact us immediately. Then we can give you the best and fastest help available.

Your coverages and their costs, along with any discounts you have qualified for, are listed on the enclosed Declarations page. Some of the money-saving discounts available are:

- **Allstate Advantage Discount** — offered to experienced drivers with excellent driving records who carry Allstate Homeowners, Condominium, or Mobile Home insurance and who meet other qualifications.
- **Economy Car Discount** — available if you drive certain lightweight cars.
- **Multiple Car Discount** — offered to you if you have more than one car insured for certain coverages under the same Allstate policy.
- **Utility Auto Discount** — available for most pickup trucks.
- **55 and Retired Discount** — available if you are a driver at least 55 years old, are not "gainfully employed" (do not work more than 24 hours a week or seek such employment), and meet other specified qualifications.

Thank you once again for allowing us to serve you. If you have any questions about your insurance protection, just call your Allstate agent or the nearest Allstate office.

Sincerely,

J. D. Choate

J. D. Choate
President
Personal Property and Casualty

P.S. Please see the enclosed Payment Notice for the payment options available to you.

ZJT:D



JOINT EXHIBIT
166-ID
3:04-cv-0043

# Allstate

Seattle Regional Operations Center
10330 Meridian Avenue, North
Seattle, Washington 98133
Phone: 206-527-5550

Dear Policyholder:

With the enclosed Allstate policy, you have some of the finest auto insurance available.

When you bought your policy you were really buying claim service. And Allstate gives the best.

If you have an accident, call your nearest Allstate Claim Office immediately. Then we can give you the best and fastest help possible. Call us even if you feel you are not responsible... even if you don't think the accident was serious... even if you don't know all the names and details.

Ready to protect you is the largest full time salaried claim staff in the auto insurance industry.

Combining to make your new Auto Insurance policy the best protection money can buy are:

- Fast, unmatched claim service
- Advanced computer systems to speed information on your policy to where it's needed
- Friendly help from your Allstate Agent

Thank you once again for letting us serve you

Sincerely,

Raymond H. Kiefer

→ Raymond H. Kiefer
President
Personal Property & Casualty Company

XWP:D

000127

Exhibit 166
Page 2 of 2