**UNITED STATES DISTRICT COURT,**
**District of Alaska**
**Exhibit List**

**ALLSTATE INSURANCE COMPANIES v. HERRON**

**Case Number: 3:04-cv-00043-TMB**

| Presiding Judge: Timothy M. Burgess | | | | | Plaintiff's Attorney: Mark Wilkerson & Gary Zipkin | Defendant's Attorney: Mark Sandberg |
|---|---|---|---|---|---|---|
| Trial Date(s): June 2, 2008 | | | | | Court Reporter | Courtroom Deputy |
| Joint Ex | Pltf Ex | Def Ex | Offered | Admitted | Description of Exhibit[1] | Limitations on use |
| 1 | | | | X | Allstate Claims File Diary [100001 – 100051; 704343 – 704345; 100053 – 100056; 100076 – 100086] | |
| 1 (A) | | | | X | Copy of Allstate Claims Diary P. 1-69 | |
| 2 | | | | X | Allstate Claims File Record: Claim File Cover | |
| 3 | | | | X | Allstate Claims File Record: Claimant List | |
| 4 | | | | X | Allstate Claims File Record: Claim File Opening Sheet | |
| 5 | | | | X | Allstate Claims File Record: Coverage Printout | |
| 6 | | | | X | Allstate Claims File Record: Coverage Printout | |
| 7 | | | | X | Allstate Claims File Record: Medical Bill Loss History | |
| 8 | | | | X | Allstate Claims File Record: Transaction History Printout | |

---

[1] Include a notation as to the location of any exhibit not held with the case file or not available because of size.

# UNITED STATES DISTRICT COURT,
## District of Alaska
## Exhibit List

## ALLSTATE INSURANCE COMPANIES v. HERRON

| Presiding Judge: Timothy M. Burgess | Plaintiff's Attorney: Mark Wilkerson & Gary Zipkin | Defendant's Attorney: Mark Sandberg |
|---|---|---|
| Trial Date(s): June 2, 2008 | Court Reporter | Courtroom Deputy |

| Joint Ex | Pltf Ex | Def Ex | Offered | Admitted | Description of Exhibit[1] | Limitations on use |
|---|---|---|---|---|---|---|
| 9 | | | | X | Allstate Claims File Record: Transaction History Printout | |
| 10 | | | | X | Allstate Claims File Record: Transaction History Printout | |
| 11 | | | | X | Allstate Claims File Record: Coverage Printout | |
| 12 | | | | X | Allstate Claims File Record: Coverage Printout | |
| 13 | | | | X | Allstate Claims File Record: Name & Address Directory | |
| 14 | | | | X | Allstate Claims File Record: Name & Address Directory | |
| 15 | | | | X | Allstate Claims File Record: Name & Address Directory | |
| 16 | | | | X | Allstate Claims File Record: Name & Address Directory | |
| 17 | | | | X | Allstate Claims File Record: Name & Address Directory | |
| 18 | | | | X | Allstate Claims File Record: Name & Address Directory | |
| 19 | | | | X | Allstate Claims File Record: Name & Address Directory | |

# UNITED STATES DISTRICT COURT,
## District of Alaska
## Exhibit List

### ALLSTATE INSURANCE COMPANIES v. HERRON

| Presiding Judge: Timothy M. Burgess | | | | | Plaintiff's Attorney: Mark Wilkerson & Gary Zipkin | Defendant's Attorney: Mark Sandberg |
|---|---|---|---|---|---|---|
| Trial Date(s): June 2, 2008 | | | | | Court Reporter | Courtroom Deputy |
| Joint Ex | Pltf Ex | Def Ex | Offered | Admitted | Description of Exhibit[1] | Limitations on use |
| 20 | | | | X | Allstate Claims File Record: Name & Address Directory | |
| 21 | | | | X | Allstate Claims File Record: 6/4/03 Berry Letter to Mestas/Johnson | |
| 22 | | | | X | Allstate Claims File Record: 6/4/03 Berry Fax Cover to Johnson | |
| 23 | | | | X | Allstate Claims File Record: 6/4/03 Berry Fax Confirmation to Johnson | |
| 24 | | | | X | Allstate Claims File Record: 6/4/03 Berry Letter to C. Herron | |
| 25 | | | | X | Allstate Claims File Record: 6/4/03 Berry Letter to Power | |
| 26 | | | | X | Allstate Claims File Record: 5/29/03 Johnson/Mestas Letter to Berry w/ Envelope | |
| 27 | | | | X | Allstate Claims File Record: 5/30/03 Berry Letter to Power w/ Fax Confirmation | |
| 28 | | | | X | Allstate Claims File Record: 5/16/03 Berry Letter to Power w/ Fax Confirmation | |
| 29 | | | | X | Allstate Claims File Record: 5/15/03 Power Letter to Berry w/ Encls & 5/16/03 Fax Cover | |

# UNITED STATES DISTRICT COURT,
## District of Alaska
## Exhibit List

## ALLSTATE INSURANCE COMPANIES v. HERRON

| Presiding Judge: Timothy M. Burgess | | | Plaintiff's Attorney: Mark Wilkerson & Gary Zipkin | | | Defendant's Attorney: Mark Sandberg | |
|---|---|---|---|---|---|---|---|
| Trial Date(s): June 2, 2008 | | | Court Reporter | | | Courtroom Deputy | |
| Joint Ex | Pltf Ex | Def Ex | Offered | Admitted | Description of Exhibit[1] | | Limitations on use |
| 30 | | | | X | Allstate Claims File Record: 5/9/03 Berry Letter to Power | | |
| 31 | | | | X | Allstate Claims File Record: 4/10/03 Power Letter to Berry w/ Envelope | | |
| 32 | | | | X | Allstate Claims File Record: 3/26/03 Valcarce Letter to Berry w/ Fax Cover | | |
| 33 | | | | X | Allstate Claims File Record: 3/18/03 Berry Letter to C. Herron | | |
| 34 | | | | X | Allstate Claims File Record: 3/17/03 Berry Form Letter to ANMC Med Records Dept | | |
| 35 | | | | X | Allstate Claims File Record: 3/17/03 Berry Letter to Power w/ Fax Cover | | |
| 36 | | | | X | Allstate Claims File Record: 2/14/03 Power Letter to Berry | | |
| 37 | | | | X | Allstate Claims File Record: "Demand" Flag Sheet | | |
| 38 | | | | X | Allstate Claims File Record: 1/17/03 Berry Letter to Y-K Hospital Med Records Dept | | |
| 39 | | | | X | Allstate Claims File Record: 1/17/03 Berry Letter to Power | | |

# UNITED STATES DISTRICT COURT,
## District of Alaska
## Exhibit List

### ALLSTATE INSURANCE COMPANIES v. HERRON

| Presiding Judge: Timothy M. Burgess | Plaintiff's Attorney: Mark Wilkerson & Gary Zipkin | Defendant's Attorney: Mark Sandberg |
|---|---|---|
| Trial Date(s): June 2, 2008 | Court Reporter | Courtroom Deputy |

| Joint Ex | Pltf Ex | Def Ex | Offered | Admitted | Description of Exhibit[1] | Limitations on use |
|---|---|---|---|---|---|---|
| 40 | | | | X | Allstate Claims File Record: 12/10/02 Power Letter to Berry w/ Envelope | |
| 41 | | | | X | Allstate Claims File Record: 10/26/02 Bethel PD Letter to Allstate | |
| 42 | | | | X | Allstate Claims File Record: Bethel PD Crime Report | |
| 43 | | | | X | Allstate Claims File Record: 10/18/02 Berry Letter to M. Herron | |
| 44 | | | | X | Allstate Claims File Record: 10/18/02 Berry Letter to Power w/ Fax Confirmation & Fax Cover | |
| 45 | | | | X | Allstate Claims File Record: 9/25/02 Vanzant Letter to M. Herron | |
| 46 | | | | X | Allstate Claims File Record: 9/25/02 Allstate Form Letter to Bethel PD | |
| 47 | | | | X | Allstate Claims File Record: 9/23/02 Valcarce Letter to B. Herron w/ B. Herron's Fax Cover to Allstate & Power's 9/19/02 Letter | |
| 48 | | | | X | Allstate Claims File Record: SOA Complaint against Herron & Police Officer Affidavit | |
| 49 | | | | X | Allstate Claims File Record: Herron's Auto Policy | |

# UNITED STATES DISTRICT COURT,
## District of Alaska
## Exhibit List

## ALLSTATE INSURANCE COMPANIES v. HERRON

| Presiding Judge: Timothy M. Burgess | Plaintiff's Attorney: Mark Wilkerson & Gary Zipkin | Defendant's Attorney: Mark Sandberg |
|---|---|---|
| Trial Date(s): June 2, 2008 | Court Reporter | Courtroom Deputy |

| Joint Ex | Pltf Ex | Def Ex | Offered | Admitted | Description of Exhibit[1] | Limitations on use |
|---|---|---|---|---|---|---|
| 50 | | | | X | Allstate Claims File Record: Allstate Check to Bethel PD | |
| 51 | | | | X | Allstate Claims File Record: 9/25 Claim File Transfer Sheet w/ Reserves | |
| 52 | | | | X | Allstate Claims File Record: 9/25/02 Vanzant Email Requesting Policy | |
| 53 | | | | X | Allstate Claims File Record: ISO Index Printout C. Herron | |
| 54 | | | | X | Allstate Claims File Record: 9/16/02 Diary Note | |
| 55 | | | | X | Allstate Claims File Record: 9/16/02 Diary Note, Name Printout | |
| 56 | | | | X | Allstate Claims File Record: 9/16/02 Diary Name Printout | |
| 57 | | | | X | Allstate Claims File Record: 9/16/02 Diary Note | |
| 58 | | | | X | Allstate Claims File Record: 9/16/02 Diary Name Printout | |
| 59 | | | | X | Allstate Claims File Record: Diary Name Printout | |
| 60 | | | | X | Allstate Claims File Record: Medical Bill Printout (2-pages) | |

# UNITED STATES DISTRICT COURT,
## District of Alaska
## Exhibit List

## ALLSTATE INSURANCE COMPANIES v. HERRON

| Presiding Judge: Timothy M. Burgess | Plaintiff's Attorney: Mark Wilkerson & Gary Zipkin | Defendant's Attorney: Mark Sandberg |
|---|---|---|
| Trial Date(s): June 2, 2008 | Court Reporter | Courtroom Deputy |

| Joint Ex | Pltf Ex | Def Ex | Offered | Admitted | Description of Exhibit[1] | Limitations on use |
|---|---|---|---|---|---|---|
| 61 | | | | X | Allstate Claims File Record: Medical Bill Printout | |
| 62 | | | | X | Allstate Claims File Record: Medical Bill Printout | |
| 63 | | | | X | Allstate Claims File Record: Berry Handwritten Colossus Dissection | |
| 64 | | | | X | Allstate Claims File Record: 5/16/03 Berry Email to Petersen w/ H.O. Referral | |
| 65 | | | | X | Allstate Claims File Record: 5/20/03 Berry/Grazulis Emails | |
| 66 | | | | X | Allstate Claims File Record: 5/20/03 Petersen/Berry Emails | |
| 67 | | | | X | Allstate Claims File Record: 5/20/03 Petersen/Berry Emails | |
| 68 | | | | X | Allstate Claims File Record: Berry Handwritten Medical Record Review (4-pages) | |
| 69 | | | | X | Allstate Claims File Record: 5/28/03 Colossus Printout | |
| 70 | | | | X | Allstate Claims File Record: Form Medical Record Index Coversheet | |

# UNITED STATES DISTRICT COURT,
## District of Alaska
## Exhibit List

### ALLSTATE INSURANCE COMPANIES v. HERRON

| Presiding Judge: Timothy M. Burgess | Plaintiff's Attorney: Mark Wilkerson & Gary Zipkin | Defendant's Attorney: Mark Sandberg |
|---|---|---|
| Trial Date(s): June 2, 2008 | Court Reporter | Courtroom Deputy |

| Joint Ex | Pltf Ex | Def Ex | Offered | Admitted | Description of Exhibit[1] | Limitations on use |
|---|---|---|---|---|---|---|
| 71 | | | | X | Allstate Claims File Record: 2/6/03 Power (Samuelson) Letter to Berry w/ Release & Envelope | |
| 72 | | | | X | Allstate Claims File Record: 11/22/02 Envelope from Power to Allstate w/ Auth Form | |
| 73 | | | | X | Allstate Claims File Record: 10/18/02 Berry Letter to Power | |
| 74 | | | | X | Allstate Claims File Record: "Diagnostics" Coversheet w/ Medical Records | |
| 75 | | | | X | Allstate Claims File Record: "Alaska Regional Hosp" Coversheet w/ Medical Records | |
| 76 | | | | X | Allstate Claims File Record: "ANMC" Coversheet w/ Medical Records | |
| 77 | | | | X | Allstate Claims File Record: "Y-K Health Corp" Coversheet w/ Medical Records | |
| 78 | | | | X | Allstate Claims File Record: "Other Information" Coversheet | |
| 79 | | | | X | Allstate Claims File Record: "MBRS" Coversheet | |

# UNITED STATES DISTRICT COURT,
## District of Alaska
## Exhibit List

### ALLSTATE INSURANCE COMPANIES v. HERRON

| Presiding Judge: Timothy M. Burgess | Plaintiff's Attorney: Mark Wilkerson & Gary Zipkin | Defendant's Attorney: Mark Sandberg |
|---|---|---|
| Trial Date(s): June 2, 2008 | Court Reporter | Courtroom Deputy |

| Joint Ex | Pltf Ex | Def Ex | Offered | Admitted | Description of Exhibit[1] | Limitations on use |
|---|---|---|---|---|---|---|
| 80 | | | | X | Allstate Claims File Record: ANMC Medical Bill w/ Post-it "need itemized" | |
| 81 | | | | X | Allstate Claims File Record: ANMC Medical Bill | |
| 82 | | | | X | Allstate Claims File Record: 3/18/03 Berry Form Letter to ANMC For Itemized Bill | |
| 83 | | | | X | Allstate Claims File Record: "Prior Medicals" Coversheet | |
| 84 | | | | X | Allstate Claims File Record: "Lien" Coversheet | |
| 85 | | | | X | Allstate Claims File Record: 11/25/02 ANMC Lien | |
| 86 | | | | X | Allstate Claims File Record: 11/25/02 ANMC Lien | |
| 87 | | | | X | Allstate Claims File Record: 1/3/03 Alaska Regional Letter to Kenick re Bill | |
| 88 | | | | X | Allstate Claims File Record: 11/22/03 Alaska Regional Letter to Kenick re Bill | |
| 89 | | | | X | Allstate Claims File Record: 11/8/02 Alaska Regional Letter to Kenick re Bill | |

9

# UNITED STATES DISTRICT COURT,
**District of Alaska**
**Exhibit List**

## ALLSTATE INSURANCE COMPANIES v. HERRON

| Presiding Judge: Timothy M. Burgess | Plaintiff's Attorney: Mark Wilkerson & Gary Zipkin | Defendant's Attorney: Mark Sandberg |
|---|---|---|
| Trial Date(s): June 2, 2008 | Court Reporter | Courtroom Deputy |

| Joint Ex | Pltf Ex | Def Ex | Offered | Admitted | Description of Exhibit[1] | Limitations on use |
|---|---|---|---|---|---|---|
| 90 | | | | X | Allstate Claims File Record: 12/12/02 ANMC Letter to Angstman Law Office Re Lien | |
| 91 | | | | X | Allstate Claims File Record: 11/15/02 Denali Anesthesia Bill | |
| 92 | | | | X | Allstate Claims File Record: 10/15/02 Mail Handlers Benefit Plan Letter to Vanzant w/ 9/26/02 Lien Form Completed by Kenick | |
| 93 | | | | X | Allstate Claims File Record: "Loss of Earnings" Coversheet | |
| 94 | | | | X | Allstate Claims File Record: "IIB" Coversheet | |
| 95 | | | | X | Allstate Claims File Record: "Miscellaneous" Coversheet | |
| 96 | | | | X | Allstate Claims File Record: ANMC Travel Documents | |
| 97 | | | | X | Allstate Claims File Record: City of Bethel Ambulance Bill | |
| 98 | | | | X | Allstate Claims File Record: Alaska Regional Bill | |
| 99 | | | | X | Allstate Claims File Record: Alaska Imaging Bill | |

# UNITED STATES DISTRICT COURT,
## District of Alaska
## Exhibit List

### ALLSTATE INSURANCE COMPANIES v. HERRON

| Presiding Judge: Timothy M. Burgess | Plaintiff's Attorney: Mark Wilkerson & Gary Zipkin | Defendant's Attorney: Mark Sandberg |
|---|---|---|
| Trial Date(s): June 2, 2008 | Court Reporter | Courtroom Deputy |

| Joint Ex | Pltf Ex | Def Ex | Offered | Admitted | Description of Exhibit[1] | Limitations on use |
|---|---|---|---|---|---|---|
| 100 | | | | X | Allstate Claims File Record: Denali Anesthesia Bill | |
| 101 | | | | X | Allstate Claims File Record: ANMC Bill | |
| 102 | | | | X | Allstate Claims File Record: ANMC Bill | |
| 103 | | | | X | Allstate Claims File Record: ANMC Bill | |
| 104 | | | | X | Allstate Claims File Record: ANMC Bill | |
| 105 | | | | X | Allstate Claims File Record: ANMC Bill | |
| 106 | | | | X | Allstate Claims File Record: 12/9/02 Mail Handler's Benefit Letter to Kenick | |
| 107 | | | | X | Allstate Claims File Record: ANMC Bill | |
| 108 | | | | X | Allstate Claims File Record: 3/18/03 Berry Form Letter to ANMC For Itemized Bill | |
| 109 | | | | X | Allstate Claims File Record: 5/12/03 Millar Letter to Angstman Law Office | |
| 110 | | | | X | Allstate Claims File Record: Coversheet | |
| 111 | | | | X | Allstate Claims File Record: Coversheet | |

# UNITED STATES DISTRICT COURT,
## District of Alaska
## Exhibit List

### ALLSTATE INSURANCE COMPANIES v. HERRON

| Presiding Judge: Timothy M. Burgess | Plaintiff's Attorney: Mark Wilkerson & Gary Zipkin | Defendant's Attorney: Mark Sandberg |
|---|---|---|
| Trial Date(s): June 2, 2008 | Court Reporter | Courtroom Deputy |

| Joint Ex | Pltf Ex | Def Ex | Offered | Admitted | Description of Exhibit[1] | Limitations on use |
|---|---|---|---|---|---|---|
| 112 | | | | | Herron Auto Policy | |
| 113 | | | | | Deposition: Lori Barra | |
| 114 | | | | | Deposition: Kathy Berry Vol. 1 | |
| 115 | | | | | Deposition: Kathy Berry Vol. 2 | |
| 116 | | | | | Deposition: Craig Elkins | |
| 117 | | | | | Deposition: Charles Herron | |
| 118 | | | | | Deposition: Mary Kenick: See Designation | |
| 119 | | | | | Deposition: Karen Petersen | |
| 120 | | | | | Deposition: Michele Power | |
| 121 | | | | | Deposition: Angelina Trailov | |
| 122 | | | | | Deposition: Jim Valcarce | |
| 123 | | | | X | Deposition: Renee Vanzant: See Joint Designation of Testimony | |
| 124 | | | | | Deposition: Robert Wainscott Vol. 1 | |
| 125 | | | | | Deposition: Robert Wainscott Vol. 2 | |
| 126 | | | | | Videotape Deposition: Charles Herron (2-tapes) 126 (a) & 126 (b) | |
| 127 | | | | | Videotape Deposition: Mary Kenick (2-tapes) 127 (a) 127 (b) | |
| 128 | | | | | Videotape Deposition: Michele Power | |
| 129 | | | | | Videotape Deposition: Angelina Trailov | |

# UNITED STATES DISTRICT COURT,
## District of Alaska
## Exhibit List

### ALLSTATE INSURANCE COMPANIES v. HERRON

| Presiding Judge: Timothy M. Burgess | | | | | Plaintiff's Attorney: Mark Wilkerson & Gary Zipkin | Defendant's Attorney: Mark Sandberg |
|---|---|---|---|---|---|---|
| Trial Date(s): June 2, 2008 | | | | | Court Reporter | Courtroom Deputy |
| Joint Ex | Pltf Ex | Def Ex | Offered | Admitted | Description of Exhibit[1] | Limitations on use |
| 130 | | | | | Videotape Deposition: Jim Valcarce | |
| 131 | | | | | Robert Wainscott's CV, Testimony, Fee Schedule [600001 – 02; 60005 - 06] | |
| 132 | | | | | Robert Wainscott's Affidavit [37-pages] | |
| 132 (A) | | | | | Robert Wainscott's Binder of Exhibits to Affidavit Exhibits 1-65 | |
| 133 | | | | | Robert Wainscott's 6/5/06 Report [600007 – 600026] | |
| 134 | | | | | Robert Wainscott's 6/16/06 Rebuttal Report [600027 – 600033] | |
| 135 | | | | | Robert Wainscott's 3/19/08 Supplemental Report [603624 – 603627] | |
| 136 | | | | | Robert Wainscott's Billing Records [603619 – 603623; 603628] | |
| 137 | | | | | Robert Wainscott's Binders & Notebooks of Exhibits, Binders 1-9 & Notebooks 1-4 [600691 – 603618] | Note: Bulk Exhibits |
| 138 | | | | | Charles Bean's CV, Fee Schedule [500001 – 500002] | |
| 139 | | | | | Charles Bean's 6/2/06 Report [500003 – 500021] | |

# UNITED STATES DISTRICT COURT,
## District of Alaska
## Exhibit List

### ALLSTATE INSURANCE COMPANIES v. HERRON

| Presiding Judge: Timothy M. Burgess | | | | | Plaintiff's Attorney: Mark Wilkerson & Gary Zipkin | Defendant's Attorney: Mark Sandberg |
|---|---|---|---|---|---|---|
| Trial Date(s): June 2, 2008 | | | | | Court Reporter | Courtroom Deputy |
| Joint Ex | Pltf Ex | Def Ex | Offered | Admitted | Description of Exhibit[1] | Limitations on use |
| 140 | | | | | Charles Bean's 9/5/06 Supplemental Report [500050 – 500053] | |
| 141 | | | | | Robert Lohr's CV, Rate Schedule & Testimony [500022 – 500025] | |
| 142 | | | | | Robert Lohr's 6/5/06 Report [500036 – 500049] | |
| 143 | | | | | Herron's Consent to Entry of Judgment, Agreement, Assignment of Claims, Covenant Not to Execute | |
| 144 | | | | | Michele Power Phone Book Ad | |
| 145 | | | | | Supplement to Initial Disclosures: Michele Power Correspondence File [MP 1-44; 300001 – 300044] | |
| 146 | | | | | Webster's Definition of "Unless" | |
| 147 | | | | | Webster's Definition of "Discuss" & "Discussion" | |
| 148 | | | | | Paul Craig's 12/17/02 Report on Angelina Trailov | |
| 149 | | | | | 6/10/03 Claims Diary Note Re Jim Valcarce Conversation [100058] | |
| 150 | | | | | | |

**UNITED STATES DISTRICT COURT,**
**District of Alaska**
**Exhibit List**


**ALLSTATE INSURANCE COMPANIES v. HERRON**

| Presiding Judge: Timothy M. Burgess | | | Plaintiff's Attorney: Mark Wilkerson & Gary Zipkin | | Defendant's Attorney: Mark Sandberg |
|---|---|---|---|---|---|
| Trial Date(s): June 2, 2008 | | | Court Reporter | | Courtroom Deputy |

| Joint Ex | Pltf Ex | Def Ex | Offered | Admitted | Description of Exhibit[1] | Limitations on use |
|---|---|---|---|---|---|---|
| 151 | | | | | Jan-Feb 2003 Demand Alert Conference Log & 1-page of note [704589-591] | |
| 152 | | | | | 10/17/03 Allstate P-CCSO Claim Policy Practices Procedures Manual: Table of Contents, Chapts1-2 & 5 [704377-397; 704447-475] | |
| 153 | | | | | | |
| 154 | | | | | 10/02 Northwest CSA File Handling Protocols & Related Documents [ | |
| 155 | | | | | Yukon-Kuskokwim Regional Hospital Diagnostic Imaging Dept.: 2/14/03 f/u Spine Lumbosacral. [702729]; 9/17/02 chest; spine cervical; skull; pelvis. [702731-734] | |
| 156 | | | | | 9/14/02 Yukon-Kuskokwim Health Corp.: ventilator care record [703819]; respiratory – cardio pulmonary dept. patient therapy record [703820]; patient transport order – memorandum of transfer and consent to transfer [703823-24]. | |

# UNITED STATES DISTRICT COURT,
## District of Alaska
## Exhibit List

### ALLSTATE INSURANCE COMPANIES v. HERRON

| Presiding Judge: Timothy M. Burgess | Plaintiff's Attorney: Mark Wilkerson & Gary Zipkin | Defendant's Attorney: Mark Sandberg |
|---|---|---|
| Trial Date(s): June 2, 2008 | Court Reporter | Courtroom Deputy |

| Joint Ex | Pltf Ex | Def Ex | Offered | Admitted | Description of Exhibit[1] | Limitations on use |
|---|---|---|---|---|---|---|
| 157 | | | | | 9/18/02 Occupational Therapy Initial Evaluation [703749]; 9/17/02 Consultation sheet to PT [703747]; 9/17/02 Consultation Sheet to speech pathology [703748]; 9/17/02-9/19/02 medication record [703753]; 9/16/02 – 9/19/02 medical file [703755 – 703784]; 9/14/02 Progress Notes [703818]; 9/14/02 Out-of-Hospital Transfer Record ANMC to Alaska Regional [703745]; No date, Pediatric Admission Data Base form [703797] | |
| 158 | | | | | 9/14/02 Areomed International, Yukon-Kuskokwim Health Corp. emergency flight record: Bethel to ANMC, Anchorage. [702726-728] | |
| 159 | | | | | 9/14 – 9/16/02 Allstate Claims File Record: Medical Record Printout [702802] | |
| 160 | | | | | Photos [702541 – 549] | |
| 161 | | | | | 2/19/01 P-CCSO Casualty Process Mastery re: Good Faith Claim Handling | |

# UNITED STATES DISTRICT COURT,
## District of Alaska
## Exhibit List

### ALLSTATE INSURANCE COMPANIES v. HERRON

| Presiding Judge: Timothy M. Burgess | Plaintiff's Attorney: Mark Wilkerson & Gary Zipkin | Defendant's Attorney: Mark Sandberg |
|---|---|---|
| Trial Date(s): June 2, 2008 | Court Reporter | Courtroom Deputy |

| Joint Ex | Pltf Ex | Def Ex | Offered | Admitted | Description of Exhibit[1] | Limitations on use |
|---|---|---|---|---|---|---|
| 162 | | | | | 2/8/99 Damage Investigation Guidelines [704392]; 07/03 CW Damage Investigation Matrix [704353]; 08/03 CPL/CGL Liability Investigation Matrix [704354]. | |
| 163 | | | | | 11/30/1998 Letter to J. Larson re: new mandatory home office casualty referral category, first page only.  [704346] | |
| 164 | | | | | 8/31/1990 PP&C Claims Manual, § 2.4, 3.1, 3.5-3.6, 7.2, 6.5. [F901666, F901681, F901697, F901714, F901817, F901806] | |
| 165 | | | | | 3 AAC Chapter 26 Trade Practices | |
| 166 | | | | | Customer letters from Allstate | |
| 167 | | | | | Materials from Nelson case | |
| | | | | | | |