Mark A. Sandberg
SANDBERG, WUESTENFELD & COREY
701 W. 8th Ave., Suite 1100
Anchorage, Alaska  99501
(907) 276-6363


Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ALLSTATE INSURANCE COMPANIES, )<br>)<br>Plaintiff,               )<br>)<br>v.                         )<br>)<br>CHARLES HERRON,            )<br>)<br>Defendant.            )<br>_____) | Case No. 3:04-cv-0043 TMB |

**<u>HERRON'S STATEMENT OF THE CASE</u>**

Defendant, Charles Herron, will stipulate to the second of the proposed Statements of the Case submitted in Allstate's pleading that appears at Docket 276.  This is the language that comes from the Joint Pretrial Order, dated April 9, 2008, that appears at Docket 220.

DATED this 2nd day of June 2008, in Anchorage, Alaska.

        s/ Mark A. Sandberg_
701 W 8th Avenue, Ste. 1100
Anchorage, Alaska 99501
Phone: (907) 276-6363
Fax: (907) 276-3528
E-Mail: msandberg@aol.com
Alaska Bar No.: 7510084

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by ( ) mail ( ) fax (　) hand this 2nd day of June 2008 upon:

Mark Wilkerson, Esq.
Wilkerson, Hozubin & Burke
310 K Street, Suite 405
Anchorage, Alaska  99501

Gary A. Zipkin, Esq.
Guess & Rudd, P.C.
510 L Street, Suite 700
Anchorage, AK  99501


s/ Mark A. Sandberg_