```
            MINUTES OF THE UNITED STATES DISTRICT COURT
                       DISTRICT OF ALASKA
```

  ALLSTATE INSURANCE COMPANY    vs.       CHARLES HERRON

BEFORE THE HONORABLE   TIMOTHY M. BURGESS
CASE NO.               3:04-CV-00043-TMB

DEPUTY CLERK/RECORDER:        CAROLINE EDMISTON

APPEARANCES:   PLAINTIFF:   GARY ZIPKIN / MARK WILKERSON

               DEFENDANT:   MARK SANDBERG

PROCEEDINGS: STATUS HEARING HELD 06/02/2008:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 1:17 p.m. court convened.

Court and counsel heard re Proposed jury instructions, proposed voir dire, exhibits, objections to exhibits, deposition testimony, burden of proof issues, witnesses and trial scheduling.

Court and counsel heard re Motion in Limine No. 1 by Allstate Insurance Company (Docket 212); **GRANTED**.

Court and counsel heard re Motion in Limine No. 2 by Allstate Insurance Company (Docket 213); **GRANTED**.

Court and counsel heard re Motion for Leave to Call Wainscott in its Case-in-Chief and to Pose Leading Questions by Allstate Insurance Company (Docket 243); **DENIED.**

At 1:37 p.m. court recessed until 1:43 p.m.

Court and counsel heard re Notice Proposed Joint Pre-Trial Order by Allstate Insurance Company. Court ordered Mr. Wilkerson to prepare and file a joint stipulation as soon as possible.

Court and counsel heard re Order Denying (Dkt 116) Plaintiff's Motion for Summary Judgment (Docket 160) and Order Granting (Dkt 122) Plaintiff's Motion to Bifurcate Trial (Docket 161).

Court and counsel heard Court's ruling re Notice Herron's Objections and Counter designations Regarding Deposition Testimony of Mary Kenick and Charles Herron by Charles Herron (Docket 251).

Continued To Page 2

DATE:   June 2, 2008          DEPUTY CLERK'S INITIALS:     CME
Revised 6/18/07

```
                      Continuation Page 2
    3:04-CV-00043-TMB, Allstate Insurance Company vs. Charles Herron
                        Status Conference
                         June 2, 2008
---------------------------------------------------------------
```

Court and counsel heard court's ruling re Mr. Sandberg's Objections to Allstate's Exhibits.

Court and counsel heard re arguments of burden of proof issues.

Court and counsel heard re possibility of moving Trial by Jury to start on Wednesday June 4, 2008.

At 3:07 p.m. court adjourned.

DATE:_____June 2, 2008_____   DEPUTY CLERK'S INITIALS:___CME___

Revised 6/18/07