MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

ALLSTATE INSURANCE COMPANY    vs.    CHARLES HERRON

BEFORE THE HONORABLE TIMOHTY M. BURGESS
CASE NO. 3:04-CV-00043-TMB

DEPUTY CLERK/RECORDER:        SAMANTHA LARK/CAROLINE EDMISTON

APPEARANCES:    PLAINTIFF:    GARY A. ZIPKIN
                              MARK E. WILKERSON

                DEFENDANT:    MARK A. SANDBERG

PROCEEDINGS: TRIAL BY JURY DAY 1  HELD JUNE 3, 2008:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 9:23 a.m. court convened without the prospective jury present.

Court and counsel heard re Minute Order issued on June 2, 2008,
objections to exhibits, objections re arguments to be heard,
opening statements, orders on Motion in Limine, depositions and
burden of proof.

Court ordered that Karen Petersen's diary exhibit 1 page 48 last
portion re SU limits be removed and that Page 89 lines 13 through
20 be excluded from Charles Herron deposition.

At 10:02 a.m. court recessed until 10:19 a.m. without prospective
jury present.

Court and counsel heard re two potential jurors request to be
excused; **GRANTED.** Juror # 12 and juror # 37 Excused.

At 10:22 a.m. court recessed until 10:36 a.m. without prospective
jury present.

At 10:36 a.m. 44 prospective jurors entered the courtroom.

Parties introduced themselves.

Oath to jurors as to qualifications administered.

General voir dire conducted.

CONTINUED ON PAGE 2

DATE: June 3, 2008            DEPUTY CLERK'S INITIALS: SAL
Revised 6/18/07

```
                    CONTINUATION - PAGE 2
          ALLSTATE INSURANCE COMPANY vs. CHARLES HERRON
                      3:04-CV-00043-TMB
                    TRIAL BY JURY - DAY 1
                       JUNE 3, 2008
    -----------------------------------------------------------------
```

At 11:02 a.m. Juror # 41 excused for cause.

At 11:05 a.m. Juror # 18 excused for cause.

At 11:07 a.m. Juror # 28 excused for cause.

At 11:09 a.m. Juror #36 excused for cause.

At 11:14 a.m. Juror #45 excused for cause.

At 11:16 a.m. Juror #32 excused for cause.

At 11:20 Juror #26 excused for cause.

At 11:21 a.m. Juror #6 excused for cause.

At 11:22 a.m. Juror #35 excused for cause.

At 11:54 a.m. Juror #25 excused for cause.

At 11:55 a.m. Juror #8 excused for cause.

At 12:05 p.m. 33 prospective jurors exited the courtroom.

Court and counsel heard re jurors being excused; Juror 3, juror #5, juror #30 and juror #34 excused for cause.

Court and counsel heard re Defendant's Oral Motion to excuse jurors for cause re jurors in contractual relationship with Allstate Insurance Company; Court directed Mr. Sandberg to find case law re contractual relationship.

At 12:17 p.m. court recessed until 1:37 p.m. without the prospective jurors present.

Court and counsel heard re injured juror; Juror #15 excused.

                      CONTINUED ON PAGE 3

DATE:  June 3, 2008              DEPUTY CLERK'S INITIALS: SAL

Revised 6/18/07

CONTINUATION - PAGE 3
ALLSTATE INSURANCE COMPANY vs. CHARLES HERRON
3:04-CV-00043-TMB
TRIAL BY JURY - DAY 1
JUNE 3, 2008
-----------------------------------------------------------------

Court and counsel heard re Defendant's Oral Motion to excuse
jurors for cause re jurors in contractual relationship with
Allstate Insurance Company; **DENIED**

Court and counsel heard re General Voir Dire.

At 1:49 29 prospective jurors entered the courtroom.

General Voir Dire continued.

Court instructed clerk to call 18 names; 18 names called.

Individual voir dire conducted.

At 2:35 p.m. the prospective jurors exited the courtroom.

Court and counsel heard re Peremptory challenges.

At 2:40 p.m. court recessed until 3:03 p.m. without the
prospective jurors present.

Peremptory challenges taken; jury panel of 8 selected.

At 3:12 p.m. 28 prospective jurors entered the courtroom

Court instructed clerk to call 8 names; 8 names called.

At 3:16 p.m. court thanked and excused excess jurors.

Oath as to trial jurors administered.

Court read proposed jury instructions, admonished the jurors and
read the parties stipulation of facts to the jury panel.

Opening Statements heard.

CONTINUED ON PAGE 4

DATE:  June 3, 2008            DEPUTY CLERK'S INITIALS:  SAL/CME

Revised 6/18/07

```
                    CONTINUATION - PAGE 4
          ALLSTATE INSURANCE COMPANY vs. CHARLES HERRON
                       3:04-CV-00043-TMB
                    TRIAL BY JURY - DAY 1
                        JUNE 3, 2008
----------------------------------------------------------------
```

Court admonished the jury panel and the jury panel exited the courtroom to reconvene Wednesday June 4, 2008 at 9:00 a.m.

Court and counsel heard re trial scheduling, parties stipulation of facts sheet and exhibits.
At 5:12 p.m. court recessed this matter to reconvene **Wednesday June 4, 2008 at 8:30 a.m.**

DATE:  June 3, 2008            DEPUTY CLERK'S INITIALS:  SAL/CME

Revised 6/18/07