```
               MINUTES OF THE UNITED STATES DISTRICT COURT
                           DISTRICT OF ALASKA
```

ALLSTATE INSURANCE COMPANY  vs.  CHARLES HERRON

BEFORE THE HONORABLE TIMOTHY M. BURGESS
CASE NO.            3:04-CV-00043-TMB

DEPUTY CLERK/RECORDER:       CAROLINE EDMISTON/DENALI ELMORE/
                             SAMANTHA LARK

APPEARANCES:    PLAINTIFF:   GARY ZIPKIN / MARK WILKERSON

                DEFENDANT:   MARK A. SANDBERG

PROCEEDINGS: TRIAL BY JURY - DAY 2 HELD 06/04/2008:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 8:41 a.m. court convened without the jury panel present.

Court and counsel heard re exhibits, objections to exhibits, opening statements and parties stipulated facts.

At 9:17 a.m. court recessed until 9:25 a.m. with the jury panel present.

Kathryn Berry sworn and testified on behalf of the plaintiff. Plaintiff's exhibit 1, 28, 29, 30, 31, 33, 34, 35, 36, 38, 39, 40, 41, 43, 44, 45, 46, 47, 68, 71, 76, 92 **IDENTIFIED** (previously admitted by stipulation).  Plaintiff's exhibit 145A **ADMITTED**.

At 10:37 a.m. court recessed until 11:02 a.m. with the jury panel present.

Kathryn Berry resumed the stand and testified further on behalf of the plaintiff.  Plaintiff's exhibit 1A, 26, 27, 69, 168, 169 **IDENTIFIED** (Previously admitted by stipulation).

At 11:40 a.m. the jury panel exited the courtroom.

Court and counsel heard re exhibits.

At 11:41 a.m. court recessed this matter until 1:08 p.m. without the jury panel present.

Court and Counsel heard re jury note.

Juror #8 Excused.

                    Continued To Page 2

DATE:    June 4, 2008          DEPUTY CLERK'S INITIALS: CME/SAL

Revised 6/18/07

```
                    Continuation Page 2
           Allstate Insurance Company vs. Charles Herron
                         3:04-CV-00043-TMB
                        Trial by Jury - Day 2
                           June 4, 2008
-----------------------------------------------------------------
```

Court and counsel heard re plaintiff's exhibit 170; Plaintiff's exhibit 170 **ADMITTED.**

Kathryn Berry resumed the stand and testified further on behalf of the plaintiff. Plaintiff's exhibit 8 and 32 **IDENTIFIED** (Previously admitted by stipulation).

At 2:24 p.m. court recessed until 2:43 p.m. without the jury panel present.

Court ordered parties to file Proposed Jury Instruction in word format to Judge Burgess's Proposed Order Box.

Court and counsel heard re any relief requested by defendant.

At 2:47 p.m. the jury panel entered the courtroom.

Kathryn Berry resumed the stand and testified further on behalf of the plaintiff.

Sue Hume sworn as reader for deposition of Renee Vanzant.

Lori Barra sworn and testified on behalf of the plaintiff.

At 3:35 p.m. the jury panel exited the courtroom.

Court and counsel heard re witness testimony.

At 3:38 p.m. the jury panel entered the courtroom.

Lori Barra resumed the stand and testified further on behalf of the plaintiff.

Karen Petersen sworn and testified on behalf of the plaintiff. Plaintiff's exhibit 37 and 170 **IDENTIFIED** (Previously admitted by stipulation).

At 4:35 p.m. the jury panel exited the courtroom to reconvene Thursday, June 5, 2008 at 9:30 a.m.

                        Continued To Page 3

DATE:_____June 4, 2008_____ DEPUTY CLERK'S INITIALS:_CME/SAL_

Revised 6/18/07

```
                      Continuation Page 3
             Allstate Insurance Company vs. Charles Herron
                         3:04-CV-00043-TMB
                        Trial by Jury - Day 2
                           June 4, 2008
--------------------------------------------------------------------
```

Court and counsel heard re Burden of Proof; Court determined that Allstate Insurance Company bear the Burden of Proof.

At 4:43 p.m. court recessed this matter to reconvene Thursday, **June 5, 2008 at 9:30 a.m.**

DATE:      June 4, 2008          DEPUTY CLERK'S INITIALS: CME/SAL

Revised 6/18/07