```
             MINUTES OF THE UNITED STATES DISTRICT COURT
                         DISTRICT OF ALASKA
```

 ALLSTATE INSURANCE COMPANY   vs.          CHARLES HERRON

BEFORE THE HONORABLE    TIMOTHY M. BURGESS

CASE NO.                3:04-CV-00043-TMB

DEPUTY CLERK/RECORDER:    DENALI ELMORE

APPEARANCES:    PLAINTIFF: GARY ZIPKIN
                           MARK WILKERSON

                DEFENDANT: MARK A. SANDBERG

PROCEEDINGS: TRIAL BY JURY - DAY 3 HELD 6/5/2008:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 9:29 a.m. court convened without the jury panel present.

Court and counsel heard re exhibits, objections to exhibits. Plaintiff's exhibit 167 **IDENTIFIED**. Plaintiff's oral motion to strike Plaintiff's exhibit 167 **UNDER ADVISEMENT**.

At 9:43 a.m. court recessed until 9:50 a.m. with the jury panel present.

Charles Edward Bean sworn and testified on behalf of the plaintiff as an expert witness.

At 10:55 a.m. court recessed until 11:18 a.m. with the jury panel present.

Charles Edward Bean resumed the stand and testified further on behalf of the plaintiff. Plaintiff's exhibit 120 **IDENTIFIED**. Plaintiff's exhibit 9 **IDENTIFIED** (previously admitted by stipulation).

At 12:01 p.m. the jury panel exited the courtroom.

Court and counsel heard re bifurcated issues.

                        CONTINUED TO PAGE 2

DATE:        JUNE 6, 2008          DEPUTY CLERK'S INITIALS:  DJE

Revised 6/18/07

```
                   CONTINUATION - PAGE 2
          ALLSTATE INSURANCE COMPANY VS. CHARLES HERRON
                       3:04-CV-00043-TMB
                     TRIAL BY JURY - DAY 3
                         JUNE 5, 2008
```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

At 12:04 p.m. court recessed until 1:39 p.m. without the jury panel present.

Court and counsel heard re exhibits and witnesses.

At 1:43 p.m. the jury entered the courtroom.

Charles Edward Bean resumed the stand and testified further on behalf of the plaintiff.

Mary Kenick sworn and testified on behalf of the plaintiff via video deposition.

Charles Herron sworn and testified on behalf of the plaintiff via video deposition.

At 2:51 p.m. court recessed until 3:08 p.m. with the jury panel present.

Charles Herron resumed the stand and testified further on behalf of the plaintiff via video deposition.

At 3:11 p.m. court recessed until 3:25 p.m. with the jury panel present.

Charles Herron resumed the stand and testified further on behalf of the plaintiff via video deposition.

Michele Leslie Power sworn and testified on behalf of the plaintiff.

At 4:33 p.m. the jury exited the courtroom to return Friday, June 6, 2008 at 9:00 a.m.

Court and counsel heard re witnesses and jury instructions. Plaintiff's exhibit 120 **ADMITTED.**

At 4:46 p.m. court recessed this matter to reconvene **Friday, June 6, 2008 at 9:00 a.m.**

DATE:_____JUNE 6, 2008_____   DEPUTY CLERK'S INITIALS:__DJE__

Revised 6/18/07