```
             MINUTES OF THE UNITED STATES DISTRICT COURT
                         DISTRICT OF ALASKA
```

ALLSTATE INSURANCE COMPANY vs. CHARLES HERRON

BEFORE THE HONORABLE   TIMOTHY M. BURGESS

CASE NO.               3:04-CV-00043-TMB

DEPUTY CLERK/RECORDER: SAMANTHA LARK / DENALI ELMORE

APPEARANCES:   PLAINTIFF: GARY ZIPKIN
                          MARK WILKERSON

               DEFENDANT: MARK A. SANDBERG

PROCEEDINGS: TRIAL BY JURY - DAY 4 HELD 6/6/2008:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 9:06 a.m. court convened without the jury panel present.

Court and counsel heard re any issues and thanked witness.

At 9:07 a.m. the jury panel entered the courtroom.

Michele Power resumed the stand and testified further on behalf of the plaintiff. Plaintiff's exhibit 145 **IDENTIFIED.**

At 10:19 a.m. the jury panel exited the courtroom.

Court and counsel heard re jury note.

At 10:24 a.m. court recessed until 10:40 a.m. with the jury panel present.

Angelina Trailov sworn and testified on behalf of the plaintiff.

Plaintiff rested.

At 10:54 a.m. the jury panel exited the courtroom.

Court and counsel heard re defendant's Oral Motion for Directed Verdict; **DENIED.**

Court and counsel heard re jury instructions and expert witnesses.

At 11:01 a.m. court recessed until 1:13 p.m. with the jury panel present.

                    CONTINUED TO PAGE 2

DATE:      JUNE 6, 2008            DEPUTY CLERK'S INITIALS: SAL/DJE

Revised 6/18/07

```
                     CONTINUATION PAGE 2
         ALLSTATE INSURANCE COMPANY VS. CHARLES HERRON
                        3:04-CV-00043-TMB
                      TRIAL BY JURY - DAY 4
                          JUNE 6, 2008
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
```

Court heard re jury note and plaintiff's exhibit 143 **IDENTIFIED** (previously admitted by stipulation).

Robert Wainscott sworn and testified on behlf of the defendant as an expert witness.

At 2:38 p.m. the jury panel exited the courtroom.

Court and counsel heard re objection.

At 2:43 p.m. court recessed until 3:04 p.m. without the jury panel present.

Court and counsel heard re jury instructions and closing arguments.

At 3:08 p.m. the jury panel entered the courtroom.

Robert Wainscott resumed the stand and testified further on behalf of the defendant.  Plaintiff's exhibit 136 **ADMITTED**; plaintiff's exhibit 148 **IDENTIFIED**.

At 4:16 p.m. the jury panel exited the courtroom.

Court and counsel heard re Mr. Wainscott's testimony.

At 4:17 p.m. court recessed until 4:27 p.m. with the jury panel present.

Robert Wainscott resumed the stand and testified further on behalf of the defendant.

At 4:37 p.m. the jury panel exited the courtroom to return Monday, June 9, 2008 at 9:00 a.m.

Court and counsel heard re closing arguments.

At 4:41 p.m. court recessed this matter to reconvene **Monday, June 9, 2008 at 9:00 a.m.**

DATE:_____JUNE 6, 2008_____   DEPUTY CLERK'S INITIALS:_SAL/DJE_

Revised 6/18/07