```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                         DISTRICT OF ALASKA
```

ALLSTATE INSURANCE COMPANY vs. CHARLES HERRON

BEFORE THE HONORABLE   TIMOTHY M. BURGESS

CASE NO.   3:04-CV-00043-TMB

DEPUTY CLERK/RECORDER:   DENALI ELMORE

APPEARANCES:   PLAINTIFF: GARY ZIPKIN
                          MARK WILKERSON

               DEFENDANT: MARK A. SANDBERG

PROCEEDINGS: TRIAL BY JURY - DAY 5 HELD 6/9/2008:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 9:17 a.m. court convened without the jury panel present.

Court and counsel heard re Mr. Valcarce's testimony.

At 9:19 a.m. the jury panel entered the courtroom.

Robert Wainscott resumed the stand and testified further on behalf of the defendant.

At 9:53 a.m. court recessed until 10:07 a.m. with the jury panel present.

Jim Valcarce sworn and testified on behalf of the defendant.

At 10:30 a.m. the jury panel exited the courtroom.

Court and counsel heard re Mr. Valcarce's testimony.

At 10:40 a.m. court recessed until 11:01 a.m. with the jury panel present.

Jim Valcarce resumed the stand and testifed further on behalf of the defendant.

Defendant rested.

Robert Lohr and testified on behalf of the plaintiff as an expert witness on rebuttal.

Plaintiff rested rebuttal case.

CONTINUED TO PAGE 2

DATE:   JUNE 9, 2008        DEPUTY CLERK'S INITIALS:   DJE

Revised 6/18/07

```
                    CONTINUATION PAGE 2
         ALLSTATE INSURANCE COMPANY VS. CHARLES HERRON
                       3:04-CV-00043-TMB
                     TRIAL BY JURY - DAY 5
                        JUNE 9, 2008
```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

At 11:47 a.m. the jury panel exited the courtroom to return Tuesday, June 10, 2008 at 9:00 a.m. courtroom.

Court and counsel heard re plaintiff's oral Motion for Rule 50 Directed Verdict; **UNDER ADVISEMENT**.

Court and counsel heard re closing arguments and jury instructions.

At 11:59 p.m. court recessed until 2:21 p.m. without the jury panel present.

Court and counsel heard re plaintiff's oral Motion for Rule 50 Directed Verdict; **DENIED**.

Court and counsel heard re exhibits and jury instructions. Parties stipulated that all of exhibits 1 through 111 and any other admitted exhibits will be provided to the jury during deliberations.  Plaintiff's exhibit 148 **ADMITTED**.  Plaintiff's exhibit 144 **WAS NOT ADMITTED**.

At 2:21 p.m. until p.m. court recessed to continue discussions re jury instructions in chambers.  This matter to reconvene **Tuesday, June 10, 2008 at 9:00 a.m**.

DATE:_____JUNE 9, 2008_____   DEPUTY CLERK'S INITIALS:___DJE___

Revised 6/18/07