MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

 ALLSTATE INSURANCE COMPANY  vs. _____CHARLES HERRON_____

BEFORE THE HONORABLE ____TIMOTHY M. BURGESS_____

CASE NO._____3:04-CV-00043-TMB_____

DEPUTY CLERK/RECORDER:   DENALI ELMORE / CAROLINE EDMISTON

APPEARANCES:    PLAINTIFF: GARY ZIPKIN
                           MARK WILKERSON

               DEFENDANT: MARK A. SANDBERG

PROCEEDINGS: TRIAL BY JURY - DAY 6 HELD 6/10/2008:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 9:09 a.m. court convened without the jury panel present.

Court and counsel heard re jury instructions and closing
arguments.

At 9:19 a.m. the jury panel entered the courtroom.

Plaintiff's closing argument heard.

At 9:53 a.m. court recessed until 10:05 a.m. with the jury panel
present.

Defendant's closing argument heard.

Plaintiff's rebuttal argument heard.

Court read jury instructions.

At 11:09 a.m. the jury panel exited the courtroom to begin
deliberations.

Court and counsel heard re exhibits and possible jury notes.

At 11:12 p.m. court recessed to resume jury deliberations
**Wednesday, June 11, 2008 at 9:00 a.m.**


All admitted exhibits, blank jury notes, original verdict form
and original jury instructions forwarded to the jury panel via
the bailiff.


DATE:_____JUNE 10, 2008_____ DEPUTY CLERK'S INITIALS:_DJE/CME_

Revised 6/18/07