```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                         DISTRICT OF ALASKA
```

 ALLSTATE INSURANCE COMPANY  vs.         CHARLES HERRON

BEFORE THE HONORABLE     TIMOTHY M. BURGESS

CASE NO.                 3:04-CV-00043-TMB

DEPUTY CLERK/RECORDER:   DENALI ELMORE

APPEARANCES:    PLAINTIFF: GARY A. ZIPKIN
                           MARK E. WILKERSON

                DEFENDANT: MARK A. SANDBERG

PROCEEDINGS: TRIAL BY JURY - DAY 7 / VERDICT HELD 6/11/2008:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 9:00 a.m. the jury panel resumed deliberations.

At 11:40 a.m. court convened without the jury present.

Court and counsel heard re jury verdict.

At 11:41 a.m. the jury panel entered the courtroom.

Verdict published.  Jury found in favor of the plaintiff.

Jury polled; all answered in the affirmative.

At 11:45 a.m. court thanked and excused the jury panel.

Court and counsel heard re case status.

At 11:47 a.m. court adjourned.


OFF RECORD: All admitted exhibits returned to plaintiff's counsel.

List of Exhibits and List of Witnesses to be filed separately.

Original Verdict form and Jury Instructions **FILED**.


DATE:    JUNE 11, 2008        DEPUTY CLERK'S INITIALS:   DJE

Revised 6/18/07