(Rev 6/08)

# LIST OF EXHIBITS

Case No. 3:04-CV-00043-TMB          Judge: TIMOTHY M. BURGESS

Title     ALLSTATE INSURANCE COMPANY
vs.
          CHARLES HERRON

Dates of Trial: June 3, 2008 THRU June 11, 2008

Deputy Clerk: SAMANTHA LARK /Caroline Edmiston/ Denali Elmore

| Attorney for Plaintiff | Attorney for Defendant |
|---|---|
| GARY A. ZIPKIN | MARK A. SANDBERG |
| MARK E. WILKERSON | |
| REBECCA J. HOZUBIN | |

----------EXHIBITS----------

| PLAINTIFF / Joint | | | | DEFENDANT | | | |
|---|---|---|---|---|---|---|---|
| EX #ID | ID | AD | DESCRIPTION OF EXHIBIT | EX# | ID | AD | DESCRIPTION OF EXHIBIT |
| 1 | 6/4 | A/S | Document Packet 9-26-2000 | | | | |
| 1A | 6/4 | A/S | Allstate Claims Diary Pg 1-69 | | | | |
| 2 | | | Claim File Cover | | | | |
| 3 | | | Claimant List | | | | |
| 4 | | | Claim File Opening Sheet | | | | |
| 5 | | | Coverage Printout | | | | |
| 6 | | | Coverage Print out | | | | |
| 7 | | | Medical Bill Loss History | | | | |
| 8 | 6/4 | A/S | Transaction History Printout | | | | |
| 9 | 6/5 | A/S | Transaction History Printout | | | | |
| 10 | | | Transaction History Printout | | | | |

Continuation List of Exhibits

Page: 2

| Case No: 3:04-CV-00043-TMB | | | Judge: TIMOTHY M. BURGESS | | | | |
|---|---|---|---|---|---|---|---|
| PLAINTIFF / Joint | | | | DEFENDANT | | | |
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX # | ID | AD | DESCRIPTION OF EXHIBIT |
| 11 | | | Coverage Printout | | | | |
| 12 | | | Coverage Printout | | | | |
| 13 | | | Name & Address Directory | | | | |
| 14 | | | Name & Address Directory | | | | |
| 15 | | | Name & Address Directory | | | | |
| 16 | | | Name & Address Directory | | | | |
| 17 | | | Name & Address Directory | | | | |
| 18 | | | Name & Address Directory | | | | |
| 19 | | | Name & Address Directory | | | | |
| 20 | | | Name & Address Directory | | | | |
| 21 | | | 6/4/03 Berry Letter to Nestas/Johnson | | | | |
| 22 | | | 6/4/03 Berry Fax Cover to Johnson | | | | |
| 23 | | | 6/4/03 Berry Fax Confirmation to Johnson | | | | |
| 24 | | | 6/4/03 Berry Letter to C. Herron | | | | |
| 25 | | | 6/4/03 Berry Letter to Power | | | | |
| 26 | 6/4 | A/S | 5/29/03 Johnson/Nestas Letter to Berry w/ envelope | | | | |
| 27 | 6/4 | A/S | 5/30/03 Berry Letter to Power w/fax Confirmation | | | | |
| 28 | 6/4 | A/S | 5/16/03 Berry Letter to Power w/ Fax Confirmation | | | | |
| 29 | 6/4 | A/S | 5/15/03 Power Letter to Berry w/ encl + 5/16/03 Fax Cover | | | | |
| 30 | 6/4 | A/S | Allstate Claims Berry Letter to Power | | | | |

(Rev 6/08)

Continuation List of Exhibits

Page: 3

Case No: 3:04-CV-00043-TMB   Judge: TIMOTHY M. BURGESS

PLAINTIFF Joint   DEFENDANT

| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX # | ID | AD | DESCRIPTION OF EXHIBIT |
|---|---|---|---|---|---|---|---|
| 31 | 6/4 | A/S | 4/10/03 Power Letter to Berry w/ Envelope | | | | |
| 32 | 6/4 | A/S | 3/26/03 Valcarce letter to Berry w/ fax cover | | | | |
| 33 | 6/4 | A/S | 3/18/03 Berry Letter to C. Herron | | | | |
| 34 | 6/4 | A/S | 3/17/03 Berry Form Letter to ANMC Med Records Dpt. | | | | |
| 35 | 6/4 | A/S | 3/17/03 Berry Letter to Power w/ fax cover | | | | |
| 36 | 6/4 | A/S | 2/14/03 Power Letter to Berry | | | | |
| 37 | 6/4 | A/S | "Demand" Flag Sheet | | | | |
| 38 | 6/4 | A/S | 1/17/03 Berry Letter to Y-K Hosp. Med. Records Dpt. | | | | |
| 39 | 6/4 | A/S | 1/17/03 Berry Letter to Power | | | | |
| 40 | 6/4 | A/S | 12/10/02 Power Letter to Berry w/ Envelope | | | | |
| 41 | 6/4 | A/S | 10/26/02 Bethel PD Letter to Allstate | | | | |
| 42 | | | Bethel PD Police Report | | | | |
| 43 | 6/4 | A/S | 10/18/02 Berry Letter to M. Herron | | | | |
| 44 | 6/4 | A/S | 10/18/02 Berry letter to Power w/ cover + confirmation | | | | |
| 45 | 6/4 | A/S | 9/25/02 Vanzant letter to M. Herron | | | | |
| 46 | 6/4 | A/S | 9/25/02 Allstate form letter to Bethel PD | | | | |
| 47 | 6/4 | A/S | 9/23/02 Valcarce letter to B. Herron w/ fax cover + Power's | 9/19/02 | | | Letter |
| 48 | | | 50A Complaint against Herron w/ Affidavit | | | | |
| 49 | | | Herron's Auto Insurance Policy | | | | |
| 50 | | | Allstate check to Bethel PD | | | | |

(Rev 6/08)

Continuation List of Exhibits

Page: 4

Case No: 3:04-CV-00043-TMB        Judge: TIMOTHY M. BURGESS

**PLAINTIFF / Joint**  —  **DEFENDANT**

| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX # | ID | AD | DESCRIPTION OF EXHIBIT |
|---|---|---|---|---|---|---|---|
| 51 | | | 9/25/02 Claim File Transfer Sheet w/ Reserves | | | | |
| 52 | | | 9/25/02 Vanzant email Requesting Policy | | | | |
| 53 | | | ISO Index Printout C. Herron | | | | |
| 54 | | | 9/16/02 Diary Note | | | | |
| 55 | | | 9/16/02 Diary Note, Name Printout | | | | |
| 56 | | | 9/16/02 Diary Name Printout | | | | |
| 57 | | | 9/16/02 Diary Note | | | | |
| 58 | | | 9/16/02 Diary Name Printout | | | | |
| 59 | | | Diary Name Printout | | | | |
| 60 | | | 2pg Medical Bill printout | | | | |
| 61 | | | Medical Bill Printout | | | | |
| 62 | | | Medical Bill Printout | | | | |
| 63 | | | Berry Handwritten Colossus Dissection | | | | |
| 64 | | | 5/16/03 Berry Email to Petersen w/ H.D. Referral | | | | |
| 65 | | | 5/20/03 Berry/Grazulis emails | | | | |
| 66 | | | 5/20/03 Petersen/Berry emails | | | | |
| 67 | | | 5/20/03 Petersen/Berry emails | | | | |
| 68 | 6/4 | A/S | 4 pg Berry Handwritten Medical Record Review | | | | |
| 69 | 6/4 | A/S | 5/28/03 Colossus Printout | | | | |
| 70 | | | Form Medical Record Index Cover Sheet | | | | |

| Case No: 3:04-CV-00043-TMB | | | Judge: TIMOTHY M. BURGESS | | | | |
|---|---|---|---|---|---|---|---|
| PLAINTIFF / Joint | | | | DEFENDANT | | | |
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX # | ID | AD | DESCRIPTION OF EXHIBIT |
| 71 | 6/4 | A/S | 2/6/03 Power (Samuelson) Letter to Berry w/ Release + envelope | | | | |
| 72 | | | 11/22/02 Envelope from Power to Allstate w/ Auth form | | | | |
| 73 | | | 10/18/02 Berry Letter to Power | | | | |
| 74 | | | "Diagnostics" Cover sheet w/ Med. Records | | | | |
| 75 | | | "Alaska Reg. Hosp." Cover Sheet w/ Med. Records | | | | |
| 76 | 6/4 | A/S | "ANMC" Cover Sheet w/ Med. Records | | | | |
| 77 | | | "Y-K Health Corp." Cover Sheet w/ Med. Records | | | | |
| 78 | | | "Other information" Coversheet | | | | |
| 79 | | | "MBRS" Coversheet | | | | |
| 80 | | | ANMC Medical Bill w/ Post it "need itemized" | | | | |
| 81 | | | ANMC Medical Bill | | | | |
| 82 | | | 3/18/03 Berry form Letter to ANMC for Itemized Bill | | | | |
| 83 | | | "Prior Medicals" Coversheet | | | | |
| 84 | | | "Lien" Cover sheet | | | | |
| 85 | | | 11/25/02 ANMC Lien | | | | |
| 86 | | | 11/25/02 ANMC Lien | | | | |
| 87 | | | 1/3/03 Alaska Regional Letter to Kenick re: Bill | | | | |
| 88 | | | 11/22/03 Alaska Regional Letter to Kenick re Bill | | | | |
| 89 | | | 11/8/02 Alaska Regional Letter to Kenick re Bill | | | | |
| 90 | | | 12/12/02 ANMC Letter to Angstman law office | | | | |

(Rev 6/08)

Continuation
List of Exhibits

Page: 6

Case No: 3:04-CV-00043-TMB        Judge: TIMOTHY M. BURGESS

PLAINTIFF / Joint        DEFENDANT

| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX # | ID | AD | DESCRIPTION OF EXHIBIT |
|---|---|---|---|---|---|---|---|
| 91 | | | 11/15/02 Denali Anesthesia Bill | | | | |
| 92 | 6/4 | A/S | 10/15/02 Letter to Vanzant w/ 9/26/02 Lien | | | | |
| 93 | | | "Loss of Earnings" Coversheet | | | | |
| 94 | | | "IIB" Worksheet | | | | |
| 95 | | | "Miscellaneous" Coversheet | | | | |
| 96 | | | ANMC Travel Documents | | | | |
| 97 | | | City of Bethel Ambulance Bill | | | | |
| 98 | | | Alaska Regional Bill | | | | |
| 99 | | | Alaska Imaging Bill | | | | |
| 100 | | | Denali Anesthesia Bill | | | | |
| 101 | | | ANMC Bill | | | | |
| 102 | | | ANMC Bill | | | | |
| 103 | | | ANMC Bill | | | | |
| 104 | | | ANMC Bill | | | | |
| 105 | | | ANMC Bill | | | | |
| 106 | | | 12/9/02 Nail Handler's Benefit Letter to Kenick | | | | |
| 107 | | | ANMC Bill | | | | |
| 108 | | | 3/18/03 Berry letter to ANMC for Itemized Bill | | | | |
| 109 | | | 5/12/03 Miller letter to Angstman Law Office | | | | |
| 110 | | | Coversheet | | | | |

Case No: 3:04-CV-00043-TMB        Judge: TIMOTHY M. BURGESS

PLAINTIFF / Joint        DEFENDANT

| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX # | ID | AD | DESCRIPTION OF EXHIBIT |
|---|---|---|---|---|---|---|---|
| 111 | | | Coversheet | | | | |
| 112 | | | Herron Auto Insurance Policy | | | | |
| 113 | | | Lori Barra Deposition | | | | |
| 114 | | | Kathy Berry Deposition Vol. 1 | | | | |
| 115 | | | Kathy ~~Berra~~ Berry Deposition Vol. 2 | | | | |
| 116 | | | Craig Elkins Deposition | | | | |
| 117 | | | Charles Herron Deposition | | | | |
| 118 | | | Mary Kenick Deposition Excerpt | | | | |
| 119 | | | Karen Petersen Deposition | | | | |
| 120 | 6/5 | 6/5 | Michele Power Deposition | | | | |
| 121 | | | Angelina Trailov Deposition | | | | |
| 122 | | | Jim Valcarce Deposition | | | | |
| 123 | | | Renee Vanzant Deposition Excerpt | | | | |
| 124 | | | Robert Wainscott Deposition Vol. 1 | | | | |
| 125 | | | Robert Wainscott Deposition Vol. 2 | | | | |
| 126 | | | Charles Herron Video Deposition (2 tapes) | | | | |
| 127 | | | Mary Kenick Video Deposition (2 tapes) | | | | |
| 128 | | | Michele Power Video Deposition | | | | |
| 129 | | | Angelina Trailov Video Deposition | | | | |
| 130 | | | Jim Valcarce Video Deposition | | | | |

| Case No: 3:04-CV-00043-TMB | | | | Judge: TIMOTHY M. BURGESS | | | | |
|---|---|---|---|---|---|---|---|---|
| **PLAINTIFF** | | | | **DEFENDANT** | | | | |
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX # | ID | AD | DESCRIPTION OF EXHIBIT | |
| 131 | | | Robert Wainscott's CV, Testimony + Fee Schedule | | | | | |
| 132 (132A on pg 10) | | | Robert Wainscott's Affidavit | | | | | |
| 133 | | | Robert Wainscott 6/5/06 Report | | | | | |
| 134 | | | Robert Wainscott's 6/16/06 Rebuttal Report | | | | | |
| 135 | | | Robert Wainscott's 3/19/08 Supp. Report | | | | | |
| 136 | X | 6/6 | Robert Wainscott's Billing Records | | | | | |
| 137 | | | Robert Wainscott's Binders + Notebooks | | | | | |
| 138 | | | Charles Bean's CV + Fee Schedule | | | | | |
| 139 | | | Charles Bean's 6/2/06 Report | | | | | |
| 140 | | | Charles Bean's 9/5/06 Supp Report | | | | | |
| 141 | | | Robert Lohr's CV, Rate Schedule + Testimony | | | | | |
| 142 | | | Robert Lohr's 6/5/06 Report | | | | | |
| 143 | 6/6 | A1 | Herron's Consent to Entry of Judgment | | | | | |
| 144 | 6/4 | | Michele Power Phone Book Ad | | | | | |
| 145 | 6/6 | | Supp. to Initial Disclosures: Michele Power Corr. File | | | | | |
| 145A | X | 6/4 | Page 28-35 from Exhibit 145 | | | | | |
| 146 | | | Webster's Definition of the word "Unless" | | | | | |
| 147 | | | Webster's Definition of "Discuss" + "Discussion" | | | | | |
| 148 | 6/5 | 6/9 | Paul Craig 12/17/02 Report on Trailor | | | | | |
| 149 | | | 6/10/03 Claims Diary Note | | | | | |

Continuation List of Exhibits

Page: 9

| Case No: 3:04-CV-00043-TMB | | | | Judge: TIMOTHY M. BURGESS | | | | |
|---|---|---|---|---|---|---|---|---|
| **PLAINTIFF** | | | | **DEFENDANT** | | | | |
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX # | ID | AD | DESCRIPTION OF EXHIBIT | |
| 150 | | | Removed Exhibit | | | | | |
| 151 | | | Jan-Feb '03 Demand Alert Conf. Log | | | | | |
| 152 | | | 10/17/03 P-CCSO Claim Policy Manual | | | | | |
| 153 | | | Removed Exhibit | | | | | |
| 154 | | | 10/02 Northwest CSA Handling Protocols | | | | | |
| 155 | | | X-Rays | | | | | |
| 156 | | | Ventilator care rec. | | | | | |
| 157 | | | Medical Records | | | | | |
| 158 | | | Medical Records | | | | | |
| 159 | | | Medical Record Printout | | | | | |
| 160 | | | Photos | | | | | |
| 161 | | | Good Faith Claim Handling | | | | | |
| 162 | | | 2/8/99 Damage Investigation Guidelines | | | | | |
| 163 | | | 11/30/1998 letter to Larson | | | | | |
| 164 | | | 8/31/1990 PP+C Claims Manual | | | | | |
| 165 | | | 3 AAC Chapter 26 Trade Practices | | | | | |
| 166 | | | Customer letters from Allstate | | | | | |
| 167 | 6/5 | | Materials from Nelson Case | | | | | |
| 168 | 6/4 | A/5 | Policy Limit/Excess Demand | | | | | |
| 169 | 6/4 | A/5 | Summary of Requirements | | | | | |

| Case No: 3:04-CV-00043-TMB | | | Judge: TIMOTHY M. BURGESS | | | | |
|---|---|---|---|---|---|---|---|
| **PLAINTIFF** | | | | **DEFENDANT** | | | |
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX # | ID | AD | DESCRIPTION OF EXHIBIT |
| 170 | 6/4 | X | 1 page from Exhibit 154 "Reserving" | | | | |
| 132A | | | Binder of Exhibits to Rober Wainscotts Affadavit | | | | |