IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

ALLSTATE INSURANCE COMPANIES,   )
                                )
            Plaintiffs,         )
                                )
vs.                             )
                                )
CHARLES HERRON,                 )
                                )
            Defendant.          )
                                )   Case No. 3:04-cv-0043 TMB

## SPECIAL VERDICT FORM

We, the jury in the above-entitled case, find the following special verdict on the question submitted:

1. Considering all the facts and circumstances contained in the evidence submitted to you, did Allstate act reasonably by offering policy limits on May 30, 2003?

Answer "yes" or "no".   Answer: _Yes._

DATED at Anchorage, Alaska, this _11_ day of _June_, 2008.

_Redacted Signature_
**FOREPERSON OF THE JURY**