**\*\*AMENDED\*\***

MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

ALLSTATE INSURANCE COMPANY vs. CHARLES HERRON

BEFORE THE HONORABLE TIMOTHY M. BURGESS

CASE NO. 3:04-CV-00043-TMB

DEPUTY CLERK/RECORDER: DENALI ELMORE / CAROLINE EDMISTON

APPEARANCES:   PLAINTIFF: GARY ZIPKIN
                          MARK WILKERSON

               DEFENDANT: MARK A. SANDBERG

PROCEEDINGS: TRIAL BY JURY - DAY 6 HELD 6/10/2008:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 9:09 a.m. court convened without the jury panel present.

Court and counsel heard re jury instructions and closing arguments.

At 9:19 a.m. the jury panel entered the courtroom.

Plaintiff's closing argument heard.

At 9:53 a.m. court recessed until 10:05 a.m. with the jury panel present.

Defendant's closing argument heard.

Plaintiff's rebuttal argument heard.

Court read jury instructions.

At 11:09 a.m. the jury panel exited the courtroom to begin deliberations.

Court and counsel heard re exhibits and possible jury notes.

At 11:12 a.m. court adjourned.**\*\***

All admitted exhibits, blank jury notes, copies of stipulated facts**\*\***, original verdict form and original jury instructions forwarded to the jury panel via the bailiff.

Jury deliberations to resume **Wednesday, June 11, 2008 at 9:00 a.m.**

DATE: JUNE 10, 2008           DEPUTY CLERK'S INITIALS: DJE/CME

Revised 6/18/07