IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ALLSTATE INSURANCE CO.,<br><br>                Plaintiff,<br>  vs.<br><br>CHARLES HERRON,<br><br>                Defendant. | Case No. 3:04-cv-00043-TMB<br><br>**JUDGMENT<br>IN A CIVIL CASE** |

   X   **JURY VERDICT**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

   ___   **DECISION BY COURT**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** that Allstate did act reasonably by offering policy limits on May 30, 2003.

APPROVED:

   /s/Timothy M. Burgess
**TIMOTHY M. BURGESS**
United States District Judge

| | |
|---|---|
| June 12, 2008 | IDA J. ROMACK |
| Date | Clerk |