Gary A. Zipkin, Esq.
Guess & Rudd P.C.
510 L Street, Suite 700
Anchorage, AK  99501
Phone:    (907) 793-2200
Fax:       (907) 793-2299
E-mail:   gzipkin@guessrudd.com

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ALLSTATE INSURANCE COMPANIES, )<br>)<br>    Plaintiff, )<br>)<br>    v. )<br>)<br>CHARLES HERRON, )<br>)<br>    Defendant. )<br>_____ ) | No. 3:04-cv-00043-TMB |

[proposed] FINAL JUDGMENT
(AMENDED)

IT IS HEREBY ORDERED, DECREED, and ADJUDGED that final

judgment is hereby entered as follows:

1. The jury returned a verdict in favor of Allstate on June 11, 2008, finding that under all the facts and circumstances Allstate acted reasonably by offering policy limits on May 30, 2003.

2. It is undisputed that Herron breached the insurance contract by consenting to entry of judgment and assigning his rights without Allstate's consent.

3. Pursuant to the jury's verdict, Herron's breach was not excused by any prior breach by Allstate.

4. Herron's breach voided the insurance policy's liability coverage.

5. Herron's assignment of rights to Trailov and Kenick is null and void because Herron had no rights to assign as of the date of the assignment.

DATED at Anchorage, Alaska, this _____ day of _____, 2008.

_____
The Honorable Timothy M. Burgess
United States District Court Judge

CERTIFICATE OF SERVICE

I hereby certify that on the
17th day of June, 2008, a copy
of the foregoing document was served
electronically on:

Rebecca J. Hozubin
Mark A. Sandberg
Mark E. Wilkerson

Guess & Rudd P.C.


By:     s/Gary A. Zipkin

F:\DATA\5976\1\PLEADING\27 car mtn amend judgment.doc

[proposed] FINAL JUDGMENT (AMENDED)
<u>Allstate Insurance Co. v. Herron</u>; Case No. 3:04-cv-0004-TMB
Page 3 of 3