Mark E. Wilkerson, Esq.
Wilkerson Hozubin
310 K Street, Suite 405
Anchorage, AK  99501
Phone: 907 276-5297
Fax: 907 276-5291
E-mail: mark@wilkersonlaw.net
AK Bar #8310157

Attorneys for Plaintiff Allstate

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ALLSTATE INSURANCE COMPANIES, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> CHARLES HERRON, ) <br> ) <br> Defendant. ) <br>_____ ) | Case No. 3:04-cv-0043 (TMB) |

**UNOPPOSED MOTION FOR 10-DAY EXTENSION OF TIME TO FILE MOTION FOR ATTORNEY FEES AND COST BILL**

Allstate Insurance Companies, through undersigned counsel, hereby moves for a 10-day extension of time in which to file its Motion for Attorney Fees and Cost Bill. Specifically, Allstate moves for an extension until Monday, July 7, 2008.  The undersigned has communicated with Mark Sandberg, counsel for defendant, and has confirmed that this motion is not opposed.  A proposed order is filed herewith.

WILKERSON
HOZUBIN
310 K STREET, SUITE 405
ANCHORAGE, AK 99501
TEL: (907) 276-5297
FAX: (907) 276-5291

DATED this 26th day of June, 2008.

        WILKERSON HOZUBIN
        Attorneys for Plaintiff

By: s/Mark E. Wilkerson
    Mark E. Wilkerson
    310 K Street, Suite 405
    Anchorage, AK  99501
    Phone: 907 276-5297
    Fax: 907 276-5291
    E-mail: mark@wilkersonlaw.net
    AK Bar No. 8310157

**CERTIFICATE OF SERVICE**
I hereby certify that on
June 26, 2008, a true and
correct copy of the foregoing was
served electronically on the following:

Mark A. Sandberg, Esq.
Gary A. Zipkin, Esq.

WILKERSON HOZUBIN

By:    s/Mark E. Wilkerson
1000.788/plead/Dec Action/Unopp Mtn for Exten re atty fees