Mark E. Wilkerson, Esq.
Wilkerson Hozubin
310 K Street, Suite 405
Anchorage, AK  99501
Phone: 907 276-5297
Fax: 907 276-5291
E-mail: mark@wilkersonlaw.net
AK Bar #8310157

Attorneys for Plaintiff Allstate

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

ALLSTATE INSURANCE COMPANIES, )
                              )
            Plaintiff,        )
                              )
    vs.                       )
                              )
CHARLES HERRON,               )
                              )
            Defendant.        )
_____) Case No. 3:04-cv-0043 (TMB)

**ORDER GRANTING UNOPPOSED MOTION FOR 10-DAY EXTENSION OF TIME**

IT IS SO ORDERED that plaintiff's Unopposed Motion for 10-Day Extension of Time to File Motion for Attorney Fees and Cost Bill is GRANTED.  Plaintiff's Motion for Attorney Fees and Cost Bill shall be filed on or before July 7, 2008.

DATED:_____              _____
                                   TIMOTHY M. BURGESS
                                   U.S. District Court Judge

**CERTIFICATE OF SERVICE**
I hereby certify that on
June 26, 2008, a true and
correct copy of the foregoing was
served electronically on the following:

Mark A. Sandberg, Esq.
Gary A. Zipkin, Esq.


WILKERSON HOZUBIN

By:_____s/Mark E. Wilkerson_____
1000.788/plead/Dec Action/Unopp Mtn for Exten re atty fees - Order

**WILKERSON HOZUBIN**
310 K STREET, SUITE 405
ANCHORAGE, AK 99501
TEL: (907) 276-5297
FAX: (907) 276-5291