Page 1

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

ALLSTATE INSURANCE COMPANIES, )
                              )
         Plaintiff,           )
                              )
    vs.                       )
                              )
CHARLES HERRON,               )
                              )
         Defendant.           )
_____)
Case No. 3:04-cv-00043  (TMB)


EXCERPT OF PROCEEDINGS
June 11, 2008 - Pages 1 through 9

BEFORE THE HONORABLE TIMOTHY M. BURGESS
District Court Judge


Northern Lights Realtime & Reporting, Inc.
(907) 337-2221

0de854c7-b5bd-4f98-a05c-f5e83749a9aa

EXHIBIT A
Page 1 of 9

Allstate Insurance Company                    Charles Herron
                    June 11, 2008

Page 2

1               A-P-P-E-A-R-A-N-C-E-S
2
     For Plaintiff:
3
                         WILKERSON HOZUBIN
4                        310 K Street, Suite 405
                         Anchorage, Alaska  99501
5                        BY:  MARK E. WILKERSON
                         (907) 276-5297
6
                         GUESS & RUDD, P.C.
7                        510 L Street, Suite 700
                         Anchorage, Alaska  99501
8                        BY:  GARY A. ZIPKIN
                         (907) 793-2200
9
10   For Defendant:
11                       SANDBERG, WUESTENFELD & COREY
                         701 West 8th Avenue, Suite 1100
12                       Anchorage, Alaska  99501
                         BY:  MARK A. SANDBERG
13                       (907) 276-6363
14
15
16
17
18
19
20
21
22
23
24
25

Northern Lights Realtime & Reporting, Inc.
              (907) 337-2221

0de854c7-b5bd-4f98-a05c-f5e83749a9aa

EXHIBIT A
Page 2 of 9

Allstate Insurance Company                              Charles Herron
                    June 11, 2008

Page 3

```
 1                    PROCEEDINGS
 2              THE CLERK:  All rise.  His Honor,
 3   the Court, United States District Court, District
 4   of Alaska is now in session, the Honorable
 5   Timothy M. Burgess presiding.
 6              Please be seated.
 7              THE COURT:  All right.  Good
 8   morning.
 9              I have received a note from the
10   jury dated (sic) at 10:59 this morning indicating
11   that they have reached a verdict.  So unless the
12   parties have anything else -- any more to
13   discuss, I intend to call them in and find out
14   what that is.
15              MR. SANDBERG:  Send them in.
16              All right.  Madam Clerk, please
17   summon the jury.
18              All right.  Please be seated.  Good
19   morning, ladies and gentlemen.  I received a note
20   from you indicating that you've reached a
21   verdict; is that correct?
22              FOREPERSON:  Yes.
23              THE COURT:  All right.  And sir,
24   are you the foreperson?
25              FOREPERSON:  Yes.
```

Northern Lights Realtime & Reporting, Inc.
(907) 337-2221

Allstate Insurance Company                          Charles Herron
                    June 11, 2008

                                                          Page 4

1           THE COURT: All right. Could you
2    please hand the verdict form to the bailiff so
3    that I can take a look at it, please.
4           Let me ask Madam Clerk to read the
5    Special Verdict Form, please.
6           THE CLERK: Allstate Insurance
7    Companies, Plaintiffs, versus Charles Herron,
8    Defendant, Case No. 3 colon 04 Civil 243 (sic)
9    TMB, Special Verdict Form. We, the jury, in the
10   above-entitled case find the following special
11   verdict on the questions submitted:
12          One, considering all the facts and
13   circumstances contained in the evidence submitted
14   to you, did Allstate act reasonably by offering
15   policy limits on May 30th, 2003?
16          Answer: Yes, dated Anchorage,
17   Alaska, this 11th day of June, 2008, signed by
18   jury foreperson.
19          THE COURT: Thank you, Madam Clerk.
20          Would counsel care to have the jury
21   polled?
22          MR. SANDBERG: Please.
23          THE COURT: All right. Madam
24   Clerk, would you please poll the jury?
25          THE CLERK: Juror No. 1, is this

Page 5

1  your true verdict?
2           VENIREPERSON:  Yes.
3           THE CLERK:  Juror No. 2, is this
4  your true verdict?
5           VENIREPERSON:  Yes.
6           THE CLERK:  Jury No. 3, is this
7  your true verdict?
8           VENIREPERSON:  Yes.
9           THE CLERK:  Juror No. 4, is this
10 your true verdict?
11          VENIREPERSON:  Yes.
12          THE CLERK:  Juror No. 5, is this
13 your true verdict?
14          VENIREPERSON:  Yes.
15          THE CLERK:  Juror No. 6, is this
16 your true verdict?
17          VENIREPERSON:  Yes.
18          THE CLERK:  Juror No. 7, is this
19 your true verdict?
20          VENIREPERSON:  Yes.
21          THE CLERK:  So say you one, so say
22 you all.  Your Honor, the jury has been polled
23 and all have answered in the affirmative.
24          THE COURT:  All right.  I will ask
25 that the judgment be -- that the verdict be filed

0de854c7-b5bd-4f98-a05c-f5e83749a9aa

EXHIBIT A
Page 5 of 9

Allstate Insurance Company					Charles Herron
						June 11, 2008

Page 6

1   and judgment entered on that verdict.
2               Ladies and gentlemen, I want to
3   thank you for your service on this jury.  I know
4   it's a lot of time out of your personal lives and
5   I appreciate the attentiveness you have brought
6   to this.  It's an important public service and a
7   right we would all enjoy if we were litigants in
8   this case.  So I can't tell you how much I
9   appreciate your service on the jury.
10              Let me also advise you that local
11  rules of this court provide that no attorney
12  admitted to practice before the court may seek
13  out, contact or interview jurors, nor allow,
14  cause, permit or authorize anyone else to
15  interview jurors or generally it is the jury's --
16  a juror's right to refuse to discuss your jury
17  deliberations with anyone, and the Court would
18  encourage you to so refuse.  A jury verdict is a
19  group decision, and it will not be beneficial to
20  anyone for the results of your deliberations be
21  discussed with others on an individual basis.
22              So with that, I want to thank you
23  again for your service, and at this time you're
24  excused.  Thank you.
25              FOREPERSON:  Thank you.

Northern Lights Realtime & Reporting, Inc.
(907) 337-2221

0de854c7-b5bd-4f98-a05c-f5e83749a9aa

EXHIBIT A
Page 6 of 9

Allstate Insurance Company                    Charles Herron
                    June 11, 2008

Page 7

```
 1                 (Jury excused.)
 2                 THE COURT:  Go ahead and have a
 3   seat.
 4                 Is there anything else we need to
 5   take up at this time?
 6                 MR. WILKERSON:  I don't believe it
 7   has to be taken up at this time, Your Honor, but
 8   I believe this means we need not have a
 9   reasonableness hearing and, well -- yes.
10                 In our Complaint, yes, we asked for
11   alternative relief, but I believe that these --
12                 THE COURT:  I think that obviates
13   the -- the verdict obviates the need for that,
14   does it not?  I mean, you can -- you can let me
15   know at a later time.  You can take some time to
16   look at that and reflect and submit --
17                 MR. WILKERSON:  We'll submit a
18   proposed form.
19                 THE COURT:  Okay.  Mr. Sandberg,
20   anything at this time?
21                 MR. SANDBERG:  I have nothing, Your
22   Honor.
23                 THE COURT:  All right.  Well,
24   again, I want to compliment counsel on the way
25   the case was litigated.  I think, and I was
```

Northern Lights Realtime & Reporting, Inc.
(907) 337-2221

0de854c7-b5bd-4f98-a05c-f5e83749a9aa

EXHIBIT  A
Page  7  of  9

Allstate Insurance Company                           Charles Herron
                    June 11, 2008

Page 8

1  telling my colleagues, that it's really a
2  pleasure to have experienced, competent counsel
3  who -- like I had in this case.  It makes -- it
4  makes -- it makes the practice actually a lot of
5  fun and a pleasure as opposed to the situation I
6  sometimes find myself in.  And so it's a
7  compliment to everyone involved that you did an
8  outstanding job, and I just want to thank you for
9  that.
10              MR. WILKERSON:  Thank you, Your
11  Honor.  Appreciate it.
12              THE COURT:  All right.  Thank you
13  very much.
14              THE CLERK:  All rise.  Court is
15  adjourned subject to call.
16              (Proceedings concluded.)
17
18
19
20
21
22
23
24
25

Northern Lights Realtime & Reporting, Inc.
(907) 337-2221

0de854c7-b5bd-4f98-a05c-f5e83749a9aa

EXHIBIT  A
Page  8  of  9

Allstate Insurance Company   Charles Herron
June 11, 2008

Page 9

1        TRANSCRIBER'S CERTIFICATE
2
3        I, Leslie J. Knisley, hereby
4   certify that the foregoing pages numbered 1
5   through 9 are a true, accurate, and complete
6   transcript of proceedings in Case No.
7   3:04-cv-00043 (TMB), Allstate Insurance Companies
8   versus Charles Herron, transcribed by me from a
9   copy of the electronic sound recording to the
10  best of my knowledge and ability.
11
12
13  Date                   Leslie J. Knisley, Transcriber
14
15
16
17
18
19
20
21
22
23
24
25

LAW OFFICES OF
Guess & Rudd P.C.
510 L STREET
SEVENTH FLOOR
ANCHORAGE, ALASKA 99501
TELEPHONE (907) 793-2200
FACSIMILE (907) 793-2299

Northern Lights Realtime & Reporting, Inc.
(907) 337-2221

0de854c7-b5bd-4f98-a05c-f5e83749a9aa



EXHIBIT A